CO-386-online

**FILED**

JUL - 1 2008

**Clerk, U.S. District and Bankruptcy Courts**

# United States District Court
# For the District of Columbia

Lockheed Martin Corporation )
)
)
)
         vs           Plaintiff )
)
United States of America )
)
)
            Defendant )

Case: 1:08-cv-01160
Assigned To : Bates, John D.
Assign. Date : 7/1/2008
Description: General Civil

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  ___Lockheed Martin Corporation___  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  ___Lockheed Martin Corporation___  which have

any outstanding securities in the hands of the public:

Lockheed Martin Corporation states that it has no corporate parent company and that no publicly held corporation owns ten percent or more of its stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_

Signature

___468907___
BAR IDENTIFICATION NO.

Michael Murphy, Gibson, Dunn & Crutcher LLP
Print Name

1050 Connecticut Avenue N.W.
Address

Washington   DC      20036
City         State       Zip Code

(202) 955-8500
Phone Number

2