CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LOCKHEED MARTIN )
    CORPORATION )
                   Plaintiff )
                   v. ) Civil Case Number 08-1160(JR)
UNITED STATES OF AMERICA ) Category   E
                 Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 9, 2008 from Judge John D. Bates to Judge James Robertson by direction of the Calendar Committee.

(Case Randomly Reassigned)

                                        JUDGE ELLEN S. HUVELLE
                                        Chair, Calendar and Case
                                        Management Committee

cc:    Judge Bates & Courtroom Deputy
        Judge Robertson & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk