AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Lockheed Martin Corporation

      Plaintiff(s)     ) **APPEARANCE**

      vs.     ) CASE NUMBER   08-01160

United States of America

      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael K. Murphy   as counsel in this
                     (Attorney's Name)

case for:   Lockheed Martin Corporation
       (Name of party or parties)

July 29, 2008
Date

*[Signature]*
Signature

468907
BAR IDENTIFICATION

Michael K. Murphy
Print Name

Gibson, Dunn & Crutcher, 1050 Connecticut Ave., N.W.
Address

Washington, DC 20036
City     State     Zip Code

202-955-8500  mmurphy@gibsondunn.com
Phone Number