UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lockheed Martin Corporation** | )<br>)<br>)<br>) |
| **Plaintiff** | )<br>) Case No.: 1:08-cv-01160<br>) |
| v. | ) |
| **United States of America** | )<br>)<br>) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint for Recovery of Response Costs and for Declaratory Relief

SERVE TO: United State's Attorney's Office
SERVICE ADDRESS: 501 3rd Street, NW, Washington, DC 20530

DATE SERVED: July 02, 2008   TIME SERVED: 3:20 PM
PERSON SERVED: Lakesha Carroll, Docket Clerk, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 38   Height: 5'5"   Weight: 160

COMMENTS:
I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-3-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004507                                                                                   Client Reference: 54253.00013