IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 1:08-cv-01160 |

**AFFIDAVIT OF SERVICE**

I, Ian Lambeets, declare that I am over the age of eighteen years and that I have served the Summons, Complaint for Recovery of Response Costs and for Declaratory Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above-captioned case, *Lockheed Martin v. United States*, No. 1:08-cv-01160.

These documents were served to the Attorney General of the United States, at the following address: U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. The documents were placed in the United States Mail, Certified Mail, Return Receipt Requested, Postage Prepaid, on July 2, 2008. A true copy of the certified mail receipt and the returned receipt is attached hereto. The return receipt is marked as received by the Attorney General of the United States on July 07, 2008.

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated herein are true and correct.

Executed:     August 26, 2008

*Ian Lambeets*
Ian Lambeets
Paralegal
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.02 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.92 |

Postmark: WASHINGTON SQUARE PO 20035-9997

7001 2510 0002 1136 3318

Sent To: Attorney General of the United States
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., N.W.
City, State, ZIP+4: Washington, D.C. 20530

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): JUL 07 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7001 2510 0002 1136 3318

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540