UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOCKHEED MARTIN CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1160 (ESH) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Before the Court is Lockheed Martin's Motion to Exclude Certain Testimony and Opinions of James Nagle and Wiley Wright. (Dec. 12, 2013 [Dkt. No. 105].)  In its opposition, defendant United States asks the Court to "defer resolution of Lockheed's Motion until [the Court] has heard the testimony of Messrs. Nagle and Wright during the Phase 1 trial."  (Opp'n to Mot. to Exclude, Jan. 6, 2014 [Dkt. No. 106] at 2.)

While Lockheed Martin's motion to exclude raises issues that require exploration, in this case, "where the gatekeeper and the factfinder are one and the same, the Court may hear the evidence and make its reliability determination during, rather than in advance of, the trial." *Jacobsen v. Oliver*, 2007 WL 5527513, *1 (D.D.C. Nov. 2, 2007).  Accordingly, in the interests of judicial economy, the Court will hear testimony from Nagle and Wright and make the necessary reliability and relevance determinations during, rather than in advance of, Phase 1 of the bench trial.  *See, e.g.*, *In re Salem*, 465 F.3d 767, 777 (7th Cir. 2006).  For these reasons, it is hereby

1

**ORDERED** that Lockheed Martin's motion to exclude [Dkt. No. 105] is **DENIED**.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 10, 2014