UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LOCKHEED MARTIN CORPORATION,    .
                                .
          Plaintiff,            .
                                . CA No. 08-1160 (ESH)
     v.                         .
                                .
UNITED STATES OF AMERICA,       . Washington, D.C.
                                . Tuesday, February 11, 2014
          Defendant.            . 11:40 a.m.
                                .
. . . . . . . . . . . . . . . . Page 242 - 277

DAY 2 - A.M. SESSION
TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:              MICHAEL K. MURPHY, ESQ.
                                RAYMOND B. LUDWISZEWSKI, ESQ.
                                JUSTIN A. TORRES, ESQ.
                                STACIE B. FLETCHER, ESQ.
                                DAVID FOTOUHI, ESQ.

                                Gibson, Dunn & Crutcher, LLP
                                1050 Connecticut Avenue, NW
                                Washington, DC 20036-5306
                                (202) 955-8238

For the Defendant:              JOHN E. SULLIVAN, ESQ.
                                ERICA M. ZILIOLI, ESQ.
                                JESSICA O'DONNELL, ESQ.
                                JUSTIN D. HEMINGER, ESQ.
                                JENNIFER E. POWELL, ESQ.
                                WILLIAM D. JOHNSON, ESQ.

                                U.S. Department of Justice
                                ENRD / Environmental Defense
                                Section
                                601 D Street, NW
                                Suite 8000
                                Washington, DC 20026-3986
                                (202) 305-0365

Court Reporter:                    BRYAN A. WAYNE, RPR, CRR
                                     Official Court Reporter
                                     U.S. Courthouse, Room 4704-A
                                     333 Constitution Avenue, NW
                                     Washington, DC 20001
                                     (202) 354-3186

Proceedings reported by machine shorthand.  Transcript produced by computer-aided transcription.

P R O C E E D I N G S

THE DEPUTY CLERK : Civil action 08-1160, the Lockheed Martin Corporation versus the United States of America.

THE COURT: Okay. Good morning. I got a plaintiff's updated list, or I'm not sure. Is this given to me just now, or did I already have it?

MR. MURPHY: Your Honor, that was the list that you requested yesterday of all the exhibits on the CDs and trial binders. It's broken out as best we could, Your Honor.

THE COURT: Okay. That's fine. And if I go online here, which we're going to experiment with at some point, are there hyperlinks for your discs?

MR. MURPHY: The discs that we submitted last Friday, Your Honor, has hyperlinks on it.

THE COURT: And it's divided under what tab? Documents, or PDF? Okay.

Do you want to bring back your witness?

MR. MURPHY: Yes. Your Honor, we call Dick Johnson back to the stand, please.

THE COURT: I was given a declaration of a Grant Speer with attachments, PX1057.

MR. MURPHY: You requested this yesterday, Your Honor. We attempted in the front tab to cross-walk between our original binders to the piece of paper there. We highlighted what's in the original binders and what is not in the original trial

 1    binders, Your Honor.

 2              THE COURT:  So if there was a Plaintiff's Exhibit

 3    No. PX01110, that already exists someplace else?

 4              MR. MURPHY:  It is also in there.  We gave you a full

 5    affidavit with everything in there, and we just highlighted.

 6              THE COURT:  Did we get one or two?  Just curious.

 7              MR. MURPHY:  We gave you two, Your Honor.

 8              THE COURT:  All right.  We're drowning.

 9         (The witness resumes the stand.)

10              THE COURT:  Good morning.  How are you?

11              THE WITNESS:  Good morning, Your Honor.

12              THE COURT:  Okay.  Go ahead.  Where did we leave off?

13              MR. JOHNSON:  Your Honor, I have no further questions

14    of the witness.  I have no further cross.

15              THE COURT:  Would you just inquire about the facilities

16    contracts that we left off on?  I don't know if you had a chance

17    to look at them.

18              THE WITNESS:  I did, Your Honor, and I understand

19    them.  If you want me to explain them, I can.

20              THE COURT:  Sure.  I'm interested in what the

21    indemnification means, at least from your point of view.

22              THE WITNESS:  I was given two exhibits to look at.

23    They go together.  They fit together in time.  U.S. 84 is the

24    first one, and U.S. 113 is the second one.

25              THE COURT:  I'm sorry.  Are those the same numbers

 1   that we were dealing with?  I thought we had 506 and -- oh, 84

 2   and 113.  Okay.

 3             MR. MURPHY: Yes.  These are the facilities indemnities,

 4   Your Honor.

 5             THE WITNESS:  U.S. 84 is in fact not a full facilities

 6   contract.  It's Modification 3 to an Air Force facility's

 7   contract, and the contract was dated May 19, 1965.  The

 8   modification is March 21, 1968.  So we don't have the entire

 9   contract, but the modification gives us a lot of information.

10       What the modification does is it transfers all of the

11   facilities under three prior Army, Air Force, and Navy contracts

12   to this Air Force contract, and it adds a new set of general

13   provisions.  It doesn't give us any other part of the contract,

14   so we have to read it with a certain reservation.

15       Two clauses are important in this facilities contract.

16   They're clauses 27 and 26, and they are found at pages 27 and 28

17   of the document.

18             THE COURT:  Can you flip it up, Mr. Murphy?

19             MR. MURPHY:  Yes.

20             THE WITNESS:  Clause 26 is called "Insurance Liability

21   to Third Persons," and it's the clause that -- it's a very

22   standard clause for cost-type contracts, and it does two things:

23   It relates the amount of insurance that a contractor may purchase

24   with reimbursement under the contract.  It limits that to

25   insurance that the contracting officer permits to be purchased.

1        The other thing it does -- that's in paragraph A.  The other

2   thing it does, in paragraph C, it tells us that the government

3   will basically self-insure for all other third-party liabilities.

4   So it's the government assuming a major risk as a self-insurer.

5        That clause fits with the next clause, 27, which is called

6   "Indemnification of the Government," and that clause says,

7   "Except as provided in the 'Insurance Liability to Third Persons

8   Clause,' the contractor shall indemnity and hold the government

9   harmless against claims for injury to persons or damage to

10  property of the contractor or others."

11       So that does two things.  It's providing a partial

12  indemnity of the government for third-party claims that are not

13  covered in the preceding clause.  The preceding clause says the

14  government will assume these major liabilities.  It also protects

15  the government against claims for damage to property of the

16  contractor or others.  That is an indemnification.

17       The entire clause, however, is subject to a final sentence

18  which says, "However, the provisions of the contractor's related

19  procurement contracts shall govern the government's assumption

20  of liability for such claims arising out of or related to the

21  performance of each such related procurement contract and

22  involving the possession or use of the facilities."

23       That sentence appears to kick the can back to the

24  procurement contracts in order to determine what the actual state

25  of indemnification is.  That's the first contract, or partial

1    contract.

2        U.S. 113 is the Successor Facilities Contract, and it's

3    dated May 28, 1970.  It's actually signed July 28, 1970.  This

4    is an example where I believe we have the entire contract,

5    perhaps one of the few.  If you go to page 16 of this document,

6    U.S. 113, you'll see that the second clause that I described in

7    the first contract is there, but the first clause is not there.

8        What this tells me is that there was a policy change in the

9    Air Force between 1965 and 1970 in which the Air Force decided

10   no longer to grant the Insurance Liability to Third Parties

11   Clause in this type of contract, and it left the other clause

12   there.  It reads almost exactly the same as the one that we

13   examined in the first document, and it has precisely the same

14   last sentence which appears to tell us to go back to the

15   procurement contracts for a final determination of what the

16   indemnification is.

17        That's what I gather from these documents, Your Honor.

18             THE COURT:  Go ahead.

19   **RICHARD JOHNSON, WITNESS FOR THE PLAINTIFF, PREVIOUSLY SWORN**

20                    REDIRECT EXAMINATION

21   BY MR. MURPHY:

22   Q.   Mr. Johnson, yesterday we talked a little bit about the

23   other indemnity in the 85-804 context.

24   A.   Yes.

25   Q.   I want to go back to that for a quick second before moving

1   on.  I want to turn first to Plaintiff's Exhibit 516, so it's

2   one of the documents I think we talked about yesterday.  It's

3   Exhibit 516.

4           MR. MURPHY:  It's in our trial binder, Your Honor,

5   under the Indemnity portion of the binder.  Actually, I'm sorry.

6   I made a mistake.  I'm starting too forward in history.  I'm

7   going to start with Plaintiff's Exhibit 506, which is also in

8   the trial binder, Your Honor, same spot.  This is 506.

9   BY MR. MURPHY:

10  Q.   Mr. Johnson, have you seen Plaintiff's Exhibit 506 before?

11  A.   I don't believe that I've seen it.  I'm checking it to make

12  sure I didn't sign it myself.  But, no, it's signed -- there are

13  two parts to it.

14          THE COURT:  Who did you work for, then?

15          THE WITNESS:  These are perhaps duplicates.  Do I have

16  duplicates here?

17          MR. MURPHY:  Yeah, I gave you two by mistake.

18          THE COURT:  Did you work for Lockheed back then, or

19  the Army?

20          THE WITNESS:  I was working for the Air Force back

21  then in the secretary's office.  This document is signed by the

22  assistant secretary of the Air Force, for installations and

23  logistics.  He was one of my bosses at the time, and I did work

24  on this type of thing at the time.

25

BY MR. MURPHY:

Q.   Did you work on the Boeing indemnity under the prime
contract?

A.   I really have no recollection whether I did or didn't.
I think the symbol of my office is on one of the attached
documents.  If you go to the second -- third page, which is an
internal Air Force memorandum, this would have been the
memorandum supporting the request for the secretary to approve
the indemnification for this particular contract, and at the
upper right, handwritten, you'll see the symbol SAFGC.  That was
my office.

Q.   Okay.

A.   It doesn't have my name on it, and I can't read the name
that is handwritten there.

Q.   So, Mr. Johnson, I'm going to represent that this is dated
1966, as you see from the first page.

A.   Right.

Q.   And it is a -- do you agree this is an approval for an
indemnity clause?

A.   Yes, it is, and each one of these had to be approved at the
secretarial level.

Q.   Okay.  So in terms of 85-804 indemnity, under the 85-804,
how did that work?  How was it put into a contractor's contract
with the government?

A.   A contractor that felt that it was exposed to an unusually

1    hazardous risk, as defined in the regulations, would make a

2    formal request through the contracting officer for approval to

3    include this clause, and that's the process that you went through.

4    Q.   Did the regulations define the ultrahazardous risk, or is

5    that in the contract itself?

6    A.   You're stretching me now, because I can't remember.  There

7    was a whole part of the Armed Services Procurement Regulation

8    that addressed this and set out the process, and I'm pretty sure

9    that it would have given some guidance on what an unusually

10   hazardous risk was because you didn't want everybody and his

11   brother coming in and claiming that they needed this kind of

12   indemnification.  It's very limited.

13   Q.   Okay.  Could you turn now -- the Bates number at the bottom

14   is AFPROD6, and it ends in the two numbers 64.  It's entitled

15   "The Boeing Company Definitions For Indemnification Clause."

16   A.   I see it, yes.

17   Q.   Looking at little (a).

18        MR. JOHNSON:  Objection, Your Honor.  Realizing this

19   has been broached by the Court and granted some leeway there,

20   the United States points out that this witness was not designated

21   as an expert in the indemnification clause.  We haven't had an

22   opportunity to obtain discovery or depose.

23        THE COURT:  I know.  Well, you know, there's something

24   about the trial process that allows us to ask some questions

25   while he's here.  Overruled.

1    BY MR. MURPHY:

2    Q.   Here, I'm reading from the first paragraph where it says,

3    "Indemnification Clause under ASPR 10-703, it is agreed that all

4    risks resulting from or in connection with the explosion and/or

5    detonation or surface impact of a missile, simulated missile, or

6    component thereof, utilizing the material delivered or services

7    rendered under this contract are unusually hazardous risks

8    regardless of whether the harm caused any such risk or liability

9    resulting from such risk occurs before or after delivery to the

10   government of equipment and materials under this contract."

11        Do you see that?

12   A.   Yes.

13   Q.   So would this definition of ultrahazardous risk define what

14   the indemnity risk the government was taking on?

15   A.   Yes, basically.  That's what it does.

16        THE COURT:  Are there any court cases that interpret

17   this?  You'd think that people would raise it all the time.

18        THE WITNESS:  Your Honor, there was never -- the

19   clause was never invoked because there was never a catastrophic

20   incident that required that it be interpreted.

21        THE COURT:  Okay.

22   BY MR. MURPHY:

23   Q.   I'm going to turn now to the exhibit that we talked about

24   yesterday, 560.  It was a document that was handed to you

25   yesterday.  Do you have a copy of it, or should I give you

1   another copy?

2   A.   I'm not sure that I have it here.   Yeah, I do have 560.

3   Q.   Okay.   560, the cover page talks about the fact that this

4   is -- the date is April 19, 1973, correct?

5   A.   Yes.

6   Q.   Is it your understanding that this is a clause that was

7   incorporated into the SRAM production subcontract?

8   A.   The letter is addressed to Lockheed.   The sender of the

9   letter was Boeing.   Boeing was the prime contractor.   So in this

10   letter, Boeing is extending the Unusually Hazardous Risk Clause

11   to Lockheed for inclusion in its subcontract.   Obviously, Boeing

12   had received approval from the Air Force to do this.

13   Q.   Could you turn to the Bates number at the bottom right-hand

14   of the page.   The last three numbers are 706?

15   A.   Yes.

16   Q.   Okay.   We were looking at the definitions for

17   indemnification?

18   A.   Yes.

19   Q.   Here, at 5.4.1.1, they define ultrahazardous risk, correct?

20   A.   For purposes of this contract, yes.

21   Q.   Okay.   For purposes of the production contract.

22   A.   Right.   Right.   That's correct.

23   Q.   So here the clause says, "It is agreed that all risks

24   resulting from or in connection with (i) the explosion,

25   detonation, combustion, or surface impact of a missile,

1    simulated missile or component thereof, utilizing a material

2    delivered for services rendered under this contract; (ii) the

3    use of materials containing radioactive, toxic, explosive or

4    other hazardous properties of chemicals or energy sources are

5    unusually hazardous risks, regardless of whether," and it

6    continues as it had before.

7         Mr. Johnson, is there another phrase in this contract, in

8    this definition of ultrahazardous risk, that wasn't there before?

9    A.   I'm sorry?

10   Q.   Is there an additional phrase in this definition that was

11   not in the 1966 version of this?

12   A.   Yes, there is.  You read it.

13   Q.   Okay.  Do you know why this clause was added into the

14   production contract?

15   A.   I do not, no.

16   Q.   Are you familiar of any other ultrahazardous risks

17   indemnities that contain this language?

18   A.   I don't recall seeing this particular language before.  As

19   I said yesterday, the major risk that we were concerned about at

20   the time in a missile contract was a missile going astray and

21   causing civilian casualties.

22   Q.   Are you aware of whether Lockheed Martin was able to get

23   indemnity -- excuse me -- Lockheed Martin was able to get

24   insurance to cover the groundwater contamination at Redlands?

25   A.   The condition of the use of the clause was that the

1    contractor, in this case Lockheed, could not procure commercial

2    insurance for the type of risk that I described as unusually

3    hazardous, which is the missile going up.

4    Q.   Right.

5    A.   I can't tell you whether Lockheed could have obtained

6    insurance for some of the risks that are described in (ii) that

7    you read, which appears to go beyond the -- somewhat beyond the

8    missile incident.  Whether it was intended to do that or not,

9    I don't know.

10   Q.   Okay, thank you.  Now, Mr. Johnson, I'm going to return to

11   another topic that we discussed yesterday during your cross.

12   Can we pull up 1067?  This is a document you were shown yesterday

13   by counsel for the United States.  Do you have it before you?

14   A.   I have it on the screen, but I can't read it.

15        (Document is enlarged.)

16        Yes.  That's the Navy Joint Task Force document.

17   Q.   We talked about paragraph 1 yesterday.  In paragraph 2,

18   it says, "A substantial amount of hazardous waste material was

19   generated by activities for agencies other than the Navy.  A

20   tabulation is attached for your information."  Do you see that?

21   A.   Yes.

22   Q.   When we came back from break yesterday, you mentioned that

23   you had understood what this document was about.

24   A.   I misinterpreted it the first time.

25   Q.   Okay.  After looking at the document -- after you've been

1    looking at the document for a little bit of time, what do you

2    believe this document is about now?

3    A.   Well, it's a document generated by a member of the Army-

4    Navy-Air Force Task Force which was charged with looking at --

5    and I'm doing this from memory now -- looking at pollution

6    created by this kind of -- the kinds of materials that were

7    typically used at the Lockheed plant.  So it's telling me that

8    in about 1972, people were becoming somewhat more sensitive to

9    the disposal of this type of material.

10   Q.   Can we turn to the last paragraph of that page?  Here the

11   document states that this report summarizes -- and it's

12   referring to a report that Lockheed Propulsion had submitted to

13   San Bernardino County Air Pollution Control Hearing Board.

14        It says that "This report summarizes a common defense

15   industry problems with respect to disposal of hazardous waste

16   materials."  Do you see that?

17   A.   Yes.

18   Q.   And is that what informed you of what the purpose of this

19   letter was?

20   A.   The last paragraph, the letter is what really told us what

21   the purpose of it was.

22   Q.   Can you turn the page to the last paragraph?

23   A.   It's on page 2.

24   Q.   Here, this paragraph says, "Per telecon this date, it is

25   understood that you are the co-chairman of a JANNAF group."

1   What is JANNAF?

2   A.   That's an acronym for Joint Army-Navy-Air Force.  Jargon is

3   what it is.

4   Q.   "JANNAF group to study the problems of air, water, and soil

5   pollution in disposing of hazardous waste materials.  We would

6   appreciate any exchange of information developed by this group

7   through mailing list notification."  Is that what led you to

8   believe that this letter was concerning --

9   A.   Yeah, it's clear.

10  Q.   Okay.  And did you review the attachment of the types of

11  waste that Lockheed Propulsion was sending to the Navy or the

12  chairman of this JANNAF group?

13  A.   I did briefly.  I don't have a firm recollection of what

14  was on it.

15  Q.   Here, that list, if you could bring up the last page of

16  the document, it includes an entry for a motor case reclamation.

17  Do you see that?

18  A.   It says "motor case reclamation," yes.

19  Q.   The do you have an understanding of what a motor case

20  reclamation is?

21          MR. JOHNSON:  Objection.

22          THE COURT:  Overruled.

23          THE WITNESS:  I only have a vague understanding of

24  what that is.  I don't feel qualified to --

25          MR. MURPHY:  Okay.

BY MR. MURPHY:

Q.   Then across that line, it talks about how much the facility
is burning per year, in pounds?

A.   Yes.

Q.   And then it talks about how much is burned or detonated in
testing?  And the last one is the one that I want to focus on.
Pounds-per-year estimate going into streams.  Do you see that?

A.   Yes.

Q.   And it says 1500 -- I guess it would be pounds per year --
in water to soil basin.  Do you see that?

A.   Yes.  I don't know what -- I guess A.P. is the material
we're talking about.

Q.   So, again, you read this letter as Lockheed Propulsion
letting its customer know how it's handling waste under agency
contracts?

          MR. JOHNSON:  Objection.  Leading.

          THE COURT:  Overruled.

          THE WITNESS:  I wouldn't say that -- it's fair to say
that it was letting its customer know.  Since this was an Army-
Navy-Air Force task force, it was letting that activity of the
government, of the Department of Defense, know it wasn't its
contracting officer under any Lockheed contract.

          MR. MURPHY:  Okay.

BY MR. MURPHY:

Q.   I'm going to a document we talked yesterday, but I want to

1    start off with Plaintiff's Exhibit 0098 first.

2              MR. MURPHY:  This is in our binder, Your Honor, at the

3    tab that's entitled Waste Disposal.

4              THE COURT:  Is it before or after Indemnity?

5              MR. MURPHY:  Before Indemnity, Your Honor.

6              THE COURT:  All right.

7    BY MR. MURPHY:

8    Q.   Mr. Johnson, have you seen this document before?

9    A.   I believe I have seen it before.

10   Q.   Okay.  Can you tell me what this is?

11   A.   Well, it's a Lockheed letter forwarding an inventory of

12   residual property under a contract.  The contract is identified

13   on the inventory sheet as being the integral Ramjet Booster

14   Demonstration Program Partial, whatever that means.

15   Q.   Okay.

16   A.   That tells me it's an R&D-type contract, and in all

17   likelihood, a cost-type contract.

18   Q.   Here we list -- and this is attaching a reference DD545,

19   and it's a form number.

20   A.   543, I think.

21   Q.   I'm sorry.  And that's the inventory schedule attached?

22   A.   Yes.

23   Q.   Okay.  And what is this inventory schedule?  What does it

24   represent?

25   A.   This is what a cost-type contractor had to do at the end of

1    his contract or her contract, and it's in accordance with

2    paragraph (i) of the Government Property Clause for cost-type

3    contracts.  Basically, they have to set out what is left over

4    and provide the government an opportunity to state what it wants

5    done with the materials.

6    Q.    Okay.  So in the letter, it says, "Receipt of disposition

7    instructions for this property is requested at the earliest

8    possible time."

9    A.    So they're asking, what should we do.

10   Q.    Okay.  And how would the government typically respond?

11   A.    How does it respond?

12   Q.    Mm-hmm.

13   A.    Normally, it would send a letter saying here's what we want

14   done.  It might not have to be by letter, but basically it's

15   going to give an instruction.

16   Q.    Can we now turn to Plaintiff's Exhibit 1073.  This was the

17   document you saw yesterday.  Do you have this document?

18   A.    That's the abandonment document.

19   Q.    Yes.  Do you have a copy of it?

20   A.    I have one somewhere here.

21   Q.    So is this the United States' response to that request for

22   disposition that we just looked at previously?

23   A.    I need to check the contract number here.  Yeah, it's the

24   same contract.  So it's a partial response.

25   Q.    Why do you say a partial response?

 1    A.   It only talks about one item.  Oh, no, it doesn't.  It's

 2    line items 1-8, so it's all of it.  And it abandons it to

 3    Lockheed with Lockheed's permission, and it gives an instruction.

 4    Says "dispose by pit burning."  And that's what it does.

 5    Q.   So why was the government able to tell Lockheed Propulsion

 6    to dispose of these materials by pit burning?

 7    A.   Lockheed had requested disposal instructions, and the

 8    government provided them.

 9    Q.   Okay.  Let me turn now to a document that we didn't talk

10    about yesterday but still is along the same line, Plaintiff's

11    Exhibit 461.

12    A.   I've never seen this document before.

13    Q.   You need a little bit of time?

14         (Witness reviewing document.)

15    A.   Okay.  The first page is a form letter dated November 5,

16    '74, and it's from the Defense Contract Administration Services

17    in L.A.  It's addressed to Lockheed Redlands, and it's responding

18    to an inventory that Lockheed had submitted under a contract

19    that's an Air Force contract that is different from the one we

20    just spoke about.  The form letter addresses one line item in an

21    inventory schedule that so far I haven't seen -- it may be in

22    this package -- and it gives instructions what to do about it,

23    and the instructions are "demilitarization or destruction."

24         As I said, it's purely a form letter.  And at the bottom,

25    someone from Lockheed has --

Q.   I'm not sure if it's from Lockheed.  Could you --

A.   It may not be a Lockheed person.

Q.   The second to last paragraph before the signature page, I'm going to read that.  "Demilitarization or destruction of this material must be witnessed by an authorized government representative, and a signed certification as referenced below be forwarded to this office.  Advance arrangements will be made with the government representative so as not to conflict with his assigned duties."  Do you see that?

A.   Yes.  That suggests that the signature at the bottom of the page is a government inspector.

Q.   Okay.  So he had to witness the burning of this material that's laid out in this letter.

A.   It would -- that's what the certification states, if it is a government person, yes.

Q.   Mr. Johnson, in your experience, is disposal of these waste items a contract price that the government is paying to its contractor?

A.   If a contractor has to dispose of this type of material, it would have to include that cost in its pricing if it wants to stay in business.

Q.   Okay.  I'm going to hand you Plaintiff's Exhibit 302.

MR. MURPHY:  Again, it's in that same group of documents, Your Honor.

1   BY MR. MURPHY:

2   Q.   Mr. Johnson, have you seen this document before?

3   A.   I don't believe I've ever seen it.

4   Q.   Okay.

5   A.   I can give you an explanation of what it is.

6   Q.   Please.

7   A.   Every government contract has an appendix to it which lists

8   data items, so-called data items.  Those are information items

9   that a contractor has to provide to the government as part of

10  its performance, and this document relates to one of those data

11  items.  We don't have the data item itself, but we can tell what

12  it was, from the title here, and this document basically reports

13  on some things that the contractor was doing.

14  Q.   I want to look at a period ending 9/19.  Do you see that?

15  A.   Yes.

16  Q.   It says, "Disposed of residual propellant from SRAM."

17  Do you see that?

18  A.   Yes.

19  Q.   And it also provides estimated man hours, level of effort?

20  A.   Yes, it does.

21  Q.   So is this the contractor telling the government this is

22  how many hours it will take us to dispose of propellant from the

23  SRAM aging program?

24  A.   My interpretation is that it's the contractor reporting

25  what it has done, because the report covers the period 1 through

1   19 September, and the dates at the bottom are between October 1

2   and October 20.  So it looks like it's an after-the-fact report.

3   Q.   Is that supported by the fact that it's signed by a major

4   from the U.S. Air Force?

5   A.   Well, it's signed by three persons.  The person on the

6   left, I believe, would be a Lockheed individual.  It's called

7   Program Manager.  The two signatures on the right, under the

8   statement "Acceptance of Effort Acknowledged," are two Air Force

9   individuals.  One is a military person; the other one is a

10  civilian contracting officer.

11  Q.   Mr. Johnson, I want to talk a little bit -- just to kind of

12  review a little bit of your testimony yesterday, just so I

13  understand and the Court understands where the parties are at

14  right now in our disagreements about this issue.

15       Is it your testimony that direct and indirect materials

16  purchased under cost contracts would be owned by the government?

17  A.   The title would transfer to the government under the

18  clause.  That's right.

19           THE COURT:  Direct and indirect?  I'm sorry.

20           MR. MURPHY:  I'm sorry.  Direct and indirect.

21           THE WITNESS:  Yes.

22           THE COURT:  Under which clause, the government

23  contract clause, or the --

24           THE WITNESS:  The Government Property Clause for

25  cost-type contracts.

1   BY MR. MURPHY:

2   Q.   And then, under Fixed-Price Contracts With Progress Payments

3   Clause, is it also your opinion that direct and indirect costs

4   under that clause would transfer to the government as well during

5   contract performance?

6   A.   Well, title would pass to both direct and indirect property

7   allocated to that contract.

8   Q.   Okay.

9   A.   With a reversion at the end, as we discussed.

10  Q.   Okay.  And it's your opinion that ammonium perchlorate

11  would be a direct contract cost under both clauses?

12  A.   That is my opinion, yes.

13  Q.   And in the documents we just looked at where A.P. is listed

14  on inventory schedules, that supports your opinion that A.P. was

15  a direct charge to these contracts; is that correct?

16  A.   Well, it's consistent with that.  If A.P. were charged

17  indirect, it would never appear on any inventory schedule.

18  Q.   Okay.  So we talked yesterday about the difficulty we have

19  in determining exactly how much A.P. is owned by LPC or the

20  government at any point in time at the site history; is that

21  correct?

22  A.   Yes.

23  Q.   And that's because we don't have a clear mix of cost

24  contracts or contracts with fixed-price contracts with Progress

25  Payments Clause or smaller fixed-price contracts without these

1    government contract provisions.

2    A.   To be precise and give an exact correct figure, you would

3    have to review every contract and subcontract during the entire

4    period that we're talking about.

5    Q.   Okay.  But it's --

6    A.   We don't have them.

7    Q.   It's only the fixed-price contracts -- the smaller

8    fixed-price contracts that would not have the payments clause

9    that there would be a title transfer?

10   A.   That's correct.

11   Q.   During the time that LPC was in operation, do you think

12   that LPC managers would have a better idea of the ownership of

13   A.P. in their stores?

14   A.   I would certainly think so.

15          MR. MURPHY:  I'm going to play a clip from a

16   deposition of a site witness on this issue.  I don't think

17   Mr. Johnson has seen this before.  I don't think I've seen it

18   before either, Your Honor, so I hope it works well.

19      (Video is played.)

20          THE COURT:  Who's that?

21          MR. MURPHY:  That's Greg Speer, Your Honor.  He was a

22   manager at LPC.

23          THE COURT:  Do you have some way of identifying what

24   we just had?

25          MR. MURPHY:  It's designated in our binders.

```
 1              THE COURT:  As what?
 2              MR. MURPHY:  It's the Speer transcript from the
 3    Toxic Tort Volume 3, page 107, line 14, to page 108, line 19.
 4    We can put it up here.  I think it was part of our deposition
 5    designations in this case, Your Honor, and here it is.
 6    BY MR. MURPHY:
 7    Q.   So, Mr. Johnson, were you able to hear that?
 8    A.   Most of it, yes.
 9    Q.   Okay.  So here we have Grant Speer who was a manager at
10    Lockheed Propulsion Company during the time period, talking
11    about who owned the A.P.
12              THE COURT:  I'm sorry.  Is there a way to find this
13    here?  Is it in your binder, or what you handed up a little
14    while ago?
15              MR. MURPHY:  I've been told by my team, Your Honor,
16    that it might not be in our trial binders, but it was part of
17    the depo designations that we exchanged with counsel.
18              THE COURT:  So does it have a number or anything?
19    Can we give it a number just for the record?
20              MR. MURPHY:  We'll put a number on it, Your Honor, and
21    we'll mark it.
22    BY MR. MURPHY:
23    Q.   So here we have Grant Speer being asked who owned the A.P.
24    at the site, and he said it's a hard point, as we discussed.
25    Then he goes on to discuss Javelin and Viper and things of that
```

1    type that are off-the-shelf type programs.

2        Do you have any knowledge, Mr. Johnson, about whether the

3    Viper or Javelin contracts were fixed-price without progress

4    payments costs?

5    A.    I have an opinion.  I think it's an informed opinion.

6    These were smaller contracts, and he calls them off-the-shelf.

7    They would normally be the type of contract that would be (a)

8    fixed-price, and (b) would not have progress payments in it.

9    Q.    Okay.  But he says in all other cases, it was paid by the

10   government, owned by the government.

11   A.    In that case, he appears to be identifying a combination of

12   the cost-type contracts and the larger fixed-price contracts

13   that have the Progress Payments Clause in them.

14   Q.    Did you review the SRAM contracts?

15   A.    I believe I reviewed the SRAM subcontract from Boeing to

16   Lockheed.

17   Q.    And did that subcontract have a Progress Payments Clause

18   that transferred ownership?

19   A.    Yes.

20   Q.    That would be one example of a large program that has a

21   fixed price but also with Progress Payments Clause.

22   A.    I believe it was one of the largest programs at that plant.

23            MR. MURPHY:  Okay.  I think I'm done, Your Honor.

24            THE COURT:  Anything for the other side?

25            MR. MURPHY:  Your Honor, I'm sorry.  The Speer

1   transcript we just looked at is the last document in the

2   Ownership of Equipment, Your Honor.  It's the last in that part

3   of the binder.

4         THE COURT:  I guess it's 23, No. 23, deposition.

5   That one?  Okay, anything?  This is a deposition at the bottom

6   of Volume 3 taken July 7, 2000.  It's a tab on Equipment.

7         Okay.  Go ahead.

8         MR. JOHNSON:  Thank you, Your Honor.

9                    RECROSS-EXAMINATION

10  BY MR. JOHNSON:

11  Q.   Mr. Johnson, you testified a moment ago in speaking to --

12  in I believe Plaintiff's Exhibit 302, it was the inventory

13  schedule that listed the ammonium perchlorate?

14  A.   302, yes.

15  Q.   I apologize.  I wrote down the wrong exhibit number.  That

16  wasn't the one I was thinking of.  You mentioned the A.P. would

17  not appear on an inventory schedule unless it was charged as a

18  direct cost to a cost reimbursement contract.  Correct?

19  A.   If A.P. were charged indirect, it would not appear on an

20  inventory schedule.

21  Q.   I believe the exhibit I meant was Plaintiff's Exhibit 98.

22  In discussing Plaintiff's Exhibit 98, if we go to the second

23  page, I believe it's the inventory schedule, the DD Form 543.

24         THE COURT:  Where do I find 98?

25         MR. JOHNSON:  Your Honor, it's Plaintiff's Exhibit 98.

I believe that's also in the plaintiff's binder in the Ownership section.

        THE COURT:  Sorry, go ahead.

  (Witness reviewing document.)

BY MR. JOHNSON:

Q.   Mr. Johnson, do you have the DD Form 543 in front of you that listed the A.P.?

A.   Yes, I do.

Q.   You testified that this is from a research and development type contract?

A.   That's my interpretation from the identification of the contract here, yeah.

Q.   And you've never seen A.P. identified on an inventory schedule such as this for a production contract, correct, in all the documents you reviewed?

A.   I don't know.  We've seen so many documents at this point, I did see some inventory schedules that had A.P. on them, and I can't tell you at this point whether they were all R&D contracts or any of them were fixed-price contracts.  I can't dredge that up for you.

Q.   Going to Plaintiff's Exhibit 506, this is the exhibit brought to your attention by the Court yesterday to a Lockheed proposal responding to an Air Force inquiry.

A.   You've lost me.  I don't know whether I have it here.

Q.   Oh, I'm sorry, not 506.  Okay.  I apologize.  It's

 1    Plaintiff's Exhibit 1067.

 2            THE COURT:  1067, not 506?

 3            MR. JOHNSON:  Yes, Your Honor.  This is the document

 4    that the Court brought to Mr. Johnson's attention yesterday in

 5    regards to the inquiry regarding the disposal of waste by

 6    Lockheed Propulsion.

 7            THE COURT:  What's the exhibit number?

 8            MR. JOHNSON:  It's Plaintiff's Exhibit 1067.

 9            THE COURT:  Well, he doesn't have it, I don't think.

10            MR. JOHNSON:  We have it up on the screen.

11            THE COURT:  Okay.  How long do you think you'll be?

12            MR. JOHNSON:  Just another minute.

13            THE COURT:  Oh, good.  Good.

14            THE WITNESS:  I can't read the screen.  I think I know

15    what it is.

16        (Document handed to the witness.)

17            THE WITNESS:  This is the Navy, the task force

18    document, yes.

19            MR. JOHNSON:  Yes.  The response to the task force?

20            THE WITNESS:  Yes.

21    BY MR. JOHNSON:

22    Q.   If you could turn to the second page of that document and

23    look at the signature block.

24    A.   The second page is the last paragraph of the letter.

25    Q.   Yes.  And below that, is there a signature block?

1    A.    Yes.

2    Q.    And the signature block reads the name of Larry Borgelt,

3    who's the Safety/Fire Protection Engineer Hazardous Material

4    Disposal Coordinator, correct?

5    A.    That's what it says.

6    Q.    Have you seen or have you become aware of the testimony of

7    Larry Borgelt as to the purpose of this letter?

8    A.    No.

9    Q.    So you don't know if your testimony is consistent with

10   the author's testimony regarding why he wrote the letter.

11   A.    You're correct.

12   Q.    And if we could bring up Plaintiff's Exhibit 1073.

13          MR. JOHNSON:  This is in the same section of the

14   plaintiff's binder, Your Honor.

15   BY MR. JOHNSON:

16   Q.    Do you have that exhibit in front of you?

17   A.    Yes, I do.

18   Q.    And it's your testimony that when the government abandoned

19   this property, Lockheed had to consent to accept the property

20   after the government's abandonment, correct?

21   A.    It's my testimony that the government did not have

22   untrammeled or unlimited authority to abandon things on

23   Lockheed's property without Lockheed's consent.

24   Q.    So if you go to the paragraph there that starts,

25   "The contractor shall assume full liability and hereby releases

1    the government from damages or injuries to personnel and/or

2    property as a result of this abandonment."

3    A.   Yes.

4    Q.   If Lockheed disagreed with that, they could have told the

5    government no.

6    A.   Yes, they could.

7    Q.   Thank you.

8            MR. JOHNSON:  Thank you, Your Honor.

9            THE COURT:  Okay.  Thank you, Mr. Johnson.  Have a

10   good day.  You're free to go; I think nobody needs you.

11       We'll now resume at quarter past 2:00, please, and you're

12   going to have Mr. Blackman?

13           MR. MURPHY:  Yes, Mr. Blackman.

14           THE COURT:  Okay.

15           MR. MURPHY:  Your Honor, before we break, I want to

16   raise an issue.  After Mr. Blackman and Mr. Delaney, we have one

17   expert left, which is Dr. Stanley Feenstra.  Dr. Feenstra was

18   here over the weekend on Sunday, had a very serious allergic

19   reaction to some food he ate, and he's still in his hotel room.

20   His throat swelled yesterday, and he's had some very difficult

21   time eating; he's still throwing up.  So he's not in a very good

22   strait to testify tomorrow, Your Honor.

23           THE COURT:  What do you want to do?  How do we do

24   this?  Can they put on witnesses who aren't responsive to him

25   and hope he gets better?  We have some flexibility, obviously.

 1          MR. MURPHY:  I believe we'd be done -- I think

 2    Mr. Feenstra would be ready to testify on Thursday, Your Honor.

 3    I'm just also worried about the snow on Thursday affecting the

 4    schedule if the court is closed.

 5          THE COURT:  Well, right.  That's out of my hands.

 6    Half the time they don't close, and half the time they do.  So I

 7    don't know what to say about that.  If we can't go forward

 8    Thursday because the courthouse closes, we have to take him up

 9    on Friday.

10          MR. MURPHY:  Yes, Your Honor.

11          THE COURT:  Do you think he'd be able to come on

12    Thursday?

13          MR. MURPHY:  I do.  We believe so.

14          THE COURT:  Can you, Mr. Sullivan, slip in any

15    witnesses tomorrow that are not sort of dependent on listening

16    to him first?

17          MR. JOHNSON:  The only witness we might be able to

18    slip in would be Wiley Wright.  Dr. Feenstra addresses Tom Cain,

19    and he also addresses photos, and that's what Mary Sitton is

20    going to be dealing with.  And I know from my opening statement,

21    I want to see what Dr. Feenstra says.

22          THE COURT:  Yeah, I know.  So he can't come tomorrow,

23    is what you're telling me.

24          MR. MURPHY:  We don't believe so, Your Honor.  The

25    doctor has given him some extra medicine today that hopefully

1    will clear it up in a day or two.

2              THE COURT:  What about Dull?

3              MR. SULLIVAN:  Dull actually has a plane reservation

4    to come in on Sunday.

5              THE COURT:  What about Nagle?

6              MR. SULLIVAN:  My understanding -- he's from the West

7    Coast, and my understanding, we tried to get him to come in, but

8    he's not available.

9              THE COURT:  So he would come on Thursday, and then we

10   we'd start the plaintiff's case right afterwards, unless he's

11   well tomorrow.

12             MR. MURPHY:  Unless he's well, Your Honor.  We can

13   check with him this afternoon, Your Honor.

14             THE COURT:  Well, if we have to take off a day, I'm

15   worried about taking Thursday on top of it.  That's really the

16   problem.

17             MR. MURPHY:  Me too, Your Honor.

18             THE COURT:  We'd be dragging our feet.  So there's

19   nobody we can take up without him, except for Wright.  Well,

20   see what you can do.  See whether we can do any fill-in.  I

21   understand that he's their key.

22             MR. SULLIVAN:  Right.  The witnesses he doesn't really

23   affect are Joan Meyer and Wiley Wright and, to some extent,

24   Mr. Dull.  But all of them are coming from out of town and are

25   scheduled, and we haven't had a chance to talk with them yet.

1           THE COURT:  All right.  Well, try to get him better.

2    I dont' have an histamine or something.  All right.  We'll be

3    back at quarter past.

4           MR. MURPHY:  Okay.  Thank you, Your Honor.

5        (Lunch recess taken at 12:45 p.m.)

<u>**INDEX**</u>

**WITNESS:**                                                                              <u>**PAGE**</u>:

Richard Johnson:        Redirect Examination................. 248
                        Recross-Examination................. 269

\*   \*   \*   \*   \*   \*


CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify

that the foregoing pages are a correct transcript from the

record of proceedings in the above-entitled matter.


_____
BRYAN A. WAYNE

**'**

**'74** [1] - 261:16
**'Insurance** [1] - 247:7

**0**

**0098** [1] - 259:1
**08-1160** [2] - 242:5,
244:2

**1**

**1** [3] - 255:17, 263:25,
264:1
**1-8** [1] - 261:2
**10-703** [1] - 252:3
**1050** [1] - 242:17
**1067** [4] - 255:12,
271:1, 271:2, 271:8
**107** [1] - 267:3
**1073** [2] - 260:16,
272:12
**108** [1] - 267:3
**11** [1] - 242:7
**113** [4] - 245:24,
246:2, 248:2, 248:6
**11:40** [1] - 242:7
**12:45** [1] - 276:5
**14** [1] - 267:3
**1500** [1] - 258:9
**16** [1] - 248:5
**19** [4] - 246:7, 253:4,
264:1, 267:3
**1965** [2] - 246:7, 248:9
**1966** [2] - 250:16,
254:11
**1968** [1] - 246:8
**1970** [3] - 248:3, 248:9
**1972** [1] - 256:8
**1973** [1] - 253:4

**2**

**2** [3] - 242:9, 255:17,
256:23
**20** [1] - 264:2
**2000** [1] - 269:6
**20001** [1] - 243:3
**20026-3986** [1] -
242:25
**20036-5306** [1] -
242:17
**2014** [1] - 242:7
**202** [3] - 242:18,
242:25, 243:3
**21** [1] - 246:8

**23** [2] - 269:4
**242** [1] - 242:8
**248** [1] - 277:3
**26** [2] - 246:16, 246:20
**269** [1] - 277:4
**27** [3] - 246:16, 247:5
**277** [1] - 242:8
**28** [3] - 246:16, 248:3
**2:00** [1] - 273:11

**3**

**3** [3] - 246:6, 267:3,
269:6
**302** [3] - 262:22,
269:12, 269:14
**305-0365** [1] - 242:25
**333** [1] - 243:2
**354-3186** [1] - 243:3

**4**

**461** [1] - 261:11
**4704-A** [1] - 243:2

**5**

**5** [1] - 261:15
**5.4.1.1** [1] - 253:19
**506** [7] - 246:1, 249:7,
249:8, 249:10,
270:21, 270:25,
271:2
**516** [2] - 249:1, 249:3
**543** [1] - 259:20,
269:23, 270:6
**560** [3] - 252:24,
253:2, 253:3

**6**

**601** [1] - 242:24
**64** [1] - 251:14

**7**

**7** [1] - 269:6
**706** [1] - 253:14

**8**

**8000** [1] - 242:24
**84** [3] - 245:23, 246:1,
246:5
**85-804** [3] - 248:23,
250:22

**9**

**9/19** [1] - 263:14
**955-8238** [1] - 242:18
**98** [4] - 269:21,
269:22, 269:24,
269:25

**A**

**a)** [1] - 251:17
**a.m** [1] - 242:7
**A.M** [1] - 242:9
**A.P** [13] - 258:11,
265:13, 265:14,
265:16, 265:19,
266:13, 267:11,
267:23, 269:16,
269:19, 270:7,
270:13, 270:17
**abandon** [1] - 272:22
**abandoned** [1] -
272:18
**abandonment** [3] -
260:18, 272:20,
273:2
**abandons** [1] - 261:2
**able** [6] - 254:22,
254:23, 261:5,
267:7, 274:11,
274:17
**above-entitled** [1] -
277:15
**accept** [1] - 272:19
**Acceptance** [1] -
264:8
**accordance** [1] -
260:1
**Acknowledged** [1] -
264:8
**acronym** [1] - 257:2
**action** [1] - 244:2
**activities** [1] - 255:19
**activity** [1] - 258:20
**actual** [1] - 247:24
**added** [1] - 254:13
**additional** [1] - 254:10
**addressed** [3] - 251:8,
253:8, 261:17
**addresses** [3] -
261:20, 274:18,
274:19
**adds** [1] - 246:12
**Administration** [1] -
261:16
**advance** [1] - 262:7
**affect** [1] - 275:23
**affecting** [1] - 274:3

**affidavit** [1] - 245:5
**AFPROD6** [1] - 251:14
**after-the-fact** [1] -
264:2
**afternoon** [1] - 275:13
**afterwards** [1] -
275:10
**agencies** [1] - 255:19
**agency** [1] - 258:14
**aging** [1] - 263:23
**ago** [2] - 267:14,
269:11
**agree** [1] - 250:18
**agreed** [2] - 252:3,
253:23
**ahead** [4] - 245:12,
248:18, 269:7, 270:3
**aided** [1] - 243:25
**Air** [17] - 246:6,
246:11, 246:12,
248:9, 249:20,
249:22, 250:7,
253:12, 256:4,
256:13, 257:2,
258:20, 261:19,
264:4, 264:8, 270:23
**air** [1] - 257:4
**allergic** [1] - 273:18
**allocated** [1] - 265:7
**allows** [1] - 251:24
**almost** [1] - 248:12
**AMERICA** [1] - 242:6
**America** [1] - 244:3
**ammonium** [2] -
265:10, 269:13
**amount** [2] - 246:23,
255:18
**apologize** [2] -
269:15, 270:25
**appear** [3] - 265:17,
269:17, 269:19
**APPEARANCES** [1] -
242:12
**appendix** [1] - 263:7
**appreciate** [1] - 257:6
**approval** [3] - 250:18,
251:2, 253:12
**approve** [1] - 250:8
**approved** [1] - 250:20
**April** [1] - 253:4
**arising** [1] - 247:20
**Armed** [1] - 251:7
**Army** [5] - 246:11,
249:19, 256:3,
257:2, 258:19
**Army-Navy-Air** [1] -
257:2
**arrangements** [1] -
262:7
**ASPR** [1] - 252:3

**assigned** [1] - 262:9
**assistant** [1] - 249:22
**assume** [2] - 247:14,
272:25
**assuming** [1] - 247:4
**assumption** [1] -
247:19
**astray** [1] - 254:20
**ate** [1] - 273:19
**attached** [3] - 250:5,
255:20, 259:21
**attaching** [1] - 259:18
**attachment** [1] -
257:10
**attachments** [1] -
244:21
**attempted** [1] - 244:23
**attention** [2] - 270:22,
271:4
**author's** [1] - 272:10
**authority** [1] - 272:22
**authorized** [1] - 262:5
**available** [1] - 275:8
**Avenue** [2] - 242:17,
243:2
**aware** [2] - 254:22,
272:6

**B**

**basin** [1] - 258:10
**Bates** [2] - 251:13,
253:13
**become** [1] - 272:6
**becoming** [1] - 256:8
**BEFORE** [1] - 242:10
**below** [2] - 262:6,
271:25
**BENCH** [1] - 242:10
**Bernardino** [1] -
256:13
**best** [1] - 244:9
**better** [3] - 266:12,
273:25, 276:1
**between** [3] - 244:23,
248:9, 264:1
**beyond** [2] - 255:7
**binder** [8] - 249:4,
249:5, 249:8, 259:2,
267:13, 269:3,
270:1, 272:14
**binders** [6] - 244:9,
244:24, 244:25,
245:1, 266:25,
267:16
**bit** [5] - 248:22, 256:1,
261:13, 264:11,
264:12
**Blackman** [3] -

273:12, 273:13, 273:16
**block** [3] - 271:23, 271:25, 272:2
**Board** [1] - 256:13
**Boeing** [7] - 250:2, 251:15, 253:9, 253:10, 253:11, 268:15
**Booster** [1] - 259:13
**Borgelt** [2] - 272:2, 272:7
**bosses** [1] - 249:23
**bottom** [6] - 251:13, 253:13, 261:24, 262:10, 264:1, 269:5
**break** [2] - 255:22, 273:15
**briefly** [1] - 257:13
**bring** [3] - 244:17, 257:15, 272:12
**broached** [1] - 251:19
**broken** [1] - 244:9
**brother** [1] - 251:11
**brought** [2] - 270:22, 271:4
**BRYAN** [3] - 243:1, 277:13, 277:17
**burned** [1] - 258:5
**burning** [4] - 258:3, 261:4, 261:6, 262:12
**business** [1] - 262:21
**BY** [16] - 248:21, 249:9, 250:1, 252:1, 252:22, 258:1, 258:24, 259:7, 263:1, 265:1, 267:6, 267:22, 269:10, 270:5, 271:21, 272:15

## C

**cA** [1] - 242:5
**Cain** [1] - 274:18
**case** [7] - 255:1, 257:16, 257:18, 257:19, 267:5, 268:11, 275:10
**cases** [2] - 252:16, 268:9
**casualties** [1] - 254:21
**catastrophic** [1] - 252:19
**caused** [1] - 252:8
**causing** [1] - 254:21
**CDs** [1] - 244:8
**certain** [1] - 246:14
**certainly** [1] - 266:14

**CERTIFICATE** [1] - 277:12
**certification** [2] - 262:6, 262:14
**certify** [1] - 277:13
**chairman** [2] - 256:25, 257:12
**chance** [2] - 245:16, 275:25
**change** [1] - 248:8
**charge** [1] - 265:15
**charged** [4] - 256:4, 265:16, 269:17, 269:19
**check** [2] - 260:23, 275:13
**checking** [1] - 249:11
**chemicals** [1] - 254:4
**civil** [1] - 244:2
**civilian** [2] - 254:21, 264:10
**claiming** [1] - 251:11
**claims** [3] - 247:9, 247:12, 247:15, 247:20
**clause** [25] - 246:20, 246:21, 246:22, 247:5, 247:6, 247:13, 247:17, 248:6, 248:7, 248:11, 250:19, 251:3, 251:21, 252:19, 253:6, 253:23, 254:13, 254:25, 264:18, 264:22, 264:23, 265:4, 266:8
**Clause** [12] - 247:8, 248:11, 251:15, 252:3, 253:10, 260:2, 264:24, 265:3, 265:25, 268:13, 268:17, 268:21
**clauses** [3] - 246:15, 246:16, 265:11
**clear** [3] - 257:9, 265:23, 275:1
**CLERK** [1] - 244:2
**clip** [1] - 266:15
**close** [1] - 274:6
**closed** [1] - 274:4
**closes** [1] - 274:8
**co** [1] - 256:25
**co-chairman** [1] - 256:25
**Coast** [1] - 275:7
**COLUMBIA** [1] - 242:1
**combination** [1] - 268:11

**combustion** [1] - 253:25
**coming** [2] - 251:11, 275:24
**commercial** [1] - 255:1
**common** [1] - 256:14
**Company** [2] - 251:15, 267:10
**component** [2] - 252:6, 254:1
**computer** [1] - 243:25
**computer-aided** [1] - 243:25
**concerned** [1] - 254:19
**concerning** [1] - 257:8
**condition** [1] - 254:25
**conflict** [1] - 262:8
**Connecticut** [1] - 242:17
**connection** [2] - 252:4, 253:24
**consent** [2] - 272:19, 272:23
**consistent** [2] - 265:16, 272:9
**Constitution** [1] - 243:2
**contain** [1] - 254:17
**containing** [1] - 254:3
**contamination** [1] - 254:24
**context** [1] - 248:23
**continues** [1] - 254:6
**contract** [50] - 246:6, 246:7, 246:9, 246:12, 246:13, 246:15, 246:24, 247:21, 247:25, 248:1, 248:4, 248:7, 248:11, 250:3, 250:9, 250:23, 251:5, 252:7, 252:10, 253:20, 253:21, 254:2, 254:7, 254:14, 254:20, 258:22, 259:12, 259:16, 259:17, 260:1, 260:23, 260:24, 261:18, 261:19, 262:17, 263:7, 264:23, 265:5, 265:7, 265:11, 266:1, 266:3, 268:7, 269:18, 270:10, 270:12, 270:14
**Contract** [2] - 248:2, 261:16

**contracting** [4] - 246:25, 251:2, 258:22, 264:10
**contractor** [15] - 246:23, 247:8, 247:10, 247:16, 250:25, 253:9, 255:1, 259:25, 262:18, 262:19, 263:9, 263:13, 263:21, 263:24, 272:25
**contractor's** [2] - 247:18, 250:23
**Contracts** [1] - 265:2
**contracts** [24] - 245:16, 246:11, 246:22, 247:19, 247:24, 248:15, 258:15, 260:3, 264:16, 264:25, 265:15, 265:24, 265:25, 266:7, 266:8, 268:3, 268:6, 268:12, 268:14, 270:18, 270:19
**Control** [1] - 256:13
**Coordinator** [1] - 272:4
**copy** [3] - 252:25, 253:1, 260:19
**Corporation** [1] - 243:3
**CORPORATION** [1] - 242:3
**correct** [13] - 253:4, 253:19, 253:22, 265:15, 265:21, 266:2, 266:10, 269:18, 270:14, 272:4, 272:11, 272:20, 277:14
**cost** [2] - 246:22, 259:17, 259:25, 260:2, 262:20, 264:16, 264:25, 265:11, 265:23, 268:12, 269:18
**cost-type** [6] - 246:22, 259:17, 259:25, 260:2, 264:25, 268:12
**costs** [2] - 265:3, 268:4
**counsel** [2] - 255:13, 267:17
**County** [1] - 256:13
**court** [2] - 252:16, 274:4
**Court** [7] - 243:1,

243:1, 251:19, 264:13, 270:22, 271:4, 277:13
**COURT** [53] - 242:1, 244:4, 244:10, 244:15, 244:20, 245:2, 245:6, 245:8, 245:10, 245:12, 245:15, 245:20, 245:25, 246:18, 248:18, 249:14, 249:18, 251:23, 252:16, 252:21, 257:22, 258:17, 259:4, 259:6, 264:19, 264:22, 266:20, 266:23, 267:1, 267:12, 267:18, 268:24, 269:4, 269:24, 270:3, 271:2, 271:7, 271:9, 271:11, 271:13, 273:9, 273:14, 273:23, 274:5, 274:11, 274:14, 274:22, 275:2, 275:5, 275:9, 275:14, 275:18, 276:1
**courthouse** [1] - 274:8
**Courthouse** [1] - 243:2
**cover** [2] - 253:3, 254:24
**covered** [1] - 247:13
**covers** [1] - 263:25
**created** [1] - 256:6
**cross** [3] - 244:23, 245:14, 255:11
**cross-walk** [1] - 244:23
**CRR** [1] - 243:1
**Crutcher** [1] - 242:16
**curious** [1] - 245:6
**customer** [2] - 258:14, 258:19

## D

**D.C** [1] - 242:6
**damage** [2] - 247:9, 247:15
**damages** [1] - 273:1
**data** [4] - 263:8, 263:10, 263:11
**date** [2] - 253:4, 256:24
**dated** [4] - 246:7,

248:3, 250:15, 261:15
**dates** [1] - 264:1
**DAVID** [1] - 242:15
**DAY** [1] - 242:9
**DC** [3] - 242:17, 242:25, 243:3
**DD** [2] - 269:23, 270:6
**DD545** [1] - 259:18
**dealing** [2] - 246:1, 274:20
**decided** [1] - 248:9
**declaration** [1] - 244:20
**Defendant** [2] - 242:7, 242:19
**Defense** [3] - 242:23, 258:21, 261:16
**defense** [1] - 256:14
**define** [3] - 251:4, 252:13, 253:19
**defined** [1] - 251:1
**definition** [3] - 252:13, 254:8, 254:10
**definitions** [1] - 253:16
**Definitions** [1] - 251:15
**Delaney** [1] - 273:16
**delivered** [2] - 252:6, 254:2
**delivery** [1] - 252:9
**demilitarization** [2] - 261:23, 262:4
**Demonstration** [1] - 259:14
**Department** [2] - 242:22, 258:21
**dependent** [1] - 274:15
**depo** [1] - 267:17
**depose** [1] - 251:22
**deposition** [4] - 266:16, 267:4, 269:4, 269:5
**DEPUTY** [1] - 244:2
**described** [3] - 248:6, 255:2, 255:6
**designated** [2] - 251:20, 266:25
**designations** [2] - 267:5, 267:17
**destruction** [2] - 261:23, 262:4
**determination** [1] - 248:15
**determine** [1] - 247:24
**determining** [1] - 265:19
**detonated** [1] - 258:5

**detonation** [2] - 252:5, 253:25
**developed** [1] - 257:6
**development** [1] - 270:9
**Dick** [1] - 244:18
**different** [1] - 261:19
**difficult** [1] - 273:20
**difficulty** [1] - 265:18
**direct** [8] - 264:15, 264:19, 264:20, 265:3, 265:6, 265:11, 265:15, 269:18
**disagreed** [1] - 273:4
**disagreements** [1] - 264:14
**discovery** [1] - 251:22
**discs** [2] - 244:12, 244:13
**discuss** [1] - 267:25
**discussed** [3] - 255:11, 265:9, 267:24
**discussing** [1] - 269:22
**Disposal** [2] - 259:3, 272:4
**disposal** [5] - 256:9, 256:15, 261:7, 262:16, 271:5
**dispose** [4] - 261:4, 261:6, 262:19, 263:22
**Disposed** [1] - 263:16
**disposing** [1] - 257:5
**disposition** [2] - 260:6, 260:22
**DISTRICT** [3] - 242:1, 242:1, 242:11
**divided** [1] - 244:15
**doctor** [1] - 274:25
**document** [31] - 246:17, 248:5, 248:13, 249:21, 252:24, 255:12, 255:15, 255:16, 255:23, 255:25, 256:1, 256:2, 256:3, 256:11, 257:16, 258:25, 259:8, 260:17, 260:18, 261:9, 261:12, 261:14, 263:2, 263:10, 263:12, 269:1, 270:4, 271:3, 271:18, 271:22
**Document** [1] - 271:16
**documents** [8] -

244:16, 248:17, 249:2, 250:6, 262:24, 265:13, 270:15, 270:16
**done** [5] - 260:5, 260:14, 263:25, 268:23, 274:1
**dont'** [1] - 276:2
**down** [1] - 269:15
**Dr** [4] - 273:17, 274:18, 274:21
**dragging** [1] - 275:18
**dredge** [1] - 270:19
**drowning** [1] - 245:8
**dull** [2] - 275:2, 275:24
**Dull** [1] - 275:3
**Dunn** [1] - 242:16
**duplicates** [2] - 249:15, 249:16
**during** [5] - 255:11, 265:4, 266:3, 266:11, 267:10
**duties** [1] - 262:9

## E

**earliest** [1] - 260:7
**eating** [1] - 273:21
**effort** [1] - 263:19
**Effort** [1] - 264:8
**either** [1] - 266:18
**ELLEN** [1] - 242:10
**end** [2] - 259:25, 265:9
**ending** [1] - 263:14
**ends** [1] - 251:14
**energy** [1] - 254:4
**Engineer** [1] - 272:3
**enlarged** [1] - 255:15
**ENRD** [1] - 242:23
**entire** [4] - 246:8, 247:17, 248:4, 266:3
**entitled** [3] - 251:14, 259:3, 277:15
**entry** [1] - 257:16
**Environmental** [1] - 242:23
**Equipment** [2] - 269:2, 269:6
**equipment** [1] - 252:10
**ERICA** [1] - 242:19
**ESH** [1] - 242:5
**ESQ** [11] - 242:13, 242:14, 242:14, 242:15, 242:15, 242:19, 242:19, 242:20, 242:20, 242:21, 242:21
**estimate** [1] - 258:7

**estimated** [1] - 263:19
**exact** [1] - 266:2
**exactly** [2] - 248:12, 265:19
**EXAMINATION** [2] - 248:20, 269:9
**Examination............** ... [1] - 277:3
**Examination............** .... [1] - 277:4
**examined** [1] - 248:13
**example** [2] - 248:4, 268:20
**except** [2] - 247:7, 275:19
**exchange** [1] - 257:6
**exchanged** [1] - 267:17
**excuse** [1] - 254:23
**Exhibit** [17] - 245:2, 249:1, 249:3, 249:7, 249:10, 259:1, 260:16, 261:11, 262:22, 269:12, 269:21, 269:22, 269:25, 270:21, 271:1, 271:8, 272:12
**exhibit** [6] - 252:23, 269:15, 269:21, 270:21, 271:7, 272:16
**exhibits** [2] - 244:8, 245:22
**exists** [1] - 245:3
**experience** [1] - 262:16
**experiment** [1] - 244:11
**expert** [2] - 251:21, 273:17
**explain** [1] - 245:19
**explanation** [1] - 263:5
**explosion** [2] - 252:4, 253:24
**explosive** [1] - 254:3
**exposed** [1] - 250:25
**extending** [1] - 253:10
**extent** [1] - 275:23
**extra** [1] - 274:25

## F

**facilities** [6] - 245:15, 246:3, 246:5, 246:11, 246:15, 247:22
**Facilities** [1] - 248:2
**facility** [1] - 258:2

**facility's** [1] - 246:6
**fact** [4] - 246:5, 253:3, 264:2, 264:3
**fair** [1] - 258:18
**familiar** [1] - 254:16
**far** [1] - 261:21
**February** [1] - 242:7
**Feenstra** [5] - 273:17, 274:2, 274:18, 274:21
**feet** [1] - 275:18
**felt** [1] - 250:25
**few** [1] - 248:5
**figure** [1] - 266:2
**fill** [1] - 275:20
**fill-in** [1] - 275:20
**final** [2] - 247:17, 248:15
**fine** [1] - 244:10
**firm** [1] - 257:13
**first** [12] - 245:24, 247:25, 248:7, 248:13, 249:1, 250:16, 252:2, 255:24, 259:1, 261:15, 274:16
**fit** [1] - 245:23
**fits** [1] - 247:5
**Fixed** [1] - 265:2
**fixed** [9] - 265:24, 265:25, 266:7, 266:8, 268:3, 268:8, 268:12, 268:21, 270:19
**Fixed-Price** [1] - 265:2
**fixed-price** [8] - 265:24, 265:25, 266:7, 266:8, 268:3, 268:8, 268:12, 270:19
**FLETCHER** [1] - 242:15
**flexibility** [1] - 273:25
**flip** [1] - 246:18
**focus** [1] - 258:6
**food** [1] - 273:19
**FOR** [2] - 242:1, 248:19
**Force** [18] - 246:6, 246:11, 246:12, 248:9, 249:20, 249:22, 250:7, 253:12, 255:16, 256:4, 257:2, 258:20, 261:19, 264:4, 264:8, 270:23
**force** [3] - 258:20, 271:17, 271:19
**foregoing** [1] - 277:14
**form** [4] - 259:19,

261:15, 261:20, 261:24
**Form** [2] - 269:23, 270:6
**formal** [1] - 251:2
**forward** [2] - 249:6, 274:7
**forwarded** [1] - 262:7
**forwarding** [1] - 259:11
**FOTOUHI** [1] - 242:15
**free** [1] - 273:10
**Friday** [1] - 244:13, 274:9
**front** [3] - 244:23, 270:6, 272:16
**full** [3] - 245:4, 246:5, 272:25

## G

**gather** [1] - 248:17
**general** [1] - 246:12
**generated** [2] - 255:19, 256:3
**Gibson** [1] - 242:16
**given** [5] - 244:5, 244:20, 245:22, 251:9, 274:25
**govern** [1] - 247:19
**government** [34] - 247:2, 247:4, 247:8, 247:12, 247:14, 247:15, 250:24, 252:10, 252:14, 258:21, 260:4, 260:10, 261:5, 261:8, 262:5, 262:8, 262:11, 262:15, 262:17, 263:7, 263:9, 263:21, 264:16, 264:17, 264:22, 265:4, 265:20, 266:1, 268:10, 272:18, 272:21, 273:1, 273:5
**Government** [3] - 247:6, 260:2, 264:24
**government's** [2] - 247:19, 272:20
**Grant** [3] - 244:20, 267:9, 267:23
**grant** [1] - 248:10
**granted** [1] - 251:19
**Greg** [1] - 266:21
**groundwater** [1] - 254:24
**group** [5] - 256:25, 257:4, 257:6,

257:12, 262:23
**guess** [3] - 258:9, 258:11, 269:4
**guidance** [1] - 251:9

## H

**half** [2] - 274:6
**hand** [2] - 253:13, 262:22
**handed** [3] - 252:24, 267:13, 271:16
**handling** [1] - 258:14
**hands** [1] - 274:5
**handwritten** [2] - 250:10, 250:14
**hard** [1] - 267:24
**harm** [1] - 252:8
**harmless** [1] - 247:9
**Hazardous** [2] - 253:10, 272:3
**hazardous** [9] - 251:1, 251:10, 252:7, 254:4, 254:5, 255:3, 255:18, 256:15, 257:5
**hear** [1] - 267:7
**Hearing** [1] - 256:13
**HEMINGER** [1] - 242:20
**hereby** [1] - 272:25
**highlighted** [2] - 244:24, 245:5
**histamine** [1] - 276:2
**history** [2] - 249:6, 265:20
**hmm** [1] - 260:12
**hold** [1] - 247:8
**Honor** [41] - 244:7, 244:9, 244:14, 244:18, 244:22, 245:1, 245:7, 245:11, 245:13, 245:18, 246:4, 248:17, 249:4, 249:8, 251:18, 252:18, 259:2, 259:5, 262:24, 266:18, 266:21, 267:5, 267:15, 267:20, 268:23, 268:25, 269:2, 269:8, 269:25, 271:3, 272:14, 273:8, 273:15, 273:22, 274:2, 274:10, 274:24, 275:12, 275:13, 275:17, 276:4

**HONORABLE** [1] - 242:10
**hope** [2] - 266:18, 273:25
**hopefully** [1] - 274:25
**hotel** [1] - 247:9
**hours** [2] - 263:19, 263:22
**HUVELLE** [1] - 242:10
**hyperlinks** [2] - 244:12, 244:14

## I

**idea** [1] - 266:12
**identification** [1] - 270:11
**identified** [2] - 259:12, 270:13
**identifying** [2] - 266:23, 268:11
**ii** [2] - 254:2, 255:6
**impact** [2] - 252:5, 253:25
**important** [1] - 246:15
**incident** [2] - 252:20, 255:8
**include** [2] - 251:3, 262:20
**includes** [1] - 257:16
**inclusion** [1] - 253:11
**incorporated** [1] - 253:7
**Indemnification** [2] - 247:6, 251:15
**indemnification** [9] - 245:21, 247:16, 247:25, 248:16, 250:9, 251:12, 251:21, 252:3, 253:17
**indemnities** [2] - 246:3, 254:17
**Indemnity** [3] - 249:5, 259:4, 259:5
**indemnity** [8] - 247:8, 247:12, 248:23, 250:2, 250:19, 250:22, 252:14, 254:23
**INDEX** [1] - 277:1
**indirect** [7] - 264:15, 264:19, 264:20, 265:3, 265:6, 265:17, 269:19
**individual** [1] - 264:6
**individuals** [1] - 264:9
**industry** [1] - 256:15
**information** [4] -

246:9, 255:20, 257:6, 263:8
**informed** [2] - 256:18, 268:5
**injuries** [1] - 273:1
**injury** [1] - 247:9
**inquire** [1] - 245:15
**inquiry** [2] - 270:23, 271:5
**inspector** [1] - 262:11
**installations** [1] - 249:22
**instruction** [2] - 260:15, 261:3
**instructions** [4] - 260:7, 261:7, 261:22, 261:23
**insurance** [5] - 246:23, 246:25, 254:24, 255:2, 255:6
**Insurance** [2] - 246:20, 248:10
**insure** [1] - 247:3
**insurer** [1] - 247:4
**integral** [1] - 259:13
**intended** [1] - 255:8
**interested** [1] - 245:20
**internal** [1] - 250:7
**interpret** [1] - 252:16
**interpretation** [2] - 263:24, 270:11
**interpreted** [1] - 252:20
**inventory** [14] - 259:11, 259:13, 259:21, 259:23, 261:18, 261:21, 265:14, 265:17, 269:12, 269:17, 269:20, 269:23, 270:13, 270:17
**invoked** [1] - 252:19
**involving** [1] - 247:22
**issue** [3] - 264:14, 266:16, 273:16
**item** [3] - 261:1, 261:20, 263:11
**items** [6] - 261:2, 262:17, 263:8, 263:11
**itself** [2] - 251:5, 263:11

## J

**JANNAF** [4] - 256:25, 257:1, 257:4, 257:12
**jargon** [1] - 257:2
**Javelin** [2] - 267:25,

268:3
**JENNIFER** [1] - 242:21
**JESSICA** [1] - 242:20
**Joan** [1] - 275:23
**JOHN** [1] - 242:19
**Johnson** [17] - 244:18, 248:22, 249:10, 250:15, 254:7, 255:10, 259:8, 262:16, 263:2, 264:11, 266:17, 267:7, 268:2, 269:11, 270:6, 273:9, 277:3
**JOHNSON** [20] - 242:21, 245:13, 248:19, 251:18, 257:21, 258:16, 269:8, 269:10, 269:25, 270:5, 271:3, 271:8, 271:10, 271:12, 271:19, 271:21, 272:13, 272:15, 273:8, 274:17
**Johnson's** [1] - 271:4
**Joint** [2] - 255:16, 257:2
**JUDGE** [1] - 242:11
**July** [2] - 248:3, 269:6
**Justice** [1] - 242:22
**JUSTIN** [2] - 242:14, 242:20

## K

**key** [1] - 275:21
**kick** [1] - 247:23
**kind** [3] - 251:11, 256:6, 264:11
**kinds** [1] - 256:6
**knowledge** [1] - 268:2

## L

**L.A** [1] - 261:17
**laid** [1] - 262:13
**language** [2] - 254:17, 254:18
**large** [1] - 268:20
**larger** [1] - 268:12
**largest** [1] - 268:22
**Larry** [2] - 272:2, 272:7
**last** [12] - 244:13, 248:14, 253:14, 256:10, 256:20, 256:22, 257:15,

258:6, 262:3, 269:1, 269:2, 271:24
**leading** [1] - 258:16
**least** [1] - 245:21
**leave** [1] - 245:12
**led** [1] - 257:7
**leeway** [1] - 251:19
**left** [5] - 245:16, 248:11, 260:3, 264:6, 273:17
**letter** [18] - 253:8, 253:9, 253:10, 256:19, 256:20, 257:8, 258:13, 259:11, 260:6, 260:13, 260:14, 261:15, 261:20, 261:24, 262:13, 271:24, 272:7, 272:10
**letting** [3] - 258:14, 258:19, 258:20
**level** [2] - 250:21, 263:19
**liabilities** [2] - 247:3, 247:14
**Liability** [3] - 246:20, 247:7, 248:10
**liability** [3] - 247:20, 252:8, 272:25
**likelihood** [1] - 259:17
**limited** [1] - 251:12
**limits** [1] - 246:24
**line** [6] - 258:2, 261:2, 261:10, 261:20, 267:3
**list** [5] - 244:5, 244:7, 257:7, 257:15, 259:18
**listed** [3] - 265:13, 269:13, 270:7
**listening** [1] - 274:15
**lists** [1] - 263:7
**LLP** [1] - 242:16
**Lockheed** [29] - 244:2, 249:18, 253:8, 253:11, 254:22, 254:23, 255:1, 255:5, 256:7, 256:12, 257:11, 258:13, 258:22, 259:11, 261:3, 261:5, 261:7, 261:17, 261:18, 261:25, 262:1, 262:2, 264:6, 267:10, 268:16, 270:22, 271:6, 272:19, 273:4
**LOCKHEED** [1] -

242:3
**Lockheed's** [3] - 261:3, 272:23
**logistics** [1] - 249:23
**look** [4] - 245:17, 245:22, 263:14, 271:23
**looked** [3] - 260:22, 265:13, 269:1
**looking** [6] - 251:17, 253:16, 255:25, 256:1, 256:4, 256:5
**looks** [1] - 264:2
**lost** [1] - 270:24
**LPC** [4] - 265:19, 266:11, 266:12, 266:22
**LUDWISZEWSKI** [1] - 242:14
**Lunch** [1] - 276:5

# M

**machine** [1] - 243:25
**mailing** [1] - 257:7
**major** [4] - 247:4, 247:14, 254:19, 264:3
**man** [1] - 263:19
**manager** [2] - 266:22, 267:9
**Manager** [1] - 264:7
**managers** [1] - 266:12
**March** [1] - 246:8
**mark** [1] - 267:21
**MARTIN** [1] - 242:3
**Martin** [3] - 244:3, 254:22, 254:23
**Mary** [1] - 274:19
**Material** [1] - 272:3
**material** [8] - 252:6, 254:1, 255:18, 256:9, 258:11, 262:5, 262:12, 262:19
**materials** [8] - 252:10, 254:3, 256:6, 256:16, 257:5, 260:5, 261:6, 264:15
**matter** [1] - 277:15
**means** [2] - 245:21, 259:14
**meant** [1] - 269:21
**medicine** [1] - 274:25
**member** [1] - 256:3
**memorandum** [2] - 250:7, 250:8
**memory** [1] - 256:5
**mentioned** [2] -

255:22, 269:16
**Meyer** [1] - 275:23
**MICHAEL** [1] - 242:13
**might** [3] - 260:14, 267:16, 274:17
**military** [1] - 264:9
**minute** [1] - 271:12
**misinterpreted** [1] - 255:24
**missile** [8] - 252:5, 253:25, 254:1, 254:20, 255:3, 255:8
**mistake** [2] - 249:6, 249:17
**mix** [1] - 265:23
**Modification** [1] - 246:6
**modification** [3] - 246:8, 246:9, 246:10
**moment** [1] - 269:11
**morning** [3] - 244:4, 245:10, 245:11
**most** [1] - 267:8
**motor** [3] - 257:16, 257:18, 257:19
**moving** [1] - 248:25
**MR** [66] - 244:7, 244:13, 244:18, 244:22, 245:4, 245:7, 245:13, 246:3, 246:19, 248:21, 249:4, 249:9, 249:17, 250:1, 251:18, 252:1, 252:22, 257:21, 257:25, 258:1, 258:16, 258:23, 258:24, 259:2, 259:5, 259:7, 262:23, 263:1, 264:20, 265:1, 266:15, 266:21, 266:25, 267:2, 267:6, 267:15, 267:20, 267:22, 268:23, 268:25, 269:8, 269:10, 269:25, 270:5, 271:3, 271:8, 271:10, 271:12, 271:19, 271:21, 272:13, 272:15, 273:8, 273:13, 273:15, 274:1, 274:10, 274:13, 274:17, 274:24, 275:3, 275:6, 275:12, 275:22, 276:4
**MURPHY** [46] -

242:13, 244:7, 244:13, 244:18, 244:22, 245:4, 245:7, 246:3, 246:19, 248:21, 249:4, 249:9, 249:17, 250:1, 252:1, 252:22, 257:25, 258:1, 258:23, 258:24, 259:2, 259:5, 259:7, 262:23, 263:1, 264:20, 265:1, 266:15, 266:21, 266:25, 267:2, 267:6, 267:15, 267:20, 267:22, 268:23, 268:25, 269:5, 269:16, 273:16
**Murphy** [1] - 246:18
**must** [1] - 262:5

# N

**Nagle** [1] - 275:5
**name** [3] - 250:13, 272:2
**Navy** [8] - 246:11, 255:16, 255:19, 256:4, 257:2, 257:11, 258:20, 271:17
**Navy-Air** [2] - 256:4, 258:20
**need** [2] - 260:23, 261:13
**needed** [1] - 251:11
**needs** [1] - 273:10
**never** [6] - 252:18, 252:19, 261:12, 265:17, 270:13
**new** [1] - 246:12
**next** [1] - 247:5
**nobody** [2] - 273:10, 275:19
**normally** [2] - 260:13, 268:7
**notification** [1] - 257:7
**November** [1] - 261:15
**number** [9] - 251:13, 253:13, 259:19, 260:23, 267:18, 267:19, 267:20, 269:15, 271:7
**numbers** [3] - 245:25,

251:14, 253:14
**NW** [3] - 242:17, 242:24, 243:2

# O

**O'DONNELL** [1] - 242:20
**objection** [3] - 251:18, 257:21, 258:16
**obtain** [1] - 251:22
**obtained** [1] - 255:5
**obviously** [2] - 253:11, 273:25
**occurs** [1] - 252:9
**October** [2] - 264:1, 264:2
**OF** [3] - 242:1, 242:6, 242:10
**off-the-shelf** [2] - 268:1, 268:6
**office** [4] - 249:21, 250:5, 250:11, 262:7
**officer** [4] - 246:25, 251:2, 258:22, 264:10
**Official** [2] - 243:1, 277:13
**one** [23] - 245:6, 245:24, 248:5, 248:12, 249:2, 249:23, 250:5, 250:20, 258:6, 260:20, 261:1, 261:19, 261:20, 263:10, 264:9, 268:20, 268:22, 269:5, 269:16, 273:16
**online** [1] - 244:10
**opening** [1] - 274:20
**operation** [1] - 266:11
**opinion** [6] - 265:3, 265:10, 265:12, 265:14, 268:5
**opportunity** [2] - 251:22, 260:4
**order** [1] - 247:24
**original** [3] - 244:23, 244:25
**overruled** [3] - 251:25, 257:22, 258:17
**owned** [5] - 264:16, 265:19, 267:11, 267:23, 268:10
**Ownership** [2] - 269:2, 270:1
**ownership** [2] - 266:12, 268:18

**P**

**p.m** [1] - 276:5
**package** [1] - 261:22
**page** [17] - 248:5,
250:6, 250:16,
253:3, 253:14,
256:10, 256:22,
256:23, 257:15,
261:15, 262:3,
262:11, 267:3,
269:23, 271:22,
271:24
**PAGE** [1] - 277:2
**Page** [1] - 242:8
**pages** [2] - 246:16,
277:14
**paid** [1] - 268:9
**paper** [1] - 244:24
**paragraph** [13] -
247:1, 247:2, 252:2,
255:17, 256:10,
256:20, 256:22,
256:24, 260:2,
262:3, 271:24,
272:24
**part** [6] - 246:13,
251:7, 263:9, 267:4,
267:16, 269:2
**Partial** [1] - 259:14
**partial** [4] - 247:11,
247:25, 260:24,
260:25
**particular** [2] - 250:9,
254:18
**parties** [1] - 264:13
**Parties** [1] - 248:10
**parts** [1] - 249:13
**party** [2] - 247:3,
247:12
**pass** [1] - 265:6
**past** [2] - 273:11,
276:3
**paying** [1] - 262:17
**Payments** [5] - 265:2,
265:25, 268:13,
268:17, 268:21
**payments** [3] - 266:8,
268:4, 268:8
**PDF** [1] - 244:16
**people** [2] - 252:17,
256:8
**Per** [1] - 256:24
**per** [3] - 258:3, 258:7,
258:9
**perchlorate** [2] -
265:10, 269:13
**performance** [3] -
247:21, 263:10,

265:5
**perhaps** [2] - 248:5,
249:15
**period** [4] - 263:14,
263:25, 266:4,
267:10
**permission** [1] - 261:3
**permits** [1] - 246:25
**person** [4] - 262:2,
262:15, 264:5, 264:9
**personnel** [1] - 273:1
**Persons** [2] - 246:21,
247:7
**persons** [2] - 247:9,
264:5
**photos** [1] - 274:19
**phrase** [2] - 254:7,
254:10
**piece** [1] - 244:24
**pit** [2] - 261:4, 261:6
**PLAINTIFF** [1] -
248:19
**Plaintiff** [2] - 242:4,
242:13
**plaintiff's** [4] - 244:4,
270:1, 272:14,
275:10
**Plaintiff's** [16] - 245:2,
249:1, 249:7,
249:10, 259:1,
260:16, 261:10,
262:22, 269:12,
269:21, 269:22,
269:25, 270:21,
271:1, 271:8, 272:12
**plane** [1] - 275:3
**plant** [2] - 256:7,
268:22
**play** [1] - 266:15
**played** [1] - 266:19
**point** [6] - 244:11,
245:21, 245:20,
267:24, 270:16,
270:18
**points** [1] - 251:20
**policy** [1] - 248:8
**pollution** [2] - 256:5,
257:5
**Pollution** [1] - 256:13
**portion** [1] - 249:5
**possession** [1] -
247:22
**possible** [1] - 260:8
**pounds** [3] - 258:3,
258:7, 258:9
**pounds-per-year** [1] -
258:7
**POWELL** [1] - 242:21
**preceding** [1] - 247:13
**precise** [1] - 266:2

**precisely** [1] - 248:13
**pretty** [1] - 251:8
**previously** [1] -
260:22
**PREVIOUSLY** [1] -
248:19
**Price** [1] - 265:2
**price** [10] - 262:17,
265:24, 265:25,
266:7, 266:8, 268:3,
268:8, 268:12,
268:21, 270:19
**pricing** [1] - 262:20
**prime** [2] - 250:2,
253:9
**problem** [1] - 275:16
**problems** [2] - 256:15,
257:4
**proceedings** [1] -
277:15
**Proceedings** [1] -
243:25
**process** [3] - 251:3,
251:8, 251:24
**procure** [1] - 255:1
**procurement** [4] -
247:19, 247:21,
247:24, 248:15
**Procurement** [1] -
251:7
**produced** [1] - 243:25
**production** [4] -
253:7, 253:21,
254:14, 270:14
**program** [2] - 263:23,
268:20
**Program** [2] - 259:14,
264:7
**programs** [2] - 268:1,
268:22
**Progress** [5] - 265:2,
265:24, 268:13,
268:17, 268:21
**progress** [2] - 268:3,
268:8
**propellant** [2] -
263:16, 263:22
**properties** [1] - 254:4
**Property** [2] - 260:2,
264:24
**property** [9] - 247:10,
247:15, 259:12,
260:7, 265:6,
272:19, 272:23,
273:2
**proposal** [1] - 270:23
**Propulsion** [6] -
256:12, 257:11,
258:13, 261:5,
267:10, 271:6

**Protection** [1] - 272:3
**protects** [1] - 247:14
**provide** [2] - 260:4,
263:9
**provided** [2] - 247:7,
261:8
**provides** [1] - 263:19
**providing** [1] - 247:11
**provisions** [3] -
246:13, 247:18,
266:1
**pull** [1] - 255:12
**purchase** [1] - 246:23
**purchased** [2] -
246:25, 264:16
**purely** [1] - 261:24
**purpose** [3] - 256:18,
256:21, 272:7
**purposes** [2] - 253:20,
253:21
**put** [4] - 250:23,
267:4, 267:20,
273:24
**PX01110** [1] - 245:3
**PX1057** [1] - 244:21

**Q**

**qualified** [1] - 257:24
**quarter** [2] - 273:11,
276:3
**questions** [2] -
245:13, 251:24
**quick** [1] - 248:25

**R**

**R&D** [2] - 259:16,
270:18
**R&D-type** [1] - 259:16
**radioactive** [1] - 254:3
**raise** [2] - 252:17,
273:19
**Ramjet** [1] - 259:13
**RAYMOND** [1] -
242:14
**reaction** [1] - 273:19
**read** [8] - 246:14,
250:13, 254:12,
255:7, 255:14,
258:13, 262:4,
271:14
**reading** [1] - 252:2
**reads** [2] - 248:12,
272:2
**ready** [1] - 274:2
**realizing** [1] - 251:18
**really** [4] - 250:4,

256:20, 275:15,
275:22
**Receipt** [1] - 260:6
**received** [1] - 253:12
**recess** [1] - 276:5
**reclamation** [3] -
257:16, 257:18,
257:20
**recollection** [2] -
250:4, 257:13
**record** [2] - 267:19,
277:15
**Recross** [1] - 277:4
**RECROSS** [1] - 269:9
**RECROSS-
EXAMINATION** [1] -
269:9
**Recross-
Examination..........
......** [1] - 277:4
**REDIRECT** [1] -
248:20
**Redirect** [1] - 277:3
**Redlands** [2] - 254:24,
261:17
**reference** [1] - 259:18
**referenced** [1] - 262:6
**referring** [1] - 256:12
**regarding** [2] - 271:5,
272:10
**regardless** [2] - 252:8,
254:5
**regards** [1] - 271:5
**Regulation** [1] - 251:7
**regulations** [2] -
251:1, 251:4
**reimbursement** [2] -
246:24, 269:18
**related** [3] - 247:18,
247:20, 247:21
**relates** [2] - 246:23,
263:10
**releases** [1] - 272:25
**remember** [1] - 251:6
**rendered** [2] - 252:7,
254:2
**report** [5] - 256:11,
256:12, 256:14,
263:25, 264:2
**reported** [1] - 243:25
**Reporter** [3] - 243:1,
243:1, 277:13
**reporting** [1] - 263:24
**reports** [1] - 263:12
**represent** [2] - 250:15,
259:24
**representative** [2] -
262:6, 262:8
**request** [3] - 250:8,
251:2, 260:21

**requested** [4] - 244:8, 244:22, 260:7, 261:7
**required** [1] - 252:20
**research** [1] - 270:9
**reservation** [2] - 246:14, 275:3
**residual** [2] - 259:12, 263:16
**respect** [1] - 256:15
**respond** [2] - 260:10, 260:11
**responding** [2] - 261:17, 270:23
**response** [4] - 260:21, 260:24, 260:25, 271:19
**responsive** [1] - 273:24
**result** [1] - 273:2
**resulting** [3] - 252:4, 252:9, 253:24
**resume** [1] - 273:11
**resumes** [1] - 245:9
**return** [1] - 255:10
**reversion** [1] - 265:9
**review** [4] - 257:10, 264:12, 266:3, 268:14
**reviewed** [2] - 268:15, 270:15
**reviewing** [2] - 261:14, 270:4
**RICHARD** [1] - 248:19
**Richard** [1] - 277:3
**right-hand** [1] - 253:13
**risk** [12] - 247:4, 251:1, 251:4, 251:10, 252:8, 252:9, 252:13, 252:14, 253:19, 254:8, 254:19, 255:2
**Risk** [1] - 253:10
**risks** [6] - 252:4, 252:7, 253:23, 254:5, 254:16, 255:6
**Room** [1] - 243:2
**room** [1] - 273:19
**RPR** [1] - 243:1

**S**

**Safety/Fire** [1] - 272:3
**SAFGC** [1] - 250:10
**San** [1] - 256:13
**saw** [1] - 260:17
**schedule** [10] - 259:21, 259:23, 261:21, 265:17,
269:13, 269:17, 269:20, 269:23, 270:14, 274:4
**scheduled** [1] - 275:25
**schedules** [2] - 265:14, 270:17
**screen** [3] - 255:14, 271:10, 271:14
**second** [8] - 245:24, 248:6, 248:25, 250:6, 262:3, 269:22, 271:22, 271:24
**secretarial** [1] - 250:21
**secretary** [2] - 249:22, 250:8
**secretary's** [1] - 249:21
**section** [2] - 270:2, 272:13
**Section** [1] - 242:23
**see** [17] - 248:6, 250:10, 250:16, 251:16, 252:11, 255:20, 256:16, 257:17, 258:7, 258:10, 262:9, 263:14, 263:17, 270:17, 274:21, 275:20
**seeing** [1] - 254:18
**SEGAL** [1] - 242:10
**self** [2] - 247:3, 247:4
**self-insure** [1] - 247:3
**self-insurer** [1] - 247:4
**send** [1] - 260:13
**sender** [1] - 253:8
**sending** [1] - 257:11
**sensitive** [1] - 256:8
**sentence** [3] - 247:17, 247:23, 248:14
**September** [1] - 264:1
**serious** [1] - 273:18
**services** [2] - 252:6, 254:2
**Services** [2] - 251:7, 261:16
**SESSION** [1] - 242:9
**set** [3] - 246:12, 251:8, 260:3
**shall** [3] - 247:8, 247:19, 272:25
**sheet** [1] - 259:13
**shelf** [2] - 268:1, 268:6
**shorthand** [1] - 243:25
**shown** [1] - 255:12
**side** [1] - 268:24

**sign** [1] - 249:12
**signature** [5] - 262:3, 262:10, 271:23, 271:25, 272:2
**signatures** [1] - 264:7
**signed** [6] - 248:3, 249:12, 249:21, 262:6, 264:3, 264:5
**simulated** [2] - 252:5, 254:1
**site** [3] - 265:20, 266:16, 267:24
**Sitton** [1] - 274:19
**slip** [2] - 274:14, 274:18
**smaller** [3] - 265:25, 266:7, 268:6
**snow** [1] - 274:3
**so-called** [1] - 263:8
**soil** [2] - 257:4, 258:10
**someone** [1] - 261:25
**someplace** [1] - 245:3
**somewhat** [2] - 255:7, 256:8
**somewhere** [1] - 260:20
**sorry** [10] - 245:25, 249:5, 254:9, 259:21, 264:19, 264:20, 267:12, 268:25, 270:3, 270:25
**sort** [1] - 274:15
**sources** [1] - 254:4
**speaking** [1] - 269:11
**Speer** [6] - 244:20, 266:21, 267:2, 267:9, 267:23, 268:25
**spot** [1] - 249:8
**SRAM** [5] - 253:7, 263:16, 263:23, 268:14, 268:15
**STACIE** [1] - 242:15
**stand** [2] - 244:19, 245:9
**standard** [1] - 246:22
**Stanley** [1] - 273:17
**start** [3] - 249:7, 259:1, 275:10
**starting** [1] - 249:6
**starts** [1] - 272:24
**state** [2] - 247:24, 260:4
**statement** [2] - 264:8, 274:20
**States** [3] - 244:3, 251:20, 255:13
**states** [2] - 256:11, 262:14

**STATES** [3] - 242:1, 242:6, 242:11
**States'** [1] - 260:21
**stay** [1] - 262:21
**still** [3] - 261:10, 273:19, 273:21
**stores** [1] - 266:13
**strait** [1] - 273:22
**streams** [1] - 258:7
**Street** [1] - 242:24
**stretching** [1] - 251:6
**study** [1] - 257:4
**subcontract** [5] - 253:7, 253:11, 266:3, 268:15, 268:17
**subject** [1] - 247:17
**submitted** [3] - 244:13, 256:12, 261:18
**substantial** [1] - 255:18
**Successor** [1] - 248:2
**suggests** [1] - 262:10
**Suite** [1] - 242:24
**Sullivan** [1] - 274:14
**SULLIVAN** [4] - 242:19, 275:3, 275:6, 275:22
**summarizes** [2] - 256:11, 256:14
**Sunday** [2] - 273:18, 275:4
**supported** [1] - 264:3
**supporting** [1] - 250:8
**supports** [1] - 265:14
**surface** [2] - 252:5, 253:25
**swelled** [1] - 273:20
**SWORN** [1] - 248:19
**symbol** [2] - 250:5, 250:10

**T**

**tab** [4] - 244:15, 244:23, 259:3, 269:6
**tabulation** [1] - 255:20
**talks** [4] - 253:3, 258:2, 258:5, 261:1
**Task** [2] - 255:16, 256:4
**task** [3] - 258:20, 271:17, 271:19
**team** [1] - 267:15
**telecon** [1] - 256:24
**terms** [1] - 250:22
**testified** [2] - 269:11, 270:9

**testify** [2] - 273:22, 274:2
**testimony** [7] - 264:12, 264:15, 272:6, 272:9, 272:10, 272:18, 272:21
**testing** [1] - 258:6
**THE** [71] - 242:1, 242:10, 244:2, 244:4, 244:10, 244:15, 244:20, 245:2, 245:6, 245:8, 245:10, 245:11, 245:12, 245:15, 245:18, 245:20, 245:22, 245:25, 246:5, 246:18, 246:20, 248:18, 248:19, 249:14, 249:15, 249:18, 249:20, 251:23, 252:16, 252:18, 252:21, 257:22, 257:23, 258:17, 258:18, 259:4, 259:6, 264:19, 264:21, 264:22, 264:24, 266:20, 266:23, 267:1, 267:12, 267:18, 268:24, 269:4, 269:24, 270:3, 271:2, 271:7, 271:9, 271:11, 271:13, 271:14, 271:17, 271:20, 273:9, 273:14, 273:23, 274:5, 274:11, 274:14, 274:22, 275:2, 275:5, 275:9, 275:14, 275:18, 276:1
**thereof** [2] - 252:6, 254:1
**thinking** [1] - 269:16
**third** [3] - 247:3, 247:12, 250:6
**Third** [3] - 246:21, 247:7, 248:10
**third-party** [2] - 247:3, 247:12
**three** [3] - 246:11, 253:14, 264:5
**throat** [1] - 273:20
**throwing** [1] - 273:21
**Thursday** [5] - 274:2, 274:3, 274:8, 274:12, 275:9, 275:15

**title** [4] - 263:12, 264:17, 265:6, 266:9
**today** [1] - 274:25
**together** [2] - 245:23
**Tom** [1] - 274:18
**tomorrow** [4] - 273:22, 274:15, 274:22, 275:11
**top** [1] - 275:15
**topic** [1] - 255:11
**TORRES** [1] - 242:14
**Tort** [1] - 267:3
**town** [1] - 275:24
**toxic** [1] - 254:3
**Toxic** [1] - 267:3
**transcript** [4] - 243:25, 267:2, 269:1, 277:14
**TRANSCRIPT** [1] - 242:10
**transcription** [1] - 243:25
**transfer** [3] - 264:17, 265:4, 266:9
**transferred** [1] - 268:18
**transfers** [1] - 246:10
**trial** [6] - 244:8, 244:25, 249:4, 249:8, 251:24, 267:16
**TRIAL** [1] - 242:10
**tried** [1] - 275:7
**try** [1] - 276:1
**Tuesday** [1] - 242:7
**turn** [9] - 249:1, 251:13, 252:23, 253:13, 256:10, 256:22, 260:16, 261:9, 271:22
**two** [12] - 245:6, 245:7, 245:22, 246:15, 246:22, 247:11, 249:13, 249:17, 251:14, 264:7, 264:8, 275:1
**type** [16] - 246:22, 248:11, 249:24, 255:2, 256:9, 259:16, 259:17, 259:25, 260:2, 262:19, 264:25, 268:1, 268:7, 268:12, 270:10
**types** [1] - 257:10
**typically** [2] - 256:7, 260:10

# U

**U.S** [8] - 242:22, 243:2, 245:23, 245:24, 246:5, 248:2, 248:6, 264:4
**ultrahazardous** [5] - 251:4, 252:13, 253:19, 254:8, 254:16
**under** [21] - 244:15, 246:11, 246:24, 249:5, 250:2, 250:22, 252:3, 252:7, 252:10, 254:2, 258:14, 258:22, 259:12, 261:18, 264:7, 264:16, 264:17, 264:22, 265:2, 265:4, 265:11
**understood** [2] - 255:23, 256:25
**UNITED** [3] - 242:1, 242:6, 242:11
**United** [4] - 244:3, 251:20, 255:13, 260:21
**unless** [3] - 269:17, 275:10, 275:12
**unlimited** [1] - 272:22
**untrammeled** [1] - 272:22
**unusually** [5] - 250:25, 251:9, 252:7, 254:5, 255:2
**Unusually** [1] - 253:10
**up** [13] - 246:18, 255:3, 255:12, 257:15, 267:4, 267:13, 270:20, 271:10, 272:12, 273:21, 274:8, 275:1, 275:19
**updated** [1] - 244:5
**upper** [1] - 250:10
**utilizing** [2] - 252:6, 254:1

# V

**vague** [1] - 257:23
**version** [1] - 254:11
**versus** [1] - 244:3
**video** [1] - 266:19
**view** [1] - 245:21
**Viper** [2] - 267:25, 268:3
**Volume** [2] - 267:3,

269:6

# W

**walk** [1] - 244:23
**wants** [2] - 260:4, 262:20
**Washington** [4] - 242:6, 242:17, 242:25, 243:3
**waste** [7] - 255:18, 256:15, 257:5, 257:11, 258:14, 262:16, 271:5
**Waste** [1] - 259:3
**water** [2] - 257:4, 258:10
**WAYNE** [3] - 243:1, 277:13, 277:17
**weekend** [1] - 273:18
**West** [1] - 275:6
**whole** [1] - 251:7
**Wiley** [2] - 274:18, 275:23
**WILLIAM** [1] - 242:21
**Witness** [2] - 261:14, 270:4
**witness** [8] - 244:17, 245:9, 245:14, 251:20, 262:12, 266:16, 271:16, 274:17
**WITNESS** [17] - 245:11, 245:18, 245:22, 246:5, 246:20, 248:19, 249:15, 249:20, 252:18, 257:23, 258:18, 264:21, 264:24, 271:14, 271:17, 271:20, 277:2
**witnessed** [1] - 262:5
**witnesses** [3] - 273:24, 274:15, 275:22
**works** [1] - 266:18
**worried** [2] - 274:3, 275:15
**Wright** [3] - 274:18, 275:19, 275:23
**wrote** [2] - 269:15, 272:10

# Y

**year** [3] - 258:3, 258:7, 258:9
**yesterday** [19] - 244:8,

244:22, 248:22, 249:2, 252:24, 252:25, 254:19, 255:11, 255:12, 255:17, 255:22, 258:25, 260:17, 261:10, 264:12, 265:18, 270:22, 271:4, 273:20

# Z

**ZILIOLI** [1] - 242:19