UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LOCKHEED MARTIN CORPORATION,.
                                .
            Plaintiff,          .
                                .  CA No. 08-1160 (ESH)
     v.                         .
                                .
UNITED STATES OF AMERICA,       .  Washington, D.C.
                                .  Tuesday, February 11, 2014
            Defendant.          .  2:25 p.m.
                                .
. . . . . . . . . . . . . . . .  Pages 278 - 363

            DAY 2 - P.M. SESSION
         TRANSCRIPT OF BENCH TRIAL
    BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
          UNITED STATES DISTRICT JUDGE


APPEARANCES:

 For the Plaintiff:        MICHAEL K. MURPHY, ESQ.
                           JUSTIN A. TORRES, ESQ.
                           STACIE B. FLETCHER, ESQ.
                           DAVID FOTOUHI, ESQ.
                           Gibson, Dunn & Crutcher, LLP
                           1050 Connecticut Avenue, NW
                           Washington, DC 20036-5306
                           (202) 955-8238


 For the Defendant:        JOHN E. SULLIVAN, ESQ.
                           ERICA M. ZILIOLI, ESQ.
                           JESSICA O'DONNELL, ESQ.
                           JUSTIN D. HEMINGER, ESQ.
                           JENNIFER E. POWELL, ESQ.
                           WILLIAM D. JOHNSON, ESQ.
                           U.S. Department of Justice
                           Environmental Defense Section
                           601 D Street, NW
                           Suite 8000
                           Washington, DC 20026-3986
                           (202) 305-0365


 Court Reporter:           PATRICIA A. KANESHIRO-MILLER, CRR
                           U.S. Courthouse, Room 4714
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3243

# CONTENTS

**WITNESS**                                                    **PAGE**

   THOMAS DONALD BLACKMAN

        Direct Examination                            280

        Cross-Examination                             328

        Redirect Examination                          345

```
1              THE COURT:  Call your next witness.
2              Do you have any more information about Feenstra?
3              MR. MURPHY:  No, Your Honor.  We will have it later on
4      in the afternoon.
5              THE COURT:  Okay.  Let's just double-check.  Okay.
6              MR. FOTOUHI:  Your Honor, Lockheed Martin calls Thomas
7      Blackman to the stand.
8              THE COURT:  Okay.
9              MR. FOTOUHI:  Your Honor, the exhibits that we plan to
10     walk through with Mr. Blackman are all in the exhibit binder
11     that I can give to you now.
12             THE COURT:  Another binder?  What do I have here if i
13     don't have all these?
14             Good afternoon, sir.
15                      THOMAS DONALD BLACKMAN,
16     having been first duly sworn to tell the truth, the whole
17     truth and nothing but the truth, was examined and testified as
18     follows:
19                        DIRECT EXAMINATION
20         BY MR. FOTOUHI:
21     Q.  Mr. Blackman, good afternoon.
22     A.  Good afternoon.
23     Q.  Mr. Blackman, would you please state your full name for
24     the record.
25     A.  Thomas Donald Blackman.
```

1   Q.   Mr. Blackman, in what city and state do you currently

2   reside?

3   A.   I reside in Montgomery County, Maryland.

4   Q.   Mr. Blackman, let me ask you about your educational

5   background.  Did you obtain a college degree?

6   A.   I did.

7   Q.   Where did you obtain that degree?

8   A.   I obtained a bachelor of science degree in geophysics at

9   the University of California at Riverside.

10   Q.   Mr. Blackman, do you have any specialized or advanced

11   degrees?

12   A.   I do.  I obtained a master of science degree in geological

13   sciences from the University of California at Riverside.

14   Q.   Mr. Blackman, are you currently an employee of Lockheed

15   Martin?

16   A.   I am.

17   Q.   When did you first begin working for Lockheed?

18   A.   In October of 1989.

19   Q.   What was the first job responsibility that you had in that

20   role with Lockheed Corporation?

21   A.   I was working as a staff geologist for the remediation

22   group, and we were assigned to the Burbank operable unit

23   superfund cleanup project in Burbank, California.

24   Q.   And that is a different site from the Redlands site; is

25   that correct?

1    A.   Entirely different.

2    Q.   And for how long did your role working at the Burbank

3    operable unit last?

4    A.   It was about four years.

5    Q.   At the end of that time, did your responsibilities change?

6    A.   Yes.  I was assigned to a project known as -- it came to

7    be known as the Redlands project.

8    Q.   And for how long did you initially work in that role on

9    the Redlands project?

10   A.   Well, let's see, I was assigned in October of 1993; and

11   then in March of 1995, I was offered a different position in

12   the same group, in the same overall group but a different

13   position in the regulatory affairs department.  That lasted

14   for a year.  Then, after that, in March of '96, I was asked to

15   return to the Redlands remediation project, where I stayed

16   until June of 2000, when I left the company.

17   Q.   And where did you go when you left the company in June of

18   2000?

19   A.   I went to work for an environmental consulting firm.

20   Q.   And did you ever return to the employment of Lockheed

21   Martin?

22   A.   I did.  In June of 2003, I returned to the employ of

23   Lockheed Martin Corporation, and I was assigned to the

24   Redlands remediation project once again.

25   Q.   How long did that reassignment last?

1   A.   That was one year.  And then in the middle part of 2004, I

2   was asked to move to the East Coast, and I took that position.

3   Q.   And did the oversight or -- did your role when you were

4   working on the East Coast continue to include oversight over

5   the Redlands project?

6   A.   Yes, I had some management responsibility for a couple

7   more years over the Redlands project; but then, in October of

8   2006, I left for a different position, and I no longer had any

9   responsibility for Redlands.

10  Q.   Mr. Blackman, let me take you back.  You said you first

11  began working on the Redlands project in 1993; is that

12  correct?

13  A.   October 1993.

14  Q.   When you first began working on the Redlands project, what

15  were your responsibilities at that time?

16  A.   I was assigned the role of technical project manager.  It

17  was my role to receive and respond to the orders from the

18  Regional Water Quality Control Board and to implement the work

19  plans, investigations, to then receive those results, help to

20  summarize those results and present that to management; also,

21  to work with outside entities, stakeholders, and water supply

22  agencies, as we were assisting them in maintaining a safe

23  drinking water supply.

24  Q.   When you began your work on the Redlands project, had the

25  water board issued any such orders at that time?

1   A.   No.  When I was assigned, we did not have the orders from

2   the Regional Water Quality Control Board of California.  That

3   hadn't happened yet, but our management had been told that it

4   was going to happen.  I think that precipitated them needing

5   to assign a full-time project manager such as myself.

6   Q.   When you first began working on the Redlands project, what

7   did you know about the TCE in the groundwater west -- located

8   west of the former Lockheed Propulsion Company site?

9   A.   When I was given the assignment, I was also given access

10  to some files, which were largely prepared by others, other

11  organizations, and some information that had been prepared by

12  Lockheed prior to my assignment.  So what we knew about the

13  TCE west of what we would call the Redlands site is that it

14  was detached.  It was not contiguous to the site.  It was

15  miles away from the site.

16  Q.   When you say "detached," could you describe for the Court

17  what you mean by that term.

18  A.   Well, let's say there was a plume of smoke between you and

19  I.  If it was attached, it might come out of my mouth into

20  yours.  A detached plume means it doesn't start until the

21  court reporter and then it goes over to you if I was the site.

22  Q.   And you described knowledge that you had in 1993 that the

23  water board intended to issue orders but had not yet done so;

24  is that correct?

25  A.   That's correct.

1    Q.   And did you participate in any conversations with the

2    water board in anticipation of the issuance of those orders?

3    A.   Yes.  The water board staff invited us to their offices in

4    Riverside, and they showed us a draft copy of two orders, and

5    they allowed us to look at those and talked to us about what

6    they were intending to do.

7    Q.   And were those cleanup and abatement orders?

8    A.   One was a cleanup and abatement order, and the other was

9    an investigative order.

10   Q.   Do you recall if other employees of Lockheed Corporation

11   were in attendance at those meetings with the water board?

12   A.   Yes, I believe so.

13   Q.   Would you describe the process of meeting with the water

14   board as an iterative process?

15   A.   Oh, absolutely.  We met with them periodically and have

16   continued to do so.

17          THE COURT:  I'm sorry.  I missed what you said about

18   the second order.  When was the cleanup and abatement?

19          THE WITNESS:  One was a cleanup and abatement order,

20   Your Honor, and the other was just an order.  We came to call

21   it an investigative order.

22          BY MR. FOTOUHI:

23   Q.   Let's look at the orders, Your Honor and Mr. Blackman.  If

24   I could direct your attention, Mr. Blackman, to the document

25   behind the first tab in your binder.

1          THE COURT:  PX 11677?

2          MR. FOTOUHI:  Yes, Your Honor.

3          BY MR. FOTOUHI:

4     Q.   Mr. Blackman, have you seen this document before?

5     A.   Yes, I have.

6     Q.   And what is the document behind tab 1 in your binder?

7     A.   This is a copy of cleanup and abatement order number

8     94-10.

9     Q.   What area did this order cover?

10    A.   This order was meant to cover the TCE plume that was west

11    of the Redlands site; and at the time it was described as the

12    Crafton-Redlands plume.

13         THE COURT:  The what?

14         THE WITNESS:  Crafton-Redlands plume.  You can see in

15    the title where they say "Crafton-Redlands" area.

16         THE COURT:  Uh-huh.

17         BY MR. FOTOUHI:

18    Q.   Mr. Blackman on your work on the remediation on this

19    Redlands project, you referred -- did you refer to the TCE

20    contamination west of the site as the Crafton-Redlands plume?

21    A.   We did, or the Redlands plume for short.

22    Q.   Okay.  What work did this order require Lockheed to

23    undertake?

24    A.   Well, if you turn to page number 10 and 11 of the order,

25    it very specifically sets out a series of work plans that are

1    to be prepared and approved by the executive officer of the

2    board; and then, Lockheed is to implement the work and then

3    report the work back to the board.  And at first, we were to

4    define the leading edge of the TCE plume.

5    Q.    What does that mean, Mr. Blackman, "to define the leading

6    edge of the plume"?

7    A.    If we go back to our earlier smoke plume analogy, if I was

8    blowing smoke towards you and you could see the smoke coming

9    towards you and it was moving towards you, that would be the

10   leading edge.  So our concern was to find the leading edge of

11   the TCE plume, that is, TCE dissolved in groundwater, where is

12   that in space.

13   Q.    At the time in 1994 when this order was issued, do you

14   know if the leading edge of the plume had been defined?

15   A.    There was an estimation of it.  That was based on

16   production wells in the area.  These were wells not intended

17   for environmental plume investigation, but you could sample

18   them and get concentration of TCE.  Some of the wells had TCE;

19   some did not.  By distinguishing between those that did and

20   those that didn't, you could draw a line.  So there was a

21   depiction that had been made by others that showed where they

22   thought the plume was at the time that the orders were issued.

23   Q.    At the time that this order was issued in 1994, was it

24   your understanding that Lockheed Corporation believed that the

25   former Redlands site was the source of the TCE contamination

1    in the Crafton-Redlands plume?

2    A.   At the time the orders were issued, we were not convinced

3    the site was a source.

4    Q.   Do you recall why you were not convinced at the time that

5    the site was the source?

6    A.   Yes.  I came to learn, as I took on the project in 1993

7    and on into 1994, about the historical investigations that

8    Lockheed had performed cooperatively and voluntarily at the

9    request of the Regional Water Quality Control Board.  Lockheed

10   had hired outside consultants to investigate and to install

11   monitoring wells at the Redlands site and collect a series of

12   water samples, and we did not find any TCE in those samples.

13   Q.   Is that another way of saying that the plume is detached

14   from the site?

15   A.   Yes.  We saw that the plume -- and there were wells

16   outside of the site owned by others that did not have TCE, and

17   so the plume was detached if it was not connected to the site.

18   We couldn't find TCE in the groundwater at the site.  And so

19   we thought maybe the site is not a source.

20   Q.   Before the board issued that first order, do you recall

21   speaking with the board at all about the issue of perchlorate

22   groundwater contamination?

23   A.   No, there was no discussion of perchlorate.

24   Q.   And that was the case either by you or the board?

25   A.   That's right.

1    Q.   Mr. Blackman, let me direct your attention to the document

2    that is behind tab 2 in your binder, it is Plaintiff's

3    Exhibit 1679.

4         THE COURT:  Can I just ask, I was given a large

5    document I think this morning of Lockheed's -- both their

6    trial binder exhibits and their disk.  But these two or three

7    are not part of it?  How will we know what is in evidence?  I

8    thought we were going to have the disk be what's in evidence.

9         MR. MURPHY:  Well, Your Honor we believe that the

10   trial binders and the disks were documents that were

11   supporting our experts in our case.  We believe these are

12   documents, and we're now presenting them to Mr. Blackman, that

13   are coming into evidence as we submit them.

14        THE COURT:  Does anyone have any problem with that?

15   Have you seen these?

16        It's very confusing, what's going on.  I thought that

17   we were going to have everything that was going in in the

18   case-in-chief in the binders and that is what I should focus

19   on and anything that might also be helpful.

20        I have no idea what has gone into evidence --

21        MR. MURPHY:  Your Honor, at the pretrial conference,

22   we had given the Court long lists.  Both parties had exchanged

23   those lists.  DOJ had objected to certain exhibits on our

24   lists, and you had ruled on some of those objections and

25   excluded some of those pieces of evidence.  These documents

1    were on our list and were not objected to by DOJ during our

2    initial exchange.

3            THE COURT:  That may be, but we're creating sort of a

4    monster because we're not going to know for purposes of the

5    appeal -- is the government coming up with more and more

6    exhibits that aren't on any of your lists?

7            MR. SULLIVAN:  Your Honor, our examinations may have

8    binders with them to help the Court.  For the most part, I

9    believe almost everything, unless we identify it, is going to

10   be in a binder or on the disk.

11           THE COURT:  I thought I had this down in a way that it

12   could go to the Court of Appeals.

13           So what else are you putting in?  Nothing else that

14   has gone until we got to this witness that wasn't in one of

15   the two binders?

16           MR. MURPHY:  So far, Your Honor, I believe that we

17   have identified everything we've talked about already, and we

18   have matched it up with the binders.

19           THE COURT:  Okay.

20           MR. MURPHY:  So these documents will be added into

21   evidence.

22           At one of the pretrial conferences, Your Honor, you

23   talked about moving documents from our master list over to the

24   list -- over from our general list that we had submitted to

25   you before to the documents that are submitted in terms of

1    evidence.

2           THE COURT:  Right.  But I didn't realize that we were

3    going -- the other books I have had, are they documents that

4    are in evidence?  We have put into evidence two disks and four

5    binders, was what I know.  Is this now going to be new stuff?

6           MR. MURPHY:  The documents we're talking about with

7    Mr. Blackman today would be added to our materials, Your

8    Honor.

9           THE COURT:  Okay.  Do they have any problem with this?

10   I have no idea.

11          MS. POWELL:  We don't, Your Honor.

12          THE COURT:  Okay.  Are these going to get added -- the

13   disk should ultimately have the universe of documents for both

14   sides.  At some point in time you can update the disk and we

15   have two indices.  One is, I take it, just the two binders,

16   and that's what I view your key documents --

17          MR. MURPHY:  Yes.

18          THE COURT:  -- we're going to work on this key

19   document idea.  I don't think I've got myself clear on this

20   one.  These are the, quote, not key documents.

21          MR. MURPHY:  These were drawn from that larger list,

22   Your Honor.

23          THE COURT:  No, they're not on the list.  That's what

24   I'm saying.

25          MR. MURPHY:  No, no, these documents are on the larger

1     list that are not in our binder.  These documents should be in

2     the larger list --

3             THE COURT:  No, there is no 1677.  That's why I raised

4     it, nor is there any -- the first two we looked at are not on

5     this list.

6             MR. FOTOUHI:  Your Honor, that is because Dr. Stanley

7     Feenstra cites those documents, and they were moved on to the

8     list, indicating that they were on the disk, the revised

9     version of the disk.  So they're on the initial list, Your

10    Honor --

11            THE COURT:  Which is --

12            MR. FOTOUHI:  The smaller list of documents included

13    on the disk.

14            THE COURT:  This morning I was handed what I thought

15    was the smaller list.  There is no 16-anything on the smaller

16    list; there is no 1685, 1679, 1688.  On the smaller list, it

17    comes from 1951 to 2020.

18            MR. MURPHY:  Your Honor, this is what happened:  These

19    were not in our original binders, but they were cited in our

20    expert's reports.  So when we submitted our disk on Friday,

21    they have now been put on that disk that you received --

22            THE COURT:  Those two represent what's on the disk --

23            MR. MURPHY:  That's correct.

24            THE COURT:  One of them represents what's in the

25    binder.

293

1          MR. MURPHY:  Yes, Your Honor.

2          THE COURT:  What is this other mons tor?

3          MR. MURPHY:  That's the list of documents we might use

4   on cross eventually that we have exchanged with the

5   government, Your Honor.  That is the potentially irrelevant

6   list.

7          THE COURT:  Okay.  For purposes of the courtroom

8   clerk, we have two lists -- and we'll have to go through this

9   with the government -- that represents what is in evidence.

10  There is what is called the trial binder disk and the trial

11  binders, which represent two binders.  If anything else is

12  going to be added, you're going to give us a separate piece of

13  paper.

14         MR. MURPHY:  That is correct, Your Honor.

15         THE COURT:  You're not going to duplicate, so we

16  shouldn't have more than one 6.

17         MR. MURPHY:  You're right, Your Honor.

18         THE COURT:  Okay.

19         MR. MURPHY:  I have just been told that, later during

20  this presentation, a couple of these documents are not on the

21  binder list, they're on the potentially irrelevant list.  At

22  that point, we'll move them into evidence, and we'll move them

23  over; and at the end of our case-in-chief, we'll give you an

24  updated list with all the documents that we've used.

25         THE COURT:  And the disks --

1        MR. MURPHY:  Yes, Your Honor.

2        THE COURT:  -- and they will carry these PX 1677 --

3        MR. MURPHY:  Yes, Your Honor.

4        THE COURT:  I will never hear the end of it if we

5   don't get this right.  I'm not going to sit there with some

6   law clerk at the Court of Appeals digging through this stuff

7   if we can't find these exhibits.

8        Go ahead.  Sorry, sir.

9        MR. FOTOUHI:  Thank you, Your Honor.

10       BY MR. FOTOUHI:

11  Q.   Mr. Blackman, may I direct you to the document that is

12  behind tab 2 in your binder, which is Plaintiff's

13  Exhibit 1679.

14  A.   I see the exhibit.

15  Q.   Mr. Blackman, have you seen this document before today?

16  A.   Yes, I have.

17  Q.   What are we looking at in this document?

18  A.   This is a copy of cleanup and abatement order number

19  94-37.

20  Q.   Do you recall when the board issued this order?

21  A.   In 1994.

22  Q.   And you were working on the Redlands project at the time

23  the board issued this order; is that correct?

24  A.   That is correct.

25  Q.   And do you recall why the board issued this order?

1    A.   This order replaces the order we just talked about, order

2    number 94-10, and is slightly different.

3    Q.   Mr. Blackman, how is the order different?

4    A.   If you look at pages 10 and 11, if you were to compare

5    this fact to the same pages 10 and 11 for order number 94-10,

6    you will see that two of what I will call order items -- the

7    items that Lockheed was ordered to do -- are missing and were

8    removed from order 94-37.  Those items had to do with

9    implementing a remedial action plan.

10   Q.   Mr. Blackman, what is your understanding as to why the

11   board removed the requirement in 1994 to implement a remedial

12   action plan for the TCE contamination in the Crafton-Redlands

13   plume?

14   A.   Well, after Lockheed received order 94-10, Lockheed began

15   conversations with the board, and our concern was that the

16   order ordered us to both investigate and implement

17   remediation, and we thought that the investigation should come

18   first before we were ordered to implement a remediation, and

19   the board agreed and removed the two items that said implement

20   the remedial action plan.

21   Q.   Mr. Blackman, as you mentioned on page 10 of the document,

22   behind tab 2, the order 94-37, there's a list that begins on

23   sort of the top of the page, "It is hereby ordered that

24   Lockheed shall," and then it has a list.

25        Do you see where I am, Mr. Blackman?

1    A.   I do.

2    Q.   The first number under that "Lockheed shall" says that

3    "Lockheed shall submit a work plan and time schedule for

4    installing and sampling a sufficient number of groundwater

5    monitoring wells to define the lateral and vertical boundary

6    of the leading edge of the plume."

7         Mr. Blackman, is that the process that we were

8    speaking about earlier with regards to the previous order?

9    A.   Yes.  As you see, that wording is identical.

10   Q.   Mr. Blackman, is it your understanding that Lockheed

11   completed the task required by bullet number 1?

12   A.   Yes, we did.

13   Q.   Let me have you skip down to number 3, which requires

14   Lockheed to submit a report containing the following

15   information for approval, and 3a says, "A work plan and time

16   schedule for providing containment of the leading edge of the

17   plume."

18        Mr. Blackman, are you aware of whether you -- did you

19   have -- let me ask it this way:  Mr. Blackman, did you have a

20   part in completing task 3a?

21   A.   Yes, I did.

22   Q.   And do you know if that task was completed?

23   A.   It was.

24   Q.   Task 3b requires Lockheed to submit a groundwater

25   monitoring program.  Mr. Blackman, were you involved in that

1    process?

2    A.   Yes, I was.

3    Q.   Do you recall whether that process was completed?

4    A.   It was completed.

5    Q.   And item 3c requires Lockheed Corporation to install a

6    sufficient number of monitoring wells.  Mr. Blackman, were you

7    involved in that process?

8    A.   Yes, I was.

9    Q.   And was that process completed?

10   A.   Yes, it was completed.

11   Q.   Mr. Blackman, let me direct your attention to item number

12   9 on page 11 of that order.  It states that Lockheed, for four

13   months after completing the field activities as required, it

14   must submit a remedial action plan for the plume and a time

15   schedule.

16          Mr. Blackman, were you involved in that process?

17   A.   Yes, I was.

18   Q.   Did Lockheed Corporation complete that process?

19   A.   Yes, we did.

20   Q.   In bullet number 10 or item number 10, it requires

21   Lockheed Corporation to submit quarterly reports to the board,

22   apprising it of progress made and problems that have occurred.

23          Do you recall whether you were involved in that

24   process?

25   A.   I was involved in that process.

1    Q.   And did Lockheed submit quarterly reports pursuant to this

2    item?

3    A.   Yes, we did.

4    Q.   Mr. Blackman, let me direct your attention to the document

5    that is behind tab number 3 in your blinder.  It is

6    Plaintiff's Exhibit 1688.

7    A.   I see the exhibit.

8    Q.   Mr. Blackman, before I ask you about the exhibit

9    specifically, were you involved in the process required by the

10   order to submit a containment work plan to the board regarding

11   the TCE groundwater contamination?

12   A.   Yes, I was.

13   Q.   And what are we looking at in the document behind tab 3 in

14   your binder?

15   A.   Behind tab 3 we see a letter that's going from Lockheed

16   Martin Corporation to the executive officer of the California

17   Regional Water Quality Control Board in August of 1997, and it

18   is, as stated in the subject line, a containment work plan

19   addendum to include alternative 5.

20   Q.   Mr. Blackman, were you involved in submitting the

21   containment work plan that is referenced in the subject line

22   of this letter?

23   A.   Yes.

24   Q.   Were you involved in drafting the addendum that this

25   letter transmitted to the board to that work plan?

299

1    A.   Yes, I was.

2    Q.   What was the purpose of submitting the work plan and the

3    addendum to the board?

4    A.   The purpose was to comply with the order, and we did

5    submit the work plan.  It was reviewed by the board, and the

6    board asked us to attend a meeting.  We sat with the board

7    staff and executive officer and our team from Lockheed Martin

8    Corporation, and we talked about the containment work plan,

9    and the executive officer verbally related his comments and

10   his concerns about the original work plan, and he pointed out

11   some things that he thought we should include in another

12   alternative.  He said you need a fifth alternative.

13   Q.   And so in response to that suggestion from the water

14   board, is it your understanding that Lockheed Martin submitted

15   this alternative number 5?

16   A.   That is correct.  We went back, taking his advice, and

17   prepared a fifth alternative, which is described in the

18   document we're talking about.

19   Q.   And this is an alternative for what?  What does this

20   alternative propose?

21   A.   Well, if you look towards the bottom of the page, it says,

22   "pump and treat" -- number 5 -- "pump and treat existing wells

23   in well fields affected by TCE from the Redlands plume to

24   maintain the purveyors'" -- that means the water

25   purveyors" -- current water quality for TCE as measured at the

1    final point of compliance under the active Department of

2    Health Services operating permit."

3    Q.   What is your understanding as to what the final point of

4    compliance is as referenced in this letter?

5    A.   Well, the letter goes on to talk specifics about the city

6    of Riverside, but it could pertain to any water purveyor.  The

7    Department of Health Services at the time for California would

8    designate for any water purveyor a point of compliance, and

9    that was the place where they would measure the water and it

10   would be analyzed in order to determine whether the water was

11   suitable for potable consumption, did it meet all of

12   California and federal drinking water standards.

13   Q.   And those standards pertained to TCE; is that correct?

14   A.   Well, for us, it was -- a constituent of concern was TCE.

15   For the water purveyor, they had to think about everything

16   that was in the water.

17   Q.   At the time you had discussions with the water board about

18   alternative number 5, did the water board raise with you the

19   issue of the perchlorate groundwater contamination in the

20   area?

21   A.   Prior to alternative number 5 coming out in August of

22   1997, there was a meeting in May of 1997 that I was invited

23   to, and that was the first time that the state agencies talked

24   about perchlorate relative to the Redlands plume project.

25   Q.   So in your role as the lead of the Redlands project, you

1    don't -- is that meeting the first time you recall hearing the

2    water board talk with you and your colleagues about

3    perchlorate?

4    A.   Yes.

5    Q.   And what took place at that meeting?

6    A.   Well, I got a call from the water board staff, and they

7    said, we'd like you to come out to a meeting that is being

8    held by the Department of Health Services.  And they told me

9    it would be held at the San Bernardino Valley municipal water

10   distract and that the Department of Health Services had some

11   announcement to make, and so I went to the meeting.

12        There were a lot of people at the meeting.  A lot of

13   different groups were present.  The Department of Health

14   Services began giving a presentation.  They said that they had

15   been working in other areas of the state, particularly a site

16   in Northern California, where perchlorate, a salt that was

17   known to be used in the production of solid-rocket propellant,

18   had become a constituent of concern at that site.  They began

19   thinking that there are other solid-rocket propellant

20   factories, manufacturing areas, in the state and that they

21   should look at those areas to see if perchlorate was impacting

22   the environment.

23        One problem they had was that the standard

24   commercially available analytical method had a relatively high

25   detection level, about 400 parts per billion or micrograms per

1    liter for perchlorate.

2    Q.   When you say "a relatively high detection level," what do

3    you mean by the phrase "detection level"?

4    A.   A detection level is where you send a sample to the lab,

5    let's say you send a water sample, and you say, I'd like you

6    to analyze for compound X, and they say, we can analyze for

7    it, but we just want you to know that the detection level is

8    Y, and we won't be able to see it below Y.  And so you say,

9    okay, go ahead and analyze the sample.

10        So for the Department of Health Services, they knew

11   that when you sent your samples to the lab at that time in

12   1997 that the detection level was conventionally around

13   400 parts per billion for perchlorate.

14        THE COURT:  Who sets that up?  Who comes up with the

15   detection level?

16        That is basically somebody saying this is what is

17   healthy; right?

18        THE WITNESS:  No.  The detection level is not a

19   measure of health risk; it is simply an analytical number that

20   is achievable by the lab in the way that they are doing the

21   method.  And all of these labs, these commercial labs, Your

22   Honor, are working off of EPA standards for lab analytical

23   methods.

24        So what the Department of Health Services did, they

25   were concerned about perchlorate at levels lower than 400

1    parts per billion.  So if you were looking for a number or a

2    concentration less than 400 and you used the method that was

3    available, it would most likely come back as nondetect, that

4    you didn't find it.  So they realized they needed to adjust

5    the method.  So they worked with their own lab, because

6    Department of Health Services had their own lab, and they

7    began modifying the approved EPA method until they could get

8    the detection level down.  So analytical chemists, if they

9    focus on something, they can usually get the detection level

10   lower than what it is today, whatever it may be.  And so they

11   did that, and they were able to get a detection level of

12   4 parts per billion instead of 400 for perchlorate.  And that

13   gave them a greater clarity and ability to see perchlorate in

14   the environment.

15   Q.   When do you recall the Department of Health Services

16   reaching the ability to measure perchlorate at 4 parts per

17   billion?

18   A.   Well, they said they had just figured that out I think

19   earlier that year in 1997.  So then they began a project to

20   collect water from available wells and water systems to see if

21   perchlorate was present.  They said they had done that and

22   that the results had come back in April of 1997, and thus they

23   had asked us to come and meet with them in May to present the

24   results.

25          And they said that in the Bunker Hill basin that

1    perchlorate was found, and it was found above 4 parts per

2    billion, and they were concerned about it.  And the Department

3    of Health Services said they were setting a range of concern,

4    that if perchlorate was found between 4 and 18 parts per

5    billion, that they were going to ask the water purveyors to do

6    what they could to reduce the concentration so that it was

7    below 18 or stop serving the water.  That's what they were

8    going to ask people to do.

9    Q.   When you say the board determined that this

10   perchlorate -- that the perchlorate in the groundwater reached

11   this level in the Bunker Hill basin, is that the same area

12   where the TCE plume is located?

13   A.   Yes.

14   Q.   And did the board take any action after locating that

15   perchlorate in the Bunker Hill basin?

16   A.   It was the Department of Health Services that found the

17   perchlorate.  The water board representative staff members

18   were present at the same meeting that I attended in May of

19   1997, when Department of Health Services gave their

20   presentation.  And the water board staff member came up to me

21   and he said that they were going to ask Lockheed Martin to

22   address the perchlorate contamination because they felt that

23   the perchlorate had come from the Lockheed Redlands site.

24   Q.   Mr. Blackman, let me direct your attention to the document

25   that is behind tab 6 in your binder, which is Plaintiff's

1    Exhibit 1685.

2    A.   I see the exhibit.

3    Q.   Mr. Blackman, have you seen the document behind this tab

4    before today?

5    A.   Yes, I have.

6    Q.   What are we looking at in this document behind tab

7    number 6?

8    A.   This is a copy of cleanup and abatement order number

9    97-58.

10   Q.   Was this issued by the California Regional Water Quality

11   Control Board?

12   A.   It was, to Lockheed Martin Corporation.

13   Q.   Were you still in charge of the Redlands project at the

14   time this order was issued?

15   A.   Yes, I was.

16   Q.   And were you involved in interfacing with the board before

17   this order was issued regarding this order?

18   A.   Well, this time there was not a lot of lead time.  They

19   told us they were going to give us an order and then they did.

20   Q.   And let me direct your attention to page 2 of the order,

21   the final page of the order, to the section that begins with,

22   "It is hereby ordered that Lockheed shall," and number 1

23   states that, by a certain date, "Lockheed shall submit a

24   proposal for obtaining information necessary to develop and

25   implement a remedial action plan for the perchlorate plume."

1          Do you see where I am, Mr. Blackman?

2     A.   I do.

3     Q.   Were you involved in the development and implementation of

4     a remedial action plan for the perchlorate plume?

5     A.   I was.

6     Q.   Do you recall if Lockheed Martin completed the task

7     defined in item 1 of that order?

8     A.   We did.

9     Q.   Number 2 calls for Lockheed Martin to implement the

10    proposal outlined in number 1.

11         Do you see where I am?

12    A.   Yes.

13    Q.   Were you involved in that implementation?

14    A.   Yes, I was.

15    Q.   Did Lockheed Martin complete that implementation?

16    A.   Yes, we did.

17    Q.   Number 3 calls for Lockheed Martin to submit a detailed

18    remedial action plan for perchlorate.  Were you involved in

19    the development of that remedial action plan?

20    A.   I was less involved because I think that was taking place

21    after I had been assigned to other duties.

22    Q.   Do you know from your responsibilities whether Lockheed

23    Martin completed the submission of a remediation action plan?

24    A.   Yes, they did.

25    Q.   Number 4 requires the implementation of a remediation

1    action plan.  Did you have any role in that process,

2    Mr. Blackman?

3    A.   Well, we were proactive in our work with perchlorate, and

4    we were asked to update the water supply contingency plans

5    over time, and we actually implemented treatment for

6    perchlorate on water systems before the state had issued the

7    maximum contaminant level drinking water standard.  We felt we

8    wanted to help the water purveyors to be in compliance with

9    the standard the day it was promulgated.

10   Q.   Mr. Blackman, when -- thinking back to the time when you

11   learned that perchlorate was detected in the groundwater in

12   the same areas as the TCE plume in the Bunker Hill basin, do

13   you recall whether you believed that the perchlorate was

14   released from the LPC facility?

15   A.   The perchlorate plume does reach back to the Lockheed

16   Redlands site.  Occasionally, when water levels are high after

17   a wet season, we even see in current times a pulse of

18   perchlorate come off the site.  So the site is a source of

19   perchlorate to the environment.

20   Q.   And were other -- were there a limited number of other

21   potential sources in the basin, or was the former site the

22   only potential source in the basin of perchlorate?

23   A.   I think it is the only source of ammonium perchlorate to

24   the basin.

25   Q.   Let's --

308

A.   That was when we began to realize that the TCE, which was

fully enveloped in the perchlorate plume, must have also come

from the site.

Q.   So it is your opinion that by around 1997, when the

perchlorate was located --

          MS. POWELL:  Objection, Your Honor.  Asked and

answered.

          THE COURT:  No, I think it is okay, but it is leading.

          MR. FOTOUHI:  I will rephrase, Your Honor.

          BY MR. FOTOUHI:

Q.   Mr. Blackman, is it your opinion that by the time the

perchlorate plume was located, you had the understanding that

the TCE plume also emanated from the -- principally emanated

from the Lockheed Propulsion Company site?

A.   We came to that understanding, yes.

Q.   Mr. Blackman, let me direct your attention to the document

behind tab 7 in your binder, which is Plaintiff's Exhibit

1687.

          Mr. Blackman, have you seen this document before?

A.   Yes, I have.

Q.   What are we looking at behind tab 7 in your binder?

A.   This is a perchlorate work plan and schedule delivered in

response to cleanup and abatement order number 97-58,

referring to order item 1 that we just went over a moment ago

in August of 1997.

309

1    Q.   Mr. Blackman, did you have a role in producing or

2    preparing this document?

3    A.   I did.

4    Q.   Was this produced pursuant to the board's order regarding

5    the perchlorate plume?

6    A.   It was.

7    Q.   Mr. Blackman, let me direct your attention to page 7-1 of

8    the document, which also bears the bates number ending in

9    1937.

10        Mr. Blackman, before I turn your attention to this

11   document, let me ask you:  Do you recall whether, in response

12   to the board's order regarding the perchlorate plume, if

13   Lockheed Martin took other actions not specifically outlined

14   in the order to respond?

15   A.   Well, we felt it was an action that related to the order.

16   We joined the perchlorate study group.

17   Q.   What is the perchlorate study group?

18   A.   The perchlorate study group was a -- and still is -- a

19   group of companies that manufacture or utilized perchlorate in

20   their businesses.  And we also worked closely with the United

21   States Air Force, who while they were not a member of the PSG,

22   they worked closely with us on perchlorate issues.

23   Q.   Did you attend meetings or gatherings of the perchlorate

24   study group?

25   A.   I did.

1    Q.   Do you recall the Air Force being present at any of those

2    meetings or gatherings?

3    A.   Yes.  Colonel Dan Rogers of the United States Air Force

4    attended, not all, but many of the perchlorate study meetings

5    in those early years.

6    Q.   Do you recall what the purpose was behind those meetings?

7    Why was the perchlorate study group, along with members of the

8    Air Force, meeting at the time?

9    A.   Well, we were concerned that people were worried about

10   perchlorate but that there was a gap in the knowledge data

11   base about human health and ecological risk, so we set about

12   filling that gap.

13          We talked about Mike Dourson of Toxicology Excellence

14   for Risk Assessment, the TERA group, and we asked him to come

15   up with a series of studies that would help to fill the gap of

16   human health and ecological risk assessment information, and

17   they gave us a list of studies that should be performed to

18   help fill that gap.

19          The Air Force took on some of those studies, and the

20   perchlorate study group funded other of those studies, and

21   then all of that information was provided to EPA.

22   Q.   When you describe the gap, to the best of your knowledge,

23   what are you speaking about when you say there is a gap in the

24   knowledge about perchlorate?

25   A.   Well, in order for any government authority such as

1    California or the federal government to set an appropriate

2    drinking water standard, for example, they rely on risk

3    assessors to look at human health and ecological risk, and so

4    they need studies to be able to do that.  Now, there was some

5    information in the record, but talking with expert

6    toxicologists, they gave us a list of studies that they said

7    would help those risk assessors make a better, more informed,

8    what we would call sound science judgment.

9    Q.   Let me ask you a few more questions about Lockheed

10   Martin's effort to respond to the board's order regarding

11   perchlorate.  Mr. Blackman, were you involved at all in the

12   investigation of the plume area for perchlorate?

13   A.   Yes, I was.

14   Q.   What did that entail?

15   A.   Well, we had already installed a network of monitoring

16   wells to investigate the TCE plume, and so we began sampling

17   those same wells for perchlorate.  So it was really like

18   piggybacking on the earlier investigations and now sampling

19   for a different constituent to help to better define where

20   perchlorate was and where it was not.

21   Q.   Did you work with the water board in pursuing that

22   sampling?

23   A.   Absolutely, yeah.  This, again, was an iterative process.

24   We met with the water board repeatedly, sharing with them our

25   plans, receiving their comments and approvals, implementing

312

1    those plans, and then sharing the results back with the board.

2    Q.   Mr. Blackman, we've talked quite a bit now about the plume

3    area.  I want to speak just for a moment with you about the

4    former site itself.  Let me direct your attention in your

5    binder to the document that's behind tab 5, which is

6    Plaintiff's Exhibit 1678.

7    A.   I see the exhibit.

8    Q.   Mr. Blackman, have you seen the document behind tab 5

9    before today?

10   A.   I have.

11   Q.   What are we looking at in this document?

12   A.   This is a copy of order number 94-11.

13   Q.   Was this order issued by the California Regional Water

14   Quality Control Board?

15   A.   Yes.

16   Q.   When was this order issued, to your knowledge?

17   A.   January 1994.

18   Q.   Were you responsible for the Redlands project at the time

19   this order was issued?

20   A.   Yes.

21   Q.   What did this order call for, at the time, Lockheed

22   Corporation to do?

23   A.   If you go to the very last page, 10 of 10, there are a

24   list of items that were ordered.  So they started out ordering

25   Lockheed to prepare a work plan and time schedule for approval

1   by the executive officer of the board to install groundwater

2   monitoring wells and conduct subsurface soil investigations at

3   potential source areas at the former Lockheed Propulsion

4   Company facility.

5   Q.   So whereas the orders that we were speaking about

6   previously dealt with the plume and where the contamination

7   has been located, did this order deal with the former site?

8   A.   It did.

9   Q.   Did Lockheed complete the requirement -- let me take a

10  step back.

11          Did you play a role in responding to the order

12  outlined in item 1?

13  A.   Yes, I did.

14  Q.   Do you recall whether Lockheed Corporation, and later

15  Lockheed Martin, completed that item?

16  A.   We did.

17  Q.   Let me direct your attention to number 4, the requirement

18  to submit quarterly reports to the board.  Do you recall

19  whether you were involved in the submission of those reports?

20  A.   Yes, during my tenure on the project.

21  Q.   And were those reports submitted to the board in

22  compliance with the order?

23  A.   Yes, they were.

24  Q.   You mentioned a few moments ago the term "water

25  purveyors."  In responding to both the TCE and the perchlorate

1   groundwater contamination, did you work with water purveyors

2   in the affected area?

3   A.   Yes.  The water board had asked us to work with the water

4   purveyors, the groups -- sometimes cities, sometimes private

5   entities -- that were producing groundwater and then providing

6   that as drinking water for their consumers.  And they said you

7   should work with them to make sure that TCE -- first TCE --

8   and then later, after it was discovered, perchlorate, is under

9   control, in other words, it is beneath any health-based

10  standards that were applicable at the time in the drinking

11  water that was being served.

12  Q.   Mr. Blackman, did you begin working with the water

13  purveyors before the perchlorate contamination was discovered

14  in the Crafton-Redlands plume?

15  A.   We did.  We had begun working with the water purveyors

16  regarding the TCE plume prior to the perchlorate being

17  discovered by the Department of Health Services.  After that,

18  we were asked to add perchlorate to those plans, and we did.

19  Q.   And when you referenced "those plans," what do you mean by

20  that?

21  A.   Well, for each water purveyor that was willing to work for

22  us, we prepared a water supply contingency plan.  It's just

23  like it sounds, it's a contingency plan that if there is

24  impact of TCE or perchlorate above a certain level, then there

25  was a series of steps that could be taken to get the

1    concentrations below the health-based level in the supplied

2    drinking water.

3    Q.   Let's look at an example of one of those.  May I direct

4    your attention to the document behind tab 8 in your binder,

5    which is also Plaintiff's Exhibit 1694.

6    A.   I see the exhibit.

7    Q.   Have you seen this document before today?

8    A.   Yes, I have.

9    Q.   What are we looking at behind tab 8?

10   A.   We are looking at the water supply contingency plan for

11   the City of Loma Linda from June of 1999.

12   Q.   Were you involved in the development of this water supply

13   contingency plan with the city of Loma Linda?

14   A.   Yes, I was.

15   Q.   Can you describe what that process entailed of developing

16   the water supply contingency plan?

17   A.   Yes.  We met with the Loma Linda staff, their water

18   engineering staff.  We learned about their water distribution

19   system.  We learned about the impacts that they were

20   experiencing, and we were able to forecast some of the impacts

21   they were likely to experience in the near future given the

22   understanding of the plumes, where they were and where they

23   were moving.  And then we talked with them about how to deal

24   with the rising concentrations in their production wells that

25   they already had going in their system.  And we talked about

1    contingencies or how do we adapt to the concentrations, how do

2    we avoid either the contamination, how do we blend the

3    contamination down to an acceptable level with clean water, or

4    how do we replace those water sources with new wells or import

5    water from other entities.

6    Q.   When you use the phrase acceptable level, what was the

7    acceptable level at the time you were negotiating this water

8    supply contingency plan for TCE?

9    A.   The acceptable level at the time in 1999 was 5 micrograms

10   per liter, which can also be said 5 parts per billion.

11   Q.   When the Redlands project no longer was under your purview

12   in 2006, was that still the requirement for the acceptable

13   level of TCE?

14   A.   Yes.

15   Q.   What about perchlorate; when you negotiated the plan with

16   the city of Loma Linda, what was the acceptable level for

17   perchlorate in groundwater?

18   A.   Now you are stretching my memory.  I think it was 18 parts

19   per billion at the time, but I'm sure the plan would tell us.

20   Q.   Do you recall whether after the time you negotiated the

21   plan the acceptable level was reduced?

22   A.   Over time, the acceptable level for perchlorate has

23   varied, so when they first -- Department of Health Services --

24   set a level, they initially set a tentative level at 18 parts

25   per billion.  That was a guideline because they hadn't

317

1    promulgated a drinking water limit yet.  When they finally did

2    promulgate a drinking water limit, they set it at 6 parts per

3    billion.

4    Q.   Did the water supply contingency plan require or involve

5    replacing of impacted wells within the city of Loma Linda?

6    A.   Yes.

7    Q.   Did they also require the drilling of new wells?

8    A.   Yes.

9    Q.   And did it require any other type of work?

10   A.   Yes.  I think that -- there were so many different plans

11   for different agencies, I may get them a bit mixed up, but

12   they involved blending.  I know for a fact we did blending for

13   the city of Redlands, for example, and blending for the city

14   of Riverside.  There was also treatment.  So, at times, we

15   would treat the water for TCE and/or perchlorate.

16   Q.   Do you recall whether the water board reviewed the water

17   supply contingency plans after you completed the negotiation

18   process with the purveyor?

19   A.   Oh, yes.  The water board reviewed the plans, and they

20   were given an opportunity to comment on those plans.

21   Q.   And do you recall instances where comments from the water

22   board were incorporated into the revised versions of the

23   plans?

24   A.   Oh, yes.  If they had a comment, we would take that in;

25   and the board was most concerned that the water purveyor would

-318-

1    be satisfied.

2    Q.   Do you recall -- when your work in 2006 shifted away from

3    the Redlands project, at that time, do you know whether

4    residents of the city of Loma Linda were receiving compliant

5    drinking water?

6    A.   Yes, they were.

7    Q.   Do you have any knowledge whether that is still going on

8    today?

9    A.   Yes, they are still receiving compliant water.

10   Q.   Mr. Blackman, let me turn your attention to the document

11   behind tab 9 in your binder, which is Plaintiff's Exhibit

12   1693.

13   A.   I see the exhibit.

14   Q.   Mr. Blackman, have you seen this document before today?

15   A.   Yes, this is an agreement between the city of Riverside

16   and Lockheed Martin Corporation.

17   Q.   And what does this agreement call for?

18   A.   Well, this is an agreement that calls for treatment of the

19   city of Riverside wells, many of their wells.

20   Q.   The wells, now talking about the city of Riverside, these

21   wells, were they impacted by either TCE or perchlorate?

22   A.   Over time, the city of Riverside wells became impacted by

23   both TCE and perchlorate.

24   Q.   And you mentioned this was a treatment, the agreement

25   called for treatment.  Could you describe what you mean by

1    that?

2    A.   Well, it was -- it was not exclusive to treatment, but

3    primarily that is what has happened as I look back on it.  So

4    the agreement calls for us -- the Lockheed Martin

5    Corporation -- to install treatment systems on city of

6    Riverside wells so that they can reduce the concentration of

7    TCE and perchlorate enough within their system that additional

8    blending will be sufficient to supply compliant drinking

9    water.

10   Q.   And was that decision to install those well treatment

11   systems done in conjunction with the city of Riverside?

12   A.   Yes, it was.

13   Q.   Was it done in conjunction with the water board?

14   A.   Yes, the water board was involved.

15   Q.   So you mentioned treatment systems at the well.  What was

16   the system installed to treat TCE at the well?

17   A.   It's call granular-activate carbon, and you put the

18   granular-activated carbon in a large steel vessel, a series of

19   vessels.  It acts as a filter.  So you may have seen this if

20   you've ever had a fish tank at your home.  They use

21   granular-activated carbon to purify the water in the fish

22   tank.  It is a very similar system.  So the water passes

23   through the carbon filters and takes the TCE out of the water.

24   Q.   And is that the same system used to treat perchlorate in

25   water?

1    A.   No.  We found that granular-activated carbon is not an

2    effective means of removing perchlorate from the groundwater.

3    So we had to research -- because at the time perchlorate was

4    discovered in 1997, there was no off-the-shelf best available

5    technology for perchlorate.  So we participated in research

6    studies to find that method, and it turned out to be ion

7    exchange was the method that we ended up using.

8    Q.   Do you recall if ion exchange is still the method used

9    when your work on this project ended in 2006?

10   A.   Yes.  I have heard that they have continued to use ion

11   exchange.  What it does is it takes perchlorate, which is a

12   positively charged anion and exchanges it with chloride, which

13   is, from common table salts, that is CL negative, and it

14   trades those molecules.  So it takes the perchlorate out of

15   the water.

16   Q.   On your work on the Redlands project, putting aside your

17   work with water purveyors, did you also work with individual

18   landowners that may have used private wells for their water?

19   A.   Yes, we did.

20   Q.   How did you go about doing that?

21   A.   Well, we were concerned that there could be private well

22   owners who were using water for drinking in some manner.  We

23   needed to make sure that they knew about the plume and that we

24   could work with them if they were using it for drinking water

25   to obtain alternative sources if the concentrations exceeded

 1    the safe levels for TCE or perchlorate.  So we worked with the

 2    water purveyors at first to say where are the areas that you

 3    are not surveying.  We looked around the basin.  Then we drove

 4    in these areas to see if we could see evidence of a well.

 5    Sometimes you can see a well just by driving around.  You'll

 6    see the power drop.  A well usually needs power to run the

 7    pump.  You can see a little structure which is enclosing the

 8    wellhead.  And then we put together information sheets or fax

 9    sheets, and we gave those out to people as we were canvassing

10    and looking for private water supplies.

11            THE COURT:  Is it all now at acceptable levels?  Do

12    you know?

13            THE WITNESS:  Yes.

14            THE COURT:  So where are we now?  Just Redlands?  You

15    didn't deal with the other site?  Beaumont?

16            THE WITNESS:  No, I didn't do much with Beaumont.

17            THE COURT:  So you're saying that whatever costs that

18    have been incurred to date, that's it, there won't be future

19    costs in Redlands?

20            THE WITNESS:  Oh, no, the costs continue because the

21    plumes are still present.  We have removed a great deal of

22    mass from the ground.  We have remediated a lot, but the

23    plumes are still moving, and they're still impacting wells.

24    The treatment systems continue to operate.  The costs are

25    anticipated to go on for many decades.

1          BY MR. FOTOUHI:

2     Q.   Mr. Blackman, speaking about costs, do you have any

3     knowledge as to, when you were working on the Redlands

4     project, whether the cost for remediating for AP was more or

5     less relative to the cost of remediating for TCE?

6     A.   I remember that granular-activated carbon is a best

7     available technology used by many industries, so it is widely

8     available, and the cost is less than the specialized ion

9     exchange technique, which was developed specifically for the

10    perchlorate contamination.  It is more expensive.

11          THE COURT:  Does that work out that more -- do you

12    know how much was spent so far?

13          THE WITNESS:  I don't have those figures in front of

14    me.

15          BY MR. FOTOUHI:

16    Q.   Mr. Blackman, I just wanted to talk with you a few minutes

17    about the Norton site.  Are you familiar with the former

18    Norton Air Force Base?

19    A.   Yes.

20    Q.   Are you familiar with the TCE that was released at the

21    former Norton Air Force Base?

22    A.   Yes, I am aware of that.

23    Q.   When did you first learn that TCE was released from the

24    former Norton Air Force Base into the groundwater?

25    A.   Shortly after my assignment to the Redlands project, we

1    began looking at all the different plumes that were in the

2    basin, trying to make sense of what was going on.  One of the

3    plumes I learned about was a federal -- it was a federal lead

4    agency site, Norton Air Force Base, and the Air Force was

5    responding.

6    Q.   How did the Norton Air Force TCE plume impact your work

7    investigating and arranging for the treatment of the TCE that

8    emanated from the Redlands site?

9    A.   Well, the two plumes, the Redlands plume and the Norton

10   Air Force Base plume, commingled in the Riverside well field.

11   Q.   And when you say "commingled," what do you mean by that?

12   A.   What I mean by that, there were two separate plumes that

13   eventually became intertwined.

14   Q.   And how did you determine that they had become

15   intertwined?

16   A.   Well, what you do is you --

17        MS. POWELL:  Objection, Your Honor.  Speculation.

18        THE COURT:  I don't know.  Did you determine it and on

19   what basis?

20        THE WITNESS:  Well, in part, it was the Air Force that

21   made the case for the commingling.  They invited us to a

22   meeting and said that they had been collecting data for a

23   number of years, even longer than we had.  They showed us what

24   we call hydro graphs, which show the concentration in a well

25   over time.  They were showing us that the concentration in

1    some of the wells impacted by the Norton Air Force Base plume,

2    due to their control efforts at the source, those

3    concentrations were beginning to diminish.

4         Meanwhile, other wells which had not had TCE were

5    beginning to see TCE, receive TCE, from the east, and that was

6    the direction -- the direction of the Redlands plume, which

7    was moving east -- excuse me -- yeah, east to west.  The

8    Redlands plume was moving east to west.  The Norton plume was

9    moving northeast to southwest.  And then they were coming into

10   dozens of city of Riverside wells that were close to one

11   another.  And so by looking at all the different wells and the

12   hydro graphs and how concentrations were going down and how

13   concentrations were going up, the Air Force made the case to

14   us that the plumes were commingling.

15        I spoke with our experts.  We decided that they were

16   correct and the plumes were commingling --

17             MS. POWELL:  Objection, Your Honor --

18             THE COURT:  Sustained.

19             MS. POWELL:  He is giving opinion evidence, and he

20   hasn't laid a foundation --

21             THE COURT:  He has testified to hearsay, actually.

22   Okay.  Sustained.

23             BY MR. FOTOUHI:

24   Q.  Let's move on and talk about one final issue,

25   Mr. Blackman.  Let me direct your attention to the document

1    behind tab 11 in your binder.

2            Your Honor, this is the Government's Exhibit 120.

3            Mr. Blackman, have you seen the document behind tab 11

4    before today?

5    A.   I have.

6    Q.   Is your name on this document?

7    A.   It is.

8    Q.   Were you involved in preparing this document in any way?

9    A.   Yes, I was involved.

10   Q.   What is this document?

11   A.   This is a response to a request for information from the

12   California Department of Toxic Substances Control.

13   Q.   And who was that request sent to?

14   A.   The request was sent to Lockheed Corporation.

15   Q.   Do you recall when that request was sent?

16   A.   I believe it says in the letter.

17   Q.   Maybe I will direct your attention to the first paragraph

18   of the first page.

19   A.   Yes, thank you.

20           The request was dated September 21st, 1993.

21   Q.   And at this time, were you already working on the Redlands

22   project?

23   A.   No, I was not.

24   Q.   Were you working on the Redlands project by the time this

25   letter was returned on November 22nd?

1    A.   Yes.

2    Q.   And was this before the board, the water board, had issued

3    any of the orders pertaining to the contamination emanating

4    from the Redlands site?

5    A.   Yes, it was before the water board orders.

6    Q.   You mentioned you were involved in the process of

7    responding to this request; is that correct?

8    A.   I was involved.

9    Q.   What did you do in order to respond to this request by the

10   Department of Toxic Substances Control?

11   A.   The response was being led by William Sullivan, corporate

12   counsel for Lockheed Corporation, and so I was assigned to

13   assist him.  And we gathered information that was available.

14   Mr. Sullivan had asked for an extension.  We were granted a

15   short extension until November 22nd, but then we had to get it

16   in by that date.  So we gathered files that we could find that

17   were pertinent to the questions in the request for

18   information.  We also spoke with former Lockheed Propulsion

19   Company employees, and then we sat down, and between the

20   documents we had found and the interviews we had conducted, we

21   drafted the response.

22   Q.   Do you recall which employees you spoke with before

23   drafting this response?

24   A.   The former Lockheed Propulsion Company employees that we

25   spoke with, we spoke with Fred Reed and Larry Borgelt.

—327—

1   Q.   Other than Fred Reed and Larry Borgelt, do you recall

2   today speaking with any other employees?

3   A.   No other former Lockheed Propulsion Company employees at

4   that time, no.

5   Q.   Do you remember just merely the quantity of documents you

6   looked at?  What's the scope of the documents you reviewed in

7   order to prepare this response?

8   A.   I think it was about 15 boxes.

9   Q.   Besides reviewing those 15 boxes of documents and speaking

10  to Mr. Reed and Mr. Borgelt, did you conduct any other review

11  in order to prepare this response?

12  A.   I'm trying to think.

13       We read the documents -- oh, I know, we looked at some

14  prior studies that had been conducted by our contractors.

15  Q.   What types of studies were those, do you recall?

16  A.   Well, let's see, there was a study by Woodward-Clyde in

17  1985 and '86 and then another set of studies that had been

18  done by Radian Corporation.

19  Q.   Besides that, the three things we talked about, reviewing

20  the documents, speaking with the two former employees, and

21  reviewing those studies, can you think of anything else you

22  did in order to prepare this response?

23  A.   That's all I recall.

24       MR. FOTOUHI:  Your Honor, I have nothing further at

25  this time.

```
1              THE COURT:  Let's take a 10-minute recess.

2              Has anyone checked on your witness?

3              MR. MURPHY:  We have, Your Honor.  I don't think he's

4    feeling well enough to go tomorrow.

5              THE COURT:  We will stop with this witness today and

6    then go on to Mr. Delaney tomorrow.

7              MR. MURPHY:  We had talked about Mr. Wright tomorrow

8    afternoon.  Is that something you guys are --

9              MR. HEMINGER:  Your Honor, Mr. Wright is available

10   tomorrow.

11             THE COURT:  All right.  That is good.  Okay.  Thank

12   you.

13             MR. MURPHY:  Thank you.

14             THE COURT:  Short recess.

15             (Recess taken from 3:34 p.m. to 3:51 p.m.)

16             THE COURT:  Go ahead.  Your name?

17             MS. POWELL:  Jennifer Powell for the United States.
```

**CROSS-EXAMINATION**

```
19        BY MS. POWEll:

20   Q.  Now, you were first employed by Lockheed in 1989; is that

21   correct?

22   A.  Yes, October 1989.

23   Q.  But then you didn't become involved with the Redlands

24   project until 1993; is that correct?

25   A.  October 1993.
```

1    Q.   Part of your responsibilities were to work with the

2    Regional Water Quality Control Board?

3    A.   Yes.

4    Q.   So soon after you became the technical project manager,

5    that's when Lockheed Martin received its first cleanup and

6    abatement order from the water board; is that correct?

7    A.   That is correct.

8    Q.   Because you first started working for Lockheed in

9    October '93, you didn't have any specific firsthand knowledge

10   with regard to the former Redlands site?

11   A.   No, I did not.

12            THE COURT:  Did you know much about TCE or AP when you

13   started the job?  Were those things that were familiar to you?

14            Your background is in --

15            THE WITNESS:  Earth sciences.

16            THE COURT:  Earth sciences.

17            THE WITNESS:  Yes, I was very familiar with TCE.  I

18   had worked with TCE with a prior employer.  I was employed by

19   an environmental consulting firm.  And then with Lockheed

20   Corporation, I had worked with the Burbank operable unit,

21   which was another TCE-driven environmental cleanup, but I had

22   not worked with perchlorate before.

23            THE COURT:  Was TCE listed on -- I don't know whether

24   EPA has a list of hazardous substances.  When were these

25   things added, if you know?

330

1          THE WITNESS:  I believe, Your Honor, that TCE was a

2     very early environmental constituent or chemical of concern.

3     It has a special designation in the RCRA, Resource

4     Conservation Recovery Act.  It was present at many superfund

5     sites when the superfund CERCLA law was initiated.

6          THE COURT:  So are we talking about people knew it was

7     a problem about when?

8          THE WITNESS:  As I recall, reading textbooks about the

9     history of TCE, that people really began to recognize that TCE

10    was an issue in the late 1970s when the detection level for

11    TCE got down to 5 parts per billion or 5 micrograms per liter,

12    and they began looking for TCE and found it in many places.

13         THE COURT:  Was 5 micrograms per liter considered to

14    be dangerous.

15         THE WITNESS:  It was established as the drinking water

16    limit, the federal drinking water limit.  They did not want

17    people consuming it above 5 micrograms per liter.

18         THE COURT:  Go ahead.

19         BY MS. POWELL:

20    Q.   You referenced the first abatement order that Lockheed

21    received from the water board, and I believe that you talked

22    about it in Plaintiff's Exhibit 1677, and it's just there for

23    your reference.  But that particular order was order 94-10; is

24    that correct?

25    A.   That is correct.

1    Q.   And part of that, the water board ordered Lockheed to

2    establish a work plan; correct?

3    A.   Yes.

4    Q.   I know Mr. Fotouhi had gone through all the different

5    taskers with you, and one of them being defining the boundary

6    of the TCE plume.

7    A.   Yes.

8    Q.   And then another was implementing groundwater monitoring

9    wells.

10   A.   Yes.

11   Q.   And those were things that were ordered by the board as

12   opposed to voluntarily done by Lockheed?

13   A.   They were ordered by the board.

14   Q.   And when you would define the boundary of the TCE plume,

15   now, that was based on California standards?  I know you also

16   said to the Court that it was the federal drinking water

17   standard, as well.

18   A.   It just so happens that the federal and state standard for

19   TCE, State of California standard, are the same, 5 micrograms

20   per liter.

21   Q.   And did you also -- I want to make sure I have it right.

22   So the 5 micrograms per liter was also the same when you

23   said -- was it 5 parts per billion?

24   A.   Yes, those are roughly equivalent.

25   Q.   Okay.  Now, at the time that Lockheed received order

1    number 94-10, which is Plaintiff's Exhibit 1677, Lockheed

2    wasn't conducting any cleanup at the Redlands site at that

3    time; were they?

4    A.   No, we had concluded a series of voluntary investigations

5    that were requested at the request of the water board.

6    Q.   These were the ones that you talked about during direct

7    that were done in the mid '80s, like '85, '86 time frame?

8    A.   They started in 1985 and continued into the early '90s.

9    Q.   The one in '85, '86, that was with Woodward-Clyde; is that

10   correct?

11   A.   Woodward-Clyde & Associates, yes.

12   Q.   The one that continued into the '90s, that was with other

13   consultants or contractors that Lockheed had hired?

14   A.   Yes.  Radian Corporation.

15   Q.   Now, at the time that Lockheed Martin received these

16   orders, so the 94-10 and 94-11, Lockheed didn't consider the

17   Redlands site to be a source of the TCE; correct?

18   A.   No, we did not feel it was a source or at least we could

19   see it was not a continuing source.

20   Q.   Right.  At that time, even, there were senior folks within

21   Lockheed that denied that the Redlands site itself was the

22   source?

23   A.   Yes.  We gave a presentation at the January hearing where

24   the board voted to issue the orders and denied that the site

25   was a source.

333

1          THE COURT:  What year?  '94?

2          THE WITNESS:  This was January 28, 1994.

3          BY MS. POWELL:

4     Q.   And Lockheed had also provided the water board a letter in

5     early January 1994, as well; correct?

6     A.   I'm not sure.

7          THE COURT:  In terms of your investigation, did you

8     talk to the people who worked there at the time for Lockheed

9     who had been on the ground and involved in the day-to-day

10    operations?

11         THE WITNESS:  Yes.  As I mentioned, Your Honor,

12    earlier in my testimony that when we were responding to the

13    request for information, we spoke to former Lockheed

14    Propulsion Company employees about the operations.

15         THE COURT:  Do you recall who they were?

16         THE WITNESS:  Yes, we spoke to Mr. Fred Reed and

17    Mr. Larry Borgelt.

18         THE COURT:  Did anybody tell you that people had been

19    dumping the TCE?

20         THE WITNESS:  At that time, I don't recall any

21    discussion of employee dumping.  It was more a discussion of

22    how wastes were managed, and part of that management was

23    burning some of the wastes at the site in a burn pit.

24         THE COURT:  Burn pit.  Did you ever go see the burn

25    pits?

1          THE WITNESS:  I did visit the site, yes.  I saw the

2     burn pits, but it was hard to see anything because there was

3     really nothing to look at but bare ground.  There was no

4     staining that I could see.

5          THE COURT:  Did you hear about dumping later on?

6          THE WITNESS:  I did hear about it when the water board

7     interviewed two former employees, Mr. Wessman and Heeseman, I

8     think, is their names.  I wasn't there when they were

9     interviewed.  I never met them.  But I did read the transcript

10    of what they said.

11         THE COURT:  Did you ever inspect -- I don't know

12    whether the degreaser was still there -- building -- I can't

13    remember -- 77?  Where was it?

14         MS. POWELL:  91, Your Honor.

15         THE COURT:  Do you know what I'm talking about?

16         THE WITNESS:  Yes.  We were allowed to tour the

17    facility by the current owner at the time, which was

18    7 W Enterprises Highland Supply, but they never allowed me to

19    go into building 91.

20         THE COURT:  Why, if you know?

21         THE WITNESS:  Well, that was the building they were

22    using for their process.  They were makers of Easter grass and

23    colored foils, and they protected their intellectual property

24    very strongly.  They did not want us to see their process.

25         THE COURT:  Easter grass being the stuff you put in

335

1    Easter baskets?

2              THE WITNESS:  That's correct.

3              THE COURT:  Okay.

4              MS. POWELL:  Any further questions, Your Honor, before

5    I proceed?

6              THE COURT:  No, go ahead.

7              BY MS. POWELL:

8    Q.  I had asked you if Lockheed had provided a letter to the

9    water board in early January '94, and you couldn't remember.

10   I'm going to show you U.S. Exhibit 653.  If you go to the

11   second page -- I'm just going to show you -- there's the top

12   of the first page.  Then the second -- well, I can't count --

13             THE COURT:  Go back to the first page.

14             BY MS. POWELL:

15   Q.  The first page has the Lockheed letterhead at the top.  Do

16   you recognize that?

17   A.  Yes.

18   Q.  You see the date January 5, 1994?

19   A.  I see the date.

20   Q.  And it is written to the executive officer at the Regional

21   Water Quality Control Board.  The last page, I just want to

22   show you, do you recognize William Sullivan?

23   A.  Yes.

24   Q.  Okay.  And he's the corporate counsel for Lockheed at the

25   time?

1    A.   Yes, I had worked with him.

2    Q.   Okay.  I'm going to draw your attention to the first page

3    again, and it is the last paragraph, first sentence, where it

4    says, "Lockheed denies that the LPC facility was the source of

5    TCE or any other compound in groundwater."

6    A.   I see that statement.

7    Q.   So Lockheed provided that position to the water board

8    prior to receiving order 94 --

9              THE COURT:  What is the date on the letter?

10             MS. POWELL:  Yes, Your Honor, top, first page.

11             BY MS. POWELL:

12   Q.   Now, you had mentioned during direct, and even just a few

13   moments ago, about the voluntary investigations that Lockheed

14   did in the mid-'80s.  Now, Lockheed became aware of the plume,

15   the Redlands plume, prior to that; correct?

16   A.   I'm not exactly sure when.

17   Q.   Was it -- were they aware when California put it on its

18   priorities list?

19             MR. FOTOUHI:  Objection, Your Honor.  These questions

20   all seek knowledge before Mr. Blackman began work on the

21   Redlands project.

22             THE COURT:  Sustained.

23             BY MS. POWELL:

24   Q.   Now, with Woodward-Clyde's investigation that you had

25   testified to earlier, they had concluded that the local

1    airport was the source of the TCE contamination?

2    A.   I recall that they did indicate that the airport could be

3    a source of TCE contamination.

4    Q.   And you had also previously testified with regards to

5    cleanup and abatement order 97-58 on your direct examination.

6    It was the one where Lockheed was ordered to take some

7    remediation action with regard to perchlorate.

8    A.   That is correct.

9    Q.   So it required Lockheed to address the AP issues at

10   Redlands; right?

11   A.   Yes.  They asked us to address the perchlorate in the

12   basin.

13   Q.   Okay.  If you hadn't -- if you hadn't acquiesced to their

14   request, there would have been consequences; correct?  Since

15   it was an order.

16   A.   Well, we saw it that way; that when you receive an order

17   from the state government, you respond to the order.  That's

18   the way we looked at it.

19   Q.   I know Lockheed had actually appealed that order; is that

20   right?

21   A.   Yes, we appealed it, but we also asked that the appeal be

22   held in abeyance, which meant we were willing to comply with

23   the order while our appeal was examined.

24   Q.   So then, that's when order number 01-56 was then

25   implemented, and it ended up modifying that original order;

1    correct?

2    A.   Yes.

3    Q.   And so even though some of the language was edited out of

4    it, it still required Lockheed to do some remedial action?

5    A.   Yes, that's correct.

6    Q.   Now, I want to touch base with U.S. Exhibit 120 that

7    Mr. Fotouhi had addressed in your direct, and I believe it is

8    in tab 11.

9           THE COURT:   I'm sorry.  Tab 11 in the book --

10          MS. POWELL:   Yes, Your Honor, the booklet that --

11          THE COURT:   Do you know how much the remediation has

12   been, by any chance?  How much it has cost?

13          THE WITNESS:   I am not sure of the exact figures.  It

14   may be well over a hundred million dollars by now.

15          THE COURT:   That is just Redlands?

16          THE WITNESS:   That would be the Redlands site and the

17   Redlands plume together.

18          THE COURT:   But there was more remediation over at

19   Beaumont?

20          THE WITNESS:   Yes.  I'm not including Beaumont in that

21   figure.

22          THE COURT:   Okay.

23          BY MS. POWELL:

24   Q.   Now, with regards to U.S. Exhibit 120, you had testified

25   that you were one of the folks that participated in providing

1    the response.

2    A.   Yes.

3    Q.   All right.  And in providing your response, you had

4    reviewed -- what was it? -- was it 15 boxes, 50 boxes --

5    A.   I think it was about 15 boxes of materials that we were

6    able to get our hands on during the two months that we were

7    allowed to prepare our response.

8    Q.   And this included witnesses; correct?  Witnesses and

9    studies that were provided in those boxes, as well?

10   A.   Well, the witnesses were not in the boxes.  We called some

11   former employees.

12   Q.   You interviewed them, okay.  So didn't rely on any

13   historical depositions, you actually had live people to talk

14   to?

15   A.   We talked to them on the phone.

16   Q.   Okay.

17   A.   There was no deposition testimony.  We didn't have any

18   declarations or accounts.

19   Q.   Okay.  So you actually could have some interaction with

20   the witnesses, so it wasn't like you were stuck with an

21   answer?  If you had follow-up, you could ask follow-up

22   questions?

23   A.   It was a dialogue.

24   Q.   So when you actually provided this response, it was

25   provided as detailed and as open and honest as it could be

340

1    based on the information you found?

2    A.   I'm not sure I understand your question.

3    Q.   So were you as accurate as you possibly could when you

4    provided the board your response?

5    A.   Yes.  Based on the limited information we had and the

6    conversations we had with the employees, former employees.

7    Q.   And if you look at page Bates Number 120.0012 --

8            THE COURT:  That isn't a Bates stamp is it?

9            MS. POWELL:  It is page number 120.0012, Bates Number

10   ending in 3974.

11           THE WITNESS:  I see that page.

12           BY MS. POWELL:

13   Q.   I just want to point you to the signature block.  Do you

14   know Mr. Sorenson?

15   A.   Yes.

16   Q.   He was the vice president of operations of Lockheed at the

17   time?

18   A.   Yes, I reported through the organization to Dr. Sorenson.

19   Q.   These answers were provided under oath; correct?

20           MR. FOTOUHI:  Objection, Your Honor.  The document

21   speaks for itself.

22           THE COURT:  Okay.  Next question.

23           BY MS. POWELL:

24   Q.   If Lockheed had learned that something in this document

25   wasn't completely accurate, they would have followed up with

1    the board and provided them the information?

2           MR. FOTOUHI:  Objection, Your Honor.  Mr. Blackman is

3    not speaking on behalf of Lockheed Martin.  He is speaking in

4    his personal capacity.

5           THE COURT:  I don't know about that.  I don't know

6    what that means.  He is still a representative talking about

7    what happened during his course, but I don't understand the

8    question.

9           MS. POWELL:  Well, I will break it down.

10          BY MS. POWELL:

11   Q.  You just testified that this information was accurate, to

12   the best of your knowledge, because you were one of the

13   parties responsible for putting it together.

14   A.  Yes.

15   Q.  And if something in here was not accurate and you had

16   found out that it wasn't accurate, would you have followed up

17   with the board?

18   A.  Well, we did follow up with the board.  We've submitted

19   hundreds of reports to --

20   Q.  Here's my question:  If there was something that was

21   inaccurate, would you have followed up with the board?

22          THE COURT:  Ask him something specific, not

23   hypothetical.

24          MS. POWELL:  Yes, Your Honor.

25          BY MS. POWELL:

1    Q.   Did you ever find anything that was inaccurate in this

2    report?

3    A.   Did I personally ever find anything that was inaccurate?

4    Q.   You were responsible, you and other folks within Lockheed

5    Martin, were responsible for providing a response to the

6    Department of Toxic Substances Control.  So when you presented

7    this evidence, you said it was accurate?

8    A.   Right.  We were given a very limited period of time to

9    prepare a response to the information requests.

10   Q.   Uh-huh.

11   A.   We obtained the information that we could in that time

12   frame.  We interviewed the people we could get ahold of, and

13   collectively we pulled that information together and put

14   together the best, most accurate response that was available

15   at that time.

16        Subsequent to receiving this, we received shortly

17   thereafter the board orders, and so the State of California,

18   in the form of the water board, took the lead.  We responded

19   to those orders.  We collected a lot of information, and we

20   turned that over to the State of California.

21   Q.   So your next step after this was just responding to the

22   abatement orders that were provided by the water board?

23   A.   Yes.  In general, that was the thrust -- my responsibility

24   was to respond to the board orders, to comply with the orders

25   and also to enact the water supply contingency plan so that

1    water that was purveyed would remain compliant for, first, the

2    constituent of concern TCE and then later years perchlorate.

3    Q.   Okay.  So during direct examination, Mr. Fotouhi went

4    through all of these cleanup and abatement orders and asked if

5    you were involved -- if you personally were involved, and if

6    these taskers were implemented by Lockheed Martin; correct?

7    A.   Yes.

8    Q.   Okay.  I'm not going to go through every single order and

9    every single tasker, but in the realm of them, all of these

10   taskers were subject to the water board's orders?

11   A.   I just want to make sure I understand.  Are you saying

12   "tasker"?

13   Q.   Taskers.  We will just do an example.  I want to make sure

14   it is very clear.  Let's go to the first one.  I think it is

15   Plaintiff's Exhibit 1677, and I believe you said that the

16   order is on pages 10 and 11.  So, for example, let's look at

17   page 10, where it says, it is hereby ordered, and then it has

18   the statutory authority, Lockheed shall, and underneath those

19   are numbers of taskers; correct?

20           THE COURT:  Taskers?  We don't know the word.  I think

21   that's where we're having the trouble.  Jobs they have to do,

22   you mean?  Tasks?

23           MS. POWELL:  Yes.  Tasks, jobs.  It's not a technical

24   term.

25           THE WITNESS:  I just wanted to make sure I understood

344

1    your language.  I would refer to them as tasks, but I now

2    understand what you mean.

3            BY MS. POWELL:

4    Q.   What would you refer to them as?

5    A.   Tasks.

6    Q.   Tasks.  For example, 3a, a work plan and time schedule and

7    so forth.  3b, a groundwater monitoring program for sampling

8    and obtaining groundwater level measurements.  Those are

9    examples of tasks that Lockheed had to complete.  Correct?

10   A.   Yes.

11   Q.   And Lockheed completed those pursuant to the water board's

12   order?

13   A.   Yes, we did.

14   Q.   Lockheed didn't voluntarily complete them prior to

15   receiving the order?

16   A.   We did not complete them prior to receiving the order, no.

17   Q.   So, in other words --

18           THE COURT:  Are you asking him whether Lockheed made

19   voluntary disclosure here?  Is that where we're at?

20           MS. POWELL:  No, Your Honor.  They keep testifying

21   with regards to it was cooperative and voluntary but it was

22   pursuant to an order.

23           THE COURT:  We accept that.  Move on.

24           MS. POWELL:  No further questions, Your Honor.  That's

25   it.

1          THE COURT:  Okay.

2          MR. FOTOUHI:  Just a few questions, Your Honor, if I

3    may.

4                    **REDIRECT EXAMINATION**

5          BY MR. FOTOUHI:

6    Q.   Mr. Blackman, counsel for the United States asked you

7    about the board orders that you received or that Lockheed

8    Corporation, then Lockheed Martin, received from the water

9    board.  Do you recall being asked these questions?

10   A.   Yes.

11   Q.   Is it your recollection that you worked with the water

12   board before the time the orders were issued?

13         MS. POWELL:  Objection, Your Honor.  Leading.

14         THE COURT:  It is that.

15         BY MR. FOTOUHI:

16   Q.   Mr. Blackman, do you recall working with the water board

17   prior to the issuance of the order?

18   A.   Lockheed Corporation, my predecessors, worked with the

19   water board voluntarily I believe starting in 1985 and up

20   until the time of the orders.  And when we received the orders

21   in 1993, we continued to cooperate with those orders and

22   fulfill them.

23   Q.   Mr. Blackman, counsel for the United States asked you

24   questions regarding the discovery of the TCE groundwater

25   contamination.  Do you recall those questions?

-346-

1    A.   Yes.

2    Q.   Do you recall -- was it your opinion at the time that the

3    former Lockheed Propulsion Company site --

4         MS. POWELL:  Objection, Your Honor.  He's testifying.

5         THE COURT:  I haven't heard the question yet.

6         MR. FOTOUHI:  I haven't finished my question.  I'm

7    sorry.

8         BY MR. FOTOUHI:

9    Q.   Mr. Blackman, what was your opinion in 1994 when the board

10   issued its first set of orders as to the cause or the source

11   of the TCE plume in the basin?

12   A.   When we received the orders, we did not think that the

13   site was the source of the TCE based on --

14   Q.   Why was that, Mr. Blackman?

15   A.   Based on the evidence that we had collected up to that

16   point.  We knew we had used TCE.  So we knew it was possible,

17   a possible source.  But in the work that we had done and the

18   wells we had drilled thus far at the site, we did not find

19   TCE, even after repeated testing.

20   Q.   In the work that you did, did you find any other potential

21   sources in the basin area?

22   A.   Yes, we thought that there might be other sources.

23   Q.   Did your understanding change when -- or at any point

24   after that time?

25   A.   Yes.  Over the years, we were not able to establish

1   another source for the TCE; and with the advent of finding the

2   perchlorate, when the Department of Health Services brought

3   that to our attention and we began studying the perchlorate

4   and mapping the perchlorate, we saw that the TCE plume was

5   inside the perchlorate plume.  The perchlorate was clearly

6   coming from the Lockheed Propulsion Company Redlands site, and

7   thus we came to realize that the TCE was also coming from the

8   Redlands site.

9   Q.   Around what time period did that realization occur to you?

10  A.   In the late 1990s.

11  Q.   Lastly, Mr. Blackman, counsel for the United States asked

12  you about the work you did responding to the Department of

13  Toxic Substances Control for their request for information in

14  1993.  Do you recall that discussion?

15  A.   Yes.

16  Q.   I believe she asked you whether you would have corrected

17  something in that response had you learned it was incorrect?

18  Is that the case?  Do you remember that question?

19  A.   I do.

20  Q.   Is it the case that after that -- after that response was

21  sent, did you, in your capacity as the lead on the Redlands

22  project, continue working with the water board?

23  A.   I did.

24  Q.   Did you continue working with the Department of Toxic

25  Substances Control?

1    A.   I did.

2    Q.   Did that work with those two entities continue throughout

3    your tenure on the Redlands plume project?

4    A.   For the water board, it did.  For DTSC, we ultimately

5    reached a settlement with DTSC, and then the interactions

6    ceased at that point.

7              MR. FOTOUHI:  No further questions, Your Honor.

8              THE COURT:  Was there any discussion about suing

9    Boeing, do you recall?

10             THE WITNESS:  Not in my capacity, no.  I'm sorry, Your

11   Honor.

12             THE COURT:  Okay.  Thank you very much.  You may step

13   down.

14             It is almost 4:30.  So we'll break.  9:30 tomorrow.

15   You may have some down time tomorrow, depending on this guy's

16   health.  So if you hear anything different about him, let us

17   know by email to Jared with a cc to opposing counsel.

18             MR. MURPHY:  Yes, Your Honor.

19             THE COURT:  Tomorrow we have Delaney and maybe Mr.

20   Feenstra.

21             MR. MURPHY:  Wiley Wright, Your Honor.

22             THE COURT:  Will Feenstra take a long time?  He may.

23             MR. MURPHY:  They have to cross, Your Honor, so it's

24   up to them.

25             THE COURT:  What do you think?

349

1          MS. ZILIOLI:  It will probably take a few hours.

2          THE COURT:  Okay.  Then you can give an opening, and

3     after that we will go on to Friday.

4          MR. SULLIVAN:  When would this be, Your Honor?

5          THE COURT:  I'm assuming tomorrow is Delaney.  That

6     may or may not be all that we get time.  Feenstra will be on

7     on Thursday, I assume.

8          MR. MURPHY:  Yes, Your Honor.

9          THE COURT:  It may be that you'll have the opportunity

10    to give an opening if you want to.  I would like the exhibits

11    that you're going to refer to if you are going to refer to

12    exhibits so I can follow along.

13         I think I will force everybody at the end of the case

14    to give closings with the exhibits that they really think are

15    important.  Somebody has to figure out what is really

16    important, and it is not going to be me.

17         Okay.  See you tomorrow morning at 9:30.

18         (Proceedings adjourned at 4:22 p.m.)

19

20

21

22

23

24

25

1          CERTIFICATE OF OFFICIAL COURT REPORTER

2

3          I, Patricia A. Kaneshiro-Miller, certify that the

4     foregoing is a correct transcript from the record of

5     proceedings in the above-entitled matter.

6

7

8     -----------------------------------     -----------------------

9     PATRICIA A. KANESHIRO-MILLER                    DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'80s [1] - 332:7
'85 [2] - 332:7, 332:9
'86 [3] - 327:17, 332:7, 332:9
'90s [2] - 332:8, 332:12
'93 [1] - 329:9
'94 [2] - 333:1, 335:9
'96 [1] - 282:14

**0**

01-56 [1] - 337:24

**1**

1 [7] - 286:6, 296:11, 305:22, 306:7, 306:10, 308:24, 313:12
10 [10] - 286:24, 295:4, 295:5, 295:21, 297:20, 312:23, 343:16, 343:17
10-minute [1] - 328:1
11 [9] - 286:24, 295:4, 295:5, 297:12, 325:1, 325:3, 338:8, 338:9, 343:16
11677 [1] - 286:1
120 [3] - 325:2, 338:6, 338:24
120.0012 [2] - 340:7, 340:9
15 [4] - 327:8, 327:9, 339:4, 339:5
16-anything [1] - 292:15
1677 [5] - 292:3, 294:2, 330:22, 332:1, 343:15
1678 [1] - 312:6
1679 [3] - 289:3, 292:16, 294:13
1685 [2] - 292:16, 305:1
1687 [1] - 308:18
1688 [2] - 292:16, 298:6
1693 [1] - 318:12
1694 [1] - 315:5
18 [4] - 304:4, 304:7, 316:18, 316:24
1937 [1] - 309:9
1951 [1] - 292:17
1970s [1] - 330:10

1985 [3] - 327:17, 332:8, 345:19
1989 [3] - 281:18, 328:20, 328:22
1990s [1] - 347:10
1993 [10] - 282:10, 283:11, 283:13, 284:22, 288:6, 325:20, 328:24, 328:25, 345:21, 347:14
1994 [10] - 287:13, 287:23, 288:7, 294:21, 295:11, 312:17, 333:2, 333:5, 335:18, 346:9
1995 [1] - 282:11
1997 [10] - 298:17, 300:22, 302:12, 303:19, 303:22, 304:19, 308:4, 308:25, 320:4
1999 [2] - 315:11, 316:9

**2**

2 [5] - 289:2, 294:12, 295:22, 305:20, 306:9
2000 [2] - 282:16, 282:18
2003 [1] - 282:22
2004 [1] - 283:1
2006 [4] - 283:8, 316:12, 318:2, 320:9
2020 [1] - 292:17
21st [1] - 325:20
22nd [2] - 325:25, 326:15
28 [1] - 333:2

**3**

3 [5] - 296:13, 298:5, 298:13, 298:15, 306:17
3974 [1] - 340:10
3:34 [1] - 328:15
3:51 [1] - 328:15
3a [3] - 296:15, 296:20, 344:6
3b [2] - 296:24, 344:7
3c [1] - 297:5

**4**

4 [6] - 303:12, 303:16,

304:1, 304:4, 306:25, 313:17
400 [5] - 301:25, 302:13, 302:25, 303:2, 303:12
4:22 [1] - 349:18
4:30 [1] - 348:14

**5**

5 [17] - 298:19, 299:15, 299:22, 300:18, 300:21, 312:5, 312:8, 316:9, 316:10, 330:11, 330:13, 330:17, 331:19, 331:22, 331:23, 335:18
50 [1] - 339:4

**6**

6 [4] - 293:16, 304:25, 305:7, 317:2
653 [1] - 335:10

**7**

7 [3] - 308:17, 308:21, 334:18
7-1 [1] - 309:7
77 [1] - 334:13

**8**

8 [2] - 315:4, 315:9

**9**

9 [2] - 297:12, 318:11
91 [2] - 334:14, 334:19
94 [1] - 336:8
94-10 [7] - 286:8, 295:2, 295:5, 295:14, 330:23, 332:1, 332:16
94-11 [2] - 312:12, 332:16
94-37 [3] - 294:19, 295:8, 295:22
97-58 [3] - 305:9, 308:23, 337:5
9:30 [2] - 348:14, 349:17

**A**

abatement [13] - 285:7, 285:8, 285:18, 285:19, 286:7, 294:18, 305:8, 308:23, 329:6, 330:20, 337:5, 342:22, 343:4
abeyance [1] - 337:22
ability [2] - 303:13, 303:16
able [6] - 302:8, 303:11, 311:4, 315:20, 339:6, 346:25
above-entitled [1] - 350:5
absolutely [2] - 285:15, 311:23
accept [1] - 344:23
acceptable [9] - 316:3, 316:6, 316:7, 316:9, 316:12, 316:16, 316:21, 316:22, 321:11
access [1] - 284:9
accounts [1] - 339:18
accurate [7] - 340:3, 340:25, 341:11, 341:15, 341:16, 342:7, 342:14
achievable [1] - 302:20
acquiesced [1] - 337:13
Act [1] - 330:4
action [14] - 295:9, 295:12, 295:20, 297:14, 304:14, 305:25, 306:4, 306:18, 306:19, 306:23, 307:1, 309:15, 337:7, 338:4
actions [1] - 309:13
activate [1] - 319:17
activated [4] - 319:18, 319:21, 320:1, 322:6
active [1] - 300:1
activities [1] - 297:13
acts [1] - 319:19
adapt [1] - 316:1
add [1] - 314:18
added [5] - 290:20, 291:7, 291:12, 293:12, 329:25
addendum [3] - 298:19, 298:24, 299:3

additional [1] - 319:7
address [3] - 304:22, 337:9, 337:11
addressed [1] - 338:7
adjourned [1] - 349:18
adjust [1] - 303:4
advanced [1] - 281:10
advent [1] - 347:1
advice [1] - 299:16
affairs [1] - 282:13
affected [2] - 299:23, 314:2
afternoon [1] - 328:8
agencies [3] - 283:22, 300:23, 317:11
agency [1] - 323:4
ago [3] - 308:24, 313:24, 336:13
agreed [1] - 295:19
agreement [5] - 318:15, 318:17, 318:18, 318:24, 319:4
ahead [5] - 294:8, 302:9, 328:16, 330:18, 335:6
ahold [1] - 342:12
Air [15] - 309:21, 310:1, 310:3, 310:8, 310:19, 322:18, 322:21, 322:24, 323:4, 323:6, 323:10, 323:20, 324:1, 324:13
airport [2] - 337:1, 337:2
allowed [4] - 285:5, 334:16, 334:18, 339:7
almost [2] - 290:9, 348:14
alternative [10] - 298:19, 299:12, 299:15, 299:17, 299:19, 299:20, 300:18, 300:21, 320:25
ammonium [1] - 307:23
analogy [1] - 287:7
analytical [4] - 301:24, 302:19, 302:22, 303:8
analyze [3] - 302:6, 302:9
analyzed [1] - 300:10
anion [1] - 320:12
announcement [1] - 301:11
answer [1] - 339:21

answered [1] - 308:7
answers [1] - 340:19
anticipated [1] - 321:25
anticipation [1] - 285:2
AP [3] - 322:4, 329:12, 337:9
appeal [3] - 290:5, 337:21, 337:23
appealed [2] - 337:19, 337:21
Appeals [2] - 290:12, 294:6
applicable [1] - 314:10
apprising [1] - 297:22
appropriate [1] - 311:1
approval [2] - 296:15, 312:25
approvals [1] - 311:25
approved [2] - 287:1, 303:7
April [1] - 303:22
area [9] - 286:9, 286:15, 287:16, 300:20, 304:11, 311:12, 312:3, 314:2, 346:21
areas [7] - 301:15, 301:20, 301:21, 307:12, 313:3, 321:2, 321:4
arranging [1] - 323:7
aside [1] - 320:16
Assessment [1] - 310:14
assessment [1] - 310:16
assessors [2] - 311:3, 311:7
assign [1] - 284:5
assigned [8] - 281:22, 282:6, 282:10, 282:23, 283:16, 284:1, 306:21, 326:12
assignment [3] - 284:9, 284:12, 322:25
assist [1] - 326:13
assisting [1] - 283:22
Associates [1] - 332:11
assume [1] - 349:7
assuming [1] - 349:5
attached [1] - 284:19
attend [2] - 299:6, 309:23

attendance [1] - 285:11
attended [2] - 304:18, 310:4
attention [17] - 285:24, 289:1, 297:11, 298:4, 304:24, 305:20, 308:16, 309:7, 309:10, 312:4, 313:17, 315:4, 318:10, 324:25, 325:17, 336:2, 347:3
August [3] - 298:17, 300:21, 308:25
authority [2] - 310:25, 343:18
available [9] - 301:24, 303:3, 303:20, 320:4, 322:7, 322:8, 326:13, 328:9, 342:14
avoid [1] - 316:2
aware [4] - 296:18, 322:22, 336:14, 336:17

## B

bachelor [1] - 281:8
background [2] - 281:5, 329:14
bare [1] - 334:3
Base [6] - 322:18, 322:21, 322:24, 323:4, 323:10, 324:1
base [2] - 310:11, 338:6
based [8] - 287:15, 314:9, 315:1, 331:15, 340:1, 340:5, 346:13, 346:15
basin [12] - 303:25, 304:11, 304:15, 307:12, 307:21, 307:22, 307:24, 321:3, 323:2, 337:12, 346:11, 346:21
basis [1] - 323:19
baskets [1] - 335:1
bates [1] - 309:8
Bates [3] - 304:7, 340:8, 340:9
bears [1] - 309:8
Beaumont [4] - 321:15, 321:16, 338:19, 338:20

became [4] - 318:22, 323:13, 329:4, 336:14
become [3] - 301:18, 323:14, 328:23
began [16] - 283:11, 283:14, 283:24, 284:6, 295:14, 301:14, 301:18, 303:7, 303:19, 308:1, 311:16, 323:1, 330:9, 330:12, 336:20, 347:3
begin [2] - 281:17, 314:12
beginning [2] - 324:3, 324:5
begins [2] - 295:22, 305:21
begun [1] - 314:15
behalf [1] - 341:3
behind [5] - 285:25, 286:6, 289:2, 294:12, 295:22, 298:5, 298:13, 298:15, 304:25, 305:3, 305:6, 308:17, 308:21, 310:6, 312:5, 312:8, 315:4, 315:9, 318:11, 325:1, 325:3
below [2] - 302:8, 304:7, 315:1
beneath [1] - 314:9
Bernardino [1] - 301:9
best [5] - 310:22, 320:4, 322:6, 341:12, 342:14
better [2] - 311:7, 311:19
between [5] - 284:18, 287:19, 304:4, 318:15, 326:19
billion [13] - 301:25, 302:13, 303:1, 303:12, 303:17, 304:2, 304:5, 316:10, 316:19, 316:25, 317:3, 330:11, 331:23
binder [18] - 285:25, 286:6, 289:2, 289:6, 290:10, 292:1, 292:25, 293:10, 293:21, 294:12, 298:14, 304:25, 308:17, 308:21, 312:5, 315:4, 318:11, 325:1

binders [10] - 289:10, 289:18, 290:8, 290:15, 290:18, 291:5, 291:15, 292:19, 293:11
bit [2] - 312:2, 317:11
Blackman [58] - 281:1, 281:4, 281:10, 281:14, 283:10, 285:23, 285:24, 286:4, 286:18, 287:5, 289:1, 289:12, 291:7, 294:11, 294:15, 295:3, 295:10, 295:21, 295:25, 296:7, 296:10, 296:18, 296:19, 296:25, 297:6, 297:11, 297:16, 298:4, 298:8, 298:20, 304:24, 305:3, 306:1, 307:10, 308:11, 308:16, 308:19, 309:1, 309:7, 309:10, 311:11, 312:2, 312:8, 314:12, 318:10, 318:14, 322:2, 322:16, 324:25, 325:3, 336:20, 341:2, 345:6, 345:16, 345:23, 346:9, 346:14, 347:11
blackman [1] - 307:2
blend [1] - 316:2
blending [4] - 317:12, 317:13, 319:8
blinder [1] - 298:5
block [1] - 340:13
blowing [1] - 287:8
Board [8] - 283:18, 284:2, 288:9, 298:17, 305:11, 312:14, 329:2, 335:21
board [78] - 283:25, 284:23, 285:2, 285:3, 285:11, 285:14, 287:2, 287:3, 288:20, 288:21, 288:24, 294:20, 294:23, 294:25, 295:11, 295:15, 295:19, 297:21, 298:10, 298:25, 299:3, 299:5, 299:6,

299:14, 300:17, 300:18, 301:2, 301:6, 304:9, 304:14, 304:17, 304:20, 305:16, 311:21, 311:24, 312:1, 313:1, 313:18, 313:21, 314:3, 317:16, 317:19, 317:22, 317:25, 319:13, 319:14, 326:2, 326:5, 329:6, 330:21, 331:1, 331:11, 331:13, 332:5, 332:24, 333:4, 334:6, 335:9, 336:7, 340:4, 341:1, 341:17, 341:18, 341:21, 342:17, 342:18, 342:22, 342:24, 345:7, 345:9, 345:12, 345:16, 345:19, 346:9, 347:22, 348:4
board's [5] - 309:4, 309:12, 311:10, 343:10, 344:11
Boeing [1] - 348:9
book [1] - 338:9
booklet [1] - 338:10
books [1] - 291:3
Borgelt [4] - 326:25, 327:1, 327:10, 333:17
bottom - 299:21
boundary [3] - 296:5, 331:5, 331:14
boxes [7] - 327:8, 327:9, 339:4, 339:5, 339:9, 339:10
break [2] - 341:9, 348:14
brought [1] - 347:2
building [3] - 334:12, 334:19, 334:21
bullet [2] - 296:11, 297:20
Bunker [2] - 303:25, 304:11, 304:15, 307:12
Burbank [4] - 281:22, 281:23, 282:2, 329:20
burn [4] - 333:23, 333:24, 334:2
burning [1] - 333:23
businesses [1] - 309:20
BY [24] - 285:22,

286:3, 286:17, 294:10, 308:10, 322:1, 322:15, 324:23, 328:19, 330:19, 333:3, 335:7, 335:14, 336:11, 336:23, 338:23, 340:12, 340:23, 341:10, 341:25, 344:3, 345:5, 345:15, 346:8

**C**

**California** [17] - 281:9, 281:13, 281:23, 284:2, 298:16, 300:7, 300:12, 301:16, 305:10, 311:1, 312:13, 325:12, 331:15, 331:19, 336:17, 342:17, 342:20
**canvassing** [1] - 321:9
**capacity** [3] - 341:4, 347:21, 348:10
**carbon** [6] - 319:17, 319:18, 319:21, 319:23, 320:1, 322:6
**carry** [1] - 294:2
**case** [9] - 288:24, 289:11, 289:18, 293:23, 323:21, 324:13, 347:18, 347:20, 349:13
**case-in-chief** [2] - 289:18, 293:23
**cc** [1] - 348:17
**ceased** [1] - 348:6
**CERCLA** [1] - 330:5
**certain** [3] - 289:23, 305:23, 314:24
**CERTIFICATE** [1] - 350:1
**certify** [1] - 350:3
**chance** [1] - 338:12
**change** [2] - 282:5, 346:23
**charge** [1] - 305:13
**charged** [1] - 320:12
**checked** [1] - 328:2
**chemical** [1] - 330:2
**chemists** [1] - 303:8
**chief** [2] - 289:18, 293:23
**chloride** [1] - 320:12
**cited** [1] - 292:19
**cites** [1] - 292:7
**cities** [1] - 314:4

**city** [15] - 281:1, 300:5, 315:13, 316:16, 317:5, 317:13, 318:4, 318:15, 318:19, 318:20, 318:22, 319:5, 319:11, 324:10
**City** [1] - 315:11
**CL** [1] - 320:13
**clarity** [1] - 303:13
**clean** [1] - 316:3
**cleanup** [14] - 281:23, 285:7, 285:8, 285:18, 285:19, 286:7, 294:18, 305:8, 308:23, 329:5, 329:21, 332:2, 337:5, 343:4
**clear** [2] - 291:19, 343:14
**clearly** [1] - 347:5
**clerk** [2] - 293:8, 294:6
**close** [1] - 324:10
**closely** [2] - 309:20, 309:22
**closings** [1] - 349:14
**Clyde** [3] - 327:16, 332:9, 332:11
**Clyde's** [1] - 336:24
**Coast** [2] - 283:2, 283:4
**colleagues** [1] - 301:2
**collect** [2] - 288:11, 303:20
**collected** [2] - 342:19, 346:15
**collecting** [1] - 323:22
**collectively** [1] - 342:13
**college** [1] - 281:5
**colonel** [1] - 310:3
**colored** [1] - 334:23
**coming** [7] - 287:8, 289:13, 290:5, 300:21, 324:9, 347:6, 347:7
**comment** [2] - 317:20, 317:24
**comments** [3] - 299:9, 311:25, 317:21
**commercial** [1] - 302:21
**commercially** [1] - 301:24
**commingled** [2] - 323:10, 323:11
**commingling** [3] - 323:21, 324:14, 324:16

**common** [1] - 320:13
**companies** [1] - 309:19
**Company** [9] - 284:8, 308:14, 313:4, 326:19, 326:24, 327:3, 333:14, 346:3, 347:6
**company** [2] - 282:16, 282:17
**compare** [1] - 295:4
**complete** [6] - 297:18, 306:15, 313:9, 344:9, 344:14, 344:16
**completed** [11] - 296:11, 296:22, 297:3, 297:4, 297:9, 297:10, 306:6, 306:23, 313:15, 317:17, 344:11
**completely** [1] - 340:25
**completing** [2] - 296:20, 297:13
**compliance** [5] - 300:1, 300:4, 300:8, 307:8, 313:22
**compliant** [4] - 318:4, 318:9, 319:8, 343:1
**comply** [3] - 299:4, 337:22, 342:24
**compound** [2] - 302:6, 336:5
**concentration** [6] - 287:18, 303:2, 304:6, 319:6, 323:24, 323:25
**concentrations** [7] - 315:1, 315:24, 316:1, 320:25, 324:3, 324:12, 324:13
**concern** [7] - 287:10, 295:15, 300:14, 301:18, 304:3, 330:2, 343:2
**concerned** [5] - 302:25, 304:2, 310:9, 317:25, 320:21
**concerns** [1] - 299:10
**concluded** [2] - 332:4, 336:25
**conduct** [2] - 313:2, 327:10
**conducted** [2] - 326:20, 327:14
**conducting** [1] - 332:2
**conference** [1] -

289:21
**conferences** [1] - 290:22
**confusing** [1] - 289:16
**conjunction** [2] - 319:11, 319:13
**connected** [1] - 288:17
**consequences** [1] - 337:14
**Conservation** [1] - 330:4
**consider** [1] - 332:16
**considered** [1] - 330:13
**constituent** [5] - 300:14, 301:18, 311:19, 330:2, 343:2
**consultants** [2] - 288:10, 332:13
**consulting** [2] - 282:19, 329:19
**consumers** [1] - 314:6
**consuming** [1] - 330:17
**consumption** [1] - 300:11
**containing** [1] - 296:14
**containment** [5] - 296:16, 298:10, 298:18, 298:21, 299:8
**contaminant** [1] - 307:7
**contamination** [17] - 286:20, 287:25, 288:22, 295:12, 298:11, 300:19, 304:22, 313:6, 314:1, 314:13, 316:2, 316:3, 322:10, 326:3, 337:1, 337:3, 345:25
**contiguous** [1] - 284:14
**contingencies** [1] - 316:1
**contingency** [10] - 307:4, 314:22, 314:23, 315:10, 315:13, 315:16, 316:8, 317:4, 317:17, 342:25
**continue** [6] - 283:4, 321:20, 321:24, 347:22, 347:24, 348:2
**continued** [5] - 285:16, 320:10,

332:8, 332:12, 345:21
**continuing** [1] - 332:19
**contractors** [2] - 327:14, 332:13
**Control** [13] - 283:18, 284:2, 288:9, 298:17, 305:11, 312:14, 325:12, 326:10, 329:2, 335:21, 342:6, 347:13, 347:25
**control** [2] - 314:9, 324:2
**conventionally** [1] - 302:12
**conversations** [3] - 285:1, 295:15, 340:6
**convinced** [2] - 288:2, 288:4
**cooperate** [1] - 345:21
**cooperative** [1] - 344:21
**cooperatively** [1] - 288:8
**copy** [5] - 285:4, 286:7, 294:18, 305:8, 312:12
**corporate** [2] - 326:11, 335:24
**Corporation** [21] - 281:20, 282:23, 285:10, 287:24, 297:5, 297:18, 297:21, 298:16, 299:8, 305:12, 312:22, 313:14, 318:16, 319:5, 325:14, 326:12, 327:18, 329:20, 332:14, 345:8, 345:18
**correct** [34] - 281:25, 283:12, 284:24, 284:25, 292:23, 293:14, 294:23, 294:24, 299:16, 300:13, 324:16, 326:7, 328:21, 328:24, 329:6, 329:7, 330:24, 330:25, 331:2, 332:10, 332:17, 333:5, 335:2, 336:15, 337:8, 337:14, 338:1, 338:5, 339:8, 340:19, 343:6, 343:19, 344:9, 350:4

**corrected** [1] - 347:16
**cost** [4] - 322:4, 322:5, 322:8, 338:12
**costs** [5] - 321:17, 321:19, 321:20, 321:24, 322:2
**counsel** [6] - 326:12, 335:24, 345:6, 345:23, 347:11, 348:17
**count** [1] - 335:12
**County** [1] - 281:3
**couple** [2] - 283:6, 293:20
**course** [1] - 341:7
**COURT** [85] - 285:17, 286:1, 286:13, 286:16, 289:4, 289:14, 290:3, 290:11, 290:19, 291:2, 291:9, 291:12, 291:18, 291:23, 292:3, 292:11, 292:14, 292:22, 292:24, 293:2, 293:7, 293:15, 293:18, 293:25, 294:2, 294:4, 302:14, 308:8, 321:11, 321:14, 321:17, 322:11, 323:18, 324:18, 324:21, 328:1, 328:5, 328:11, 328:14, 328:16, 329:12, 329:16, 329:23, 330:6, 330:13, 330:18, 333:1, 333:7, 333:15, 333:18, 333:24, 334:5, 334:11, 334:15, 334:20, 334:25, 335:3, 335:6, 335:13, 336:9, 336:22, 338:9, 338:11, 338:15, 338:18, 338:22, 340:8, 340:22, 341:5, 341:22, 343:20, 344:18, 344:23, 345:1, 345:14, 346:5, 348:8, 348:12, 348:19, 348:22, 348:25, 349:2, 349:5, 349:9, 350:1
**Court** [6] - 284:16, 289:22, 290:8,

290:12, 294:6, 331:16
**court** [1] - 284:21
**courtroom** [1] - 293:7
**cover** [2] - 286:9, 286:10
**Crafton** [7] - 286:12, 286:14, 286:15, 286:20, 288:1, 295:12, 314:14
**Crafton-Redlands** [7] - 286:12, 286:14, 286:15, 286:20, 288:1, 295:12, 314:14
**creating** [1] - 290:3
**CROSS** [1] - 328:18
**cross** [2] - 293:4, 348:23
**CROSS-EXAMINATION** [1] - 328:18
**current** [3] - 299:25, 307:17, 334:17

# D

**Dan** [1] - 310:3
**dangerous** [1] - 330:14
**data** [2] - 310:10, 323:22
**DATE** [1] - 350:9
**date** [6] - 305:23, 321:18, 326:16, 335:18, 335:19, 336:9
**dated** [1] - 325:20
**day-to-day** [1] - 333:9
**deal** [4] - 313:7, 315:23, 321:15, 321:21
**dealt** [1] - 313:6
**decades** [1] - 321:25
**decided** [1] - 324:15
**decision** [1] - 319:10
**declarations** [1] - 339:18
**define** [5] - 287:4, 287:5, 296:5, 311:19, 331:14
**defined** [2] - 287:14, 306:7
**defining** [1] - 331:5
**degreaser** [1] - 334:12
**degree** [4] - 281:5, 281:7, 281:8, 281:12
**degrees** [1] - 281:11
**Delaney** [3] - 328:6,

348:19, 349:5
**delivered** [1] - 308:22
**denied** [2] - 332:21, 332:24
**denies** [1] - 336:4
**Department** [20] - 300:1, 300:7, 301:8, 301:10, 301:13, 302:10, 302:24, 303:6, 303:15, 304:2, 304:16, 304:19, 314:17, 316:23, 325:12, 326:10, 342:6, 347:2, 347:12, 347:24
**department** [1] - 282:13
**depiction** [1] - 287:21
**deposition** [1] - 339:17
**depositions** [1] - 339:13
**describe** [5] - 284:16, 285:13, 310:22, 315:15, 318:25
**described** [3] - 284:22, 286:11, 299:17
**designate** [1] - 300:8
**designation** [1] - 330:3
**detached** [5] - 284:14, 284:16, 284:20, 288:13, 288:17
**detailed** [2] - 306:17, 339:25
**detected** [1] - 307:11
**detection** [12] - 301:25, 302:2, 302:3, 302:4, 302:7, 302:12, 302:15, 302:18, 303:8, 303:9, 303:11, 330:10
**determine** [3] - 300:10, 323:14, 323:18
**determined** [1] - 304:9
**develop** [1] - 305:24
**developed** [1] - 322:9
**developing** [1] - 315:15
**development** [3] - 306:3, 306:19, 315:12
**dialogue** [1] - 339:23
**different** [15] - 281:24, 282:1, 282:11, 282:12, 283:8,

295:2, 295:3, 301:13, 311:19, 317:10, 317:11, 323:1, 324:11, 331:4, 348:16
**digging** [1] - 294:6
**diminish** [1] - 324:3
**direct** [19] - 285:24, 289:1, 294:11, 297:11, 298:4, 304:24, 305:20, 308:16, 309:7, 312:4, 313:17, 315:3, 324:25, 325:17, 332:6, 336:12, 337:5, 338:7, 343:3
**direction** [2] - 324:6
**disclosure** [1] - 344:19
**discovered** [4] - 314:8, 314:13, 314:17, 320:4
**discovery** [1] - 345:24
**discussion** [5] - 288:23, 333:21, 347:14, 348:8
**discussions** [1] - 300:17
**disk** [12] - 289:6, 289:8, 290:10, 291:13, 291:14, 292:8, 292:9, 292:13, 292:20, 292:21, 292:22, 293:10
**disks** [3] - 289:10, 291:4, 293:25
**dissolved** [1] - 287:11
**distinguishing** [1] - 287:19
**distract** [1] - 301:10
**distribution** [1] - 315:18
**document** [35] - 285:24, 286:4, 286:6, 289:1, 289:5, 291:19, 294:11, 294:15, 294:17, 295:21, 298:4, 298:13, 299:18, 304:24, 305:3, 305:6, 308:16, 308:19, 309:2, 309:8, 309:11, 312:5, 312:8, 312:11, 315:4, 315:7, 318:10, 318:14, 324:25, 325:3, 325:6, 325:8,

325:10, 340:20, 340:24
**documents** [24] - 289:10, 289:12, 289:25, 290:20, 290:23, 290:25, 291:3, 291:6, 291:13, 291:16, 291:20, 291:25, 292:1, 292:7, 292:12, 293:3, 293:20, 293:24, 326:20, 327:5, 327:6, 327:9, 327:13, 327:20
**DOJ** [2] - 289:23, 290:1
**dollars** [1] - 338:14
**done** [8] - 284:23, 303:21, 319:11, 319:13, 327:18, 331:12, 332:7, 346:17
**Dourson** [1] - 310:13
**down** [10] - 290:11, 296:13, 303:8, 316:3, 324:12, 326:19, 330:11, 341:9, 348:13, 348:15
**dozens** [1] - 324:10
**Dr** [2] - 292:6, 340:18
**draft** [1] - 285:4
**drafted** [1] - 326:21
**drafting** [2] - 298:24, 326:23
**draw** [2] - 287:20, 336:2
**drawn** [1] - 291:21
**drilled** [1] - 346:18
**drilling** [1] - 317:7
**drinking** [16] - 283:23, 300:12, 307:7, 311:2, 314:6, 314:10, 315:2, 317:1, 317:2, 318:5, 319:8, 320:22, 320:24, 330:15, 330:16, 331:16
**driven** [1] - 329:21
**driving** [1] - 321:5
**drop** [1] - 321:6
**drove** [1] - 321:3
**DTSC** [2] - 348:4, 348:5
**due** [1] - 324:2
**dumping** [3] - 333:19, 333:21, 334:5
**duplicate** [1] - 293:15
**during** [8] - 290:1,

293:19, 313:20,
332:6, 336:12,
339:6, 341:7, 343:3
**duties** [1] - 306:21

## E

**early** [5] - 310:5,
330:2, 332:8, 333:5,
335:9
**earth** [2] - 329:15,
329:16
**east** [4] - 324:5, 324:7,
324:8
**East** [2] - 283:2, 283:4
**Easter** [1] - 334:22,
334:25, 335:1
**ecological** [3] -
310:11, 310:16,
311:3
**edge** [7] - 287:4,
287:6, 287:10,
287:14, 296:6,
296:16
**edited** [1] - 338:3
**educational** [1] -
281:4
**effective** [1] - 320:2
**effort** [1] - 311:10
**efforts** [1] - 324:2
**either** [3] - 288:24,
316:2, 318:21
**email** [1] - 348:17
**emanated** [3] -
308:13, 323:8
**emanating** [1] - 326:3
**employ** [1] - 282:22
**employed** [2] -
328:20, 329:18
**employee** [2] - 281:14,
333:21
**employees** [12] -
285:10, 326:19,
326:22, 326:24,
327:2, 327:3,
327:20, 333:14,
334:7, 339:11, 340:6
**employer** [1] - 329:18
**employment** [1] -
282:20
**enact** [1] - 342:25
**enclosing** [1] - 321:7
**end** [4] - 282:5,
293:23, 294:4,
349:13
**ended** [3] - 320:7,
320:9, 337:25
**ending** [2] - 309:8,
340:10

**engineering** [1] -
315:18
**entail** [1] - 311:14
**entailed** [1] - 315:15
**Enterprises** [1] -
334:18
**entirely** [1] - 282:1
**entities** [4] - 283:21,
314:5, 316:5, 348:2
**entitled** [1] - 350:5
**enveloped** [1] - 308:2
**environment** [3] -
301:22, 303:14,
307:19
**environmental** [5] -
282:19, 287:17,
329:19, 329:21,
330:2
**EPA** [4] - 302:22,
303:7, 310:21,
329:24
**equivalent** [1] -
331:24
**establish** [2] - 331:2,
346:25
**established** [1] -
330:15
**estimation** [1] -
287:15
**eventually** [2] - 293:4,
323:13
**evidence** [15] - 289:7,
289:8, 289:13,
289:20, 289:25,
290:21, 291:1,
291:4, 293:9,
293:22, 321:4,
324:19, 342:7,
346:15
**exact** [1] - 338:13
**exactly** [1] - 336:16
**EXAMINATION** [2] -
328:18, 345:4
**examination** [2] -
337:5, 343:3
**examinations** [1] -
290:7
**examined** [1] - 337:23
**example** [6] - 311:2,
315:3, 317:13,
343:13, 343:16,
344:6
**examples** [1] - 344:9
**exceeded** [1] - 320:25
**Excellence** [1] -
310:13
**exchange** [5] - 290:2,
320:7, 320:8,
320:11, 322:9
**exchanged** [2] -

289:22, 293:4
**exchanges** [1] -
320:12
**excluded** [1] - 289:25
**exclusive** [1] - 319:2
**excuse** [1] - 324:7
**executive** [6] - 287:1,
298:16, 299:7,
299:9, 313:1, 335:20
**exhibit** [7] - 294:14,
298:7, 298:8, 305:2,
312:7, 315:6, 318:13
**Exhibit** [15] - 289:3,
294:13, 298:6,
305:1, 308:17,
312:6, 315:5,
318:11, 325:2,
330:22, 332:1,
335:10, 338:6,
338:24, 343:15
**exhibits** [5] - 289:6,
289:23, 290:6,
294:7, 349:10,
349:12, 349:14
**existing** [1] - 299:22
**expensive** [1] - 322:10
**experience** [1] -
315:21
**experiencing** [1] -
315:20
**expert** [1] - 311:5
**expert's** [1] - 292:20
**experts** [2] - 289:11,
324:15
**extension** [2] -
326:14, 326:15

## F

**facility** [4] - 307:14,
313:4, 334:17, 336:4
**fact** [2] - 295:5, 317:12
**factories** [1] - 301:20
**familiar** [4] - 322:17,
322:20, 329:13,
329:17
**far** [3] - 290:16,
322:12, 346:18
**fax** [1] - 321:8
**federal** [7] - 300:12,
311:1, 323:3,
330:16, 331:16,
331:18
**Feenstra** [4] - 292:7,
348:20, 348:22,
349:6
**felt** [3] - 304:22, 307:7,
309:15
**few** [6] - 311:9,

313:24, 322:16,
336:12, 345:2, 349:1
**field** [2] - 297:13,
323:10
**fields** [1] - 299:23
**fifth** [2] - 299:12,
299:17
**figure** [2] - 338:21,
349:15
**figured** [1] - 303:18
**figures** [2] - 322:13,
338:13
**files** [2] - 284:10,
326:16
**fill** [2] - 310:15, 310:18
**filling** [1] - 310:12
**filter** [1] - 319:19
**filters** [1] - 319:23
**final** [4] - 300:1, 300:3,
305:21, 324:24
**finally** [1] - 317:1
**finished** [1] - 346:6
**firm** [2] - 282:19,
329:19
**first** [32] - 281:17,
281:19, 283:10,
283:14, 284:6,
285:25, 287:3,
288:20, 292:4,
295:18, 296:2,
300:23, 301:1,
314:7, 316:23,
321:2, 322:23,
325:17, 325:18,
328:20, 329:5,
329:8, 330:20,
335:12, 335:13,
335:15, 336:2,
336:3, 336:10,
343:1, 343:14,
346:10
**firsthand** [1] - 329:9
**fish** [2] - 319:20,
319:21
**focus** [2] - 289:18,
303:9
**foils** [1] - 334:23
**folks** [3] - 332:20,
338:25, 342:4
**follow** [4] - 339:21,
341:18, 349:12
**follow-up** [2] - 339:21
**followed** [3] - 340:25,
341:16, 341:21
**following** [1] - 296:14
**force** [1] - 349:13
**Force** [15] - 309:21,
310:1, 310:3, 310:8,
310:19, 322:18,
322:21, 322:24,

323:4, 323:6,
323:10, 323:20,
324:1, 324:13
**forecast** [1] - 315:20
**foregoing** [1] - 350:4
**form** [1] - 342:18
**former** [19] - 284:8,
287:25, 307:21,
312:4, 313:3, 313:7,
322:17, 322:21,
322:24, 326:18,
326:24, 327:3,
327:20, 329:10,
333:13, 334:7,
339:11, 340:6, 346:3
**forth** [1] - 344:7
**FOTOUHI** [23] -
285:22, 286:2,
286:3, 286:17,
292:6, 292:12,
294:9, 294:10,
308:9, 308:10,
322:1, 322:15,
324:23, 327:24,
336:19, 340:20,
341:2, 345:2, 345:5,
345:15, 346:6,
346:8, 348:7
**Fotouhi** [3] - 331:4,
338:7, 343:3
**foundation** [1] -
324:20
**four** [3] - 282:4, 291:4,
297:12
**frame** [2] - 332:7,
342:12
**Fred** [3] - 326:25,
327:1, 333:16
**Friday** [2] - 292:20,
349:3
**front** [1] - 322:13
**fulfill** [1] - 345:22
**full** [1] - 284:5
**full-time** [1] - 284:5
**fully** [1] - 308:2
**funded** [1] - 310:20
**future** [2] - 315:21,
321:18

## G

**gap** [6] - 310:10,
310:12, 310:15,
310:18, 310:22,
310:23
**gathered** [2] - 326:13,
326:16
**gatherings** [2] -
309:23, 310:2

356

**general** [2] - 290:24, 342:23

**geological** [1] - 281:12

**geologist** [1] - 281:21

**geophysics** [1] - 281:8

**given** [7] - 284:9, 289:4, 289:22, 315:21, 317:20, 342:8

**government** [6] - 290:5, 293:5, 293:9, 310:25, 311:1, 337:17

**Government's** [1] - 325:2

**granted** [1] - 326:14

**granular** [5] - 319:17, 319:18, 319:21, 320:1, 322:6

**granular-activate** [1] - 319:17

**granular-activated** [4] - 319:18, 319:21, 320:1, 322:6

**graphs** [2] - 323:24, 324:12

**grass** [2] - 334:22, 334:25

**great** [1] - 321:21

**greater** [1] - 303:13

**ground** [3] - 321:22, 333:9, 334:3

**groundwater** [21] - 284:7, 287:11, 288:18, 288:22, 296:4, 296:24, 298:11, 300:19, 304:10, 307:11, 313:1, 314:1, 314:5, 316:17, 320:2, 322:24, 331:8, 336:5, 344:7, 344:8, 345:24

**group** [11] - 281:22, 282:12, 309:16, 309:17, 309:18, 309:19, 309:24, 310:7, 310:14, 310:20

**groups** [2] - 301:13, 314:4

**guideline** [1] - 316:25

**guys** [1] - 328:8

## H

**handed** [1] - 292:14

**hands** [1] - 339:6

**hard** [1] - 334:2

**hazardous** [1] - 329:24

**Health** [15] - 300:2, 300:7, 301:8, 301:10, 301:13, 302:10, 302:24, 303:6, 303:15, 304:3, 304:16, 304:19, 314:17, 316:23, 347:2

**health** [7] - 302:19, 310:11, 310:16, 311:3, 314:9, 315:1, 348:16

**health-based** [2] - 314:9, 315:1

**healthy** [1] - 302:17

**hear** [4] - 294:4, 334:5, 334:6, 348:16

**heard** [2] - 320:10, 324:12

**hearing** [2] - 301:1, 332:23

**hearsay** [1] - 324:21

**Heeseman** [1] - 334:7

**held** [3] - 301:8, 301:9, 337:22

**help** [7] - 283:19, 290:8, 307:8, 310:15, 310:18, 311:7, 311:19

**helpful** [1] - 289:19

**HEMINGER** [1] - 328:9

**hereby** [3] - 295:23, 305:22, 343:17

**high** [3] - 301:24, 302:2, 307:16

**Highland** [1] - 334:18

**Hill** [4] - 303:25, 304:11, 304:15, 307:12

**hired** [2] - 288:10, 332:13

**historical** [2] - 288:7, 339:13

**history** [1] - 330:9

**home** [1] - 319:20

**honest** [1] - 339:25

**Honor** [52] - 285:20, 285:23, 286:2, 289:9, 289:21, 290:7, 290:16, 290:22, 291:8, 291:11, 291:22, 292:6, 292:10, 292:18, 293:1, 293:5, 293:14, 293:17, 294:1,

294:3, 294:9, 302:22, 308:6, 308:9, 323:17, 324:17, 325:2, 327:24, 328:3, 328:9, 330:1, 333:11, 334:14, 335:4, 336:10, 336:19, 338:10, 340:20, 341:2, 341:24, 344:20, 344:24, 345:2, 345:13, 346:4, 348:7, 348:11, 348:18, 348:21, 348:23, 349:4, 349:8, 349:8

**hours** [1] - 349:1

**human** [3] - 310:11, 310:16, 311:3

**hundred** [1] - 338:14

**hundreds** [1] - 341:19

**hydro** [2] - 323:24, 324:12

**hypothetical** [1] - 341:23

## I

**idea** [3] - 289:20, 291:10, 291:19

**identical** [1] - 296:9

**identified** [1] - 290:17

**identify** [1] - 290:9

**impact** [2] - 314:24, 323:6

**impacted** [4] - 317:5, 318:21, 318:22, 324:1

**impacting** [2] - 301:21, 321:23

**impacts** [2] - 315:19, 315:20

**implement** [8] - 283:18, 287:2, 295:11, 295:16, 295:18, 295:19, 305:25, 306:9

**implementation** [4] - 306:3, 306:13, 306:15, 306:25

**implemented** [3] - 307:5, 337:25, 343:6

**implementing** [3] - 295:9, 311:25, 331:8

**import** [1] - 316:4

**important** [2] - 349:15, 349:16

**inaccurate** [3] - 341:21, 342:1, 342:3

**include** [3] - 283:4, 298:19, 299:11

**included** [2] - 292:12, 339:8

**including** [1] - 338:20

**incorporated** [1] - 317:22

**incorrect** [1] - 347:17

**incurred** [1] - 321:18

**indicate** [1] - 337:2

**indicating** [1] - 292:8

**indices** [1] - 291:15

**individual** [1] - 320:17

**industries** [1] - 322:7

**information** [20] - 284:11, 296:15, 305:24, 310:16, 310:21, 311:5, 321:8, 325:11, 326:13, 326:18, 333:13, 340:1, 340:5, 341:1, 341:11, 342:9, 342:11, 342:13, 342:19, 347:13

**informed** [1] - 311:7

**initial** [2] - 290:2, 292:9

**initiated** [1] - 330:5

**inside** [1] - 347:5

**inspect** [1] - 334:11

**install** [5] - 288:10, 297:5, 313:1, 319:5, 319:10

**installed** [2] - 311:15, 319:16

**installing** [1] - 296:4

**instances** [1] - 317:21

**instead** [1] - 303:12

**intellectual** [1] - 334:23

**intended** [2] - 284:23, 287:16

**intending** [1] - 285:6

**interaction** [1] - 339:19

**interactions** [1] - 348:5

**interfacing** [1] - 305:16

**intertwined** [2] - 323:13, 323:15

**interviewed** [4] - 334:7, 334:9, 339:12, 342:12

**interviews** [1] - 326:20

**investigate** [3] - 288:10, 295:16, 311:16

**investigating** [1] -

**include** [3] - 283:4,

323:7

**investigation** [5] - 287:17, 295:17, 311:12, 333:7, 336:24

**investigations** [6] - 283:19, 288:7, 311:18, 313:2, 332:4, 336:13

**investigative** [2] - 285:9, 285:21

**invited** [1] - 285:3, 300:22, 323:21

**involve** [1] - 317:4

**involved** [26] - 296:25, 297:7, 297:16, 297:23, 297:25, 298:9, 298:20, 298:24, 305:16, 306:3, 306:13, 306:18, 306:20, 311:11, 313:19, 315:12, 317:12, 319:14, 325:8, 325:9, 326:6, 326:8, 328:23, 333:9, 343:5

**ion** [4] - 320:6, 320:8, 320:10, 322:8

**irrelevant** [2] - 293:5, 293:21

**issuance** [2] - 285:2, 345:17

**issue** [6] - 284:23, 288:21, 300:19, 324:24, 330:10, 332:24

**issued** [19] - 283:25, 287:13, 287:22, 287:23, 288:2, 288:20, 294:20, 294:23, 294:25, 305:10, 305:14, 305:17, 307:6, 312:13, 312:16, 312:19, 326:2, 345:12, 346:10

**issues** [2] - 309:22, 337:9

**item** [8] - 297:5, 297:11, 297:20, 298:2, 306:7, 308:24, 313:12, 313:15

**items** [5] - 295:6, 295:7, 295:8, 295:19, 312:24

**iterative** [2] - 285:14, 311:23

**itself** [3] - 312:4, 332:21, 340:21

## J

**January** [6] - 312:17, 332:23, 333:2, 333:5, 335:9, 335:18
**Jared** [1] - 348:17
**Jennifer** [1] - 328:17
**job** [2] - 281:19, 329:13
**jobs** [2] - 343:21, 343:23
**joined** [1] - 309:16
**judgment** [1] - 311:8
**June** [4] - 282:16, 282:17, 282:22, 315:11

## K

**Kaneshiro** [1] - 350:3
**KANESHIRO** [1] - 350:9
**Kaneshiro-Miller** [1] - 350:3
**KANESHIRO-MILLER** [1] - 350:9
**keep** [1] - 344:20
**key** [3] - 291:16, 291:18, 291:20
**knowledge** [10] - 284:22, 310:10, 310:22, 310:24, 312:16, 318:7, 322:3, 329:9, 336:20, 341:12
**known** [3] - 282:6, 282:7, 301:17

## L

**lab** [6] - 302:4, 302:11, 302:20, 302:22, 303:5, 303:6
**labs** [2] - 302:21
**laid** [1] - 324:20
**landowners** [1] - 320:18
**language** [2] - 338:3, 344:1
**large** [2] - 289:4, 319:18
**largely** [1] - 284:10
**larger** [3] - 291:21, 291:25, 292:2
**Larry** [3] - 326:25, 327:1, 333:17
**last** [5] - 282:3, 282:25, 312:23,

335:21, 336:3
**lasted** [1] - 282:13
**lastly** [1] - 347:11
**late** [2] - 330:10, 347:10
**lateral** [1] - 296:5
**law** [2] - 294:6, 330:5
**lead** [5] - 300:25, 305:18, 323:3, 342:18, 347:21
**leading** [6] - 287:4, 287:5, 287:10, 287:14, 296:6, 296:16, 308:8, 345:13
**learn** [2] - 288:6, 322:23
**learned** [6] - 307:11, 315:18, 315:19, 323:3, 340:24, 347:17
**least** [1] - 332:18
**led** [1] - 326:11
**left** [3] - 282:16, 282:17, 283:8
**less** [4] - 303:2, 306:20, 322:5, 322:8
**letter** [10] - 298:15, 298:22, 298:25, 300:4, 300:5, 325:16, 325:25, 333:4, 335:8, 336:9
**letterhead** [1] - 335:15
**level** [27] - 301:25, 302:2, 302:3, 302:4, 302:7, 302:12, 302:15, 302:18, 303:8, 303:9, 303:11, 304:11, 307:7, 314:24, 315:1, 316:3, 316:6, 316:7, 316:9, 316:13, 316:16, 316:21, 316:22, 316:24, 330:10, 344:8
**levels** [4] - 302:25, 307:16, 321:1, 321:11
**likely** [2] - 303:3, 315:21
**limit** [4] - 317:1, 317:2, 330:16
**limited** [3] - 307:20, 340:5, 342:8
**Linda** [6] - 315:11, 315:13, 315:17, 316:16, 317:5, 318:4
**line** [3] - 287:20, 298:18, 298:21

**list** [27] - 290:1, 290:23, 290:24, 291:21, 291:23, 292:1, 292:2, 292:5, 292:8, 292:9, 292:12, 292:15, 292:16, 293:3, 293:6, 293:21, 293:24, 295:22, 295:24, 310:17, 311:6, 312:24, 329:24, 336:18
**listed** [1] - 329:23
**lists** [5] - 289:22, 289:23, 289:24, 290:6, 293:8
**liter** [7] - 302:1, 316:10, 330:11, 330:13, 330:17, 331:20, 331:22
**live** [1] - 339:13
**local** [1] - 336:25
**located** [5] - 284:7, 304:12, 308:5, 308:12, 313:7
**locating** [1] - 304:14
**Lockheed** [99] - 281:14, 281:17, 281:20, 282:20, 282:23, 284:8, 284:12, 285:10, 286:22, 287:2, 287:24, 288:8, 288:9, 295:7, 295:14, 295:24, 296:2, 296:3, 296:10, 296:14, 296:24, 297:5, 297:12, 297:18, 297:21, 298:1, 298:15, 299:7, 299:14, 304:21, 304:23, 305:12, 305:22, 305:23, 306:6, 306:9, 306:15, 306:17, 306:22, 307:15, 308:14, 309:13, 311:9, 312:21, 312:25, 313:3, 313:9, 313:14, 313:15, 318:16, 319:4, 325:14, 326:12, 326:18, 326:24, 327:3, 328:20, 329:5, 329:8, 329:19, 330:20, 331:1, 331:12, 331:25, 332:1, 332:13,

332:15, 332:16, 332:21, 333:4, 333:8, 333:13, 335:8, 335:15, 335:24, 336:4, 336:7, 336:13, 336:14, 337:6, 337:9, 337:19, 338:4, 340:16, 340:24, 341:3, 342:4, 343:6, 343:18, 344:9, 344:11, 344:14, 344:18, 345:7, 345:8, 345:18, 346:3, 347:6
**Lockheed's** [1] - 289:5
**Loma** [6] - 315:11, 315:13, 315:17, 316:16, 317:5, 318:4
**look** [11] - 285:5, 285:23, 295:4, 299:21, 301:21, 311:3, 315:3, 319:3, 334:3, 340:7, 343:16
**looked** [5] - 292:4, 321:3, 327:6, 327:13, 337:18
**looking** [12] - 294:17, 298:13, 303:1, 305:6, 308:21, 312:11, 315:9, 315:10, 321:10, 323:1, 324:11, 330:12
**lower** [2] - 302:25, 303:10
**LPC** [2] - 307:14, 336:4

## M

**maintain** [1] - 299:24
**maintaining** [1] - 283:22
**makers** [1] - 334:22
**managed** [1] - 333:22
**management** [4] - 283:6, 283:20, 284:3, 333:22
**manager** [3] - 283:16, 284:5, 329:4
**manner** [1] - 320:22
**manufacture** [1] - 309:19
**manufacturing** [1] - 301:20
**mapping** [1] - 347:4

**March** [2] - 282:11, 282:14
**Martin** [23] - 281:15, 282:21, 282:23, 298:16, 299:7, 299:14, 304:21, 305:12, 306:6, 306:9, 306:15, 306:17, 306:23, 309:13, 313:15, 318:16, 319:4, 329:5, 332:15, 341:3, 342:5, 343:6, 345:8
**Martin's** [1] - 311:10
**Maryland** [1] - 281:3
**mass** [1] - 321:22
**master** [2] - 281:12, 290:23
**matched** [1] - 290:18
**materials** [2] - 291:7, 339:5
**matter** [1] - 350:5
**maximum** [1] - 307:7
**mean** [9] - 284:17, 287:5, 302:3, 314:19, 318:25, 323:11, 323:12, 343:22, 344:2
**means** [4] - 284:20, 299:24, 320:2, 341:6
**meant** [2] - 286:10, 337:22
**meanwhile** [1] - 324:4
**measure** [3] - 300:9, 302:19, 303:16
**measured** [1] - 299:25
**measurements** [1] - 344:8
**meet** [2] - 300:11, 303:23
**meeting** [11] - 285:13, 299:6, 300:22, 301:1, 301:5, 301:7, 301:11, 301:12, 304:18, 310:8, 323:22
**meetings** [5] - 285:11, 309:23, 310:2, 310:4, 310:6
**member** [2] - 304:20, 309:21
**members** [2] - 304:17, 310:7
**memory** [1] - 316:18
**mentioned** [7] - 295:21, 313:24, 318:24, 319:15, 326:6, 333:11, 336:12

**merely** [1] - 327:5
**met** [4] - 285:15, 311:24, 315:17, 334:9
**method** [8] - 301:24, 302:21, 303:2, 303:5, 303:7, 320:6, 320:7, 320:8
**methods** [1] - 302:23
**micrograms** [7] - 301:25, 316:9, 330:11, 330:13, 330:17, 331:19, 331:22
**mid** [1] - 332:7
**mid-'80s** [1] - 336:14
**middle** [1] - 283:1
**might** [4] - 284:19, 289:19, 293:3, 346:22
**Mike** [1] - 310:13
**miles** [1] - 284:15
**Miller** [1] - 350:3
**MILLER** [1] - 350:9
**million** [1] - 338:14
**minutes** [1] - 322:16
**missed** [1] - 285:17
**missing** [1] - 295:7
**mixed** [1] - 317:11
**modifying** [2] - 303:7, 337:25
**molecules** [1] - 320:14
**moment** [2] - 308:24, 312:3
**moments** [2] - 313:24, 336:13
**monitoring** [5] - 288:11, 296:5, 296:25, 297:6, 311:15, 313:2, 331:8, 344:7
**mons** [1] - 293:2
**monster** [1] - 290:4
**Montgomery** [1] - 281:3
**months** [2] - 297:13, 339:6
**morning** [3] - 289:5, 292:14, 349:17
**most** [4] - 290:8, 303:3, 317:25, 342:14
**mouth** [1] - 284:19
**move** [5] - 283:2, 293:22, 324:24, 344:23
**moved** [1] - 292:7
**moving** [7] - 287:9, 290:23, 315:23,

321:23, 324:7, 324:8, 324:9
**MR** [50] - 285:22, 286:2, 286:3, 286:17, 289:9, 289:21, 290:7, 290:16, 290:20, 291:6, 291:17, 291:21, 291:25, 292:6, 292:12, 292:18, 292:23, 293:1, 293:3, 293:14, 293:17, 293:19, 294:1, 294:3, 294:9, 294:10, 308:9, 308:10, 322:1, 322:15, 324:23, 327:24, 328:3, 328:7, 328:9, 328:13, 336:19, 340:20, 341:2, 345:2, 345:5, 345:15, 346:6, 346:8, 348:7, 348:18, 348:21, 348:23, 349:4, 349:8
**MS** [32] - 291:11, 308:6, 323:17, 324:17, 324:19, 328:17, 328:19, 330:19, 333:3, 334:14, 335:4, 335:7, 335:14, 336:10, 336:11, 336:23, 338:10, 338:23, 340:9, 340:12, 340:23, 341:9, 341:10, 341:24, 341:25, 343:23, 344:3, 344:20, 344:24, 345:13, 346:4, 349:1
**municipal** [1] - 301:9
**MURPHY** [24] - 289:9, 289:21, 290:16, 290:20, 291:6, 291:17, 291:21, 292:18, 292:23, 293:1, 293:3, 293:14, 293:17, 293:19, 294:1, 294:3, 328:3, 328:7, 328:13, 348:18, 348:21, 348:23, 349:8
**must** [2] - 297:14, 308:2

### N

**name** [2] - 325:6, 328:16
**names** [1] - 334:8
**near** [1] - 315:21
**necessary** [1] - 305:24
**need** [2] - 299:12, 311:4
**needed** [2] - 303:4, 320:23
**needing** [1] - 284:4
**needs** [1] - 321:6
**negative** [1] - 320:13
**negotiated** [2] - 316:15, 316:20
**negotiating** [1] - 316:7
**negotiation** [1] - 317:17
**network** [1] - 311:15
**never** [3] - 294:4, 334:9, 334:18
**new** [3] - 291:5, 316:4, 317:7
**next** [2] - 340:22, 342:21
**nondetect** [1] - 303:3
**northeast** [1] - 324:9
**Northern** [1] - 301:16
**Norton** [9] - 322:17, 322:18, 322:21, 322:24, 323:4, 323:6, 323:9, 324:1, 324:8
**nothing** [3] - 290:13, 327:24, 334:3
**November** [2] - 325:25, 326:15
**number** [36] - 286:7, 286:24, 294:18, 295:2, 295:5, 296:2, 296:4, 296:11, 296:13, 297:6, 297:11, 297:20, 298:5, 299:15, 299:22, 300:18, 300:21, 302:19, 303:1, 305:7, 305:8, 305:22, 306:9, 306:10, 306:17, 306:25, 307:20, 308:23, 309:8, 312:12, 313:17, 323:23, 332:1, 337:24, 340:9
**Number** [2] - 340:7, 340:9
**numbers** [1] - 343:19

### O

**oath** [1] - 340:19
**objected** [2] - 289:23, 290:1
**objection** [8] - 308:6, 323:17, 324:17, 336:19, 340:20, 341:2, 345:13, 346:4
**objections** [1] - 289:24
**obtain** [3] - 281:5, 281:7, 320:25
**obtained** [3] - 281:8, 281:12, 342:11
**obtaining** [2] - 305:24, 344:8
**occasionally** [1] - 307:16
**occur** [1] - 347:9
**occurred** [1] - 297:22
**October** [7] - 281:18, 282:10, 283:7, 283:13, 328:22, 328:25, 329:9
**OF** [1] - 350:1
**off-the-shelf** [1] - 320:4
**offered** [1] - 282:11
**officer** [6] - 287:1, 298:16, 299:7, 299:9, 313:1, 335:20
**offices** [1] - 285:3
**OFFICIAL** [1] - 350:1
**once** [1] - 282:24
**One** [1] - 292:24
**one** [20] - 283:1, 285:8, 285:19, 290:14, 290:22, 291:15, 291:20, 293:16, 301:23, 315:3, 323:2, 324:10, 324:24, 331:5, 332:9, 332:12, 337:6, 338:25, 341:12, 343:14
**ones** [1] - 332:6
**open** [1] - 339:25
**opening** [2] - 349:2, 349:10
**operable** [3] - 281:22, 282:3, 329:20
**operate** [1] - 321:24
**operating** [1] - 300:2
**operations** [3] - 333:10, 333:14, 340:16
**opinion** [5] - 308:4,

308:11, 324:19, 346:2, 346:9
**opportunity** [2] - 317:20, 349:9
**opposed** [1] - 331:12
**opposing** [1] - 348:17
**order** [82] - 285:8, 285:9, 285:18, 285:19, 285:20, 285:21, 286:7, 286:9, 286:10, 286:22, 286:24, 287:13, 287:23, 288:20, 294:18, 294:20, 294:23, 294:25, 295:1, 295:3, 295:5, 295:6, 295:8, 295:14, 295:16, 295:22, 296:8, 297:12, 298:10, 299:4, 300:10, 305:8, 305:14, 305:17, 305:19, 305:20, 305:21, 306:7, 308:23, 308:24, 309:4, 309:12, 309:14, 309:15, 310:25, 311:10, 312:12, 312:13, 312:16, 312:19, 312:21, 313:7, 313:11, 313:22, 326:9, 327:7, 327:11, 327:22, 329:6, 330:20, 330:23, 331:25, 336:8, 337:5, 337:15, 337:16, 337:17, 337:19, 337:23, 337:24, 337:25, 343:8, 343:16, 344:12, 344:15, 344:16, 344:22, 345:17
**ordered** [11] - 295:7, 295:16, 295:18, 295:23, 305:22, 312:24, 331:1, 331:11, 331:13, 337:6, 343:17
**ordering** [1] - 312:24
**orders** [29] - 283:17, 283:25, 284:1, 284:23, 285:2, 285:4, 285:7, 285:23, 287:22, 288:2, 313:5, 326:3, 326:5, 332:16, 332:24, 342:17,

342:19, 342:22,
342:24, 343:4,
343:10, 345:7,
345:12, 345:20,
345:21, 346:10,
346:12
**organization** [1] -
340:18
**organizations** [1] -
284:11
**original** [3] - 292:19,
299:10, 337:25
**outlined** [3] - 306:10,
309:13, 313:12
**outside** [3] - 283:21,
288:10, 288:16
**overall** [1] - 282:12
**oversight** [2] - 283:3,
283:4
**own** [2] - 303:5, 303:6
**owned** [1] - 288:16
**owner** [1] - 334:17
**owners** [1] - 320:22

**P**

**p.m** [3] - 328:15,
349:18
**page** [21] - 286:24,
295:21, 295:23,
297:12, 299:21,
305:20, 305:21,
309:7, 312:23,
325:18, 335:11,
335:12, 335:13,
335:15, 335:21,
336:2, 336:10,
340:7, 340:9,
340:11, 343:17
**pages** [3] - 295:4,
295:5, 343:16
**paper** [1] - 293:13
**paragraph** [2] -
325:17, 336:3
**part** [8] - 283:1, 289:7,
290:8, 296:20,
323:20, 329:1,
331:1, 333:22
**participate** [1] - 285:1
**participated** [2] -
320:5, 338:25
**particular** [1] - 330:23
**particularly** [1] -
301:15
**parties** [2] - 289:22,
341:13
**parts** [13] - 301:25,
302:13, 303:1,
303:12, 303:16,

304:1, 304:4,
316:10, 316:18,
316:24, 317:2,
330:11, 331:23
**passes** [1] - 319:22
**Patricia** [1] - 350:3
**PATRICIA** [1] - 350:9
**people** [11] - 301:12,
304:8, 310:9, 321:9,
330:6, 330:9,
330:17, 333:8,
333:18, 339:13,
342:12
**per** [20] - 301:25,
302:13, 303:1,
303:12, 303:16,
304:1, 304:4,
316:10, 316:19,
316:25, 317:2,
330:11, 330:13,
330:17, 331:20,
331:22, 331:23
**perchlorate** [85] -
288:21, 288:23,
300:19, 300:24,
301:3, 301:16,
301:21, 302:1,
302:13, 302:25,
303:12, 303:13,
303:16, 303:21,
304:1, 304:4,
304:10, 304:15,
304:17, 304:22,
304:23, 305:25,
306:4, 306:18,
307:3, 307:6,
307:11, 307:13,
307:15, 307:18,
307:19, 307:22,
307:23, 308:2,
308:5, 308:12,
308:22, 309:5,
309:12, 309:16,
309:17, 309:18,
309:19, 309:22,
309:23, 310:4,
310:7, 310:10,
310:20, 310:24,
311:11, 311:12,
311:17, 311:20,
313:25, 314:8,
314:13, 314:16,
314:18, 314:24,
316:15, 316:17,
316:22, 317:15,
318:21, 318:23,
319:7, 319:24,
320:2, 320:3, 320:5,
320:11, 320:14,
321:1, 322:10,

329:22, 337:7,
337:11, 343:2,
347:2, 347:3, 347:4,
347:5
**performed** [2] - 288:8,
310:17
**period** [2] - 342:8,
347:9
**periodically** [1] -
285:15
**permit** [1] - 300:2
**personal** [1] - 341:4
**personally** [2] - 342:3,
343:5
**pertain** [1] - 300:6
**pertained** [1] - 300:13
**pertaining** [1] - 326:3
**pertinent** [1] - 326:17
**phone** [1] - 339:15
**phrase** [2] - 302:3,
316:6
**piece** [1] - 293:12
**pieces** [1] - 289:25
**piggybacking** [1] -
311:18
**pit** [2] - 333:23, 333:24
**pits** [2] - 333:25, 334:2
**place** [3] - 300:9,
301:5, 306:20
**places** [1] - 330:12
**Plaintiff's** [11] - 289:2,
294:12, 298:6,
304:25, 308:17,
312:6, 315:5,
318:11, 330:22,
332:1, 343:15
**plan** [35] - 295:9,
295:12, 295:20,
296:3, 296:15,
297:14, 298:10,
298:18, 298:21,
298:25, 299:2,
299:5, 299:8,
299:10, 305:25,
306:4, 306:18,
306:19, 306:23,
307:1, 308:22,
312:25, 314:22,
314:23, 315:10,
315:13, 315:16,
316:8, 316:15,
316:19, 316:21,
317:4, 331:2,
342:25, 344:6
**plans** [12] - 283:19,
286:25, 307:4,
311:25, 312:1,
314:18, 314:19,
317:10, 317:17,
317:19, 317:20,

317:23
**play** [1] - 313:11
**plume** [57] - 284:18,
284:20, 286:10,
286:12, 286:14,
286:20, 286:21,
287:4, 287:6, 287:7,
287:11, 287:14,
287:17, 287:22,
288:1, 288:13,
288:15, 288:17,
295:13, 296:6,
296:17, 297:14,
299:23, 300:24,
304:12, 305:25,
306:4, 307:12,
307:15, 308:2,
308:12, 308:13,
309:5, 309:12,
311:12, 311:16,
312:2, 313:6,
314:14, 314:16,
320:23, 323:6,
323:9, 323:10,
324:1, 324:6, 324:8,
331:6, 331:14,
336:14, 336:15,
338:17, 346:11,
347:4, 347:5, 348:3
**plumes** [9] - 315:22,
321:21, 321:23,
323:1, 323:3, 323:9,
323:12, 324:14,
324:16
**point** [9] - 291:14,
293:22, 300:1,
300:3, 300:8,
340:13, 346:16,
346:23, 348:6
**pointed** [1] - 299:10
**position** [5] - 282:11,
282:13, 283:2,
283:8, 336:7
**positively** [1] - 320:12
**possible** [2] - 346:16,
346:17
**possibly** [1] - 340:3
**potable** [1] - 300:11
**potential** [4] - 307:21,
307:22, 313:3,
346:20
**potentially** [2] - 293:5,
293:21
**Powell** [2] - 328:17,
328:19
**POWELL** [30] -
291:11, 308:6,
323:17, 324:17,
324:19, 328:17,
330:19, 333:3,

334:14, 335:4,
335:7, 335:14,
336:10, 336:11,
336:23, 338:10,
338:23, 340:9,
340:12, 340:23,
341:9, 341:10,
341:24, 341:25,
343:23, 344:3,
344:20, 344:24,
345:13, 346:4
**power** [2] - 321:6
**precipitated** [1] -
284:4
**predecessors** [1] -
345:18
**prepare** [6] - 312:25,
327:7, 327:11,
327:22, 339:7, 342:9
**prepared** [5] - 284:10,
284:11, 287:1,
299:17, 314:22
**preparing** [2] - 309:2,
325:8
**present** [8] - 283:20,
301:13, 303:21,
303:23, 304:18,
310:1, 321:21, 330:4
**presentation** [4] -
293:20, 301:14,
304:20, 332:23
**presented** [1] - 342:6
**presenting** [1] -
289:12
**president** [1] - 340:16
**pretrial** [2] - 289:21,
290:22
**previous** [1] - 296:8
**previously** [2] - 313:6,
337:4
**primarily** [1] - 319:3
**principally** [1] -
308:13
**priorities** [1] - 336:18
**private** [4] - 314:4,
320:18, 320:21,
321:10
**proactive** [1] - 307:3
**problem** [4] - 289:14,
291:9, 301:23, 330:7
**problems** [1] - 297:22
**proceed** [1] - 335:5
**proceedings** [2] -
349:18, 350:5
**process** [19] - 285:13,
285:14, 296:7,
297:1, 297:3, 297:7,
297:9, 297:16,
297:18, 297:24,
297:25, 298:9,

307:1, 311:23, 315:15, 317:18, 326:6, 334:22, 334:24
**produced** [1] - 309:4
**producing** [2] - 309:1, 314:5
**production** [3] - 287:16, 301:17, 315:24
**program** [2] - 296:25, 344:7
**progress** [1] - 297:22
**project** [36] - 281:23, 282:6, 282:7, 282:9, 282:15, 282:24, 283:5, 283:7, 283:11, 283:14, 283:16, 283:24, 284:5, 284:6, 286:19, 288:6, 294:22, 300:24, 300:25, 303:19, 305:13, 312:18, 313:20, 316:11, 318:3, 320:9, 320:16, 322:4, 322:25, 325:22, 325:24, 328:24, 329:4, 336:21, 347:22, 348:3
**promulgate** [1] - 317:2
**promulgated** [2] - 307:9, 317:1
**propellant** [2] - 301:17, 301:19
**property** [1] - 334:23
**proposal** [2] - 305:24, 306:10
**propose** [1] - 299:20
**Propulsion** [9] - 284:8, 308:14, 313:3, 326:18, 326:24, 327:3, 333:14, 346:3, 347:6
**protected** [1] - 334:23
**provided** [11] - 310:21, 333:4, 335:8, 336:7, 339:9, 339:24, 339:25, 340:4, 340:19, 341:1, 342:22
**providing** [5] - 296:16, 314:5, 338:25, 339:3, 342:5
**PSG** [1] - 309:21
**pulled** [1] - 342:13
**pulse** [1] - 307:17
**pump** [3] - 299:22,

321:7
**purify** [1] - 319:21
**purpose** [3] - 299:2, 299:4, 310:6
**purposes** [2] - 290:4, 293:7
**pursuant** [4] - 298:1, 309:4, 344:11, 344:22
**pursuing** [1] - 311:21
**purveyed** [1] - 343:1
**purveyor** [6] - 300:6, 300:8, 300:15, 314:21, 317:18, 317:25
**purveyors** [10] - 299:25, 304:5, 307:8, 313:25, 314:1, 314:4, 314:13, 314:15, 320:17, 321:2
**purveyors'** [1] - 299:24
**purview** [1] - 316:11
**put** [7] - 291:4, 292:21, 319:17, 321:8, 334:25, 336:17, 342:13
**putting** [3] - 290:13, 320:16, 341:13
**PX** [2] - 286:1, 294:2

# Q

**Quality** [8] - 283:18, 284:2, 288:9, 298:17, 305:10, 312:14, 329:2, 335:21
**quality** [1] - 299:25
**quantity** [1] - 327:5
**quarterly** [3] - 297:21, 298:1, 313:18
**questions** [11] - 311:9, 326:17, 335:4, 336:19, 339:22, 344:24, 345:2, 345:9, 345:24, 345:25, 348:7
**quite** [1] - 312:2
**quote** [1] - 291:20

# R

**Radian** [2] - 327:18, 332:14
**raise** [1] - 300:18
**raised** [1] - 292:3
**range** [1] - 304:3

**RCRA** [1] - 330:3
**reach** [1] - 307:15
**reached** [2] - 304:10, 348:5
**reaching** [1] - 303:16
**read** [2] - 327:13, 334:9
**reading** [1] - 330:8
**realization** [1] - 347:9
**realize** [3] - 291:2, 308:1, 347:7
**realized** [1] - 303:4
**really** [5] - 311:17, 330:9, 334:3, 349:14, 349:15
**realm** [1] - 343:9
**reassignment** [1] - 282:25
**receive** [4] - 283:17, 283:19, 324:5, 337:16
**received** [11] - 292:21, 295:14, 329:5, 330:21, 331:25, 332:15, 342:16, 345:7, 345:8, 345:20, 346:12
**receiving** [7] - 311:25, 318:4, 318:9, 336:8, 342:16, 344:15, 344:16
**recess** [2] - 328:1, 328:14
**Recess** [1] - 328:15
**recognize** [3] - 330:9, 335:16, 335:22
**recollection** [1] - 345:11
**record** [2] - 311:5, 350:4
**Recovery** [1] - 330:4
**REDIRECT** [1] - 345:4
**Redlands** [63] - 281:24, 282:7, 282:9, 282:15, 282:24, 283:5, 283:7, 283:9, 283:11, 283:14, 283:24, 284:6, 284:13, 286:11, 286:12, 286:14, 286:15, 286:19, 286:20, 286:21, 287:25, 288:1, 288:11, 294:22, 295:12, 299:23, 300:24, 300:25, 304:23, 305:13, 307:16, 312:18, 314:14, 316:11,

317:13, 318:3, 320:16, 321:14, 321:19, 322:3, 322:25, 323:8, 323:9, 324:6, 324:8, 325:21, 325:24, 326:4, 328:23, 329:10, 332:2, 332:17, 332:21, 336:15, 336:21, 337:10, 338:15, 338:16, 338:17, 347:6, 347:8, 347:21, 348:3
**reduce** [2] - 304:6, 319:6
**reduced** [1] - 316:21
**Reed** [3] - 326:25, 327:1, 333:16
**reed** [1] - 327:10
**refer** [5] - 286:19, 344:1, 344:4, 349:11
**reference** [1] - 330:23
**referenced** [4] - 298:21, 300:4, 314:19, 330:20
**referred** [1] - 286:19
**referring** [1] - 308:24
**regard** [2] - 329:10, 337:7
**regarding** [7] - 298:10, 305:17, 309:4, 309:12, 311:10, 314:16, 345:24
**regards** [4] - 296:8, 337:4, 338:24, 344:21
**Regional** [8] - 283:18, 284:2, 288:9, 298:17, 305:10, 312:13, 329:2, 335:20
**regulatory** [1] - 282:13
**related** [2] - 299:9, 309:15
**relative** [2] - 300:24, 322:5
**relatively** [2] - 301:24, 302:2
**released** [3] - 307:14, 322:20, 322:23
**rely** [2] - 311:2, 339:12
**remain** [1] - 343:1
**remedial** [9] - 295:9, 295:11, 295:20, 297:14, 305:25, 306:4, 306:18, 306:19, 338:4
**remediated** [1] -

321:22
**remediating** [2] - 322:4, 322:5
**remediation** [11] - 281:21, 282:15, 282:24, 286:18, 295:17, 295:18, 306:23, 306:25, 337:7, 338:11, 338:18
**remember** [5] - 322:6, 327:5, 334:13, 335:9, 347:18
**removed** [4] - 295:8, 295:11, 295:19, 321:21
**removing** [1] - 320:2
**repeated** [1] - 346:19
**repeatedly** [1] - 311:24
**rephrase** [1] - 308:9
**replace** [1] - 316:4
**replaces** [1] - 295:1
**replacing** [1] - 317:5
**report** [3] - 287:3, 296:14, 342:2
**reported** [1] - 340:18
**REPORTER** [1] - 350:1
**reporter** [1] - 284:21
**reports** [7] - 292:20, 297:21, 298:1, 313:18, 313:19, 313:21, 341:19
**represent** [2] - 292:22, 293:11
**representative** [2] - 304:17, 341:6
**represents** [2] - 292:24, 293:9
**request** [13] - 288:9, 325:11, 325:13, 325:14, 325:15, 325:20, 326:7, 326:9, 326:17, 332:5, 333:13, 337:14, 347:13
**requested** [1] - 332:5
**requests** [1] - 342:9
**require** [4] - 286:22, 317:4, 317:7, 317:9
**required** [5] - 296:11, 297:13, 298:9, 337:9, 338:4
**requirement** [4] - 295:11, 313:9, 313:17, 316:12
**requires** [5] - 296:13, 296:24, 297:5, 297:20, 306:25

**research** [2] - 320:3, 320:5
**reside** [2] - 281:2, 281:3
**residents** [1] - 318:4
**Resource** [1] - 330:3
**respond** [6] - 283:17, 309:14, 311:10, 326:9, 337:17, 342:24
**responded** [1] - 342:18
**responding** [7] - 313:11, 313:25, 323:5, 326:7, 333:12, 342:21, 347:12
**response** [20] - 299:13, 308:23, 309:11, 325:11, 326:11, 326:21, 326:23, 327:7, 327:11, 327:22, 339:1, 339:3, 339:7, 339:24, 340:4, 342:5, 342:9, 342:14, 347:17, 347:20
**responsibilities** [4] - 282:5, 283:15, 306:22, 329:1
**responsibility** [4] - 281:19, 283:6, 283:9, 342:23
**responsible** [4] - 312:18, 341:13, 342:4, 342:5
**results** [5] - 283:19, 283:20, 303:22, 303:24, 312:1
**return** [2] - 282:15, 282:20
**returned** [2] - 282:22, 325:25
**review** [1] - 327:10
**reviewed** [5] - 299:5, 317:16, 317:19, 327:6, 339:4
**reviewing** [3] - 327:9, 327:19, 327:21
**revised** [2] - 292:8, 317:22
**rising** [1] - 315:24
**risk** [6] - 302:19, 310:11, 310:16, 311:2, 311:3, 311:7
**Risk** [1] - 310:14
**Riverside** [13] - 281:9, 281:13, 285:4, 300:6, 317:14,

318:15, 318:19, 318:20, 318:22, 319:6, 319:11, 323:10, 324:10
**rocket** [2] - 301:17, 301:19
**Rogers** [1] - 310:3
**role** [10] - 281:20, 282:2, 282:8, 283:3, 283:16, 283:17, 300:25, 307:1, 309:1, 313:11
**roughly** [1] - 331:24
**ruled** [1] - 289:24
**run** [1] - 321:6

## S

**safe** [2] - 283:22, 321:1
**salt** [1] - 301:16
**salts** [1] - 320:13
**sample** [4] - 287:17, 302:4, 302:5, 302:9
**samples** [3] - 288:12, 302:11
**sampling** [5] - 296:4, 311:16, 311:18, 311:22, 344:7
**San** [1] - 301:9
**sat** [2] - 299:6, 326:19
**satisfied** [1] - 318:1
**saw** [4] - 288:15, 334:1, 337:16, 347:4
**schedule** [6] - 296:3, 296:16, 297:15, 308:22, 312:25, 344:6
**science** [3] - 281:8, 281:12, 311:8
**sciences** [3] - 281:13, 329:15, 329:16
**scope** [1] - 327:6
**season** [1] - 307:17
**second** [3] - 285:18, 335:11, 335:12
**section** [1] - 305:21
**see** [37] - 282:10, 286:14, 287:8, 294:14, 295:6, 295:25, 296:9, 298:7, 298:15, 301:21, 302:8, 303:13, 303:20, 305:2, 306:1, 306:11, 307:17, 312:7, 315:6, 318:13, 321:4, 321:5, 321:6, 321:7,

324:5, 327:16, 332:19, 333:24, 334:2, 334:4, 334:24, 335:18, 335:19, 336:6, 340:11, 349:17
**seek** [1] - 336:20
**send** [2] - 302:4, 302:5
**senior** [1] - 332:20
**sense** [1] - 323:2
**sent** [5] - 302:11, 325:13, 325:14, 325:15, 347:21
**sentence** [1] - 336:3
**separate** [2] - 293:12, 323:12
**September** [1] - 325:20
**series** [6] - 286:25, 288:11, 310:15, 314:25, 319:18, 332:4
**served** [1] - 314:11
**Services** [15] - 300:2, 300:7, 301:8, 301:10, 301:14, 302:10, 302:24, 303:6, 303:15, 304:3, 304:16, 304:19, 314:17, 316:23, 347:2
**serving** [1] - 304:7
**set** [7] - 310:11, 311:1, 316:24, 317:2, 327:17, 346:10
**sets** [2] - 286:25, 302:14
**setting** [1] - 304:3
**settlement** [1] - 348:5
**shall** [6] - 295:24, 296:2, 296:3, 305:22, 305:23, 343:18
**sharing** [2] - 311:24, 312:1
**sheets** [2] - 321:8, 321:9
**shelf** [1] - 320:4
**shifted** [1] - 318:2
**short** [3] - 286:21, 326:15, 328:14
**shortly** [2] - 322:25, 342:16
**show** [4] - 323:24, 335:10, 335:11, 335:22
**showed** [3] - 285:4, 287:21, 323:23
**showing** [1] - 323:25
**sides** [1] - 291:14

**signature** [1] - 340:13
**similar** [1] - 319:22
**simply** [1] - 302:19
**single** [2] - 343:8, 343:9
**sit** [1] - 294:5
**site** [47] - 281:24, 284:8, 284:13, 284:14, 284:15, 284:21, 286:11, 286:20, 287:25, 288:3, 288:5, 288:11, 288:14, 288:16, 288:17, 288:18, 288:19, 301:15, 301:18, 304:23, 307:16, 307:18, 307:21, 308:3, 308:14, 312:4, 313:7, 321:15, 322:17, 323:4, 323:8, 326:4, 329:10, 332:2, 332:17, 332:21, 332:24, 333:23, 334:1, 338:16, 346:3, 346:13, 346:18, 347:6, 347:8
**sites** [1] - 330:5
**skip** [1] - 296:13
**slightly** [1] - 295:2
**smaller** [4] - 292:12, 292:15, 292:16
**smoke** [4] - 284:18, 287:7, 287:8
**soil** [1] - 313:2
**solid** [2] - 301:17, 301:19
**solid-rocket** [2] - 301:17, 301:19
**sometimes** [1] - 314:4, 321:5
**soon** [1] - 329:4
**Sorenson** [2] - 340:14, 340:18
**sorry** [5] - 285:17, 294:8, 338:9, 346:7, 348:10
**sort** [2] - 290:3, 295:23
**sound** [1] - 311:8
**sounds** [1] - 314:23
**source** [21] - 287:25, 288:3, 288:5, 288:19, 307:18, 307:22, 307:23, 313:3, 324:2, 332:17, 332:18, 332:19, 332:22, 332:25, 336:4,

337:1, 337:3, 346:10, 346:13, 346:17, 347:1
**sources** [5] - 307:21, 316:4, 320:25, 346:21, 346:22
**southwest** [1] - 324:9
**space** [1] - 287:12
**speaking** [10] - 288:21, 296:8, 310:23, 313:5, 322:2, 327:2, 327:9, 327:20, 341:3
**speaks** [1] - 340:21
**special** [1] - 330:3
**specialized** [2] - 281:10, 322:8
**specific** [2] - 329:9, 341:22
**specifically** [4] - 286:25, 298:9, 309:13, 322:9
**specifics** [1] - 300:5
**speculation** [1] - 323:17
**spent** [1] - 322:12
**staff** [8] - 281:21, 285:3, 299:7, 301:6, 304:17, 304:20, 315:17, 315:18
**staining** [1] - 334:4
**stakeholders** [1] - 283:21
**stamp** [1] - 340:8
**standard** [7] - 301:23, 307:7, 307:9, 311:2, 331:17, 331:18, 331:19
**standards** [5] - 300:12, 300:13, 302:22, 314:10, 331:15
**Stanley** [1] - 292:6
**start** [1] - 284:20
**started** [4] - 312:24, 329:8, 329:13, 332:8
**starting** [1] - 345:19
**State** [3] - 331:19, 342:17, 342:20
**state** [7] - 281:1, 300:23, 301:15, 301:20, 307:6, 331:18, 337:17
**statement** [1] - 336:6
**states** [2] - 297:12, 305:23
**States** [6] - 309:21, 310:3, 328:17, 345:6, 345:23, 347:11

**statutory** [1] - 343:18
**stayed** [1] - 282:15
**steel** [1] - 319:18
**step** [3] - 313:10,
342:21, 348:12
**steps** [1] - 314:25
**still** [12] - 305:13,
309:18, 316:12,
318:7, 318:9, 320:8,
321:21, 321:23,
334:12, 338:4, 341:6
**stop** [2] - 304:7, 328:5
**stretching** [1] - 316:9
**strongly** [1] - 334:24
**structure** [1] - 321:7
**stuck** [1] - 339:20
**studies** [12] - 310:15,
310:17, 310:19,
310:20, 311:4,
311:6, 320:6,
327:14, 327:15,
327:17, 327:21,
339:9
**study** [8] - 309:16,
309:17, 309:18,
309:24, 310:4,
310:7, 310:20,
327:16
**studying** [1] - 347:3
**stuff** [3] - 291:5,
294:6, 334:25
**subject** [3] - 298:18,
298:21, 343:10
**submission** [2] -
306:23, 313:19
**submit** [12] - 289:13,
296:3, 296:14,
296:24, 297:14,
297:21, 298:1,
298:10, 299:5,
305:23, 306:17,
313:18
**submitted** [6] -
290:24, 290:25,
292:20, 299:14,
313:21, 341:18
**submitting** [2] -
298:20, 299:2
**subsequent** [1] -
342:16
**substances** [1] -
329:24
**Substances** [5] -
325:12, 326:10,
342:6, 347:13,
347:25
**subsurface** [1] - 313:2
**sufficient** [3] - 296:4,
297:6, 319:8
**suggestion** [1] -

299:13
**suing** [1] - 348:8
**suitable** [1] - 300:11
**Sullivan** [3] - 326:11,
326:14, 335:22
**SULLIVAN** [2] - 290:7,
349:4
**summarize** [1] -
283:20
**superfund** [3] -
281:23, 330:4, 330:5
**supplied** [1] - 315:1
**supplies** [1] - 321:10
**supply** [12] - 283:21,
283:23, 307:4,
314:22, 315:10,
315:12, 315:16,
316:8, 317:4,
317:17, 319:8,
342:25
**Supply** [1] - 334:18
**supporting** [1] -
289:11
**surveying** [1] - 321:3
**sustained** [3] -
324:18, 324:22,
336:22
**system** [6] - 315:19,
315:25, 319:7,
319:16, 319:22,
319:24
**systems** [6] - 303:20,
307:6, 319:5,
319:11, 319:15,
321:24

---

**T**

**tab** [22] - 285:25,
286:6, 289:2,
294:12, 295:22,
298:5, 298:13,
298:15, 304:25,
305:3, 305:6,
308:17, 308:21,
312:5, 312:8, 315:4,
315:9, 318:11,
325:1, 325:3, 338:8,
338:9
**table** [1] - 320:13
**tank** [2] - 319:20,
319:22
**task** [5] - 296:11,
296:20, 296:22,
296:24, 306:6
**tasker** [2] - 343:9,
343:12
**taskers** [6] - 331:5,
343:6, 343:10,

343:13, 343:19,
343:20
**tasks** [6] - 343:22,
343:23, 344:1,
344:5, 344:6, 344:9
**TCE** [73] - 284:7,
284:13, 286:10,
286:19, 287:4,
287:11, 287:18,
287:25, 288:12,
288:16, 288:18,
295:12, 298:11,
299:23, 299:25,
300:13, 300:14,
304:12, 307:12,
308:1, 308:13,
311:16, 313:25,
314:7, 314:16,
314:24, 316:8,
316:13, 317:15,
318:21, 318:23,
319:7, 319:16,
319:23, 321:1,
322:5, 322:20,
322:23, 323:6,
323:7, 324:4, 324:5,
329:12, 329:17,
329:18, 329:21,
329:23, 330:1,
330:9, 330:11,
330:12, 331:6,
331:14, 331:19,
332:17, 333:19,
336:5, 337:1, 337:3,
343:2, 345:24,
346:11, 346:13,
346:16, 346:19,
347:1, 347:4, 347:7
**TCE-driven** [1] -
329:21
**team** [1] - 299:7
**technical** [3] - 283:16,
329:4, 343:23
**technique** [1] - 322:9
**technology** [2] -
320:5, 322:7
**tentative** [1] - 316:24
**tenure** [2] - 313:20,
348:3
**TERA** [1] - 310:14
**term** [3] - 284:17,
313:24, 343:24
**terms** [2] - 290:25,
333:7
**testified** [5] - 324:21,
336:25, 337:4,
338:24, 341:11
**testifying** [2] - 344:20,
346:4
**testimony** [2] -

333:12, 339:17
**testing** [1] - 346:19
**textbooks** [1] - 330:8
**THE** [112] - 285:17,
285:19, 286:1,
286:13, 286:14,
286:16, 289:4,
289:14, 290:3,
290:11, 290:19,
291:2, 291:9,
291:12, 291:18,
291:23, 292:3,
292:11, 292:14,
292:22, 292:24,
293:2, 293:7,
293:15, 293:18,
293:25, 294:2,
294:4, 302:14,
302:18, 308:8,
321:11, 321:13,
321:14, 321:16,
321:17, 321:20,
322:11, 322:13,
323:18, 323:20,
324:18, 324:21,
328:1, 328:5,
328:11, 328:14,
328:16, 329:12,
329:15, 329:16,
329:17, 329:23,
330:1, 330:6, 330:8,
330:13, 330:15,
330:18, 333:1,
333:2, 333:7,
333:11, 333:15,
333:16, 333:18,
333:20, 333:24,
334:1, 334:5, 334:6,
334:11, 334:15,
334:16, 334:20,
334:21, 334:25,
335:2, 335:3, 335:6,
335:13, 336:9,
336:22, 338:9,
338:11, 338:13,
338:15, 338:16,
338:18, 338:20,
338:22, 340:8,
340:11, 340:22,
341:5, 341:22,
343:20, 343:25,
344:18, 344:23,
345:1, 345:14,
346:5, 348:8,
348:10, 348:12,
348:19, 348:22,
348:25, 349:2,
349:5, 349:9
**thereafter** [1] - 342:17
**thinking** [2] - 301:19,

307:10
**three** [2] - 289:6,
327:19
**throughout** [1] - 348:2
**thrust** [1] - 342:23
**Thursday** [1] - 349:7
**title** [1] - 286:15
**today** [11] - 291:7,
294:15, 303:10,
305:4, 312:9, 315:7,
318:8, 318:14,
325:4, 327:2, 328:5
**together** [5] - 321:8,
338:17, 341:13,
342:13, 342:14
**tomorrow** [9] - 328:4,
328:6, 328:7,
328:10, 348:14,
348:15, 348:19,
349:5, 349:17
**took** [6] - 283:2,
288:6, 301:5,
309:13, 310:19,
342:18
**top** [4] - 295:23,
335:11, 335:15,
336:10
**tor** [1] - 293:2
**touch** [1] - 338:6
**tour** [1] - 334:16
**towards** [4] - 287:8,
287:9, 299:21
**Toxic** [5] - 325:12,
326:10, 342:6,
347:13, 347:24
**toxicologists** [1] -
311:6
**Toxicology** [1] -
310:13
**trades** [1] - 320:14
**transcript** [2] - 334:9,
350:4
**transmitted** [1] -
298:25
**treat** [5] - 299:22,
317:15, 319:16,
319:24
**treatment** [11] - 307:5,
317:14, 318:18,
318:24, 318:25,
319:2, 319:5,
319:10, 319:15,
321:24, 323:7
**trial** [4] - 289:6,
289:10, 293:10
**trouble** [1] - 343:21
**trying** [2] - 323:2,
327:12
**turn** [3] - 286:24,
309:10, 318:10

362

turned [2] - 320:6, 342:20
two [18] - 285:4, 289:6, 290:15, 291:4, 291:15, 292:4, 292:22, 293:8, 293:11, 295:6, 295:19, 323:9, 323:12, 327:20, 334:7, 339:6, 348:2
type [1] - 317:9
types [1] - 327:15

## U

U.S [3] - 335:10, 338:6, 338:24
ultimately [2] - 291:13, 348:4
under [5] - 296:2, 300:1, 314:8, 316:11, 340:19
underneath [1] - 343:18
understood [1] - 343:25
undertake [1] - 286:23
unit [3] - 281:22, 282:3, 329:20
United [6] - 309:20, 310:3, 328:17, 345:6, 345:23, 347:11
universe [1] - 291:13
University [2] - 281:9, 281:13
unless [1] - 290:9
up [19] - 290:5, 290:18, 302:14, 304:20, 310:15, 317:11, 320:7, 324:13, 337:25, 339:21, 340:25, 341:16, 341:18, 341:21, 345:19, 346:15, 348:24
update [2] - 291:14, 307:4
updated [1] - 293:24
utilized [1] - 309:19

## V

Valley [1] - 301:9
varied [1] - 316:23
verbally [1] - 299:9
version [1] - 292:9
versions [1] - 317:22

vertical [1] - 296:5
vessel [1] - 319:18
vessels [1] - 319:19
vice [1] - 340:16
view [1] - 291:16
visit [1] - 334:1
voluntarily [4] - 288:8, 331:12, 344:14, 345:19
voluntary [4] - 332:4, 336:13, 344:19, 344:21
voted [1] - 332:24

## W

wastes [2] - 333:22, 333:23
Water [8] - 283:18, 284:2, 288:9, 298:17, 305:10, 312:13, 329:2, 335:21
water [109] - 283:21, 283:23, 283:25, 284:23, 285:2, 285:3, 285:11, 285:13, 288:12, 299:13, 299:24, 299:25, 300:6, 300:8, 300:9, 300:10, 300:12, 300:15, 300:16, 300:17, 300:18, 301:2, 301:6, 301:9, 302:5, 303:20, 304:5, 304:7, 304:17, 304:20, 307:4, 307:6, 307:7, 307:8, 307:16, 311:2, 311:21, 311:24, 313:24, 314:1, 314:3, 314:6, 314:11, 314:12, 314:15, 314:21, 314:22, 315:2, 315:10, 315:12, 315:16, 315:17, 315:18, 316:3, 316:4, 316:5, 316:7, 317:1, 317:2, 317:4, 317:15, 317:16, 317:19, 317:21, 317:25, 318:5, 318:9, 319:9, 319:13, 319:14, 319:21, 319:22, 319:23, 319:25, 320:15, 320:17, 320:18, 320:22,

320:24, 321:2, 321:10, 326:2, 326:5, 329:6, 330:15, 330:16, 330:21, 331:1, 331:16, 332:5, 333:4, 334:6, 335:9, 336:7, 342:18, 342:22, 342:25, 343:1, 343:10, 344:11, 345:8, 345:11, 345:16, 345:19, 347:22, 348:4
wellhead [1] - 321:8
wells [30] - 287:16, 287:18, 288:11, 288:15, 296:5, 297:6, 299:22, 303:20, 311:16, 311:17, 313:2, 315:24, 316:4, 317:5, 317:7, 318:19, 318:20, 318:21, 318:22, 319:6, 320:18, 321:23, 324:1, 324:4, 324:10, 324:11, 331:9, 346:18
wessman [1] - 334:7
west [7] - 284:7, 284:8, 284:13, 286:10, 286:20, 324:7, 324:8
wet [1] - 307:17
whereas [1] - 313:5
widely [1] - 322:7
Wiley [1] - 348:21
William [2] - 326:11, 335:22
willing [2] - 314:21, 337:22
witness [3] - 290:14, 328:2, 328:5
WITNESS [28] - 285:19, 286:14, 302:18, 321:13, 321:16, 321:20, 322:13, 323:20, 329:15, 329:17, 330:1, 330:8, 330:15, 333:2, 333:11, 333:16, 333:20, 334:1, 334:6, 334:16, 334:21, 335:2, 338:13, 338:16, 338:20, 340:11, 343:25, 348:10

witnesses [4] - 339:8, 339:10, 339:20
Woodward [4] - 327:16, 332:9, 332:11, 336:24
Woodward-Clyde [3] - 327:16, 332:9, 332:11
Woodward-Clyde's [1] - 336:24
word [1] - 343:20
wording [1] - 296:9
words [2] - 314:9, 344:17
worried [1] - 310:9
Wright [3] - 328:7, 328:9, 348:21
written [1] - 335:20

## Y

year [4] - 282:14, 283:1, 303:19, 333:1
years [6] - 282:4, 283:7, 310:5, 323:23, 343:2, 346:25

## Z

ZILIOLI [1] - 349:1