UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LOCKHEED MARTIN CORPORATION,   .
                               .
          Plaintiff,           .
                               .  CA No. 08-1160 (ESH)
     v.                        .
                               .
UNITED STATES OF AMERICA,      .  Washington, D.C.
                               .  Wednesday, February 12, 2014
          Defendant.           .  9:43 a.m.
                               .
. . . . . . . . . . . . . . . . Page 364 - 504

                  DAY 3 - A.M. SESSION
               TRANSCRIPT OF BENCH TRIAL
          BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
               UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:            MICHAEL K. MURPHY, ESQ.
                              RAYMOND B. LUDWISZEWSKI, ESQ.
                              JUSTIN A. TORRES, ESQ.
                              STACIE B. FLETCHER, ESQ.
                              DAVID FOTOUHI, ESQ.

                              Gibson, Dunn & Crutcher, LLP
                              1050 Connecticut Avenue, NW
                              Washington, DC 20036-5306
                              (202) 955-8238

For the Defendant:            JOHN E. SULLIVAN, ESQ.
                              ERICA M. ZILIOLI, ESQ.
                              JESSICA O'DONNELL, ESQ.
                              JUSTIN D. HEMINGER, ESQ.
                              JENNIFER E. POWELL, ESQ.
                              WILLIAM D. JOHNSON, ESQ.

                              U.S. Department of Justice
                              ENRD / Environmental Defense
                              Section
                              601 D Street, NW
                              Suite 8000
                              Washington, DC 20026-3986
                              (202) 305-0365

Court Reporter:              BRYAN A. WAYNE, RPR, CRR
                                   Official Court Reporter
                                   U.S. Courthouse, Room 6714
                                   333 Constitution Avenue, NW
                                   Washington, DC 20001
                                   (202) 354-3186

Proceedings reported by machine shorthand.  Transcript produced by computer-aided transcription.

P R O C E E D I N G S

THE DEPUTY CLERK:  Civil action 08-1160, Lockheed Martin Corporation v. United States of America.

MR. TORRES:  Your Honor, Lockheed calls to the stand Dr. Bernard Tod Delaney.

THE COURT:  Okay, fine.  Is your other witness feeling better, I hope?  I think the more likely scenario is it won't be till Friday.

MR. MURPHY:  I think that's right, Your Honor, but he could go tomorrow if we do have trial tomorrow.

(Witness takes the stand.)

THE COURT:  Good morning.

THE WITNESS:  Good morning.

**BERNARD TOD DELANEY, WITNESS FOR THE PLAINTIFF, SWORN**

DIRECT EXAMINATION

BY MR. TORRES:

Q.   Dr. Delaney, did you give an affidavit in this matter?

A.   Yes.

Q.   And does that affidavit contain your opinion to a reasonable degree of scientific and professional certainty in your field?

A.   Yes.

Q.   And do you adopt that affidavit as your testimony today?

A.   Yes.

MR. TORRES:  Tender the witness.

```
 1              THE COURT:  Okay.
 2                          CROSS-EXAMINATION
 3              MR. SULLIVAN:  Your Honor, I have to apologize.
 4    We provided you another cross-examination binder.
 5              THE COURT:  I know.  I've given up complaining.
 6              MR. SULLIVAN:  There is good news here, Your Honor.
 7              THE COURT:  The trees don't matter anymore?
 8              MR. SULLIVAN:  They do; it's all recycled.  There's
 9    only one new exhibit here that's not in one of the binders, and
10    that will be the first one.  It's just a photograph.
11              THE COURT:  How are we keeping track of the first one?
12              MR. SULLIVAN:  I will identify for the record, and
13    I'll identify it as an exhibit number, talk to the witness about
14    it and ask that it be admitted.
15              THE COURT: Okay.  Just tell me which one it is, though.
16              MR. SULLIVAN:  It is U.S. Exhibit 1203.
17              THE COURT:  Okay.  1203 is the first one that you've
18    admitted that wasn't on the disc?
19              MR. SULLIVAN:  I think it may be.
20              THE COURT:  Was there any in the prior binders?  Were
21    there any?  Just so we can get this record clear, we're going
22    with what's on the disc, and then the government's, the U.S.,
23    has introduced 1203.  All right.  Go ahead.
24              MR. SULLIVAN:  And, Your Honor, the way the binder's
25    organized is Plaintiff's exhibit, first in chronological order,
```

1    and the United States' exhibits second in chronological order.

2                          CROSS-EXAMINATION

3    BY MR. SULLIVAN:

4    Q.    Good morning, Dr. Delaney.

5    A.    Good morning.

6    Q.    You actually have visited the Redlands site, haven't you?

7    A.    Yes, on two occasions.

8    Q.    In fact, on one occasion you inspected the Evaporation Pit

9    61.  Is that correct?

10   A.    Yes, I did.

11   Q.    Why don't you open your binder to U.S. Exhibit 1203.

12   A.    Is it near the front or the back?

13   Q.    It's in the back.  The U.S. exhibits are second,

14   plaintiff's exhibits are the first, so it'll be way in the back,

15   maybe even the last exhibit.

16   A.    It is.

17   Q.    Dr. Delaney, have you ever seen this photograph before?

18   A.    Yes.  I took it.

19   Q.    You took it, okay.  And what is this photograph of?

20   A.    This is one of the evaporation pits at the Redlands

21   facility.  This particular evaporation pit primarily served the

22   mixing station in Building 52, and it also was the evaporation

23   basin that the materials went to from Building 77, the grinding

24   building.

25   Q.    From the North Sump in Building 77, correct?

1    A.    Specifically, yes, the North Sump.

2    Q.    I take it that's not you standing in the middle of the

3    evaporation pit, correct?

4    A.    No.  As I said --

5             THE COURT:  That would be quite a selfie if it were.

6         (Laughter)

7             MR. SULLIVAN:  Well, you never know.

8             THE WITNESS:  No.  As I said during my deposition, my

9    hair wasn't even that brown then.

10            MR. SULLIVAN:  Okay.

11   BY MR. SULLIVAN:

12   Q.    And this evaporation pit is pretty shallow.  Do you remember

13   roughly the depth of it?

14   A.    I went back and looked at one of the diagrams, and I think

15   it's basically three feet at the edge and about four feet in the

16   center line.

17   Q.    Just roughly, what are the dimensions?  How wide and long

18   is it?

19   A.    I believe this is 40 by 60 feet.

20   Q.    I take it you would agree that the purpose of this pit is

21   to evaporate any wastewater or solvent poured into it?

22   A.    Correct.

23   Q.    And when you inspected this facility, you found no cracks

24   or holes in the walls or floor that would cause it to leak into

25   the ground; is that correct?

A.   I found none that would have been there at the time that it was used.  As you can see by the wall, there is a rather large chunk of the wall that's been taken out.

Q.   But based upon your inspection at the time, you found no holes or cracks that you believe existed at the time it was operated that would have caused percolation into groundwater.

A.   That's correct.

Q.   Now, you also inspected Building 77 on one of your visits, didn't you?

A.   On both visits.

THE COURT:  Can I have a date for when you were conducting your visits?

THE WITNESS:  The first one was in 2000, and the second one was in 2008.

THE COURT:  Were you hired as part of the remediation efforts by Lockheed?

THE WITNESS:  No.  In both of those instances, I was hired as a consulting expert with Lockheed Martin with regards to the two issues that were up at that time.

THE COURT:  You mean for this case in particular?

THE WITNESS:  Not for this case.  It was for two other cases.

THE COURT:  What happened in those cases, Mr. Murphy?  There was a tort litigation in California, and the other one was the...

1      MR. MURPHY:  It was the ASPCA case, Your Honor.  It

2 was indemnity litigation.  I think the United States government

3 submitted some of those pleadings in its trial binders.

4      THE COURT:  Okay.  Well, just summarize, in case

5 I missed that in the trial binders.

6      MR. MURPHY:  It was the Air Force and Lockheed Martin

7 had a contract litigation that was before the Armed Services

8 Board of Contract Appeals.  That dealt with the SRAM indemnity

9 that we talked about yesterday.

10      THE COURT:  Is this the one Boeing was involved in

11 too, and they withdrew their indemnity claim at some point?

12      MR. MURPHY:  Because Boeing was the prime contract,

13 Your Honor, Lockheed Martin's indemnity had to flow through

14 Boeing because they were the ones in privity with the Air Force

15 at the time.

16      THE COURT:  So the upshot was that it didn't proceed?

17      MR. MURPHY:  That litigation was dismissed by Lockheed

18 Martin, Your Honor.

19      THE COURT:  And it was against whom?

20      MR. MURPHY:  It was against the Air Force. `

21      THE COURT:  Was it for cleanup costs or for something

22 else?

23      MR. MURPHY:  It was for both the toxic-tort costs,

24 Your Honor, as well as the remediation cost.

25      THE COURT:  Do you get to get two bites at the apple?

1          MR. MURPHY:  Well, Your Honor, here we're not seeking

2    enforcement of the indemnity as part of the contract.  It's part

3    of the equitable allocation.  So we don't consider that

4    enforcement of the indemnity, to begin with.  It's just part of

5    the equitable factors.  And again, that case was dismissed for

6    various reasons.

7          THE COURT:  And the pleadings appear where in your

8    exhibits, if you can remind me?

9          MR. SULLIVAN:  Yes, Your Honor.  We have submitted

10   pleadings related to the ASPCA case in the Indemnification

11   section of our binder.

12         THE COURT:  Can you give me a number or two here?

13   I don't keep them all in mind here.

14         MR. SULLIVAN:  Just one second, Your Honor.

15         THE COURT:  And the second was a torts litigation in

16   California?

17         MR. MURPHY:  Yes.  That was the toxic tort litigation,

18   Your Honor.

19         THE COURT:  Who brought it?

20         MR. MURPHY:  That was brought by over 800 plaintiffs

21   in 1997-98 time frame, Your Honor.

22         THE COURT:  Were they residents of the area?

23         MR. MURPHY:  They were residents of Redlands,

24   California, who were alleging that they had been contaminated by

25   the TCE and the perchlorate, Your Honor.

1          THE COURT:  And who were the defendants?

2          MR. MURPHY:  Lockheed Martin Corporation.

3          THE COURT:  Only?

4          MR. MURPHY:  Only.

5          THE COURT:  And what happened to that?

6          MR. MURPHY: That was settled in 2006 or '7, Your Honor.

7    It was several -- that went up to the California Supreme Court

8    on a couple of occasions on class cert.  There was a dismissal

9    of the first 50 test plaintiffs in that case, Your Honor, and

10   then the case settled a year or two after those first 50 test

11   plaintiffs were -- the Court dismissed their claims.  So the

12   Court had organized a mass tort to bellwether plaintiffs, and so

13   it was -- it took a new years.  The Court dismissed the first 50

14   claims that came up.

15         THE COURT:  Why?  On causation grounds?

16         MR. MURPHY:  I'm trying to remember the exact reason,

17   Your Honor, but we had gotten a couple of their experts dismissed,

18   and there was also a California rule that if you don't come to

19   trial in a certain amount of time, I believe that you -- and the

20   plaintiffs weren't able to get to trial in a certain amount of

21   time.  So while the second bellwether plaintiff group was up,

22   the case settled.

23         THE COURT:  Is it a public settlement or confidential?

24         MR. MURPHY: It's a confidential settlement, Your Honor.

25         THE COURT:  Okay.  Did you have an exhibit for the

1   indemnification pleadings?

2          MR. SULLIVAN:  Yes.  It's in the SRAM Indemnification

3   section of the binder, exhibits 74, 78, and 83.

4          THE COURT:  All right.  Sorry to interrupt.

5          MR. MURPHY:  One other point, Your Honor.  I just want

6   to make the point that the ASPCA case settled shortly after the

7   toxic-tort case settled.

8          THE COURT:  Wait a minute.

9          MR. MURPHY:  I'm sorry, the ASPCA case was dismissed

10  by Lockheed Martin shortly after the toxic tort litigation was

11  settled.  I just want to make sure the timeline is correct.  So

12  the toxic tort case settled, and then Lockheed Martin thereafter

13  dismissed the ASPCA case.  Then, again, those toxic-tort costs

14  were part of the ASPCA case.

15         THE COURT:  Well, I assume that the remediation costs

16  were being included in that litigation; it wasn't just the harm

17  to individuals.

18         MR. MURPHY:  That's right.  That's right, Your

19  Honor, and that's what we're proceeding to do within this case,

20  Your Honor.

21         THE COURT:  Okay.  Sorry, go ahead.

22         MR. SULLIVAN:  I'd just like to add one issue

23  about the ASPCA dismissal.  It was dismissed at a time when

24  summary judgment motions were pending about whether the SRAM

25  indemnification clauses should apply to the Air Force for

1    cleanup costs and tort costs.

2              THE COURT:  In those pleadings, did you talk about the

3    facilities contract too, do you know?

4              MR. SULLIVAN:  We, in our binder, have talked about --

5              THE COURT:  No, no.  I mean in the ASPCA pleadings.

6    Did they cover the facilities contract, or only the larger?

7              MR. SULLIVAN:  I believe it was only the SRAM

8    indemnification contract, but I was not involved in that case,

9    Your Honor.

10             THE COURT: This must be a lifetime job for some people.

11             MR. SULLIVAN:  This was handled by Air Force counsel.

12             THE COURT:  Do you want to stand up and say it's been

13   a lifetime for you?

14        (Laughter)

15             MR. MURPHY:  No, Your Honor.  It feels like it.

16   I just want to point out that we did not represent Lockheed

17   Martin in the indemnity case either, Your Honor.

18        (Laughter)

19             MR. MURPHY:  Just throwing that out there.

20             THE COURT:  Just to make it clear.  Do you have an

21   answer, Mr. Murphy, before you sit down, about why Boeing never

22   got sued?  You could have sued Boeing, couldn't you?

23             MR. MURPHY:  Boeing was only involved during the SRAM

24   contracts, Your Honor.  That lasted from a certain amount of

25   time, so it was one contract.  As we heard from Dick Johnson

1   yesterday, there are hundreds of --

2           THE COURT:  Thousands, he said.

3           MR. MURPHY:  He said thousands.  I'm going to say

4   hundreds.  There were hundreds of contracts at the site, and

5   Boeing was only involved in one of those contracts.

6           THE COURT:  Only one?  SRAM is the only one?

7           MR. MURPHY:  SRAM is the only one Boeing was involved

8   with.  So their involvement at the site was much more limited

9   than the federal government's.  The documents we see show the

10  government, we believe, more involved in waste disposal

11  activities than Boeing was.  So we don't believe Boeing is --

12  you know, I guess it's open to debate whether they're a PRP or

13  not, but we felt the government was the PRP at the site because

14  it was there for the entire time.

15          THE COURT:  Okay.  So, hypothetically, if one were to

16  find the indemnification contract in SRAM to be important, it

17  doesn't apply to all the contracts or all the activities in

18  these two sites at all.

19          MR. MURPHY:  It involves only the SRAM -- we looked

20  at the two languages yesterday.  There's language in the

21  development contract that lasted from '66 to '70.  That was the

22  one with the "detonation of a missile" language that Mr. Johnson

23  first read.

24          THE COURT:  But that's still only a SRAM contract.

25          MR. MURPHY:  That's only a SRAM contract.  And the

1   development contracts, Your Honor, had the different language

2   with the "toxic and hazardous materials" language you also read,

3   and those production contracts lasted from 1970 until 1975.

4           THE COURT:  Okay.  So the language changed, but still,

5   no one could parse the -- even if the contract applied, it would

6   not be possible to parse the activities particularly, would it?

7           MR. MURPHY:  Between all the contracts and the SRAM

8   contract?

9           THE COURT:  Yeah.  I mean, at any one time at these

10  sites, I take it they were doing more than a SRAM contract.

11          MR. MURPHY:  Yes, Your Honor.

12          THE COURT:  And nobody can say that -- did SRAM only

13  apply to Redlands, or both sites?

14          MR. MURPHY:  SRAM wastes and some SRAM manufacturing

15  went on at Potrero.  So SRAM wastes were burned at Potrero, and

16  also some SRAM manufacturing activities took place at Potrero.

17          THE COURT:  Right.  But back to my other question,

18  nobody can quantify anything for a contract, and no one really

19  knows precisely when contamination took place.  It's just sort

20  of cumulative over time, and so if the indemnification clause

21  gets broader and it's more helpful to you for the last few

22  years, it's hard to parse.

23          MR. MURPHY:  It's very difficult, Your Honor, to parse

24  between...

25          THE COURT:  Okay.  Got it.  I'm sorry, Mr. Sullivan.

1    Yesterday I wasn't feeling well, so now I'm coming back to life.

2    I have to make up for what I didn't learn yesterday.

3         (Laughter)

4         Okay.  Thank you.  Go ahead.

5              MR. SULLIVAN:  I'll have to give you another trial

6    binder.

7              THE COURT:  Oh, that's not what brings me back to

8    life.  I just had a flu.  It's not a trial binder.  Okay.

9    BY MR. SULLIVAN:

10   Q.  Getting back to the photograph that you took, why don't

11   we put that back on the screen.  That's U.S. Exhibit 1203.

12   Dr. Delaney.  Is that a true and accurate copy of that

13   photograph?

14             THE COURT:  It's already been admitted, right?

15             MR. SULLIVAN:  No.  Actually, I don't think it was in

16   our binder.

17             THE COURT:  No, that's why I'm asking, if they have

18   any objection.

19             MR. MURPHY:  No objection.

20             THE COURT:  All right.  It's in.

21                           (U.S. Exhibit No. 1203

22                            received into evidence.)

23   BY MR. SULLIVAN:

24   Q.  Now, you also inspected Building 77, correct?

25   A.  Yes.

1    Q.   Full time.  So you were there, correct?

2    A.   Yes.

3    Q.   Okay.  Let's show U.S. Exhibit 36.

4    A.   Thirty-six?

5    Q.   Yes, 36.  Dr. Delaney, have you ever seen this photo before?

6    A.   Yes.  I took this one also.

7    Q.   What I want to focus on this time, I want to focus on the

8    sumps this time.  I want to focus on the blue doors of the shed.

9    Do you recognize that?

10   A.   The two double-doors, or the --

11   Q.   Yes, the two double doors.  The blue doors there.

12   A.   Yes.

13   Q.   And do you know what those are?

14   A.   Those are the doors that lead into the bottom level of the

15   building where the ammonium perchlorate was loaded into totes.

16   Q.   So that would be called the lower level, the doors to the

17   lower level?

18   A.   Yes.

19   Q.   And were those doors, that shed-looking structure, would

20   that be considered an airlock?

21   A.   That was the airlock, yes.

22   Q.   It's basically to keep the humidity as low as possible in

23   the lower level; is that correct?

24   A.   Yes.

25   Q.   Okay.  And you said that the lower level was a place where

1   there was a hopper, and ground A.P. would be sent down through a

2   tube into the hopper.  Is that correct?

3   A.   Well, I think what I said was a tote.  It could have either

4   been --

5   Q.   Into a tote.

6   A.   -- into a tote bin or a drum.  These particular devices, to

7   carry the ammonium perchlorate, say, up to Building 52 where it

8   would be mixed with a propellant, were connected to the upstairs

9   where the grinding was done by a tube that was locked into the

10  top of the tote.

11  Q.   Okay.  And inside the lower level, there was also a scale,

12  and the tote or drum would sit on the scale so they could weigh

13  the product being ground?

14  A.   Yes.  There was an electronic scale that was dug into the

15  ground or into the concrete about three feet below the floor.

16  Q.   And when you went into the room, you walked around, correct?

17  A.   Yes.

18  Q.   And you didn't see any drain in the floor, correct?

19  A.   At that point in time, I wasn't looking for drains.

20  Q.   You didn't see one?

21  A.   I did not see one.

22           THE COURT:  Where would the drain be?  Where would you

23  be looking for it?

24           MR. SULLIVAN:  It would be in the lower level, below

25  those two doors.

```
1              THE COURT:  Below it, lower than the ground?

2              MR. SULLIVAN:  It would be a drain on the floor.

3    I asked him if he recalled seeing a drain, and he said he didn't

4    recall seeing one.

5    BY MR. SULLIVAN:

6    Q.    Dr. Delaney, when you were in the building, I take it the

7    floor was flat?  There was no indentation or berm in the floor?

8    A.    There was no berm.

9    Q.    There was no indentation in the floor, just a flat floor?

10   A.    Well, there was the indentation around where the scale was,

11   because it was separate from the floor.

12   Q.    Okay.  But otherwise around that, there was no indentation?

13   A.    I don't believe so, no.

14   Q.    So there was nothing to prevent things from going into the

15   building or coming out of the building, correct?  There is no

16   berm or anything to prevent things from going in or out of the

17   building?

18   A.    No, there wasn't any berm.

19   Q.    In fact, Towmotors had to come in to lift the tote full

20   of product off the scale and take it away, correct?

21   A.    It depended on the time, whether it would be physically

22   lifted off the scale or whether it was still on the carrying

23   carriage that went in.  But, yes, it could have been done either

24   way.

25   Q.    Okay.  I'd like to focus now to page 4 of your declaration
```

```
1   and about the applicability of the Dickey Act of 1949 to LPC

2   and GCR.  I'd like you to turn and focus on paragraph 8.

3        Now, Dr. Delaney, you testified on page 4, paragraph 8,

4   that "At the time of LPC's operations, few, if any, environmental

5   laws or regulations govern LPC's operations for manufacturing

6   propellant."  Is that correct?

7   A.   Correct.

8   Q.   And in that same paragraph, you also said that "To the

9   extent there were any restrictions or guidelines on how to

10  handle discharges of material from the manufacturing of

11  propellant, they would have come from process or manufacturing

12  standards approved by the government."  Is that correct?

13  A.   Correct.

14  Q.   Let's move over onto page 5 to paragraph 9 of your

15  declaration.  You testified that "Grinding operations and

16  handling of residual A.P. material were largely unregulated by

17  state and federal regulations."  Correct?

18  A.   Correct.

19  Q.   But then let's go down to paragraph 11.  You then say,

20  "Section 13054 of the California Dickey Act of 1949 required any

21  persons proposing to discharge industrial waste to submit a

22  report of waste discharge."  And that was supposed to include

23  the methods of control of the discharge to prevent pollution to

24  waters of the state; is that correct?

25  A.   It's not entirely correct, because you didn't mention it
```

1    had to be a direct discharge to the waters.

2    Q.   I'm just reading your declarations.  That's what you said.

3    A.   That's what I said.  I'll add that, because that should

4    have been in there, that it had to be a direct discharge.

5    Q.   Okay, well, we'll get to that.  Then you said that "Under

6    Section 13054, the Pollution Control Board was then required to

7    prescribe requirements controlling the nature of the discharge."

8    Correct?

9    A.   Correct.

10   Q.   Just so we're clear, when you refer to the pollution control

11   board, you're talking about the California Water Quality Control

12   Board?

13   A.   Control boards that were set up by -- yes.

14   Q.   And there were regional boards around the state that were

15   set up under the Dickey Act?

16   A.   Yes, there were.

17   Q.   For ease of discussion here today, I'm going to refer to it

18   as the Water Board.  Is that all right?

19   A.   That's fine.

20   Q.   Let's go back to your declaration and go to page 6,

21   paragraph 12.  In paragraph 12, you say, "However, the Dickey

22   Act did not apply to Grand Central Rocket and LPC, et al., until

23   1967, because prior to that time, regional boards could not

24   prohibit indirect discharges to groundwater as Mr. Cain opined

25   occurred at the Redlands site."  Is that correct?

1    A.   That's what is in the document, yes.

2    Q.   In fact, you cited two California Attorney General opinions

3    in support of that in your declaration, didn't you?

4    A.   Yes, I did.

5    Q.   And those are down in footnote 3 at the bottom of page 6,

6    correct?

7    A.   Correct.

8    Q.   Okay.  Let's look at the 1966 opinion which we have marked

9    as U.S. 1175.

10            THE COURT:  Are you going to the question of direct

11   versus indirect?

12            MR. SULLIVAN:  Yes.  We're going to get right to that

13   right now.

14            THE COURT:  I'm sorry, it's U.S. what?

15            MR. SULLIVAN:  U.S. 1175.

16            THE COURT:  You're not a lawyer, though.

17            THE WITNESS:  No, I'm an engineer.

18            THE COURT:  Engineer, okay.

19            MR. SULLIVAN:  Did you find it, Dr. Delaney?

20            THE WITNESS:  Yes.

21   BY MR. SULLIVAN:

22   Q.   Okay.  Now, isn't it fair that this opinion actually

23   discusses two different sections of the Dickey Act?

24   A.   I believe it does.  It's been quite a long time since I've

25   read this entire Dickey Act in detail.

1   Q.   It actually discusses Section 13054 that we just discussed,

2   doesn't it?

3   A.   Yes.

4   Q.   But it also discusses another provision, 13054.3, correct?

5   A.   Yes.

6   Q.   Now, Section 13054.3 relates to the Water Board's power to

7   regulate direct discharges to surface and groundwater, correct?

8   A.   I'm just reading it.

9   Q.   Okay.  Take your time.  Let me know when you're done.

10   A.   Yes.  That's correct.

11   Q.   And a direct discharge is a discharge that actually goes

12   right into surface water like a stream, correct?

13   A.   Yes.

14   Q.   Or somehow goes directly into groundwater like through a

15   well, correct?

16   A.   That would be one mechanism.

17   Q.   But it has to directly go to the water.  That's a direct

18   discharge.

19   A.   The discharge has to go directly into the body without

20   going through any other strata.

21   Q.   Okay.  And an indirect discharge would be one that might

22   have to percolate through the ground.  Like if you dumped

23   something on the ground and it percolated through the ground and

24   it got through the groundwater, that would be an indirect

25   discharge.

1    A.   Yes, and the key to that is, if it got there.

2    Q.   Sure.  Now, let's look at Section 13054.3.  It's quoted at

3    the middle of page 2 in this opinion.  Isn't it true that this

4    section says, "Each regional board, within its region, may

5    specify certain conditions and locations where no direct

6    discharge of sewage or industrial waste will be permitted."

7    Correct?

8    A.   You're starting out with the paragraph that says,

9    "The reference to direct"?

10   Q.   I'm just reading the quote from Section 13054.3, right

11   under "Analysis" in the middle of that page.

12            THE COURT:  He's just quoting a section of this.

13   BY MR. SULLIVAN:

14   Q.   That's what it says, correct?

15   A.   Yes.

16   Q.   Now, let's go to the discussion of Section 13054 which is

17   quoted at the bottom of page 2 and then at the top of page 3.

18   Now, Dr. Delaney, can you read the first sentence of Section

19   13054 for me?

20   A.   Where it starts with "Any person"?

21   Q.   Yes.

22   A.   "Any person proposing to discharge sewage or industrial

23   waste within any region, other than into a community sewer

24   system, shall file with the regional board of that region a

25   report of such proposed discharge."

1    Q.   Now, Dr. Delaney, that provision of Section of 13054 does

2    not mention direct or indirect discharge, does it?

3    A.   Correct.

4    Q.   Now, why don't you read the next sentence into the record.

5    A.   To myself or to the Court?

6    Q.   To the Court.

7    A.   "Upon the request of the regional board, any person

8    presently discharging sewage or industrial waste within any

9    region, other than into a community sewer system, shall file with

10   the regional board of the region a report of such discharge."

11   Q.   And that provision of Section 13054 also doesn't discuss or

12   differentiate between direct or indirect discharges, does it?

13   A.   What the sentence says, it does not.

14   Q.   Now, let's please read the next sentence.

15   A.   "The reporting of a discharge of sewage from family

16   dwellings in any area may be waived by the regional board."

17   Q.   Okay.  Please read the next sentence.

18   A.   "The regional board, after any necessary hearing, shall

19   prescribe requirements as to the nature of such proposed or

20   existing discharge with relation to the conditions existing from

21   time to time, in the disposal area or receiving waters, upon or

22   into the discharge is made or proposed, and notify the person

23   making or proposing the discharge of its action."

24   Q.   Okay.  Now, that portion of Section 13054 also doesn't

25   differentiate between direct and indirect discharges, does it?

1    A.    No.

2    Q.    Okay.  Now please read the final sentence of Section 13054.

3    A.    "Such requirements may be revised from time to time.  After

4    receipt of (*7) of such notice, the person so notified shall

5    provide adequate facilities to meet any such requirements with

6    respect to the discharge of sewage or industrial waste."

7    Q.    And as with the other provisions in Section 13054, that one

8    also doesn't distinguish between direct or indirect discharges,

9    does it, Dr. Delaney?

10   A.    No.

11   Q.    Isn't it true, Dr. Delaney, that this attorney general

12   opinion does not affect -- or does not eliminate the requirement

13   that a person who wants to discharge industrial waste has to

14   file a report of waste discharge with the Water Board?

15   A.    It does if it's going to the waters of the state.

16   Q.    But it doesn't matter whether it's a direct discharge or an

17   indirect discharge, correct?

18   A.    If it's going to the waters of the state.

19   Q.    And sometimes indirect discharges can go to waters of the

20   state, isn't that right, Dr. Delaney?

21   A.    In this particular relationship with Redlands and the

22   evaporation pits, all of the discharges from those industrial

23   operations went to the evaporation pits.

24            MR. SULLIVAN:  That's not my question, Your Honor.

25            THE COURT:  Are we talking about both TCE and A.P., or

1    just A.P.?

2          THE WITNESS:  Well, primarily, both TCE and ammonium

3    perchlorate wastewaters went to the evaporation pits.  In fact,

4    the evaporation pit that we were looking at, 61, there was a

5    concrete platform there where the facility would bring drums of

6    waste material, primarily from TCE, TCA, and other chlorinated

7    organics, and place them in that structure in order to evaporate.

8          THE COURT:  Okay.  We're going to slow down a little

9    bit here.  Are you assuming anything about which sump it went

10   through?  There's a contested issue of fact, as far as I can

11   understand, about whether -- we had a picture of these two sumps

12   before?  Well, one's a north and one's a south?

13         THE WITNESS:  Correct.

14         THE COURT:  You're familiar with that debate?

15         THE WITNESS:  Yes, I am.

16         THE COURT:  Okay.  So what are the premises of that

17   opinion you just gave that all of it flowed?  That's only one

18   building, first of all, right?  What building is that pump at?

19         THE WITNESS:  The sump that we're talking about, the

20   north and the south, is at Building 77.

21         THE COURT:  So is the premise of your statement that

22   everything went through the north pipe?

23         THE WITNESS:  What I'm saying here, Your Honor,

24   is that Evaporation Structure 61 was connected to the mixing

25   Building 52.  So in mixing Building 52, it would receive the

1    waste from the clean-out of the mixing operations plus any storm

2    water.

3              THE COURT:  From 52.

4              THE WITNESS:  From 52.  From 77, the ammonium

5    perchlorate contaminated water that was used within the building

6    over various times that went through the North Sump would then

7    also go into Evaporation Basin 61.

8              THE COURT:  Okay.

9              THE WITNESS:  And also that were not hard-piped to

10   that basin where they would bring drums of waste material from

11   various operations and place those drummed material also into

12   the evaporation basin.

13             THE COURT:  Are you saying that from all the buildings

14   in Redlands, they went to the same evaporation pit?

15             THE WITNESS:  No, it wasn't all the buildings.  There

16   were a number.  I think were between seven and 14 evaporation

17   structures at the facility at various times.

18             THE COURT:  Okay.  So just to make sure I understand

19   the premises of this, it depends on it running through the north

20   and your disagreement with the opposing expert that it didn't

21   go, either by mistake or what have you, through the south.

22             THE WITNESS:  Yes.  That's a major point of contention

23   between the two experts.

24             THE COURT:  Right.  Then second of all, I was a bit

25   confused in reading.  There was a pipe that goes through an

1    evaporation pit, and I think it has to do with the Evacuation

2    Pipe 61?

3              THE WITNESS:  Correct.

4              THE COURT:  There seemed to be a gap.  Am I mistaken

5    that it didn't actually connect?

6              THE WITNESS:  Well, the part that you're talking about

7    there is a gap between Building 52 and the 61 evaporation basin,

8    and you could see in the picture that was up previously where

9    the hole in the wall where the pipe actually came through, and

10   there's a couple of other pictures that I took that show where

11   the pipe stopped and where the pipe would have gone through that

12   wall.

13             THE COURT:  Well, is that proper procedure, to not get

14   to the wall?

15             THE WITNESS:  Well, the problem is, Your Honor, that

16   over the years, scavengers have taken most of the metal out of

17   the various buildings to be sold, and you can see that in two

18   pictures that I took in Building 77.  One has a lot of metal in

19   it, and the next time I was out there, it didn't.  And that's

20   when I took the first picture in 2000 and spoke to the people

21   that were giving me the tour.  They said, no, this was connected

22   to Building 52; somebody just was able to pick up that piece of

23   pipe to be sold.

24             THE COURT:  So it's your testimony that -- does this

25   apply to both the TCE and the A.P., or just one, A.P., that all

 1    waste -- is it also premised on it being washed, the materials

 2    and things being washed inside the building?

 3             THE WITNESS:  If we're talking just about the ammonium

 4    perchlorate and that which was the main focus of what I was

 5    hired --

 6             THE COURT:  We're calling it A.P., okay?

 7             THE WITNESS:  Okay.  The main thing was the drainage

 8    system within Building 77, if you were just using the floor

 9    drains as they originally did to clean the facility, that

10    material would have gone from the floor, into the drain, into

11    the North Sump, and from the North Sump, it would have been

12    pumped then to building 61.  The same is true of building 78,

13    which was the conditioning building.  The drain in that building

14    also connected to that same line and went to the evaporation

15    structure.

16             THE COURT:  My question was whether or not that means

17    that your premise upon the washing of these -- the grinding

18    occurred inside, but there were also washing procedures of things

19    like bags, correct?

20             THE WITNESS:  Yes.

21             THE COURT:  Now, is the premise of your opinion also

22    based on the fact that people had to be washing within the

23    building?

24             THE WITNESS:  No.  That was --

25             THE COURT:  I think it's called "hog-out" in some

```
 1    instances.  I don't know, but --

 2              THE WITNESS:  Say again?

 3              THE COURT:  I've heard the phrase "hog-out."

 4              THE WITNESS:  No, hog-out is something different.

 5    That was when they were taking material out of the motor casing

 6    in order to then reuse the motor casing because something

 7    failed.  That was done at different places within the facility.

 8              THE COURT:  Okay.  So if you were cleaning the baghouse

 9    bags and you did it outside, is it still your assumption that

10    all of that had to go into the pipe, or the drain?

11              THE WITNESS:  Yes.  My assumption is that the

12    knowledge that the operators had in terms of how you handle

13    A.P.-contaminated wastewater, that they would have used the

14    northern sump in order to do their cleaning because they knew

15    that one went to the evaporation basin.  And when you look at

16    the picture, the faucet that we're talking about is always --

17              THE COURT:  Can I have that picture back?  You had it

18    here a minute ago.  You know the one, Building 77?  I think

19    that's what he's talking about.

20              MR. SULLIVAN:  Yeah, that's it.

21              THE COURT:  Yeah, that's it.  You're saying what

22    again?  Wait, when you say they're in the building cleaning,

23    where are they?  In that?  Inside that structure?

24              THE WITNESS:  Well, in the top part of that structure,

25    in the concrete area is where the grinding system was and where
```

1    the baghouse collector was.  So after the material was ground,

2    it went through an airlock and went specifically down into the

3    tote that we talked about earlier.

4        So what they would do is they would take the bags out of

5    the baghouse, and these were 6 foot long by about 4 inches in

6    diameter, tubes very similar to a very, very heavy sock.  And

7    those would then be taken down to that structure that you see on

8    the lower right-hand corner with the red lids.  It's hard to see

9    on that.  You can't see that there's really two sumps there, but

10   the one closer to the building is what we're referring to as the

11   northern sump.

12              THE COURT:  You can press that.  You're saying -- it

13   should work.  (Referring to monitor screen.)

14              THE WITNESS:  Okay.  What I'll try to do is press...

15              THE COURT:  Yeah.  So the yellow dot is next to the

16   red lid on the left.

17              THE WITNESS:  Correct.

18              THE COURT:  You're saying that the workers came out of

19   the garage-looking structure, and went over there and washed it

20   over?

21              THE WITNESS:  No.

22              THE COURT:  Did they take the lid off?  If they're

23   following safety procedures, what would they do?

24              THE WITNESS:  Okay.  Your Honor, what they would

25   probably do is they would not come out with the bags and then

1    come down the stairs.  The concrete that you see in front of the

2    two double-doors led to a driveway that went up and around the

3    building, and you can just see where I'll put a little yellow

4    mark on the side was a loading dock.  So most probably they

5    brought those bags and other things to be washed, down to the

6    washing area on a forklift.

7            THE COURT:  What do you mean by brought it in on a

8    forklift?  Looks to me it's surrounded by a concrete wall.

9            THE WITNESS:  That's only the retaining wall.  Up on

10   top of that wall is a roadway.

11           THE COURT:  Where?

12           THE WITNESS:  You can't see it in this picture.

13           THE COURT:  Okay.  So you're positing -- nobody told

14   you they did this, did they?

15           THE WITNESS:  No.  When I was out there, I was asking

16   people how it would be operated.  I was talking to, at least in

17   the earlier one, one of the members that had actually worked at

18   the facility for a number of years.

19           THE COURT:  Who was that?

20           THE WITNESS:  I think it was a Bogart, the safety guy.

21           THE COURT:  Okay.  So he tells you, you think.

22           THE WITNESS:  Well, I also had either he or another

23   individual with me.  So when we went through things, I would ask

24   how was it done, and he would specify how they did it.

25       So they'd take the equipment out onto the loading platform,

1      put it on either a wagon or on the actual forklifts of a

2      forklift, bring it down the roadway, come down to where the

3      double-doors are on the concrete base that we looked at

4      previously.  Then, over where the little yellow dot is by the

5      left-hand sump, there was -- right at the corner where that

6      arrow is is where the faucet and water pipeline was.  This is

7      about two feet away from the northern sump.

8          So they would have washed those parts either in a bucket

9      right there at the northern sump or on some kind of a structure

10     that looks like it had been there where you could lay these

11     materials out.  Then all they would have to do is lift the lid

12     on the northern sump, and they could very easily pour the

13     material into the northern sump and it would then be transported

14     to Evaporation Basin No. 60, and 61.

15              THE COURT:  Could you point out on this where the

16     south sump is?

17              THE WITNESS:  South sump is directly over here, and

18     you can tell the south sump very easily because at the base of

19     it, right about there, is where the grating is, where the water

20     would go into the southern sump for discharge.

21              THE COURT:  Well, the procedure you just described,

22     is it incorporated in anybody's document, whether it be Lockheed,

23     the U.S. government, or anybody else in how to handle this A.P.

24     water wash?

25              THE WITNESS:  No.  It's not in any document except for

1    the specific parts of telling them to take it from the building

2    and take it down to the faucet and sump to be washed.  It's very

3    similar to when you have to vacuum the bags or vacuum the

4    interior of any of the other pieces of equipment.  They don't

5    tell you which attachment to put on or how to go to vacuum it.

6    They just tell you that it should be done.

7              THE COURT:  Where do you find this, take it from the

8    building, and take it to the sump and to the faucet?

9              THE WITNESS:  I think that's in C023, which is one of

10   the manufacturing process standards.

11             THE COURT:  What's that?

12             MR. SULLIVAN:  It's a manufacturing process standard,

13   Your Honor.

14             THE COURT:  Did you happen to read any testimony that

15   said people didn't like to lift the top because it was so heavy?

16             THE WITNESS:  Beg pardon?

17             THE COURT:  Did you happen to read any testimony that

18   some people didn't want to lift the top because it was so heavy?

19             THE WITNESS:  Yeah.  I have read that, but I personally

20   have lifted that, and I'm not a very large person.

21             THE COURT:  Okay.

22             MR. SULLIVAN:  Your Honor, any more questions?

23             THE COURT:  No.  Go ahead.

24

25   BY MR. SULLIVAN:

1    Q.   Dr. Delaney, I take it you also recall reading the

2    testimony of George Nelson White, correct?

3    A.   Correct.

4    Q.   And George Nelson White said that the oxidizer containing

5    wastewater from behind Building 77 was actually discharged up

6    into the rocks on the dikes surrounding the building?  Isn't

7    that what he said?

8    A.   That's what he said, but he also mentioned that there were

9    two sumps there, and he didn't seem to know where the other sump

10   went to.

11   Q.   No one asked him to clarify which sump, but he did say that

12   the oxidizer containing wastewater was discharged up into the

13   rocks, correct?

14   A.   That's what Mr. White said, but Mr. White was a mechanic.

15             THE COURT:  Okay.  Was he doing the discharge?

16             THE WITNESS:  No, he wasn't.

17             THE COURT:  Was he there on the scene at the time?

18             MR. SULLIVAN:  He said he was.

19             THE COURT:  Where are the rocks?  Do you know?

20             MR. SULLIVAN:  It's the dike.  It's the hill that

21   surrounds the building, Your Honor.

22             THE COURT:  Up there by the trees?

23             MR. SULLIVAN:  Yes.  And we will present evidence

24   about this, Your Honor.

25             THE COURT:  Okay.  And you think the evaporation --

1    well, let's ask this:  So, from your point of view, what caused

2    the contamination of the water?

3                THE WITNESS:  What caused the contamination at the

4    site, or of the water at the site?

5                MR. TORRES:  Objection, Your Honor.  We object on scope.

6                MR. SULLIVAN:  He's never given an opinion about any

7    of this.

8                THE COURT:  I know.  I'm just asking out of curiosity.

9    It's my right here in nonjury trials.

10        So both the soil and the water were contaminated.

11                THE WITNESS:  Yes.

12                THE COURT:  So both.

13                THE WITNESS:  That was primarily caused by the disposal

14    that was recommended and used both by Air Force and others to

15    burn the material in the burn pit area.

16                THE COURT:  So here the burn pits were the --

17                THE WITNESS:  If you look at all of the waste streams

18    that they had and the kind of waste that they were using over a

19    long period of time, and the directives that they had, everything

20    that had propellant in it, whether it was trichloroethylene or

21    TCA, or grindings or any other material, the method of getting

22    rid of that safely was to burn it.  So they would take that

23    material to the burn area.

24        They also, as we were talking earlier, would take drums of

25    TCE that probably came from the degreaser or other operations,

1    and they --

2            THE COURT:  You don't know about the degreaser.

3    That's not your -- you're just reading someone else's opinion on

4    that one, right?

5            THE WITNESS:  Sorry, Your Honor.  I was there and went

6    through -- degreasers are the area that I mainly worked with on

7    the first two cases.  I was just specifically asked on this case

8    to look for the ammonium perchlorate.  So I can say that that's

9    where that material did come, and that material did go to --

10           THE COURT:  Did you end up testifying by deposition or

11   in -- well, obviously not in court.  Were you deposed in both

12   those other actions?

13           THE WITNESS:  No.  I was a consulting expert.

14           THE COURT:  I see.  And what kind of engineer are you?

15   I'm sorry.

16           THE WITNESS:  A bachelor's and master's in chemical

17   engineering, and a doctorate in environmental health engineering.

18           THE COURT:  So, when did everybody in the world wake

19   up to this burn pit problem?  Not the burn pit problem there.

20   You know -- yeah, you must know about burn pits, right?

21           THE WITNESS:  Yes.

22           THE COURT:  Even if you're not being offered as an

23   expert in burn pits today.  So, at some point in time, somebody

24   somewhere must have said that the burn pits that were being used

25   at a certain point in time were not sufficiently environmentally

```
 1   safe.

 2              THE WITNESS:  That's correct, but that didn't occur

 3   until sometime in the late '80s when people started looking to

 4   see where material was, primarily after the Research Conservation

 5   Recovery Act came into effect in '82.

 6              THE COURT:  Were you working at the time in the '60s,

 7   or were you still a --

 8              THE WITNESS:  I got my bachelor's degree in '68, and

 9   I worked for a firm called Universal Oil Products Air Correction

10   Division from '68 to, I guess it was about '69/'70, spent some

11   time in the Army, and then went to work for the Air Force

12   Weapons Laboratory.

13              THE COURT:  So it's fair to say that had something

14   been different with the burn pits back then, we may not have the

15   problem we're sitting here with today?

16              THE WITNESS:  Correct.

17              THE COURT:  Other kinds of procedures, were any of

18   those kinds of procedures in use?  Like the government says

19   Cape Canaveral had burn pans.

20              THE WITNESS:  Well, burn pans came in later on after

21   many years of just having it placed on bare ground, which was

22   the recommended way to do it.

23              THE COURT:  Okay.  Okay, go ahead.  Sorry.

24

25   BY MR. SULLIVAN:
```

1   Q.   Now, you just talked about burn pans not coming about until

2   much later, correct?

3   A.   Correct.

4   Q.   Isn't it true that burn pans were discussed in the Army's

5   manual for the disposal of pyrotechnic material way back in 1951?

6   A.   I have not read that, sir.

7   Q.   Didn't think so.

8        THE COURT:  Mr. Sullivan, there's one key document on

9   this issue which has to do with the manual published in 1961, I

10  think, by the Army.

11       MR. SULLIVAN:  That's the 1951 manual, Your Honor.

12       THE COURT:  Did the government ever change its tune on

13  this -- '51?

14       MR. SULLIVAN:  It's also in the 1968 contractor's

15  manual.  Both the 1951 manual and the 1968 manual, both discuss

16  using burn pans.

17       THE COURT:  Correct.  Now, did you required burn pans?

18  I'm sorry, they both discussed what?

19       MR. SULLIVAN:  They both discussed using burn pans or

20  burning on bare ground.

21       THE COURT:  Is it fair to say that you condoned,

22  acquiesced in, or recommended at least, these burn pits?  Let's

23  put it another way.  Let's assume that Mr. Delaney's testimony

24  is accurate, that 99.9 percent or somewhere up there, and both

25  sites came from burn pits that we now know, at least according

1   to the witness, by 1980 were no longer an acceptable way to get

2   rid of the waste.

3        Can you tell me that there's any reason prior to '74 that

4   this company, given what the government told them, should have

5   done something different?

6             MR. SULLIVAN:  Yes, Your Honor.

7             THE COURT:  And on what basis do you say that?  I can't

8   see it in the face of that manual.

9             MR. SULLIVAN:  Well, first of all, the manual talks

10   about both options.

11             THE COURT:  Well, let me look at it.  I'd like to

12   learn about this as we go.

13             MR. SULLIVAN:  It's cited in Mr. Bauer's declaration.

14             THE COURT:  Can you show it to the witness, too, while

15   we're at it?  I want to know if this is what he's talking about,

16   whether he says the government told us to use these things.

17   There's so much talk about burn pits and whether the government

18   -- which number is it?  U.S. what?  PX 7, and it's attached

19   to -- sorry.  I just found Bauer.

20             MR. SULLIVAN:  Your Honor --

21             THE COURT:  Yeah, just show me what part you're

22   relying on.

23             MR. SULLIVAN:  That would be U.S. Exhibit 134, is the

24   DOD Contractor Safety Manual from 1968.

25             THE WITNESS:  Yeah, this must be a subpart.  Go ahead.

1          MR. SULLIVAN:  And Section 1505.C.(3), that's at page

2     -- and we Bates numbered our exhibits.  So it would be 134.0165

3     to 66.  That would be the discussion of burn pans in 1968.

4          THE COURT:  Okay.  I think I just read this.  Can you

5     enlarge it a little bit, please?  Can you highlight what it is

6     that tells me that?

7          MR. SULLIVAN:  It's 1505.C.

8          THE COURT:  Where's the discussion of burn pans?

9          MR. SULLIVAN:  (3).  It's on the next page.

10         THE COURT:  What's a pyrotechnic material, please?

11    I'm asking the witness.  Is that defined in this manual?

12         MR. MURPHY:  Sorry, can you go back?  It references

13    another section, Your Honor.  This witness has not had a chance

14    yet to fully review this.  This is outside the scope of his

15    testimony.

16         THE COURT:  Well, it may be.  But it's a large portion

17    of this case, and I must say I spend a lot of time... let's look

18    at 1502c.  Do we have it?  What am I looking at, Mr. Murphy?

19         MR. MURPHY:  Excuse me?

20         THE COURT:  What are you asking me to look at?

21         MR. MURPHY:  Well, the section that was up on the

22    screen, Your Honor, references back to another section defining

23    pyrotechnic materials.  I just think it's unfair for a witness,

24    wasn't offering this opinion --

25         THE COURT:  I'm not asking him anything.  I'm trying

1   to read the relevant portions myself.  What am I supposed to be

2   reading?  It's a Bauer exhibit, number -- what is it again?

3   Safety manual is 134?  Now, what are you telling me to read?

4            MR. MURPHY:  1502e, section 2.

5            THE COURT:  I'm happy to have him read it.  Little e.

6            MR. MURPHY:  It's on page 15-2 of Part 15 of the

7   manual.  It's entitled e, explosive dust, (ii) more sensitive

8   explosives such as black powder, mercury.  Do you see where I'm

9   reading?

10            THE COURT:  What's your Bates stamp number, please?

11   Or, tell me, what is your number LB?  What page are you reading?

12            MR. MURPHY:  It's LB No. 010863.

13            THE COURT:  Okay.

14            MR. MURPHY:  So (e).

15            THE COURT:  Oh, I'm sorry.  It's not attached to this

16   exhibit.

17            MR. MURPHY:  Here, Your Honor.  They didn't give you

18   the entire document, Your Honor.  It's on tab 40 of Stan

19   Feenstra's binder, Your Honor.

20            THE COURT:  Is that what's in front of me now?

21            MR. SULLIVAN:  We've given you the entire document.

22            THE COURT:  Well, not next with Bauer, because I'm

23   missing that page.  But that's all right.

24            MR. MURPHY:  It's right there.  That's the phrase,

25   what we just talked about.  Burn pans is referenced in this

 1    section right here.

 2              THE COURT:  Okay.  Well, I'll go back to the witness.

 3    What is a pyrotechnic?

 4              THE WITNESS:  A pyrotechnic is something that

 5    specifically blows up, like fireworks.

 6              THE COURT:  So, it's your position that in some

 7    fashion, like if you were going to bring a lawsuit, could you,

 8    in good faith -- and I need this answer.  Would you be able to

 9    say, because you haven't said it in this case, that the burn

10    pits that they used for the A.P. and the TCE, to the extent that

11    covered the field, and I'm just accepting his testimony

12    hypothetically at the moment, did not comply with necessary

13    standards of use?  And if so, what did you use at Camp Irvin?

14    I'll put my money on this one.

15              MR. SULLIVAN:  The reason -- to be honest with you,

16    I don't know what Camp Irwin did.  I know Camp Irwin is in a

17    very remote location.  I believe it's in the Mojave Desert.

18    The reason that we argue that they should have used burn pans

19    here is because they were warned, when they were negotiating

20    their lease for this facility, that the city operated their

21    drinking water recharge basins all around this facility.

22         We will be showing you pictures that show the recharged

23    basins for drinking water were there.  The city said to one of

24    the executives of GCR, Mr. Stickney, you must not contaminate

25    our drinking water basin, and Mr. Stickney promised on behalf of

1    GCR that they would not contaminate the basin.

2           THE COURT:  I know.  Go back.  I'm sure that

3    Mr. Stickney did that, and I'm sure he didn't intend to

4    contaminate the drinking water of the citizens of Redlands

5    unless he wanted to buy himself liability forever and ever.

6    I understand that.  But does that tell him that the normal

7    procedure, the acceptable procedure, or the only procedure

8    would have been burn pans?

9           MR. SULLIVAN:  No.  They had two options: burning on

10   bare ground, or burning in burn pans if they were going to burn

11   on-site.  What they did with wastewater, they built big

12   evaporation pits like you just saw, and those were expensive to

13   build, because they didn't want the wastewater going into the

14   groundwater.

15        Burn pans are just heavy-duty sandboxes, Your Honor.

16   And they weren't just burning solid materials there.  As it

17   turns out, their workers were cleaning out the vapor degreaser

18   and taking the drums out there and just dumping them on the

19   ground so it could go into the groundwater.

20        They were dumping containers of contaminated wastewater,

21   where propellant chunks were dissolving and the A.P. was coming

22   out of it, they were dumping that in the burn pit.  So that

23   wasn't just solid material being burned.  And if they had used

24   burn pans, which were an option at the time and which were used

25   by Air Force contractors at Cape Canaveral, in a fairly sensitive

1    environment near the ocean, they could have prevented a lot of

2    the groundwater contamination, to the extent it occurred, from

3    the burn pit.

4              THE COURT:  Well, you just said something at the

5    beginning, though.  You said they had two options.

6              MR. SULLIVAN:  Yes.

7              THE COURT:  On the ground, on the bare ground.  That's

8    what they did.

9              MR. SULLIVAN:  That's what they did.

10             THE COURT:  Or burn pans.

11             MR. SULLIVAN:  Or burn pans.

12             THE COURT:  It's not a problem of lining the burn pits.

13             MR. SULLIVAN:  Well, if you wanted to line it

14   underneath somewhere, but burn pans are much easier.

15             THE COURT:  Okay.  But putting aside that it's much

16   easier, my problem is, you've got to put yourself back in the

17   time frame.  So your testimony -- I agree.  You don't have to

18   give me testimony that he probably told the City of Redlands

19   that there's a community water system nearby.

20             MR. SULLIVAN:  Not nearby.  Right on the site.

21             THE COURT:  Okay.  You're just saying that because

22   they're on notice that this is a vulnerable site -- which of

23   course I assume the United States government agreed to.  They

24   didn't just go out there by themselves and find the land and the

25   U.S. government said, okay, build a rocket.

1          MR. SULLIVAN:  I don't know that the United States was

2     even involved in those negotiations.

3          THE COURT:  They own some of the land.

4          MR. MURPHY:  There are letters in our binders that

5     show that the United States was aware of this, Your Honor.

6          THE COURT:  Sure.  I'm sure they were.  Plus, I thought

7     they owned some of the land.

8          MR. SULLIVAN:  Not the Redlands site, no.  A different

9     facility.

10          THE COURT:  So everybody should have appreciated it,

11     including you.  But what I can't get is, if everybody should have

12     appreciated it, what would a standard practice dictated, even

13     appreciating the sensitivity of this place, in the time period?

14     Not now, in the time period.

15       I mean, to say they had two options and you gave them two

16     options undercuts your system, and I defy you to tell me what

17     the U.S. government was using back then.  Because there wouldn't

18     be Superfund sites where the U.S. government did their work if

19     they were using the right -- what you now say are the right

20     procedures.  I just find this argument, given the fact you

21     didn't prohibit it -- you didn't set a standard that said you

22     must.  You said you could choose, and you say they made the

23     wrong choice.

24          MR. SULLIVAN:  And the standards are also very general

25     and don't tell them how to run their burn pit.  We didn't tell

1   them to be dumping solvents on the ground in their burn pit in

2   an area where the liquid could go right into the groundwater.

3           THE COURT:  So you're saying now that they put the

4   burn pits in the wrong place.

5           MR. SULLIVAN:  Well, and they operated in the wrong

6   way.  We didn't tell them how to operate their burn pit. Simply

7   putting a burn pit on bare ground doesn't mean you're supposed

8   to be dumping solvent in the burn pit on bare ground, dumping

9   chemicals on bare ground, dumping contaminated wastewater on

10  bare ground.  That stuff all goes directly into the ground and

11  down to the groundwater, just like the water percolating around

12  it does.

13          THE COURT:  So if you were using the burn pit

14  correctly, what would you have done differently?  Would you

15  place it somewhere else?

16          MR. SULLIVAN:  Well, if you were going to be putting

17  all these liquids and things, and especially since you're around

18  this very sensitive drinking water recharge facility, you should

19  have just built burn pads.  They're just heavy-duty sandboxes.

20          THE COURT:  Well, I understand that, but I'm just

21  saying that if we're not able to reach the conclusion that they

22  should not have used burn pans because it was acceptable to you

23  and everybody else at the time, regardless, everybody was on

24  notice that there's a community water system underneath.  I don't

25  think we can ignore that.

1              MR. SULLIVAN:  That's right.

2              THE COURT: But you didn't require anything, and there's

3      nothing that's going to tell me, I don't think, that the

4      standard practice in this kind of environment would have been a

5      burn pan.  What is it about the way they operated the burn pit

6      that was improper?

7              MR. SULLIVAN:  Well, it's just like I said.  Pouring

8      all the liquids into the burn pit, because that site, as the

9      testimony will show, was very porous and things go right down

10     into the ground, and rather than just putting solid materials

11     and burning them quickly, they were pouring drums of solvent,

12     chemicals, drums of A.P.-containing wastewater.  It wasn't just

13     for burning solid materials, Your Honor.

14             THE COURT:  Okay.  And --

15             MR. SULLIVAN:  And even the military manual said, if

16     you're going to be doing these things, you have to do them in a

17     manner that will not cause groundwater or surface water

18     contamination.  And they knew.  They were on notice of that, and

19     it says that right in the manual, Your Honor.

20             THE COURT:  What do you mean they were on notice?

21             MR. SULLIVAN:  They were on notice that they had a

22     groundwater recharge facility all around them.  The military

23     manual says you can't be operating these facilities in a manner

24     that's going to affect groundwater or surface water.

25             THE COURT:  Okay.  Let's finish.

1    BY MR. SULLIVAN:

2    Q.   Good morning, Dr. Delaney.  Now, we were just talking about

3    when the community out there became aware of problems with A.P.

4    and TCE and groundwater, correct, before we got into all this?

5    A.   I thought we were finishing up on the Dickey Act.

6    Q.   And then you were talking about when the communities became

7    aware of A.P. and TCE in groundwater, correct?

8    A.   Oh, that, yes.  I thought it was when the government became

9    aware.

10   Q.   Well, I'm going to focus on that now.  You're aware, aren't

11   you, that way back in 1951, that the California Water Board

12   actually was regulating discharges of A.P.-containing wastewater

13   onto ground by Aerojet.  Isn't that correct?

14   A.   Correct.

15   Q.   And the Water Board, way back in 1951, was also regulating

16   discharges of wastewater containing TCE by Aerojet onto the

17   ground.  Isn't that correct?

18            MR. TORRES:  I'd object on scope.  Dr. Delaney was not

19   offered on solvents and TCEs.

20            THE COURT:  Yeah, but he was offered on the Dickey Act.

21   Go ahead.  Overruled.

22            THE WITNESS:  Yes, but what you're not bringing out

23   when you're saying that is that the discharges from Aerojet were

24   in two specifically designed waste-discharge facilities where

25   they were set up in order to percolate into the groundwater.

1    BY MR. SULLIVAN:

2    Q.   Yes.  And in fact, the Water Board was concerned about

3    that, weren't they?

4    A.   No.  The Water Board was concerned that it was an

5    industrial discharge that was specifically designed to go into

6    the waters of the state.  That's what they were -- they didn't

7    know about ammonium perchlorate being a groundwater contaminate,

8    nor did they know about TCE in those days the way we did starting

9    in, say, the mid-'80s or so.

10        What they were referring to is Aerojet did not get a permit

11   in order to actually go out and do the discharging into a

12   constructed facility.

13             THE COURT:  Discharge into what?

14             THE WITNESS:  Constructed facility.

15             THE COURT:  So what's the significance of into a

16   constructed facility?

17             THE WITNESS:  The difference is that if you just take

18   it out and put it onto the ground, depending on what the flow

19   is, it may get to the groundwater of the state.  But if you

20   actually go out and dig what they call seepage pits, these were

21   pits that they had dug into the strata in order for the

22   wastewater to be disposed of so that it would then essentially

23   disperse, as opposed to what we did of putting it into

24   evaporation basins.

25             THE COURT:  The design of this facility was to have it

1    seep into the ground?

2              THE WITNESS:  Yes.

3              THE COURT:  Or the water?

4              THE WITNESS:  It was to seep into the ground, but

5    Aerojet, I think, is up in the Sacramento area, and the

6    groundwater there is quite a bit higher.  That's just part of

7    the facts of it.

8    BY MR. SULLIVAN:

9    Q.   So, Dr. Delaney, I take it you recall that the Water Board

10   was so concerned about discharges onto the ground of A.P. and

11   TCE that they contacted three other environmental agencies in

12   the State of California back in about 1951.  Are you familiar

13   with that?

14   A.   No, I'm not.

15   Q.   Oh, so you've never seen the correspondence between the

16   Water Board and those other agencies?

17   A.   I did,  but that was many years ago.

18   Q.   And so you just can't remember that right now.

19   A.   I can't recall it, no.

20   Q.   We'll save that for later, because that's being introduced

21   later.

22             THE COURT:  So if you are wrong about this north pump,

23   and the stuff went through the south pump for whatever reason,

24   improper procedures or people weren't following the protocol,

25   would that have triggered the reporting requirements under the

1    Dickey Act if that was happening?

2              THE WITNESS:  Quite possibly, depending on the amount

3    because that was an intermittent operation, and it was normally

4    just associated with storm water.  For storm water, it wouldn't

5    have been required.  So if they didn't discharge it, as Cain

6    wants to say that they discharged it onto the apron, and it

7    seeped into the sump through the grating that we saw originally,

8    then it probably wouldn't, because it was not a procedure that

9    was specifically outlined by the Lockheed Propulsion Company in

10   order to do that.  In other words, it was a random discharge.

11             THE COURT:  And do you know why they got a permit for

12   one location over in one of the Beaumont sites and not any of

13   the others?

14             THE WITNESS:  That I'm not familiar with.  I had heard

15   that they did, but I'm not familiar specifically with the facts

16   of that.

17   BY MR. SULLIVAN:

18   Q.   And Dr. Delaney, you have not seen any evidence that

19   Lockheed got any permits for industrial-waste discharges at the

20   Redlands facility, correct?

21   A.   They did have to get permits over a period of time for --

22   Q.   Not wastewater permits, right?

23   A.   I don't know whether it was wastewater or not.  It was for

24   solvents and associated materials that they had to put into the

25   evaporation basins.

1    Q.   But I'm talking about discharges onto bare ground.  They

2    didn't file any notices of waste discharge with the Water Board;

3    isn't that correct?

4    A.   It's correct.  They had no need to.

5    Q.   So you're agreeing with me.  They didn't file any notices

6    of waste discharge with the Water Board under the Dickey Act for

7    the Redlands facility, correct?

8    A.   Not that I know of, because they didn't have to because

9    they were sending their waste to an evaporation basin.  That's

10   where their industrial wastewater went.

11   Q.   So it's your testimony that Lockheed, when they were

12   operating the Redlands facility, did not discharge any

13   contaminated wastewater on the ground.

14   A.   I'm saying -- now you've changed it to any contaminated

15   wastewater on the ground.

16   Q.   Just asking you a question, sir.

17   A.   They took their industrial wastewater that they generated

18   if put it to the evaporation basins.  They'd had no need to then

19   get industrial wastewater discharge, because they were not

20   intentionally discharging any wastewater other than that.

21   Q.   So the answer to my question is, it's your testimony that

22   Lockheed did not discharge any contaminated wastewater onto the

23   ground at the Redlands facility, correct?  That's your testimony.

24        MR. TORRES:  Objection, Your Honor.  Mischaracterizes

25   his testimony.

1          THE COURT:  I think it does.  Why don't we ask it a

2     different way.  Let's assume for a minute they discharged

3     wastewater to the burn pit.  Then what?  What's your testimony

4     then, if that's the factual premise?

5          THE WITNESS:  The part on that is that that was the

6     area where, when you look at the Air Force manual that came out

7     in, I guess '64, and then a revised one came out in '73, you

8     look at that manual, and it says to take all of the various

9     wastes and various categories to the burn pit.  It doesn't say

10    anything about that you should use burn pans other than you

11    should --

12         THE COURT:  I know.  That's not my answer.  I know

13    you're making their points, but that's not question, sorry.

14         THE WITNESS:  Sorry, Judge.

15         THE COURT:  I want you to assume that wastewater went

16    into the burn pits.  This is what Mr. Sullivan just said a

17    minute ago.  And do you need a permit?  It's not by accident,

18    it's a discharge, and it isn't intermittent.  They were regularly

19    putting wastewater into the burn pits.  They weren't in the

20    evaporation pits.  Would they need a permit is all I'm asking,

21    or did they have to make a report, I guess is the better.

22         THE WITNESS:  I understand what you're saying.

23    The amount of water that they would put in, one of the things

24    we'll talk about later is that A.P.-contaminated water from the

25    vacuuming system in Building 77 --

1          THE COURT:  I'm sorry.  A.P.-contaminated water...

2          THE WITNESS:  From the vacuum system in Building 77.

3    I would say that that was just a discharge that went to the burn

4    pit that was not necessarily an industrial discharge when you

5    think of a discharge as being a direct, in other words, going

6    through a pipe.

7          THE COURT:  You mean -- now, wait a second.  You're

8    saying a discharge has to go through a pipe?

9          THE WITNESS:  In order for it to be a direct

10   discharge, yes.

11         THE COURT:  You mean if I just go pour it out on the

12   ground, that's not a direct discharge?

13         THE WITNESS:  It's not a direct discharge in that

14   instance unless you put it into some structure that you know is

15   going to drain into the groundwater.

16         THE COURT:  Well, what if I go to a pond?

17         THE WITNESS:  And dump it in the pond?  Then yes, you

18   would have needed a discharge permit to do that.

19         THE COURT:  So if you're in a pond, you're in trouble.

20   If you stand two feet from the pond and dump industrial waste,

21   that's not going to be covered back then?

22         THE WITNESS:  No, I would say that would be covered.

23         THE COURT:  How many feet away do you have to be?

24         THE WITNESS:  So it wouldn't get directly to the water

25   body.

1   BY MR. SULLIVAN:

2   Q.   Dr. Delaney, are you saying that the Water Board did not

3   have authority to regulate indirect discharges onto the ground

4   of industrial waste?  Is that your testimony?

5   A.   What I'm saying is they had the authority, that it was on a

6   case-by-case basis as to how that happened, and the --

7   Q.   And it required the filing report of a discharge, didn't

8   it?

9   A.   Wait, wait.  Let me finish, please.  The whole intent of

10  the Dickey Act, which is what we're talking about here, was

11  because of World War II.  During World War II, industries had to

12  dump a lot of material out of their facilities, and they did it

13  in such a manner so that it got into streams.

14      At that time point in time, they -- this was in 1949 when

15  they were starting to look at this -- decided that they really

16  had to put in some laws in order to stop this, and so it was

17  looking at it from the standpoint of a direct discharge.

18      The indirect discharge, when you look at and go through

19  from the technical standpoint is, can it get to the groundwaters

20  of the state if it just percolates through the soil, because in

21  those days, we all thought that if it percolated through the

22  soil, it would clean up and be able to go into the water without

23  having a problem.

24      So that's the two differences between direct and indirect

25  discharge.

1    BY MR. SULLIVAN:

2    Q.   But for indirect discharges, if someone wants to make an

3    indirect discharge at that time under the Dickey Act, they would

4    have to submit a report of waste discharge to the Water Board,

5    wouldn't they?

6    A.   But, again, if it --

7    Q.   That -- please just answer my question.

8    A.   No, but you're not getting the point to it.

9    Q.   What's the point?  What's the point?

10   A.   It's got to be a continuing discharge, not a random or

11   incidental discharge.

12   Q.   All right.  Let's talk about that.  You said, on page 6,

13   paragraph 13 that "Neither the Dickey Act, nor the

14   Porter-Cologne Act that replaced it in 1969, prohibited

15   intermittent, noncontinuous, or accidental discharges of

16   wastewater at Redlands."  Isn't that correct?

17   A.   That's correct as my reading as an engineer of it.

18   Q.   Okay.  And you said also on page 6, "Rather, these laws

19   prohibited large-scale, purposeful use of water of the state for

20   waste disposal."  Correct?

21   A.   Correct.

22   Q.   Now, I notice that you cite no attorney general opinion for

23   statement, do you?

24   A.   No.

25   Q.   And you don't cite any case law for that opinion, do you?

1    A.    No.

2    Q.    And you don't cite the statute itself, do you?

3    A.    Well, I think that would be -- I'm talking about the Dickey

4    Act, so that would be part of that.

5    Q.    You didn't cite any provision of the Dickey Act, because we

6    went over some today, and they don't talk about this.

7    A.    Well, we haven't gone over the whole Dickey Act.

8    Q.    We've talked about the provisions that matter.  All right.

9    Let's go to another one.  Why don't we look at the definition of

10   what industrial waste is.  So let's go to page 1 of Exhibit 122.

11   Go down to the bottom to the definition section.  Do you see the

12   definition section?

13   A.    I haven't gotten there yet, sir.

14   Q.    Okay.

15   A.    Okay.  I'm there.

16   Q.    Okay.  Let's flip it over to the next page, and do you see

17   the definition of industrial waste?  And can you read that into

18   the record for the judge?

19   A.    Okay.  "'Industrial waste' means any and all liquid or

20   solid waste substances, not sewage, from any producing,

21   manufacturing, or processing operation of whatever nature."

22   Q.    Now, this definition of industrial waste doesn't have any

23   limitation on the quantity or frequency of the discharge, does

24   it, Dr. Delaney?

25   A.    The definition as written doesn't, but if you go back and

1    look at what was going on at this time, this was, again,

2    primarily looking at direct discharges of any kind of industrial

3    waste.

4    Q.   Now, did you say what was going on at the time?

5    A.   Yes.  In 1949, when they started to do this and what we

6    knew at that time.

7    Q.   What you knew at that time?

8    A.   What they knew at that time.

9    Q.   Dr. Delaney, you weren't even there then, were you?

10   A.   I was still alive -- I was alive at that time, but no,

11   I wasn't there.

12   Q.   And isn't it true, Dr. Delaney, that you're not basing this

13   on your own experience before the Water Board, are you?

14   A.   I am not.

15   Q.   Because you have no experience in filing anything under the

16   Dickey Act or any Dickey Act proceedings before the Water Board;

17   isn't that correct?

18   A.   That's correct.

19        THE COURT:  Am I getting you to say that when they

20   wrote this, that it can only mean industrial waste as defined in

21   1949 and that every year they have to update it to include other

22   things that have been discovered to be industrial waste?  Could

23   you pick that back up, please?

24        THE WITNESS:  No, Your Honor.  What it is, is the

25   general sense of what we thought of was industrial waste at the

1   time has changed over the years when you're looking at it from a

2   standard-of-care basis.

3              THE COURT:  I know.  That may be right, but how do you

4   know what that means in 1960?  1965?  It means what it says it

5   means.  I mean, if something is liquid or solid-waste substance,

6   it doesn't say it doesn't include X, Y, Z.  I mean, you have to

7   read it the way it's written.

8              THE WITNESS:  No.  What I'm looking at, Your Honor, is

9   not that.  It says any and all liquid, solid-waste substances,

10  not sewage.  What they're meaning is anything that's not sewage

11  falls into this category.  It doesn't say about the quantity.

12             THE COURT:  With what?

13             THE WITNESS:  Quantity.  Amount.  Gallonage.

14             THE COURT:  It doesn't say anything about gallonage.

15             THE WITNESS:  No.  It just says "industrial waste,"

16  and our discussion, I think, now is about quantity of material

17  discharge.

18             THE COURT:  No.  He's saying that -- wait.  You're

19  saying that A.P. or percolate or TCE is covered by industrial

20  waste.  Put aside the quantity.

21             THE WITNESS:  Yes.  Those are.

22             THE COURT:  So why isn't, again, what went on in these

23  facilities covered by the Dickey Act?

24             THE WITNESS:  Because it wasn't a quantity of material.

25  What we're arguing about now is, I think Mr. Sullivan is saying

1    that any amount of material that would have been deposited on

2    the land, whether it was through a pipe or through just a

3    discharge of throwing it out, would have required a permit under

4    the Dickey Act.

5                THE COURT:  Well, what quantity -- is it a quantity

6    defined by the day, by the month, by the tonnage?

7                THE WITNESS:  It isn't.  As far as I know.

8                THE COURT:  Well, where is this gloss that you're

9    offering?  How does one, if you're a lawyer, know this?  If

10   you're reading the statute and advising your client, on what

11   basis do you say to your client, we only have 50 tons this

12   month, go right ahead and dump without a permit?

13               THE WITNESS:  I think you gave me the out.  I'm not an

14   attorney, Your Honor.

15               THE COURT:  I know, but you're offering opinions as if

16   you were.  I mean, you got into the Dickey Act, and you're

17   saying it doesn't apply.  I don't know how anybody can decide

18   this other than a court, or I guess people could say, but...

19               THE WITNESS:  I think the easiest way to look at it is

20   if you're looking at industrial waste, that's the definition, is

21   defining what is industrial waste.  It's anything other than

22   sewage.

23               THE COURT:  Yeah.

24               THE WITNESS:  You then look down at contamination, it

25   means an impairment of the quality of the waters of the state.

1    So there are two definitions, one on contamination, and then one

2    on pollution, and really the third one on nuisances, what we're

3    having the discussions about.

4              THE COURT:  I'm sorry, what's the third one?

5              THE WITNESS:  Nuisance.

6              THE COURT:  Nuisance?  Am I supposed to be looking at

7    nuisance?

8              THE WITNESS:  The first one is contamination,

9    Your Honor.

10             THE COURT:  Yes, so where's nuisance?  I'm not looking

11   at it.

12             THE WITNESS:  Then pollution, and then right -- oh.

13        Folks, can you put all three of them up?  There.

14             THE COURT:  And you are saying that it doesn't fall

15   under A or B, contamination or pollution?

16             THE WITNESS:  What I'm saying is that if you have an

17   intermittent or discharge of say material just being thrown out,

18   it never gets to the groundwaters of the state.  It certainly

19   has not become contamination, nor pollution, and that's why when

20   they were originally doing the Dickey Act, they were looking at

21   most -- most of what they were looking at was for the direct

22   discharge of a pipe going to some water body or to the

23   underlying strata so that it couldn't be cleaned up.

24        What we're having the discussion now about, I believe, is

25   what quantity then becomes necessary in order to apply for a

1    Dickey Act permit.

2    BY MR. SULLIVAN:

3    Q.   But there's nothing in the law that specifies a quantity.

4    A.   That's correct.  Then what you have to do is to look at

5    what the standards of the time were, and what the knowledge at

6    the time was, and the difference between our site where we had

7    evaporation basins for our industrial-waste discharge, and the

8    Kerr-McGee site which had actually dug pits so that they could

9    infiltrate their material coming directly from pipes.

10   Q.   But, Dr. Delaney, I'm not talking about discharges to

11   evaporation pits at the Redlands facility.  I'm talking about

12   would it apply if they were discharging contaminated wastewater

13   right on bare ground at the Redlands facility.  And you say that

14   didn't happen.

15            THE COURT:  No, no, no.  Wait a minute.  Is he saying

16   that didn't happen?

17            THE WITNESS:  No, I'm not saying that did not happen.

18   What I'm saying is it wasn't from an industrial process that was

19   a continuous process and this was a continuous operation that

20   they did.  Had that been, then they would have had to apply for

21   a permit.

22            THE COURT:  So it was not continuous?

23            THE WITNESS:  And it wasn't directly from an

24   industrial discharge -- an industrial --

25            THE COURT:  Wait, wait, wait.  Let's break this down.

1    Not a continuous.  That has something to do with time, I assume.

2              THE WITNESS:  Correct.

3              THE COURT:  They didn't do it every day, or they didn't

4    do every month, or -- you don't know how often they did it.

5              THE WITNESS:  No.  The point I'm trying to make is it

6    didn't come from a specific industrial operation on any kind of

7    a continuous basis.  For example, taking the vacuum cleaner water

8    from Building 77, we put it in a drum and took it someplace to

9    be discharged.  Had we not done that, had we just taken that

10   contaminated water, maybe a couple of gallons, with A.P. and

11   taken it and dumped it someplace, that probably would not have

12   required a permit, because it wasn't something that we did

13   continuously and it was not something that we had as a written

14   procedure to do.  It just happened.

15             THE COURT:  Do you view something that just, quote,

16   "happened" as being sort of just accidental or intermittent?

17             THE WITNESS:  In this period of time, yes.

18             THE COURT:  Wait.  Is that function of the state of

19   knowledge, or is that a function of it wasn't company policy?

20             THE WITNESS:  Both.

21             THE COURT:  Do you have company policy anywhere that

22   you can point to that was in writing that said do this, do that,

23   for all these burn pits and evaporation pits, et cetera?

24             THE WITNESS:  For all of the industrial discharges, we

25   had put them into evaporation basins.  The only thing that we

1    didn't was anything that had propellant -- not explosive, but

2    propellant -- and we took that to the burn pit area.

3              THE COURT:  So your suppositions here are based on --

4    the industrial discharges are what?  Do they include A.P. and

5    TCE, or just one?

6              THE WITNESS:  They could have included both.

7              THE COURT:  You put those in the evaporation pits.

8              THE WITNESS:  Correct.

9              THE COURT:  And then you said -- I'm sorry.

10             THE WITNESS:  And then any other propellant, whether

11   it was picked up in the vacuum cleaning system and then added to

12   water, that then was treated as a propellant.  That went to the

13   burn pit and was burned.

14             THE COURT:  So that did include A.P.

15             THE WITNESS:  Yes.

16             THE COURT:  And it also included TCE?

17             THE WITNESS:  Probably not so much TCE except from

18   some of the materials that were taken out of, say, some of the

19   mixing areas at some point in time, but that was specifically

20   directed to the evaporation basins.

21             THE COURT:  And this was the company policy, and it

22   was incorporated in writing someplace?

23             THE WITNESS:  Not only was it incorporated, it was

24   hard-piped.  In other words, they made the structures to do that.

25             THE COURT:  Go ahead.  But when you say it's in

1    writing, forget the pipes.  Does it exist in some document?

2          MR. MURPHY:  Your Honor, again, Mr. Delaney was not

3    offered to testify about these type of issues.  Stan Feenstra

4    will be here hopefully tomorrow, if it doesn't snow, testifying

5    about these issues.

6          THE COURT:  But is there a document I should be

7    looking at?

8          MR. MURPHY:  It's in Stan Feenstra's direct.  I don't

9    have the exact cite, but there is a procedure, Your Honor, about

10   solvent handling that he will be testifying about.

11         THE COURT:  Okay.  So it's okay to use the burn pits

12   for the A.P. without a permit, as long as what happens?

13         THE WITNESS:  Oh, that's where the Air Force manual

14   and just company policy was that you would take contaminated

15   A.P. to the burn area.

16         THE COURT:  But they don't tell you whether you need a

17   permit or not.

18         THE WITNESS:  Correct.

19         THE COURT:  I'm saying, what about that process of

20   taking the A.P. to the burn pits meant that you didn't have to

21   have a permit?

22         THE WITNESS:  That, I don't know.  That would have

23   been -- at that point in time, somebody probably would have made

24   the decision as to whether they would have needed that.

25         THE COURT:  Okay.  So you're not offering an opinion

```
1    about whether the Dickey Act applied or didn't apply to the burn
2    pits, assuming A.P. went there, and you agree it did.
3              THE WITNESS:  Correct.
4              THE COURT:  I thought I misunderstood.  Okay.
5         So as to the burn pits, you don't know whether they should
6    have had a permit.
7              THE WITNESS:  That, I don't.
8              THE COURT:  You're just saying for the evaporation
9    pits, they didn't need a permit under the Dickey Act.
10             THE WITNESS:  Correct.
11             THE COURT:  Because?
12             THE WITNESS:  Because it didn't go the ground, to the
13   waters of the state.
14             THE COURT:  They didn't know it was going there, but
15   it did go.
16             THE WITNESS:  Not from the evaporation basin.
17   No, Your Honor.
18             THE COURT:  Okay.  So you think the evaporation pits
19   worked well and all was fine and they didn't -- there wasn't a
20   pipe discharging into the water or the ground.
21             THE WITNESS:  Correct.
22             THE COURT:  Okay.  I -- go ahead.  I do have other
23   questions, believe it or not.  What time is it?  Oh.
24        Bryan, do you want to take a break?
25             COURT REPORTER:  Yes.
```

1          THE COURT:  Okay.  We'll take a break, a recess.

2    Thank you.  Ten minutes.

3          (Recess from 11:16 a.m. to 11:36 a.m.)

4          THE COURT:  Okay, Mr. Sullivan.

5    BY MR. SULLIVAN:

6    Q.   Good morning again, Dr. Delaney.

7    A.   Hi.

8    Q.   I just wanted to ask one more question about the Dickey Act

9    definition of industrial waste.  It says it means "any and all

10   liquid or solid-waste substance, not sewage, from any producing,

11   manufacturing, or processing operation of whatever nature."

12   Right?

13   A.   I don't have it in front of me, but yes, that sounds like

14   what it was.

15   Q.   Okay.  If we could put up U.S. Exhibit 122, page 2.  I take

16   it you would agree with me that Lockheed's grinding operation

17   was a producing, manufacturing, or processing operation?

18   A.   Yes.

19   Q.   I take it you would agree with me that Lockheed's mixing

20   operation was a producing, manufacturing, or processing operation?

21   A.   You mean the propellant mixing?

22   Q.   Yes.

23   A.   Yes.

24   Q.   I take it you would agree that Lockheed's propellant

25   research laboratory, where they were developing new propellant

1   and testing propellant and things like that, was also a

2   producing, manufacturing, and processing operation?

3   A.   Processing, yes.

4   Q.   I'd like to move on to a new topic.  Let's move to

5   page 8, paragraph 18 of your declaration.  Here you said that

6   the government had requirements to control dust, correct?

7   A.   Yes.

8   Q.   And you said that in order to comply with these

9   requirements, Lockheed Propulsion installed a central wet vacuum

10  system in Building 77, correct?

11  A.   Yes, they did.

12  Q.   Okay.  Now, they did not purchase this wet vacuum system

13  until 1970, correct?

14  A.   I believe that's the correct time, yes.

15  Q.   Okay.  So they installed this dust-control measure about

16  16 years after they began operating, correct?

17  A.   Yes.

18  Q.   And GCR and LPC also could have installed better dust

19  controls such as a baghouse before they actually did in 1962,

20  correct?

21  A.   They could have.

22  Q.   Yeah, those dust controls were available, correct?

23  Baghouses were available before that, correct?

24  A.   Baghouses, yes.  In general, a baghouse was available

25  before that period of time.

1    Q.   Okay.  And the company called Micropol, who manufactured

2    the baghouse that Lockheed actually installed, actually invented

3    that baghouse in about 1956; isn't that correct?

4    A.   That's not correct.

5    Q.   That's not correct?

6    A.   They got the patent for the Venturi system in 1956.

7    Q.   Okay.  And isn't it true that Grand Central Rocket, in 1959,

8    proposed using a Pulsaire baghouse on a proposal it was making,

9    I believe, to the Army, correct?

10   A.   Yes.  And that would be about the time frame that you would

11   be able to start using something that you got the patent on a

12   few years earlier.

13            THE COURT:  So, it was installed at these facilities

14   in '62?

15            THE WITNESS:  Yes.

16            THE COURT:  And they got the patent in '59, or '56?

17            THE WITNESS:  The patent for the technology, which was

18   a very different technology, they got in '56.

19            THE COURT:  And when did it first hit the market?

20            THE WITNESS:  That I have not been able to find out,

21   but when I worked for Universal Oil Products, Air Correction

22   Division, it usually took us about two to three years to get it

23   out so that somebody would buy it.

24   BY MR. SULLIVAN:

25   Q.   But, in any event, there were other baghouses on the market

1    before Micropol invented this one, correct?

2    A.    Yes, but those baghouses would not be able to operate in

3    this environment.

4    Q.    And why is that, sir?

5    A.    Because the -- where we, in this particular time, while we

6    were getting the baghouse was because we were looking at very,

7    very small micron material, not the coarser material that had

8    been used with the Raymond Mill.  And the regular baghouses had

9    too much of an interstitial space in the bags themselves and

10   would have not operated well in this kind of an environment

11   where you're trying to pick up material that is very small and

12   coming at a very high rate.

13   Q.    Okay.  But in any event, they could have purchased the

14   Micropol baghouse in 1959 when they were actually proposing it

15   as part of a proposal.

16   A.    I'm not saying that they couldn't have.

17   Q.    Okay.

18   A.    They may have been able to at that point in time.

19   Q.    And yet they didn't install it until 1962, correct?  Late

20   1962.

21   A.    But remember, that's when we started to switch over from

22   the normal-grained stuff coming out of the Raymond Mill and

23   having to go to a much finer material.  So that's why we needed

24   a baghouse, in order to collect that product.

25   Q.    Okay.  And before that, they were using a cyclone collector

1    with a bag attached at the end to collect dust, correct?

2    A.    There were two bags on the cyclone collector: one for

3    collecting of the product, and one for cleaning the air as it

4    escaped through the top of the cyclone.

5    Q.    And that equipment was installed in about 1958, I believe?

6    A.    I believe it was.

7    Q.    Okay.  In 1961, isn't it true that Lockheed performed a

8    safety audit and concluded that regardless of the installation

9    of the cyclone, that dust was still a problem in Building 77?

10   Isn't that right?

11   A.    Yes.

12   Q.    I'd like to focus on a different topic, and this is A.P.

13   wastewater.

14            THE COURT:  Could you hold on, please?

15       When you refer to the manual here, what is the date of

16   that?  I'm trying to find the Air Force manual.

17            THE WITNESS:  The Air Force manual is 1973, Your Honor.

18            THE COURT:  And you say the requirement -- you said

19   the requirement was established in '73?

20            THE WITNESS:  No, Your Honor.  This was a second

21   edition of a manual that came out in '64.

22            THE COURT:  Was it the same in terms of...

23            THE WITNESS:  I have not gotten a copy of the earlier

24   one.

25            THE COURT:  Well, it doesn't make sense to say you

```
1    complied with the requirements in 1970 if hadn't been published
2    yet, unless it was the same.  Does it?
3         THE WITNESS:  I don't understand the question,
4    Your Honor.
5         THE COURT:  If that manual was published in '73, that
6    one that required you to install collection systems, you said
7    you bought this vacuum collector system in 1970.  That's before
8    the requirement.
9         THE WITNESS:  Okay.  Your Honor, that's a very
10   different purpose.  The collector was purchased in order to
11   collect our product that was coming out in a very small micron,
12   and the bag filter was the only type of unit that would do that.
13        THE COURT:  I'm sorry, when you said "to satisfy this
14   requirement," what are you referring to?
15        MR. MURPHY:  Your Honor, I think the witness is --
16   could you put his affidavit back up on the screen so we can see
17   what you're referring to?
18        THE COURT:  Yeah, paragraph 18.  That's what we've
19   just been talking about.  Could you put it on for him?  He doesn't
20   have a list of his affidavit in his exhibits with him up there?
21        MR. MURPHY:  No, Your Honor.
22        THE COURT:  Certainly, it would help for witnesses to
23   have what they've said.
24        MR. SULLIVAN:  This manual was actually like a
25   medical-type manual.
```

1              MR. TORRES:  Your Honor, the manual that's being

2      referenced here does appear before the witness.  It's PX9.

3              THE COURT:  Your exhibits are not hyperlinked to the

4      affidavit?

5              MR. SULLIVAN:  They're not mine.  It's his declaration.

6              THE COURT:  Oh.  Your exhibits are not hyperlinked on

7      the disc?

8              MR. TORRES:  The binder that's before the witness,

9      Your Honor, is a binder the government gave Dr. Delaney.  On the

10     disc that we provided that has Dr. Feenstra's affidavit and

11     Dr. Delaney's affidavit, that has all of the exhibits that are

12     cited in there.

13             THE COURT:  But not by hyperlink, in other words.

14     I can't go from footnote 10 to the exhibit.

15             MR. TORRES:  Your Honor, they should be hyperlinked.

16             THE COURT:  All right.

17             MR. SULLIVAN:  I was actually really just trying to

18     establish when the vacuum system was installed.

19             THE COURT:  No, I know you were.  But it says to

20     satisfy this requirement, so I want to understand what the

21     requirement says, or why he thinks that something in 1970 was

22     satisfying the requirement.  Where is Exhibit 9, Plaintiff's

23     Exhibit 9?

24             MR. TORRES:  It's in Feenstra binder 40 or tab 41.

25             THE COURT:  It's not under tab 9, though.

1          MR. TORRES:  It's Plaintiff's Exhibit 9, Your Honor.

2     In the Feenstra binder, it's tab 41.

3          THE WITNESS:  Your Honor, in our binder today, it's

4     PX0009, which is about the third one in.

5          THE COURT:  Okay.  I found the exhibit.  It's not on

6     the disc.  Okay.  So do you have that available to you?

7          THE WITNESS:  Yes, I do.

8          THE COURT:  Okay.  So what requirement are we focusing

9     on, please?  We are looking at the Air Force Manual 161-30,

10    Section 6, Dust Control?

11         THE WITNESS:  Okay, Your Honor.  The page numbers are

12    on the bottom of the page, they're handwritten, page 139.

13         THE COURT:  Right.

14         THE WITNESS:  And it would be in the upper right-hand

15    corner.  We're at 6-3.4.1, Dust Control.

16         THE COURT:  Right.

17         THE WITNESS:  And the second one that we're talking

18    about is vacuum collector systems installed, a propellant and

19    cutting and other dust-producing operations will aid in the

20    removal of the dust.  That's the one that you're looking at.

21         MR. SULLIVAN:  Yes.

22         THE COURT:  I know.  But my question still stands.

23    I just want to know, you said -- perhaps I misunderstood.

24    I thought you said you got the wet vacuum cleaner system in

25    Building 77 in 1970.

1          THE WITNESS:  Correct.

2          THE COURT:  Is there a comparable requirement for

3    vacuum cleaner collector systems prior to 1973?

4          THE WITNESS:  What this manual is, is the second

5    version of a manual that first came out in 1964, and it was

6    developed by the Air Force and their contractors specifically

7    for safety and health reasons as to what are the things that you

8    should do in order to have a good operation.

9       It's not a requirement in that you have to do everything

10   that's in the manual; it's here's the things that you should do,

11   and if you are doing these things, you're operating at a level

12   that is significantly above what is expected.  And all we were

13   trying to say is that we put one of these vacuums in prior to it

14   coming out as something that you should do, and we did it

15   because we had to collect the very fine A.P. that was in the

16   building.

17         THE COURT:  I understand all that.  But if the

18   requirement existed as early as -- when did you say? -- '64, you

19   didn't do it until '70, if the requirement was the same.  Isn't

20   that correct?  Now I know it's not a requirement anymore ; it's

21   just a good practice.

22         THE WITNESS:  Correct.

23         THE COURT:  But you didn't follow the good practice,

24   I don't think, until 1970, and I gather from what you say that

25   at least the preferable practice was set forth in '64.

1          THE WITNESS:  If it's in that '64 document, but as I

2  said, Your Honor, I haven't read that one.

3          THE COURT:  Okay.  So either you're six years late or

4  three years early.

5          THE WITNESS:  I'd like to think we're three years

6  early, Your Honor.

7          THE COURT:  Yeah, but the way this is written, you

8  were doing it to satisfy a requirement that didn't exist.  So

9  that's hard to explain.

10          THE WITNESS:  I understand, Your Honor.

11          THE COURT:  Okay.  Go ahead.

12  BY MR. SULLIVAN:

13  Q.   I'd like to focus now on a new topic now, wastewater,

14  and we'll move to page 11, paragraph 24, of your declaration.

15  In that paragraph, you basically say that A.P. wastewater was

16  handled with the same care as A.P. dust, I think you said.

17  Is that correct?

18  A.   That's what the process thing said, yes.

19          THE COURT:  What process thing?

20          THE WITNESS:  I think it's C023, which is the

21  manufacturing process standard.

22          MR. SULLIVAN:  I'm going to put those three process,

23  standards up as exhibits, Your Honor.

24  BY MR. SULLIVAN:

25  Q.   You cited, in support of that, Plaintiff's Exhibit 1023.

1   So why don't we put 1023 up.  That's the first one.  And if we

2   look at this, look at this, look at the date, this is from

3   March 25, 1970, correct?

4   A.    Correct.

5   Q.    And this is a Manufacturing Process Standard No. 00C023?

6   A.    Correct.

7   Q.    And this manufacturing process standard relates to oxidizer

8   grinding, Fluid Energy Mill, correct?

9   A.    Correct.

10  Q.    And the Fluid Energy Mill was the grinder that Lockheed

11  installed to grind A.P. very finely for the SRAM contract,

12  correct?

13  A.    Yes.  And when we say very finely, it's about the

14  consistency of talcum powder, or a little finer, to give people

15  an idea of what we're talking about.

16  Q.    And let's go to page 26 of this document, which is actually

17  PDF page 27.

18  A.    And what's your number in my book?

19  Q.    It's page 26 of the document.

20  A.    No, no.  The document itself.

21  Q.    Oh, I'm sorry.

22            THE COURT:  It should be PX1023.  All of the witnesses

23  should have their affidavits in their exhibits so we can deal

24  with that.  Is this part of your book to, or do I have to go

25  back --

1          MR. SULLIVAN:  Your Honor, that's way beyond me at

2     this point.  We may have cited it somewhere, but I'm using their

3     exhibit because that's what he cited.  But I know it's in

4     someone's book, Your Honor, so you don't have to keep the binder

5     I gave you today except for that first photo.

6          THE COURT:  It's not an affidavit.  It's not an

7     exhibit to his affidavit, is it?

8          MR. SULLIVAN:  This document right here is one of

9     plaintiff's exhibits, and Dr. Delaney cited it in his

10    declaration.

11         THE COURT:  I know, but the hyperlinks are not working

12    here, and it's not in the book you gave me here.  So that means

13    I have to find it attached to someone's affidavit.  So can

14    Lockheed give me a clue where this exists?

15         MR. SULLIVAN:  It's in the binder we gave you today,

16    Your Honor.

17         THE COURT:  It is?

18         MR. SULLIVAN:  Oh, it's cross-examine binder.  I'm so

19    sorry.  It's PX1023.

20         THE COURT:  How is he going to find it?

21         MR. SULLIVAN:  He has the binder too.

22         THE COURT:  Okay.  I've got it now.

23    BY MR. SULLIVAN:

24    Q.   Dr. Delaney, did you find it?

25    A.   I found the manufacturing process standard, yes.

1    Q.   And then I said to turn to page 26 of the document, and

2    it's up on the screen now.  It's actually paragraph -- it's

3    actually PDF 27.

4    A.   Yes.

5    Q.   Okay.  I'd like to refer you -- gotta go to the previous

6    page.  I'd like to refer you to sequence No. 6.31.1.  And it

7    says "station cleaning" there?

8    A.   Yes.

9    Q.   Okay.  And so this is one of the documents that you cited

10   in support of your opinion that Lockheed was treating

11   A.P.-contaminated wastewater like it was either A.P. dust or

12   propellant.  Okay?

13   A.   Yes.

14   Q.   Okay.  The last sentence indicates, "The drum or water is

15   to be discarded as waste propellant after each grind, not each

16   cleanup, as a minimum or as necessary during grinds." Is that

17   correct?

18   A.   Yes.

19   Q.   And that's what you were referring to, correct?  That's

20   what you were referring to in your declaration.

21   A.   As the material that's being collected in the water

22   associated with the vacuum, yes.

23   Q.   And just so Your Honor understands this, the way the wet

24   vacuum system would work would be they would turn it on and

25   vacuum inside the building, and the dust would go through a tube

1    and down into a little basin that had about three gallons of

2    water in it, correct?

3    A.   I don't think it was basin.  I think it was the bottom part

4    of the vacuum.  In fact, if the water wasn't running, the vacuum

5    wouldn't hold any suction.

6    Q.   So it would go into the vacuum which contained water,

7    correct?

8    A.   Correct.

9    Q.   And then when the vacuum cleaner was turned off, the water

10   would drain out into a drum, correct?

11   A.   No.  You'd have to physically take it out of the vacuum

12   cleaner and drain it into a drum.

13   Q.   Okay.  And actually, this I think says it happened

14   automatically, but I'll take your word for it, okay?  So it was

15   that wastewater from vacuuming that was drained into a drum that

16   was treated as waste propellant, correct?

17   A.   Correct.

18   Q.   Now, let's go on to the next manufacturing process standard

19   you cited.  This is PX1043, and it's in the cross-examination

20   binder.  Now, Dr. Delaney, have you had a chance to look at this

21   document?

22   A.   Yes, I have.

23   Q.   And is this document a 1971 on-station planning procedure

24   for the oxidizer grinder?

25   A.   That's correct.

1    Q.   Okay.  And let's look at Section 6.5 of this document.

2              THE COURT:  I'm sorry.  As part of your

3    cross-examination, and it's what number again?

4              MR. SULLIVAN:  It is Plaintiff's Exhibit 1043.

5              THE WITNESS:  Could you give the page number?

6              MR. SULLIVAN:  This should be at Station Cleaning way

7    in the back.  Okay.  We found it.  It's on page 26 of the

8    document.

9              THE COURT:  You're not using Bates stamps.

10             MR. SULLIVAN:  Actually, we do have a Bates stamp.

11   Well, this is their document.  We don't have our Bates stamp on

12   it.

13             THE COURT:  Well, you can use their Bates stamps.

14   They're not unique to them.

15        Did you find it?  It's Bates stamp 22239.

16             MR. SULLIVAN:  That's it, Your Honor.

17   BY MR. SULLIVAN:

18   Q.   Okay.  Dr. Delaney, can you look at sequence No. 6.5 of

19   this document?

20   A.   Uh-huh.

21   Q.   And this one, like the previous document, says "shut down

22   the vacuum cleaner, drain water from vacuum cleaner into drum,

23   automatic when turned off, label and treat the drum of water as

24   waste propellant."  And is this in support of your opinion that

25   Lockheed treated A.P.-contaminated wastewater as propellant?

 1    A.    Yes.  This reinforces it.

 2    Q.    Okay.  Now, let's go to PX1037.  It's in the binder.

 3    A.    Okay.

 4    Q.    And, Dr. Delaney, I take it you would agree this is a

 5    January 1973 shop order procedure for oxidizer grinding with the

 6    Raymond Mill.  Correct?

 7    A.    Yes.

 8    Q.    And the Raymond Mill was one of the grinders at Building

 9    77, correct?

10    A.    Correct.

11    Q.    Let's go to page 23 and look at step 6.5, Station Cleaning.

12    You see it?

13    A.    Six-point what?

14    Q.    6.5 on page 23.

15    A.    Yes.

16    Q.    And this procedure is basically identical to the other

17    ones.  It says that "shut down the vacuum cleaner, drain water

18    from vacuum cleaner into the drum, automatic when turned off,

19    label and treat the drum of water as waste propellant."

20    Correct?

21    A.    Correct.

22    Q.    Now, let's go to page 21 of this exhibit and look at step 4

23    which says Pulsaire Collector.  Now, this procedure -- can you

24    read it into the record, Dr. Delaney?

25                THE COURT:  Sorry, what page?

1          MR. SULLIVAN:  This is on page 21, Your Honor, step 4.

2          THE COURT:  All right.

3     BY MR. SULLIVAN:

4     Q.   Now, can you read what procedure 4.1 says?

5     A.   Yes.  It says, "Remove all 20 bags from Pulsaire.

6     Thoroughly wash and oven dry bags."

7     Q.   Now, this procedure doesn't say to collect the wash water

8     into a drum, does it?

9     A.   I don't believe it does.

10    Q.   And it doesn't say to treat the wash water and dispose of

11    it like a propellant, does it?

12    A.   Correct.

13    Q.   And it doesn't caution about safety at all, as a matter of

14    fact, does it?

15    A.   This particular on-station planning document does not.

16    Q.   It doesn't say to wash the bags in the north sump, does it?

17    A.   It does not.

18    Q.   And it does not say do not let the water flow into the

19    south sump, does it?

20    A.   I don't think that's on any of them, sir.

21    Q.   It just says thoroughly washed, correct?

22    A.   Yes, but --

23    Q.   That's it.

24    A.   No.  It's not, because all of the live on-site, on-station

25    planning documents refer to the master MPS, which is C023, which

1    means these are incidental documents that have been used to do

2    something special at the grinding station for a special

3    operation.  In fact, you'll see on a couple of them it's for

4    doing certain propellant grinder for research matters.

5          Since the applicable documents are the manufacturing

6    process standard C023, these are additional to C023 that would

7    be accomplished for this particular run, which is just an

8    on-station planning.  It's not a new manufacturing process

9    standard.  So they would have to go through and do all of the

10   things that were in C023 and then continue to do this new

11   operation that is being put in in this planning document.

12   Q.  Well, we just looked at C023, and I don't recall anything

13   in there about instructions for washing the Pulsaire bags and

14   treating it like a propellant waste.  Do you?

15   A.  That's because this is a separate document for a very

16   specific, special run.

17          THE COURT:  I know, but he asked another question.

18   Where in the C023 would there be discussion about -- what was

19   your question again?  Sorry.

20          MR. SULLIVAN:  Discussion about cleaning the Pulsaire

21   filter bags and treating the wash water as propellant waste.

22          THE COURT:  Which part of the C023 did you refer me to

23   before?  What number?

24          MR. SULLIVAN:  Let's see.  One second.  I referred to

25   page 26, sequence No. 6.31.1.

1        THE COURT:  What do they mean in the 6.31.1 where they

2   talk about the assembly located on the wall of Building 77 on

3   the southwest corner will be drained into a container.  If we

4   look back at that picture of Building 77, is there a container

5   or the assembly located on the wall?

6        THE WITNESS:  That's inside the building, Your Honor.

7        MR. SULLIVAN:  I don't know, Your Honor.

8        THE COURT:  And your question is about this, that

9   there's no discussion --

10       MR. SULLIVAN:  That there's no discussion about

11  cleaning the Pulsaire bags with water and treating that

12  wastewater as propellant.  He said that he was referring me back

13  to this document, and I don't know of any discussion about

14  treating wastewater from cleaning the Pulsaire bags as treating

15  it as propellant.

16       THE COURT:  What are they talking about here when

17  they're talking about station cleaning?

18       MR. SULLIVAN:  They're talking about, I believe,

19  cleaning the building.  I don't want to be a witness, but --

20       THE COURT:  No, I was asking the witness.

21       THE WITNESS:  No.  What they're talking about, Your

22  Honor, is the cleaning of the building to remove the residual

23  A.P. that had gotten out of where it was supposed to be.

24       THE COURT:  This is 6.31.1.  Okay.  So this doesn't

25  have to do with bags, cleaning bags.

1          THE WITNESS:  Well, the vacuum cleaner was used to

2     clean the bags from the Pulsaire Collector prior to taking them

3     down to be washed.  So the major amount of material that was on

4     the bag was taken off by the vacuum cleaning system.

5          THE COURT:  So when it says the vacuum sweep system

6     may be used for cleaning the interior of the Pulsaire baghouse,

7     that's different.  That's not the bags.

8          THE WITNESS:  Well, the bags sit on the top part of

9     the baghouse, and in the bottom is a conical portion of the

10    baghouse that receives the A.P. when the bags are shook,

11    essentially shaken, so there is a residual that stays on the

12    slopped walls of the bottom of the baghouse.

13         THE COURT:  But again, we're not talking about the bags.

14         THE WITNESS:  No.  I think what counsel was trying to

15    get at is it's not saying that the A.P. from the bags that was

16    going to be washed off, there wasn't any need for that material

17    to be treated as a propellant.  The way they've been treating

18    A.P. that is discarded at this particular facility, is that any

19    A.P. either goes into a drum if it's dry and goes out to the

20    burn area or if it's wet, or if it's just A.P. in some other

21    source, is collected and treated as a propellant.

22    BY MR. SULLIVAN:

23    Q.   So I take it it's your testimony that any wastewater at the

24    Lockheed Redlands facility that was contaminated with A.P.

25    should have been treated as propellant.

1    A.   That's what this tells you in terms of the general way that

2    they're approaching it, that any water that's contaminated with

3    A.P. coming from these processes should be treated as a

4    propellant.

5          THE COURT:  And that means that you go into the north

6    sump?

7          THE WITNESS:  That means that you go into the north

8    sump as opposed to in the south sump by just washing the bags

9    randomly on the concrete.

10         THE COURT:  What's the south pump for?

11         THE WITNESS:  The south pump is to take care of the

12   rainwater.  As we said in the beginning when I was having the

13   tote come down the pathway down to the lower level, the lower

14   level is about 20 feet below the normal grade, and what happens

15   is all that concrete, when it rains, the water comes down and it

16   has to have a way to get out, and that's what the southern sump

17   was put in for.

18         THE COURT:  You may not know this, but maybe the

19   government can just answer the question now and you'll prove it

20   later.  Does your -- I suppose it's the aerial photo -- show

21   that the south pump was used for other than rainwater?

22         MR. SULLIVAN:  Yes, Your Honor.

23         THE COURT:  And that's based on the woman who took the

24   pictures, or what?

25         MR. SULLIVAN:  Our aerial photography expert has found

1    a photograph that shows a stain of liquid or staining material

2    at the end of the drainage ditch from Building 77 --

3            THE COURT:  At the south.

4            MR. SULLIVAN:  That would have come from the south

5    sump, and there hadn't been rain there for at least 14 days.

6    So we believe that, in all probability, that photo shows that it

7    was wastewater discharged from the cleaning of grinder parts or

8    bags near the sump area behind Building 77.

9            THE COURT:  Have you seen this picture?

10           THE WITNESS:  Me?

11           THE COURT:  Yeah.

12           THE WITNESS:  No, Your Honor.

13           THE COURT:  Well, show it to him.  How are we going to

14   hear what he has to say?

15           MR. MURPHY:  Your Honor, there are lots of statements

16   in that last presentation we don't agree with.

17           THE COURT:  Of course not.  So now I'm giving you the

18   opportunity to tell us why.

19           MR. MURPHY:  Okay, but again, Mr. Delaney has not been

20   shown this before.  I just want to point out -- okay.

21           THE COURT:  So he's gets to gets to see it now.  If

22   this is their most compelling evidence to undercut his opinion,

23   I'd like to hear what he has to say about it.  I don't know if

24   it is or isn't, but he relies largely on the policy procedures

25   in the north pump, and he believes that people are -- correct me

1    if I'm wrong -- you believe that people follow the proper

2    procedures, and second of all, that proper procedure included

3    making sure anything with the water that's contaminated goes to

4    the north and not the sump pump.

5         They argue that what's happening on the ground, if I may

6    grossly summarize, is not really what the -- is not consistent.

7    And here's a piece, I think, of evidence that they say here's

8    why.  I mean, we have to let the other side have something to

9    say.  Otherwise, we'll never have a resolution by me one way or

10   another.  It'll just be two people battling it out here.

11             MR. SULLIVAN:  We're going to find the photo,

12   Your Honor.

13             THE COURT:  I have a few little questions.  So when is

14   the first time you were employed by Lockheed?

15             THE WITNESS:  The first time I was employed by

16   Lockheed is in the Burbank toxic tort lawsuit sometime in '96 or

17   '97, I believe.

18             THE COURT:  And that was a different site but involved

19   the U.S. government.

20             THE WITNESS:  This was really the toxic torts lawsuit

21   where a number, 900 or a thousand, people sued Lockheed for both

22   air emissions and groundwater emissions.

23             THE COURT:  Was it for the same kinds of production

24   processes or --

25             THE WITNESS:  That was primarily associated with

1    trichloroethylene and chromium 6.

2              THE COURT:  So one was the same and one was different?

3              MR. MURPHY:  They were building airplanes during World

4    War II and the Cold War.  It was an airplane manufacturing plant.

5              THE COURT:  But the emissions were what again?

6              THE WITNESS:  The primary ones that were at issue were

7    trichloroethylene and chromium 6.  Chrome 6.

8              THE COURT:  And there were a consulting expert.

9              THE WITNESS:  No, there I was a testifying expert.

10             THE COURT:  The parties involved, did they include the

11   U.S. government?

12             THE WITNESS:  I don't believe so, no.

13             MR. MURPHY:  No, Your Honor.  It was a toxic tort

14   case, Your Honor.

15             THE COURT:  Is that different than the settlement from

16   Burbank?

17             MR. MURPHY:  There was a separate settlement,

18   Your Honor.

19             THE COURT:  So you testified for Lockheed in that one.

20             THE WITNESS:  I didn't get to testify at trial.  They

21   settled the day I was supposed to go in.

22             THE COURT:  Okay.  And then what else have you done

23   for Lockheed?

24             THE WITNESS:  This case that we're talking about,

25   I started out as a consulting expert on one case, consulting

1    expert on the second, and then a rebuttal expert on this.

2              THE COURT:  I didn't know you were a rebuttal expert.

3              THE WITNESS:  Yes, ma'am.

4              MR. MURPHY:  He was offered as a rebuttal expert to

5    Tom Cain.

6              THE COURT:  So you consulted on the litigation, the

7    toxic tort in California, and then one other part of this, which

8    was at the Air Force or Army litigation?

9              MR. MURPHY:  Which case, Your Honor?

10              THE WITNESS:  In this case, the first and the second.

11              MR. MURPHY:  The Air Force, Your Honor.

12              THE COURT:  And have you worked for them in other

13    matters?

14              THE WITNESS:  I've worked for them on a missile site

15    called Moses Lake just there as a consultant.  I've worked on a

16    number of cases for them as a consultant and not as an expert.

17              THE COURT:  And when did you start your business, or

18    what's -- your consulting business started when?

19              THE WITNESS:  First Environment was formed in 1987

20    after I had been working for a company for five years.

21              THE COURT:  Can you give me some estimate of what

22    proportion of your business per year is Lockheed-related?

23              THE WITNESS:  Well, on a year that there's a trial,

24    it's very high.  On a year that it isn't, it's minimal.  So I'd

25    just like to say, over the past 15 or 20 years, my total

1    experience in terms of revenue would be maybe five to seven

2    percent of our total revenue during any given year would come

3    from litigation, either support or testifying.

4              THE COURT:  Total experience in terms of revenue is?

5              THE WITNESS:  5 to 7 percent.

6              THE COURT:  Fifteen or 20 years?

7              THE WITNESS:  Yes.

8              THE COURT:  When I looked at your resume, I noticed

9    you didn't put Lockheed down.  Do they not rate?  You said that

10   expert deposition and testimony.  The Burbank didn't count?

11             THE WITNESS:  I think that's because of the age of it.

12             MR. MURPHY:  Yes, Your Honor.

13             THE COURT:  Okay.

14             THE WITNESS:  There's special guidance that we can

15   only put down a certain amount.

16             THE COURT:  Right.  You said it's 2009.  Okay.

17        Go ahead.

18             MR. SULLIVAN:  Your Honor, I put the photo up that you

19   asked me about.

20             THE COURT:  Okay.  So can you tell me where Building

21   77 is on this?

22             MR. SULLIVAN:  Are you asking the witness or me?

23             THE COURT:  I'm asking the witness.  Sorry.

24             THE WITNESS:  I'll have to look at it for a second

25   because I haven't seen this before.

```
1              THE COURT:  All right.  Well, show him where Building
2      77 is.  It might help.
3         When was this taken given the information that we have?  Do
4      you know what the year --
5              MR. SULLIVAN:  Yes, it was taken, Your Honor, in April
6      of 1966.
7              THE COURT:  '66.  You say what about the weather
8      conditions?
9              MR. SULLIVAN:  We checked the weather conditions, and
10     for the previous 14 days before this photo was taken, there had
11     been no precipitation in the area.
12             THE COURT:  There isn't much rain out there, is there?
13             MR. SULLIVAN:  Not at this time of year, Your Honor.
14             THE COURT:  What time of year is this?
15             MR. SULLIVAN:  It was April 1966.  It was April 16th
16     this photo was taken.
17             THE COURT:  And somebody has just designated Building
18     77 for the witness; is that right?
19             MR. SULLIVAN:  Yes.  I just put a little blue mark on
20     the screen where it is.
21             THE WITNESS:  And I put a little black mark before you
22     put your little blue mark.
23             MR. SULLIVAN:  Yes, and I see your black mark there,
24     yes.
25             THE COURT:  Okay.  So that's Building 77.  If we trace
```

1   the south pump, it would go to the left there?  Is that correct?

2             MR. SULLIVAN:  It would go just below the marks and

3   then to the west toward the road.  That's the drainage ditch.

4             THE WITNESS:  Could you just enlarge that so that we

5   can see it, please?

6             THE COURT:  What's that red spot?  Somebody just put a

7   red spot there.

8             MR. SULLIVAN:  I might have accidentally hit it with

9   my finger.

10            THE COURT:  Oh, you can get rid of it.  Oh, you did

11  get rid of it.

12       Okay.  So we see the building.  It's in the middle of the

13  picture.

14       Now we can't see anything.  The resolution is lost when you

15  go too much higher.

16       Is this the same picture?  This is U.S. Exhibit 711A.  Is

17  this the same thing we were just looking at?

18            MR. SULLIVAN:  It's way back now.  Now we're zoomed

19  back in.  There we are.

20            THE WITNESS:  When they zoom it, Your Honor, they

21  change where the little dots are.

22            THE COURT:  Yeah, let's pick one.

23       No, no, the little dot is no longer on the building.  Stop,

24  stop.  Get back to the building.  The person who's in charge is

25  moving the picture away from the building.  Otherwise, just come

1  up with a new -- okay.

2      Can you see what you want to see now, Mr. Delaney?

3          THE WITNESS:  I don't know where -- I know that's the

4  building and where we are is down at the bottom, and you can see

5  that the roadway comes down around to where those little blue

6  and black dots are, but I don't know where they're talking about

7  staining.

8          THE COURT:  Okay.  Why don't you assume that he'll

9  show you what the person claims is the stain.

10          THE WITNESS:  Okay.

11          MR. SULLIVAN:  Do you want me to mark it?

12          THE COURT:  Yes.  Make a circle.  Oh, you made a

13  point.  An arrow.

14      So I assume this is north, south, east and west, looking at

15  it to the left.

16          MR. SULLIVAN:  Yes, Your Honor.

17          THE COURT:  All right.  So we're going slightly south

18  and in a westerly direction.  The north pump would go almost --

19          MR. SULLIVAN:  It would go up north.  It would go

20  north.  Building 52 is north of this, so it would go up here.

21          THE COURT:  It would go straight up north of the

22  building?

23          MR. SULLIVAN:  Yes.

24          THE COURT:  So that arrow is correct.  Okay.  Let's

25  assume that's all right.  What is the arrow to the bottom left

1    telling us?

2              MR. SULLIVAN:  The bottom left shows --

3              THE COURT:  No, no.  What does your person say?

4              MR. SULLIVAN:  Our person says that that is evidence

5    of liquid staining -- or staining -- I can't remember -- there's

6    terminology that an aerial photographer uses, and she checked

7    the weather forecast, and there was no precipitation in the area

8    for 14 days before that.  Her testimony is that this is a

9    drainage ditch that goes over -- that comes from Building 77.

10             THE COURT:  What was found in the drainage ditch, do

11   we know?

12             MR. SULLIVAN:  Pardon me?

13      I don't know if it's ever been sampled, Your Honor.  I

14   don't think it's ever been sampled.

15             THE COURT:  So maybe you can explain to me what is the

16   -- without somebody drawing some conclusion about what the stain

17   is, other than you might say it's more likely than not it's not

18   rain, how do you know that somebody didn't just take a bucket of

19   water?

20             MR. SULLIVAN:  Because their procedure was to wash

21   grinder parts in bags out back, and if there was no rain -- the

22   south sump either discharged rainwater or wash water from doing

23   work out back.  And since there was no rain, our conclusion is

24   it was probably wash water.

25             THE COURT:  Do you have anything to say about that?

```
 1              THE WITNESS:  Are you talking to me, Your Honor?

 2              THE COURT:  Yes.

 3              THE WITNESS:  Well, first of all, I'm not proffering

 4    myself as an aerial photo expert, but I would --

 5              THE COURT:  Yeah, but let's just assume that this is a

 6    dark stain that was found in that area in 1966 when there was no

 7    rain for 14 days.

 8              THE WITNESS:  What I will say is, having been out

 9    there, if you're looking at that drainage ditch from where it

10    starts, which I will put a little red mark -- or a mark --

11              THE COURT:  Yellow.

12              THE WITNESS:  Yellow.  The yellow mark is the point

13    where the discharge was from the south drain that we talk about.

14       We're looking at something that is completely sand, a

15    little bit of rock, a little bit of other things.  This is not a

16    lined ditch up there.  I don't see, if it's been 14 days, how

17    you would have any water have come from that building and gotten

18    down there and not seeped into the ground over that distance.

19    It just doesn't look like it could happen.

20              THE COURT:  Well, what happens if it happened the day

21    before?

22              THE WITNESS:  You still --

23              THE COURT:  In other words, this picture was taken on

24    day 14, no rain, and somebody puts things in that sump pump.

25    Why can't that show up?
```

1          THE WITNESS:  Then if that was the case, Your Honor,

2    you would see it up closer to the facility where the material

3    was actually released, if it were released.

4          THE COURT:  Okay.

5          MR. SULLIVAN:  Your Honor, can I go on?

6          THE COURT:  Mm-hmm.

7          MR. SULLIVAN:  Okay.

8    BY MR. SULLIVAN:

9    Q.   Now, Dr. Delaney, we were talking a few minutes ago about

10   the drum of wastewater from the wet vac system in Building 77.

11   A.   Yes.

12   Q.   Okay.  Now, the procedure says to dispose of it as

13   propellant waste, but it doesn't say where it was taken, does

14   it?

15   A.   It does not.

16   Q.   It could have been taken to the burn pit and dumped in the

17   burn pit, correct?

18   A.   It could have.

19   Q.   I'd like to look at a couple other process standards here.

20         THE COURT:  Is that okay, according to you, taking the

21   propellant waste to the burn pit?

22         THE WITNESS:  That's what they did with propellant

23   waste.

24         THE COURT:  I thought they took it to the evaporation

25   pit.

1          THE WITNESS:  If it went through the system where it

2     was supposed to go, which was the north sump, yes.

3          THE COURT:  But it's okay, you can decide to take it

4     to a burn pit just as well?

5          THE WITNESS:  What we're talking about here,

6     Your Honor, is the stuff that was in the vacuum cleaner, and so

7     they didn't take it outside and then dump it into the north pit

8     to have it pumped to the evaporation.  There was a special

9     procedure for waste propellant, where you had to put it in a

10    certain drum, you had to put it at a certain time, and they

11    would come around and pick it up and take that waste to the burn

12    pit to be burned.

13         THE COURT:  And that was acceptable?

14         THE WITNESS:  Yes.

15         THE COURT:  Okay.

16    BY MR. SULLIVAN:

17    Q.   Dr. Delaney, do you know whether the evaporation pit 61 was

18    used during the entire time the Redlands facility operated?

19    A.   I don't know, and the reason I'm hesitating, I wasn't able

20    to find the engineering drawing of when it was built, so I don't

21    know specifically the time period, but my belief was that it was

22    used during the period of time that 52 was in primary operation.

23    Q.   Have you ever seen testimony that it was taken out of

24    service because of an explosion?

25    A.   There was a fire at it at one point in time, but I don't

1   think that it was necessarily taken out of service.  I wasn't --

2   I was trying to check up on that particular incident, and I

3   wasn't able to find very much information on the duration.

4   Q.   Let's look at U.S. Exhibit 32 in your binder there.

5   A.   Is that near the front or the back?

6         THE COURT:  Can I ask one other question?  Besides

7   talking to one person you mentioned, Borgelt -- I think I got

8   the name correct -- who else that was involved on the scene at

9   the time did you talk to?

10        THE WITNESS:  I didn't talk to anybody else, but I

11  took a lot of my information from Speer, Grant.  He was the head

12  of the process engineering and ran the production at the

13  facility for a number of years.

14        THE COURT:  Well, if you didn't talk to him, what was

15  the source of your information?

16        THE WITNESS:  His depositions and his affidavits.

17        THE COURT:  So you read his deposition in this case?

18        THE WITNESS:  In this case and in others, yes.

19        THE COURT:  There are no inconsistencies between the

20  two?

21        THE WITNESS:  Well, they just used it from his

22  original.  I don't think anybody has talked to him with regards

23  to Redlands in this particular case.  I don't know.

24        THE COURT:  No one has what?

25        MR. MURPHY:  He's deceased, Your Honor.

1            THE COURT:  I know, but there's a deposition, a

2      historical deposition, and then there was also a declaration

3      given in Burbank.  Which case was it?

4            MR. MURPHY:  I think it was in the toxic tort,

5      Your Honor.

6            THE COURT:  Right.  And you've looked at both of

7      these.

8            THE WITNESS:  Yes.

9            THE COURT:  And I'm asking whether they're consistent.

10           THE WITNESS:  Oh, yes.  I've not found anything to be

11     inconsistent.

12           THE COURT:  All right.

13           MR. SULLIVAN:  Can I go on, Your Honor?

14           THE COURT:  Yes.

15     BY MR. SULLIVAN:

16     Q.   Let's look, Dr. Delaney, at U.S. Exhibit 32.  Did you find

17     it in your binder?

18     A.   I did, yes.

19     Q.   This document is dated November 9, 1962, correct?

20     A.   No. 30 -- oh, I have the wrong one.  Sorry.  You said 23?

21     Q.   Thirty-two?

22     A.   Thirty-two.  Yes.

23     Q.   And this is entitled "Cleanup after oxidizer operations,"

24     correct?

25     A.   Correct.

1    Q.    And it's No. 00C005, correct?

2    A.    Yes, it's manufacturing process standard C005.

3    Q.    Okay.  Let's look at page 3, the third page.

4          THE COURT:  Who's the director of production?  Is he a

5    relative of your expert?  Just out of curiosity.  How could it

6    be the same name?  Look on the first page.

7          MR. SULLIVAN:  Feenstra.

8          THE COURT:  You don't think that's peculiar?  Look on

9    the page, the first page.

10         MR. MURPHY:  I've been told there was an employee

11   named Feenstra, but no relation that we know of, Your Honor.

12         THE COURT:  Okay.

13         MR. SULLIVAN:  Let's look at page 3 of this document,

14   and let's go to item 1.3.

15         THE WITNESS:  Okay.

16   BY MR. SULLIVAN:

17   Q.    Actually, if we go right up above, this is Micro Pulverizer

18   grinder cleanup, correct?

19   A.    Correct.

20   Q.    And the Micro Pulverizer was in Building 77, right?

21   A.    In this period of time, yes.

22   Q.    And so what we're talking about here starting at 1.2 is the

23   disassembly of the Micro Pulverizer after it's finished

24   grinding, correct?

25   A.    Correct.

1  Q.   And then 1.3 talks about cleaning those parts, correct?

2  A.   Correct.

3  Q.   Can you read this paragraph into the record?

4  A.   1.3?

5  Q.   Yes.

6  A.   "The parts removed in sequence 1.2 shall be flushed with

7  water to remove contamination.  The washing will be performed at

8  the faucet and sump outside the lower level of Building 77."

9  Q.   Keep going.

10  A.   "Do not use water inside the building."

11  Q.   And why don't you just finish reading it.

12  A.   "Dry the parts with clean rags.  The parts will be placed

13  in one of the heated rooms to finish drying completely."

14  Q.   Okay.  Now, this procedure, in fact, does not say what to

15  do with the contaminated wastewater, does it?

16  A.   It says --

17  Q.   From cleaning the parts and bags.

18  A.   It says to wash it at the sump.

19  Q.   It doesn't say to dump it in the north sump, does it?

20  A.   I think, quite frankly, you're trying to parse words to get

21  too close to something.  These, remember --

22          THE COURT:  No, no.  You just answer the question.

23  You don't have to make counsel's argument.

24  BY MR. SULLIVAN:

25  Q.   It doesn't say to wash these parts in the north sump, does

1    it?

2    A.    No.

3    Q.    And it doesn't say not to let the wash water flow into the

4    south sump, does it?

5    A.    No.

6    Q.    And it doesn't say to use the same care as working with

7    propellant waste, does it?

8    A.    It does not.

9    Q.    And it does not provide any safety warnings about this wash

10   water, does it?

11   A.    I don't believe so.

12   Q.    Okay.  Let's look at U.S. Exhibit 807 in your binder.

13         Okay.  Dr. Delaney, did you find this exhibit?

14   A.    I did.

15              THE COURT:  What number is it again?

16              MR. SULLIVAN:  807, Your Honor.

17              BY MR. SULLIVAN:

18   Q.    And am I correct this is a 1972 on-station planning for

19   oxidizer grinding for the fluid energy mill, correct?

20   A.    Correct.

21   Q.    And the fluid energy mill was in Building 77, right?

22   A.    Correct.

23   Q.    Okay.  Let's look at the page -- and this, we do have a

24   U.S. Exhibit Bates number on it.  It is U.S. Exhibit Bates

25   No. 807.0033.

1          THE COURT:  Mr. Murphy, is the witness only being

2     offered to talk about Building 77, just out of curiosity?

3          MR. MURPHY:  Excuse me, Your Honor?

4          THE COURT:  Is he only being offered to talk about

5     Building 77?

6          MR. MURPHY:  Yes, Your Honor.

7     BY MR. SULLIVAN:

8     Q.    Okay.  Did you find that page?

9     A.    I did.

10    Q.    Okay.  Let's look at operation 260, sequence 10.  This

11    says, "Pulsaire unit cleaning."  Correct?

12    A.    Correct.

13    Q.    Let's look at item 1.1.  Can you read the first sentence?

14    A.    "Remove the bags from the unit after removing the band

15    clamps at the top and lift out."

16    Q.    Okay.  Read the next sentence?

17    A.    "Water wash, place bags over wire supports and oven dry the

18    bags."

19    Q.    Okay.  And now read the rest of this paragraph.

20    A.    "Place cleaned bags in oxidizer preheat room pending a

21    reinstallation."

22    Q.    Keep going?

23    A.    "A replacement set or new bags may be installed to replace

24    the dirty bags.  Do not install two front rows of bags until

25    blender feed rate for the next grind has been ascertained."

1   Q.   Okay.  So in terms of cleaning instructions for the

2   Pulsaire bags, it says, "Water wash and place bags over wire

3   supports and oven dry the bags," correct?

4   A.   That's what it says, but remember, this is an on-station

5   planning document.  So you have to see what other applicable

6   documents are, and the manufacturing process standard CO23 is

7   there.  The manufacturing process standard is higher order than

8   an on-site.  So they would have to do what was in the

9   manufacturing process standard.

10   Q.   We just looked at that one a few minutes ago, and it didn't

11   say anything about washing the bags.

12   A.   No.  What I am saying is that you would have to vacuum the

13   bags before you did this, which is what was said in the O23.

14   Q.   Okay.  This document gives no instructions about what to do

15   with A.P.-contaminated wastewater from cleaning all these bags,

16   does it?

17   A.   It has to go back to the manufacturing process standard.

18   Q.   Now, this procedure right here doesn't say to go look

19   somewhere else.  It just says to take the bags off the rack and

20   wash them.  Isn't that right?

21   A.   Yes.  But when you're -- and Speer has a very good

22   definition about what you do.  The manufacturing process

23   standard is the highest order that you have to do at a facility.

24   It is what is done at a facility.  They call it the cookbook as

25   to how to do something or how to be able to instruct the

1    employees working at the facility to actually do the steps.

2    This document that we're looking at now is an on-station

3    planning document that has to look at and do what is ever in the

4    CO23.

5    Q.   Okay.  So if I'm an operator removing these bags, how am I

6    to know what other document to look at while I'm doing this work

7    when it's not mentioned in the procedure?

8    A.   The operator at the facility would have known that this was

9    not a standard procedure to come in, the head operator would

10   have told his staff what to do, and the head operator would have

11   known what to do.

12             THE COURT:  Who was the head operator at 77?

13             THE WITNESS:  There were a number of them, Your Honor,

14   because they would sometimes run that on a 24-hour shift.

15             THE COURT:  Do we know who they were?

16             THE WITNESS:  I don't know their names.

17   BY MR. SULLIVAN:

18   Q.   But in any event, on this procedure and on the other

19   procedure you're referring to, there is no instruction here

20   about where to discharge the wastewater from cleaning these bags

21   with water, is there?

22   A.   I would agree with you that there's nothing in terms of the

23   wastewater as to where to discharge it, but were they to

24   discharge it into the north sump, it would have gone to the

25   evaporation pit.

1    Q.    Okay.  But there's no instruction here to clean it in the

2    north sump, is there?

3    A.    It's not that detailed.

4    Q.    No.  And there's no instruction that says don't let the

5    water go in the south sump, correct?

6    A.    Well, the station operator would have known that this would

7    have been A.P.-contaminated wastewater and would tell the folks

8    not to do that.

9    Q.    Well, George Nelson White said they pumped it right up on

10   the rocks, and he was working back there, he testified about

11   that.

12   A.    George Nelson White, as we said before, was a mechanic.  He

13   was a mechanic that was operating.  Something was wrong with

14   something at the station.  They called him to fix it and saw

15   them discharging water to the top of the ravine.  But he was not

16   an operator.  He didn't tell people what to do inside that

17   station.

18   Q.    Did you ever meet --

19            THE COURT:  Did he testify that he did it or someone

20   else?

21            MR. SULLIVAN:  He said he was there and that's what

22   they did.

23            THE COURT:  Can't he make that observation?  You don't

24   have any basis to contest his observation other than it wasn't

25   company policy?

1          THE WITNESS:  Well, the only observation that he could

2     have made was that water was being pumped out of the south sump.

3          THE COURT:  Water was being pumped out of it or into

4     it?

5          MR. SULLIVAN:  Probably both.  It had to go in first,

6     and then it was pumped up on the rocks.

7          THE COURT:  I mean, if he's there -- oh, he's talking

8     about the -- can you tell from his testimony whether he's

9     talking about the end product or the beginning?

10         MR. MURPHY:  Can we put that testimony up on the

11    screen so we all can read that?

12         MR. SULLIVAN:  Sure, yes.

13         THE COURT:  Yes.

14         MR. SULLIVAN:  George Nelson White.

15         THE COURT:  Where does this testimony come from,

16    counsel?

17         MR. SULLIVAN:  This comes from George Nelson White's

18    testimony in Lockheed's lawsuit against 7W.

19         THE COURT:  There's another lawsuit?

20         MR. SULLIVAN:  It was a CERCLA lawsuit.

21         MR. MURPHY:  It was a lawsuit against subsequent

22    occupiers/owners of the facility, Your Honor.

23         THE COURT:  Who were they?

24         MR. MURPHY:  7W.  Tom Blackman mentioned them

25    yesterday.  The Easter grass company.

```
1              THE COURT:  What did they sue them for?

2              MR. MURPHY:  There's a lawsuit between the two parties

3    about the contamination, Your Honor, that was settled.

4              THE COURT:  Was that just based on the fact that they

5    bought the site, or was there an argument --

6              MR. MURPHY:  There were allegations back in 1996,

7    Your Honor, about the solvent contamination, the solvent

8    contamination alone because it was '96, it was settled in 1996.

9              THE COURT:  What was Lockheed's claim?

10             MR. MURPHY:  That if there's solvent in a plume, it

11   was theirs and not ours.

12             THE COURT:  From Easter grass?

13             MR. MURPHY:  They were using lots of different

14   solvents there, as well.

15             THE COURT:  All right.  That was settled.  What year

16   is this testimony?

17             MR. MURPHY:  This testimony is '96.

18             THE COURT:  Do you have the front page a minute,

19   please.

20             MR. SULLIVAN:  The testimony, Your Honor, is on the

21   screen.  It starts on page 116 of Mr. White's deposition, which

22   is U.S. Exhibit 994.

23             THE COURT:  And the date of the deposition?

24             MR. SULLIVAN:  September 3, 1966.

25             THE COURT:  September 3, 1966?
```

1        MR. SULLIVAN:  I'm sorry, 1996.  Sorry.

2        THE COURT:  Did Lockheed sue anybody else saying it

3   was their fault?

4        MR. MURPHY:  No, Your Honor.  That was the only

5   lawsuit.  Again, this was the solvent contamination.  This was

6   just the solvent contamination.  This had nothing to do with

7   perchlorate.

8        THE COURT:  Right.  That's TCE.

9        MR. MURPHY:  That is correct.

10       THE COURT:  Right.  I just wanted to know that they

11   said -- but you're saying in 1996 you were blaming it on someone

12   else?

13       MR. MURPHY:  And they were blaming it on us,

14   Your Honor.

15       THE COURT:  Well, you sued first.

16       MR. MURPHY:  I believe -- both parties sued.  I'm not

17   sure which one went first.

18       THE COURT:  This is after you undertook remediation

19   efforts, and you were trying to recover --

20       MR. MURPHY:  This is while we were doing remediation

21   at the site, Your Honor.

22       THE COURT:  Were they still on the site?

23       MR. MURPHY:  They're still there today.  I think they

24   got on the site in 1976.

25       THE COURT:  When did the -- was there a change in the

1    law that if you transfer land to somebody that you could be --

2    the transferor --

3              MR. MURPHY:  Oh, the bona fide exception, Your Honor?

4              THE COURT:  Yeah.

5              MR. MURPHY:  I'm not sure.  The land transfer was

6    before CERCLA was enacted.  And again, we were just leasing the

7    land from the City of Redlands.

8              THE COURT:  But you didn't sue them?

9              MR. MURPHY:  No.  And the 7W litigation I think was

10   settled at the end of '96, beginning of '97 for --

11             THE COURT:  For what?

12             MR. MURPHY:  I think it was ███████████.

13             THE COURT:  That 7W paid?

14             MR. MURPHY:  That Lockheed Martin paid to 7W.  No, I'm

15   sorry.  Excuse me.  That 7W paid to Lockheed Martin, Your Honor,

16   in exchange for indemnity on the cleanup.  It was settled out of

17   court, Your Honor.  I'm not sure if that is...

18             THE COURT:  Just out of curiosity, we haven't gotten

19   to the numbers, but isn't that a credit for you?

20             MR. MURPHY:  Excuse me, Your Honor?

21             THE COURT:  Isn't that a credit?

22             MR. MURPHY:  Well, Your Honor --

23             THE COURT:  We're not down to that level.

24             MR. MURPHY:  The amounts that were recovered -- and

25   again, it's just been whispered in my ear by my client that that

1    settlement might be confidential, so I would like to -- we can

2    figure that out at some point, but I think we've -- we've

3    provided those numbers to the federal government in this

4    litigation.

5         THE COURT:  Right.  But, I mean, if you've recovered

6    any monies for the cleanup cost that you're seeking here, those

7    ought to be taken out of the case, I would think.

8         MR. SULLIVAN:  That's our position.

9         MR. MURPHY:  Your Honor, ███████████, again, the

10   settlement was in exchange for indemnity.  It was an

11   out-of-court settlement.  We would maintain that that indemnity,

12   that indemnity that we provided 7W was possibly -- would reduce

13   that amount that should be credited, but, Your Honor, clearly

14   you're right, if we've recovered it from another PRP, it should

15   not be credited here.

16        But I'd like to make the point that that ███████████ was

17   credited to the Disc Ops pool under our federal government

18   contracts, the discontinued operations pool.  So it was credited

19   in accordance with the way we would credit the recoveries here,

20   Your Honor.  That goes to the double recovery issue, Your Honor.

21        THE COURT:  Well, it may go to the double recovery,

22   but it shouldn't be coming out of this part of the DOJ.

23        MR. MURPHY:  Yes, Your Honor.

24        THE COURT:  Have you recovered any monies from

25   insurers?

1           MR. MURPHY:  Your Honor, Lockheed Martin had an

2    insurance lawsuit against its insurers.

3           THE COURT:  That's the AF whatever --

4           MR. MURPHY:  It's called the Procter litigation.

5           THE COURT:  Oh, Procter.  Is that something we haven't

6    talked about?  You weren't involved in that?

7           THE WITNESS:  No, ma'am.

8           MR. MURPHY:  The Procter litigation was in the 90s,

9    Your Honor.

10          THE COURT:  Okay.

11          MR. MURPHY:  Lockheed Martin sued its insurers.  It

12   lost on the question of whether its remediation costs were

13   covered by those insurers.  Lockheed appealed that all the way

14   up to the Supreme Court of California and lost.  Later, those

15   lawsuits were settled as buy-backs of those insurance clauses

16   after Lockheed had lost the mediation issue dealing mostly with

17   the Procter tort costs.

18          THE COURT:  Could they have to do with these sites or

19   something else?

20          MR. MURPHY:  They have to do with all the sites at

21   Lockheed Martin.

22          THE COURT:  So there was some portion of the

23   settlement that would be attributable to these sites?

24          MR. MURPHY:  We would say no, Your Honor, again

25   because the insurers had won on the issue on whether these costs

1    were covered by the insurance coverage.  So the insurers, again,

2    won on the issue of whether the mediation costs were recoverable

3    by Lockheed Martin, and that had been appealed up to the

4    California Supreme Court.

5             THE COURT:  You said they were settled as buy-backs of

6    those insurance clauses.

7             MR. MURPHY:  Yeah, after --

8             THE COURT:  Who bought back what from whom?

9             MR. MURPHY:  Lockheed Martin was paid a certain amount

10   of money by the insurers, and that money -- in exchange for that

11   money, the insurers were -- got back their policies.  They

12   didn't have to cover Lockheed Martin anymore.  Again, I'm going

13   to say that I believe that settlement is also highly

14   confidential, Your Honor.

15            THE COURT:  It may be highly confidential, but I don't

16   want to hear about you seeking -- that would be double recovery.

17            MR. MURPHY:  Again, Your Honor --

18            THE COURT:  If you sue them for remediation costs and

19   they say, no, no remediation costs, but you settle the lawsuit

20   ultimately for buy-back, and you pay them ████████, some of it

21   is attributable to these sites.

22            MR. MURPHY:  But that settlement, Your Honor, came

23   after we had lost the question of whether these costs were

24   recoverable under those insurance claims; and again, we had

25   exhausted our appeals all the way up -- because these were

1    state-law claims --

2          THE COURT:  Why didn't anybody give you any money to

3    buy back the clauses?

4          MR. MURPHY:  Because there were still lots of

5    liability at these sites related to toxic tort claims,

6    Your Honor.  There was other lawsuits that were going on.  This

7    liability was something that Lockheed Martin -- it also applied

8    to all sites, Your Honor, Burbank, Redlands; and again, at the

9    time of the settlement, there were lawsuits at other sites.

10         THE COURT:  Okay.  In Burbank -- how many -- Redlands,

11    Beaumont.  Are there more sites than the three?

12         MR. MURPHY:  Yeah, many sites, Your Honor.  Gosh, I

13    don't have a list right in front of me.  But the coverage of the

14    case extended to a site -- 13 sites, Your Honor.

15         THE COURT:  And so when you incur remediation costs,

16    are you cleaning up other sites, too?

17         MR. MURPHY:  Yes, Your Honor.

18         THE COURT:  So just for purposes of thinking ahead, do

19    you actually allocate the cost in some way to the site as

20    opposed to -- I mean, I don't know exactly what the technology

21    is, and I don't want to hear now, but aren't there any economies

22    of scale?

23         MR. MURPHY:  Your Honor, every site is different.

24    Every site is located in different states, there's different

25    contaminants, there's different cleanup requirements.  The wells

```
 1    that we install at Redlands don't clean up the wells that we

 2    install at -- don't clean up the same water that are installed

 3    at Burbank or at Seattle or at Great Neck.  So every site has

 4    its own cleanup requirements and cleanup costs.  All those costs

 5    are accumulated by Lockheed Martin in its corporate overhead,

 6    Your Honor.

 7             THE COURT:  Yeah, along with you.  Are you part of the

 8    corporate overhead?

 9             MR. MURPHY:  I am part of a legal residual pool,

10    Your Honor.

11             THE COURT:  Okay.  All right.  Sorry, Mr. Sullivan.  I

12    can't help but interrupt.  You all could wish that I were

13    suffering from the flu again.

14       Okay, go ahead.

15             MR. SULLIVAN:  Thank you, Your Honor.

16             THE COURT:  This probably is a good time to break.

17    How much longer do you have?

18             MR. SULLIVAN:  It could be a while.

19             THE COURT:  Yeah, that's what I was afraid.  It's my

20    fault.  I'll take responsibility.  But I have to educate myself.

21    Sorry.

22       Sir, you're not to discuss your testimony over the lunch

23    hour, and I'd like to resume -- because I lost some time

24    yesterday, I'd like to have a little time to read -- you're

25    going to be calling Mr. Wright this afternoon?
```

```
1                    MR. SULLIVAN:  Yes, Your Honor.

2                    THE COURT:  How long do you think he'll be on?

3                    MS. FLETCHER:  Your Honor, I would anticipate probably

4        an hour of cross.

5                    THE COURT:  Okay.  How long do you think on direct?

6                    MR. HEMINGER:  He submitted his --

7                    THE COURT:  Oh, yeah.

8                    MR. HEMINGER:  Redirect, probably not that long, Your

9        Honor.

10                   THE COURT:  Okay.  Do you think we're going to finish

11       within an hour?

12                   MR. SULLIVAN:  I would think so, Your Honor.

13                   THE COURT:  But they haven't even started.  You've got

14       a lot?

15                   MR. SULLIVAN:  That's true.  They may have a lot.

16                   MR. TORRES:  I would say we have probably at least an

17       hour of redirect questioning, Your Honor.

18                   THE COURT:  Okay.  All right.  Let's say 2:15.  I need

19       to do a little reading.

20            (Lunch recess taken at 12:51 p.m.)

21

22

23

24

25
```

**INDEX**

**WITNESS:**                                                          **PAGE:**

Bernard Tod Delaney:   Direct Examination................. 366
                       Cross-Examination................. 367
                       Cross-Examination................. 368

                          *****


**EXHIBITS RECEIVED**

U.S. Exhibit No. 1203 .................................. 378

                          *****



                 *   *   *   *   *   *

                      CERTIFICATE

     I, BRYAN A. WAYNE, Official Court Reporter, certify that

the foregoing pages are a correct transcript from the record of

proceedings in the above-entitled matter.


                          *Bryan Wayne*
                     _____
                          BRYAN A. WAYNE

484

**'**

**'51** [1] - 402:14
**'56** [2] - 433:15,
433:17
**'59** [1] - 433:15
**'60s** [1] - 401:7
**'62** [1] - 433:13
**'64** [5] - 417:8, 435:20,
439:17, 439:24,
439:25
**'66** [2] - 376:21, 457:8
**'68** [2] - 401:9, 401:11
**'69/'70** [1] - 401:11
**'70** [2] - 376:21,
439:18
**'73** [3] - 417:8, 435:18,
436:4
**'74** [1] - 403:4
**'80s** [1] - 401:4
**'82** [1] - 401:6
**'96** [4] - 453:16, 474:9,
474:18, 476:11
**'97** [2] - 453:17,
476:11
**'industrial** [1] - 421:18

**0**

**00C005** [1] - 466:2
**00C023** [1] - 441:4
**010863** [1] - 405:13
**08-1160** [2] - 364:5,
366:2

**1**

**1** [1] - 421:9
**1.1** [1] - 469:14
**1.2** [2] - 466:23, 467:7
**1.3** [3] - 466:15, 467:2,
467:5
**10** [2] - 437:13, 469:11
**1023** [2] - 440:24,
440:25
**1043** [1] - 445:4
**1050** [1] - 364:17
**11** [2] - 382:19, 440:13
**116** [1] - 474:22
**1175** [2] - 384:9,
384:15
**11:16** [1] - 431:2
**11:36** [1] - 431:2
**12** [3] - 364:7, 383:21
**1203** [7] - 367:16,
367:17, 367:23,
368:11, 378:11,

378:21, 483:9
**122** [2] - 421:9, 431:14
**12:51** [1] - 482:21
**13** [2] - 420:13, 480:15
**13054** [10] - 382:20,
383:6, 385:1,
386:16, 386:19,
387:1, 387:11,
387:24, 388:2, 388:7
**13054.3** [4] - 385:4,
385:6, 386:2, 386:10
**134** [2] - 403:24, 405:4
**134.0165** [1] - 404:3
**139** [1] - 438:11
**14** [7] - 390:17, 452:5,
457:11, 460:9,
461:8, 461:17,
461:25
**15** [2] - 405:7, 455:25
**15-2** [1] - 405:7
**1502c** [1] - 404:19
**1502e** [1] - 405:5
**1505.C** [1] - 404:8
**1505.C.(3** [1] - 404:2
**16** [1] - 432:15
**161-30** [1] - 438:8
**16th** [1] - 457:16
**18** [2] - 432:4, 436:17
**1949** [5] - 382:1,
382:20, 419:14,
422:4, 422:20
**1951** [6] - 402:6,
402:12, 402:16,
412:12, 412:16,
414:13
**1956** [2] - 433:2, 433:5
**1958** [1] - 435:4
**1959** [2] - 433:6,
434:13
**1960** [1] - 423:3
**1961** [2] - 402:10,
435:6
**1962** [4] - 432:18,
434:18, 434:19,
465:20
**1964** [1] - 439:4
**1965** [1] - 423:3
**1966** [8] - 384:8,
457:7, 457:16,
461:7, 474:25, 475:1
**1967** [1] - 383:23
**1968** [4] - 402:15,
402:16, 403:25,
404:4
**1969** [1] - 420:14
**1970** [8] - 377:3,
432:12, 435:25,
436:6, 437:20,
438:24, 439:23,
441:2

**1971** [1] - 444:23
**1972** [1] - 468:19
**1973** [3] - 435:16,
439:2, 446:5
**1975** [1] - 377:3
**1976** [1] - 475:25
**1980** [1] - 403:2
**1987** [1] - 455:19
**1996** [4] - 474:7,
474:9, 475:2, 475:12
**1997-98** [1] - 372:21

**2**

**2** [4] - 386:3, 386:17,
405:5, 431:14
**20** [4] - 447:5, 451:14,
455:25, 456:6
**2000** [2] - 370:13,
391:21
**20001** [1] - 365:3
**20026-3986** [1] -
364:25
**20036-5306** [1] -
364:17
**2006** [1] - 373:6
**2008** [1] - 370:14
**2009** [1] - 456:17
**2014** [1] - 364:7
**202** [3] - 364:18,
364:25, 365:3
**21** [2] - 446:22, 447:1
**22239** [1] - 445:15
**23** [2] - 446:11,
446:14, 465:21
**24** [1] - 440:13
**24-hour** [1] - 471:15
**25** [1] - 441:2
**26** [5] - 441:15,
441:18, 442:25,
445:7, 448:25
**260** [1] - 469:11
**27** [2] - 441:16, 443:2
**2:15** [1] - 482:19

**3**

**3** [7] - 364:9, 384:5,
386:17, 466:4,
466:14, 474:25,
475:1
**3)** [1] - 404:10
**30** [1] - 465:21
**305-0365** [1] - 364:25
**32** [2] - 464:5, 465:17
**333** [1] - 365:2
**354-3186** [1] - 365:3
**36** [2] - 379:3, 379:5

**364** [1] - 364:8
**366** [1] - 483:3
**367** [1] - 483:4
**368** [1] - 483:4
**378** [1] - 483:9

**4**

**4** [5] - 381:25, 382:3,
394:6, 446:22, 447:1
**4.1** [1] - 447:4
**40** [3] - 369:19,
405:19, 437:23
**41** [2] - 437:23, 438:1

**5**

**5** [2] - 382:14, 456:5
**50** [4] - 373:9, 373:10,
373:13, 424:10
**52** [10] - 368:22, 380:7,
389:25, 390:3,
390:4, 391:8,
391:23, 459:21,
463:23

**6**

**6** [9] - 383:20, 384:5,
394:6, 420:12,
420:18, 438:9,
454:1, 454:7
**6-3.4.1** [1] - 438:14
**6.31.1** [4] - 443:5,
448:25, 449:1,
449:24
**6.5** [4] - 445:1, 445:18,
446:11, 446:14
**60** [2] - 369:19, 396:15
**601** [1] - 364:24
**61** [9] - 368:9, 389:4,
389:24, 390:8,
391:3, 391:8,
392:13, 396:15,
463:18
**66** [1] - 404:4
**6714** [1] - 365:2

**7**

**7** [4] - 373:6, 388:4,
403:19, 456:5
**711A** [1] - 458:17
**74** [1] - 374:3
**77** [33] - 368:23,
368:25, 370:8,
378:24, 389:20,

390:5, 391:19,
392:9, 393:19,
398:6, 418:1, 418:3,
427:7, 432:9, 435:8,
438:24, 446:9,
449:2, 449:4, 452:2,
452:8, 456:22,
457:3, 457:19,
458:1, 460:10,
462:11, 466:21,
467:9, 468:22,
469:3, 469:6, 471:13
**78** [2] - 374:3, 392:13
**7W** [7] - 473:19,
473:25, 476:10,
476:14, 476:15,
476:16, 477:13

**8**

**8** [3] - 382:2, 382:3,
432:4
**800** [1] - 372:20
**8000** [1] - 364:24
**807** [2] - 468:13,
468:17
**807.0033** [1] - 469:1
**83** [1] - 374:3

**9**

**9** [6] - 382:14, 437:21,
437:22, 437:24,
437:25, 465:20
**900** [1] - 453:21
**90s** [1] - 478:9
**955-8238** [1] - 364:18
**99.9** [1] - 402:25
**994** [1] - 474:23
**9:43** [1] - 364:7

**A**

**a.m** [3] - 364:7, 431:2
**A.M** [1] - 364:9
**A.P** [35] - 380:1,
382:16, 388:25,
389:1, 392:1, 392:7,
396:24, 406:11,
407:22, 412:4,
412:8, 414:11,
423:18, 427:9,
428:3, 428:13,
429:11, 429:14,
429:19, 430:1,
435:11, 439:14,
440:14, 440:15,
441:10, 443:10,

449:23, 450:10,
450:15, 450:18,
450:19, 450:20,
450:24, 451:3
**A.P.-containing** [2] -
411:13, 412:13
**A.P.-contaminated** [7]
- 393:14, 417:25,
418:2, 443:10,
445:25, 470:16,
472:8
**able** [12] - 373:20,
391:23, 406:9,
410:22, 419:22,
433:10, 433:19,
434:1, 434:17,
463:20, 464:4, 471:1
**above-entitled** [1] -
483:17
**acceptable** [4] -
403:2, 407:8,
410:23, 463:14
**accepting** [1] - 406:12
**accident** [1] - 417:18
**accidental** [2] -
420:15, 427:15
**accidentally** [1] -
458:9
**accomplished** [1] -
448:7
**accordance** [1] -
477:20
**according** [2] - 403:1,
462:21
**accumulated** [1] -
481:6
**accurate** [2] - 378:12,
402:25
**acquiesced** [1] -
402:23
**Act** [28] - 382:1,
382:20, 383:15,
383:22, 384:23,
384:25, 401:6,
412:6, 412:21,
415:2, 416:7,
419:10, 420:3,
420:13, 420:14,
421:3, 421:4, 421:6,
422:15, 423:22,
424:3, 424:15,
425:19, 425:25,
429:25, 430:8, 431:7
**action** [2] - 366:2,
387:23
**actions** [1] - 400:13
**activities** [4] - 376:11,
376:17, 377:6,
377:16
**actual** [1] - 396:2

**add** [2] - 374:22, 383:3
**added** [1] - 428:10
**additional** [1] - 448:6
**adequate** [1] - 388:5
**admitted** [3] - 367:14,
367:18, 378:14
**adopt** [1] - 366:23
**advising** [1] - 424:9
**aerial** [4] - 451:20,
451:25, 460:7, 461:5
**Aerojet** [5] - 412:14,
412:17, 412:24,
413:11, 414:6
**AF** [1] - 478:4
**affect** [2] - 388:12,
411:25
**affidavit** [11] - 366:17,
366:19, 366:23,
436:15, 436:19,
437:3, 437:9,
437:10, 442:5,
442:6, 442:12
**affidavits** [2] - 441:22,
464:17
**afraid** [1] - 481:20
**afternoon** [1] - 482:1
**age** [1] - 456:12
**agencies** [2] - 414:12,
414:17
**ago** [5] - 393:19,
414:18, 417:18,
462:10, 470:11
**agree** [9] - 369:20,
408:18, 430:1,
431:15, 431:18,
431:23, 446:4,
452:16, 471:23
**agreed** [1] - 408:24
**agreeing** [1] - 416:6
**ahead** [14] - 367:23,
374:21, 378:4,
397:24, 401:24,
404:1, 412:22,
424:11, 428:24,
430:21, 440:10,
456:18, 480:19,
481:15
**aid** [1] - 438:18
**aided** [1] - 365:25
**Air** [18] - 371:6,
371:14, 371:20,
374:25, 375:11,
399:15, 401:10,
401:12, 408:1,
417:7, 429:12,
433:20, 435:15,
435:16, 438:8,
439:5, 455:8, 455:11
**air** [2] - 435:2, 453:22
**airlock** [3] - 379:20,

379:21, 394:3
**airplane** [1] - 454:4
**airplanes** [1] - 454:3
**al** [1] - 383:22
**alive** [2] - 422:9
**allegations** [1] - 474:7
**alleging** [1] - 372:24
**allocate** [1] - 480:20
**allocation** [1] - 372:3
**almost** [1] - 459:19
**alone** [1] - 474:9
**America** [1] - 366:3
**AMERICA** [1] - 364:6
**ammonium** [7] -
379:15, 380:7,
389:2, 390:5, 392:4,
400:9, 413:8
**ammonium-
perchlorate** [1] -
390:5
**amount** [11] - 373:19,
373:20, 375:24,
415:3, 417:24,
423:12, 423:25,
450:3, 456:16,
477:14, 479:10
**amounts** [1] - 476:25
**Analysis** [1] - 386:11
**answer** [7] - 375:21,
406:9, 416:22,
417:13, 420:7,
451:19, 467:23
**anticipate** [1] - 482:4
**apologize** [1] - 367:3
**appealed** [2] - 478:14,
479:4
**Appeals** [1] - 371:8
**appeals** [1] - 480:1
**appear** [2] - 372:7,
437:1
**APPEARANCES** [1] -
364:12
**apple** [1] - 371:25
**applicability** [1] -
382:1
**applicable** [2] - 448:5,
470:6
**applied** [3] - 377:5,
429:25, 480:8
**apply** [10] - 374:25,
376:17, 377:13,
383:22, 392:1,
424:16, 425:24,
426:11, 426:19,
429:25
**appreciated** [2] -
409:11, 409:13
**appreciating** [1] -
409:14
**approaching** [1] -

451:2
**approved** [1] - 382:12
**April** [3] - 457:6,
457:16
**apron** [1] - 415:7
**area** [18] - 372:22,
387:16, 387:21,
394:1, 395:7,
399:16, 399:24,
400:7, 410:3, 414:6,
417:7, 428:1,
429:14, 450:20,
452:8, 457:12,
460:8, 461:7
**areas** [1] - 428:18
**argue** [2] - 406:19,
453:5
**arguing** [1] - 423:24
**argument** [3] - 409:21,
467:24, 474:6
**Armed** [1] - 371:7
**Army** [4] - 401:12,
402:11, 433:8, 455:8
**Army's** [1] - 402:5
**arrow** [4] - 396:7,
459:14, 459:25,
460:1
**ascertained** [1] -
470:1
**aside** [2] - 408:16,
423:19
**ASPCA** [8] - 371:1,
372:10, 374:6,
374:9, 374:13,
374:14, 374:23,
375:5
**assembly** [2] - 449:2,
449:5
**associated** [4] -
415:5, 415:25,
443:21, 453:25
**assume** [10] - 374:15,
402:24, 408:24,
417:3, 417:16,
426:25, 459:9,
459:15, 460:1, 461:6
**assuming** [2] - 389:9,
430:1
**assumption** [2] -
393:10, 393:12
**attached** [4] - 403:19,
405:16, 434:25,
442:12
**attachment** [1] - 397:6
**attorney** [3] - 388:11,
420:22, 424:13
**Attorney** [1] - 384:2
**attributable** [2] -
478:24, 479:22
**audit** [1] - 435:7

**authority** [2] - 419:4,
419:6
**automatic** [2] -
445:23, 446:18
**automatically** [1] -
444:13
**available** [4] - 432:21,
432:22, 432:23,
438:5
**Avenue** [2] - 364:17,
365:2
**aware** [5] - 409:6,
412:4, 412:8,
412:10, 412:11

# B

**bachelor's** [2] -
400:17, 401:9
**backs** [2] - 478:16,
479:6
**bag** [3] - 434:25,
436:11, 450:4
**baghouse** [15] - 393:9,
394:2, 394:6,
432:18, 432:23,
433:1, 433:2, 433:7,
434:5, 434:13,
434:23, 450:6,
450:9, 450:10,
450:12
**baghouses** [5] -
432:22, 432:23,
433:24, 434:1, 434:7
**bags** [43] - 392:20,
393:10, 394:5,
395:1, 395:6, 397:4,
434:8, 435:1, 447:5,
447:6, 447:16,
448:13, 448:21,
449:11, 449:14,
449:25, 450:2,
450:7, 450:8,
450:10, 450:13,
450:15, 451:8,
452:8, 460:22,
467:18, 469:15,
469:18, 469:19,
469:21, 469:24,
469:25, 470:3,
470:4, 470:12,
470:14, 470:16,
470:20, 471:6,
471:21
**band** [1] - 469:15
**bare** [10] - 401:22,
402:21, 407:11,
408:8, 410:8, 410:9,
410:10, 410:11,
416:2, 426:12

**base** [2] - 396:4, 396:19
**based** [5] - 370:4, 392:23, 428:2, 451:23, 474:5
**Basin** [2] - 390:8, 396:15
**basin** [11] - 368:23, 390:11, 390:13, 391:8, 393:16, 407:1, 407:2, 416:10, 430:15, 443:25, 444:2
**basing** [1] - 422:11
**basins** [8] - 406:22, 406:24, 413:25, 416:1, 416:19, 426:6, 427:24, 428:19
**basis** [6] - 403:8, 419:7, 423:1, 424:10, 427:6, 472:25
**Bates** [9] - 404:3, 405:11, 445:9, 445:10, 445:11, 445:13, 445:15, 468:25
**battling** [1] - 453:10
**Bauer** [3] - 403:20, 405:3, 405:23
**Bauer's** [1] - 403:14
**Beaumont** [2] - 415:13, 480:12
**became** [3] - 412:4, 412:7, 412:9
**become** [1] - 425:18
**becomes** [1] - 425:24
**BEFORE** [1] - 364:10
**beg** [1] - 397:17
**began** [1] - 432:15
**begin** [1] - 372:4
**beginning** [4] - 408:6, 451:12, 473:10, 476:11
**behalf** [1] - 407:1
**behind** [2] - 398:6, 452:8
**belief** [1] - 463:22
**believes** [1] - 452:25
**bellwether** [2] - 373:12, 373:21
**below** [5] - 380:15, 380:24, 381:1, 451:14, 458:3
**BENCH** [1] - 364:10
**berm** [4] - 381:7, 381:8, 381:16, 381:18
**Bernard** [2] - 366:5,

483:3
**BERNARD** [1] - 366:14
**better** [3] - 366:7, 417:22, 432:17
**between** [12] - 377:7, 387:12, 387:25, 388:8, 390:17, 390:24, 391:8, 414:16, 419:24, 426:5, 464:20, 474:3
**between..** [1] - 377:24
**beyond** [1] - 441:25
**big** [1] - 407:12
**bin** [1] - 380:6
**binder** [23] - 367:4, 368:11, 372:11, 374:3, 375:4, 378:6, 378:8, 378:16, 405:20, 437:7, 437:8, 437:23, 438:1, 438:2, 442:3, 442:14, 442:17, 442:20, 444:19, 446:2, 464:5, 465:18, 468:13
**binder's** [1] - 367:24
**binders** [5] - 367:9, 367:20, 371:3, 371:5, 409:5
**bit** [6] - 389:9, 390:25, 404:6, 414:7, 461:16
**bites** [1] - 371:25
**black** [4] - 405:9, 457:22, 457:24, 459:7
**Blackman** [1] - 473:25
**blaming** [2] - 475:12, 475:14
**blender** [1] - 470:1
**blows** [1] - 406:6
**blue** [5] - 379:8, 379:11, 457:20, 457:23, 459:6
**Board** [17] - 371:8, 383:6, 383:12, 383:18, 388:14, 412:12, 412:16, 413:3, 413:5, 414:10, 414:17, 416:3, 416:7, 419:3, 420:4, 422:12, 422:15
**board** [7] - 383:11, 386:4, 386:24, 387:7, 387:10, 387:16, 387:18
**Board's** [1] - 385:6
**boards** [3] - 383:13, 383:14, 383:23

**body** [3] - 385:19, 419:1, 425:21
**Boeing** [10] - 371:10, 371:12, 371:14, 375:21, 375:22, 375:23, 376:5, 376:7, 376:11
**Bogart** [1] - 395:21
**bona** [1] - 476:4
**book** [4] - 441:17, 441:23, 442:3, 442:11
**Borgelt** [1] - 464:8
**bottom** [11] - 379:14, 384:5, 386:17, 421:10, 438:11, 444:2, 450:9, 450:12, 459:5, 460:1, 460:3
**bought** [3] - 436:6, 474:6, 479:9
**break** [4] - 426:24, 430:23, 430:25, 481:17
**bring** [4] - 389:5, 390:11, 396:3, 406:8
**bringing** [1] - 412:23
**brings** [1] - 378:7
**broader** [1] - 377:21
**brought** [4] - 372:19, 372:20, 395:6, 395:8
**brown** [1] - 369:9
**Bryan** [1] - 430:23
**BRYAN** [3] - 365:1, 483:15, 483:19
**bucket** [2] - 396:9, 460:19
**build** [2] - 407:14, 409:1
**Building** [37] - 368:22, 368:23, 368:25, 370:8, 378:24, 380:7, 389:20, 389:25, 391:8, 391:19, 391:23, 392:9, 393:19, 398:6, 418:1, 418:3, 427:7, 432:9, 435:8, 438:24, 446:8, 449:2, 449:4, 452:2, 452:8, 456:21, 457:2, 457:18, 458:1, 460:10, 462:11, 466:21, 467:9, 468:22, 469:3, 469:6
**building** [37] - 368:24, 379:15, 381:6, 381:15, 381:17, 389:18, 390:6,

392:3, 392:13, 392:14, 392:24, 393:23, 394:11, 395:4, 397:2, 397:9, 398:7, 398:22, 439:15, 443:24, 449:6, 449:19, 449:22, 454:3, 458:13, 458:24, 458:25, 459:1, 459:5, 459:21, 459:23, 461:18, 467:11
**buildings** [3] - 390:14, 390:16, 391:18
**built** [2] - 407:12, 410:20, 463:21
**Burbank** [7] - 453:16, 454:16, 456:10, 465:4, 480:9, 480:11, 481:4
**burn** [69] - 399:16, 399:17, 399:23, 399:24, 400:20, 400:21, 400:24, 400:25, 401:15, 401:20, 401:21, 402:2, 402:5, 402:17, 402:18, 402:20, 402:23, 403:1, 403:18, 404:4, 404:9, 406:1, 406:10, 406:19, 407:9, 407:11, 407:16, 407:23, 407:25, 408:4, 408:11, 408:12, 408:13, 408:15, 410:1, 410:2, 410:5, 410:7, 410:8, 410:9, 410:14, 410:20, 410:23, 411:6, 411:9, 417:4, 417:10, 417:11, 417:17, 417:20, 418:4, 427:22, 428:1, 428:12, 429:10, 429:14, 429:19, 429:25, 430:4, 450:20, 462:17, 462:18, 462:22, 463:5, 463:12
**burned** [4] - 377:15, 407:24, 428:12, 463:13
**burning** [6] - 402:21, 407:10, 407:11, 407:17, 411:12, 411:14

392:3, 392:13,
**business** [3] - 455:17, 455:18, 455:22
**but..** [1] - 424:17
**buy** [6] - 407:6, 433:22, 478:16, 479:6, 479:21, 480:4
**buy-back** [1] - 479:21
**buy-backs** [2] - 478:16, 479:6
**BY** [33] - 366:16, 368:3, 369:11, 378:9, 378:23, 381:5, 384:21, 386:13, 398:1, 402:1, 412:2, 413:2, 414:9, 415:18, 419:2, 420:1, 426:1, 431:4, 433:23, 440:11, 440:23, 442:22, 445:17, 447:3, 450:22, 462:9, 463:17, 465:16, 466:17, 467:25, 468:18, 469:8, 471:18

**C**

**C005** [1] - 466:3
**C023** [9] - 397:10, 440:19, 447:25, 448:6, 448:10, 448:12, 448:18, 448:22
**cA** [1] - 364:5
**Cain** [3] - 383:24, 415:6, 455:5
**California** [13] - 370:24, 372:16, 372:24, 373:7, 373:18, 382:20, 383:11, 384:2, 412:12, 414:13, 455:7, 478:15, 479:5
**Camp** [3] - 406:14, 406:17
**Canaveral** [2] - 401:20, 408:1
**Cape** [2] - 401:20, 408:1
**care** [4] - 423:1, 440:15, 451:11, 468:7
**carriage** [1] - 381:23
**carry** [1] - 380:7
**carrying** [1] - 381:22
**case** [36] - 370:20, 370:21, 371:1, 371:4, 372:5,

372:10, 373:9, 373:10, 373:22, 374:6, 374:7, 374:9, 374:12, 374:13, 374:14, 374:19, 375:8, 375:17, 400:8, 404:18, 406:10, 419:7, 420:25, 454:14, 454:24, 454:25, 455:9, 455:10, 462:2, 464:18, 464:19, 464:24, 465:4, 477:8, 480:15

**case-by-case** [1] - 419:7

**cases** [4] - 370:22, 370:23, 400:8, 455:16

**casing** [2] - 393:6, 393:7

**categories** [1] - 417:10

**category** [1] - 423:10

**causation** [1] - 373:15

**caused** [4] - 370:6, 399:2, 399:4, 399:14

**caution** [1] - 447:13

**center** [1] - 369:16

**central** [1] - 432:8

**Central** [2] - 383:22, 433:6

**CERCLA** [2] - 473:21, 476:7

**cert** [1] - 373:8

**certain** [10] - 373:19, 373:20, 375:24, 386:5, 401:1, 448:4, 456:16, 463:11, 479:10

**certainly** [2] - 425:17, 436:21

**certainty** [1] - 366:20

**CERTIFICATE** [1] - 483:14

**certify** [1] - 483:15

**cetera** [1] - 427:22

**chance** [2] - 404:14, 444:20

**change** [3] - 402:13, 458:22, 476:1

**changed** [3] - 377:4, 416:15, 422:25

**charge** [1] - 458:25

**check** [1] - 464:3

**checked** [2] - 457:10, 460:7

**chemical** [1] - 400:17

**chemicals** [2] - 410:10, 411:13

**chlorinated** [1] - 389:6

**choice** [1] - 409:24

**choose** [1] - 409:23

**chrome** [1] - 454:7

**chromium** [2] - 454:1, 454:7

**chronological** [2] - 367:25, 368:1

**chunk** [1] - 370:3

**chunks** [1] - 407:22

**circle** [1] - 459:13

**cite** [5] - 420:22, 420:25, 421:1, 421:4, 429:8

**cited** [9] - 384:2, 403:14, 437:11, 440:24, 442:1, 442:2, 442:8, 443:8, 444:18

**citizens** [1] - 407:5

**city** [2] - 406:21, 406:24

**City** [2] - 408:19, 476:8

**civil** [1] - 366:2

**claim** [2] - 371:11, 474:10

**claims** [6] - 373:11, 373:14, 459:10, 479:25, 480:2, 480:6

**clamps** [1] - 469:16

**clarify** [1] - 398:12

**class** [1] - 373:8

**clause** [1] - 377:20

**clauses** [4] - 374:25, 478:16, 479:7, 480:4

**clean** [6] - 390:1, 392:10, 419:22, 450:2, 467:13, 472:2, 481:2, 481:3

**clean-out** [1] - 390:1

**cleaned** [2] - 425:22, 469:21

**cleaner** [11] - 427:6, 438:23, 439:2, 444:8, 444:11, 445:22, 446:17, 446:18, 450:1, 463:7

**Cleaning** [2] - 445:6, 446:11

**cleaning** [24] - 393:9, 393:15, 393:23, 407:18, 428:10, 435:2, 443:6, 448:20, 449:11, 449:14, 449:17, 449:19, 449:22, 449:25, 450:4, 450:6, 452:7, 467:2, 467:18, 469:12,

470:2, 470:16, 471:21, 480:17

**cleanup** [10] - 371:21, 375:1, 443:15, 465:24, 466:19, 476:17, 477:7, 481:1, 481:5

**clear** [3] - 367:21, 375:20, 383:10

**clearly** [1] - 477:14

**CLERK** [1] - 366:2

**client** [3] - 424:9, 424:10, 477:1

**close** [1] - 467:22

**closer** [2] - 394:11, 462:3

**clue** [1] - 442:13

**CO23** [2] - 470:7, 471:5

**coarser** [1] - 434:6

**Cold** [1] - 454:4

**collect** [5] - 434:23, 434:25, 436:10, 439:14, 447:7

**collected** [2] - 443:20, 450:21

**collecting** [1] - 435:2

**collection** [1] - 436:5

**collector** [7] - 394:2, 434:24, 435:1, 436:6, 436:9, 438:17, 439:2

**Collector** [2] - 446:23, 450:2

**Cologne** [1] - 420:14

**COLUMBIA** [1] - 364:1

**coming** [11] - 378:1, 381:15, 402:2, 407:22, 426:8, 434:11, 434:21, 436:10, 439:13, 451:3, 477:23

**communities** [1] - 412:7

**community** [5] - 386:23, 387:9, 408:20, 410:25, 412:4

**company** [9] - 403:5, 427:18, 427:20, 428:20, 429:13, 432:25, 455:20, 473:1, 474:1

**Company** [1] - 415:10

**comparable** [1] - 439:1

**compelling** [1] - 452:22

**complaining** [1] - 367:5

**completely** [2] - 461:15, 467:14

**complied** [1] - 435:25

**comply** [2] - 406:13, 432:7

**computer** [1] - 365:25

**computer-aided** [1] - 365:25

**concerned** [3] - 413:3, 413:5, 414:11

**concluded** [1] - 435:7

**conclusion** [3] - 410:22, 460:17, 460:24

**concrete** [8] - 380:15, 389:5, 394:1, 395:2, 395:9, 396:4, 451:9, 451:15

**conditioning** [1] - 392:14

**conditions** [4] - 386:5, 387:20, 457:9, 457:10

**condoned** [1] - 402:22

**conducting** [1] - 370:12

**confidential** [5] - 373:23, 373:24, 477:2, 479:15, 479:16

**confused** [1] - 391:1

**conical** [1] - 450:9

**connect** [1] - 391:6

**connected** [4] - 380:8, 389:24, 391:22, 392:15

**Connecticut** [1] - 364:17

**Conservation** [1] - 401:5

**consider** [1] - 372:3

**considered** [1] - 379:20

**consistency** [1] - 441:13

**consistent** [2] - 453:6, 465:10

**Constitution** [1] - 365:2

**constructed** [3] - 413:13, 413:15, 413:17

**consultant** [2] - 455:15, 455:16

**consulted** [1] - 455:6

**consulting** [6] - 370:18, 400:14, 454:8, 454:25, 455:18

**contacted** [1] - 414:12

**contain** [1] - 366:19

**contained** [1] - 444:5

**container** [2] - 449:3, 449:4

**containers** [1] - 407:21

**containing** [3] - 398:5, 398:13, 412:17

**contaminants** [1] - 481:1

**contaminate** [4] - 406:25, 407:2, 407:5, 413:8

**contaminated** [15] - 372:24, 390:6, 399:11, 407:21, 410:10, 416:14, 416:15, 416:23, 426:11, 427:9, 429:13, 450:24, 451:2, 453:3, 467:16

**contamination** [16] - 377:19, 399:3, 399:4, 408:3, 411:19, 424:23, 424:25, 425:7, 425:14, 425:18, 467:8, 474:4, 474:8, 474:9, 475:6, 475:7

**contention** [1] - 390:23

**contest** [1] - 472:25

**contested** [1] - 389:10

**continue** [1] - 448:10

**continuing** [1] - 420:10

**continuous** [5] - 426:18, 426:21, 426:25, 427:6

**continuously** [1] - 427:12

**contract** [16] - 371:7, 371:12, 372:2, 375:3, 375:6, 375:8, 375:25, 376:16, 376:21, 376:24, 376:25, 377:5, 377:8, 377:10, 377:18, 441:10

**Contract** [1] - 371:8

**Contractor** [1] - 403:25

**contractor's** [1] - 402:15

**contractors** [2] - 408:1, 439:5

**contracts** [8] - 375:24, 376:4, 376:5, 376:17, 377:1, 377:3, 377:7, 477:19

488

**control** [5] - 382:23,
383:10, 383:13,
432:5, 432:14
**Control** [4] - 383:6,
383:11, 438:9,
438:14
**controlling** [1] - 383:7
**controls** [2] - 432:18,
432:21
**cookbook** [1] - 470:25
**copy** [2] - 378:12,
435:22
**corner** [4] - 394:9,
396:6, 438:14, 449:3
**corporate** [2] - 481:6,
481:9
**CORPORATION** [1] -
364:3
**Corporation** [2] -
366:3, 373:2
**Correct** [3] - 382:18,
441:3, 446:21
**correct** [135] - 368:9,
368:25, 369:3,
369:22, 369:25,
370:7, 374:11,
378:24, 379:1,
379:23, 380:2,
380:16, 380:18,
381:15, 381:20,
382:6, 382:7,
382:12, 382:13,
382:17, 382:24,
382:25, 383:8,
383:9, 383:25,
384:6, 384:7, 385:4,
385:7, 385:10,
385:12, 385:15,
386:7, 386:14,
387:3, 388:17,
389:13, 391:4,
392:20, 394:18,
398:3, 398:4,
398:14, 401:3,
401:17, 402:3,
402:4, 402:18,
412:5, 412:8,
412:14, 412:15,
412:18, 415:21,
416:4, 416:5, 416:8,
416:24, 420:16,
420:17, 420:20,
420:21, 422:16,
422:17, 426:3,
427:1, 428:7,
429:17, 430:2,
430:9, 430:20,
432:5, 432:9,
432:12, 432:13,
432:15, 432:19,

432:21, 432:22,
433:2, 433:3, 433:4,
433:8, 433:25,
434:18, 434:25,
438:25, 439:19,
439:21, 440:16,
441:2, 441:5, 441:7,
441:8, 441:11,
443:16, 443:18,
444:1, 444:6, 444:7,
444:9, 444:15,
444:16, 444:25,
446:6, 446:9,
446:10, 446:20,
447:12, 447:21,
452:25, 458:2,
459:25, 462:18,
464:9, 465:20,
465:25, 466:1,
466:2, 466:19,
466:20, 466:25,
467:1, 467:2, 467:3,
468:19, 468:20,
468:21, 468:23,
469:12, 469:13,
470:4, 472:6,
475:10, 483:16
**Correction** [2] -
401:10, 433:20
**correctly** [1] - 410:15
**correspondence** [1] -
414:16
**cost** [3] - 371:24,
477:7, 480:20
**costs** [16] - 371:21,
371:23, 374:13,
374:15, 375:1,
478:13, 478:18,
479:1, 479:3,
479:19, 479:20,
479:24, 480:16,
481:5
**counsel** [3] - 375:11,
450:14, 473:17
**counsel's** [1] - 467:24
**count** [1] - 456:11
**couple** [6] - 373:8,
373:17, 391:11,
427:9, 448:3, 462:20
**course** [2] - 408:24,
452:17
**court** [4] - 400:12,
424:17, 476:18,
477:12
**Court** [11] - 365:1,
365:1, 373:7,
373:11, 373:12,
373:13, 387:5,
387:6, 478:15,
479:5, 483:15

**COURT** [400] - 364:1,
366:6, 366:12,
367:1, 367:5, 367:7,
367:11, 367:15,
367:17, 367:20,
369:5, 370:11,
370:15, 370:20,
370:23, 371:4,
371:10, 371:16,
371:19, 371:21,
371:25, 372:7,
372:12, 372:15,
372:19, 372:22,
373:1, 373:3, 373:5,
373:15, 373:23,
373:25, 374:4,
374:8, 374:15,
374:21, 375:2,
375:5, 375:10,
375:12, 375:20,
376:2, 376:6,
376:15, 376:24,
377:4, 377:9,
377:12, 377:17,
377:25, 378:7,
378:14, 378:17,
378:20, 380:22,
381:1, 384:10,
384:14, 384:16,
384:18, 386:12,
388:25, 389:8,
389:14, 389:16,
389:21, 390:3,
390:5, 390:9,
390:14, 390:19,
390:25, 391:5,
391:14, 391:25,
392:7, 392:17,
392:22, 393:1,
393:4, 393:9,
393:18, 393:22,
394:13, 394:16,
394:19, 394:23,
395:8, 395:12,
395:14, 395:20,
395:22, 396:16,
396:22, 397:8,
397:12, 397:15,
397:18, 397:22,
397:24, 398:16,
398:18, 398:20,
398:23, 399:1,
399:9, 399:13,
399:17, 400:3,
400:11, 400:15,
400:19, 400:23,
401:7, 401:14,
401:18, 401:24,
402:9, 402:13,
402:18, 402:22,
403:8, 403:12,

403:15, 403:22,
404:5, 404:9,
404:11, 404:17,
404:21, 405:1,
405:6, 405:11,
405:14, 405:16,
405:21, 405:23,
406:3, 406:7, 407:3,
408:5, 408:8,
408:11, 408:13,
408:16, 408:22,
409:4, 409:7,
409:11, 410:4,
410:14, 410:21,
411:3, 411:15,
411:21, 412:1,
412:21, 413:14,
413:16, 414:1,
414:4, 414:23,
415:12, 417:2,
417:13, 417:16,
418:2, 418:8,
418:12, 418:17,
418:20, 418:24,
422:18, 423:2,
423:11, 423:13,
423:17, 423:21,
424:4, 424:7,
424:14, 424:22,
425:3, 425:5, 425:9,
425:13, 426:14,
426:21, 426:24,
427:2, 427:14,
427:17, 427:20,
428:2, 428:6, 428:8,
428:13, 428:15,
428:20, 428:24,
429:5, 429:10,
429:15, 429:18,
429:24, 430:3,
430:7, 430:10,
430:13, 430:17,
430:21, 430:24,
430:25, 431:3,
433:12, 433:15,
433:18, 435:13,
435:17, 435:21,
435:24, 436:4,
436:12, 436:17,
436:21, 437:2,
437:5, 437:12,
437:15, 437:18,
437:24, 438:4,
438:7, 438:12,
438:15, 438:21,
439:1, 439:16,
439:22, 440:2,
440:6, 440:10,
440:18, 441:21,
442:5, 442:10,
442:16, 442:19,

442:21, 445:2,
445:9, 445:13,
446:25, 447:2,
448:17, 448:22,
449:1, 449:8,
449:16, 449:20,
449:24, 450:5,
450:13, 451:5,
451:10, 451:18,
451:23, 452:3,
452:9, 452:11,
452:13, 452:17,
452:21, 453:13,
453:18, 453:23,
454:2, 454:5, 454:8,
454:10, 454:15,
454:19, 454:22,
455:2, 455:6,
455:12, 455:17,
455:21, 456:4,
456:6, 456:7,
456:14, 456:17,
456:21, 456:24,
457:2, 457:8,
457:13, 457:15,
457:18, 458:1,
458:7, 458:11,
458:23, 459:9,
459:13, 459:18,
459:22, 459:25,
460:4, 460:11,
460:16, 461:1,
461:3, 461:6,
461:12, 461:21,
461:24, 462:5,
462:7, 462:21,
462:25, 463:4,
463:14, 463:16,
464:7, 464:15,
464:18, 464:20,
464:25, 465:2,
465:7, 465:10,
465:13, 465:15,
466:5, 466:9,
466:13, 467:23,
468:16, 469:2,
469:5, 471:13,
471:16, 472:20,
472:24, 473:4,
473:8, 473:14,
473:16, 473:20,
473:24, 474:2,
474:5, 474:10,
474:13, 474:16,
474:19, 474:24,
475:1, 475:3, 475:9,
475:11, 475:16,
475:19, 475:23,
476:1, 476:5, 476:9,
476:12, 476:14,
476:19, 476:22,

476:24, 477:6,
477:22, 477:25,
478:4, 478:6,
478:11, 478:19,
478:23, 479:6,
479:9, 479:16,
479:19, 480:3,
480:11, 480:16,
480:19, 481:8,
481:12, 481:17,
481:20, 482:3,
482:6, 482:8,
482:11, 482:14,
482:19
**Courthouse** [1] -
365:2
**cover** [2] - 375:6,
479:13
**coverage** [2] - 479:2,
480:14
**covered** [7] - 406:12,
418:22, 418:23,
423:18, 423:22,
478:14, 479:2
**cracks** [2] - 369:23,
370:5
**credit** [3] - 476:20,
476:22, 477:20
**credited** [4] - 477:14,
477:16, 477:18,
477:19
**CROSS** [2] - 367:2,
368:2
**Cross** [2] - 483:4,
483:4
**cross** [5] - 367:4,
442:17, 444:18,
445:3, 482:5
**CROSS-
EXAMINATION** [2] -
367:2, 368:2
**cross-examination** [3]
- 367:4, 444:18,
445:3
**Cross-Examination..
............** [2] - 483:4,
483:4
**cross-examine** [1] -
442:17
**CRR** [1] - 365:1
**Crutcher** [1] - 364:16
**cumulative** [1] -
377:20
**curiosity** [4] - 399:9,
466:6, 469:3, 476:19
**cutting** [1] - 438:18
**cyclone** [4] - 434:24,
435:1, 435:3, 435:8

# D

**D.C** [1] - 364:6
**dark** [1] - 461:7
**date** [4] - 370:11,
435:14, 441:11,
474:24
**dated** [1] - 465:20
**DAVID** [1] - 364:15
**DAY** [1] - 364:9
**days** [7] - 413:9,
419:21, 452:5,
457:11, 460:9,
461:8, 461:17
**DC** [3] - 364:17,
364:25, 365:3
**deal** [1] - 441:22
**dealing** [1] - 478:17
**dealt** [1] - 371:8
**debate** [2] - 376:12,
389:14
**deceased** [1] - 465:1
**decide** [2] - 424:16,
463:4
**decided** [1] - 419:15
**decision** [1] - 429:23
**declaration** [11] -
381:25, 382:15,
383:20, 384:3,
403:14, 432:4,
437:4, 440:13,
442:9, 443:19, 465:3
**declarations** [1] -
383:2
**Defendant** [2] - 364:7,
364:19
**defendants** [1] - 373:1
**Defense** [1] - 364:23
**defined** [3] - 404:12,
422:19, 424:5
**defining** [2] - 404:23,
424:20
**definition** [9] - 421:8,
421:10, 421:11,
421:16, 421:21,
421:24, 424:19,
431:8, 470:23
**definitions** [1] -
424:25
**defy** [1] - 409:17
**degreaser** [3] - 400:1,
400:3, 407:18
**degreasers** [1] - 400:7
**degree** [2] - 366:20,
401:9
**Delane** [1] - 452:19
**Delaney** [39] - 366:5,
366:17, 368:4,
368:17, 378:12,

379:5, 381:6, 382:3,
384:19, 386:18,
387:1, 388:9,
388:11, 388:20,
398:2, 412:3,
412:19, 414:10,
415:19, 419:3,
421:23, 422:8,
422:11, 426:9,
429:1, 431:5, 437:8,
442:8, 442:23,
444:20, 445:18,
446:4, 446:24,
459:3, 462:10,
463:18, 465:17,
468:14, 483:3
**DELANEY** [1] - 366:14
**Delaney's** [2] - 402:24,
437:10
**Department** [1] -
364:22
**depended** [1] - 381:21
**deposed** [1] - 400:12
**deposited** [1] - 423:25
**deposition** [8] - 369:8,
400:11, 456:10,
464:18, 465:2,
465:3, 474:22,
474:24
**depositions** [1] -
464:17
**depth** [1] - 369:13
**DEPUTY** [1] - 366:2
**described** [1] - 396:22
**Desert** [1] - 406:18
**design** [1] - 414:1
**designated** [1] -
457:18
**designed** [2] - 412:25,
413:6
**detail** [1] - 384:25
**detailed** [1] - 472:4
**detonation** [1] -
376:22
**developed** [1] - 439:5
**developing** [1] -
431:24
**development** [2] -
376:21, 377:1
**devices** [1] - 380:6
**diagrams** [1] - 369:14
**diameter** [1] - 394:7
**Dick** [1] - 375:25
**Dickey** [26] - 382:1,
382:20, 383:15,
383:21, 384:23,
384:25, 412:6,
412:21, 415:2,
416:7, 419:10,
420:3, 420:13,

421:2, 421:4, 421:6,
422:15, 423:22,
424:3, 424:15,
425:19, 425:25,
429:25, 430:8, 431:7
**dictated** [1] - 409:13
**difference** [2] -
413:18, 426:5
**differences** [1] -
419:24
**different** [20] - 377:1,
384:23, 393:5,
393:8, 401:15,
403:6, 409:9, 417:3,
433:17, 435:11,
436:9, 450:7,
453:18, 454:2,
454:15, 474:14,
480:24, 480:25,
481:1
**differentiate** [2] -
387:12, 387:25
**differently** [1] - 410:15
**difficult** [1] - 377:23
**dig** [1] - 413:21
**dike** [1] - 398:21
**dikes** [1] - 398:7
**dimensions** [1] -
369:17
**DIRECT** [1] - 366:15
**Direct** [1] - 483:3
**direct** [23] - 383:1,
383:4, 384:10,
385:7, 385:11,
385:17, 386:5,
386:9, 387:2,
387:12, 387:25,
388:8, 388:16,
418:6, 418:10,
418:13, 418:14,
419:17, 419:24,
422:1, 425:20,
429:7, 482:6
**directed** [1] - 428:19
**direction** [1] - 459:19
**directives** [1] - 399:20
**directly** [8] - 385:14,
385:17, 385:19,
396:18, 410:11,
418:25, 426:8,
426:22
**director** [1] - 466:5
**dirty** [1] - 469:25
**disagreement** [1] -
390:21
**disassembly** [1] -
466:24
**Disc** [1] - 477:18
**disc** [5] - 367:18,
367:22, 437:6,

437:9, 438:5
**discarded** [2] -
443:14, 450:18
**dischare** [1] - 419:8
**discharge** [65] -
382:21, 382:22,
382:23, 383:1,
383:4, 383:7,
385:11, 385:18,
385:19, 385:21,
385:25, 386:6,
386:22, 386:25,
387:2, 387:10,
387:15, 387:20,
387:22, 387:23,
388:6, 388:13,
388:14, 388:16,
388:17, 396:21,
398:16, 412:25,
413:6, 413:14,
415:6, 415:11,
416:3, 416:7,
416:13, 416:20,
416:23, 417:19,
418:4, 418:5, 418:6,
418:9, 418:11,
418:13, 418:14,
418:19, 419:17,
419:18, 419:25,
420:3, 420:4,
420:10, 420:11,
421:22, 423:16,
424:2, 425:16,
425:21, 426:6,
426:23, 461:14,
471:21, 471:24,
471:25
**discharged** [7] -
398:6, 398:13,
415:7, 417:3, 427:8,
452:7, 460:23
**discharges** [21] -
382:10, 383:24,
385:7, 387:12,
387:25, 388:8,
388:19, 388:22,
412:13, 412:17,
412:24, 414:11,
415:20, 416:2,
419:4, 420:2,
420:15, 422:1,
426:9, 427:23, 428:3
**discharging** [6] -
387:8, 413:12,
416:21, 426:11,
430:19, 472:16
**discontinued** [1] -
477:19
**discovered** [1] -
422:21

**discuss** [3] - 387:11, 402:16, 481:23
**discussed** [4] - 385:1, 402:5, 402:19, 402:20
**discusses** [3] - 384:23, 385:1, 384:4
**discussion** [11] - 383:17, 386:16, 404:4, 404:9, 423:15, 425:23, 448:18, 448:20, 449:9, 449:10, 449:13
**discussions** [1] - 425:2
**dismissal** [2] - 373:8, 374:23
**dismissed** [8] - 371:17, 372:5, 373:11, 373:13, 373:17, 374:9, 374:13, 374:23
**disperse** [1] - 413:24
**disposal** [5] - 376:10, 387:21, 399:14, 402:6, 420:20
**dispose** [2] - 447:10, 462:13
**disposed** [1] - 413:23
**dissolving** [1] - 407:22
**distance** [1] - 461:19
**distinguish** [1] - 388:8
**DISTRICT** [3] - 364:1, 364:1, 364:11
**ditch** [6] - 452:2, 458:4, 460:10, 460:11, 461:10, 461:17
**Division** [2] - 401:11, 433:21
**dock** [1] - 395:5
**doctorate** [1] - 400:18
**document** [32] - 384:1, 396:23, 397:1, 402:9, 405:19, 405:22, 428:25, 429:5, 439:25, 441:15, 441:18, 441:19, 442:7, 442:25, 444:21, 444:23, 445:1, 445:8, 445:11, 445:19, 445:21, 447:15, 448:11, 448:15, 449:13, 465:20, 466:14, 470:6, 470:15, 471:3,

471:4, 471:7
**documents** [6] - 376:9, 443:8, 447:25, 448:1, 448:5, 470:7
**DOD** [1] - 403:25
**DOJ** [1] - 477:23
**done** [11] - 380:9, 381:23, 385:9, 393:8, 395:25, 397:7, 403:6, 410:15, 427:8, 454:22, 470:25
**doors** [10] - 379:8, 379:10, 379:11, 379:14, 379:16, 379:19, 380:25, 395:3, 396:4
**dot** [3] - 394:16, 396:5, 458:24
**dots** [2] - 458:22, 459:7
**double** [7] - 379:10, 379:11, 395:3, 396:4, 477:21, 477:22, 479:17
**double-doors** [3] - 379:10, 395:3, 396:4
**down** [30] - 375:21, 380:1, 382:19, 384:5, 389:8, 394:3, 394:8, 395:2, 395:6, 396:3, 397:3, 410:12, 411:10, 421:10, 424:23, 426:24, 443:25, 445:21, 446:17, 450:3, 451:13, 451:15, 456:8, 456:16, 459:5, 459:6, 461:19, 476:24
**Dr** [38] - 366:5, 366:17, 368:4, 368:17, 378:12, 379:5, 381:6, 382:3, 384:19, 386:18, 387:1, 388:9, 388:11, 388:20, 398:2, 412:3, 412:19, 414:10, 415:19, 419:3, 421:23, 422:8, 422:11, 426:9, 431:5, 437:8, 437:9, 437:10, 442:8, 442:23, 444:20, 445:18, 446:4, 446:24, 462:10, 463:18, 465:17,

468:14
**drain** [13] - 380:18, 380:22, 381:2, 381:3, 392:11, 392:14, 393:11, 418:16, 444:9, 444:11, 445:22, 446:17, 461:14
**drainage** [6] - 392:8, 452:2, 458:4, 460:10, 460:11, 461:10
**drained** [2] - 444:14, 449:3
**drains** [2] - 380:19, 392:10
**drawing** [2] - 460:17, 463:21
**drinking** [5] - 406:22, 406:24, 407:1, 407:5, 410:19
**driveway** [1] - 395:3
**drum** [15] - 380:6, 380:12, 427:7, 443:13, 444:9, 444:11, 444:14, 445:22, 445:23, 446:18, 446:19, 447:8, 450:19, 462:11, 463:11
**drummed** [1] - 390:12
**drums** [6] - 389:5, 390:11, 399:25, 407:19, 411:12, 411:13
**dry** [5] - 447:6, 450:19, 467:13, 469:18, 470:4
**drying** [1] - 467:14
**dug** [3] - 380:14, 413:22, 426:7
**dump** [6] - 418:18, 418:21, 419:12, 424:11, 463:8, 467:20
**dumped** [3] - 385:22, 427:10, 462:17
**dumping** [7] - 407:19, 407:21, 407:23, 410:2, 410:9, 410:10
**Dunn** [1] - 364:16
**duration** [1] - 464:4
**during** [8] - 369:8, 375:23, 419:11, 443:15, 454:3, 456:2, 463:19, 463:23
**dust** [12] - 405:8, 432:5, 432:14, 432:17, 432:21,

434:25, 435:8, 438:18, 438:19, 440:15, 443:10, 443:24
**Dust** [2] - 438:9, 438:14
**dust-control** [1] - 432:14
**dust-producing** [1] - 438:18
**duty** [2] - 407:16, 410:20
**dwellings** [1] - 387:16

# E

**e)** [1] - 405:15
**ear** [1] - 477:1
**early** [3] - 439:17, 440:3, 440:5
**ease** [1] - 383:17
**easier** [2] - 408:15, 408:17
**easiest** [1] - 424:18
**easily** [2] - 396:13, 396:19
**east** [1] - 459:15
**Easter** [2] - 474:1, 474:13
**economies** [1] - 480:22
**edge** [1] - 369:15
**edition** [1] - 435:20
**educate** [1] - 481:21
**effect** [1] - 401:6
**efforts** [2] - 370:16, 475:20
**either** [12] - 375:17, 380:3, 381:23, 390:22, 395:23, 396:2, 396:9, 440:2, 443:10, 450:19, 456:3, 460:23
**electronic** [1] - 380:14
**eliminate** [1] - 388:12
**ELLEN** [1] - 364:10
**emissions** [3] - 453:22, 454:5
**employed** [2] - 453:14, 453:15
**employee** [1] - 466:11
**employees** [1] - 471:2
**enacted** [1] - 476:7
**end** [5] - 400:11, 434:25, 452:2, 473:10, 476:11
**Energy** [2] - 441:7, 441:9
**energy** [2] - 468:20,

468:22
**enforcement** [2] - 372:2, 372:4
**engineer** [3] - 384:17, 400:15, 420:17
**Engineer** [1] - 384:18
**engineering** [4] - 400:18, 463:21, 464:13
**enlarge** [2] - 404:6, 458:5
**ENRD** [1] - 364:23
**entire** [5] - 376:14, 384:25, 405:19, 405:22, 463:19
**entirely** [1] - 382:25
**entitled** [1] - 405:8, 465:24, 483:17
**Environment** [1] - 455:19
**environment** [4] - 408:2, 411:5, 434:2, 434:9
**environmental** [3] - 382:4, 400:18, 414:12
**Environmental** [1] - 364:23
**environmentally** [1] - 401:1
**equipment** [3] - 396:1, 397:5, 435:4
**equitable** [2] - 372:3, 372:5
**ERICA** [1] - 364:19
**escaped** [1] - 435:3
**ESH** [1] - 364:5
**especially** [1] - 410:18
**ESQ** [11] - 364:13, 364:14, 364:14, 364:15, 364:15, 364:19, 364:19, 364:20, 364:20, 364:21, 364:21
**essentially** [2] - 413:23, 450:11
**establish** [1] - 437:17
**established** [1] - 435:18
**estimate** [1] - 455:21
**et** [2] - 383:22, 427:22
**Evacuation** [1] - 391:2
**evaporate** [2] - 369:21, 389:7
**Evaporation** [4] - 368:8, 389:24, 390:8, 396:15
**evaporation** [36] - 368:20, 368:21, 368:22, 369:3,

369:12, 388:22, 388:23, 389:3, 389:4, 390:13, 390:15, 390:17, 391:2, 391:8, 392:15, 393:16, 399:1, 407:13, 413:25, 416:1, 416:10, 416:19, 417:21, 426:6, 426:10, 427:22, 427:24, 428:6, 428:19, 430:7, 430:15, 430:17, 462:25, 463:9, 463:18, 472:1

**event** [3] - 433:24, 434:12, 471:19
**evidence** [6] - 378:22, 398:24, 415:19, 452:22, 453:7, 460:5
**exact** [2] - 373:16, 429:8
**exactly** [1] - 480:21
**EXAMINATION** [3] - 366:15, 367:2, 368:2
**examination** [3] - 367:4, 444:18, 445:3
**Examination.............** ... [1] - 483:3
**Examination.............** .... [2] - 483:4, 483:4
**examine** [1] - 442:17
**example** [1] - 427:6
**except** [3] - 397:1, 428:16, 442:4
**exception** [1] - 476:4
**exchange** [3] - 476:17, 477:11, 479:11
**excuse** [3] - 404:20, 476:16, 476:21
**Excuse** [1] - 469:4
**executives** [1] - 406:25
**exhausted** [1] - 480:1
**exhibit** [13] - 367:9, 367:13, 367:25, 368:15, 373:25, 405:3, 405:17, 437:13, 438:4, 442:2, 442:6, 446:22, 468:14
**Exhibit** [21] - 367:16, 368:11, 378:11, 378:21, 379:3, 403:24, 421:9, 431:14, 437:21, 437:22, 437:25, 440:24, 445:4,

458:17, 464:5, 465:17, 468:13, 468:25, 474:23, 483:9
**EXHIBITS** [1] - 483:7
**exhibits** [13] - 368:1, 368:13, 368:14, 372:8, 374:3, 404:3, 436:19, 437:2, 437:5, 437:10, 440:22, 441:22, 442:8
**exist** [2] - 428:25, 440:7
**existed** [2] - 370:5, 439:17
**existing** [2] - 387:20
**exists** [1] - 442:13
**expected** [1] - 439:11
**expensive** [1] - 407:13
**experience** [4] - 422:12, 422:14, 456:1, 456:4
**expert** [16] - 370:18, 390:21, 400:14, 400:24, 451:25, 454:8, 454:9, 454:25, 455:1, 455:2, 455:4, 455:16, 456:10, 461:5, 466:6
**experts** [2] - 373:17, 390:24
**explain** [2] - 440:8, 460:16
**explosion** [1] - 463:25
**explosive** [2] - 405:8, 427:25
**explosives** [1] - 405:9
**extended** [1] - 480:15
**extent** [3] - 382:9, 406:11, 408:3

**F**

**face** [1] - 403:9
**facilities** [8] - 375:3, 375:6, 388:5, 411:24, 412:25, 419:12, 423:22, 433:12
**facility** [32] - 368:21, 369:23, 389:5, 390:18, 392:10, 393:8, 395:19, 406:21, 406:22, 409:10, 410:19, 411:23, 413:13, 413:15, 413:17,

414:1, 415:21, 416:8, 416:13, 416:24, 426:10, 426:12, 450:18, 450:24, 462:3, 463:19, 464:14, 470:24, 470:25, 471:2, 471:9, 473:23
**fact** [13] - 368:8, 381:19, 384:2, 389:3, 389:10, 392:23, 409:21, 413:3, 444:3, 447:14, 448:3, 467:15, 474:5
**factors** [2] - 414:8, 415:16
**facts** [2] - 414:8, 415:16
**factual** [1] - 417:5
**failed** [1] - 393:8
**fair** [3] - 384:22, 401:14, 402:22
**fairly** [1] - 408:1
**faith** [1] - 406:9
**fall** [1] - 425:13
**falls** [1] - 423:10
**familiar** [4] - 389:14, 414:13, 415:15, 415:16
**family** [1] - 387:15
**far** [2] - 389:10, 424:6
**fashion** [1] - 406:8
**faucet** [5] - 393:17, 396:7, 397:3, 397:9, 467:9
**fault** [2] - 475:4, 481:21
**February** [1] - 364:7
**federal** [4] - 376:9, 382:17, 477:4, 477:18
**feed** [1] - 470:1
**Feenstra** [5] - 429:2, 437:23, 438:1, 466:8, 466:12
**Feenstra's** [3] - 405:20, 429:7, 437:9
**feet** [8] - 369:15, 369:19, 380:15, 396:8, 418:21, 418:24, 451:14
**felt** [1] - 376:13
**few** [6] - 377:21, 382:4, 433:11, 453:13, 462:10, 470:11
**fide** [1] - 476:4
**field** [2] - 366:21, 406:12
**fifteen** [1] - 456:6

**figure** [1] - 477:3
**file** [5] - 386:24, 387:9, 388:14, 416:3, 416:6
**filing** [2] - 419:8, 422:14
**filter** [2] - 436:11, 448:21
**final** [1] - 388:2
**fine** [4] - 366:6, 383:19, 430:18, 439:14
**finely** [2] - 441:10, 441:12
**finer** [2] - 434:22, 441:13
**finger** [1] - 458:10
**finish** [5] - 412:1, 419:9, 467:12, 467:14, 482:11
**finished** [1] - 466:24
**finishing** [1] - 412:6
**fire** [1] - 464:1
**fireworks** [1] - 406:6
**firm** [1] - 401:10
**first** [30] - 367:10, 367:11, 367:17, 367:25, 368:14, 370:13, 373:9, 373:10, 373:13, 376:23, 386:18, 389:18, 391:21, 400:8, 403:10, 425:7, 433:18, 439:4, 440:25, 442:4, 453:14, 453:15, 455:10, 461:4, 466:7, 466:10, 469:14, 473:6, 475:16, 475:18
**First** [1] - 455:19
**five** [2] - 455:20, 456:1
**fix** [1] - 472:15
**flat** [2] - 381:7, 381:9
**FLETCHER** [2] - 364:15, 482:4
**flip** [1] - 421:15
**floor** [11] - 369:24, 380:15, 380:18, 381:2, 381:7, 381:9, 381:11, 392:9, 392:11
**flow** [4] - 371:13, 413:19, 447:18, 468:4
**flowed** [1] - 389:17
**flu** [2] - 378:8, 481:14
**Fluid** [2] - 441:7, 441:9
**fluid** [2] - 468:20,

468:22
**flushed** [1] - 467:7
**focus** [9] - 379:7, 379:8, 381:25, 382:2, 392:5, 412:11, 435:11, 440:12
**focusing** [1] - 438:7
**folks** [2] - 425:12, 472:8
**follow** [2] - 439:22, 453:1
**following** [2] - 394:24, 414:25
**foot** [1] - 394:6
**footnote** [2] - 384:5, 437:13
**FOR** [2] - 364:1, 366:14
**Force** [16] - 371:6, 371:14, 371:20, 374:25, 375:11, 399:15, 401:12, 408:1, 417:7, 429:12, 435:15, 435:16, 438:8, 439:5, 455:8, 455:11
**forecast** [1] - 460:8
**foregoing** [1] - 483:16
**forever** [1] - 407:6
**forget** [1] - 428:25
**forklift** [2] - 395:7, 395:9, 396:3
**forklifts** [1] - 396:2
**formed** [1] - 455:19
**forth** [1] - 439:24
**FOTOUHI** [1] - 364:15
**four** [1] - 369:15
**frame** [3] - 372:21, 408:18, 433:9
**frankly** [1] - 467:21
**frequency** [1] - 421:22
**Friday** [1] - 366:8
**front** [8] - 368:12, 395:2, 405:21, 431:12, 464:6, 469:25, 474:19, 480:14
**full** [2] - 379:1, 381:19
**fully** [1] - 404:15
**function** [2] - 427:17, 427:18

**G**

**gallonage** [2] - 423:12, 423:13
**gallons** [2] - 427:9, 443:25

**gap** [2] - 391:5, 391:8
**garage** [1] - 394:20
**garage-looking** [1] - 394:20
**gather** [1] - 439:23
**GCR** [4] - 382:2, 406:25, 407:2, 432:17
**general** [6] - 388:11, 409:25, 420:22, 422:24, 432:23, 451:1
**General** [1] - 384:2
**generated** [1] - 416:18
**George** [6] - 398:3, 398:5, 472:10, 472:13, 473:15, 473:18
**Gibson** [1] - 364:16
**given** [8] - 367:5, 399:7, 403:5, 405:22, 409:21, 456:2, 457:4, 465:4
**gloss** [1] - 424:7
**gosh** [1] - 480:13
**gotta** [1] - 443:4
**govern** [1] - 382:5
**government** [22] - 371:2, 376:10, 376:13, 382:12, 396:24, 401:19, 402:13, 403:5, 403:17, 403:18, 408:24, 409:1, 409:18, 409:19, 412:9, 432:5, 437:8, 451:19, 453:19, 454:11, 477:4, 477:18
**government's** [2] - 367:22, 376:9
**grade** [1] - 451:14
**grained** [1] - 434:21
**Grand** [2] - 383:22, 433:6
**Grant** [1] - 464:12
**grass** [2] - 474:1, 474:13
**grating** [2] - 396:20, 415:8
**Great** [1] - 481:4
**grind** [3] - 441:10, 443:14, 470:1
**grinder** [6] - 441:9, 444:24, 448:4, 452:7, 460:22, 466:19
**grinders** [1] - 446:8
**Grinding** [1] - 382:15
**grinding** [10] - 368:23,

380:9, 392:18, 394:1, 431:15, 441:7, 446:5, 448:2, 466:24, 468:20
**grindings** [1] - 399:22
**grinds** [1] - 443:15
**grossly** [1] - 453:6
**ground** [39] - 369:25, 380:1, 380:13, 380:15, 381:1, 385:22, 385:23, 394:2, 401:22, 402:21, 407:11, 407:20, 408:8, 410:2, 410:8, 410:9, 410:10, 410:11, 411:11, 412:14, 412:18, 413:19, 414:2, 414:5, 414:11, 416:2, 416:14, 416:16, 416:24, 418:13, 419:4, 426:12, 430:11, 430:19, 453:5, 461:19
**grounds** [1] - 373:15
**groundwater** [21] - 370:6, 383:24, 385:7, 385:14, 385:24, 407:15, 407:20, 408:3, 410:3, 410:12, 411:18, 411:23, 411:25, 412:5, 412:8, 413:1, 413:8, 413:20, 414:7, 418:16, 453:22
**groundwaters** [2] - 419:19, 425:17
**group** [1] - 373:21
**guess** [5] - 376:12, 401:11, 417:8, 417:22, 424:17
**guidance** [1] - 456:15
**guidelines** [1] - 382:9
**guy** [1] - 395:21

### H

**hair** [1] - 369:9
**hand** [3] - 394:9, 396:6, 438:13
**handle** [3] - 382:10, 393:13, 396:24
**handled** [2] - 375:11, 440:15
**handling** [2] - 382:16, 429:9
**handwritten** [1] -

438:11
**happy** [1] - 405:6
**hard** [5] - 377:22, 390:10, 394:9, 428:23, 440:8
**hard-piped** [2] - 390:10, 428:23
**harm** [1] - 374:16
**hazardous** [1] - 377:2
**head** [4] - 464:12, 471:10, 471:11, 471:13
**health** [2] - 400:18, 439:6
**hear** [4] - 452:14, 452:23, 479:17, 480:22
**heard** [3] - 375:25, 393:4, 415:15
**hearing** [1] - 387:18
**heated** [1] - 467:14
**heavy** [5] - 394:7, 397:16, 399:19, 407:16, 410:20
**heavy-duty** [2] - 407:16, 410:20
**help** [3] - 436:21, 457:3, 481:13
**helpful** [1] - 377:21
**HEMINGER** [3] - 364:20, 482:7, 482:9
**hesitating** [1] - 463:20
**hi** [1] - 431:6
**high** [2] - 434:11, 455:24
**higher** [3] - 414:7, 458:16, 470:8
**highest** [1] - 470:24
**highlight** [1] - 404:6
**highly** [2] - 479:14, 479:16
**hill** [1] - 398:21
**himself** [1] - 407:6
**hired** [3] - 370:15, 370:18, 392:6
**historical** [1] - 465:3
**hit** [2] - 433:18, 458:9
**hmm** [1] - 462:7
**hog** [3] - 393:1, 393:4, 393:5
**hog-out** [3] - 393:1, 393:4, 393:5
**hold** [2] - 435:13, 444:4
**hole** [1] - 391:10
**holes** [2] - 369:24, 370:5
**honest** [1] - 406:16
**Honor** [149] - 366:4, 366:9, 367:3, 367:6,

367:24, 371:1, 371:13, 371:18, 371:24, 372:1, 372:9, 372:14, 372:18, 372:21, 372:25, 373:6, 373:9, 373:17, 373:24, 374:5, 374:19, 374:20, 375:9, 375:15, 375:17, 375:24, 377:1, 377:11, 377:23, 388:24, 389:23, 391:16, 394:25, 397:14, 397:23, 398:22, 398:25, 399:6, 400:6, 402:12, 403:7, 403:21, 404:14, 404:23, 405:18, 405:19, 405:20, 407:16, 409:6, 411:14, 411:20, 416:25, 422:23, 423:7, 424:13, 425:8, 429:1, 429:8, 430:16, 435:16, 435:19, 436:3, 436:8, 436:14, 436:20, 436:25, 437:8, 437:14, 437:25, 438:2, 438:10, 440:1, 440:5, 440:9, 440:22, 441:25, 442:3, 442:15, 443:22, 445:16, 447:1, 449:6, 449:7, 449:22, 451:22, 452:12, 452:15, 453:12, 454:13, 454:14, 454:18, 455:9, 455:11, 456:13, 456:19, 457:6, 457:14, 458:21, 459:17, 460:14, 461:2, 462:2, 462:6, 463:7, 465:1, 465:6, 465:14, 466:12, 468:17, 469:4, 469:7, 471:14, 473:23, 474:4, 474:8, 474:21, 475:5, 475:15, 475:22, 476:4, 476:16, 476:18, 476:21, 476:23, 477:10, 477:14, 477:21, 477:24,

478:2, 478:10, 478:25, 479:15, 479:18, 479:23, 480:7, 480:9, 480:13, 480:15, 480:18, 480:24, 481:7, 481:11, 481:16, 482:2, 482:4, 482:10, 482:13, 482:18
**HONORABLE** [1] - 364:10
**hope** [1] - 366:7
**hopefully** [1] - 429:3
**hopper** [2] - 380:1, 380:2
**hour** [4] - 481:24, 482:5, 482:12, 482:18
**humidity** [1] - 379:22
**hundreds** [3] - 376:1, 376:4
**HUVELLE** [1] - 364:10
**hyperlink** [1] - 437:12
**hyperlinked** [3] - 437:2, 437:5, 437:14
**hyperlinks** [1] - 442:10
**hypothetically** [2] - 376:15, 406:13

### I

**idea** [1] - 441:14
**identical** [1] - 446:16
**identify** [2] - 367:12, 367:13
**ignore** [1] - 411:1
**ii** [1] - 405:8
**II** [3] - 419:11, 454:4
**impairment** [1] - 424:24
**important** [1] - 376:16
**improper** [2] - 411:7, 414:25
**inches** [1] - 394:6
**incident** [1] - 464:3
**incidental** [2] - 420:11, 448:1
**include** [6] - 382:22, 422:20, 423:5, 428:3, 428:13, 454:10
**included** [4] - 374:16, 428:5, 428:15, 453:2
**including** [1] - 409:12
**inconsistencies** [1] - 464:20
**inconsistent** [1] -

465:12
**incorporated** [3] - 396:23, 428:21, 428:22
**incur** [1] - 480:16
**indemnification** [5] - 374:1, 374:25, 375:8, 376:16, 377:20
**Indemnification** [2] - 372:10, 374:2
**indemnity** [11] - 371:2, 371:8, 371:11, 371:13, 372:2, 372:4, 375:17, 476:17, 477:11, 477:12, 477:13
**indentation** [4] - 381:7, 381:9, 381:10, 381:12
**INDEX** [1] - 483:1
**indicates** [1] - 443:13
**indirect** [15] - 383:24, 384:11, 385:21, 385:24, 387:2, 387:12, 387:25, 388:8, 388:17, 388:19, 419:4, 419:18, 419:24, 420:2, 420:3
**individual** [1] - 395:24
**individuals** [1] - 374:17
**industrial** [34] - 382:21, 386:6, 386:22, 387:8, 388:6, 388:13, 388:22, 413:6, 415:20, 416:11, 416:18, 416:20, 418:5, 418:21, 419:5, 421:9, 421:16, 421:21, 422:1, 422:19, 422:21, 422:24, 423:14, 423:18, 424:19, 424:20, 426:6, 426:17, 426:23, 427:5, 427:23, 428:3, 431:8
**industrial-waste** [2] - 415:20, 426:6
**industries** [1] - 419:11
**infiltrate** [1] - 426:8
**information** [7] - 457:4, 464:4, 464:12, 464:16
**inside** [3] - 380:11, 392:3, 392:19, 443:24, 449:6,

467:11, 472:17
**Inside** [1] - 393:24
**inspected** [4] - 368:8, 369:23, 370:8, 378:24
**inspection** [1] - 370:4
**install** [5] - 434:18, 436:5, 469:25, 481:2, 481:3
**installation** [1] - 435:7
**installed** [11] - 432:8, 432:14, 432:17, 433:1, 433:12, 435:4, 437:17, 438:17, 441:10, 469:24, 481:3
**instance** [1] - 418:15
**instances** [2] - 370:17, 393:2
**instruct** [1] - 471:1
**instruction** [3] - 471:20, 472:2, 472:5
**instructions** [3] - 448:13, 470:2, 470:15
**insurance** [5] - 478:3, 478:16, 479:2, 479:7, 479:25
**insurers** [8] - 478:1, 478:3, 478:12, 478:14, 479:1, 479:2, 479:11, 479:12
**intend** [1] - 407:4
**intent** [1] - 419:9
**intentionally** [1] - 416:21
**interior** [2] - 397:5, 450:6
**intermittent** [5] - 415:4, 417:19, 420:15, 425:16, 427:15
**interrupt** [2] - 374:4, 481:13
**interstitial** [1] - 434:8
**introduced** [2] - 367:23, 414:21
**invented** [2] - 433:1, 433:25
**involved** [11] - 371:10, 375:8, 375:23, 376:5, 376:7, 376:10, 409:3, 453:18, 454:10, 464:9, 478:7
**involvement** [1] - 376:8
**involves** [1] - 376:19
**Irvin** [1] - 406:14

**Irwin** [2] - 406:17
**is..** [1] - 476:18
**issue** [8] - 374:22, 389:10, 402:10, 454:6, 477:21, 478:17, 479:1, 479:3
**issues** [3] - 370:19, 429:2, 429:4
**it'll** [2] - 368:14, 453:10
**item** [2] - 466:15, 469:14
**itself** [2] - 421:1, 441:19

**J**

**January** [1] - 446:5
**JENNIFER** [1] - 364:21
**JESSICA** [1] - 364:20
**job** [1] - 375:10
**JOHN** [1] - 364:19
**Johnson** [2] - 375:25, 376:22
**JOHNSON** [1] - 364:21
**judge** [1] - 421:17
**JUDGE** [1] - 364:11
**Judge** [1] - 417:15
**judgment** [1] - 374:24
**Justice** [1] - 364:22
**JUSTIN** [2] - 364:14, 364:20

**K**

**keep** [5] - 372:13, 379:22, 442:3, 467:10, 469:23
**keeping** [1] - 367:11
**Kerr** [1] - 426:7
**Kerr-McGee** [1] - 426:7
**key** [2] - 386:1, 402:9
**kind** [7] - 396:10, 399:19, 400:15, 411:5, 422:1, 427:5, 434:9
**kinds** [3] - 401:18, 401:19, 453:23
**knowledge** [3] - 393:13, 426:4, 427:18
**known** [3] - 471:9, 471:12, 472:7
**knows** [1] - 377:19

**L**

**label** [2] - 445:23, 446:19
**laboratory** [1] - 431:24
**Laboratory** [1] - 401:13
**Lake** [1] - 455:15
**land** [7] - 408:25, 409:4, 409:8, 424:1, 476:2, 476:6, 476:8
**language** [5] - 376:20, 376:22, 377:1, 377:2, 377:4
**languages** [1] - 376:20
**large** [4] - 370:2, 397:21, 404:17, 420:19
**large-scale** [1] - 420:19
**largely** [2] - 382:16, 452:24
**larger** [1] - 375:6
**last** [4] - 368:15, 377:21, 443:13, 452:16
**lasted** [3] - 375:24, 376:21, 377:3
**late** [3] - 401:4, 434:18, 440:2
**Laughter** [4] - 369:6, 375:14, 375:18, 378:3
**law** [4] - 420:25, 426:2, 476:2, 480:2
**laws** [3] - 382:5, 419:16, 420:18
**lawsuit** [11] - 406:8, 453:16, 453:20, 473:19, 473:20, 473:21, 473:22, 474:3, 475:6, 478:3, 479:20
**lawsuits** [3] - 478:16, 480:7, 480:10
**lawyer** [2] - 384:16, 424:8
**lay** [1] - 396:11
**LB** [2] - 405:12, 405:13
**lead** [1] - 379:14
**leak** [1] - 369:24
**learn** [2] - 378:2, 403:13
**lease** [1] - 406:21
**leasing** [1] - 476:7
**least** [6] - 395:17, 402:23, 403:1,

439:24, 452:5, 482:17
**led** [1] - 395:3
**left** [6] - 394:17, 396:6, 458:2, 459:16, 460:1, 460:3
**left-hand** [1] - 396:6
**legal** [1] - 481:10
**letters** [1] - 409:5
**level** [12] - 379:14, 379:16, 379:17, 379:23, 379:25, 380:11, 380:24, 439:10, 451:13, 451:14, 467:9, 476:24
**liability** [3] - 407:6, 480:6, 480:8
**lid** [3] - 394:17, 394:23, 396:12
**lids** [1] - 394:9
**life** [2] - 378:1, 378:8
**lifetime** [2] - 375:10, 375:13
**lift** [5] - 381:19, 396:12, 397:16, 397:19, 469:16
**lifted** [2] - 381:22, 397:21
**likely** [2] - 366:7, 460:18
**limitation** [1] - 421:22
**limited** [1] - 376:8
**line** [3] - 369:16, 392:15, 408:14
**lined** [1] - 461:17
**lining** [1] - 408:13
**liquid** [7] - 410:3, 421:18, 423:4, 423:8, 431:9, 452:1, 460:6
**liquids** [2] - 410:18, 411:9
**list** [2] - 436:19, 480:14
**litigation** [15] - 370:24, 371:2, 371:7, 371:17, 372:15, 372:17, 374:10, 374:16, 455:6, 455:8, 456:3, 476:10, 477:5, 478:5, 478:9
**live** [1] - 447:24
**LLP** [1] - 364:16
**loaded** [1] - 379:15
**loading** [2] - 395:5, 396:1
**located** [3] - 449:2, 449:5, 480:25

**location** [2] - 406:18, 415:13
**locations** [1] - 386:5
**locked** [1] - 380:9
**LOCKHEED** [1] - 364:3
**lockheed** [1] - 373:2
**Lockheed** [43] - 366:2, 366:4, 370:16, 370:18, 371:6, 371:13, 371:17, 374:10, 374:12, 375:16, 396:23, 415:10, 415:20, 416:12, 416:23, 432:8, 433:1, 435:6, 441:9, 442:13, 443:9, 445:25, 450:24, 453:14, 453:16, 453:21, 454:19, 454:23, 455:22, 456:8, 475:3, 476:15, 476:16, 478:2, 478:12, 478:14, 478:17, 478:22, 479:4, 479:10, 479:13, 480:8, 481:6
**Lockheed's** [5] - 431:15, 431:18, 431:23, 473:19, 474:10
**Lockheed-related** [1] - 455:22
**look** [42] - 384:8, 386:2, 393:16, 399:18, 400:9, 403:12, 404:18, 404:21, 417:7, 417:9, 419:15, 419:18, 421:8, 421:25, 424:18, 424:23, 426:3, 441:1, 444:20, 445:1, 445:18, 446:11, 446:22, 449:4, 456:25, 461:20, 462:20, 464:5, 465:17, 466:4, 466:7, 466:9, 466:14, 468:13, 468:24, 469:11, 469:14, 470:19, 471:4, 471:7
**looked** [7] - 369:14, 376:19, 396:4, 448:12, 456:7, 465:7, 470:11
**looking** [25] - 379:19, 380:19, 380:23,

389:4, 394:20, 401:4, 404:19, 419:17, 422:1, 422:25, 423:7, 424:19, 425:5, 425:9, 425:19, 425:20, 429:6, 434:5, 438:8, 438:19, 458:18, 459:15, 461:10, 461:15, 471:3
**looks** [2] - 395:9, 396:11
**lost** [6] - 458:15, 478:13, 478:15, 478:17, 479:24, 481:24
**low** [1] - 379:22
**lower** [11] - 379:16, 379:17, 379:23, 379:25, 380:11, 380:24, 381:1, 394:9, 451:13, 467:9
**LPC** [2] - 382:1, 383:22, 432:17
**LPC's** [2] - 382:4, 382:5
**LUDWISZEWSKI** [1] - 364:14
**lunch** [1] - 481:23
**Lunch** [1] - 482:21

# M

**ma'am** [2] - 455:3, 478:8
**machine** [1] - 365:25
**main** [2] - 392:5, 392:8
**maintain** [1] - 477:12
**major** [2] - 390:23, 450:3
**manner** [3] - 411:18, 411:24, 419:13
**manual** [28] - 402:6, 402:10, 402:12, 402:16, 403:9, 403:10, 404:12, 405:4, 405:8, 411:16, 411:20, 411:24, 417:7, 417:9, 429:12, 435:14, 435:15, 435:16, 435:20, 436:4, 436:23, 436:24, 436:25, 439:3, 439:4, 439:9
**Manual** [2] - 403:25, 438:8
**manufactured** [1] -

432:25
**Manufacturing** [1] - 441:4
**manufacturing** [25] - 377:14, 377:16, 382:5, 382:10, 382:11, 397:11, 397:13, 421:20, 431:10, 431:16, 431:19, 432:1, 440:20, 441:6, 442:24, 444:17, 448:5, 448:8, 454:4, 466:3, 470:7, 470:8, 470:10, 470:18, 470:23
**March** [1] - 441:2
**mark** [9] - 395:5, 457:20, 457:22, 457:23, 457:24, 459:12, 461:11, 461:13
**marked** [1] - 384:8
**market** [2] - 433:18, 433:24
**marks** [1] - 458:3
**Martin** [18] - 366:3, 370:18, 371:6, 371:18, 373:2, 374:10, 374:12, 375:17, 476:15, 476:16, 478:2, 478:12, 478:22, 479:4, 479:10, 479:13, 480:8, 481:6
**MARTIN** [1] - 364:3
**Martin's** [1] - 371:13
**mass** [1] - 373:12
**master** [1] - 447:25
**master's** [1] - 400:17
**material** [33] - 382:10, 382:16, 389:6, 390:11, 390:12, 392:11, 393:6, 394:2, 396:14, 399:16, 399:22, 399:24, 400:10, 401:5, 402:6, 404:11, 407:24, 419:12, 423:15, 423:23, 423:25, 425:16, 426:8, 434:6, 434:10, 434:22, 443:20, 450:3, 450:16, 452:1, 462:3
**materials** [10] - 368:23, 377:2, 392:2, 396:12, 404:24, 407:17,

411:11, 411:14, 415:25, 428:17
**matter** [6] - 366:17, 367:7, 388:16, 421:7, 447:13, 483:17
**matters** [2] - 448:4, 455:13
**McGee** [1] - 426:7
**mean** [19] - 370:20, 375:5, 377:9, 395:8, 409:16, 410:8, 411:21, 418:8, 418:12, 422:19, 423:4, 423:5, 424:15, 431:20, 449:1, 453:8, 473:8, 477:6, 480:21
**meaning** [1] - 423:9
**means** [11] - 392:17, 421:18, 423:3, 423:4, 424:24, 431:8, 442:11, 448:1, 451:5, 451:7
**meant** [1] - 429:19
**measure** [1] - 432:14
**mechanic** [3] - 398:15, 472:13, 472:14
**mechanism** [1] - 385:16
**mediation** [2] - 478:17, 479:3
**medical** [1] - 436:24
**medical-type** [1] - 436:24
**meet** [2] - 388:5, 472:19
**members** [1] - 395:18
**mention** [2] - 382:25, 387:2
**mentioned** [4] - 398:9, 464:8, 471:8, 473:25
**mercury** [1] - 405:9
**metal** [2] - 391:17, 391:19
**method** [1] - 399:22
**methods** [1] - 382:23
**MICHAEL** [1] - 364:13
**micron** [2] - 434:6, 436:10
**Micropol** [3] - 432:25, 433:25, 434:13
**micropulverizer** [3] - 466:18, 466:21, 466:24
**mid-'80s** [1] - 413:10
**middle** [4] - 369:2, 386:3, 386:11, 458:13

**might** [5] - 385:21, 457:3, 458:9, 460:18, 477:2
**military** [2] - 411:16, 411:23
**mill** [2] - 468:20, 468:22
**Mill** [6] - 434:7, 434:21, 441:7, 441:9, 446:6, 446:8
**mind** [1] - 372:13
**mine** [1] - 437:4
**minimal** [1] - 455:24
**minimum** [1] - 443:15
**minute** [6] - 374:8, 393:19, 417:3, 417:18, 426:14, 474:19
**minutes** [3] - 431:1, 462:10, 470:11
**mischaracterizes** [1] - 416:25
**missed** [1] - 371:5
**missile** [2] - 376:22, 455:14
**missing** [1] - 405:24
**mistake** [1] - 390:22
**mistaken** [1] - 391:5
**misunderstood** [2] - 430:3, 438:22
**mixed** [1] - 380:8
**mixing** [7] - 368:22, 389:24, 389:25, 390:1, 428:18, 431:18, 431:20
**Mojave** [1] - 406:18
**moment** [1] - 406:13
**money** [5] - 406:15, 479:11, 479:12, 480:3
**monies** [2] - 477:7, 477:25
**monitor** [1] - 394:14
**month** [3] - 424:5, 424:11, 427:3
**morning** [6] - 366:12, 366:13, 368:4, 368:5, 412:3, 431:5
**Moses** [1] - 455:15
**most** [5] - 391:17, 395:5, 425:20, 452:22
**mostly** [1] - 478:17
**motions** [1] - 374:24
**motor** [2] - 393:6, 393:7
**move** [4] - 382:14, 432:3, 440:13
**moving** [1] - 459:1
**MPS** [1] - 447:25

**MR** [267] - 366:4, 366:9, 366:16, 366:25, 367:3, 367:6, 367:8, 367:12, 367:16, 367:19, 367:24, 368:3, 369:7, 369:10, 369:11, 371:1, 371:6, 371:12, 371:17, 371:20, 371:23, 372:1, 372:9, 372:14, 372:17, 372:20, 372:23, 373:2, 373:4, 373:6, 373:16, 373:24, 374:2, 374:5, 374:9, 374:18, 374:22, 375:4, 375:7, 375:11, 375:15, 375:19, 375:23, 376:3, 376:7, 376:19, 376:25, 377:7, 377:11, 377:14, 377:23, 378:5, 378:9, 378:15, 378:19, 378:23, 380:24, 381:2, 381:5, 384:12, 384:15, 384:19, 384:21, 386:13, 388:24, 393:21, 397:13, 397:23, 398:1, 398:19, 398:21, 398:24, 399:6, 399:7, 402:1, 402:12, 402:15, 402:20, 403:7, 403:10, 403:14, 403:21, 403:24, 404:2, 404:8, 404:10, 404:13, 404:20, 404:22, 405:5, 405:7, 405:13, 405:15, 405:18, 405:22, 405:25, 406:16, 407:10, 408:7, 408:10, 408:12, 408:14, 408:21, 409:2, 409:5, 409:9, 409:25, 410:6, 410:17, 411:2, 411:8, 411:16, 411:22, 412:2, 412:19, 413:2, 414:9, 415:18, 416:25, 419:2, 420:1, 426:1, 429:1, 429:7, 431:4,

433:23, 436:14, 436:20, 436:23, 436:25, 437:4, 437:7, 437:14, 437:16, 437:23, 437:25, 438:20, 440:11, 440:21, 440:23, 441:25, 442:7, 442:14, 442:17, 442:20, 442:22, 445:4, 445:6, 445:10, 445:16, 445:17, 447:1, 447:3, 448:20, 448:24, 449:7, 449:10, 449:18, 450:22, 451:22, 451:25, 452:4, 452:15, 452:19, 453:11, 454:3, 454:13, 454:17, 455:4, 455:9, 455:11, 456:13, 456:19, 456:23, 457:6, 457:10, 457:14, 457:16, 457:20, 457:24, 458:3, 458:9, 458:19, 459:12, 459:17, 459:20, 459:24, 460:3, 460:5, 460:13, 460:21, 462:6, 462:8, 462:9, 463:17, 465:1, 465:5, 465:14, 465:16, 466:8, 466:11, 466:14, 466:17, 467:25, 468:17, 468:18, 469:4, 469:7, 469:8, 471:18, 472:22, 473:6, 473:11, 473:13, 473:15, 473:18, 473:21, 473:22, 473:25, 474:3, 474:7, 474:11, 474:14, 474:18, 474:21, 474:25, 475:2, 475:5, 475:10, 475:14, 475:17, 475:21, 475:24, 476:4, 476:6, 476:10, 476:13, 476:15, 476:21, 476:23, 476:25, 477:9, 477:10, 477:24, 478:2, 478:5, 478:9, 478:12, 478:21,

478:25, 479:8, 479:10, 479:18, 479:23, 480:5, 480:13, 480:18, 480:24, 481:10, 481:16, 481:19, 482:2, 482:7, 482:9, 482:13, 482:16, 482:17
**MS** [1] - 482:4
**MURPHY** [99] - 364:13, 366:9, 371:1, 371:6, 371:12, 371:17, 371:20, 371:23, 372:1, 372:17, 372:20, 372:23, 373:2, 373:4, 373:6, 373:16, 373:24, 374:5, 374:9, 374:18, 375:15, 375:19, 375:23, 376:3, 376:7, 376:19, 376:25, 377:7, 377:11, 377:14, 377:23, 378:19, 404:13, 404:20, 404:22, 405:5, 405:7, 405:13, 405:15, 405:18, 405:25, 409:5, 429:1, 429:7, 436:14, 436:20, 452:15, 452:19, 454:3, 454:13, 454:17, 455:4, 455:9, 455:11, 456:13, 465:1, 465:5, 466:11, 469:4, 469:7, 473:11, 473:22, 473:25, 474:3, 474:7, 474:11, 474:14, 474:18, 475:5, 475:10, 475:14, 475:17, 475:21, 475:24, 476:4, 476:6, 476:10, 476:13, 476:15, 476:21, 476:23, 476:25, 477:10, 477:24, 478:2, 478:5, 478:9, 478:12, 478:21, 479:8, 479:10, 479:18, 479:23, 480:5, 480:13, 480:18, 480:24, 481:10
**Murphy** [4] - 370:23, 375:21, 404:19,

469:2
**must** [7] - 375:10, 400:21, 400:25, 404:1, 404:18, 406:25, 409:23

# N

**name** [2] - 464:9, 466:7
**named** [1] - 466:12
**names** [1] - 471:17
**nature** [4] - 383:7, 387:19, 421:20, 431:10
**near** [4] - 368:12, 408:2, 452:8, 464:6
**nearby** [2] - 408:20, 408:21
**necessarily** [2] - 418:5, 464:2
**necessary** [4] - 387:18, 406:13, 425:24, 443:15
**Neck** [1] - 481:4
**need** [9] - 406:9, 416:5, 416:19, 417:18, 417:21, 429:15, 430:8, 450:16, 482:19
**needed** [3] - 418:19, 429:23, 434:22
**negotiating** [1] - 406:20
**negotiations** [1] - 409:3
**Nelson** [6] - 398:3, 398:5, 472:10, 472:13, 473:15, 473:18
**never** [6] - 369:7, 375:21, 399:7, 414:16, 425:17, 453:9
**new** [9] - 367:9, 373:13, 431:24, 432:3, 440:12, 448:8, 448:10, 459:2, 469:24
**news** [1] - 367:6
**next** [11] - 387:4, 387:14, 387:17, 391:20, 394:16, 404:10, 405:23, 421:15, 444:17, 469:17, 470:17
**nobody** [3] - 377:12, 377:18, 395:14
**noncontinuous** [1] -

420:15
**none** [1] - 370:1
**nonjury** [1] - 399:10
**normal** [3] - 407:7, 434:21, 451:14
**normal-grained** [1] - 434:21
**normally** [1] - 415:4
**north** [22] - 389:12, 389:20, 389:22, 390:20, 414:23, 447:16, 451:5, 451:7, 452:25, 453:4, 459:15, 459:19, 459:20, 459:21, 459:22, 463:3, 463:8, 467:20, 468:1, 471:25, 472:3
**North** [5] - 368:25, 369:1, 390:7, 392:12
**northern** [6] - 393:15, 394:12, 396:8, 396:10, 396:13, 396:14
**nothing** [5] - 381:14, 411:4, 426:2, 471:23, 475:7
**notice** [7] - 388:4, 408:23, 410:25, 411:19, 411:21, 411:22, 420:22
**noticed** [1] - 456:8
**notices** [2] - 416:3, 416:6
**notified** [1] - 388:4
**notify** [1] - 387:22
**November** [1] - 465:20
**nuisance** [4] - 425:4, 425:5, 425:6, 425:9
**nuisances** [1] - 425:1
**number** [18] - 367:13, 372:12, 390:17, 395:19, 403:19, 405:3, 405:11, 405:12, 441:17, 445:3, 445:5, 448:23, 453:21, 455:16, 464:14, 468:16, 468:25, 471:14
**numbered** [1] - 404:3
**numbers** [3] - 438:10, 476:20, 477:4
**NW** [3] - 364:17, 364:24, 365:2

# O

**O'DONNELL** [1] - 364:20
**O23** [1] - 470:14
**object** [2] - 399:6, 412:19
**objection** [4] - 378:18, 378:19, 399:6, 416:25
**observation** [3] - 472:24, 472:25, 473:2
**obviously** [1] - 400:12
**occasion** [1] - 368:8
**occasions** [2] - 368:7, 373:8
**occupiers/owners** [1] - 473:23
**occur** [1] - 401:3
**occurred** [3] - 383:25, 392:19, 408:3
**ocean** [1] - 408:2
**OF** [3] - 364:1, 364:6, 364:10
**of..** [1] - 435:21
**offered** [7] - 400:23, 412:20, 412:21, 429:2, 455:4, 469:3, 469:5
**offering** [4] - 404:25, 424:8, 424:14, 429:24
**Official** [2] - 365:1, 483:15
**often** [1] - 427:3
**Oil** [2] - 401:10, 433:20
**on-site** [3] - 407:12, 447:24, 470:9
**on-station** [7] - 444:23, 447:15, 447:24, 448:8, 468:19, 470:5, 471:3
**one** [92] - 367:9, 367:10, 367:11, 367:15, 367:17, 368:8, 368:20, 369:14, 370:8, 370:13, 370:14, 370:24, 371:10, 372:14, 374:5, 374:22, 375:25, 376:5, 376:6, 376:7, 376:15, 376:22, 377:5, 377:9, 377:18, 379:6, 380:20, 380:21, 381:4, 385:16,

385:21, 388:7, 389:17, 391:19, 392:1, 393:16, 393:19, 394:11, 395:18, 397:10, 398:12, 400:5, 402:9, 406:15, 406:24, 415:13, 417:8, 417:24, 421:8, 424:8, 424:25, 425:1, 425:3, 425:7, 428:4, 431:7, 433:25, 435:1, 435:2, 435:23, 436:5, 438:3, 438:16, 438:19, 439:12, 440:1, 440:25, 442:7, 443:8, 445:21, 446:8, 448:24, 453:9, 454:2, 454:19, 454:25, 455:7, 458:23, 464:1, 464:7, 464:8, 464:25, 465:21, 467:14, 470:11, 475:18
**one's** [2] - 389:12
**ones** [3] - 371:14, 446:17, 454:6
**open** [2] - 368:11, 376:12
**operate** [2] - 410:7, 434:1
**operated** [7] - 370:6, 395:17, 406:21, 410:6, 411:6, 434:9, 463:19
**operating** [5] - 411:24, 416:13, 432:15, 439:10, 472:14
**operation** [15] - 415:4, 421:20, 426:18, 427:5, 431:10, 431:15, 431:16, 431:19, 432:1, 439:7, 448:3, 448:11, 463:23, 469:11
**operations** [10] - 382:4, 382:5, 382:15, 388:23, 390:1, 390:12, 400:1, 438:18, 465:24, 477:19
**operator** [7] - 471:6, 471:9, 471:10, 471:11, 471:13, 472:7, 472:17

**operators** [1] - 393:13
**opined** [1] - 383:24
**opinion** [16] - 366:19, 384:8, 384:22, 386:3, 388:12, 389:17, 392:22, 399:7, 400:4, 404:25, 420:22, 420:25, 429:24, 443:9, 445:24, 452:22
**opinions** [2] - 384:2, 424:14
**opportunity** [1] - 452:18
**opposed** [3] - 413:24, 451:8, 480:21
**opposing** [1] - 390:21
**Ops** [1] - 477:18
**option** [1] - 407:25
**options** [5] - 403:11, 407:10, 408:6, 409:16, 409:17
**order** [19] - 367:25, 368:1, 389:7, 393:7, 393:15, 413:1, 413:12, 413:22, 415:11, 418:10, 419:16, 425:24, 432:7, 434:23, 436:9, 439:7, 446:5, 470:8, 470:24
**organics** [1] - 389:7
**organized** [2] - 367:25, 373:12
**original** [1] - 464:23
**originally** [3] - 392:10, 415:8, 425:19
**otherwise** [3] - 381:12, 453:9, 459:1
**ought** [1] - 477:8
**out-of-court** [1] - 477:12
**outlined** [1] - 415:10
**outside** [4] - 393:10, 404:15, 463:8, 467:9
**oven** [3] - 447:6, 469:18, 470:4
**overhead** [2] - 481:6, 481:9
**overruled** [1] - 412:22
**own** [3] - 409:4, 422:12, 481:5
**owned** [1] - 409:8
**oxidizer** [8] - 398:5, 398:13, 441:6, 444:24, 446:5, 465:24, 468:20, 469:21

# P

**p.m** [1] - 482:21
**pads** [1] - 410:20
**Page** [1] - 364:8
**page** [47] - 381:25, 382:3, 382:14, 383:20, 384:5, 386:3, 386:11, 386:17, 404:2, 404:10, 405:7, 405:12, 405:24, 420:12, 420:18, 421:9, 421:15, 431:14, 432:4, 438:10, 438:11, 440:13, 441:15, 441:16, 441:18, 442:25, 443:5, 445:5, 445:7, 446:11, 446:14, 446:22, 446:25, 447:1, 448:25, 464:4, 466:7, 466:10, 466:14, 468:24, 469:9, 474:19, 474:22
**PAGE** [1] - 483:2
**pages** [1] - 483:16
**paid** [4] - 476:14, 476:15, 476:16, 476:10
**pan** [1] - 411:6
**pans** [20] - 401:20, 401:21, 402:2, 402:5, 402:17, 402:18, 402:20, 404:4, 404:9, 406:1, 406:19, 407:9, 407:11, 407:16, 407:25, 408:11, 408:12, 408:15, 410:23, 417:11
**paragraph** [16] - 382:2, 382:3, 382:8, 382:14, 382:19, 383:21, 386:8, 420:13, 432:4, 436:17, 440:13, 440:14, 443:1, 467:4, 469:20
**pardon** [2] - 397:17, 460:13
**parse** [5] - 377:5, 377:6, 377:22, 377:23, 467:21
**Part** [1] - 405:7
**part** [21] - 370:15, 372:2, 372:4,

374:14, 391:7, 393:25, 403:22, 414:7, 417:6, 421:3, 434:14, 441:23, 444:2, 445:2, 448:22, 450:8, 455:7, 477:23, 481:8, 481:10
**particular** [10] - 368:21, 370:20, 380:6, 388:21, 434:4, 447:15, 448:7, 450:18, 464:3, 464:24
**particularly** [1] - 377:6
**parties** [3] - 454:10, 474:3, 475:17
**parts** [10] - 396:9, 397:2, 452:7, 460:22, 467:2, 467:7, 467:13, 467:18, 468:1
**past** [1] - 455:25
**patent** [4] - 433:5, 433:10, 433:15, 433:16
**pathway** [1] - 451:13
**pay** [1] - 479:21
**PDF** [2] - 441:16, 443:2
**peculiar** [1] - 466:9
**pending** [2] - 374:24, 469:21
**people** [15] - 375:10, 391:21, 392:23, 395:17, 397:16, 397:19, 401:4, 414:25, 424:17, 441:13, 452:25, 453:1, 453:10, 453:21, 472:17
**per** [1] - 455:22
**percent** [3] - 402:25, 456:2, 456:5
**perchlorate** [9] - 372:25, 379:15, 380:7, 389:3, 390:5, 392:5, 400:9, 413:8, 475:8
**percolate** [3] - 385:22, 413:1, 423:18
**percolated** [2] - 385:23, 419:21
**percolates** [1] - 419:20
**percolating** [1] - 410:12
**percolation** [1] - 370:6
**performed** [2] - 435:6, 467:8

perhaps [1] - 438:22
period [9] - 399:20, 409:14, 409:15, 415:22, 427:16, 432:24, 463:22, 463:23, 466:22
permit [15] - 413:11, 415:12, 417:18, 417:21, 418:19, 424:2, 424:11, 425:25, 426:20, 427:11, 429:11, 429:16, 429:20, 430:5, 430:8
permits [3] - 415:20, 415:22, 415:23
permitted [1] - 386:6
person [2] - 386:20, 386:22, 387:7, 387:22, 388:4, 388:13, 397:21, 458:25, 459:10, 460:4, 460:5, 464:8
personally [1] - 397:20
persons [1] - 382:21
photo [9] - 379:5, 442:4, 451:20, 452:6, 453:11, 456:19, 457:11, 457:17, 461:5
photograph [6] - 367:10, 368:17, 368:19, 378:10, 378:13, 452:1
photographer [1] - 460:7
photography [1] - 451:25
phrase [2] - 393:4, 405:25
physically [2] - 381:21, 444:10
pick [5] - 391:23, 422:22, 434:10, 458:23, 463:12
picked [1] - 428:10
picture [2] - 389:11, 391:9, 391:21, 393:17, 393:18, 395:13, 449:4, 452:9, 458:14, 458:17, 459:1, 461:24
pictures [4] - 391:11, 391:19, 406:23, 451:24
piece [2] - 391:23, 453:7
pieces [1] - 397:5

pipe [12] - 389:22, 391:1, 391:10, 391:12, 391:24, 393:11, 418:7, 418:9, 424:1, 425:21, 430:19
Pipe [1] - 391:3
piped [2] - 390:10, 428:23
pipeline [1] - 396:7
pipes [2] - 426:8, 428:25
Pit [1] - 368:8
pit [34] - 368:21, 369:3, 369:12, 369:20, 389:4, 390:15, 391:2, 399:16, 400:20, 407:23, 408:4, 410:1, 410:2, 410:7, 410:8, 410:9, 410:14, 411:6, 411:9, 417:4, 417:10, 418:5, 428:1, 428:12, 462:17, 462:18, 462:22, 463:1, 463:5, 463:8, 463:13, 463:18, 472:1
pits [32] - 368:20, 388:22, 388:23, 389:3, 399:17, 400:21, 400:24, 400:25, 401:15, 402:23, 403:1, 403:18, 406:11, 407:13, 408:13, 410:5, 413:21, 413:22, 417:17, 417:20, 417:21, 426:7, 426:10, 427:22, 428:6, 429:10, 429:19, 430:1, 430:4, 430:8, 430:17
place [11] - 377:16, 377:19, 379:25, 389:7, 390:12, 409:14, 410:5, 410:16, 469:18, 469:21, 470:3
placed [2] - 401:22, 467:13
places [1] - 393:8
PLAINTIFF [1] - 366:14
Plaintiff [2] - 364:4, 364:13
plaintiff [1] - 373:21

Plaintiff's [5] - 367:25, 437:21, 437:25, 440:24, 445:4
plaintiff's [2] - 368:14, 442:8
plaintiffs [5] - 372:20, 373:9, 373:11, 373:12, 373:20
planning [8] - 444:23, 447:15, 447:25, 448:8, 448:11, 468:19, 470:6, 471:4
plant [1] - 454:4
platform [2] - 389:5, 396:1
pleadings [6] - 371:3, 372:7, 372:10, 374:1, 375:2, 375:5
plume [1] - 474:11
Plus [1] - 409:7
plus [1] - 390:1
point [27] - 371:11, 374:5, 374:6, 375:16, 380:19, 390:23, 396:16, 399:2, 400:24, 401:1, 419:14, 420:8, 420:9, 427:4, 427:21, 428:18, 429:22, 434:17, 442:1, 446:13, 452:20, 459:14, 461:13, 464:1, 477:3, 477:17
points [1] - 417:14
policies [1] - 479:12
policy [6] - 427:18, 427:20, 428:20, 429:13, 452:24, 473:1
pollution [6] - 382:23, 383:10, 425:1, 425:11, 425:14, 425:18
Pollution [1] - 383:6
pond [4] - 418:17, 418:18, 418:20, 418:21
pool [3] - 477:18, 477:19, 481:10
porous [1] - 411:10
Porter [1] - 420:14
Porter-Cologne [1] - 420:14
portion [4] - 387:24, 404:17, 450:9, 478:23
portions [1] - 405:2
positing [1] - 395:14
position [2] - 406:7,

477:9
possible [2] - 377:6, 379:22
possibly [2] - 415:3, 477:13
Potrero [3] - 377:15, 377:16
pour [2] - 396:13, 418:12
poured [1] - 369:21
pouring [2] - 411:8, 411:12
powder [2] - 405:9, 441:13
POWELL [1] - 364:21
power [1] - 385:6
practice [5] - 409:13, 411:5, 439:20, 439:22, 439:24
precipitation [2] - 457:12, 460:8
precisely [1] - 377:19
preferable [1] - 439:24
preheat [1] - 469:21
premise [4] - 389:21, 392:18, 392:22, 417:5
premised [1] - 392:2
premises [2] - 389:16, 390:20
prescribe [2] - 383:7, 387:19
present [1] - 398:24
presentation [1] - 452:16
presently [1] - 387:8
press [1] - 394:13
press.. [1] - 394:15
pretty [1] - 369:12
prevent [3] - 381:14, 381:16, 382:23
prevented [1] - 408:2
previous [3] - 443:4, 445:21, 457:11
previously [2] - 391:9, 396:5
primarily [7] - 368:21, 389:2, 389:6, 399:14, 401:5, 422:1, 453:25
primary [2] - 454:6, 463:23
prime [1] - 371:12
privity [1] - 371:14
probability [1] - 452:6
problem [8] - 391:16, 400:20, 401:16, 408:13, 408:17, 419:23, 435:8
problems [1] - 412:4

procedure [24] - 391:14, 396:22, 407:8, 415:9, 427:13, 429:8, 444:23, 446:5, 446:16, 446:23, 447:4, 447:7, 453:2, 460:21, 462:13, 463:10, 467:15, 470:19, 471:8, 471:10, 471:19, 471:20
procedures [8] - 392:19, 394:24, 401:18, 401:19, 409:21, 414:25, 452:24, 453:2
proceed [1] - 371:16
proceeding [1] - 374:19
proceedings [2] - 422:15, 483:17
Proceedings [1] - 365:25
Process [1] - 441:4
process [23] - 382:11, 397:11, 397:13, 426:17, 426:18, 429:18, 440:17, 440:18, 440:20, 440:21, 441:6, 442:24, 444:17, 448:6, 448:8, 462:20, 464:13, 466:3, 470:7, 470:8, 470:10, 470:18, 470:23
processes [2] - 451:3, 453:24
processing [6] - 421:20, 431:10, 431:16, 431:19, 432:1, 432:2
Procter [4] - 478:5, 478:6, 478:9, 478:18
produced [1] - 365:25
producing [6] - 421:19, 431:9, 431:16, 431:19, 432:1, 438:18
product [6] - 380:13, 381:20, 434:23, 435:2, 436:10, 473:10
production [4] - 377:3, 453:23, 464:13, 466:5
Products [2] - 401:10, 433:20
professional [1] -

366:20
**proffering** [1] - 461:4
**prohibit** [2] - 383:24, 409:22
**prohibited** [2] - 420:14, 420:19
**promised** [1] - 407:1
**propellant** [35] - 380:8, 382:6, 382:11, 399:21, 407:22, 427:25, 428:1, 428:9, 428:11, 431:20, 431:23, 431:24, 431:25, 438:17, 443:11, 443:14, 444:15, 445:24, 445:25, 446:19, 447:11, 448:4, 448:14, 448:21, 449:12, 449:15, 450:17, 450:21, 450:25, 451:4, 462:14, 462:22, 462:23, 463:10, 468:8
**proper** [3] - 391:14, 453:1, 453:2
**proportion** [1] - 455:22
**proposal** [2] - 433:7, 434:14
**proposed** [4] - 386:25, 387:19, 387:22, 433:7
**proposing** [4] - 382:21, 386:22, 387:23, 434:13
**Propulsion** [2] - 415:10, 432:8
**protocol** [1] - 414:25
**prove** [1] - 451:19
**provide** [2] - 388:5, 468:10
**provided** [4] - 367:4, 437:9, 477:4, 477:13
**provision** [4] - 385:4, 387:1, 387:11, 421:4
**provisions** [2] - 388:7, 421:7
**PRP** [3] - 376:12, 376:13, 477:15
**public** [1] - 373:23
**published** [3] - 402:10, 435:25, 436:4
**Pulsaire** [11] - 433:7, 446:23, 447:5, 448:13, 448:20, 449:11, 449:14,

450:2, 450:6, 469:12, 470:3
**pump** [11] - 389:18, 414:23, 414:24, 451:10, 451:11, 451:21, 452:25, 453:4, 458:2, 459:19, 461:25
**pumped** [6] - 392:13, 463:9, 472:10, 473:3, 473:4, 473:7
**purchase** [1] - 432:11
**purchased** [2] - 434:12, 436:9
**purpose** [2] - 369:20, 436:9
**purposeful** [1] - 420:19
**purposes** [1] - 480:19
**put** [38] - 378:11, 395:4, 396:2, 397:6, 402:24, 406:15, 408:17, 410:4, 413:19, 415:25, 416:19, 417:24, 418:15, 419:16, 423:19, 425:12, 427:7, 427:24, 428:6, 431:14, 436:15, 436:18, 439:12, 440:21, 440:25, 448:11, 451:17, 456:8, 456:16, 456:19, 457:20, 457:22, 457:23, 458:7, 461:11, 463:10, 463:11, 473:11
**puts** [1] - 461:25
**putting** [6] - 408:16, 410:8, 410:17, 411:11, 413:24, 417:20
**PX** [1] - 403:19
**PX0009** [1] - 438:3
**PX1023** [2] - 441:21, 442:18
**PX1037** [1] - 446:2
**PX1043** [1] - 444:18
**PX9** [1] - 437:1
**pyrotechnic** [5] - 402:6, 404:11, 404:24, 406:4, 406:5

**Q**

**quality** [1] - 424:24
**Quality** [1] - 383:11
**quantify** [1] - 377:18

**quantity** [10] - 421:22, 423:10, 423:12, 423:15, 423:19, 423:23, 424:4, 425:24, 426:2
**questioning** [1] - 482:18
**questions** [3] - 397:23, 430:22, 453:13
**quickly** [1] - 411:12
**quite** [5] - 369:5, 384:24, 414:7, 415:3, 467:21
**quote** [2] - 386:10, 427:14
**quoted** [2] - 386:2, 386:17
**quoting** [1] - 386:12

**R**

**rack** [1] - 470:20
**rags** [1] - 467:13
**rain** [7] - 452:5, 457:13, 460:19, 460:22, 460:24, 461:8, 461:25
**rains** [1] - 451:15
**rainwater** [3] - 451:12, 451:21, 460:23
**ran** [1] - 464:13
**random** [2] - 415:11, 420:10
**randomly** [1] - 451:9
**rate** [3] - 434:11, 456:9, 470:1
**rather** [2] - 370:2, 411:11
**Rather** [1] - 420:18
**ravine** [1] - 472:16
**RAYMOND** [1] - 364:14
**Raymond** [4] - 434:7, 434:21, 446:6, 446:8
**reach** [1] - 410:22
**read** [28] - 376:23, 377:2, 384:25, 386:18, 387:4, 387:14, 387:17, 388:2, 397:15, 397:18, 397:20, 402:7, 404:5, 405:2, 405:4, 405:6, 421:16, 423:6, 440:1, 446:24, 447:4, 464:18, 467:4, 469:14, 469:17, 469:20,

473:12, 481:25
**reading** [13] - 383:2, 385:8, 386:10, 391:1, 398:2, 400:4, 405:3, 405:10, 405:12, 420:17, 424:9, 467:12, 482:20
**really** [7] - 377:18, 394:10, 419:15, 425:1, 437:16, 453:6, 453:20
**reason** [6] - 373:16, 403:4, 406:16, 406:19, 414:24, 463:20
**reasonable** [1] - 366:20
**reasons** [2] - 372:6, 439:6
**rebuttal** [3] - 455:1, 455:2, 455:4
**recalled** [1] - 381:3
**receipt** [1] - 388:4
**receive** [1] - 389:25
**RECEIVED** [1] - 483:7
**received** [1] - 378:22
**receives** [1] - 450:10
**receiving** [1] - 387:21
**recess** [2] - 430:25, 482:21
**Recess** [1] - 431:2
**recharge** [3] - 406:22, 410:19, 411:23
**recharged** [1] - 406:23
**recognize** [1] - 379:9
**recommended** [3] - 399:15, 401:23, 402:23
**record** [7] - 367:12, 367:21, 387:4, 421:17, 446:24, 467:4, 483:16
**recover** [1] - 475:20
**recoverable** [2] - 479:3, 479:25
**recovered** [4] - 476:25, 477:6, 477:15, 477:25
**recoveries** [1] - 477:20
**Recovery** [1] - 401:6
**recovery** [3] - 477:21, 477:22, 479:17
**recycled** [1] - 367:8
**red** [5] - 394:9, 394:17, 458:7, 458:8, 461:11
**redirect** [2] - 482:9, 482:18

**Redlands** [24] - 368:6, 368:20, 372:23, 377:13, 383:25, 388:21, 390:15, 407:5, 408:19, 409:9, 415:21, 416:8, 416:13, 416:24, 426:10, 426:10, 426:12, 450:24, 463:19, 464:24, 476:8, 480:9, 480:11, 481:2
**reduce** [1] - 477:13
**refer** [7] - 383:10, 383:17, 435:14, 443:4, 443:5, 447:25, 448:22
**reference** [1] - 386:9
**referenced** [2] - 406:1, 437:1
**references** [2] - 404:13, 404:23
**referred** [1] - 448:24
**referring** [9] - 394:11, 394:14, 413:11, 436:13, 436:16, 443:18, 443:19, 449:12, 471:20
**regardless** [2] - 410:24, 435:7
**regards** [2] - 370:18, 464:23
**region** [5] - 386:4, 386:23, 386:24, 387:9, 387:10
**regional** [8] - 383:14, 383:23, 386:4, 386:24, 387:7, 387:10, 387:16, 387:18
**regular** [1] - 434:7
**regularly** [1] - 417:19
**regulate** [2] - 385:7, 419:4
**regulating** [2] - 412:13, 412:16
**regulations** [2] - 382:5, 382:17
**reinforces** [1] - 446:1
**reinstallation** [1] - 469:22
**related** [3] - 372:10, 455:22, 480:6
**relates** [2] - 385:6, 441:6
**relation** [2] - 387:20, 466:12
**relationship** [1] - 388:21
**relative** [1] - 466:6

released [2] - 462:4
relevant [1] - 405:2
relies [1] - 452:24
relying [1] - 403:23
remediation [9] -
370:15, 371:24,
374:15, 475:19,
475:21, 478:13,
479:19, 479:20,
480:16
remember [7] -
369:12, 373:16,
414:19, 434:20,
460:6, 467:22, 470:5
remind [1] - 372:8
remote [1] - 406:18
removal [1] - 438:19
remove [4] - 447:5,
449:22, 467:8,
469:15
removed [1] - 467:7
removing [2] - 469:15,
471:6
replace [1] - 469:24
replaced [1] - 420:14
replacement [1] -
469:24
report [7] - 382:22,
386:25, 387:10,
388:14, 417:22,
419:8, 420:4
reported [1] - 365:25
REPORTER [1] -
430:24
Reporter [3] - 365:1,
365:1, 483:15
reporting [2] - 387:15,
415:1
represent [1] - 375:16
request [1] - 387:7
require [1] - 411:3
required [8] - 382:20,
383:6, 402:18,
415:6, 419:8, 424:2,
427:11, 436:5
requirement [15] -
388:12, 435:17,
435:18, 436:7,
436:13, 437:19,
437:20, 437:21,
438:7, 439:1, 439:8,
439:17, 439:18,
439:19, 440:7
requirements [10] -
383:7, 387:19,
388:3, 388:5, 411:5,
432:5, 432:8,
435:25, 481:1, 481:5
Research [1] - 401:5
research [2] - 431:24,

448:4
residents [2] - 372:22,
372:23
residual [4] - 382:16,
449:22, 450:11,
481:10
resolution [2] - 453:9,
458:15
respect [1] - 388:6
responsibility [1] -
481:21
rest [1] - 469:20
restrictions [1] - 382:9
resume [2] - 456:8,
481:24
retaining [1] - 395:10
reuse [1] - 393:7
revenue [2] - 456:1,
456:2, 456:4
review [1] - 404:15
revised [2] - 388:3,
417:8
rid [4] - 399:23, 403:3,
458:11, 458:12
right-hand [2] - 394:9,
438:13
road [1] - 458:4
roadway [3] - 395:11,
396:3, 459:6
rock [1] - 461:16
Rocket [2] - 383:22,
433:6
rocket [1] - 409:1
rocks [5] - 398:7,
398:14, 398:20,
472:11, 473:7
room [2] - 380:16,
469:21
Room [1] - 365:2
rooms [1] - 467:14
roughly [2] - 369:13,
369:17
rows [1] - 469:25
RPR [1] - 365:1
rule [1] - 373:18
run [4] - 410:1, 448:7,
448:16, 471:15
running [2] - 390:20,
444:3

S

Sacramento [1] -
414:6
safe [1] - 401:2
safely [1] - 399:23
Safety [1] - 403:25
safety [7] - 394:24,
395:21, 405:4,

435:7, 439:6,
447:13, 468:10
sampled [2] - 460:14,
460:15
sand [1] - 461:15
sandboxes [2] -
407:16, 410:20
satisfy [2] - 436:12,
437:19, 440:7
satisfying [1] - 437:21
save [1] - 414:21
saw [2] - 407:13,
415:8, 472:15
scale [8] - 380:11,
380:12, 380:14,
381:10, 381:20,
381:22, 420:19,
480:23
scavengers [1] -
391:17
scenario [1] - 366:7
scene [2] - 398:18,
464:9
scientific [1] - 366:20
scope [3] - 399:6,
404:15, 412:19
screen [8] - 378:11,
394:14, 404:23,
436:15, 443:1,
457:21, 473:12,
474:22
Seattle [1] - 481:4
second [16] - 368:1,
368:13, 370:14,
372:14, 372:15,
373:21, 390:25,
418:8, 435:19,
438:16, 439:3,
448:24, 453:2,
455:1, 455:10,
456:25
section [11] - 372:11,
374:3, 386:4,
386:12, 404:14,
404:22, 404:23,
405:5, 406:2,
421:10, 421:11
Section [17] - 364:23,
382:20, 383:6,
385:1, 385:6, 386:2,
386:10, 386:16,
386:18, 387:1,
387:11, 387:24,
388:2, 388:7, 404:2,
438:9, 445:1
sections [1] - 384:23
see [34] - 370:2, 376:9,
380:18, 380:20,
380:21, 391:9,
391:18, 394:8,

394:9, 394:10,
395:2, 395:4,
395:13, 400:15,
401:5, 403:9, 405:9,
421:10, 421:15,
436:15, 446:12,
448:3, 448:24,
452:21, 457:24,
458:6, 458:13,
458:15, 459:3,
459:5, 461:17,
462:3, 470:6
seeing [2] - 381:3,
381:4
seeking [3] - 372:1,
477:7, 479:17
seem [1] - 398:10
seep [2] - 414:2, 414:5
seepage [1] - 413:21
seeped [2] - 415:8,
461:19
SEGAL [1] - 364:10
selfie [1] - 369:5
sending [1] - 416:10
sense [2] - 422:24,
435:24
sensitive [3] - 405:8,
408:1, 410:19
sensitivity [1] - 409:14
sent [1] - 380:1
sentence [9] - 386:18,
387:4, 387:13,
387:14, 387:17,
388:2, 443:13,
469:14, 469:17
separate [3] - 381:11,
448:15, 454:17
September [2] -
474:25, 475:1
sequence [5] - 443:5,
445:18, 448:25,
467:7, 469:11
served [1] - 368:21
service [2] - 463:25,
464:2
Services [1] - 371:7
SESSION [1] - 364:9
set [6] - 383:13,
383:15, 409:22,
413:1, 439:24,
469:24
settle [1] - 479:20
settled [5] - 373:6,
373:10, 373:22,
374:6, 374:7,
374:11, 374:12,
454:21, 474:4,
474:9, 474:16,
476:11, 476:17,
478:16, 479:6

settlement [11] -
373:23, 373:24,
454:15, 454:17,
477:2, 477:11,
477:12, 478:24,
479:14, 479:23,
480:10
seven [2] - 390:17,
456:1
several [1] - 373:7
sewage [10] - 386:6,
386:22, 387:8,
387:15, 388:6,
421:19, 423:9,
424:21, 431:9
sewer [2] - 386:23,
387:9
shaken [1] - 450:11
shall [5] - 386:24,
387:9, 387:18,
388:4, 467:7
shallow [1] - 369:12
shed [2] - 379:8,
379:19
shed-looking [1] -
379:19
shift [1] - 471:15
shook [1] - 450:10
shop [1] - 446:5
shorthand [1] -
365:25
shortly [2] - 374:6,
374:10
show [13] - 376:9,
379:3, 391:11,
403:15, 403:22,
406:23, 409:6,
411:10, 451:20,
452:13, 457:2,
459:10, 462:1
showing [1] - 406:23
shown [1] - 452:20
shows [2] - 452:1,
452:6, 460:3
shut [2] - 445:21,
446:17
side [2] - 395:5, 453:8
significance [1] -
413:16
significantly [1] -
439:11
similar [2] - 394:7,
397:4
simply [1] - 410:7
sit [3] - 375:21,
380:12, 450:8
site [27] - 368:6,
376:4, 376:8,
376:13, 383:25,
399:5, 407:12,

408:21, 408:23, 409:9, 411:9, 426:5, 426:7, 447:24, 453:18, 455:14, 470:9, 474:6, 475:22, 475:23, 475:25, 480:15, 480:20, 480:24, 480:25, 481:4
**sites** [17] - 376:18, 377:10, 377:13, 403:1, 409:19, 415:13, 478:19, 478:21, 478:24, 479:22, 480:6, 480:9, 480:10, 480:12, 480:13, 480:15, 480:17
**sitting** [1] - 401:16
**six** [3] - 379:4, 440:2, 446:13
**six-point** [1] - 446:13
**slightly** [1] - 459:18
**slopped** [1] - 450:12
**slow** [1] - 389:8
**small** [3] - 434:6, 434:10, 436:10
**snow** [1] - 429:3
**sock** [1] - 394:7
**soil** [3] - 399:11, 419:20, 419:22
**sold** [2] - 391:18, 391:24
**solid** [8] - 407:17, 407:24, 411:11, 411:14, 421:19, 423:4, 423:8, 431:9
**solid-waste** [3] - 423:4, 423:8, 431:9
**solvent** [9] - 369:21, 410:9, 411:12, 429:9, 474:8, 474:11, 475:6, 475:7
**solvents** [4] - 410:2, 412:20, 415:25, 474:15
**someone** [4] - 400:4, 420:2, 472:20, 475:12
**someplace** [3] - 427:7, 427:10, 428:21
**sometime** [2] - 401:4, 453:16
**sometimes** [2] - 388:19, 471:15
**somewhere** [6] - 400:25, 402:25, 408:15, 410:16, 442:1, 470:20

**sorry** [30] - 374:4, 374:9, 374:21, 377:25, 384:14, 400:6, 400:16, 401:24, 402:19, 403:20, 404:13, 405:16, 417:14, 417:15, 418:2, 425:3, 428:8, 436:12, 441:20, 442:18, 445:2, 446:25, 448:19, 456:24, 465:21, 475:2, 476:16, 481:12, 481:22
**sort** [2] - 377:19, 427:15
**sounds** [1] - 431:12
**source** [2] - 450:21, 464:16
**south** [22] - 389:12, 389:20, 390:22, 396:17, 396:18, 396:19, 414:24, 447:19, 451:8, 451:10, 451:11, 451:21, 452:3, 452:4, 458:2, 459:15, 459:18, 460:23, 461:14, 468:5, 472:6, 473:3
**southern** [2] - 396:21, 451:16
**southwest** [1] - 449:3
**space** [1] - 434:8
**special** [5] - 448:2, 448:16, 456:15, 463:9
**specific** [3] - 397:2, 427:5, 448:16
**specifically** [11] - 369:1, 394:3, 400:8, 406:6, 412:25, 413:6, 415:10, 415:16, 428:18, 439:5, 463:22
**specifies** [1] - 426:2
**specify** [2] - 386:5, 395:25
**Speer** [2] - 464:12, 470:22
**spend** [1] - 404:18
**spent** [1] - 401:11
**spot** [2] - 458:7, 458:8
**SRAM** [19] - 371:8, 374:2, 374:24, 375:7, 375:23, 376:6, 376:7, 376:16, 376:19, 376:24, 376:25,

377:7, 377:10, 377:12, 377:14, 377:15, 377:16, 441:10
**STACIE** [1] - 364:15
**staff** [1] - 471:11
**stain** [4] - 452:1, 459:10, 460:17, 461:7
**staining** [4] - 452:1, 459:8, 460:6
**stairs** [1] - 395:2
**stamp** [4] - 405:11, 445:10, 445:11, 445:15
**stamps** [2] - 445:9, 445:13
**Stan** [3] - 405:19, 429:2, 429:7
**stand** [4] - 366:4, 366:11, 375:12, 418:21
**Standard** [1] - 441:4
**standard** [18] - 397:13, 409:13, 409:22, 411:5, 423:1, 440:20, 441:6, 442:24, 444:17, 448:6, 448:9, 466:3, 470:7, 470:8, 470:10, 470:18, 470:24, 471:10
**standard-of-care** [1] - 423:1
**standards** [7] - 382:12, 397:11, 406:14, 409:25, 426:4, 440:22, 462:20
**standing** [1] - 369:2
**standpoint** [2] - 419:17, 419:19
**stands** [1] - 438:21
**start** [2] - 433:10, 455:17
**started** [6] - 401:4, 422:4, 434:20, 454:25, 455:18, 482:14
**starting** [4] - 386:8, 413:9, 419:15, 466:23
**starts** [3] - 386:20, 461:11, 474:22
**State** [1] - 414:13
**state** [15] - 382:17, 382:24, 383:14, 388:15, 388:18, 388:20, 413:7,

413:20, 419:20, 420:19, 424:24, 425:17, 427:17, 430:12, 480:2
**state-law** [1] - 480:2
**statement** [2] - 389:21, 420:23
**statements** [1] - 452:15
**States** [5] - 366:3, 371:2, 408:24, 409:2, 409:6
**states** [1] - 480:25
**STATES** [3] - 364:1, 364:6, 364:11
**States'** [1] - 368:1
**Station** [2] - 445:6, 446:11
**station** [14] - 368:22, 443:6, 444:23, 447:15, 447:24, 448:2, 448:8, 449:17, 468:19, 470:5, 471:3, 472:7, 472:15, 472:18
**statute** [2] - 421:1, 424:9
**stays** [1] - 450:11
**step** [3] - 446:11, 446:22, 447:1
**steps** [1] - 471:2
**Stickney** [3] - 406:25, 407:1, 407:4
**still** [12] - 376:24, 377:4, 381:22, 393:10, 401:8, 422:9, 435:8, 438:21, 461:23, 475:23, 475:24, 480:5
**stop** [2] - 419:16, 458:24, 458:25
**stopped** [1] - 391:12
**storm** [3] - 390:1, 415:5
**straight** [1] - 459:22
**strata** [3] - 385:20, 413:22, 425:22
**stream** [1] - 385:12
**streams** [2] - 399:18, 419:13
**Street** [1] - 364:24
**Structure** [1] - 389:24
**structure** [9] - 379:19, 389:7, 392:16, 393:24, 393:25, 394:8, 394:20, 396:10, 418:15
**structures** [2] - 390:18, 428:23

**stuff** [4] - 410:11, 414:24, 434:21, 463:7
**submit** [2] - 382:21, 420:4
**submitted** [3] - 371:3, 372:9, 482:7
**subpart** [1] - 404:1
**subsequent** [1] - 473:22
**substance** [2] - 423:4, 431:9
**substances** [2] - 421:19, 423:8
**suction** [1] - 444:4
**sue** [2] - 474:2, 475:3, 476:9, 479:19
**sued** [6] - 375:22, 453:21, 475:16, 475:17, 478:12
**suffering** [1] - 481:14
**sufficiently** [1] - 401:1
**Suite** [1] - 364:24
**Sullivan** [6] - 377:25, 402:9, 417:17, 423:24, 431:3, 481:12
**SULLIVAN** [156] - 364:19, 367:3, 367:6, 367:8, 367:12, 367:16, 367:19, 367:24, 368:3, 369:7, 369:10, 369:11, 372:9, 372:14, 374:2, 374:22, 375:4, 375:7, 375:11, 378:5, 378:9, 378:15, 378:23, 380:24, 381:2, 381:5, 384:12, 384:15, 384:19, 384:21, 386:13, 388:24, 393:21, 397:13, 397:23, 398:1, 398:19, 398:21, 398:24, 399:7, 402:1, 402:12, 402:15, 402:20, 403:7, 403:10, 403:14, 403:21, 403:24, 404:2, 404:8, 404:10, 405:22, 406:16, 407:10, 408:7, 408:10, 408:12, 408:14, 408:21, 409:2, 409:9, 409:25, 410:6,

410:17, 411:2,
411:8, 411:16,
411:22, 412:2,
413:2, 414:9,
415:18, 419:2,
420:1, 426:1, 431:4,
433:23, 436:23,
437:4, 437:16,
438:20, 440:11,
440:21, 440:23,
441:25, 442:7,
442:14, 442:17,
442:20, 442:22,
445:4, 445:6,
445:10, 445:16,
445:17, 447:1,
447:3, 448:20,
448:24, 449:7,
449:10, 449:18,
450:22, 451:22,
451:25, 452:4,
453:11, 456:19,
456:23, 457:6,
457:10, 457:14,
457:16, 457:20,
457:24, 458:3,
458:9, 458:19,
459:12, 459:17,
459:20, 459:24,
460:3, 460:5,
460:13, 460:21,
462:6, 462:8, 462:9,
463:17, 465:14,
465:16, 466:8,
466:14, 466:17,
467:25, 468:17,
468:18, 469:8,
471:18, 472:22,
473:6, 473:13,
473:15, 473:18,
473:21, 474:21,
474:25, 475:2,
477:9, 481:16,
481:19, 482:2,
482:13, 482:16
**summarize** [2] -
371:4, 453:6
**summary** [1] - 374:24
**Sump** [5] - 368:25,
369:1, 390:7, 392:12
**sump** [39] - 389:9,
389:19, 393:15,
394:12, 396:6,
396:8, 396:10,
396:13, 396:14,
396:17, 396:18,
396:19, 396:21,
397:3, 397:9,
398:10, 398:12,
415:8, 447:16,
447:19, 451:6,

451:8, 451:16,
452:5, 452:8, 453:4,
460:23, 461:25,
463:3, 467:9,
467:19, 467:20,
468:1, 468:5,
471:25, 472:3,
472:6, 473:3
**sumps** [4] - 379:8,
389:11, 394:10,
398:10
**Superfund** [1] -
409:19
**support** [5] - 384:3,
440:24, 443:9,
445:24, 456:3
**supports** [2] - 469:18,
470:4
**suppose** [1] - 451:20
**supposed** [7] -
382:22, 405:2,
410:8, 425:5,
449:23, 454:21,
463:3
**suppositions** [1] -
428:2
**Supreme** [3] - 373:7,
478:15, 479:5
**surface** [4] - 385:7,
385:12, 411:18,
411:25
**surrounded** [1] -
395:9
**surrounding** [1] -
398:7
**surrounds** [1] -
398:22
**sweep** [1] - 450:5
**switch** [1] - 434:20
**SWORN** [1] - 366:14
**system** [21] - 386:24,
387:9, 392:9, 394:1,
408:20, 409:17,
410:25, 418:1,
418:3, 428:10,
432:9, 432:11,
433:5, 436:6,
437:17, 438:23,
443:23, 450:4,
450:5, 462:11, 463:2
**systems** [3] - 436:5,
438:17, 439:2

# T

**tab** [4] - 405:19,
437:23, 437:24,
438:1
**talcum** [1] - 441:13

**talks** [2] - 403:10,
467:2
**TCA** [2] - 389:6,
399:22
**TCE** [17] - 372:25,
388:25, 389:2,
389:6, 392:1, 400:1,
406:11, 412:5,
412:8, 412:17,
413:9, 414:12,
423:18, 428:4,
428:15, 428:16,
475:9
**TCEs** [1] - 412:20
**technical** [1] - 419:19
**technology** [3] -
433:16, 433:17,
480:21
**Ten** [1] - 431:1
**tender** [1] - 366:25
**terminology** [1] -
460:7
**terms** [7] - 393:13,
435:21, 451:1,
456:1, 456:4, 470:2,
471:23
**test** [2] - 373:9, 373:10
**testified** [4] - 382:3,
382:15, 454:19,
472:11
**testify** [3] - 429:2,
454:20, 472:20
**testifying** [5] - 400:11,
429:3, 429:9, 454:9,
456:3
**testimony** [29] -
366:23, 391:25,
397:15, 397:18,
398:3, 402:24,
404:16, 406:12,
408:18, 408:19,
411:10, 416:12,
416:22, 416:24,
417:1, 417:4, 419:5,
450:23, 456:10,
460:9, 463:24,
473:9, 473:11,
473:16, 473:19,
474:17, 474:18,
474:21, 481:23
**testing** [1] - 431:25
**THE** [584] - 364:1,
364:10, 366:2,
366:6, 366:12,
366:13, 366:14,
367:1, 367:5, 367:7,
367:11, 367:15,
367:17, 367:20,
369:5, 369:8,
370:11, 370:13,

370:15, 370:17,
370:20, 370:21,
370:23, 371:4,
371:10, 371:16,
371:19, 371:21,
371:25, 372:7,
372:12, 372:15,
372:19, 372:22,
373:1, 373:3, 373:5,
373:15, 373:23,
373:25, 374:4,
374:8, 374:15,
374:21, 375:2,
375:5, 375:10,
375:12, 375:20,
376:2, 376:6,
376:15, 376:24,
377:4, 377:9,
377:12, 377:17,
377:25, 378:7,
378:14, 378:17,
378:20, 380:22,
381:1, 384:10,
384:14, 384:16,
384:17, 384:18,
384:20, 386:12,
388:25, 389:2,
389:8, 389:13,
389:14, 389:15,
389:16, 389:19,
389:21, 389:23,
390:3, 390:4, 390:5,
390:9, 390:10,
390:14, 390:16,
390:19, 390:23,
390:25, 391:4,
391:5, 391:7,
391:14, 391:16,
391:25, 392:4,
392:7, 392:8,
392:17, 392:21,
392:22, 392:25,
393:1, 393:3, 393:4,
393:5, 393:9,
393:12, 393:18,
393:22, 393:25,
394:13, 394:15,
394:16, 394:18,
394:19, 394:22,
394:23, 394:25,
395:8, 395:10,
395:12, 395:13,
395:14, 395:16,
395:20, 395:21,
395:22, 395:23,
396:16, 396:18,
396:22, 397:1,
397:8, 397:10,
397:12, 397:15,
397:17, 397:18,
397:20, 397:22,

397:24, 398:16,
398:17, 398:18,
398:20, 398:23,
399:1, 399:4, 399:9,
399:12, 399:13,
399:14, 399:17,
399:18, 400:3,
400:6, 400:11,
400:14, 400:15,
400:17, 400:19,
400:22, 400:23,
401:3, 401:7, 401:9,
401:14, 401:17,
401:18, 401:21,
401:24, 402:9,
402:13, 402:18,
402:22, 403:8,
403:12, 403:15,
403:22, 404:1,
404:5, 404:9,
404:11, 404:17,
404:21, 405:1,
405:6, 405:11,
405:14, 405:16,
405:21, 405:23,
406:3, 406:5, 406:7,
407:3, 408:5, 408:8,
408:11, 408:13,
408:16, 408:22,
409:4, 409:7,
409:11, 410:4,
410:14, 410:21,
411:3, 411:15,
411:21, 412:1,
412:21, 412:23,
413:14, 413:15,
413:16, 413:18,
414:1, 414:3, 414:4,
414:5, 414:23,
415:3, 415:12,
415:15, 417:2,
417:6, 417:13,
417:15, 417:16,
417:23, 418:2,
418:3, 418:8,
418:10, 418:12,
418:14, 418:17,
418:18, 418:20,
418:23, 418:24,
418:25, 422:18,
422:23, 423:2,
423:7, 423:11,
423:12, 423:13,
423:14, 423:17,
423:20, 423:21,
423:23, 424:4,
424:6, 424:7,
424:12, 424:14,
424:18, 424:22,
424:23, 425:3,
425:4, 425:5, 425:7,

425:9, 425:11,
425:13, 425:15,
426:14, 426:16,
426:21, 426:22,
426:24, 427:1,
427:2, 427:4,
427:14, 427:16,
427:17, 427:19,
427:20, 427:23,
428:2, 428:5, 428:6,
428:7, 428:8, 428:9,
428:13, 428:14,
428:15, 428:16,
428:20, 428:22,
428:24, 429:5,
429:10, 429:12,
429:15, 429:17,
429:18, 429:21,
429:24, 430:2,
430:3, 430:6, 430:7,
430:9, 430:10,
430:11, 430:13,
430:15, 430:17,
430:20, 430:21,
430:25, 431:3,
433:12, 433:14,
433:15, 433:16,
433:18, 433:19,
435:13, 435:16,
435:17, 435:19,
435:21, 435:22,
435:24, 436:2,
436:4, 436:8,
436:12, 436:17,
436:21, 437:2,
437:5, 437:12,
437:15, 437:18,
437:24, 438:2,
438:4, 438:6, 438:7,
438:10, 438:12,
438:13, 438:15,
438:16, 438:21,
438:25, 439:1,
439:3, 439:16,
439:21, 439:22,
439:25, 440:2,
440:4, 440:6, 440:9,
440:10, 440:18,
440:19, 441:21,
442:5, 442:10,
442:16, 442:19,
442:21, 445:2,
445:5, 445:9,
445:13, 446:25,
447:2, 448:17,
448:22, 449:1,
449:6, 449:8,
449:16, 449:20,
449:21, 449:24,
450:1, 450:5, 450:8,
450:13, 450:14,

451:5, 451:7,
451:10, 451:11,
451:18, 451:23,
452:3, 452:9,
452:10, 452:11,
452:12, 452:13,
452:17, 452:21,
453:13, 453:15,
453:18, 453:20,
453:23, 453:25,
454:2, 454:5, 454:6,
454:8, 454:9,
454:10, 454:12,
454:15, 454:19,
454:20, 454:22,
454:24, 455:2,
455:3, 455:6,
455:10, 455:12,
455:14, 455:17,
455:19, 455:21,
455:23, 456:4,
456:5, 456:6, 456:7,
456:12, 456:14,
456:15, 456:17,
456:21, 456:24,
456:25, 457:2,
457:8, 457:13,
457:15, 457:18,
457:22, 458:1,
458:5, 458:7,
458:11, 458:21,
458:23, 459:4,
459:9, 459:11,
459:13, 459:18,
459:22, 459:25,
460:4, 460:11,
460:16, 461:1,
461:2, 461:3, 461:4,
461:6, 461:9,
461:12, 461:13,
461:21, 461:23,
461:24, 462:2,
462:5, 462:7,
462:21, 462:23,
462:25, 463:2,
463:4, 463:6,
463:14, 463:15,
463:16, 464:7,
464:11, 464:15,
464:17, 464:18,
464:19, 464:20,
464:22, 464:25,
465:2, 465:7, 465:9,
465:10, 465:11,
465:13, 465:15,
466:5, 466:9,
466:13, 466:16,
467:23, 468:16,
469:2, 469:5,
471:13, 471:14,
471:16, 471:17,

472:20, 472:24,
473:2, 473:4, 473:8,
473:14, 473:16,
473:20, 473:24,
474:2, 474:5,
474:10, 474:13,
474:16, 474:19,
474:24, 475:1,
475:3, 475:9,
475:11, 475:16,
475:19, 475:23,
476:1, 476:5, 476:9,
476:12, 476:14,
476:19, 476:22,
476:24, 477:6,
477:22, 477:25,
478:4, 478:6, 478:8,
478:11, 478:19,
478:23, 479:6,
479:9, 479:16,
479:19, 480:3,
480:11, 480:16,
480:19, 481:8,
481:12, 481:17,
481:20, 482:3,
482:6, 482:8,
482:11, 482:14,
482:19
**the..** [1] - 370:25
**theirs** [1] - 474:12
**themselves** [2] -
408:25, 434:8
**thereafter** [1] - 374:12
**they've** [2] - 436:22,
450:17
**thinking** [1] - 480:19
**thinks** [1] - 437:20
**third** [4] - 425:1,
425:3, 438:3, 466:4
**thirty** [3] - 379:4,
465:22, 465:23
**thirty-six** [1] - 379:4
**thirty-two** [2] - 465:22,
465:23
**thoroughly** [2] -
447:6, 447:21
**thousand** [1] - 453:21
**thousands** [2] - 376:2,
376:3
**three** [10] - 369:15,
380:15, 414:12,
425:12, 433:21,
440:3, 440:4,
440:21, 443:25,
480:12
**throwing** [2] - 375:19,
424:2
**thrown** [1] - 425:16
**time..** [1] - 404:18
**timeline** [1] - 374:11

**TOD** [1] - 366:14
**Tod** [2] - 366:5, 483:3
**today** [9] - 366:23,
383:17, 400:24,
401:16, 421:5,
438:2, 442:4,
442:14, 475:24
**Tom** [2] - 455:5,
473:25
**tomorrow** [3] -
366:10, 429:3
**tonnage** [1] - 424:5
**tons** [1] - 424:10
**took** [17] - 368:18,
368:19, 373:13,
377:16, 377:19,
378:10, 379:6,
391:11, 391:19,
391:21, 416:18,
427:7, 428:1,
433:21, 451:23,
462:25, 464:12
**top** [10] - 380:10,
386:17, 393:25,
395:11, 397:16,
397:19, 435:3,
450:8, 469:16,
472:16
**topic** [3] - 432:3,
435:11, 440:12
**TORRES** [13] - 364:14,
366:4, 366:16,
366:25, 399:6,
412:19, 416:25,
436:25, 437:7,
437:14, 437:23,
437:25, 482:17
**tort** [15] - 370:24,
371:23, 372:17,
373:12, 374:7,
374:10, 374:12,
374:13, 375:1,
453:16, 454:13,
455:7, 465:5,
478:18, 480:6
**torts** [2] - 372:15,
453:20
**total** [3] - 455:25,
456:2, 456:4
**tote** [8] - 380:3, 380:5,
380:6, 380:10,
380:12, 381:19,
394:4, 451:13
**totes** [1] - 379:15
**tour** [1] - 391:22
**toward** [1] - 458:4
**Towmotors** [1] -
381:19
**toxic** [13] - 371:23,
372:17, 374:7,

374:10, 374:12,
374:13, 377:2,
453:16, 453:20,
454:13, 455:7,
465:5, 480:6
**toxic-tort** [3] - 371:23,
374:7, 374:13
**trace** [1] - 458:1
**track** [1] - 367:11
**transcript** [2] - 365:25,
483:16
**TRANSCRIPT** [1] -
364:10
**transcription** [1] -
365:25
**transfer** [2] - 476:2,
476:6
**transferor** [1] - 476:3
**transported** [1] -
396:14
**treat** [3] - 445:23,
446:19, 447:10
**treated** [7] - 428:11,
444:15, 445:25,
450:17, 450:21,
450:25, 451:3
**treating** [7] - 443:9,
448:14, 448:21,
449:11, 449:14,
450:17
**trees** [2] - 367:7,
398:23
**TRIAL** [1] - 364:10
**trial** [9] - 366:10,
371:3, 371:5,
373:19, 373:20,
378:5, 378:8,
454:20, 455:23
**trials** [1] - 399:10
**trichloroethylene** [3] -
399:21, 454:1, 454:7
**triggered** [1] - 415:1
**trouble** [1] - 418:20
**true** [9] - 378:12,
386:3, 388:11,
392:13, 402:5,
422:11, 433:6,
435:6, 482:16
**try** [1] - 394:15
**trying** [11] - 373:16,
405:1, 427:4,
434:10, 435:15,
437:16, 439:12,
450:14, 464:3,
467:21, 475:20
**tube** [3] - 380:2,
380:9, 443:24
**tubes** [1] - 394:7
**tune** [1] - 402:13
**turn** [3] - 382:2,

**442**:25, **443**:23
**turned** [3] - 444:8,
445:23, 446:18
**turns** [1] - 407:18
**two** [37] - 368:7,
370:19, 370:21,
371:25, 372:12,
373:10, 376:18,
376:20, 379:10,
379:11, 380:25,
384:2, 384:23,
389:11, 390:24,
391:18, 394:10,
395:3, 396:8,
398:10, 400:8,
407:10, 408:6,
409:16, 412:25,
418:21, 419:24,
424:25, 433:21,
435:1, 453:10,
464:21, 465:22,
465:23, 469:25,
474:3
**type** [3] - 429:2,
436:11, 436:24

# U

**U.S** [29] - 364:22,
365:2, 367:16,
367:22, 368:11,
368:13, 378:11,
378:21, 379:3,
384:9, 384:14,
384:15, 396:24,
403:19, 403:24,
409:1, 409:18,
409:19, 431:14,
453:19, 454:11,
458:17, 464:5,
465:17, 468:13,
468:25, 474:23,
483:9
**ultimately** [1] - 479:21
**Under** [1] - 383:5
**under** [12] - 383:15,
386:11, 415:1,
416:7, 420:3,
422:14, 424:2,
425:14, 430:8,
437:24, 477:18,
479:25
**undercut** [1] - 452:22
**undercuts** [1] - 409:17
**underlying** [1] -
425:22
**underneath** [2] -
408:15, 410:25
**undertook** [1] -
475:19

**unfair** [1] - 404:24
**unique** [1] - 445:14
**unit** [3] - 436:11,
469:12, 469:15
**United** [6] - 366:3,
368:1, 371:2,
408:24, 409:2, 409:6
**UNITED** [3] - 364:1,
364:6, 364:11
**Universal** [2] - 401:10,
433:20
**unless** [3] - 407:6,
418:15, 436:1
**unregulated** [1] -
382:16
**up** [57] - 367:5,
370:19, 373:7,
373:14, 373:21,
375:12, 378:2,
380:7, 383:13,
383:15, 391:9,
391:23, 395:3,
395:10, 398:6,
398:13, 398:23,
400:11, 400:20,
402:25, 404:22,
406:6, 412:6, 413:1,
414:6, 419:22,
422:22, 425:12,
425:22, 428:10,
431:14, 434:10,
436:15, 436:19,
440:22, 440:25,
443:1, 456:19,
459:2, 459:20,
459:21, 459:22,
461:17, 462:1,
462:3, 463:12,
464:3, 466:18,
472:10, 473:7,
473:11, 478:15,
479:4, 480:1,
480:17, 481:2, 481:3
**update** [1] - 422:20
**upper** [1] - 438:13
**upshot** [1] - 371:16
**upstairs** [1] - 380:8
**uses** [1] - 460:7

# V

**vac** [1] - 462:11
**vacuum** [30] - 397:4,
397:6, 418:3, 427:6,
428:10, 432:8,
432:11, 436:6,
437:17, 438:17,
438:23, 439:2,
443:21, 443:23,
443:24, 444:3,

444:5, 444:8,
444:10, 445:22,
446:17, 446:18,
450:1, 450:4, 450:5,
463:7, 470:13
**vacuuming** [2] -
418:1, 444:14
**vacuums** [1] - 439:12
**vapor** [1] - 407:18
**various** [7] - 372:6,
390:7, 390:12,
390:18, 391:18,
417:9, 417:10
**Venturi** [1] - 433:5
**version** [1] - 439:4
**versus** [1] - 384:11
**view** [2] - 399:2,
427:14
**visited** [1] - 368:6
**visits** [3] - 370:8,
370:10, 370:12
**vulnerable** [1] -
408:23

# W

**wagon** [1] - 396:2
**wait** [11] - 374:8,
393:23, 418:8,
419:9, 423:17,
426:14, 426:24,
427:17
**waived** [1] - 387:16
**wake** [1] - 400:19
**walked** [1] - 380:16
**wall** [10] - 370:2,
370:3, 391:10,
391:13, 391:15,
395:9, 395:10,
395:11, 449:2, 449:5
**walls** [2] - 369:24,
450:12
**wants** [3] - 388:13,
415:7, 420:2
**War** [4] - 419:11,
454:4
**warned** [1] - 406:20
**warnings** [1] - 468:10
**wash** [16] - 396:25,
447:6, 447:7,
447:10, 447:16,
448:21, 460:21,
460:23, 460:25,
467:19, 468:1,
468:4, 468:10,
469:18, 470:3,
470:21
**washed** [9] - 392:2,
392:3, 394:20,

395:6, 396:9, 397:3,
447:21, 450:3,
450:16
**washing** [8] - 392:18,
392:19, 392:23,
395:7, 448:13,
451:8, 467:8, 470:12
**Washington** [4] -
364:6, 364:17,
364:25, 365:3
**waste** [54] - 376:10,
382:21, 382:22,
386:6, 386:23,
387:8, 388:6,
388:13, 388:14,
389:6, 390:1,
390:11, 390:2,
399:18, 399:19,
403:3, 412:25,
415:20, 416:3,
416:7, 416:10,
418:21, 419:5,
420:4, 420:20,
421:9, 421:16,
421:19, 421:21,
422:2, 422:19,
422:21, 422:24,
423:4, 423:8,
423:14, 423:19,
424:19, 424:20,
426:6, 431:8, 431:9,
443:14, 444:15,
445:24, 446:19,
448:14, 448:21,
462:14, 462:22,
462:24, 463:10,
463:12, 468:8
**waste'** [1] - 421:18
**waste-discharge** [1] -
412:25
**wastes** [3] - 377:14,
377:15, 417:10
**wastewater** [42] -
369:21, 393:14,
398:6, 398:13,
407:12, 407:14,
407:21, 410:10,
411:13, 412:13,
412:17, 413:23,
415:23, 415:24,
416:11, 416:14,
416:16, 416:18,
416:20, 416:21,
416:23, 417:4,
417:16, 417:20,
420:16, 426:11,
435:12, 440:12,
440:14, 443:10,
444:14, 445:25,
449:12, 449:14,

450:23, 452:7,
462:11, 467:16,
470:16, 471:21,
471:24, 472:8
**wastewaters** [1] -
389:3
**Water** [16] - 383:11,
383:18, 385:6,
388:14, 412:12,
412:16, 413:3,
413:5, 414:10,
414:17, 416:3,
416:7, 419:3, 420:4,
422:12, 422:15
**water** [67] - 385:12,
385:17, 390:2,
390:6, 396:7,
396:20, 396:25,
399:3, 399:5,
399:11, 406:22,
406:24, 407:1,
407:5, 408:20,
410:12, 410:19,
410:25, 411:18,
411:25, 414:4,
415:5, 417:24,
417:25, 418:25,
419:22, 420:19,
425:21, 427:6,
427:9, 428:11,
430:19, 443:13,
443:20, 444:1,
444:3, 444:5, 444:8,
445:22, 445:23,
446:17, 446:19,
447:7, 447:10,
447:18, 448:21,
449:11, 451:2,
451:15, 453:3,
460:20, 460:23,
460:25, 461:18,
467:8, 467:11,
468:4, 468:11,
469:18, 470:3,
471:22, 472:6,
472:16, 473:3,
473:4, 481:3
**water..** [1] - 418:2
**waters** [9] - 382:24,
383:1, 387:21,
388:15, 388:18,
388:19, 413:7,
424:24, 430:12
**WAYNE** [3] - 365:1,
483:15, 483:19
**Weapons** [1] - 401:13
**weather** [1] - 457:8,
457:10, 460:8
**Wednesday** [1] -
364:7

**weigh** [1] - 380:12
**wells** [2] - 481:1, 481:2
**west** [2] - 458:4, 459:15
**westerly** [1] - 459:19
**wet** [6] - 432:8, 432:11, 438:23, 443:22, 450:20, 462:11
**whispered** [1] - 477:1
**white** [4] - 398:3, 398:5, 398:15, 472:10
**White** [3] - 398:15, 472:13, 473:15
**White's** [1] - 473:18
**white's** [1] - 474:22
**whole** [2] - 419:9, 421:6
**wide** [1] - 369:17
**WILLIAM** [1] - 364:21
**wire** [2] - 469:18, 470:3
**wish** [1] - 481:13
**withdrew** [1] - 371:11
**witness** [18] - 366:6, 366:25, 367:13, 403:2, 403:15, 404:12, 404:14, 404:24, 406:3, 436:14, 437:1, 437:7, 449:19, 449:20, 456:23, 456:24, 457:19, 469:2
**Witness** [1] - 366:11
**WITNESS** [184] - 366:13, 366:14, 369:8, 370:13, 370:17, 370:21, 384:17, 384:20, 389:2, 389:13, 389:15, 389:19, 389:23, 390:4, 390:10, 390:16, 390:23, 391:4, 391:7, 391:16, 392:4, 392:8, 392:21, 392:25, 393:3, 393:5, 393:12, 393:25, 394:15, 394:18, 394:22, 394:25, 395:10, 395:13, 395:16, 395:21, 395:23, 396:18, 397:1, 397:10, 397:17, 397:20, 398:17, 399:4,

399:12, 399:14, 399:18, 400:6, 400:14, 400:17, 400:22, 401:3, 401:9, 401:17, 401:21, 404:1, 406:5, 412:23, 413:15, 413:18, 414:3, 414:5, 415:3, 415:15, 417:6, 417:15, 417:23, 418:3, 418:10, 418:14, 418:18, 418:23, 418:25, 422:23, 423:7, 423:12, 423:14, 423:20, 423:23, 424:6, 424:12, 424:18, 424:23, 425:4, 425:7, 425:11, 425:15, 426:16, 426:22, 427:1, 427:4, 427:16, 427:19, 427:23, 428:5, 428:7, 428:9, 428:14, 428:16, 428:22, 429:12, 429:17, 429:21, 430:2, 430:6, 430:9, 430:11, 430:15, 430:20, 433:14, 433:16, 433:19, 435:16, 435:19, 435:22, 436:2, 436:8, 438:2, 438:6, 438:10, 438:13, 438:16, 438:25, 439:3, 439:21, 439:25, 440:4, 440:9, 440:19, 445:5, 449:6, 449:21, 450:1, 450:8, 450:14, 451:7, 451:11, 452:10, 452:12, 453:15, 453:20, 453:25, 454:6, 454:9, 454:12, 454:20, 454:24, 455:3, 455:10, 455:14, 455:19, 455:23, 456:5, 456:7, 456:12, 456:15, 456:25, 457:22, 458:5, 458:21, 459:4, 459:11, 461:2, 461:4, 461:9, 461:13, 461:23, 462:2, 462:23,

463:2, 463:6, 463:15, 464:11, 464:17, 464:19, 464:22, 465:9, 465:11, 466:16, 471:14, 471:17, 473:2, 478:8, 483:2
**witnesses** [2] - 436:21, 441:21
**woman** [1] - 451:23
**won** [2] - 479:1, 479:3
**word** [1] - 444:13
**words** [6] - 415:11, 418:6, 428:23, 437:12, 461:24, 467:21
**workers** [2] - 394:19, 407:18
**world** [1] - 400:19
**World** [3] - 419:11, 454:3
**Wright** [1] - 482:1
**writing** [3] - 427:21, 428:21, 428:25
**written** [4] - 421:24, 423:6, 427:12, 440:6
**wrote** [1] - 422:19

**Y**

**year** [10] - 373:10, 422:20, 455:22, 455:23, 455:24, 456:2, 457:5, 457:14, 457:15, 474:16
**years** [17] - 373:13, 377:22, 391:17, 395:19, 401:22, 414:18, 422:25, 432:15, 433:11, 433:21, 440:2, 440:3, 440:4, 455:20, 455:25, 456:6, 464:14
**yellow** [6] - 394:16, 395:4, 396:5, 461:12, 461:13
**yesterday** [7] - 371:9, 376:1, 376:20, 378:1, 378:2, 474:1, 481:25
**yourself** [1] - 408:17

**Z**

**ZILOLI** [1] - 364:19
**zoom** [1] - 458:21
**zoomed** [1] - 458: