UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LOCKHEED MARTIN CORPORATION,    .
                                .
         Plaintiff,             .
                                .  CA No. 08-1160 (ESH)
     v.                         .
                                .
UNITED STATES OF AMERICA,       .  Washington, D.C.
                                .  Friday, February 14, 2014
         Defendant.             .  11:10 a.m.
                                .
. . . . . . . . . . . . . . . .  Page 640 - 714


DAY 4 - A.M. SESSION
TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:          MICHAEL K. MURPHY, ESQ.
                            RAYMOND B. LUDWISZEWSKI, ESQ.
                            JUSTIN A. TORRES, ESQ.
                            STACIE B. FLETCHER, ESQ.
                            DAVID FOTOUHI, ESQ.

                            Gibson, Dunn & Crutcher, LLP
                            1050 Connecticut Avenue, NW
                            Washington, DC 20036-5306
                            (202) 955-8238

For the Defendant:          JOHN E. SULLIVAN, ESQ.
                            ERICA M. ZILIOLI, ESQ.
                            JESSICA O'DONNELL, ESQ.
                            JUSTIN D. HEMINGER, ESQ.
                            JENNIFER E. POWELL, ESQ.
                            WILLIAM D. JOHNSON, ESQ.

                            U.S. Department of Justice
                            ENRD / Environmental Defense
                            Section
                            601 D Street, NW
                            Suite 8000
                            Washington, DC 20026-3986
                            (202) 305-0365

Court Reporter:                  BRYAN A. WAYNE, RPR, CRR
                                    Official Court Reporter
                                    U.S. Courthouse, Room 6714
                                    333 Constitution Avenue, NW
                                    Washington, DC 20001
                                    (202) 354-3186

Proceedings reported by machine shorthand.  Transcript produced by computer-aided transcription.

P R O C E E D I N G S

1

2          THE COURT:  We're ready to proceed.  We're assuming

3    the opening statement of the government will not be before

4    Tuesday morning.  Assuming we finish this witness.  We're going

5    to try to adjourn sometime around 3:00, 3:30, for a variety of

6    reasons.  So I'm sorry about the witness.  I hope he's feeling

7    better.  And we'll try to finish today so he can get home.

8    Otherwise, you never know in this town when you ever get to go

9    anywhere.  But I have to go out of town tomorrow to Chicago, and

10   there's many things to worry about before then.

11         So are we ready to call the witness?  And one other

12   housekeeping matter.  We have agreed that at the end of the day

13   all disks will be melded into one.  It will include all evidence

14   that's been presented, other than from the witness stand.  So

15   all exhibits, all historical depositions, all affidavits, and

16   they'll be in one place, so they can -- I don't know how -- it

17   would be nice if we could search for exhibits.  I guess you

18   could on the disk, sure.  If you know the number.  Okay.  That's

19   fine.  And that will supersede all this other stuff.

20         Okay.  Thank you.  Go ahead.

21          MR. FOTOUHI:  Your Honor, Lockheed Martin calls

22   Dr. Stanley Feenstra to the stand.

23         (Witness takes the stand.)

24          THE COURT:  Good morning, sir.

25          THE WITNESS:  Good morning.

1       **STANLEY FEENSTRA, WITNESS FOR THE PLAINTIFF, SWORN**

2                    DIRECT EXAMINATION

3    BY MR. FOTOUHI:

4    Q.   Dr. Feenstra, good morning.

5    A.   Good morning.

6    Q.   Dr. Feenstra, did you prepare an expert affidavit in this

7    matter?

8    A.   Yes, I did.

9    Q.   Does that affidavit contain opinions that you have reached

10   with a reasonable degree of scientific certainty and expertise

11   in your field?

12   A.   Yes.

13   Q.   And do you submit that affidavit as your testimony in this

14   case?

15   A.   Yes, I do.

16        MR. FOTOUHI:  May I hand the witness a copy of his

17   affidavit, Your Honor?

18        THE COURT:  Yes, please.

19        MS. ZILIOLI:  Good morning, Your Honor.  Erica Zilioli

20   for the United States.  And good morning, Dr. Feenstra.

21        THE WITNESS:  Good morning.

22               CROSS-EXAMINATION

23   BY MS. ZILIOLI:

24   Q.   Dr. Feenstra, before we dive in, do you by any chance have

25   any relatives that used to work for Lockheed Propulsion Company?

1    A.    No, I don't.

2    Q.    I only ask because we were looking at a document earlier

3    this week in court that happened to have someone with the last

4    name of Feenstra, and we were just curious if there was a

5    relation.

6          You live in Canada, correct?

7    A.    Correct.

8    Q.    And you received your bachelor's and graduate degrees from

9    the University of Waterloo?

10   A.    Yes.

11   Q.    And that's in Canada as well?

12   A.    That's correct.

13   Q.    Dr. Feenstra, I would like to ask you some questions about

14   the former Norton Air Force Base plume.  If we could turn to

15   your affidavit on page 139, on photograph 210.  Dr. Feenstra,

16   you see there it says, "Based on my evaluation, contributions

17   from Norton have been evident at wells Gage 26-1, Gage 27-1,

18   Gage 27-2, and Gage 29-1, and Raub No. 3, Raub No. 4, Raub

19   No. 5, Raub No. 6, and Raub No. 8."  Do you see that?

20   A.    Yes.

21   Q.    There's trichloroethylene or TCE from the Redlands plume in

22   each of those wells, correct?

23             THE COURT:  TCE?

24             MS. ZILIOLI:  TCE.  Correct, Your Honor.

25             THE COURT:  We've called everything TCE or AP for

1    purposes of the case.  Go ahead.

2              THE WITNESS:  I believe that's correct from my

3    recollection of the graphs.

4    BY MS. ZILIOLI:

5    Q.   So you're saying that TCE from Norton has mixed with TCE

6    from the Redlands site; is that correct?

7    A.   Yes.

8    Q.   But you have not attempted to quantify how much TCE at

9    those wells would have come from Norton; is that right?

10   A.   That's correct.

11   Q.   So if you picked out any molecule of TCE in any of those

12   wells, you would not be able to tell if it came from Norton; is

13   that right?

14   A.   I'm not sure you could do it on a molecule-by-molecule

15   basis.  But I didn't try to allocate the amount of TCE or the

16   concentrations of TCE at any particular well location.  I

17   evaluated the presence of TCE from Norton on the basis of the

18   association or the additional presence of other constituents

19   that were characteristic of the Norton plume TCE.  That's

20   perchloroethylene or cis-1,2-dichloroethylene.

21             THE COURT:  I think you need to spell that for the

22   reporter.

23             THE WITNESS:  Cis-1,2-dichloroethylene is C-I-S dash

24   1, 2 dash D-I-C-H-L-O-R-O-E-T-H-Y-L-E-N-E.  I don't have to

25   spell that very often out loud.  I apologize.

1           MS. ZILIOLI:  And I believe perchloroethylene is

2      P-E-R-C-H-L-O-R-O-E-T-H-Y-L-E-N-E.  Does that sound right?

3           THE WITNESS:  That's correct.

4           THE COURT:  But is it to say those things didn't occur

5      at Redlands or Beaumont?  They were unique to Norton?

6           THE WITNESS:  That's correct, Your Honor.

7      BY MS. ZILIOLI:

8      Q.   Dr. Feenstra, is it possible that some of the PCE came from

9      other sources in the area?

10     A.   That's possible.  I don't know to the degree that's been

11     evaluated.  But there's certainly not been any other PCE or

12     cis-1,2-dichloroethylene identified within the Redlands plume

13     that may have originated from other sources either.

14     Q.   But you personally have not evaluated other potential

15     sources of PCE, to eliminate them?

16     A.   No.

17     Q.   Is it possible that the C-1,2 DCE came from sources other

18     than Norton?

19     A.   That's possible.  But they have been traveling with the

20     Norton TCE from that direction.

21     Q.   But you have not personally evaluated other potential

22     sources of the cis-1,2 DCE in the area, correct?

23     A.   No, but they don't exist in the direction of the Redlands

24     TCE plume.

25     Q.   Dr. Feenstra, you would agree that the concentrations of

1    PCE and cis-1,2 DCE were generally close to nondetection,

2    correct?

3    A.    The concentrations are relatively low, that's correct, in

4    most of the locations, but not all.

5    Q.    Looking at the list of wells that are showing up in

6    paragraph 210 on your affidavit on the screen, can you identify

7    which of those wells the levels of PCE or cis-1,2 DCE were

8    higher than what you call low levels?

9    A.    Can I look at my affidavit?

10   Q.    Please.

11          THE COURT:  It's in front of you.  I hope it's in

12   front of you.  Paragraph 210.

13          THE WITNESS:  Yes.  The concentrations of PCE and

14   cis-1,2 DCE were relatively high and consistent in Raub No. 5,

15   which is also shown on page 136 of my affidavit.

16          THE COURT:  Are you saying TCP or TCE?

17          THE WITNESS:  PCE.

18          THE COURT:  PCE?

19          THE WITNESS:  PCE, yes.

20          THE COURT:  I'm sorry.  Why do you ask that question,

21   about the concentrations being relatively high?  Oh, all right.

22   Never mind.  I get it.

23          MS. ZILIOLI:  If we could actually look at the chart

24   that Dr. Feenstra has described is on page 136 of his affidavit.

25          THE WITNESS:  Yes.  It would be the concentrations

1    shown in the purple crosses.

2    BY MS. ZILIOLI:

3    Q.   In your opinion, if you look on the scale on the left-hand

4    side, the first cluster where the green and purple dots are

5    showing up is roughly around 1 micrograms per liter, correct?

6    A.   That's correct.

7    Q.   And you're saying that's a relatively high level?

8    A.   Some of the higher concentrations that were observed in

9    this particular circumstance, I believe, yes.

10   Q.   If we could turn to page 134 of your affidavit, please.

11   And on this page you have demonstrative 60.

12        Dr. Feenstra, Tetra Tech, the company, drew this plume map,

13   correct?

14   A.   That's correct.

15   Q.   And Tetra Tech is a consultant for Lockheed?

16   A.   Yes.

17   Q.   In your opinion, is this an accurate depiction of the

18   various plumes?

19   A.   I don't believe I went through and checked each and every

20   location in each and every concentration, but from my evaluation

21   of the data, I believe it's accurate.

22   Q.   The TCE plumes shown in your demonstrative 60 are drawn

23   based on a detection limit of 0.5 micrograms per liter, correct?

24   A.   That's my understanding, yes.

25   Q.   But the maximum contaminant level for TCE in California is

1    5 micrograms per liter, correct?

2    A.   Correct.

3    Q.   I take it you would agree that if the TCE plumes were drawn

4    based on 5 micrograms per liter instead of .5 micrograms per

5    liter, the pictures of the plumes would look much different?

6    A.   Certainly.  It's based on different data.

7    Q.   In fact, the former Norton Air Force Base plume, which is

8    shown here in the purple area, would look much different, would

9    it not?

10   A.   Yes.

11   Q.   It would essentially have almost disappeared, if not

12   completely disappeared?

13   A.   I think there would still be a few spots remaining.  This

14   data is based on 2008, I recall.

15              THE COURT:  2008?  Would it be at that level --

16              THE WITNESS:  No, excuse me, Your Honor.  This is data

17   from 2011.

18              THE COURT:  Does that mean that someone had cleaned up

19   this plume previously, or that's the way it's been?

20              THE WITNESS:  This was depicted as it was monitored in

21   2011.

22              THE COURT:  So you don't know what it was, or we don't

23   know what it was in 2005 or 2000?

24              THE WITNESS:  Oh, I believe the concentrations were

25   higher in the past, Your Honor.  I just don't recall

1    specifically how many locations were still above 5 micrograms

2    per liter at that time.  There were a couple of monitoring wells

3    that were close to that.  I don't believe there were any of the

4    municipal water supply wells that exceeded 5 at that time.

5    BY MS. ZILIOLI:

6    Q.   So what you're saying is -- and if you look in the purple

7    area on demonstrative 60, up in the sort of upper right-hand

8    portion of that purple area, you see what -- somewhere around

9    there is where the actual location of the former Norton Air

10   Force Base is, correct?

11   A.   Yes.

12   Q.   Weren't the concentrations that have been higher than 5

13   micrograms per liter generally close to the actual base and not,

14   as you say, further downgradient toward the municipal wells?

15   A.   In most circumstances the highest concentrations are found

16   back closer to the source, closer to the base, yes.

17   Q.   And the Air Force has in fact treated the TCE coming from

18   Norton Air Force Base in the past, correct?

19   A.   There were a variety of remedial technologies applied on

20   the base to remove the sources and control or limit the amount

21   of offsite migration, but once the plume had moved offsite, I

22   don't believe there were remedial actions implemented other than

23   treating the groundwater that was pumped from the municipal

24   water supply wells.

25                THE COURT:  What's your exhibit number, please?  I

1    can't read it.

2         MS. ZILIOLI:  I believe, Your Honor, it's PX 1972.

3         THE COURT:  1972.  Okay.

4    BY MS. ZILIOLI:

5    Q.   Dr. Feenstra, when the Air Force stopped treating the TCE

6    plume, it was with the approval of the various regulatory

7    authorities, was it not?

8    A.   That's my understanding, yes.

9    Q.   If we could go back to your page 139 from your affidavit

10   and put paragraph 210 back up, please.

11        THE COURT:  Can I just ask you, is it your theory that

12   the plume designated by purple moved, some of it went south?

13        THE WITNESS:  I'm sorry, Your Honor.

14        THE COURT:  Well, you said that the plume at Redlands,

15   which is the one here, the TCE plume where I'm looking, it's

16   sort of in blue; is that accurate?

17        THE WITNESS:  Yes.

18        THE COURT:  And why is it -- are you saying that the

19   Norton TCE is mixed in there?

20        THE WITNESS:  Yes, Your Honor.

21        THE COURT:  Okay.  But the way this diagram shows it,

22   the Norton is one plume and the Redlands is another.

23        THE WITNESS:  But there's an overlap where the purple

24   and the blue plumes meet.

25        THE COURT:  Okay.  All right.  So it's that little

1    area that might have some of the Norton in it?  Maybe it's not a

2    little area; it just looks small.

3            THE WITNESS:  Well, it's -- compared to the area

4    depicted in the map, it is relatively small.  But it's where the

5    two plumes do actually meet in that area.  And that's where most

6    of the municipal water supply wells are.

7            THE COURT:  What's designated by the gold?

8            THE WITNESS:  I think the gold plume is meant to

9    depict an area of the perchlorate contamination where

10   perchlorate that's referred to on this map is industrial

11   chlorate from --

12           THE COURT:  AP?  We've been talking about AP.

13           THE WITNESS:  Yes.  Where the industrial perchlorate

14   that's believed to have originated from the Redlands site mixes

15   with some perchlorate that moves up from the southeast from

16   agricultural sources.

17   BY MS. ZILIOLI:

18   Q.   Dr. Feenstra, in that little area of overlap that the judge

19   was asking you about, is it your opinion that the groundwater

20   data show the levels of TCE from Norton were higher than 5

21   micrograms per liter?

22   A.   I don't believe they were higher than 5, that I recall.

23   Q.   So if TCE from the Redlands plume mixed with TCE from the

24   Norton plume and the TCE from the Norton plume was lower than 5

25   micrograms per liter, is it possible --

```
 1            THE COURT:  The other side is not objecting, but the

 2   word "possible" is useless in a case like this.  I'm objecting

 3   to anybody saying "is it possible."  This gentleman is offering

 4   opinions, so he can't be basing it on possibilities.

 5   BY MS. ZILIOLI:

 6   Q.   Dr. Feenstra, if the TCE from the former Norton Air Force

 7   Base in those wells were lower than 5 micrograms per liter when

 8   it mixed with TCE from the Redlands plume, is it not probable

 9   that the TCE level would increase over 5 micrograms per liter

10   because of the Norton contribution, correct?

11   A.   No.  That's not the way the mixing works.  You can't go

12   higher in concentration.  But the effect is, if you've got the

13   Redlands plume moving in from the east, mixing in -- that

14   contains TCE, and mixing with the Norton plume that comes in

15   from the northeast, the presence of TCE in the Norton plume

16   basically reduces the degree of dilution that would ordinarily

17   occur.

18            For example, if the plume -- the municipal water supply

19   wells draw water in from all directions.  For a very simple

20   illustration, Your Honor, if half the water was coming from the

21   west and half the water was coming from the east and mixing

22   where the municipal wells were, if the concentration in the

23   Redlands plume of TCE was 8 micrograms per liter, under

24   conditions where there was no contribution at all from Norton,

25   the resultant concentration would be 4.  So half of the 8.
```

1      But the presence of even lower concentrations than the

2  Redlands plume coming down from Norton basically reduces that

3  degree of dilution.  If there were 2 or 3 micrograms per liter

4  of TCE from Norton mixing with Redlands, the resultant

5  concentration would be close to 5 or just over 5.

6  BY MS. ZILIOLI:

7  Q.   Just so we're clear, I believe you testified that the TCE

8  contributions from Norton in that area of overlap, that you say

9  is overlap of the plumes, was lower than 5 micrograms per liter.

10  How is it going to be that those contributions are causing some

11  sort of increase in -- I'm sorry -- a reduction in the ability

12  of the TCE from Redlands to dilute?

13  A.   Because rather than diluting the TCE plume from Redlands

14  with zero concentration of TCE, you're mixing it with some

15  measurable amount of TCE, and that reduces the amount of

16  dilution that's available, and thus the resultant concentration

17  is higher.

18  Q.   Could we try a hypothetical?  If you had a concentration of

19  3 micrograms per liter of TCE from the Norton plume -- is that

20  fair?

21  A.   Fine, yes.

22  Q.   Just for the hypothetical?  Mixing with Redlands TCE of 6

23  micrograms per liter.  Are you with me so far?

24  A.   Yes.

25  Q.   If those two concentrations mix, wouldn't the Norton TCE

1    that's under 5 micrograms per liter dilute the concentration of

2    the 6 micrograms per liter from the Redlands plume?

3    A.   Yes, but it wouldn't dilute it to the same degree that it

4    would if there was a lower concentration or no TCE associated

5    with Norton.

6    Q.   If we could go back to page 139 of Dr. Feenstra's

7    affidavit, paragraph 210.

8            THE COURT:  Somebody had said that because of the low

9    levels of TCE from Norton, that will result in having much

10   future costs.  Do you agree with that or not?

11           THE WITNESS:  I'm sorry, Your Honor.  Could you repeat

12   that, please?

13           THE COURT:  It's been stated that because of the low

14   concentrations of TCE at the Air Force base, the cleanup

15   associated with any overlap is not -- it won't contribute to

16   future cleanup cost.  It might have in the past, but not in the

17   future.

18           THE WITNESS:  Well, it would depend, Your Honor, on

19   whether the concentrations actually change in the future.

20   Because the remedial activities at Norton have ended, there's

21   certainly a possibility, based on monitoring well data, that

22   there are some zones of higher concentration still remaining to

23   the northeast of the zone where the Norton plume and Redlands

24   plume meet.

25       So there's always the potential that concentrations may

1   increase somewhat in the future and change the resultant

2   concentrations that we find in those municipal supply wells.  So

3   future costs are possible.

4            THE COURT:  Are they probable?

5            THE WITNESS:  I'm not sure it's possible -- I'm not

6   sure I'm able to make that conclusion, Your Honor.

7   BY MS. ZILIOLI:

8   Q.   Dr. Feenstra, looking at paragraph 210, one of the wells

9   that you've identified there that have contributions from Norton

10  is well Gage 29-1, correct?

11  A.   That's correct.

12  Q.   To be clear, your opinion today is that TCE from Norton has

13  contributed to well Gage 29-1?

14  A.   No.  That's a typographical error, actually.  That

15  shouldn't be on that list.

16  Q.   So it is not your opinion today that Gage 29-1 has any

17  contributions of TCE from Norton?

18  A.   That's correct, as I concluded in my original expert

19  report.  I apologize for that error.

20  Q.   Dr. Feenstra, you're not offering an opinion that any AP in

21  the Redlands plume came from the former Norton Air Force Base,

22  correct?

23  A.   I haven't seen any monitoring data to indicate that.

24  Q.   So you would agree that the AP and the Gage and Raub wells

25  did not come from Norton?

1    A.   That's my understanding, yes.

2    Q.   If the groundwater data in a well show the presence of both

3    the industrial AP as well as TCE, you would agree that

4    contaminates probably came from Norton, correct?  Excuse me,

5    sorry.  From Redlands.

6    A.   I don't think you can necessarily conclude that all the TCE

7    came from Redlands, no.

8    Q.   You would agree that the trends, if they overlap, would

9    suggest that the TCE came from Redlands?

10   A.   Not necessarily.  It depends on what else is observed in

11   the water.  If we find TCE in association, as we discussed

12   earlier, with PCE and cis-1,2-dichloroethylene, that that would

13   indicate a contribution from Norton.

14   Q.   Dr. Feenstra, going back to paragraph 210 on the screen

15   from your affidavit, you list nine wells.  And we've just

16   removed Gage 29-1 from that list.  Of the remaining eight wells,

17   you would agree that Lockheed has not treated all those yet,

18   correct?

19   A.   That's my recollection, yes.

20   Q.   In fact, Lockheed has not treated wells Gage 27-2, Raub No.

21   6 and Raub No. 8?

22   A.   That's correct.

23          THE COURT:  If we assume that you're correct that some

24   of the TCE came from Norton, would it in fact have changed the

25   cost, the method, or anything that Lockheed's done for

1   remediation purposes today?

2           THE WITNESS:  That I can't opine on, Your Honor.  I

3   wasn't asked to evaluate costs.

4           THE COURT:  Well, I assume that whatever you do to

5   clean up TCE is what you do to clean up TCE.  Does the effort or

6   cost go up if you have more TCE in there?

7           THE WITNESS:  Probably not over the concentration

8   ranges that we're dealing with here.  I think the main factor

9   would be the duration of the treatment.  So continued

10  contributions from Norton, if that reduces the degree of

11  dilution that you might normally have expected, it might prolong

12  treatment times.  But I don't believe the difference in

13  concentration would affect treatment costs significantly.

14          THE COURT:  All right.  I understand.

15          MS. ZILIOLI:  Any more questions, Your Honor?

16          THE COURT:  No.

17  BY MS. ZILIOLI:

18  Q.   Dr. Feenstra, I'd like to switch topics a bit and ask you

19  about your opinion that employee dumping was not a source of the

20  Redlands TCE plume.  And if I understand your affidavit, you're

21  saying the basis for your opinion is that you would expect to

22  see more 1,1,1-trichloroethane, or TCA, in the plume ; is that

23  right?

24  A.   That's correct.

25  Q.   And TCA is the shorthand for 1,1,1-trichloroethane?

1    A.   Yes, or --

2    Q.   Are you comfortable using that shorthand?

3    A.   Or the trade name that's in many of the LPC documents is

4    Chlorothene.

5              THE COURT:  Can we just call it TCA?

6              THE WITNESS:  That would be fine, Your Honor.

7              THE COURT:  So we have a TCE and a TCA.

8              THE WITNESS:  Correct.

9    BY MS. ZILIOLI:

10   Q.   Dr. Feenstra, in reaching your opinion that employee

11   dumping was not a source of the Redlands TCE plume, did you

12   consider the testimony of Earl Wessman concerning his dumping of

13   TCE on the ground at building 119 every day?

14   A.   Yes.  I considered the deposition testimony of a number of

15   former employees.

16   Q.   So you also considered the testimony of Christian Mulder

17   about dumping TCE every night at, I think it was buildings 8 and

18   12?

19   A.   Yes.

20   Q.   So you're giving Mr. Wessman's and Mr. Mulder's testimony

21   very little weight, I take it?

22   A.   That's correct.  On my examination of the deposition

23   testimony from the former employees, I found that there were

24   inconsistencies, contradictions either within the single

25   deposition of the employee, between different depositions given

1    by the same employee, between different employees.

2         But in particular, the most important factor is whether the

3    employees that suggested that they were dumping TCE, whether in

4    fact they knew the difference between TCE and TCA, and the fact

5    that the Grand Central Rocket and LPC documentation,

6    contemporaneous documentation, describing the various chemicals

7    that were to be used for different manufacturing processes were

8    largely inconsistent with the deposition testimony.

9    Q.   So you're saying that Mr. Wessman and Mr. Mulder did not

10   understand the difference between TCE and other solvents?

11   A.   I certainly wasn't clear from their deposition testimony

12   that they recognized the difference, that they recognized

13   exactly what they were using.

14        THE COURT:  Well, let's just posit one thing and

15   assume that the company didn't switch to TCA until, say,

16   mid-'60s or '66, and some of these gentlemen were there before

17   that.  Do you still say they're confused?

18        THE WITNESS:  Yes, Your Honor.  When you look at the,

19   what I'll refer to as process documents -- these would be

20   manufacturing specifications, process specifications, safety

21   standards, various company documents like that -- TCA and TCE

22   both went into use at about the same time, in or around just

23   before 1960, and in most of the manufacturing and use processes,

24   TCA was identified as the solvent to use by a factor of three or

25   four times to one, compared to TCE.

1    So TCA was in use during the whole time period from the

2    late '50s through until the early 1970s.

3    BY MS. ZILIOLI:

4    Q.   Dr. Feenstra, did you review Mr. Larry Borgelt's testimony

5    that TCE was Lockheed's preferred safety solvent before he

6    started there in 1966?

7    A.   Yes, I read that testimony, and I don't know what the basis

8    for his opinion was or his recollection at the time.  It's

9    certainly contradicted by the process documents.

10   Q.   Dr. Feenstra, have you seen any employee testimony that

11   they were dumping TCA on a regular basis?

12   A.   I don't think the testimony that any of the former

13   employees gave specified TCA.

14   Q.   Isn't the vapor pressure for TCA higher than for TCE?

15   A.   Yes, it is.

16   Q.   And vapor pressure affects how much a chemical will

17   evaporate, correct?

18   A.   Correct.

19   Q.   A higher vapor pressure means a higher evaporation rate?

20   A.   In general, that's correct, yes.

21   Q.   So TCA will evaporate more than TCE?

22   A.   Yes.

23   Q.   And that's true at any temperature.

24   A.   The difference is relatively modest, but the -- the

25   difference as a percentage doesn't change with temperature.

1   Q.   The boiling point for TCE is approximately 188 degrees

2   Fahrenheit, correct?

3   A.   You're testing my memory now.  I think that's correct.

4   Q.   And the boiling point for TCA is approximately 165 degrees

5   Fahrenheit?

6   A.   Yes.

7   Q.   Dr. Feenstra, do you agree that evaporation rates will

8   fluctuate with temperature?

9   A.   The overall rate of evaporation of any compound fluctuates

10  with temperature, yes.

11  Q.   So as the temperature goes up, the evaporation of that

12  chemical will likely go up.

13  A.   Yes.

14  Q.   And as the temperature goes down, the opposite is true; the

15  evaporation rate will go down.

16  A.   Correct.

17  Q.   And that that concept applies to both TCE and TCA.

18  A.   And any liquid, including water.

19  Q.   You would agree that the temperature at the Redlands site

20  is colder at night than during the day, correct?

21  A.   It normally is, yes.

22  Q.   And because it's colder, you would expect less evaporation

23  at night than during the day.

24  A.   In general, I think so.  It would depend on the ground

25  temperature and the air temperature.

1    Q.   Mr. Mulder, who we talked about before dumping TCE at

2    building 8 and 12, he worked the night shift, correct?

3    A.   That's my understanding, yes, according to his testimony.

4    Q.   And you're not aware of any testimony of an employee

5    dumping TCA at night repeatedly?

6    A.   I don't recall any former employee testifying specifically

7    that they dumped TCA, no.

8    Q.   In reaching your opinion that employee dumping was not a

9    source of the TCE plume, did you consider the fact that more TCE

10   was dumped at night than potentially TCA?

11   A.   Oh, I certainly considered that possibility, but I don't

12   believe that more TCE was dumped at night than TCA, because even

13   the former employees like Mr. Mulder, who described dumping TCE

14   at night, was describing an activity of cleaning mixing

15   equipment in building 12, for example, that the process

16   documents specified that TCA was the solvent to be used.

17        So I don't actually believe that Mr. Mulder was disposing

18   of TCE.  I believe it was TCA, because that's the solvent that

19   should have been used.

20             THE COURT:  For what again?  The solvent that should

21   have been used for?

22             THE WITNESS:  For cleaning mixing equipment, Your

23   Honor.

24             THE COURT:  For cleaning the what?

25             THE WITNESS:  Mixing equipment.  The propellant mixing

1    equipment.

2    BY MS. ZILIOLI:

3    Q.   So your testimony is that all of the process documents that

4    cover cleaning of mixing equipment required the use of TCA?

5    A.   Well, the one document specifically from -- I don't recall

6    the exact date.  I think it's in my affidavit -- for cleaning

7    the mixing equipment in building 12 specified TCA.

8            THE COURT:  Do you know the date of that document,

9    please?  Can you give it to me?

10           MR. FOTOUHI:  The date is 1963, Your Honor.

11           THE COURT:  Okay.  Is it on a paragraph here?

12           MR. FOTOUHI:  It's tab 4 in the Feenstra section of

13   Lockheed Martin's binder.  It's Plaintiff's Exhibit 1047.

14           THE COURT:  Go ahead.

15           MS. ZILIOLI:  I was going to switch topics, Your

16   Honor.  Would you like to look at this document?

17           THE COURT:  I guess I would.  1047 is right here.  Do

18   you have that document in front of you?  Which paragraph?

19           MR. FOTOUHI:  It's on the second page, Your Honor.

20   It's item No. 2 on the second page of the process standard.  It

21   refers to TCA by its trade name Chlorothene.

22           THE COURT:  Okay.  Go ahead.

23   BY MS. ZILIOLI:

24   Q.   Dr. Feenstra, just one follow-up question.  Isn't it true

25   that Mr. Mulder started dumping TCE at night in 1956?

A.   That's what he stated, yes, but it's my understanding,

again from process documents, that TCE or TCA weren't being used

for cleaning mixing equipment in the '50s; that another solvent

referred to as cyclohexanone was used at that time.

Another indication that I don't believe, based on

recollections from these former employees that are at very best

25 but perhaps more like 30 or 40 years from the past, really

aren't accurate with regard to the specifics about what solvents

they may have been using at different times and may have dumped

onto the ground.

Q.   Do you recall Mr. Wessman's testimony that he got his TCE

from a barrel that had the word trichloroethylene spelled out on

it?

A.   I recall that.

Q.   Are you saying that he didn't know how to spell?

A.   Well, I also recall his testimony suggesting, when asked

about Chlorothene or 1,1,1 TCA, that I think he suggested that

that may have been what he was talking about all along, that he

didn't understand the difference.

Q.   And after that series of questions, do you remember that he

was asked again and said that he was sure it was TCE and

corrected himself?

A.   Well, I review a lot of deposition testimony in evaluation

of contaminant sources at industrial sites, and it's always

difficult to evaluate recollections from many, many years in the

1    past.  Is a former employee's first recount of what they recall

2    the correct one, or the third one or the last one in deposition?

3    I don't know what the right answer is.  All I understand is that

4    there's been a discrepancy or some uncertainty in what solvents

5    were reported to have been used, and they're in contradiction

6    with evidence that I have from contemporaneous documents that

7    indicate what solvents were to be used for different

8    manufacturing processes.  And quite frankly, I place more weight

9    on the process documents.

10              THE COURT:  Did you find process documents that

11   indicated that TCE was used?

12              THE WITNESS:  Yes, Your Honor.  But in terms of

13   general-purpose cleaning, for much fewer applications and some

14   very specific purposes, not the general cleaning of propellant

15   mixing equipment and wiping out motor casings in general.

16              THE COURT:  What did they use TCE for?

17              THE WITNESS:  The main use of TCE was in the vapor

18   degreaser, and that began also in the late '50s.

19              THE COURT:  And if you're a person looking at a tub of

20   each, can you tell the difference if something wasn't labeled,

21   or do they just look like oil or something?

22              THE WITNESS:  They would look the same.  I've heard

23   some people suggest that they can smell the difference.  I've

24   smelled a lot of samples of TCE and TCA and other chlorinated

25   solvents, and I'm not sure that's possible.  They all smell

1  fairly similar.  The odor you get when you enter a dry cleaning

2  establishment that still uses PCE -- the odor of TCE and TCA is

3  not that different.

4  BY MS. ZILIOLI:

5  Q.   I'm sorry, you said the odor of PCE and TCA is not

6  different?

7  A.   Not that different, no, I don't think most people could

8  tell the difference.

9  Q.   What about the difference between TCE and TCA?

10  A.   They're quite similar.

11          THE COURT:  PC and TCA?  Is that what you're saying?

12          THE WITNESS:  Yes.  All the chlorinated solvents are

13  very similar.  And they're different from other compounds like

14  acetone or gasoline or mineral spirits that you might use to

15  clean paint brushes.

16  BY MS. ZILIOLI:

17  Q.   So you don't believe that an employee who was using the

18  same solvent pretty much every day would notice that there was a

19  new solvent that they were using, by the smell?

20  A.   30 or 40 years after the fact, I don't believe so.

21  Q.   Didn't Mr. Wessman testify that he had never heard of

22  Chlorothene?

23  A.   Yes, and that astonished me too, because it was the

24  principal general cleaning solvent used at the plant, and that

25  was a clue to me that he probably did not distinguish between

1    the different types of solvents in any type of accurate way.

2    Q.   So you're saying he didn't read any of the process

3    standards that you're saying require the use of Chlorothene?

4              MR. FOTOUHI:  Objection, Your Honor.

5    Mischaracterizing his testimony.

6              THE COURT:  Well, she's not -- go ahead.  Can you

7    answer that?

8              THE WITNESS:  I'm sorry.  Can you repeat that, please.

9              THE COURT:  When you say Chlorothene, you're talking

10   about TCE?  Can we keep the words --

11             THE WITNESS:  Yeah, that's the confusing part.  I'm

12   sorry, Your Honor.

13             THE COURT:  I know.

14             THE WITNESS:  Chlorothene is TCA.

15             THE COURT:  Well, then we've got to use only "TCA" and

16   "TCE."  Okay?  All right.  Chlorothene is TCA?

17             THE WITNESS:  That's the Dow Chemical trade name for

18   TCA.

19   BY MS. ZILIOLI:

20   Q.   But you're saying there are these process documents that

21   require the use of TCA, correct?

22   A.   Correct.

23   Q.   And my question to you is, is it your testimony that

24   Mr. Wessman did not read any of these process documents, if he's

25   never heard of TCA?

1          THE COURT:  I don't think that's his testimony.  He

2   said he's confused.

3          MS. ZILIOLI:  I'll move on.

4   BY MS. ZILIOLI:

5   Q.   I'd like to ask you about Lockheed's solvent disposal

6   practices.  When the Redlands facility was built, Lockheed

7   constructed a number of evaporation pits, correct?

8   A.   Yes.

9   Q.   And their purpose was to collect waste water and solvents

10  to evaporate?

11  A.   I don't know what their original intent may have been, but

12  it's my understanding the way they were used was to collect

13  AP-contaminated and propellant wastes and

14  propellant-contaminated solvents, and at least in the early

15  days, just solvents in general.

16  Q.   So you have no opinion about the intent of the evaporation

17  pits?

18  A.   Well, I don't know if the original intent was for all those

19  types of waste streams to go into them originally.  That is how

20  they were used.

21  Q.   Would you agree that the purpose of the evaporation pits

22  was to not have the chemicals go directly into the ground?

23  A.   Well, that's one purpose, yes.  Because particularly for

24  the AP and for the propellant wastes, those are not materials

25  that you wanted to put onto the ground from a fire hazard, a

1    safety perspective.

2    Q.   Lockheed had to get air permits for the evaporation

3    permits, didn't it?

4    A.   Yes, beginning in the late '50s.

5    Q.   Because when TCE and other solvents evaporate, they can

6    contribute to smog?

7    A.   That was my understanding at the time.  It was from an air

8    pollution control perspective.

9    Q.   And at some point in the mid-1960s, California's air

10   quality standards changed?

11   A.   I think they probably changed many times.

12   Q.   At some point, I believe you testified in your affidavit

13   that Lockheed stopped getting permits, air permits, for the

14   evaporation pits.

15   A.   Yes.

16   Q.   Is it your understanding that they no longer used the

17   evaporation pits after that time?

18   A.   I don't believe there's any process documents that describe

19   the rationale exactly.  It would be my understanding that

20   permits were probably no longer required for those evaporation

21   pits because they were no longer receiving solvent wastes at

22   that time.  It's my understanding that solvent wastes from some

23   period in the mid-1960s were sent to Potrero for burning.

24   Q.   And that was because there was concern about burning them

25   at Redlands because of the smoke and the residents nearby; is

1   that right?

2   A.    I think there was always concern about the smoke and air

3   emissions from the burn pits at the Redlands site, and that was

4   being done under permit since the late 1950s.  But I think as

5   time moved through the '60s, the restrictions became more

6   stringent in terms of the number of burns they could do and the

7   quantities of material they could burn at any given time.

8   Q.    Lockheed also phased out its use of TCE as a general

9   cleaning solvent around that same time in the mid-1960s,

10  correct?

11  A.    I'm sorry, what was the question?

12  Q.    Lockheed also was phasing out its use of TCE as the

13  preferred safety solvent in the mid-1960s?

14  A.    Well, first of all, I don't believe there was any documents

15  that I've seen that suggest that TCE was ever the preferred

16  safety solvent.  It was used as a general cleaning solvent since

17  the late 1950s or early 1960s, in the same way that TCA was

18  used.  Though TCA was used for many more specific applications.

19        It's my understanding from Mr. Borgelt's testimony that he

20  believed that TCE was phased out as a general purpose cleaning

21  solvent, and I guess there's some documents from the late 1970s

22  to suggest that was also done, but the exact timing is -- I

23  don't believe is clear.

24        There were still some process documents that permitted the

25  use of TCE for some very specific general cleaning purposes

1    through the '60s and into the '70s.

2    Q.   Dr. Feenstra, you're not offering the opinion that the

3    United States controlled Lockheed's waste disposal practices,

4    are you?

5    A.   No.

6    Q.   I'd like to ask you about the Potrero groundwater plumes.

7    There's a groundwater plume of 1,4-dioxane at the Potrero site,

8    correct?

9    A.   Yes.

10   Q.   And 1,4-dioxane is a chemical added to TCA to stabilize it?

11   A.   That's correct.  To reduce its reaction in the presence of

12   aluminum metal in particular.

13   Q.   And that makes it inhibited TCA?

14   A.   That's the other phrase.  Inhibited or stabilized.

15   Q.   In your opinion, does the presence of 1,4-dioxane indicate

16   that inhibited TCA was discharged at Potrero?

17   A.   Yes.

18   Q.   And I believe you said Lockheed started using inhibited TCA

19   around the early 1960s; is that right?

20   A.   I believe the first reference to TCA was in 1959.

21   Q.   And I believe you testified that the brand they used was

22   Chlorothene that was made by Dow?

23   A.   Correct.

24   Q.   Dr. Feenstra, you're aware that United States expert David

25   Bauer worked for Dow Chemical, correct?

1    A.    That's my recollection, yes.

2    Q.    And he worked there in the 1960s?

3    A.    That I don't recall.

4    Q.    But 1,4-dioxane was the stabilizer added to that brand of

5    TCA, Chlorothene?

6    A.    That's my understanding from published references in the

7    literature, yes.

8    Q.    And the amount of 1,4-dioxane that was added to the TCA was

9    somewhere between 1 and 4 percent?

10   A.    From 1 to 4 percent, yes.

11   Q.    So in a sample of TCA, less than 5 percent would be

12   1,4-dioxane.

13   A.    I'm sorry.  Could you repeat that, please?

14   Q.    Sure.  In a sample of TCA, the inhibited TCA, less than 5

15   percent, approximately 1 to 4 percent of that TCA would be the

16   1,4-dioxane.

17   A.    Yes.

18   Q.    And the remaining 95 percent or so would be the TCA.

19   A.    Well, I think there's some other additives that are usually

20   present at sort of a half a percent or a couple of percent to

21   act as additional stabilizers or inhibitors, but it would still

22   predominantly be TCA.

23   Q.    Going back to the Potrero site, there's not much TCA in the

24   groundwater there, is there?

25   A.    There's not a significant TCA plume.  There's still

1    significant concentrations of TCA close to the burn pit.

2    Q.   There's certainly not as much TCA as there is 1,4-dioxane?

3    A.   No, because 1,4-dioxane is much more soluble, it's much

4    more mobile, and doesn't really degrade in any fashion.

5    Q.   Given the association of 1,4-dioxane and TCA, wouldn't you

6    expect there to be more TCA in the groundwater?

7    A.   I'm sorry?  I don't understand.

8    Q.   You testified that 1,4-dioxane makes up a very small amount

9    of the sample of inhibited TCA, correct?

10   A.   Yes.

11   Q.   So if inhibited TCA were discharged, the 1,4-dioxane would

12   only make up a very small amount of what was discharged into the

13   ground?

14   A.   Yes.

15   Q.   And the remaining -- or the majority, as you said, of

16   what's not the 1,4-dioxane and these other stabilizers would be

17   TCA, correct?

18   A.   Yes.

19   Q.   So given that relationship of the ratio between 1,4-dioxane

20   and TCA, the typical sample of TCA, wouldn't you expect to see

21   more TCA in the groundwater than 1,4-dioxane?

22   A.   No, because of the fact that at a location or a disposal

23   operation like the burn pits at the Potrero site, the

24   1,4-dioxane is much more soluble in water and is preferentially

25   removed.  And once that stabilization capacity, I guess, if you

1    want to call it that, is removed, then TCA will react quickly

2    with metals and other waste constituents, in especially

3    propellant waste.

4        The main fuel in the solid rocket propellant is powdered

5    aluminum.  So once the inhibiting capability of the TCA is lost

6    by the loss of the 1,4-dioxane, it's going to react very quickly

7    with the powdered aluminum in the propellant wastes.  I don't

8    think the TCA would last particularly long before it degraded.

9    Q.   So are you saying it's evaporating or degrading?

10   A.   It's degrading.  It's a chemical transformation process.

11   Q.   And it degrades to what chemicals?

12   A.   That reaction brings TCA to 1,1 DCE, which is found at very

13   high concentrations at the Potrero facility.

14   Q.   And only about 20 percent of degraded TCA turns out to be

15   1,1 DCE; is that right?

16   A.   Not for that reaction, no.

17   Q.   I believe you testified in your affidavit that 20 percent

18   of degraded TCA would become 1,1 DCE, and the rest would be

19   acetic acid.  Did I remember that incorrectly?

20   A.   I don't believe that's in my affidavit.  But that's for a

21   specific abiotic degradation process that does take place, can

22   take place in groundwater.  What I'm referring to is a specific

23   reaction between TCA and aluminum metal, where the

24   transformation is virtually complete to 1,1 DCE.

25   Q.   I'd like to switch to the Redlands plume, if I may.

1    There's TCA in the Redlands plume, correct?

2    A.    A very small quantity in terms of concentration, and only

3    infrequent detections compared to the amount of TCE.

4    Q.    And there's evidence of TCA in the soil gas at the Redlands

5    site, correct?

6    A.    Yes, there is.

7    Q.    And in some places, there was more TCA than TCE in the soil

8    gas?

9    A.    I believe that's correct, yes.

10   Q.    1,4-dioxane has also been found in the Redlands plume,

11   correct?

12   A.    At a couple of locations, but at the margins of the TCE

13   plume.  It doesn't really seem to be associated with the main

14   portion of the plume where the TCE concentrations are the

15   highest, or I believe where TCA was found.

16   Q.    But there has been 1,4-dioxane found within the Redlands

17   plume?

18   A.    On occasion at low concentrations, yes.

19   Q.    What's the detection limit for 1,4-dioxane?

20   A.    That's something I don't recall off the top of my head, I'm

21   afraid.

22   Q.    It's pretty small, right?

23   A.    I believe so.  I don't think it would be substantially

24   different from TCA or TCE.

25   Q.    If we could turn to page 12 of your affidavit, please.  And

1    roughly in the middle of that page you have a chart.  If we

2    could focus in on that.

3    A.   Yes.

4    Q.   You say here that 23 -- looking in the far right column for

5    1,4-dioxane, 23 out of 165 samples where 1,4-dioxane was tested

6    had the presence of 1,4-dioxane, correct?

7    A.   Yes.

8    Q.   And that's roughly 14 percent of the samples?

9    A.   I think that's correct.  That's close anyway.

10   Q.   And the highest concentration you indicated there was 5.8

11   micrograms per liter?

12   A.   Correct.

13   Q.   So I'll round that up to 6.  If the concentration was

14   approximately 6 micrograms per liter and 1,4-dioxane makes up

15   less than 5 percent of TCA, doesn't that indicate that a lot

16   more TCA was discharged?

17   A.   Well, if it came from the same source, perhaps, but I don't

18   believe even the results that were found in the TCA plume -- or

19   excuse me -- the Redlands plume indicate that the 1,4-dioxane

20   likely originated from the Redlands site.  If you go back to

21   page 8, there's -- demonstrative No. 1 in my affidavit shows

22   where the 1,4-dioxane detections occurred.  Those are shown in

23   the black dots, in relation to the blue TCE plume that is

24   believed to have originated from the Redlands site.  And you can

25   see there's very little association between the 1,4-dioxane

1    detections and the TCE plume itself.

2    Q.   At a chemical level, 1,4-dioxane and TCE are not

3    associated, right?  They're not mixed together in any solvent

4    that you're aware of, right?

5    A.   No.  That's right.  But if you're proposing that if the

6    1,4-dioxane originated from the Redlands site itself, it should

7    be associated with the TCE Redlands plume.  And I mean, we find

8    it on the margins and in one case to the south of the plume far

9    away from the TCE plume that came from Redlands.

10   Q.   If we could go back to page 12 and look at that box again.

11   Look again on the first row underneath the headings, it says

12   "Number of tests."  There were 165 samples of 1,4-dioxane taken

13   over the span of 1997 to 2013.  So there was no testing for

14   1,4-dioxane before 1997?

15   A.   That's correct.  That's when it was identified as

16   essentially a potential, or a potentially important groundwater

17   contaminant.

18   Q.   If you go over to the column for TCE, there were 14,400

19   samples of TCE taken?

20   A.   Correct.

21   Q.   If there were only 165 samples of 1,4-dioxane taken

22   compared to 14,000-plus samples of TCE taken, it's your opinion

23   that you still feel like the plume has been sufficiently sampled

24   to know where all the 1,4-dioxane might be?

25   A.   Well, the original intent of the 1,4-dioxane sampling in

the late '90s was to take samples distributed across the plume,
and that's what was done.  1,4-dioxane was only identified at a
few locations, particularly the black dots that you remember
from the previous map we were looking at, and where it was
detected, those locations tended to be sampled periodically
afterwards during the 2000s.

Q.   If you go back to the TCE column, of the 14,400 samples of
TCE taken, and you go to the number of detections on the line
down, and only 9,200 of them have detections, there's still
roughly 5,000 samples where there was no TCE, correct?

A.   That's correct, because the sampling program went through
basically the whole area from the far western leading edge of
the Redlands plume, all the way back toward the former LPC site
at Redlands.

     And if you recall from the diagram, there's a large area to
the east where the plume isn't attached to the former LPC site
any longer.  And in that area, the concentrations of TCE are
either quite low or frequently not even detectable.  But those
wells are still sampled regularly.

Q.   There is no maximum contaminant level for 1,4-dioxane in
California, correct?

A.   I don't believe there is at this time, no.

Q.   So Lockheed never had to determine if there was a
1,4-dioxane plume in the area.

A.   Well, I'm not sure of that.  I'm pretty sure there is an

1    action level for the presence of 1,4-dioxane in California.  I

2    don't recall what that number is, but a characterization of

3    plumes for 1,4-dioxane, that's a common regulatory undertaking.

4    Q.   Are you aware of an agreed order that applies to Lockheed

5    that required Lockheed to test -- or excuse me -- to sample for

6    a 1,4-dioxane plume?

7    A.   I don't recall seeing a specific order, no.

8    Q.   There's also 1,1 DCE in the Redlands plume, correct?

9    A.   In some locations, correct, at fairly low concentrations,

10   yes.

11   Q.   And is it your opinion that the 1,1 DCE came from the

12   breakdown of TCA?

13   A.   I believe so, yes.

14   Q.   I'd like to switch topics and ask you about the vapor

15   degreaser in building 91 at the Redlands facility.

16   Dr. Feenstra, your opinion is that the vapor degreaser

17   discharged TCE to the environment, correct?

18   A.   Yes.

19   Q.   And if I could just break that down a little bit.  Your

20   opinion is that the releases came from the solvent-water

21   separator attached to the degreaser specifically?

22   A.   I believe that that's the most probable source, yes.

23   Q.   Have you eliminated the vapor degreaser itself as a source

24   of the TCE?

25   A.   Excuse me.  Could you repeat that, please?

Q.   Have you eliminated the vapor degreaser, not the separator, but the vapor degreaser itself, as a source of TCE contamination?

A.   I don't think it's possible to eliminate the vapor degreaser as a possible source.  I don't recall any testimony or documents suggesting that there had been specific spills or releases from the degreaser itself.  But I'm not sure it's possible to rule that out.

Q.   Didn't the procedures for cleaning out the vapor degreaser specify that generally the sludge mixed in with the TCE was supposed to be drained out of the vapor degreaser and put in barrels?

A.   Yes.  That was the procedures specified from I believe 1962 and 1963.

Q.   But your opinion is that the TCE went into a floor drain in the degreaser pit and then into a pipe; is that right?

A.   Yes.

Q.   And from there it was discharged into the ground somewhere west of building 91.

A.   Well, the pipe would have gone under the ground, underneath the building toward the west of building 91, and it would have, in my understanding, opened at the end and just infiltrated into the ground from the end of the pipe, but below the ground surface already.

Q.   Do you have any information as to how long that pipe would

1    have been?

2    A.   I don't recall seeing any information on the length of that

3    pipe.  Building 91 underwent an expansion in the mid-'60s, which

4    increased the width of the building, but I don't recall those

5    dimensions.

6            THE COURT:  So would it be your testimony that it went

7    from the ground to the water?

8            THE WITNESS:  My testimony is it --

9            THE COURT:  Is that how it contaminated the water as

10   well as the ground?

11           THE WITNESS:  Correct.  It would have exited the pipe

12   on the west side of the building, then gone deeper into the

13   ground and ultimately to the groundwater.

14           THE COURT:  I may be mischaracterizing someone's

15   testimony, but wouldn't that require you to get a permit, using

16   the pipe to get rid of the solvent?

17           THE WITNESS:  Well, that's part of the issue.  I don't

18   believe the types of releases that took place from the

19   solvent-water separator and the vapor degreaser was an

20   intentional discharge or even a recognized discharge at the

21   time.

22           THE COURT:  Because it wasn't industrial waste as

23   defined by the Dickey Act?

24           THE WITNESS:  I don't believe so.

25           THE COURT:  Meaning -- it wasn't intentional.  I don't

1     know what that means.  It was an accident?

2            THE WITNESS:  In terms of the release of solvent that

3     I believe took place, I essentially believe that the release of

4     pure-phase solvent from the solvent-water separator essentially

5     was accidental.

6       The intent of the solvent-water separator is to remove

7     water from the solvent that's in the vapor degreaser.  If the

8     separator is working 100 percent efficiently, the only thing

9     that should be discharged to the floor drain in the degreaser

10     pit sump and then out the pipe would be a gallon or two of water

11     that has been in contact with some TCE, but a very small volume.

12     And I don't believe that that could have been the source of the

13     groundwater contamination that's found.

14            THE COURT:  It's too small.

15            THE WITNESS:  Because it's too small, that's correct.

16            THE COURT:  So you're presupposing -- let me just

17     double-check that I understand the premises -- there's something

18     going wrong here with the degreaser, or the separator.

19            THE WITNESS:  With the separator.  That's correct,

20     Your Honor.

21            THE COURT:  Is it malfunctioning for years and years

22     and years?

23            THE WITNESS:  Well, there are a variety of issues that

24     can cause pure solvent to be released from the separator, and to

25     some degree, it's all in retrospective.  Because we understand

1    that contaminated sites that we've investigated in the last 10

2    to 20 years, that these types of installations are in fact

3    sources of contamination.

4         THE COURT:  Right.  I understand that.  Your position

5    is we didn't know about it back then.  But put that aside.  I'm

6    supposed to now figure out how to allocate all this.  You think

7    that the degreaser didn't work properly but nobody knew that?

8         THE WITNESS:  That the separator didn't work properly.

9         THE COURT:  The separator.

10        THE WITNESS:  That's correct, Your Honor.

11        THE COURT:  Is it also premised on the fact that only

12   TCE was used in that throughout the history of the operation?

13        THE WITNESS:  Yes.  And I believe based on the process

14   documents from the facility indicates that TCE really -- it was

15   the only solvent used in the vapor degreaser.

16        THE COURT:  And that there was a drain.  It has to be

17   a drain, right?

18        THE WITNESS:  Yes, Your Honor.

19        THE COURT:  Nobody said they saw a drain.  I know you

20   said you saw some design drawings, but the people on the ground

21   didn't see a drain.

22        THE WITNESS:  That's correct.

23        THE COURT:  And if this is such smelly stuff, why

24   wouldn't somebody figure out that thing's gushing out somewhere?

25        THE WITNESS:  I'm sorry, Your Honor.  I didn't catch

1    that.

2            THE COURT:  Well, if the solvent's smelly, as you

3    said -- all of these heavy-duty solvents have an odor to them,

4    right?

5            THE WITNESS:  Yes.

6            THE COURT:  So why wouldn't somebody be aware that

7    something is leaking in the wrong place or in the wrong

8    quantities?

9            THE WITNESS:  Well, the whole area around the vapor

10   degreaser itself is going to have a substantial odor.  The

11   degreaser itself is heating to boiling 120 gallons of TCE during

12   its operation.  The release of a relatively small volume of

13   perhaps a couple gallons a day out of the solvent-water

14   separator into the bottom of a four-foot-deep pit, I don't

15   believe that would be noticeable as an additional odor, in

16   comparison to the actual operating vapor degreaser itself.

17           THE COURT:  And if I were not to embrace your opinion,

18   do you have a second alternative thought?  In other words, I

19   don't find anything wrong with the -- I mean, there is testimony

20   that people said that the degreaser worked, the separator, and

21   there was no drain.

22           THE WITNESS:  Yes.  I understand there's deposition

23   testimony, and again, from recollections of 30 or 40 years

24   prior.  But with regard to the degreaser pit itself, we have an

25   engineering diagram that shows a drain, and we have the process

specifications on how to clean out the degreaser from 1962 and
1963, that indicates that the very final water wash or water
rinse from cleaning the degreaser is to go to the drain in the
sump that drains to the west side of the building.

I have to give more weight to documents, contemporaneous
documents like that, than recollections from the deposition
testimony.

BY MS. ZILIOLI:

Q.   Don't you also rely on the testimony of Lewis Rogers that
he believed there was only TCE used in the vapor degreaser?

A.   I don't think I specifically relied on Mr. Rogers.  I noted
Mr. Rogers' testimony again to indicate the conflict or the
inconsistency with Mr. Borgelt's testimony.

Q.   And your understanding is that Mr. Borgelt did not actually
work with the vapor degreaser, and that's why you discount his
testimony?

A.   Well, two parts.  Mr. Borgelt didn't work directly with the
degreaser.  I mean, in the end of Mr. Borgelt's deposition
testimony, in his last deposition, and it's almost the last
page, he says, well, he really wasn't involved in that and he
just relied on what other people, or what he recalled other
people telling him.

THE COURT:  Well, I'd like to just go back to my
question again.  There are certain premises, for instance that
there's a malfunction.  There's a drain.  That they're using

only TCE and not TCA in the degreaser.  And there's one other

premise, it seems to me.  And that it's flowing out at a rate

that could cause this plume, right?  I mean, there has to be a

somewhat significant -- it's not a little leak.  It's not a

little minor leak.

THE WITNESS:  As described in my affidavit, it really

would only take a gallon or two a day, and given that it's

exclusively TCE, which would -- it has to be overwhelmingly TCE

to explain what we actually find in the groundwater plume

heading westward from Redlands.  The nature of the discharge,

that it would have been maybe not consistent each and every day,

but in operation from the late '50s through to the '70s, and the

discharge itself then would have been taking place below the

ground surface and not have been subject to much evaporation.

All those are important components that I considered in

developing my opinion that vapor degreaser, and particularly the

solvent-water separator, really is the, I believe, the most --

well, almost the only alternative for the source.

THE COURT:  Only alternative because if people

testified they've dumped them directly on the ground, that's not

an alternative?

THE WITNESS:  Well, then I'm confronted with the

contradiction, Your Honor, of deposition testimony that says

they dumped TCE when I have contemporaneous process documents

that suggest that they probably weren't using TCE for what they

said they were doing, and they would have used TCA.  TCA does

have a slightly higher vapor pressure than TCE, but in all the

sites that I've worked on personally, TCA doesn't disappear and

leave only TCE behind.  Both TCE and TCA are found as some of

the most frequent organic compounds found at CERCLA sites, at

Superfund sites.  TCA isn't absent because it's more volatile.

        THE COURT:  Go ahead.

BY MS. ZILIOLI:

Q.   Dr. Feenstra, I believe you just said that you were looking

at the vapor degreaser operating from the late 1950s through the

1970s.  Is that right?

A.   Yes.

Q.   But in your calculations, you only assume that it operated

from 1960 to 1966.

A.   Yes.

Q.   Going back to Mr. Rogers really quickly, I take it you

reviewed his testimony that he did not actually operate the

vapor degreaser?

A.   Mr. Rogers did not operate the degreaser, as far as I'm

aware.

Q.   Did you also see his testimony that the boiling point of

the solvent used in the degreaser was 160 degrees?

A.   I don't recall that, no.

Q.   And that would be consistent or at least closer to the

boiling point of TCA than for TCE?

1    A.    That would be -- I don't know the basis of his

2    recollection.

3    Q.    Are you aware of any evidence that the discharge pipe that

4    you're describing out of the degreaser pit would have gone into

5    an evaporation pit or sump?

6    A.    No.

7    Q.    And I believe you said that TCE would have discharged

8    sufficiently underground that it would not have evaporated back

9    up?

10   A.    I didn't want to suggest that there would be no

11   evaporation, but the amount of evaporation would be

12   substantially reduced, in comparison to spreading out a gallon

13   or two at the ground surface.

14   Q.    You wouldn't expect a discharge from the vapor degreaser

15   pit to make the ground west of building 91 to appear wet, would

16   you?

17   A.    No.

18   Q.    If you could turn to page 58 of your affidavit, please, in

19   paragraph 80.  Reading paragraph 80, it says, "There are no

20   GCR/LPC process documents that describe the handling and

21   disposal of separator water from the vapor degreaser in building

22   91."  Do you see that?

23   A.    Yes.

24   Q.    So I take it you're not aware of any documents specifying

25   where the solvent-water separator water went?

 1    A.   Correct.

 2              THE COURT:  If the thing was working correctly, what

 3    would have happened to the water, or the solvent?

 4              THE WITNESS:  Pardon me, Your Honor?

 5              THE COURT:  If the separator was working properly,

 6    what would have happened to the solvent?

 7              THE WITNESS:  The solvent would have gone back into

 8    the degreaser for reuse.

 9              THE COURT:  So it never comes out, just recycles?

10              THE WITNESS:  It's recycled.  The only loss would be

11    vapors that come out of the top of the degreaser.

12    BY MS. ZILIOLI:

13    Q.   You've never been to the Redlands facility, correct?

14    A.   Correct.

15    Q.   So you've never seen the vapor degreaser in building 91?

16    A.   No.  I believe it was removed in the early '70s.

17    Q.   And you also have not seen the degreaser pit?

18    A.   No.  I believe it was filled in at the same time, actually.

19    Q.   So you are not basing your opinion about the vapor

20    degreaser on personal observation.

21    A.   No.

22    Q.   And you've never seen a photograph of the vapor degreaser

23    in building 91.

24    A.   No.

25    Q.   And you've never seen a photograph of the degreaser pit.

1    A.    Correct.

2    Q.    In reaching your opinions about the vapor degreaser, did

3    you consider the testimony of George Nelson White?

4    A.    Yes.

5    Q.    And he actually worked in the degreaser pit when he cleaned

6    out the vapor degreaser; is that right?

7    A.    On one occasion, I think it would have been probably 30

8    years before he did his deposition, yes.

9    Q.    And he said at his deposition when he was sworn that a

10   drain would have made the degreaser cleaning work easier,

11   correct?

12   A.    That's what he said, correct.

13   Q.    And he testified that he did not see a drain in the

14   degreaser pit, correct?

15   A.    Yes.

16   Q.    So you're discounting his testimony.

17   A.    Correct.  I give more weight to the actual engineering

18   diagram and the process documents that described how the vapor

19   degreaser cleaning should have taken place.

20         THE COURT:  What's the process document you're

21   referring to?  Do you use it in your affidavit?

22         THE WITNESS:  Yes.  They're in the affidavit, Your

23   Honor.  Mr. Fotouhi is just going to --

24         MR. FOTOUHI:  Your Honor, it's Plaintiff's Exhibit 882

25   and 883.  They should both be in the binder.  Let me just get

1    the page.

2            THE COURT:  What binder?

3            MR. FOTOUHI:  They're both in the Feenstra section of

4    Lockheed Martin binders.

5            THE COURT:  Okay.

6            MR. FOTOUHI:  Tabs 14 and 15, Your Honor.

7            THE COURT:  What section of 882 do I look at?

8            MR. FOTOUHI:  In 882, Your Honor, it's the 13th page

9    of the document.  It's labeled page 12 of 15.

10           THE WITNESS:  "The flushing water and rinse water may

11    be disposed through the drain line to the sump to the west side

12    of the building."

13           THE COURT:  When they're asking that it be cleaned

14    with an alkali cleaning compound, is that TCE?

15           THE WITNESS:  No.  Actually, the example they give is

16    trisodium phosphate.  That would be sort of the industrial -- or

17    not industrial, the high-strength detergent that you would wash

18    your walls with before you paint them.

19           THE COURT:  So how did we get to TCE?

20           THE WITNESS:  Well, the TCE at that point has already

21    been removed from the degreaser.  The sludge has been removed

22    and they're just doing the final cleaning of the inside of the

23    degreaser tank.

24    BY MS. ZILIOLI:

25    Q.   Dr. Feenstra, on the line that was just read and is still

1    highlighted there, doesn't it say to dispose through a drain

2    line "to the sump to the west side of the building"?

3    A.   Yes.

4    Q.   And didn't you just say that it was discharging into the

5    ground and not into a sump?

6    A.   No.   It's to the sump.   I believe this means to the

7    degreaser sump to the west side of the building.   If you look at

8    the next incarnation of this process document in 1963, it's a

9    little more specific.

10   Q.   But as it's written right there, it doesn't say the drain

11   line in -- I'm sorry.   I guess I'm not understanding what you're

12   saying.   Could you please explain?

13   A.   Oh, I believe what it's referring to is the drain line in

14   the sump that goes to the west side of the building.   In 1963,

15   it's a little bit more specific, and it says, "then rinse the

16   degreaser with tap water, allow the washing solution and rinse

17   water to the drain in the sump that is in the degreaser pit at

18   the south end."

19        Actually, both -- Your Honor, both the specific quotations

20   that I read from from 1962 to 1963 are on page 57, just as

21   excerpts in my affidavit.

22               THE COURT:   Okay.   Go ahead.

23   BY MS. ZILIOLI:

24   Q.   Dr. Feenstra, in reaching your opinions about the vapor

25   degreaser, did you consider the testimony of Larry Borgelt?

1    A.    Yes.

2    Q.    He went into the degreaser pit to look for signs of a leak

3    when he was asked to investigate solvent losses, correct?

4    A.    On one occasion -- it wasn't clear to me that he actually

5    went into the degreaser pit, but he did examine the degreaser

6    for leaks.

7    Q.    And he said there were no leaks?

8    A.    He said there were no leaks from the degreaser, that's

9    correct.

10   Q.    And he said any leakage would have been evident on the

11   floor of the degreaser pit, correct?

12   A.    I believe that's what he said, yes.

13   Q.    And he concluded that an air conditioner overhead of the

14   vapor degreaser was causing more of the solvent vapors to

15   evaporate?

16   A.    That's right, from the open top of the degreaser is my

17   recollection of his testimony.

18   Q.    And that was the cause of the solvent losses that had been

19   observed?

20   A.    That's what he testified, yes.

21   Q.    And he also testified that he did not see a drain in the

22   degreaser pit, correct?

23   A.    I don't know if he was asked that specifically.  He was

24   asked about pipes, and he said there were pipes leading into the

25   pit, but he didn't say anything else, I don't believe.

Q.   So you're discounting -- assuming he did in fact testify

that he did not see a drain in the degreaser pit, you would be

discounting his testimony as well?

A.   Yes.  Again, I mean these are testimony with regard to

George Nelson White and Mr. Borgelt, you know, a one-time

inspection of the degreaser that took place 30 years or longer

prior, compared to contemporaneous documents that have an

engineering diagram, that shows a drain pit, process

specifications on how to operate the vapor degreaser and clean

out the vapor degreaser that refer to a drain in the sump, and

at some level also, my experience with regard to these vapor

degreaser type operations, there's usually a drain in the sump

of the vapor degreasing pit to deal with wastewater and cleanup

water in general.

Q.   Dr. Feenstra, you have not seen any testimony from anyone

who actually saw the drain in the degreaser pit; is that

correct?

A.   I don't believe there is any such testimony.

Q.   Based on the engineering drawings that you've seen, the

drain, if it existed, would have been visible to someone going

into the pit, correct?

A.   I'm not sure I can say.  The pit's four feet deep.  It

would depend on how much of the grating was removed from the pit

before they entered, whether they had a light, what they were

doing.  I don't know.

1    Q.   In the drawings the vapor degreaser was not shown as being

2    directly on top the drain, correct?

3    A.   No.  No.

4    Q.   And in fact, in the drawings, the ladder to get into the

5    degreaser pit came down right next to the drain, didn't it?

6    A.   Very close.  I mean, the pit wasn't that large.

7              THE COURT:  Can I ask, you know, we had TCE over in

8    the other sites, Beaumont, I think in both other sites, and we

9    don't have a degreaser there.  Where did the TCE come from?

10             THE WITNESS:  I believe at Potrero, anyway, Beaumont

11   No. 1, most of that TCE would have come from the Redlands site

12   from the waste solvent, from the clean-out of the vapor

13   degreaser.

14             THE COURT:  So it covered them, too?  That's your

15   explanation?

16             THE WITNESS:  Yeah, it went to Potrero to be burned.

17             THE COURT:  I'm sorry.  It went to be burned there, in

18   a burn pit?

19             THE WITNESS:  Yes, Your Honor.

20             THE COURT:  So it came from the -- they trucked it

21   over there from the -- not from the degreaser.  Why would they

22   do that?

23             THE WITNESS:  Oh.  Because after the mid-1970s -- or

24   excuse me -- the mid-1960s, the evaporation pits were no longer

25   permitted for -- from the San Bernardino County Air Pollution

1    Control District, and it's my understanding that volatile

2    organic compounds like TCE were no longer placed in the

3    evaporation pits after that time, and the waste TCE from the

4    vapor degreaser, removed from the vapor degreaser, would have

5    been put in barrels and sent to Potrero to be burned.

6         THE COURT:  But I thought that nobody knew that that

7    was happening.  You said it was sort of accidental and that

8    people weren't aware and it was a small amount, and it was

9    seeping into the ground after it came out of the pipe.  So how

10   could they be shipping stuff over to Potrero?

11        THE WITNESS:  No.  I suppose I wasn't clear.

12        THE COURT:  It's all right.  No, it may not be your

13   fault at all.

14        THE WITNESS:  As a vapor degreaser operates, the

15   release of pure solvent from the solvent-water separator occurs

16   while the degreaser is in operation.

17        THE COURT:  Yeah, okay.

18        THE WITNESS:  And actually, that's a release of a

19   small amount of pure solvent, out the solvent-water separator,

20   to the sump and out the drain that we've already discussed.  The

21   other waste that's created from the vapor degreaser is that

22   periodically the oil and grease and material that you clean off

23   the metal parts drops down into the vapor degreaser itself where

24   the solvent is boiling, and there comes a time when the

25   concentrations of that oil and grease are high enough that you

can't create enough vapor for the degreaser to clean properly,
and at that point you have to shut it down, and you need to go
through the cleaning process, the very end of which we were just
discussing from these 1962 and '63 process documents.

So you pump out the waste solvent into barrels, you scrape
out any sludge material from the vapor degreaser and put it into
barrels, and then you do the final rinse with the trisodium
phosphate and the water to clean out the degreaser tank itself,
then you fill it up with clean solvent and you start using it
again.

But you've got these barrels then of waste solvent
material, and it's my understanding that in the early days, that
material was sent to evaporation pits at Redlands, but sometime
in the mid-1960s, those barrels of waste solvent from the
degreaser tank itself were sent to Potrero to be burned.

THE COURT:  And so is this sludge that's going over
there, or is it some other kind of residue?

THE WITNESS:  It's often referred to as sludge, but
it's -- depending on how exactly the cleaning operation takes
place, it's still a significant amount of TCE.  It could be in
the range of 30, 40, or 50 percent TCE, with all the oil and
grease and other things that had been removed from the parts
that were being cleaned.

THE COURT:  So I didn't know this before.  At some
point in time, they weren't using these evaporation pits anymore

1    over at Redlands?

2         THE WITNESS:  That's correct, Your Honor.  Well,

3    that's my interpretation, because at some point, and I think in

4    about 1966 or 1967, LPC no longer applied for the air quality

5    control permits for the evaporation pits.

6         THE COURT:  So why do we have a problem over at

7    Potrero?  From the burn pit it's gone into the ground?

8         THE WITNESS:  That's correct.  That the burning

9    process and the way the burning was conducted -- and we know

10   that from many other sites now in retrospect -- is not complete,

11   and during even the very intense burning that takes place from

12   the propellant material, there's enough solvent liquid that's

13   released and enters the ground and doesn't burn completely.

14        THE COURT:  So why couldn't that have been happening

15   at Redlands?  Why do you discount the notion that TCE was put

16   into burn pits in Redlands?

17        THE WITNESS:  Well --

18        THE COURT:  I mean, you're explaining the TCE at

19   Potrero based on burn pits not doing what they were supposed to

20   do in hindsight.

21        THE WITNESS:  Correct.

22        THE COURT:  But they had burn pits at Redlands, we

23   know.

24        THE WITNESS:  That's right, but they also had limits

25   on the amount they could burn at Redlands, and they had

1    evaporation pits for dealing with the TCE wastes at Redlands.

2            THE COURT:  So you think they didn't use burn pits

3    after the mid-'60s at Redlands.

4            THE WITNESS:  Not for solvent waste.  Well, let me

5    back up even further.  I'm not sure how much solvent waste was

6    ever burned at Redlands, because in the early days the solvent

7    wastes would have gone to the evaporation pits, and in the later

8    days, the solvent wastes from Redlands would have gone to

9    Potrero.

10           THE COURT:  I thought I learned the other day that

11   yes, it went to the evaporation pits, but the sludge or stuff

12   that's left there then gets taken in a barrel over to the burn

13   pits.  That the end of the day is not the evaporation pit.

14           THE WITNESS:  That's correct, Your Honor.  But that

15   sludge from the evaporation pit would be largely propellant

16   wastes, AP and the other propellant fuel components rather than

17   the solvents.

18           THE COURT:  So it's your testimony that the solvent

19   waste goes in Redlands to evaporation pits till sometime in the

20   mid-'60s when evaporation pits are no longer used and they

21   hauled it over to a burn pit in Potrero.

22           THE WITNESS:  Yes, Your Honor.

23           THE COURT:  And is there TCE at the other site,

24   LaBorde?

25           THE WITNESS:  LaBorde Canyon?

1            THE COURT:  Yeah.

2            THE WITNESS:  There's not much.  I think a very, very

3    small -- TCE's been detected, but I don't think it's a

4    significant part of any groundwater contamination in LaBorde

5    Canyon.

6            THE COURT:  Okay.  We have to take a break now.  We'll

7    resume at two o'clock.  How much longer do you think you have?

8            MS. ZILIOLI:  An hour and a half, two hours.  I can

9    try to limit it.

10           THE COURT:  Well, yeah, I would anyways.  No matter

11   what.  Well, I doubt we'll finish.  Okay.  Thank you.

12        (Lunch recess taken at 12:45 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**INDEX**</u>

<u>**WITNESS:**</u>                                              <u>**PAGE**</u>:

<u>Stanley Feenstra</u>:     Direct Examination................... 643
                        Cross-Examination.................... 643

*   *   *   *   *   *

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*Bryan Wayne*
BRYAN A. WAYNE

**'**

**'50s** [5] - 661:2, 665:3, 666:18, 670:4, 687:12
**'60s** [2] - 671:5, 672:1
**'63** [1] - 698:4
**'66** [1] - 660:16
**'70s** [3] - 672:1, 687:12, 690:16
**'90s** [1] - 679:1

# 0

**0.5** [1] - 648:23
**08-1160** [1] - 640:4

# 1

**1** [7] - 645:24, 648:5, 673:9, 673:10, 673:15, 677:21, 696:11
**1,1** [6] - 675:12, 675:15, 675:18, 675:24, 680:8, 680:11
**1,1,1** [1] - 665:17
**1,1,1-trichloroethane** [2] - 658:22, 658:25
**1,4-dioxane** [40] - 672:7, 672:10, 672:15, 673:4, 673:8, 673:12, 673:16, 674:2, 674:3, 674:5, 674:8, 674:11, 674:16, 674:19, 674:21, 674:24, 675:6, 676:10, 676:16, 676:19, 677:5, 677:6, 677:14, 677:19, 677:22, 677:25, 678:2, 678:6, 678:12, 678:14, 678:21, 678:24, 678:25, 679:2, 679:20, 679:24, 680:1, 680:3, 680:6
**10** [1] - 684:1
**100** [1] - 683:8
**1047** [2] - 664:13, 664:17
**1050** [1] - 640:16
**119** [1] - 659:13
**11:10** [1] - 640:7
**12** [7] - 659:18, 663:2,

663:15, 664:7, 676:25, 678:10, 692:9
**120** [1] - 685:11
**12:45** [1] - 701:12
**134** [1] - 648:10
**136** [2] - 647:15, 647:24
**139** [3] - 644:15, 651:9, 655:6
**13th** [1] - 692:8
**14** [3] - 640:6, 677:8, 692:6
**14,000-plus** [1] - 678:22
**14,400** [2] - 678:18, 679:7
**15** [2] - 692:6, 692:9
**160** [1] - 688:22
**165** [4] - 662:4, 677:5, 678:12, 678:21
**188** [1] - 662:1
**1950s** [3] - 671:4, 671:17, 688:10
**1956** [1] - 664:25
**1959** [1] - 672:20
**1960** [2] - 660:23, 688:14
**1960s** [3] - 671:17, 672:19, 673:2
**1962** [4] - 681:13, 686:1, 693:20, 698:4
**1963** [6] - 664:10, 681:14, 686:2, 693:8, 693:14, 693:20
**1966** [3] - 661:6, 688:14, 699:4
**1967** [1] - 699:4
**1970s** [3] - 661:2, 671:21, 688:11
**1972** [2] - 651:2, 651:3
**1997** [2] - 678:13, 678:14

# 2

**2** [3] - 645:24, 654:3, 664:20
**20** [3] - 675:14, 675:17, 684:2
**2000** [1] - 649:23
**20001** [1] - 641:3
**2000s** [1] - 679:6
**20026-3986** [1] - 640:24
**20036-5306** [1] - 640:17
**2005** [1] - 649:23

**2008** [2] - 649:14, 649:15
**2011** [2] - 649:17, 649:21
**2013** [1] - 678:13
**2014** [1] - 640:6
**202** [3] - 640:17, 640:25, 641:3
**210** [7] - 644:15, 647:6, 647:12, 651:10, 655:7, 656:8, 657:14
**23** [2] - 677:4, 677:5
**25** [1] - 665:7
**26-1** [1] - 644:17
**27-1** [1] - 644:17
**27-2** [2] - 644:18, 657:20
**29-1** [3] - 644:18, 656:10, 656:13, 656:16, 657:16

# 3

**3** [3] - 644:18, 654:3, 654:19
**30** [6] - 665:7, 667:20, 685:23, 691:7, 695:6, 698:21
**305-0365** [1] - 640:25
**333** [1] - 641:2
**354-3186** [1] - 641:3
**3:00** [1] - 642:5
**3:30** [1] - 642:5

# 4

**4** [7] - 640:9, 644:18, 653:25, 664:12, 673:9, 673:10, 673:15
**40** [4] - 665:7, 667:20, 685:23, 698:21

# 5

**5** [20] - 644:19, 647:14, 649:1, 649:4, 650:1, 650:4, 650:12, 652:20, 652:22, 652:24, 653:7, 653:9, 654:5, 654:9, 655:1, 673:11, 673:14, 677:15
**5,000** [1] - 679:10
**5.8** [1] - 677:10
**50** [1] - 698:21

**57** [1] - 693:20
**58** [1] - 689:18

# 6

**6** [6] - 644:19, 654:22, 655:2, 657:21, 677:13, 677:14
**60** [3] - 648:11, 648:22, 650:7
**601** [1] - 640:23
**640** [1] - 640:8
**643** [2] - 703:4, 703:4
**6714** [1] - 641:2

# 8

**8** [7] - 644:19, 653:23, 653:25, 657:21, 659:17, 663:2, 677:21
**80** [2] - 689:19
**8000** [1] - 640:24
**882** [3] - 691:24, 692:7, 692:8
**883** [1] - 691:25

# 9

**9,200** [1] - 679:9
**91** [8] - 680:15, 681:19, 681:21, 682:3, 689:15, 689:22, 690:15, 690:23
**95** [1] - 673:18
**955-8238** [1] - 640:17

# A

**a.m** [1] - 640:7
**A.M** [1] - 640:9
**ability** [1] - 654:11
**abiotic** [1] - 675:21
**able** [2] - 645:12, 656:6
**above-entitled** [1] - 703:14
**absent** [1] - 688:6
**accident** [1] - 683:1
**accidental** [2] - 683:5, 697:7
**according** [1] - 663:3
**accurate** [5] - 648:17, 648:21, 651:16, 665:8, 668:1
**acetic** [1] - 675:19

**acetone** [1] - 667:14
**acid** [1] - 675:19
**Act** [1] - 682:23
**act** [1] - 673:21
**action** [1] - 680:1
**actions** [1] - 650:22
**activities** [1] - 655:20
**activity** [1] - 663:14
**actual** [4] - 650:9, 650:13, 685:16, 691:17
**added** [3] - 672:10, 673:4, 673:8
**additional** [3] - 645:18, 673:21, 685:15
**additives** [1] - 673:19
**adjourn** [1] - 642:5
**affect** [1] - 658:13
**affects** [1] - 661:16
**affidavit** [25] - 643:6, 643:9, 643:13, 643:17, 644:15, 647:6, 647:9, 647:15, 647:24, 648:10, 651:9, 655:7, 657:15, 658:20, 664:6, 670:12, 675:17, 675:20, 676:25, 677:21, 687:6, 689:18, 691:21, 691:22, 693:21
**affidavits** [1] - 642:15
**afraid** [1] - 676:21
**afterwards** [1] - 679:6
**agree** [10] - 646:25, 649:3, 655:10, 656:24, 657:3, 657:8, 657:17, 662:7, 662:19, 669:21
**agreed** [2] - 642:12, 680:4
**agricultural** [1] - 652:16
**ahead** [7] - 642:20, 645:1, 664:14, 664:22, 668:6, 688:7, 693:22
**aided** [1] - 641:25
**Air** [10] - 644:14, 649:7, 650:9, 650:17, 650:18, 651:5, 653:6, 655:14, 656:21, 696:25
**air** [8] - 662:25, 670:2, 670:7, 670:9, 670:13, 671:2,

694:13, 699:4
**alkali** [1] - 692:14
**allocate** [2] - 645:15, 684:6
**allow** [1] - 693:16
**almost** [3] - 649:11, 686:19, 687:18
**alternative** [4] - 685:18, 687:18, 687:19, 687:21
**aluminum** [4] - 672:12, 675:5, 675:7, 675:23
**AMERICA** [1] - 640:6
**amount** [13] - 645:15, 650:20, 654:15, 673:8, 674:8, 674:12, 676:3, 689:11, 697:8, 697:19, 698:20, 699:25
**answer** [2] - 666:3, 668:7
**anyway** [2] - 677:9, 696:10
**anyways** [1] - 701:10
**AP** [9] - 644:25, 652:12, 656:20, 656:24, 657:3, 669:13, 669:24, 700:16
**AP-contaminated** [1] - 669:13
**apologize** [2] - 645:25, 656:19
**appear** [1] - 689:15
**APPEARANCES** [1] - 640:12
**applications** [2] - 666:13, 671:18
**applied** [2] - 650:19, 699:4
**applies** [2] - 662:17, 680:4
**approval** [1] - 651:6
**area** [17] - 646:9, 646:22, 649:8, 650:7, 650:8, 652:1, 652:2, 652:3, 652:5, 652:9, 652:18, 654:8, 679:12, 679:15, 679:17, 679:24, 685:9
**aside** [1] - 684:5
**associated** [2] - 655:4, 655:15, 676:13, 678:3, 678:7
**association** [4] - 645:18, 657:11, 674:5, 677:25

**assume** [4] - 657:23, 658:4, 660:15, 688:13
**assuming** [3] - 642:2, 642:4, 695:1
**astonished** [1] - 667:23
**attached** [2] - 679:16, 680:21
**attempted** [1] - 645:8
**authorities** [1] - 651:7
**available** [1] - 654:16
**Avenue** [2] - 640:16, 641:2
**aware** [9] - 663:4, 672:24, 678:4, 680:4, 685:6, 688:20, 689:3, 689:24, 697:8

**B**

**bachelor's** [1] - 644:8
**barrel** [2] - 665:12, 700:12
**barrels** [6] - 681:12, 697:5, 698:5, 698:7, 698:11, 698:14
**base** [4] - 650:13, 650:16, 650:20, 655:14
**Base** [6] - 644:14, 649:7, 650:10, 650:18, 653:7, 656:21
**based** [9] - 648:23, 649:4, 649:6, 649:14, 655:21, 665:5, 684:13, 695:19, 699:19
**Based** [1] - 644:16
**basing** [2] - 653:4, 690:19
**basis** [6] - 645:15, 645:17, 658:21, 661:7, 661:11, 689:1
**Bauer** [1] - 672:25
**Beaumont** [3] - 646:5, 696:8, 696:10
**became** [1] - 671:5
**become** [1] - 675:18
**BEFORE** [1] - 640:10
**began** [1] - 666:18
**beginning** [1] - 670:4
**behind** [1] - 688:4
**below** [2] - 681:23, 687:13
**BENCH** [1] - 640:9
**Bernardino** [1] -

696:25
**best** [1] - 665:6
**better** [1] - 642:7
**between** [10] - 659:25, 660:1, 660:4, 660:10, 667:9, 667:25, 673:9, 674:19, 675:23, 677:25
**binder** [3] - 664:13, 691:25, 692:2
**binders** [1] - 692:4
**bit** [3] - 658:18, 680:19, 693:15
**black** [2] - 677:23, 679:3
**blue** [3] - 651:16, 651:24, 677:23
**boiling** [6] - 662:1, 662:4, 685:11, 688:21, 688:25, 697:24
**Borgelt** [4] - 686:14, 686:17, 693:25, 695:5
**borgelt's** [1] - 671:19
**Borgelt's** [3] - 661:4, 686:13, 686:18
**bottom** [1] - 685:14
**box** [1] - 678:10
**brand** [2] - 672:21, 673:4
**break** [2] - 680:19, 701:6
**breakdown** [1] - 680:12
**brings** [1] - 675:12
**brushes** [1] - 667:15
**BRYAN** [3] - 641:1, 703:12, 703:16
**Building** [1] - 682:3
**building** [19] - 659:13, 663:2, 663:15, 664:7, 680:15, 681:19, 681:21, 682:4, 682:12, 686:4, 689:15, 689:21, 690:15, 690:23, 692:12, 693:2, 693:7, 693:14
**buildings** [1] - 659:17
**built** [1] - 669:6
**burn** [14] - 671:3, 671:7, 674:1, 674:23, 696:18, 699:7, 699:13, 699:16, 699:19, 699:22, 699:25, 700:2, 700:12, 700:21

**burned** [5] - 696:16, 696:17, 697:5, 698:15, 700:6
**burning** [5] - 670:23, 670:24, 699:8, 699:9, 699:11
**burns** [1] - 671:6
**BY** [25] - 643:3, 643:23, 645:4, 646:7, 648:2, 650:5, 651:4, 652:17, 653:5, 654:6, 656:7, 658:17, 659:9, 661:3, 664:2, 664:23, 667:4, 667:16, 668:19, 669:4, 686:8, 688:8, 690:12, 692:24, 693:23

**C**

**C-1,2** [1] - 646:17
**cA** [1] - 640:4
**calculations** [1] - 688:13
**California** [3] - 648:25, 679:21, 680:1
**California's** [1] - 670:9
**Canada** [2] - 644:6, 644:11
**Canyon** [2] - 700:25, 701:5
**capability** [1] - 675:5
**capacity** [1] - 674:25
**case** [4] - 643:14, 645:1, 653:2, 678:8
**casings** [1] - 666:15
**catch** [1] - 684:25
**causing** [2] - 654:10, 694:14
**Central** [1] - 660:5
**CERCLA** [1] - 688:5
**certain** [1] - 686:24
**certainly** [7] - 646:11, 649:6, 655:21, 660:11, 661:9, 663:11, 674:2
**certainty** [1] - 643:10
**CERTIFICATE** [1] - 703:11
**certify** [1] - 703:12
**chance** [1] - 643:24
**change** [3] - 655:19, 656:1, 661:25
**changed** [3] - 657:24, 670:10, 670:11
**characteristic** [1] -

645:19
**characterization** [1] - 680:2
**chart** [2] - 647:23, 677:1
**check** [1] - 683:17
**checked** [1] - 648:19
**chemical** [5] - 661:16, 662:12, 672:10, 675:10, 678:2
**Chemical** [2] - 668:17, 672:25
**chemicals** [3] - 660:6, 669:22, 675:11
**Chicago** [1] - 642:9
**chlorate** [1] - 652:11
**chlorinated** [2] - 666:24, 667:12
**Chlorothene** [10] - 659:4, 664:21, 665:17, 667:22, 668:3, 668:9, 668:14, 668:16, 672:22, 673:5
**Christian** [1] - 659:16
**circumstance** [1] - 648:9
**circumstances** [1] - 650:15
**CIS** [1] - 645:23
**cis-1,2** [4] - 646:22, 647:1, 647:7, 647:14
**cis-1,2-dichloroethylene** [4] - 645:20, 645:23, 646:12, 657:12
**clean** [10] - 658:5, 667:15, 686:1, 695:9, 696:12, 697:22, 698:1, 698:8, 698:9
**clean-out** [1] - 696:12
**cleaned** [4] - 649:18, 691:5, 692:13, 698:23
**cleaning** [22] - 663:14, 663:22, 663:24, 664:4, 664:6, 665:3, 666:13, 666:14, 667:1, 667:24, 671:9, 671:16, 671:20, 671:25, 681:9, 686:3, 691:10, 691:19, 692:14, 692:22, 698:3, 698:19
**cleanup** [3] - 655:14, 655:16, 695:13
**clear** [6] - 654:7, 656:12, 660:11,

671:23, 694:4, 697:11

**close** [7] - 647:1, 650:3, 650:13, 654:5, 674:1, 677:9, 696:6

**closer** [3] - 650:16, 688:24

**clue** [1] - 667:25

**cluster** [1] - 648:4

**colder** [2] - 662:20, 662:22

**collect** [2] - 669:9, 669:12

**COLUMBIA** [1] - 640:1

**column** [3] - 677:4, 678:18, 679:7

**comfortable** [1] - 659:2

**coming** [4] - 650:17, 653:20, 653:21, 654:2

**common** [1] - 680:3

**company** [3] - 648:12, 660:15, 660:21

**Company** [1] - 643:25

**compared** [5] - 652:3, 660:25, 676:3, 678:22, 695:7

**comparison** [2] - 685:16, 689:12

**complete** [2] - 675:24, 699:10

**completely** [2] - 649:12, 699:13

**components** [2] - 687:15, 700:16

**compound** [2] - 662:9, 692:14

**compounds** [3] - 667:13, 688:5, 697:2

**computer** [1] - 641:25

**computer-aided** [1] - 641:25

**concentration** [16] - 648:20, 653:12, 653:22, 653:25, 654:5, 654:14, 654:16, 654:18, 655:1, 655:4, 655:22, 658:7, 658:13, 676:2, 677:10, 677:13

**concentrations** [23] - 645:16, 646:25, 647:3, 647:13, 647:21, 647:25, 648:8, 649:24, 650:12, 650:15, 654:1, 654:25,

655:14, 655:19, 655:25, 656:2, 674:1, 675:13, 676:14, 676:18, 679:17, 680:9, 697:25

**concept** [1] - 662:17

**concern** [2] - 670:24, 671:2

**concerning** [1] - 659:12

**conclude** [1] - 657:6

**concluded** [2] - 656:18, 694:13

**conclusion** [1] - 656:6

**conditioner** [1] - 694:13

**conditions** [1] - 653:24

**conducted** [1] - 699:9

**conflict** [1] - 686:12

**confronted** [1] - 687:22

**confused** [2] - 660:17, 669:2

**confusing** [1] - 668:11

**Connecticut** [1] - 640:16

**consider** [4] - 659:12, 663:9, 691:3, 693:25

**considered** [4] - 659:14, 659:16, 663:11, 687:15

**consistent** [3] - 647:14, 687:11, 688:24

**constituents** [2] - 645:18, 675:2

**Constitution** [1] - 641:2

**constructed** [1] - 669:7

**consultant** [1] - 648:15

**contact** [1] - 683:11

**contain** [1] - 643:9

**contains** [1] - 653:14

**contaminant** [4] - 648:25, 665:24, 678:17, 679:20

**contaminated** [4] - 669:13, 669:14, 682:9, 684:1

**contaminates** [1] - 657:4

**contamination** [5] - 652:9, 681:3, 683:13, 684:3, 701:4

**contemporaneous** [5] - 660:6, 666:6,

686:5, 687:24, 695:7

**continued** [1] - 658:9

**contradicted** [1] - 661:9

**contradiction** [2] - 666:5, 687:23

**contradictions** [1] - 659:24

**contribute** [2] - 655:15, 670:6

**contributed** [1] - 656:13

**contribution** [3] - 653:10, 653:24, 657:13

**contributions** [6] - 644:16, 654:8, 654:10, 656:9, 656:17, 658:10

**Control** [1] - 697:1

**control** [3] - 650:20, 670:8, 699:5

**controlled** [1] - 672:3

**copy** [1] - 643:16

**CORPORATION** [1] - 640:3

**Correct** [1] - 672:23

**correct** [92] - 644:6, 644:7, 644:12, 644:22, 644:24, 645:2, 645:6, 645:10, 646:3, 646:6, 646:22, 647:2, 647:3, 648:5, 648:6, 648:13, 648:14, 648:23, 649:1, 649:2, 650:10, 650:18, 653:10, 656:10, 656:11, 656:18, 656:22, 657:4, 657:18, 657:22, 657:23, 658:24, 659:8, 659:22, 661:17, 661:18, 661:20, 662:2, 662:3, 662:16, 662:20, 663:2, 666:2, 668:21, 668:22, 669:7, 671:10, 672:8, 672:11, 672:25, 674:9, 674:17, 676:1, 676:5, 676:9, 676:11, 677:6, 677:9, 677:12, 678:15, 678:20, 679:10, 679:11, 679:21, 680:8, 680:9, 680:17,

682:11, 683:15, 683:19, 684:10, 684:22, 690:1, 690:13, 690:14, 691:1, 691:11, 691:12, 691:14, 691:17, 694:3, 694:9, 694:11, 694:22, 695:17, 695:21, 696:2, 699:2, 699:8, 699:21, 700:14, 703:13

**corrected** [1] - 665:22

**correctly** [1] - 690:2

**cost** [3] - 655:16, 657:25, 658:6

**costs** [4] - 655:10, 656:3, 658:3, 658:13

**County** [1] - 696:25

**couple** [4] - 650:2, 673:20, 676:12, 685:13

**COURT** [101] - 640:1, 642:2, 642:24, 643:18, 644:23, 644:25, 645:21, 646:4, 647:11, 647:16, 647:18, 647:20, 649:15, 649:18, 649:22, 650:25, 651:3, 651:11, 651:14, 651:18, 651:21, 651:25, 652:7, 652:12, 653:1, 655:8, 655:13, 656:4, 657:23, 658:4, 658:14, 658:16, 659:5, 659:7, 660:14, 663:20, 663:24, 664:8, 664:11, 664:14, 664:17, 664:22, 666:10, 666:16, 666:19, 667:11, 668:6, 668:9, 668:13, 668:15, 669:1, 682:6, 682:9, 682:14, 682:22, 682:25, 683:14, 683:16, 683:21, 684:4, 684:9, 684:11, 684:16, 684:19, 684:23, 685:2, 685:6, 685:17, 686:23, 687:19, 688:7, 690:2, 690:5, 690:9,

691:20, 692:2, 692:5, 692:7, 692:13, 692:19, 693:22, 696:7, 696:14, 696:17, 696:20, 697:6, 697:12, 697:17, 698:16, 698:24, 699:6, 699:14, 699:18, 699:22, 700:2, 700:10, 700:18, 700:23, 701:1, 701:6, 701:10

**court** [1] - 644:3

**Court** [3] - 641:1, 641:1, 703:12

**Courthouse** [1] - 641:2

**cover** [1] - 664:4

**covered** [1] - 696:14

**create** [1] - 698:1

**created** [1] - 697:21

**CROSS** [1] - 643:22

**Cross** [1] - 703:4

**CROSS-EXAMINATION** [1] - 643:22

**Cross-Examination.. ................** [1] - 703:4

**crosses** [1] - 648:1

**CRR** [1] - 641:1

**Crutcher** [1] - 640:16

**curious** [1] - 644:4

**cyclohexanone** [1] - 665:4

# D

**D-I-C-H-L-O-R-O-E-T -H-Y-L-E-N-E** [1] - 645:24

**D.C** [1] - 640:6

**dash** [2] - 645:23, 645:24

**data** [8] - 648:21, 649:6, 649:14, 649:16, 652:20, 655:21, 656:23, 657:2

**date** [3] - 664:6, 664:8, 664:10

**David** [1] - 672:24

**DAVID** [1] - 640:15

**DAY** [1] - 640:9

**days** [4] - 669:15, 698:12, 700:6, 700:8

**DC** [3] - 640:17, 640:24, 641:3

**DCE** [11] - 646:17,

646:22, 647:1,
647:7, 647:14,
675:12, 675:15,
675:18, 675:24,
680:8, 680:11
**deal** [1] - 695:13
**dealing** [2] - 658:8,
700:1
**deep** [2] - 685:14,
695:22
**deeper** [1] - 682:12
**Defendant** [2] - 640:7,
640:18
**Defense** [1] - 640:22
**defined** [1] - 682:23
**degradation** [1] -
675:21
**degrade** [1] - 674:4
**degraded** [3] - 675:8,
675:14, 675:18
**degrades** [1] - 675:11
**degrading** [2] - 675:9,
675:10
**degreaser** [85] -
666:18, 680:15,
680:16, 680:21,
680:23, 681:1,
681:2, 681:5, 681:7,
681:9, 681:11,
681:16, 682:19,
683:7, 683:9,
683:18, 684:7,
684:15, 685:10,
685:11, 685:16,
685:20, 685:24,
686:1, 686:3,
686:10, 686:15,
686:18, 687:1,
687:16, 688:10,
688:18, 688:19,
688:22, 689:4,
689:14, 689:21,
690:8, 690:11,
690:15, 690:17,
690:20, 690:22,
690:25, 691:2,
691:5, 691:6,
691:10, 691:14,
691:19, 692:21,
692:23, 693:7,
693:16, 693:17,
693:25, 694:2,
694:5, 694:8,
694:11, 694:14,
694:16, 694:22,
695:2, 695:6, 695:9,
695:10, 695:12,
695:16, 696:1,
696:5, 696:9,
696:13, 696:21,

697:4, 697:14,
697:16, 697:21,
697:23, 698:1,
698:6, 698:8, 698:15
**degreasing** [1] -
695:13
**degree** [7] - 643:10,
646:10, 653:16,
654:3, 655:3,
658:10, 683:25
**degrees** [4] - 644:8,
662:1, 662:4, 688:22
**demonstrative** [4] -
648:11, 648:22,
650:7, 677:21
**Department** [1] -
640:22
**depict** [1] - 652:9
**depicted** [2] - 649:20,
652:4
**depiction** [1] - 648:17
**deposition** [14] -
659:14, 659:22,
659:25, 660:8,
660:11, 665:23,
666:2, 685:22,
686:6, 686:18,
686:19, 687:23,
691:8, 691:9
**depositions** [2] -
642:15, 659:25
**describe** [2] - 670:18,
689:20
**described** [4] -
647:24, 663:13,
687:6, 691:18
**describing** [3] - 660:6,
663:14, 689:4
**design** [1] - 684:20
**designated** [2] -
651:12, 652:7
**detectable** [1] -
679:18
**detected** [2] - 679:5,
701:3
**detection** [2] - 648:23,
676:19
**detections** [5] - 676:3,
677:22, 678:1,
679:8, 679:9
**detergent** [1] - 692:17
**determine** [1] - 679:23
**developing** [1] -
687:16
**diagram** [5] - 651:21,
679:15, 685:25,
691:18, 695:8
**Dickey** [1] - 682:23
**difference** [11] -
658:12, 660:4,

660:10, 660:12,
661:24, 661:25,
665:19, 666:20,
666:23, 667:8, 667:9
**different** [14] - 649:5,
649:6, 649:8,
659:25, 660:1,
660:7, 665:9, 666:7,
667:3, 667:6, 667:7,
667:13, 668:1,
676:24
**difficult** [1] - 665:25
**dilute** [3] - 654:12,
655:1, 655:3
**diluting** [1] - 654:13
**dilution** [3] - 653:16,
654:3, 654:16,
658:11
**dimensions** [1] -
682:5
**DIRECT** [1] - 643:2
**Direct** [1] - 703:4
**direction** [2] - 646:20,
646:23
**directions** [1] - 653:19
**directly** [4] - 669:22,
686:17, 687:20,
696:2
**disappear** [1] - 688:3
**disappeared** [2] -
649:11, 649:12
**discharge** [6] -
682:20, 687:10,
687:13, 689:3,
689:14
**discharged** [8] -
672:16, 674:11,
674:12, 677:16,
680:17, 681:18,
683:9, 689:7
**discharging** [1] -
693:4
**discount** [2] - 686:15,
699:15
**discounting** [3] -
691:16, 695:1, 695:3
**discrepancy** [1] -
666:4
**discussed** [2] -
657:11, 697:20
**discussing** [1] - 698:4
**disk** [1] - 642:18
**disks** [1] - 642:13
**disposal** [4] - 669:5,
672:3, 674:22,
689:21
**dispose** [1] - 693:1
**disposed** [1] - 692:11
**disposing** [1] - 663:17
**distinguish** [1] -

667:25
**distributed** [1] - 679:1
**DISTRICT** [3] - 640:1,
640:1, 640:10
**District** [1] - 697:1
**dive** [1] - 643:24
**document** [8] - 644:2,
664:5, 664:8,
664:16, 664:18,
691:20, 692:9, 693:8
**documentation** [2] -
660:5, 660:6
**documents** [26] -
659:3, 660:19,
660:21, 661:9,
663:16, 664:3,
665:2, 666:6, 666:9,
666:10, 668:20,
668:24, 670:18,
671:14, 671:21,
671:24, 681:6,
684:14, 686:5,
686:6, 687:24,
689:20, 689:24,
691:18, 695:7, 698:4
**done** - 657:25,
671:4, 671:22, 679:2
**dots** [3] - 648:4,
677:23, 679:3
**double** [1] - 683:17
**double-check** [1] -
683:17
**doubt** [1] - 701:11
**Dow** [3] - 668:17,
672:22, 672:25
**down** [8] - 654:2,
662:14, 662:15,
679:9, 680:19,
696:5, 697:23, 698:2
**downgradient** [1] -
650:14
**Dr** [31] - 642:22,
643:4, 643:6,
643:20, 643:24,
644:13, 644:15,
646:8, 646:25,
647:24, 648:12,
651:5, 652:18,
653:6, 655:6, 656:8,
656:20, 657:14,
658:18, 659:10,
661:4, 661:10,
662:7, 664:24,
672:2, 672:24,
680:16, 688:9,
692:25, 693:24,
695:15
**drain** [27] - 681:15,
683:9, 684:16,
684:17, 684:19,

684:21, 685:21,
685:25, 686:3,
686:25, 691:10,
691:13, 692:11,
693:1, 693:10,
693:13, 693:17,
694:21, 695:2,
695:8, 695:10,
695:12, 695:16,
695:20, 696:2,
696:5, 697:20
**drained** [1] - 681:11
**drains** [1] - 686:4
**draw** [1] - 653:19
**drawings** [4] - 684:20,
695:19, 696:1, 696:4
**drawn** [2] - 648:22,
649:3
**drew** [1] - 648:12
**drops** [1] - 697:23
**dry** [1] - 667:1
**dumped** [6] - 663:7,
663:10, 663:12,
665:9, 687:20,
687:24
**dumping** [11] -
658:19, 659:11,
659:12, 659:17,
660:3, 661:11,
663:1, 663:5, 663:8,
663:13, 664:25
**Dunn** [1] - 640:16
**duration** [1] - 658:9
**during** [6] - 661:1,
662:20, 662:23,
679:6, 685:11,
699:11
**duty** [1] - 685:3

# E

**Earl** [1] - 659:12
**early** [7] - 661:2,
669:14, 671:17,
672:19, 690:16,
698:12, 700:6
**easier** [1] - 691:10
**east** [3] - 653:13,
653:21, 679:16
**edge** [1] - 679:12
**effect** [1] - 653:12
**efficiently** [1] - 683:8
**effort** [1] - 658:5
**eight** [1] - 657:16
**either** [3] - 646:13,
659:24, 679:18
**eliminate** [2] - 646:15,
681:4
**eliminated** [2] -

680:23, 681:1
**ELLEN** [1] - 640:10
**embrace** [1] - 685:17
**emissions** [1] - 671:3
**employee** [9] -
658:19, 659:10,
659:25, 660:1,
661:10, 663:4,
663:6, 663:8, 667:17
**employee's** [1] - 666:1
**employees** [7] -
659:15, 659:23,
660:1, 660:3,
661:13, 663:13,
665:6
**end** [7] - 642:12,
681:22, 681:23,
686:18, 693:18,
698:3, 700:13
**ended** [1] - 655:20
**engineering** [4] -
685:25, 691:17,
695:8, 695:19
**ENRD** [1] - 640:22
**enter** [1] - 667:1
**entered** [1] - 695:24
**enters** [1] - 699:13
**entitled** [1] - 703:14
**environment** [1] -
680:17
**Environmental** [1] -
640:22
**equipment** [8] -
663:15, 663:22,
663:25, 664:1,
664:4, 664:7, 665:3,
666:15
**Erica** [1] - 643:19
**ERICA** [1] - 640:19
**error** [2] - 656:14,
656:19
**ESH** [1] - 640:4
**especially** [1] - 675:2
**ESQ** [11] - 640:13,
640:13, 640:14,
640:14, 640:15,
640:18, 640:19,
640:19, 640:20,
640:20, 640:21
**essentially** [4] -
649:11, 678:16,
683:3, 683:4
**establishment** [1] -
667:2
**evaluate** [2] - 658:3,
665:25
**evaluated** [4] -
645:17, 646:11,
646:14, 646:21
**evaluation** [3] -

644:16, 648:20,
665:23
**evaporate** [5] -
661:17, 661:21,
669:10, 670:5,
694:15
**evaporated** [1] - 689:8
**evaporating** [1] -
675:9
**evaporation** [29] -
661:19, 662:7,
662:9, 662:11,
662:15, 662:22,
669:7, 669:16,
669:21, 670:2,
670:14, 670:17,
670:20, 687:14,
689:5, 689:11,
696:24, 697:3,
698:13, 698:25,
699:5, 700:1, 700:7,
700:11, 700:13,
700:15, 700:19,
700:20
**evidence** [4] - 642:13,
666:6, 676:4, 689:3
**evident** [1] - 644:17,
694:10
**exact** [2] - 664:6,
671:22
**exactly** [3] - 660:13,
670:19, 698:19
**EXAMINATION** [2] -
643:2, 643:22
**examination** [1] -
659:22
**Examination**.............
... [1] - 703:4
**Examination**.............
.... [1] - 703:4
**examine** [1] - 694:5
**example** [3] - 653:18,
663:15, 692:15
**exceeded** [1] - 650:4
**excerpts** [1] - 693:21
**exclusively** [1] - 687:8
**excuse** [6] - 649:16,
657:4, 677:19,
680:5, 680:25,
696:24
**Exhibit** [2] - 664:13,
691:24
**exhibit** [1] - 650:25
**exhibits** [2] - 642:15,
642:17
**exist** [1] - 646:23
**existed** [1] - 695:20
**exited** [1] - 682:11
**expansion** [1] - 682:3
**expect** [5] - 658:21,

662:22, 674:6,
674:20, 689:14
**expected** [1] - 658:11
**experience** [1] -
695:11
**expert** [3] - 643:6,
656:18, 672:24
**expertise** [1] - 643:10
**explain** [2] - 687:9,
693:12
**explaining** [1] -
699:18
**explanation** [1] -
696:15

## F

**facility** [5] - 669:6,
675:13, 680:15,
684:14, 690:13
**fact** [13] - 649:7,
650:17, 657:20,
657:24, 660:4,
663:9, 667:20,
674:22, 684:2,
684:11, 695:1, 696:4
**factor** [3] - 658:8,
660:2, 660:24
**Fahrenheit** [2] - 662:2,
662:5
**fair** [1] - 654:20
**fairly** [2] - 667:1,
680:9
**far** [5] - 654:23, 677:4,
678:8, 679:12,
688:19
**fashion** [1] - 674:4
**fault** [1] - 697:13
**February** [1] - 640:6
**Feenstra** [34] -
642:22, 643:4,
643:6, 643:20,
643:24, 644:4,
644:13, 644:15,
646:8, 646:25,
647:24, 648:12,
651:5, 652:18,
653:6, 656:8,
656:20, 657:14,
658:18, 659:10,
661:4, 661:10,
662:7, 664:12,
664:24, 672:2,
672:24, 680:16,
688:9, 692:3,
692:25, 693:24,
695:15, 703:4
**FEENSTRA** [1] - 643:1
**Feenstra's** [1] - 655:6

**feet** [1] - 695:22
**few** [2] - 649:13, 679:3
**fewer** [1] - 666:13
**field** [1] - 643:11
**figure** [2] - 684:6,
684:24
**fill** [1] - 698:9
**filled** [1] - 690:18
**final** [3] - 686:2,
692:22, 698:7
**fine** [3] - 642:19,
654:21, 659:6
**finish** [3] - 642:4,
642:7, 701:11
**fire** [1] - 669:25
**first** [5] - 648:4, 666:1,
671:14, 672:20,
678:11
**FLETCHER** [1] -
640:14
**floor** [3] - 681:15,
683:9, 694:11
**flowing** [1] - 687:2
**fluctuate** [1] - 662:8
**fluctuates** [1] - 662:9
**flushing** [1] - 692:10
**focus** [1] - 677:2
**follow** [1] - 664:24
**follow-up** [1] - 664:24
**foot** [1] - 685:14
**FOR** [2] - 640:1, 643:1
**Force** [9] - 644:14,
649:7, 650:10,
650:17, 650:18,
651:5, 653:6,
655:14, 656:21
**foregoing** [1] - 703:13
**former** [14] - 644:14,
649:7, 650:9, 653:6,
656:21, 659:15,
659:23, 661:12,
663:6, 663:13,
665:6, 666:1,
679:13, 679:16
**Fotouhi** [1] - 691:23
**FOTOUHI** [12] -
640:15, 642:21,
643:3, 643:16,
664:10, 664:12,
664:19, 668:4,
691:24, 692:3,
692:6, 692:8
**four** [3] - 660:25,
685:14, 695:22
**four-foot-deep** [1] -
685:14
**frankly** [1] - 666:8
**frequent** [1] - 688:5
**frequently** [1] - 679:18
**Friday** [1] - 640:6

**front** [3] - 647:11,
647:12, 664:18
**fuel** [2] - 675:4, 700:16
**future** [6] - 655:10,
655:16, 655:17,
655:19, 656:1, 656:3

## G

**Gage** [10] - 644:17,
644:18, 656:10,
656:13, 656:16,
656:24, 657:16,
657:20
**gallon** [3] - 683:10,
687:7, 689:12
**gallons** [2] - 685:11,
685:13
**gas** [2] - 676:4, 676:8
**gasoline** [1] - 667:14
**GCR/LPC** [1] - 689:20
**general** [12] - 661:20,
662:24, 666:13,
666:14, 666:15,
667:24, 669:15,
671:8, 671:16,
671:20, 671:25,
695:14
**general-purpose** [1] -
666:13
**generally** [3] - 647:1,
650:13, 681:10
**gentleman** [1] - 653:3
**gentlemen** [1] -
660:16
**George** [2] - 691:3,
695:5
**Gibson** [1] - 640:16
**given** [5] - 659:25,
671:7, 674:5,
674:19, 687:7
**gold** [2] - 652:7, 652:8
**government** [1] -
642:3
**graduate** [1] - 644:8
**Grand** [1] - 660:5
**graphs** [1] - 645:3
**grating** [1] - 695:23
**grease** [3] - 697:22,
697:25, 698:22
**green** [1] - 648:4
**ground** [22] - 659:13,
662:24, 665:10,
669:22, 669:25,
674:13, 681:18,
681:20, 681:23,
682:7, 682:10,
682:13, 684:20,
687:14, 687:20,

689:13, 689:15, 693:5, 697:9, 699:7, 699:13
**groundwater** [14] - 650:23, 652:19, 657:2, 672:6, 672:7, 673:24, 674:6, 674:21, 675:22, 678:16, 682:13, 683:13, 687:9, 701:4
**guess** [5] - 642:17, 664:17, 671:21, 674:25, 693:11
**gushing** [1] - 684:24

**H**

**half** [5] - 653:20, 653:21, 653:25, 673:20, 701:8
**hand** [3] - 643:16, 648:3, 650:7
**handling** [1] - 689:20
**hauled** [1] - 700:21
**hazard** [1] - 669:25
**head** [1] - 676:20
**heading** [1] - 687:10
**headings** [1] - 678:11
**heard** [3] - 666:22, 667:21, 668:25
**heating** [1] - 685:11
**heavy** [1] - 685:3
**heavy-duty** [1] - 685:3
**HEMINGER** [1] - 640:20
**high** [6] - 647:14, 647:21, 648:7, 675:13, 692:17, 697:25
**high-strength** [1] - 692:17
**higher** [13] - 647:8, 648:8, 649:25, 650:12, 652:20, 652:22, 653:12, 654:17, 655:22, 661:14, 661:19, 688:2
**highest** [3] - 650:15, 676:15, 677:10
**highlighted** [1] - 693:1
**himself** [1] - 665:22
**hindsight** [1] - 699:20
**historical** [1] - 642:15
**history** [1] - 684:12
**home** [1] - 642:7
**Honor** [40] - 642:21, 643:17, 643:19, 644:24, 646:6,

649:16, 649:25, 651:2, 651:13, 651:20, 653:20, 655:11, 655:18, 656:6, 658:2, 658:15, 659:6, 660:18, 663:23, 664:10, 664:16, 664:19, 666:12, 668:4, 668:12, 683:20, 684:10, 684:18, 684:25, 687:23, 690:4, 691:23, 691:24, 692:6, 692:8, 693:19, 696:19, 699:2, 700:14, 700:22
**HONORABLE** [1] - 640:10
**hope** [2] - 642:6, 647:11
**hour** [1] - 701:8
**hours** [1] - 701:8
**housekeeping** [1] - 642:12
**HUVELLE** [1] - 640:10
**hypothetical** [2] - 654:18, 654:22

**I**

**identified** [5] - 646:12, 656:9, 660:24, 678:15, 679:2
**identify** [1] - 647:6
**illustration** [1] - 653:20
**implemented** [1] - 650:22
**important** [3] - 660:2, 678:16, 687:15
**incarnation** [1] - 693:8
**include** [1] - 642:13
**including** [1] - 662:18
**inconsistencies** [1] - 659:24
**inconsistency** [1] - 686:13
**inconsistent** [1] - 660:8
**incorrectly** [1] - 675:19
**increase** [3] - 653:9, 654:11, 656:1
**increased** [1] - 682:4
**INDEX** [1] - 703:1
**indicate** [7] - 656:23, 657:13, 666:7,

672:15, 677:15, 677:19, 686:12
**indicated** [2] - 666:11, 677:10
**indicates** [2] - 684:14, 686:2
**indication** [1] - 665:5
**industrial** [7] - 652:10, 652:13, 657:3, 665:24, 682:22, 692:16, 692:17
**infiltrated** [1] - 681:22
**information** [2] - 681:25, 682:2
**infrequent** [1] - 676:3
**inhibited** [7] - 672:13, 672:14, 672:16, 672:18, 673:14, 674:9, 674:11
**inhibiting** [1] - 675:5
**inhibitors** [1] - 673:21
**inside** [1] - 692:22
**inspection** [1] - 695:6
**installations** [1] - 684:2
**instance** [1] - 686:24
**instead** [1] - 649:4
**intense** [1] - 699:11
**intent** [5] - 669:11, 669:16, 669:18, 678:25, 683:6
**intentional** [2] - 682:20, 682:25
**interpretation** [1] - 699:3
**investigate** [1] - 694:3
**investigated** [1] - 684:1
**involved** [1] - 686:20
**issue** [1] - 682:17
**issues** [1] - 683:23
**item** [1] - 664:20
**itself** [13] - 678:1, 678:6, 680:23, 681:2, 681:7, 685:10, 685:11, 685:16, 685:24, 687:13, 697:23, 698:8, 698:15

**J**

**JENNIFER** [1] - 640:20
**JESSICA** [1] - 640:19
**JOHN** [1] - 640:18
**JOHNSON** [1] - 640:21
**JUDGE** [1] - 640:10

**judge** [1] - 652:18
**Justice** [1] - 640:22
**JUSTIN** [2] - 640:14, 640:20

**K**

**keep** [1] - 668:10
**kind** [1] - 698:17

**L**

**labeled** [2] - 666:20, 692:9
**LaBorde** [3] - 700:24, 700:25, 701:4
**ladder** [1] - 696:4
**large** [2] - 679:15, 696:6
**largely** [2] - 660:8, 700:15
**Larry** [2] - 661:4, 693:25
**last** [4] - 644:3, 666:2, 675:8, 684:1, 686:19
**late** [9] - 661:2, 666:18, 670:4, 671:4, 671:17, 671:21, 679:1, 687:12, 688:10
**leading** [2] - 679:12, 694:24
**leak** [3] - 687:4, 687:5, 694:2
**leakage** [1] - 694:10
**leaking** [1] - 685:7
**leaks** [3] - 694:6, 694:7, 694:8
**learned** [1] - 700:10
**least** [2] - 669:14, 688:24
**leave** [1] - 688:4
**left** [2] - 648:3, 700:12
**left-hand** [1] - 648:3
**length** [1] - 682:2
**less** [4] - 662:22, 673:11, 673:14, 677:15
**level** [8] - 648:7, 648:25, 649:15, 653:9, 678:2, 679:20, 680:1, 695:11
**levels** [4] - 647:7, 647:8, 652:20, 655:9
**Lewis** [1] - 686:9
**light** [1] - 695:24
**likely** [2] - 662:12,

677:20
**limit** [4] - 648:23, 650:20, 676:19, 701:9
**limits** [1] - 699:24
**line** [6] - 679:8, 692:11, 692:25, 693:2, 693:11, 693:13
**liquid** [2] - 662:18, 699:12
**list** [4] - 647:5, 656:15, 657:15, 657:16
**liter** [20] - 648:5, 648:23, 649:1, 649:4, 649:5, 650:2, 650:13, 652:21, 652:25, 653:7, 653:9, 653:23, 654:3, 654:9, 654:19, 654:23, 655:1, 655:2, 677:11, 677:14
**literature** [1] - 673:7
**live** [1] - 644:6
**LLP** [1] - 640:16
**location** [4] - 645:16, 648:20, 650:9, 674:22
**locations** [6] - 647:4, 650:1, 676:12, 679:3, 679:5, 680:9
**Lockheed** [16] - 642:21, 643:25, 648:15, 657:17, 657:20, 664:13, 669:6, 670:2, 670:13, 671:8, 671:12, 672:18, 679:23, 680:4, 680:5, 692:4
**LOCKHEED** [1] - 640:3
**Lockheed's** [4] - 657:25, 661:5, 669:5, 672:3
**look** [15] - 647:9, 647:23, 648:3, 649:5, 649:8, 650:6, 660:18, 664:16, 666:21, 666:22, 678:10, 678:11, 692:7, 693:7, 694:2
**looking** [8] - 644:2, 647:5, 651:15, 656:8, 666:19, 677:4, 679:4, 688:9
**looks** [1] - 652:2
**loss** [2] - 675:6, 690:10

**losses** [2] - 694:3, 694:18
**lost** [1] - 675:5
**loud** [1] - 645:25
**low** [7] - 647:3, 647:8, 655:8, 655:13, 676:18, 679:18, 680:9
**lower** [5] - 652:24, 653:7, 654:1, 654:9, 655:4
**LPC** [5] - 659:3, 660:5, 679:13, 679:16, 699:4
**LUDWISZEWSKI** [1] - 640:13
**Lunch** [1] - 701:12

# M

**machine** [1] - 641:25
**main** [4] - 658:8, 666:17, 675:4, 676:13
**majority** [1] - 674:15
**malfunction** [1] - 686:25
**malfunctioning** [1] - 683:21
**manufacturing** [4] - 660:7, 660:20, 660:23, 666:8
**map** [4] - 648:12, 652:4, 652:10, 679:4
**margins** [2] - 676:12, 678:8
**Martin** [2] - 642:21, 692:4
**MARTIN** [1] - 640:3
**Martin's** [1] - 664:13
**material** [6] - 671:7, 697:22, 698:6, 698:12, 698:13, 699:12
**materials** [1] - 669:24
**matter** [4] - 642:12, 643:7, 701:10, 703:14
**maximum** [2] - 648:25, 679:20
**mean** [8] - 649:18, 678:7, 685:19, 686:18, 687:3, 695:4, 696:6, 699:18
**meaning** [1] - 682:25
**means** [3] - 661:19, 683:1, 693:6
**meant** [1] - 652:8
**measurable** [1] -

**654:15
**meet** [3] - 651:24, 652:5, 655:24
**melded** [1] - 642:13
**memory** [1] - 662:3
**metal** [3] - 672:12, 675:23, 697:23
**metals** [1] - 675:2
**method** [1] - 657:25
**MICHAEL** [1] - 640:13
**micrograms** [20] - 648:5, 648:23, 649:1, 649:4, 650:1, 650:13, 652:21, 652:25, 653:7, 653:9, 653:23, 654:3, 654:9, 654:19, 654:23, 655:1, 655:2, 677:11, 677:14
**mid-'60s** [4] - 660:16, 682:3, 700:3, 700:20
**mid-1960s** [6] - 670:9, 670:23, 671:9, 671:13, 696:24, 698:14
**mid-1970s** [1] - 696:23
**middle** [1] - 677:1
**might** [6] - 652:1, 655:16, 658:11, 667:14, 678:24
**migration** [1] - 650:21
**mind** [1] - 647:22
**mineral** [1] - 667:14
**minor** [1] - 687:5
**mischaracterizing** [2] - 668:5, 682:14
**mix** [1] - 654:25
**mixed** [6] - 645:5, 651:19, 652:23, 653:8, 678:3, 681:10
**mixes** [1] - 652:14
**mixing** [15] - 653:11, 653:13, 653:14, 653:21, 654:4, 654:14, 654:22, 663:14, 663:22, 663:25, 664:4, 664:7, 665:3, 666:15
**mobile** [1] - 674:4
**modest** [1] - 661:24
**molecule** [3] - 645:11, 645:14
**molecule-by-molecule** [1] - 645:14
**monitored** [1] - 649:20
**monitoring** [3] -

650:2, 655:21, 656:23
**morning** [8] - 642:4, 642:24, 642:25, 643:4, 643:5, 643:19, 643:20, 643:21
**most** [10] - 647:4, 650:15, 652:5, 660:2, 660:23, 667:7, 680:22, 687:17, 688:5, 696:11
**motor** [1] - 666:15
**move** [1] - 669:3
**moved** [3] - 650:21, 651:12, 671:5
**moves** [1] - 655:12
**moving** [1] - 653:13
**MR** [1] - 642:21, 643:3, 643:16, 664:10, 664:12, 664:19, 668:4, 691:24, 692:3, 692:6, 692:8
**MS** [33] - 643:19, 643:23, 644:24, 645:4, 646:1, 646:7, 647:23, 648:2, 650:5, 651:2, 651:4, 652:17, 653:5, 654:6, 656:7, 658:15, 658:17, 659:9, 661:3, 664:2, 664:15, 664:23, 667:4, 667:16, 668:19, 669:3, 669:4, 686:8, 688:8, 690:12, 692:24, 693:23, 701:8
**Mulder** [6] - 659:16, 660:9, 663:1, 663:13, 663:17, 664:25
**Mulder's** [1] - 659:20
**municipal** [7] - 650:4, 650:14, 650:23, 652:6, 653:18, 653:22, 656:2
**MURPHY** [1] - 640:13

# N

**name** [4] - 644:4, 659:3, 664:21, 668:17
**nature** [1] - 687:10
**nearby** [1] - 670:25
**necessarily** [2] -

657:6, 657:10
**need** [2] - 645:21, 698:2
**Nelson** [2] - 691:3, 695:5
**never** [10] - 642:8, 647:22, 667:21, 668:25, 679:23, 690:9, 690:13, 690:15, 690:22, 690:25
**new** [1] - 667:19
**next** [2] - 693:8, 696:5
**nice** [1] - 642:17
**night** [9] - 659:17, 662:20, 662:23, 663:2, 663:5, 663:10, 663:12, 663:14, 664:25
**nine** [1] - 657:15
**nobody** [3] - 684:7, 684:19, 697:6
**nondetection** [1] - 647:1
**normally** [2] - 658:11, 662:21
**northeast** [2] - 653:15, 655:23
**Norton** [42] - 644:14, 644:17, 645:5, 645:9, 645:12, 645:17, 645:19, 646:5, 646:18, 646:20, 649:7, 650:9, 650:18, 651:19, 651:22, 652:1, 652:20, 652:24, 653:6, 653:10, 653:14, 653:15, 653:24, 654:2, 654:4, 654:8, 654:19, 654:25, 655:5, 655:9, 655:20, 655:23, 656:9, 656:12, 656:17, 656:21, 656:25, 657:4, 657:13, 657:24, 658:10
**noted** [1] - 686:11
**notice** [1] - 667:18
**noticeable** [1] - 685:15
**notion** [1] - 699:15
**number** [7] - 642:18, 650:25, 659:14, 669:7, 671:6, 679:8, 680:2
**Number** [1] - 678:12
**NW** [3] - 640:16,

640:23, 641:2

# O

**o'clock** [1] - 701:7
**O'DONNELL** [1] - 640:19
**objecting** [2] - 653:1, 653:2
**objection** [1] - 668:4
**observation** [1] - 690:20
**observed** [3] - 648:8, 657:10, 694:19
**occasion** [3] - 676:18, 691:7, 694:4
**occur** [2] - 646:4, 653:17
**occurred** [1] - 677:22
**occurs** [1] - 695:15
**odor** [6] - 667:1, 667:2, 667:5, 685:3, 685:10, 685:15
**OF** [3] - 640:1, 640:6, 640:9
**offering** [3] - 653:3, 656:20, 672:2
**Official** [2] - 641:1, 703:12
**offsite** [1] - 650:21
**often** [2] - 645:25, 698:18
**oil** [4] - 666:21, 697:22, 697:25, 698:21
**once** [3] - 650:21, 674:25, 675:5
**one** [19] - 642:11, 642:13, 642:16, 651:15, 651:22, 656:8, 660:14, 660:25, 664:5, 664:24, 666:2, 669:23, 678:8, 687:1, 691:7, 694:4, 695:5
**one-time** [1] - 695:5
**open** [1] - 694:16
**opened** [1] - 681:22
**opening** [1] - 642:3
**operate** [3] - 688:17, 688:19, 695:9
**operated** [1] - 688:13
**operates** [1] - 697:14
**operating** [2] - 685:16, 688:10
**operation** [6] - 674:23, 684:12, 685:12, 687:12, 697:16,

698:19
**operations** [1] - 695:12
**opine** [1] - 658:2
**opinion** [22] - 648:3, 648:17, 652:19, 656:12, 656:16, 656:20, 658:19, 658:21, 659:10, 661:8, 663:8, 669:16, 672:2, 672:15, 678:22, 680:11, 680:16, 680:20, 681:15, 685:17, 687:16, 690:19
**opinions** [4] - 643:9, 653:4, 691:2, 693:24
**opposite** [1] - 662:14
**order** [2] - 680:4, 680:7
**ordinarily** [1] - 653:16
**organic** [2] - 688:5, 697:2
**original** [4] - 656:18, 669:11, 669:18, 678:25
**originally** [1] - 669:19
**originated** [5] - 646:13, 652:14, 677:20, 677:24, 678:6
**otherwise** [1] - 642:8
**overall** [1] - 662:9
**overhead** [1] - 694:13
**overlap** [6] - 651:23, 652:18, 654:8, 654:9, 655:15, 657:8
**overwhelmingly** [1] - 687:8

**P**

**P-E-R-C-H-L-O-R-O-E-T-H-Y-L-E-N-E** [1] - 646:2
**p.m** [1] - 701:12
**Page** [1] - 640:8
**PAGE** [1] - 703:2
**page** [19] - 644:15, 647:15, 647:24, 648:10, 648:11, 651:9, 655:6, 664:19, 664:20, 676:25, 677:1, 677:21, 678:10, 686:20, 689:18, 692:1, 692:8, 692:9, 693:20

**pages** [1] - 703:13
**paint** [2] - 667:15, 692:18
**paragraph** [10] - 647:6, 647:12, 651:10, 655:7, 656:8, 657:14, 664:11, 664:18, 689:19
**pardon** [1] - 690:4
**part** [3] - 668:11, 682:17, 701:4
**particular** [4] - 645:16, 648:9, 660:2, 672:12
**particularly** [4] - 669:23, 675:8, 679:3, 687:16
**parts** [3] - 686:17, 697:23, 698:22
**past** [5] - 649:25, 650:18, 655:16, 665:7, 666:1
**PC** [1] - 667:11
**PCE** [12] - 646:8, 646:11, 646:15, 647:1, 647:7, 647:13, 647:17, 647:18, 647:19, 657:12, 667:2, 667:5
**people** [8] - 666:23, 667:7, 684:20, 685:20, 686:21, 686:22, 687:19, 697:8
**per** [20] - 648:5, 648:23, 649:1, 649:4, 650:2, 650:13, 652:21, 652:25, 653:7, 653:9, 653:23, 654:3, 654:9, 654:19, 654:23, 655:1, 655:2, 677:11, 677:14
**percent** [14] - 673:9, 673:10, 673:11, 673:15, 673:18, 673:20, 675:14, 675:17, 677:8, 677:15, 683:8, 698:21
**percentage** [1] - 661:25
**perchlorate** [4] - 652:9, 652:10, 652:13, 652:15
**perchloroethylene** [2] - 645:25, 646:1
**perhaps** [3] - 665:7, 677:17, 685:13

**period** [2] - 661:1, 670:23
**periodically** [2] - 679:5, 697:22
**permit** [2] - 671:4, 682:15
**permits** [6] - 670:2, 670:3, 670:13, 670:20, 699:5
**permitted** [2] - 671:24, 696:25
**person** [1] - 666:19
**personal** [1] - 690:20
**personally** [3] - 646:14, 646:21, 688:3
**perspective** [2] - 670:1, 670:8
**phase** [1] - 683:4
**phased** [2] - 671:8, 671:20
**phasing** [1] - 671:12
**phosphate** [2] - 692:16, 698:8
**photograph** [3] - 644:15, 690:22, 690:25
**phrase** [1] - 672:14
**picked** [1] - 645:11
**pictures** [1] - 649:5
**pipe** [10] - 681:16, 681:20, 681:23, 681:25, 682:3, 682:11, 682:16, 683:10, 689:3, 697:9
**pipes** [2] - 694:24
**pit** [31] - 674:1, 681:16, 683:10, 685:14, 685:24, 689:4, 689:5, 689:15, 690:17, 690:25, 691:5, 691:14, 693:17, 694:2, 694:5, 694:11, 694:22, 694:25, 695:2, 695:8, 695:13, 695:16, 695:21, 695:23, 696:5, 696:6, 696:18, 699:7, 700:13, 700:15, 700:21
**pit's** [1] - 695:22
**pits** [23] - 669:7, 669:17, 669:21, 670:14, 670:17, 670:21, 671:3, 674:23, 696:24, 697:3, 698:13, 698:25, 699:5,

699:16, 699:19, 699:22, 700:1, 700:2, 700:7, 700:11, 700:13, 700:19, 700:20
**place** [12] - 642:16, 666:8, 675:21, 675:22, 682:18, 683:3, 685:7, 687:13, 691:19, 695:6, 698:20, 699:11
**placed** [1] - 697:2
**places** [1] - 676:7
**Plaintiff** [2] - 640:4, 640:13
**PLAINTIFF** [1] - 643:1
**Plaintiff's** [2] - 664:13, 691:24
**plant** [1] - 667:24
**plume** [59] - 644:14, 644:21, 645:19, 646:12, 646:24, 648:12, 649:7, 649:19, 650:21, 651:6, 651:12, 651:14, 651:15, 651:22, 652:8, 652:23, 652:24, 653:8, 653:13, 653:14, 653:15, 653:18, 653:23, 654:2, 654:13, 654:19, 655:2, 655:23, 655:24, 656:21, 658:20, 658:22, 659:11, 663:9, 672:7, 673:25, 675:25, 676:1, 676:10, 676:13, 676:14, 676:17, 677:18, 677:19, 677:23, 678:1, 678:7, 678:8, 678:9, 678:23, 679:1, 679:13, 679:16, 679:24, 680:6, 680:8, 687:3, 687:9
**plumes** [9] - 648:18, 648:22, 649:3, 649:5, 651:24, 652:5, 654:9, 672:6, 680:3
**point** [10] - 662:1, 662:4, 670:9, 670:12, 688:21, 688:25, 692:20, 698:2, 698:25, 699:3
**pollution** [1] - 670:8

**Pollution** [1] - 696:25
**portion** [2] - 650:8, 676:14
**posit** [1] - 660:14
**position** [1] - 684:4
**possibilities** [1] - 653:4
**possibility** [2] - 655:21, 663:11
**possible** [13] - 646:8, 646:10, 646:17, 646:19, 652:25, 653:2, 653:3, 656:3, 656:5, 666:25, 681:4, 681:5, 681:8
**potential** [4] - 646:14, 646:21, 655:25, 678:16
**potentially** [2] - 663:10, 678:16
**Potrero** [16] - 670:23, 672:6, 672:7, 672:16, 673:23, 674:23, 675:13, 696:10, 696:16, 697:5, 697:10, 698:15, 699:7, 699:19, 700:9, 700:21
**powdered** [2] - 675:4, 675:7
**POWELL** [1] - 640:20
**practices** [2] - 669:6, 672:3
**predominantly** [1] - 673:22
**preferentially** [1] - 674:24
**preferred** [3] - 661:5, 671:13, 671:15
**premise** [1] - 687:2
**premised** [1] - 684:11
**premises** [2] - 683:17, 686:24
**prepare** [1] - 643:6
**presence** [9] - 645:17, 645:18, 653:15, 654:1, 657:2, 672:11, 672:15, 677:6, 680:1
**present** [1] - 673:20
**presented** [1] - 642:14
**pressure** [4] - 661:14, 661:16, 661:19, 688:2
**presupposing** [1] - 683:16
**pretty** [3] - 667:18, 676:22, 679:25
**previous** [1] - 679:4

**previously** [1] - 649:19

**principal** [1] - 667:24

**probable** [3] - 653:8, 656:4, 680:22

**problem** [1] - 699:6

**procedures** [2] - 681:9, 681:13

**proceed** [1] - 642:2

**proceedings** [1] - 703:14

**Proceedings** [1] - 641:25

**process** [27] - 660:19, 660:20, 661:9, 663:15, 664:3, 664:20, 665:2, 666:9, 666:10, 668:2, 668:20, 668:24, 670:18, 671:24, 675:10, 675:21, 684:13, 685:25, 687:24, 689:20, 691:18, 691:20, 693:8, 695:8, 698:3, 698:4, 699:9

**processes** [3] - 660:7, 660:23, 666:8

**produced** [1] - 641:25

**program** [1] - 679:11

**prolong** [1] - 658:11

**propellant** [11] - 663:25, 666:14, 669:13, 669:14, 669:24, 675:3, 675:4, 675:7, 699:12, 700:15, 700:16

**propellant-contaminated** [1] - 669:14

**properly** [4] - 684:7, 684:8, 690:5, 698:1

**proposing** [1] - 678:5

**Propulsion** [1] - 643:25

**published** [1] - 673:6

**pump** [1] - 698:5

**pumped** [1] - 650:23

**pure** [4] - 683:4, 683:24, 697:15, 697:19

**pure-phase** [1] - 683:4

**purple** [7] - 648:1, 648:4, 649:8, 650:6, 650:8, 651:12, 651:23

**purpose** [5] - 666:13, 669:9, 669:21,

669:23, 671:20

**purposes** [4] - 645:1, 658:1, 666:14, 671:25

**put** [7] - 651:10, 669:25, 681:11, 684:5, 697:5, 698:6, 699:15

**PX** [1] - 651:2

## Q

**quality** [2] - 670:10, 699:4

**quantify** [1] - 645:8

**quantities** [2] - 671:7, 685:8

**quantity** [1] - 676:2

**questions** [3] - 644:13, 658:15, 665:20

**quickly** [3] - 675:1, 675:6, 688:16

**quite** [3] - 666:8, 667:10, 679:18

**quotations** [1] - 693:19

## R

**range** [1] - 698:21

**ranges** [1] - 658:8

**rate** [4] - 661:19, 662:9, 662:15, 687:2

**rates** [1] - 662:7

**rather** [2] - 654:13, 700:16

**ratio** [1] - 674:19

**rationale** [1] - 670:19

**Raub** [9] - 644:18, 644:19, 647:14, 656:24, 657:20, 657:21

**RAYMOND** [1] - 640:13

**reached** [1] - 643:9

**reaching** [4] - 659:10, 663:8, 691:2, 693:24

**react** [2] - 675:1, 675:6

**reaction** [4] - 672:11, 675:12, 675:16, 675:23

**read** [6] - 651:1, 661:7, 668:2, 668:24, 692:25, 693:20

**reading** [1] - 689:19

**ready** [1] - 642:2,

642:11

**really** [8] - 665:7, 674:4, 676:13, 684:14, 686:20, 687:6, 687:17, 688:16

**reasonable** [1] - 643:10

**reasons** [1] - 642:6

**recalled** [1] - 686:21

**received** [1] - 644:8

**receiving** [1] - 670:21

**recess** [1] - 701:12

**recognized** [3] - 660:12, 682:20

**recollection** [6] - 645:3, 657:19, 661:8, 673:1, 689:2, 694:17

**recollections** [4] - 665:6, 665:22, 685:23, 686:6

**record** [1] - 703:13

**recount** [1] - 666:1

**recycled** [1] - 690:10

**recycles** [1] - 690:9

**Redlands** [58] - 644:21, 645:6, 646:5, 646:12, 646:23, 651:14, 651:22, 652:14, 652:23, 653:8, 653:13, 653:23, 654:2, 654:4, 654:12, 654:13, 654:22, 655:2, 655:23, 656:21, 657:5, 657:7, 657:9, 658:20, 659:11, 662:19, 669:6, 670:25, 671:3, 675:25, 676:1, 676:4, 676:10, 676:16, 677:19, 677:20, 677:24, 678:6, 678:7, 678:9, 679:13, 679:14, 680:8, 680:15, 687:10, 690:13, 696:11, 698:13, 699:1, 699:15, 699:16, 699:22, 699:25, 700:1, 700:3, 700:6, 700:8, 700:19

**reduce** [1] - 672:11

**reduced** [1] - 689:12

**reduces** [4] - 653:16, 654:2, 654:15, 658:10

**reduction** [1] - 654:11

**refer** [2] - 660:19, 695:10

**reference** [1] - 672:20

**references** [1] - 673:6

**referred** [3] - 652:10, 665:4, 698:18

**referring** [3] - 675:22, 691:21, 693:13

**refers** [1] - 664:21

**regard** [5] - 665:8, 685:24, 695:4, 695:11

**regular** [1] - 661:11

**regularly** [1] - 679:19

**regulatory** [2] - 651:6, 680:3

**relation** [2] - 644:5, 677:23

**relationship** [1] - 674:19

**relatively** [7] - 647:3, 647:14, 647:21, 648:7, 652:4, 661:24, 685:12

**relatives** [1] - 643:25

**release** [5] - 683:2, 683:3, 685:12, 697:15, 697:18

**released** [2] - 683:24, 699:13

**releases** [3] - 680:20, 681:7, 682:18

**relied** [2] - 686:11, 686:21

**rely** [1] - 686:9

**remaining** [5] - 649:13, 655:22, 657:16, 673:18, 674:15

**remedial** [3] - 650:19, 650:22, 655:20

**remediation** [1] - 658:1

**remember** [3] - 665:20, 675:19, 679:3

**remove** [2] - 650:20, 683:6

**removed** [9] - 657:16, 674:25, 675:1, 690:16, 692:21, 695:23, 697:4, 698:22

**repeat** [4] - 655:11, 668:8, 673:13, 680:25

**repeatedly** [1] - 663:5

**report** [1] - 656:19

**reported** [2] - 641:25,

666:5

**reporter** [1] - 645:22

**Reporter** [2] - 641:1, 641:1, 703:12

**require** [3] - 668:3, 668:21, 682:15

**required** [3] - 664:4, 670:20, 680:5

**residents** [1] - 670:25

**residue** [1] - 698:17

**rest** [1] - 675:18

**restrictions** [1] - 671:5

**result** [1] - 655:9

**resultant** [4] - 653:25, 654:4, 654:16, 656:1

**results** [1] - 677:18

**resume** [1] - 701:7

**retrospect** [1] - 699:10

**retrospective** [1] - 683:25

**reuse** [1] - 690:8

**review** [2] - 661:4, 665:23

**reviewed** [1] - 688:17

**rid** [1] - 682:16

**right-hand** [1] - 650:7

**rinse** [5] - 686:3, 692:10, 693:15, 693:16, 698:7

**Rocket** [1] - 660:5

**rocket** [1] - 675:4

**Rogers** [5] - 686:9, 686:11, 688:16, 688:19

**Rogers'** [1] - 686:12

**Room** [1] - 641:2

**roughly** [4] - 648:5, 677:1, 677:8, 679:10

**round** [1] - 677:13

**row** [1] - 678:11

**RPR** [1] - 641:1

**rule** [1] - 681:8

## S

**safety** [5] - 660:20, 661:5, 670:1, 671:13, 671:16

**sample** [5] - 673:11, 673:14, 674:9, 674:20, 680:5

**sampled** [3] - 678:23, 679:5, 679:19

**samples** [10] - 666:24, 677:5, 677:8, 678:12, 678:19, 678:21, 678:22,

679:1, 679:7, 679:10
**sampling** [2] - 678:25, 679:11
**San** [1] - 696:25
**saw** [3] - 684:19, 684:20, 695:16
**scale** [1] - 648:3
**scientific** [1] - 643:10
**scrape** [1] - 698:5
**screen** [2] - 647:6, 657:14
**search** [1] - 642:17
**second** [3] - 664:19, 664:20, 685:18
**Section** [1] - 640:23
**section** [3] - 664:12, 692:3, 692:7
**see** [12] - 644:16, 644:19, 650:8, 658:22, 674:20, 677:25, 684:21, 688:21, 689:22, 691:13, 694:21, 695:2
**seeing** [2] - 680:7, 682:2
**seem** [1] - 676:13
**seeping** [1] - 697:9
**SEGAL** [1] - 640:10
**sent** [4] - 670:23, 697:5, 698:13, 698:15
**separator** [19] - 680:21, 681:1, 682:19, 683:4, 683:6, 683:8, 683:18, 683:19, 683:24, 684:8, 684:9, 685:14, 685:20, 687:17, 689:21, 689:25, 690:5, 697:15, 697:19
**series** [1] - 665:20
**SESSION** [1] - 640:9
**shift** [1] - 663:2
**shipping** [1] - 697:10
**shorthand** [3] - 641:25, 658:25, 659:2
**show** [2] - 652:20, 657:2
**showing** [2] - 647:5, 648:5
**shown** [6] - 647:15, 648:1, 648:22, 649:8, 677:22, 696:1
**shows** [5] - 651:21, 677:21, 685:25, 695:8

**shut** [1] - 698:2
**side** [8] - 648:4, 653:1, 682:12, 686:4, 692:11, 693:2, 693:7, 693:14
**significant** [5] - 673:25, 674:1, 687:4, 698:20, 701:4
**significantly** [1] - 658:13
**signs** [1] - 694:2
**similar** [3] - 667:1, 667:10, 667:13
**simple** [1] - 653:19
**single** [1] - 659:24
**site** [15] - 645:6, 652:14, 662:19, 671:3, 672:7, 673:23, 674:23, 676:5, 677:20, 677:24, 678:6, 679:13, 679:16, 696:11, 700:23
**sites** [8] - 665:24, 684:1, 688:3, 688:5, 688:6, 696:8, 699:10
**slightly** [1] - 688:2
**sludge** [7] - 681:10, 692:21, 698:6, 698:16, 698:18, 700:11, 700:15
**small** [13] - 652:2, 652:4, 674:8, 674:12, 676:2, 676:22, 683:11, 683:14, 683:15, 685:12, 697:8, 697:19, 701:3
**smell** [3] - 666:23, 666:25, 667:19
**smelled** [1] - 666:24
**smelly** [2] - 684:23, 685:2
**smog** [1] - 670:6
**smoke** [2] - 670:25, 671:2
**soil** [2] - 676:4, 676:7
**solid** [1] - 675:4
**soluble** [2] - 674:3, 674:24
**solution** [1] - 693:16
**solvent** [54] - 660:24, 661:5, 663:16, 663:18, 663:20, 665:3, 667:18, 667:19, 667:24, 669:5, 670:21, 670:22, 671:9, 671:13, 671:16, 671:21, 678:3,

680:20, 682:16, 682:19, 683:2, 683:4, 683:6, 683:7, 683:24, 684:15, 685:13, 687:17, 688:22, 689:25, 690:3, 690:6, 690:7, 694:3, 694:14, 694:18, 696:12, 697:15, 697:19, 697:24, 698:5, 698:9, 698:11, 698:14, 699:12, 700:4, 700:5, 700:6, 700:8, 700:18
**solvent's** [1] - 685:2
**solvent-water** [9] - 680:20, 682:19, 683:4, 683:6, 685:13, 687:17, 689:25, 697:15, 697:19
**solvents** [13] - 660:10, 665:8, 666:4, 666:7, 666:25, 667:12, 668:1, 669:9, 669:14, 669:15, 670:5, 685:3, 700:17
**someone** [3] - 644:3, 649:18, 695:20
**sometime** [3] - 642:5, 698:13, 700:19
**somewhat** [2] - 656:1, 687:4
**somewhere** [4] - 650:8, 673:9, 681:18, 684:24
**sorry** [15] - 642:6, 647:20, 651:13, 654:11, 655:11, 657:5, 667:5, 668:8, 668:12, 671:11, 673:13, 674:7, 684:25, 693:11, 696:17
**sort** [6] - 650:7, 651:16, 654:11, 673:20, 692:16, 697:7
**sound** [1] - 646:2
**source** [11] - 650:16, 658:19, 659:11, 663:9, 677:17, 680:22, 680:23, 681:2, 681:5, 683:12, 687:18
**sources** [9] - 646:9, 646:13, 646:15, 646:17, 646:22, 650:20, 652:16,

665:24, 684:3
**south** [3] - 651:12, 678:8, 693:18
**southeast** [1] - 652:15
**span** [1] - 678:13
**specific** [10] - 666:14, 671:18, 671:25, 675:21, 675:22, 680:7, 681:6, 693:9, 693:15, 693:19
**specifically** [6] - 650:1, 663:6, 664:5, 680:21, 686:11, 694:23
**specifications** [4] - 660:20, 686:1, 695:9
**specifics** [1] - 665:8
**specified** [4] - 661:13, 663:16, 664:7, 681:13
**specify** [1] - 681:10
**specifying** [1] - 689:24
**spell** [3] - 645:21, 645:25, 665:15
**spelled** [1] - 665:12
**spills** [1] - 681:6
**spirits** [1] - 667:14
**spots** [1] - 649:13
**spreading** [1] - 689:12
**stabilization** [1] - 674:25
**stabilize** [1] - 672:10
**stabilized** [1] - 672:14
**stabilizer** [1] - 673:4
**stabilizers** [2] - 673:21, 674:16
**STACIE** [1] - 640:14
**stand** [3] - 642:14, 642:22, 642:23
**standard** [1] - 664:20
**standards** [3] - 660:21, 668:3, 670:10
**Stanley** [2] - 642:22, 703:4
**STANLEY** [1] - 643:1
**start** [1] - 698:9
**started** [3] - 661:6, 664:25, 672:18
**statement** [1] - 642:3
**States** [3] - 643:20, 672:3, 672:24
**STATES** [3] - 640:1, 640:6, 640:10
**still** [13] - 649:13, 650:1, 655:22, 660:17, 667:2, 671:24, 673:21, 673:25, 678:23,

665:24, 684:3
**south** [3] - 651:12, 678:8, 693:18
**southeast** [1] - 652:15

679:9, 679:19, 692:25, 698:20
**stopped** [2] - 651:5, 670:13
**streams** [1] - 669:19
**Street** [1] - 640:23
**strength** [1] - 692:17
**stringent** [1] - 671:6
**stuff** [4] - 642:19, 684:23, 697:10, 700:11
**subject** [1] - 687:14
**submit** [1] - 643:13
**substantial** [1] - 685:10
**substantially** [2] - 676:23, 689:12
**sufficiently** [2] - 678:23, 689:8
**suggest** [6] - 657:9, 666:23, 671:15, 671:22, 687:25, 689:10
**suggested** [2] - 660:3, 665:17
**suggesting** [2] - 665:16, 681:6
**Suite** [1] - 640:24
**SULLIVAN** [1] - 640:18
**sump** [13] - 683:10, 686:4, 689:5, 692:11, 693:2, 693:5, 693:6, 693:7, 693:14, 693:17, 695:10, 695:12, 697:20
**Superfund** [1] - 688:6
**supersede** [1] - 642:19
**supply** [5] - 650:4, 650:24, 652:6, 653:18, 656:2
**suppose** [1] - 697:11
**supposed** [3] - 681:11, 684:6, 699:19
**surface** [3] - 681:24, 687:14, 689:13
**switch** [5] - 658:18, 660:15, 664:15, 675:25, 680:14
**SWORN** [1] - 643:1
**sworn** [1] - 691:9

---

**T**

---

**tab** [1] - 664:12
**tabs** [1] - 692:6

**tank** [3] - 692:23,
698:8, 698:15
**tap** [1] - 693:16
**TCA** [87] - 658:22,
658:25, 659:5,
659:7, 660:4,
660:15, 660:21,
660:24, 661:1,
661:11, 661:13,
661:14, 661:21,
662:4, 662:17,
663:5, 663:7,
663:10, 663:12,
663:16, 663:18,
664:4, 664:7,
664:21, 665:2,
665:17, 666:24,
667:2, 667:5, 667:9,
667:11, 668:14,
668:15, 668:16,
668:18, 668:21,
668:25, 671:17,
671:18, 672:10,
672:13, 672:16,
672:18, 672:20,
673:5, 673:8,
673:11, 673:14,
673:15, 673:18,
673:22, 673:23,
673:25, 674:1,
674:2, 674:5, 674:6,
674:9, 674:11,
674:17, 674:20,
674:21, 675:1,
675:5, 675:8,
675:12, 675:14,
675:18, 675:23,
676:1, 676:4, 676:7,
676:15, 676:24,
677:15, 677:16,
677:18, 680:12,
687:1, 688:1, 688:3,
688:4, 688:6, 688:25
**TCE** [144] - 644:21,
644:23, 644:24,
644:25, 645:5,
645:8, 645:11,
645:15, 645:16,
645:17, 645:19,
646:20, 646:24,
647:16, 648:22,
648:25, 649:3,
650:17, 651:5,
651:15, 651:19,
652:20, 652:23,
652:24, 653:6,
653:8, 653:9,
653:14, 653:15,
653:23, 654:4,
654:7, 654:12,
654:13, 654:14,

654:15, 654:19,
654:22, 654:25,
655:4, 655:9,
655:14, 656:12,
656:17, 657:3,
657:6, 657:9,
657:11, 657:24,
658:5, 658:6,
658:20, 659:7,
659:11, 659:13,
659:17, 660:3,
660:4, 660:10,
660:21, 660:25,
661:5, 661:14,
661:21, 662:1,
662:17, 663:1,
663:9, 663:12,
663:13, 663:18,
664:25, 665:2,
665:11, 665:21,
666:11, 666:16,
666:17, 666:24,
667:2, 667:9,
668:10, 668:16,
670:5, 671:8,
671:12, 671:15,
671:20, 671:25,
676:3, 676:7,
676:12, 676:14,
676:24, 677:23,
678:1, 678:2, 678:7,
678:9, 678:18,
678:19, 678:22,
679:7, 679:8,
679:10, 679:17,
680:17, 680:24,
681:2, 681:10,
681:15, 683:11,
684:12, 684:14,
685:11, 686:10,
687:1, 687:8,
687:24, 687:25,
688:2, 688:4,
688:25, 689:7,
692:14, 692:19,
692:20, 696:7,
696:9, 696:11,
697:2, 697:3,
698:20, 698:21,
699:15, 699:18,
700:1, 700:23
**TCE's** [1] - 701:3
**TCP** [1] - 647:16
**Tech** [2] - 648:12,
648:15
**technologies** [1] -
650:19
**temperature** [9] -
661:23, 661:25,
662:8, 662:10,

662:11, 662:14,
662:19, 662:25
**tended** [1] - 679:5
**terms** [4] - 666:12,
671:6, 676:2, 683:2
**test** [1] - 680:5
**tested** [1] - 677:5
**testified** [9] - 654:7,
670:12, 672:21,
674:8, 675:17,
687:20, 691:13,
694:20, 694:21
**testify** [2] - 667:21,
695:1
**testifying** [1] - 663:6
**testimony** [46] -
643:13, 659:12,
659:14, 659:16,
659:20, 659:23,
660:8, 660:11,
661:4, 661:7,
661:10, 661:12,
663:3, 663:4, 664:3,
665:11, 665:16,
665:23, 668:5,
668:23, 669:1,
671:19, 681:5,
682:6, 682:8,
682:15, 685:19,
685:23, 686:7,
686:9, 686:12,
686:13, 686:16,
687:19, 687:23,
688:17, 688:21,
691:3, 691:16,
693:25, 694:17,
695:3, 695:4,
695:15, 695:18,
700:18
**testing** [2] - 662:3,
678:13
**tests** [1] - 678:12
**Tetra** [2] - 648:12,
648:15
**THE** [185] - 640:1,
640:10, 642:2,
642:24, 642:25,
643:1, 643:18,
643:21, 644:23,
644:25, 645:2,
645:21, 645:23,
646:3, 646:4, 646:6,
647:11, 647:13,
647:16, 647:17,
647:18, 647:19,
647:20, 647:25,
649:15, 649:16,
649:18, 649:20,
649:22, 649:24,
650:25, 651:3,

651:11, 651:13,
651:14, 651:17,
651:18, 651:20,
651:21, 651:23,
651:25, 652:3,
652:7, 652:8,
652:12, 652:13,
653:1, 655:8,
655:11, 655:13,
655:18, 656:4,
656:5, 657:23,
658:2, 658:4, 658:7,
658:14, 658:16,
659:5, 659:6, 659:7,
659:8, 660:14,
660:18, 663:20,
663:22, 663:24,
663:25, 664:8,
664:11, 664:14,
664:17, 664:22,
666:10, 666:12,
666:16, 666:17,
666:19, 666:22,
667:11, 667:12,
668:6, 668:8, 668:9,
668:11, 668:13,
668:14, 668:15,
668:17, 669:1,
682:6, 682:8, 682:9,
682:11, 682:14,
682:17, 682:22,
682:24, 682:25,
683:2, 683:14,
683:15, 683:16,
683:19, 683:21,
683:23, 684:4,
684:8, 684:9,
684:10, 684:11,
684:13, 684:16,
684:18, 684:19,
684:22, 684:23,
684:25, 685:2,
685:5, 685:6, 685:9,
685:17, 685:22,
686:23, 687:6,
687:19, 687:22,
688:7, 690:2, 690:4,
690:5, 690:7, 690:9,
690:10, 691:20,
691:22, 692:2,
692:5, 692:7,
692:10, 692:13,
692:15, 692:19,
692:20, 693:22,
696:7, 696:10,
696:14, 696:16,
696:17, 696:19,
696:20, 696:23,
697:6, 697:11,
697:12, 697:14,
697:17, 697:18,

698:16, 698:18,
698:24, 699:2,
699:6, 699:8,
699:14, 699:17,
699:18, 699:21,
699:22, 699:24,
700:2, 700:4,
700:10, 700:14,
700:18, 700:22,
700:23, 700:25,
701:1, 701:2, 701:6,
701:10
**theory** [1] - 651:11
**they've** [1] - 687:20
**thing's** [1] - 684:24
**third** [1] - 666:2
**three** [1] - 660:24
**throughout** [1] -
684:12
**timing** [1] - 671:22
**today** [4] - 642:7,
656:12, 656:16,
658:1
**together** [1] - 678:3
**tomorrow** [1] - 642:9
**took** [3] - 682:18,
683:3, 695:6
**top** [4] - 676:20,
690:11, 694:16,
696:2
**topics** [3] - 658:18,
664:15, 680:14
**TORRES** [1] - 640:14
**toward** [3] - 650:14,
679:13, 681:21
**town** [2] - 642:8, 642:9
**trade** [3] - 659:3,
664:21, 668:17
**transcript** [2] -
641:25, 703:13
**TRANSCRIPT** [1] -
640:9
**transcription** [1] -
641:25
**transformation** [2] -
675:10, 675:24
**traveling** [1] - 646:19
**treated** [3] - 650:17,
657:17, 657:20
**treating** [2] - 650:23,
651:5
**treatment** [3] - 658:9,
658:12, 658:13
**trends** [1] - 657:8
**TRIAL** [1] - 640:9
**trichloroethylene** [2] -
644:21, 665:12
**trisodium** [2] - 692:16,
698:7
**trucked** [1] - 696:20

**true** [3] - 661:23, 662:14, 664:24
**try** [5] - 642:5, 642:7, 645:15, 654:18, 701:9
**tub** [1] - 666:19
**Tuesday** [1] - 642:4
**turn** [4] - 644:14, 648:10, 676:25, 689:18
**turns** [1] - 675:14
**two** [8] - 652:5, 654:25, 683:10, 686:17, 687:7, 689:13, 701:7, 701:8
**type** [2] - 668:1, 695:12
**types** [4] - 668:1, 669:19, 682:18, 684:2
**typical** [1] - 674:20
**typographical** [1] - 656:14

## U

**U.S** [2] - 640:22, 641:2
**ultimately** [1] - 682:13
**uncertainty** [1] - 666:4
**under** [4] - 653:23, 655:1, 671:4, 681:20
**underground** [1] - 689:8
**underneath** [2] - 678:11, 681:20
**undertaking** [1] - 680:3
**underwent** [1] - 682:3
**unique** [1] - 646:5
**UNITED** [3] - 640:1, 640:6, 640:10
**United** [3] - 643:20, 672:3, 672:24
**University** [1] - 644:9
**up** [19] - 647:5, 648:5, 649:18, 650:7, 651:10, 652:15, 658:5, 658:6, 662:11, 662:12, 664:24, 674:8, 674:12, 677:13, 677:14, 689:9, 698:9, 700:5
**upper** [1] - 650:7
**useless** [1] - 653:2
**uses** [1] - 667:2

## V

**vapor** [46] - 661:14, 661:16, 661:19, 666:17, 680:14, 680:16, 680:23, 681:1, 681:2, 681:4, 681:9, 681:11, 682:19, 683:7, 684:15, 685:9, 685:16, 686:10, 686:15, 687:16, 688:2, 688:10, 688:18, 689:14, 689:21, 690:15, 690:19, 690:22, 691:2, 691:6, 691:18, 693:24, 694:14, 695:9, 695:10, 695:11, 695:13, 696:1, 696:12, 697:4, 697:14, 697:21, 697:23, 698:1, 698:6
**vapors** [2] - 690:11, 694:14
**variety** [3] - 642:5, 650:19, 683:23
**various** [4] - 648:18, 651:6, 660:6, 660:21
**virtually** [1] - 675:24
**visible** [1] - 695:20
**volatile** [2] - 688:6, 697:1
**volume** [2] - 683:11, 685:12

## W

**walls** [1] - 692:18
**wash** [2] - 686:2, 692:17
**washing** [1] - 693:16
**Washington** [4] - 640:6, 640:17, 640:24, 641:3
**waste** [15] - 669:9, 669:19, 672:3, 675:2, 675:3, 682:22, 696:12, 697:3, 697:21, 698:5, 698:11, 698:14, 700:4, 700:5, 700:19
**wastes** [9] - 669:13, 669:24, 670:21, 670:22, 675:7, 700:1, 700:7, 700:8, 700:16

**wastewater** [1] - 695:13
**water** [35] - 650:4, 650:24, 652:6, 653:18, 653:19, 653:20, 653:21, 657:11, 662:18, 669:9, 674:24, 680:20, 682:7, 682:9, 682:19, 683:4, 683:6, 683:7, 683:10, 685:13, 686:2, 687:17, 689:21, 689:25, 690:3, 692:10, 693:16, 693:17, 695:14, 697:15, 697:19, 698:8
**Waterloo** [1] - 644:9
**WAYNE** [3] - 641:1, 703:12, 703:16
**week** [1] - 644:3
**weight** [4] - 659:21, 666:8, 686:5, 691:17
**wells** [21] - 644:17, 644:22, 645:9, 645:12, 647:5, 647:7, 650:2, 650:4, 650:14, 650:24, 652:6, 653:7, 653:19, 653:22, 656:2, 656:8, 656:24, 657:15, 657:16, 657:20, 679:19
**Wessman** [4] - 659:12, 660:9, 667:21, 668:24
**Wessman's** [2] - 659:20, 665:11
**west** [10] - 653:21, 681:19, 681:21, 682:12, 686:4, 689:15, 692:11, 693:2, 693:7, 693:14
**western** [1] - 679:12
**westward** [1] - 687:10
**wet** [1] - 689:15
**White** [2] - 691:3, 695:5
**whole** [3] - 661:1, 679:12, 685:9
**width** [1] - 682:4
**WILLIAM** [1] - 640:21
**wiping** [1] - 666:15
**Witness** [1] - 642:23
**witness** [5] - 642:4, 642:6, 642:11, 642:14, 643:16
**WITNESS** [84] -

642:25, 643:1, 643:21, 645:2, 645:23, 646:3, 646:6, 647:13, 647:17, 647:19, 647:25, 649:16, 649:20, 649:24, 651:13, 651:17, 651:20, 651:23, 652:3, 652:8, 652:13, 655:11, 655:18, 656:5, 658:2, 658:7, 659:6, 659:8, 660:18, 663:22, 663:25, 666:12, 666:17, 666:22, 667:12, 668:8, 668:11, 668:14, 668:17, 682:8, 682:11, 682:17, 682:24, 683:2, 683:15, 683:19, 683:23, 684:8, 684:10, 684:13, 684:18, 684:22, 684:25, 685:5, 685:9, 685:22, 687:6, 687:22, 690:4, 690:7, 690:10, 691:22, 692:10, 692:15, 692:20, 696:10, 696:16, 696:19, 696:23, 697:11, 697:14, 697:18, 698:18, 699:2, 699:8, 699:17, 699:21, 699:24, 700:4, 700:14, 700:22, 700:25, 701:2, 703:2
**word** [2] - 653:2, 665:12
**words** [2] - 668:10, 685:18
**works** [1] - 653:11
**worry** [1] - 642:10
**written** [1] - 693:10

## Y

**years** [10] - 665:7, 665:25, 667:20, 683:21, 683:22, 684:2, 685:23, 691:8, 695:6

## Z

**zero** [1] - 654:14
**ZILIOLI** [34] - 640:19, 643:19, 643:23, 644:24, 645:4, 646:1, 646:7, 647:23, 648:2, 650:5, 651:2, 651:4, 652:17, 653:5, 654:6, 656:7, 658:15, 658:17, 659:9, 661:3, 664:2, 664:15, 664:23, 667:4, 667:16, 668:19, 669:3, 669:4, 686:8, 688:8, 690:12, 692:24, 693:23, 701:8
**Zilioli** [1] - 643:19
**zone** [1] - 655:23
**zones** [1] - 655:22