UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LOCKHEED MARTIN CORPORATION,   .
                               .
        Plaintiff,             .
                               .  CA No. 08-1160 (ESH)
    v.                         .
                               .
UNITED STATES OF AMERICA,      .  Washington, D.C.
                               .  Tuesday, February 18, 2014
            Defendant.         .  9:39 a.m.
                               .
. . . . . . . . . . . . . . . . Pages 774 - 869

                DAY 5 - A.M. SESSION
             TRANSCRIPT OF BENCH TRIAL
      BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
             UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:

For the Plaintiff:           MICHAEL K. MURPHY, ESQ.
                             RAYMOND B. LUDWISZEWSKI, ESQ.
                             JUSTIN A. TORRES, ESQ.
                             STACIE B. FLETCHER, ESQ.
                             DAVID FOTOUHI, ESQ.

                             Gibson, Dunn & Crutcher, LLP
                             1050 Connecticut Avenue, NW
                             Washington, DC 20036-5306
                             (202) 955-8238

For the Defendant:           JOHN E. SULLIVAN, ESQ.
                             ERICA M. ZILIOLI, ESQ.
                             JESSICA O'DONNELL, ESQ.
                             JUSTIN D. HEMINGER, ESQ.
                             JENNIFER E. POWELL, ESQ.
                             WILLIAM D. JOHNSON, ESQ.

                             U.S. Department of Justice
                             ENRD / Environmental Defense
                             Section
                             601 D Street, NW
                             Suite 8000
                             Washington, DC 20026-3986
                             (202) 305-0365

Court Reporter:                    BRYAN A. WAYNE, RPR, CRR
                                   Official Court Reporter
                                   U.S. Courthouse, Room 6714
                                   333 Constitution Avenue, NW
                                   Washington, DC 20001
                                   (202) 354-3186

Proceedings reported by machine shorthand.   Transcript produced
by computer-aided transcription.

P R O C E E D I N G S

THE DEPUTY CLERK:  Civil action 08-1160, Lockheed Martin Corporation v. United States of America.

THE COURT:  Good morning.  Everybody ready to go?  Let's see.  You finished, correct, on your cross?

MS. ZILIOLI:  Yes, Your Honor.

THE COURT:  Then we'll pick up with the redirect.  The witness is taking up permanent residence here.

MR. FOTOUHI:  Good morning, Your Honor.

**STANLEY FEENSTRA, WITNESS FOR THE PLAINTIFF, SWORN**

REDIRECT EXAMINATION

BY MR. FOTOUHI:

Q.   Good morning, Dr. Feenstra.

A.   Good morning.

Q.   Dr. Feenstra, before we get into the substance of what you were asked about last week by counsel for the United States, I would like to follow up with you briefly on your experience, the questions you received about that.  Over the course of your career, how many sites have you examined to determine the source of contamination at those sites?

A.   Probably in the neighborhood of 2- or 300 different contaminated sites.

Q.   And typically when you go about examining those sites, what does that examination or that process entail?

A.   It normally entails, the way I assess these circumstances

1   anyway, starts off looking at the results of the actual site

2   investigations, the results of groundwater analyses, soil

3   analyses, in some cases soil gas analyses, and relating the

4   contamination that's observed to the various chemical use,

5   chemical handling, waste disposal operations that may have taken

6   place at different times and at different locations at an

7   industrial site.

8   Q.   Does your examination typically involve review of existing

9   site documents, documents that were used during the operation of

10  that site?

11  A.   Certainly to the degree that they're available, yes.   In

12  many cases there's not much documentation like that.

13  Q.   Is that the case in this case?

14  A.    No.   Actually, this is a circumstance where there's more

15  documentation available in terms of what the industrial

16  operations have been and what chemicals were in use for

17  different purposes.

18        THE COURT:  Have you been involved as an expert in

19  other Lockheed cleanup sites?

20        THE WITNESS:  Not to the degree of looking at sources

21  of contamination, Your Honor.  The previous Lockheed work I did

22  was a description of standard practice, historical knowledge.

23        THE COURT:  In which context was that?  Was that for a

24  different case?

25        THE WITNESS:  For a different case, Burbank.  And way

1    back when on this particular facility, the toxic tort in the

2    early 2000s.

3            THE COURT:  I'm not quite sure.  Oh, the toxic tort

4    litigation --

5            THE WITNESS:  Yes.

6            THE COURT:  -- relating to this site.

7            THE WITNESS:  That's correct.  But at that time I only

8    looked at standard practice for chemical handling and disposal

9    and the development of historical knowledge, not site-specific

10   operations.

11           THE COURT:  It was Burbank site-specific?

12           THE WITNESS:  No, it wasn't, Your Honor.

13           THE COURT:  So this is the first Lockheed

14   site-specific work you've done?

15           THE WITNESS:  That's correct.

16           THE COURT:  So you have no way, for instance, to

17   compare the Burbank site to this one.

18           THE WITNESS:  No, I don't, Your Honor.

19           THE COURT:  Okay.

20   BY MR. FOTOUHI:

21   Q.   Dr. Feenstra, let's move on to questions that counsel asked

22   you last week regarding the knowledge of -- development of

23   knowledge of handling TCE.  I wanted to follow up on some of

24   those questions.

25        When did you first start studying the issue of the

1    development of knowledge regarding the proper handling and

2    disposal of TCE?

3    A.   I first began trying to compile and understand information

4    relating to the development of knowledge in the late 1980s when

5    I was involved with the University of Waterloo and a consortium

6    of other universities that were beginning a research program on

7    chlorinated solvents in groundwater.  We felt it was important

8    to understand how knowledge developed over the years with regard

9    to identifying chlorinated solvents as a particular groundwater

10   contamination issue.

11        Because certainly my colleagues and I, it caught us by

12   surprise in the late 1970s and early 1980s, and we wanted to

13   understand how the contamination we were observing at various

14   industrial sites had arisen, what operations had caused that

15   contamination from practices that were employed during the '70s

16   and '60s and '50s and going back in time.

17   Q.   And when you say it caught you and your colleagues by

18   surprise, what do you mean by that?

19   A.   Well, when I was working on my master's degree in

20   hydrogeology in the late 1970s, chlorinated solvents was not a

21   topic for discussion.  It wasn't until actually after I

22   graduated with my master's degree in 1980 that I had ever heard

23   of what trichloroethylene was in the context of a groundwater

24   contaminant problem.

25   Q.   Was TCE in common use during the 1960s and 1970s?

1    A.   Yes.

2    Q.   And let's look at, if we could, Feenstra Demonstrative 5,

3    which, Your Honor, is found on page 15 of Dr. Feenstra's

4    affidavit.

5         Dr. Feenstra, did you prepare this demonstrative?

6    A.   Yes, I did.

7    Q.   And what does this demonstrative show?

8    A.   This demonstrative just gives some examples of some of the

9    past and current uses of trichloroethylene.  The main one

10   historically has been the cleaning or vapor degreasing of metals

11   in preparation for plating or painting operations.

12            THE COURT:  I take it that's what the coffee

13   container.  It's not a substance in decaffeinated coffee, is it?

14            THE WITNESS:  No.  Trichloroethylene is the solvent

15   that's used to remove --

16            THE COURT:  TCE, can we refer to it for the reporters.

17            THE WITNESS:  Certainly.  TCE is the solvent that's

18   used to remove the caffeine from the coffee beans to prepare

19   decaffeinated coffee.

20            THE COURT:  So you ingest it.

21            THE WITNESS:  Yes, and in fact, in the 1960s and '70s

22   there was an FDA standard for the amount of TCE that was

23   acceptable in decaffeinated coffee.

24   BY MR. FOTOUHI:

25   Q.   Were there medical uses as well for TCE?

1    A.    Yes.   TCE was used as an analgesic, an anesthetic in labor

2    and delivery, obstetrics, and dental procedures.

3    Q.    Dr. Feenstra, based on your study of this issue since the

4    late 1980s I believe you said, were users of TCE in the 1950s

5    and 1960s and early 1970s concerned about releases of TCE to the

6    ground?

7    A.    At that time, no.   I don't believe it was understood that

8    either TCE could migrate into the subsurface environment, and

9    then migrate with groundwater, and there was no recognition or

10   acknowledgement that the presence of any TCE in groundwater

11   drinking water might pose a potential health risk, certainly

12   with regard to drinking water.

13   Q.    At that time was there understanding or knowledge about

14   other chemicals or other -- other chemicals and that they might

15   impact groundwater, other than TCE?

16   A.    Certainly.   With the expansion of industrialization in the

17   20th century, a variety of chemicals came to be understood to be

18   a potential problem with regard to groundwater contamination.

19   In the very earliest part of the century, waste from oil

20   production; in around the World War II era, contamination by

21   chromium from chromium plating operations.   During the '50s

22   there arose a concern about the detergents as they were

23   formulated at that time, because normal household and industrial

24   detergents weren't biodegradable and they were actually making

25   their way into the groundwater also.

1    So those were the chemicals and the types of wastes that

2    were of concern or interest during the '40s, '50s, and leading

3    into the '60s.

4    Q.   In conducting your analysis about the understanding during

5    the time the Redlands site was in operation of the potential for

6    TCE to contaminate groundwater, did you review materials or

7    directives given by the manufacturers of TCE to users of TCE?

8    A.   Yes.  A variety of organizations provided guidance for how

9    to dispose of solvent residues, waste TCE.

10   Q.   Let's look at Feenstra Demonstrative 31, which is also

11   found in Dr. Feenstra's affidavit.  On page 69, Your Honor, of

12   Dr. Feenstra's affidavit.

13       Dr. Feenstra, did you prepare this demonstrative?

14   A.   Yes, I did.

15   Q.   And what types of documents are excerpted in this

16   demonstrative?

17   A.   The three examples given here.  The one at the top is from

18   the Manufacturing Chemists Association, which is basically a

19   trade association for chemical manufacturers, and they published

20   a series of chemical safety data sheets for TCE and, over the

21   years, about a hundred other widely used industrial chemicals,

22   to provide advice on essentially their safe use and handling.

23   Q.   And what advice was provided by the Manufacturing Chemists

24   Association?

25   A.   Well, in chemical safety data sheets published in 1947 and

1   reissued again in 1956, it advised that residue -- that would be

2   waste -- TCE may be poured on dry sand, earth or ashes at a safe

3   distance from occupied areas and allowed to evaporate into the

4   atmosphere.

5              THE COURT:  When you say "safe distance from occupied

6   areas," what's that mean?  What's the problem with having it

7   close to occupied areas?

8              THE WITNESS:  It would be vapor inhalation, Your

9   Honor.  There were occupational standards with regard to the

10  maximum quantity or maximum concentration of vapor that could be

11  inhaled in the workplace.  It was understood that the inhalation

12  of TCE vapors could be a potential health problem, and I think

13  that was the exposure that was to be avoided, by keeping

14  disposal away from occupied areas.

15             THE COURT:  Just quickly, what produced an "aha"

16  moment on TCE?  Why did people start to know something they

17  didn't know before?

18             THE WITNESS:  I'm sorry, Your Honor.  With regard to

19  what specifically?

20             THE COURT:  Well, at some point in time, the knowledge

21  changed.  What caused that?

22             THE WITNESS:  Yes, Your Honor.  That developed in the

23  mid-1970s with -- I believe two coincident factors.  The U.S.

24  EPA was starting to do nationwide studies with regard to the

25  presence of another group of compounds called trihalomethanes in

1    drinking water supplies, municipal drinking water supplies, and

2    the analytical technique that they developed to test for these

3    trihalomethanes coincidentally also began to identify other

4    compounds, like TCE, and in some cases TCA, in some of these

5    drinking water supplies.

6        So that was the first major clue that TCE could be found in

7    groundwater and drinking water supplies and might be a potential

8    problem.

9        At about the same time, in 1975, the National Cancer

10   Institute published the results from some laboratory testing on

11   TCE and found that it was a possible or -- a possible carcinogen

12   that had caused some cancers in lab animals.  That was in a

13   program that the National Cancer Institute was doing for a wide

14   range of industrial chemicals, mainly with regard to industrial

15   exposure.

16       So those two things kind of coincided in the mid-1970s, and

17   that's really what raised the alert flag on looking for

18   compounds like TCE in groundwater and drinking water supplies

19   that then developed into the, I guess what I refer to as general

20   knowledge or general recognition in the late 1970s to early

21   1980s.

22           THE COURT:  Did the Water Board know something

23   everybody else didn't know in the '50s when they gave a permit

24   to Aerojet?

25           THE WITNESS:  I don't believe they did.  Not in the

context of the type of contamination we're dealing with in this case.

THE COURT:  Is that true of both AP and TCE?

THE WITNESS:  Yes, Your Honor.

THE COURT:  Well, I'm sure the government can go back to that.

MR. FOTOUHI:  May I continue, Your Honor?

BY MR. FOTOUHI:

Q.   Dr. Feenstra, looking back just briefly at the excerpt at the top of this demonstrative, you read it to say that it directed users to allow the TCE to evaporate into the atmosphere.  Dr. Feenstra, is it your understanding, based on your research, that users at the time and manufacturers at the time this directive was given thought that TCE would evaporate completely?

A.   I believe that was the understanding or the -- that was the intent at the time, yes.

Q.   Let's look at the excerpt from the American Insurance Association, if we could, which is the final excerpt in that demonstrative.  Dr. Feenstra, what does this -- what does the American Insurance Association direct users to do in order to dispose of TCE?

A.   This was guidance given by the American Insurance Association in 1967, and again in 1972, with regard to the disposal of TCE wastes, in addition to other types of

1  chlorinated solvent wastes at the time.

2       Without reading it out, it basically advises that you

3  shouldn't pour it into drains or sewers, because there's a

4  concern of vapors being ignited in those sewer systems, but

5  basically that the waste solvent could be put on the ground to

6  be burned or, if burning isn't possible or permitted by

7  authorities, that the solvents could be placed on the ground and

8  allowed to evaporate to the atmosphere, very similar to the

9  guidance given by the Manufacturing Chemists Association.

10 Q.   Dr. Feenstra, when was TCE first discovered in the

11 groundwater in California?

12 A.   In California it's my understanding that was in 1979.

13 Q.   If we could, let's look at Plaintiff's Exhibit 1537, which

14 is tab 32 in Lockheed Martin's trial binder behind

15 Dr. Feenstra's affidavit.  If we could look at page 18 of the

16 document.

17           THE COURT:  PX what was it?

18           MR. FOTOUHI:  Your Honor, it's PX 1537.  It should be

19 on the disk and also in Lockheed Martin's trial binder.

20 BY MR. FOTOUHI:

21 Q.   Dr. Feenstra, is this the document --

22           MS. ZILIOLI:  Excuse me, Counsel, I don't have a page

23 18 --

24           MR. FOTOUHI:  I'm sorry.  It's page 12.  My apologies.

25 It's page 18 of the PDF.  My fault.

```
1              THE COURT:  Page 12.

2              MR. FOTOUHI:  Page 12, yes, Your Honor.

3    BY MR. FOTOUHI:

4    Q.   Dr. Feenstra, did you review this document in forming your

5    opinion that the first time TCE was discovered in California

6    occurred in 1979?

7    A.   That's correct.

8    Q.   What were the circumstances regarding that discovery?

9    A.   Well, it's my understanding that TCE was discovered in

10   groundwater monitoring that was conducted at the Aerojet

11   facility at Rancho Cordova near Sacramento.  By 1979 there were

12   statewide, nationwide, and in some areas countywide surveys

13   being done on drinking water quality using most recently

14   published analytical methods for testing for TCE in groundwater.

15   That would have been in 1979.  And as a result of some of these

16   surveys, I understand that TCE was identified at Aerojet.

17   Q.   Would you describe TCE as a common groundwater contaminant

18   today?

19   A.   It certainly is.  With regard to organic compounds found in

20   groundwater at Superfund sites, it is the most frequently

21   encountered organic compound.

22   Q.   Dr. Feenstra, let's pivot and talk about the questions that

23   counsel asked you last week regarding the development of

24   knowledge concerning AP.  Dr. Feenstra, before 1997, at what

25   level could AP be tested for in the groundwater?
```

1    A.   Well, I don't believe there was a standardized method of

2    any sort for AP in groundwater.  It's my understanding that in

3    the late 1950s there was a method that was capable of 1 part per

4    million or about a thousand parts per billion.  And then testing

5    done in the San Gabriel Valley in the mid-1980s had an

6    analytical detection limit of I believe somewhere around 400 to

7    800 parts per billion.

8    Q.   What is your understanding of the level at which AP or

9    perchlorate could be tested in groundwater beginning in 1997 and

10   moving towards the recent past?

11   A.   In 1997, a published analytical method became available

12   with a detection limit of 4 micrograms per liter, 4 parts per

13   billion.  I think that's probably come down somewhat to be less

14   than 1 part per billion at the present time.

15   Q.   Based on your review of the groundwater data of the

16   perchlorate, the AP contamination in the -- associated with the

17   former Redlands site, are any concentrations in the groundwater

18   in the Crafton-Redlands plume higher than 400 parts per billion?

19   A.   No.

20   Q.   For how many years have you been looking into the question

21   of the development of knowledge of AP handling and disposal?

22   A.   I believe since about the year 2000.

23   Q.   And what is your understanding of the scientific and

24   industrial community's knowledge regarding AP's impact on

25   groundwater in the 1950s?

1    A.   Well, with regard to AP in groundwater, there's really only

2    one example or one circumstance of any report of perchlorate in

3    groundwater that I'm aware of.

4              THE COURT:  AP.

5              THE WITNESS:  AP.

6              THE COURT:  Just easier for everyone.

7              THE WITNESS:  Sorry, Your Honor.  Of AP in

8    groundwater.  There really was no general knowledge or

9    recognition or identification of AP as a potential groundwater

10   contaminant that industry in general or the military should be

11   aware of.

12             THE COURT:  What's the one example?  Is that the

13   Aerojet?

14             THE WITNESS:  The one example is in Aerojet.  That's

15   correct, Your Honor.

16   BY MR. FOTOUHI:

17   Q.   Dr. Feenstra, let's look at Plaintiff's Exhibit 2025, which

18   is also tab 42 in Lockheed Martin's trial binder behind

19   Dr. Feenstra's affidavit.

20        Dr. Feenstra, did you prepare this exhibit?

21   A.   Yes.  This was part of my original expert report.

22   Q.   And is this exhibit or is this table a summary of

23   information that you reviewed?

24   A.   That's correct.

25   Q.   And what information is it a summary of?

1    A.    Sorry.  I didn't hear that.

2    Q.    What information does this table summarize?

3    A.    This information or this table summarizes a variety of

4    government-sponsored reviews of water quality.  So these are

5    published documents.  It indicates whether they did or did not

6    describe anything related to AP contamination in groundwater.

7    Q.    I believe last week you mentioned McKee's 1952 document.

8    What did that document discuss regarding perchlorate in

9    groundwater?

10   A.    McKee in 1952 did not discuss AP.  I've noted here that it

11   did discuss a compound called sodium chlorate, which is a

12   somewhat related compound to AP that wasn't used as an

13   industrial chemical per se, but was used as a weedkiller.  So

14   that was understood to be a potential problem with regard to

15   water pollution, but only at very, very high concentrations.

16   Q.    And I believe the next row on this chart lists another work

17   by McKee, this time with Wolf; is that correct?

18   A.    Correct.

19   Q.    What does this document or -- well, first I'll ask, did you

20   review this document in preparation of this table?

21   A.    Yes, I did.

22   Q.    What does this document discuss regarding perchlorate?

23   A.    This document is an updated version of the 1952 document.

24   It's an evaluation of water pollution and water quality

25   criteria, and they compiled the list of several hundreds of

1    different types of compounds that they considered potential

2    pollutants, and they did not identify AP as a potential

3    pollutant of groundwater.

4    Q.    Let's look at the second to last row on that page from

5    1971.  Dr. Feenstra, did you review this document in preparation

6    of this table?

7    A.    Yes.

8    Q.    What is this document?

9    A.    This is a compilation that was put together by the U.S. EPA

10   in 1971, I think in anticipation of the upcoming Clean Water Act

11   that was implemented in 1972.  So it was an evaluation of all

12   the possible types of industrial chemicals, or chemicals in

13   general, that might potentially be found in water and might

14   potentially represent a contamination problem.

15   Q.    So it's your opinion that before that time, in documents

16   similar to those that you reviewed, government reference type

17   documents, there was no specific mention of perchlorate; is that

18   correct?

19   A.    That's correct.  In this particular document from 1971, it

20   was certainly listed as a potential pollutant of water, and the

21   fact that it was used in industrial operations, but it was not

22   listed as a pollutant that had ever been identified or detected

23   in water.

24   Q.    So is that to say that in 19 -- well, is it your -- based

25   on your review of these materials, had perchlorate been detected

1    in groundwater before 1971?

2    A.   With a retrospective examination I have found some

3    examples, but in terms of the literature review and examination

4    that EPA did in 1971, they had found no references to AP in

5    water.

6    Q.   Let's turn to Plaintiff's Exhibit 2026, which is also tab

7    44 in Lockheed Martin's trial binder.  Dr. Feenstra, did you

8    prepare this table?

9    A.   Yes.

10   Q.   And does this table summarize a number of documents that

11   you reviewed?

12   A.   Yes.  This is another category of published literature that

13   I examined.  These are handbooks and textbooks in the field of

14   environmental engineering.

15   Q.   And in your review of these handbooks and textbooks, what

16   did they have to say with regard to perchlorate groundwater

17   contamination?

18   A.   Nothing.  AP was not mentioned.

19   Q.   And during what time frame did this review span?  Could we

20   go to the last page of the demonstrative, of the exhibit?

21   A.   I think the first textbook, I don't remember the first

22   date, but I believe it was in the '50s, until 1996.

23   Q.   Let's go to Plaintiff's Exhibit 2027, which is tab 45 in

24   Lockheed Martin's trial binder.  Dr. Feenstra, is this another

25   summary table that you prepared?

1    A.   Yes.

2    Q.   And what documents did you review to draft this summary

3    table?

4    A.   This is published documents in the category of handbooks

5    and textbooks on groundwater contamination, to distinguish it

6    from environmental engineering, whose emphasis is a little bit

7    different.  And these textbooks span the period from 1937 until

8    I believe 1994, and there was no mention of AP with regard to

9    groundwater contamination.

10   Q.   And I noticed you prepared this table back in March of 2013

11   as per the date in the corner.  Is your understanding still the

12   same today?

13   A.   Correct.  I have found no other textbooks in that time

14   period that discuss AP.

15   Q.   Let's turn to Plaintiff's Exhibit 2028, which is tab 46 in

16   Lockheed Martin's trial binder.  Dr. Feenstra, did you prepare

17   this table?

18   A.   Yes.

19   Q.   And did you review the documents that you summarize in this

20   table?

21   A.   Yes.

22   Q.   What documents does this table summarize?

23   A.   This is yet another category of published information.

24   These are mainly literature reviews and scientific articles that

25   considered groundwater quality.

1    Q.   Let's turn to page 5 of this table, to the last column,

2    last row.  Dr. Feenstra, did you review this document in

3    preparation of this table?

4    A.   Yes.

5    Q.   And what is this document?

6    A.   This document is a relatively short literature review

7    article that was prepared in the journal of the American Water

8    Works Association, basically describing groundwater pollution

9    from various types of waste disposal activities as they were

10   understood in the late 1950s, 1957.

11   Q.   And I believe in your summary it states that perchlorates

12   are toxic to plants in concentrations of 1 to 2 parts per

13   million.  Do you see where I read that?

14   A.   Yes.

15   Q.   What is your understanding as to the knowledge at the time

16   about perchlorate's toxicity to plants?

17   A.   It's my understanding that that was the level of concern at

18   that time.  There was a concern that AP in water that was used

19   for irrigation of crops had a potential to damage those crops,

20   at concentrations relatively comparable to those of boron, which

21   was another compound understood to be a potential concern.

22   Q.   Was boron more well understood as a potential groundwater

23   contaminant at the time than perchlorate?

24   A.   Yes.

25   Q.   Are any of the concentrations in the groundwater of AP in

1    the Crafton-Redlands plume higher than 1 to 2 parts per million?

2    A.   No.

3    Q.   Let's turn to --

4              THE COURT:  When the EPA finally -- you may have

5    answered this, I'm sorry -- but got around to finding out that

6    it's in groundwater and it's dangerous, what was the standard?

7    I take it it would be sometime after '71, according to you.

8              THE WITNESS:  Yes.  At the present time, I don't

9    believe there's an MCL or a maximum contaminant level for AP in

10   groundwater at a federal level.  My understanding is the

11   California level is 6 parts per billion, compared to the --

12             THE COURT:  Here you talked about 1 to 2 parts per

13   million.

14             THE WITNESS:  Million.

15             THE COURT:  Now it's 6 parts per billion?

16             THE WITNESS:  That's correct, Your Honor.  So 1 to 2

17   parts per million is a thousand to 2,000 parts per billion.

18   BY MR. FOTOUHI:

19   Q.   And Dr. Feenstra, in 1957, is it your understanding -- or

20   what was the understanding about perchlorate's or AP's potential

21   impact on drinking water supplies?

22   A.   I don't believe there was any understanding or specific

23   concern with regard to drinking water quality.

24   Q.   Let's go to page 12 of that chart and the last row.

25   Dr. Feenstra, did you review this document in preparation of

1    this table?

2    A.   Yes.

3    Q.   And between 1957 and 1980, were there any documents that

4    you found that you noted on this table that referenced

5    perchlorate?

6    A.   No.

7    Q.   And this document, what does -- what was this document or

8    what is this document?

9    A.   This document was a report prepared for the State of

10   California Water Quality Control Board with regard to what

11   was -- an overview of what was understood at the time with

12   regard to TCE and other types of organic -- or other types of

13   pollutants that were being found particularly in association

14   with Aerojet at Rancho Cordova.

15   Q.   Let's look at Plaintiff's Exhibit 1229, which is also tab

16   34 in Lockheed Martin's trial binder.  Let's look at the first

17   page first.  Dr. Feenstra, is this a document that you looked at

18   in preparation of your opinions in this case?

19   A.   Yes.

20   Q.   Let's look at the bottom of page 3 of this document.

21        THE COURT:  What's the year on the document?

22   BY MR. FOTOUHI:

23   Q.   Dr. Feenstra, do you recall the year of this document?

24   A.   2010.

25   Q.   And is it your understanding that this was prepared by the

1    Government Accountability Office?

2    A.   Yes.

3    Q.   Let's look at page 3 of this document.  If we could zoom in

4    to the section that starts with, sort of in the middle of the

5    page, "History of EPA's Investigation."  The first sentence of

6    this reads, "Perchlorate was initially identified by EPA as a

7    potential contaminant in 1985, when it was found in wells at

8    hazardous waste sites in California."  Dr. Feenstra, does that

9    comport with your understanding of the development of knowledge

10   of perchlorate in groundwater?

11   A.   That's my understanding, yes.  It was the San Gabriel

12   Valley Superfund site where AP was first identified.

13             THE COURT:  Who was the company there?

14             THE WITNESS:  That was also Aerojet.

15   BY MR. FOTOUHI:

16   Q.   Let's turn to page 10 of this document, if we could.  Could

17   we zoom in to the final paragraph.

18        The first sentence of this paragraph says, "DOD,"

19   Department of Defense, "reported perchlorate detections at 284

20   of its installations, or almost 70 percent of the 407

21   installations sampled from fiscal years 1997 through 2009, with

22   detections ranging from less than 1 part per billion to 2.6

23   million parts per billion."

24        Dr. Feenstra, is it your understanding that perchlorate is

25   a common groundwater contaminant at DOD facilities?

1    A.   Yes, indeed.

2    Q.   Have you reviewed information regarding the -- well, let me

3    ask it in a different way.  Let's read the final sentence there

4    and then go to the next page, if we could.

5         "According to DOD," and if we could just go to the next

6    page, the very top, "the agency generally uses perchlorate in

7    munitions and missiles, and its releases of perchlorate occurred

8    primarily at maintenance facilities, rocket testing sites, and

9    waste disposal areas."

10        Dr. Feenstra, does this comport with your understanding of

11   the types of sites where perchlorate is found in groundwater

12   today?

13   A.   Yes, it is.

14   Q.   Let's go to page 11 of this document.  Zoom in to the first

15   full paragraph there.  I'm going to read starting at the middle

16   of the paragraph, at the fifth line.  "NASA reported the highest

17   detection of 13,300 parts per billion in groundwater in 2002 at

18   the Jet Propulsion Laboratory in California."

19        Dr. Feenstra, are you familiar with the Jet Propulsion

20   Laboratory in California?

21   A.   Somewhat familiar.  That's not a site I've worked on

22   personally.

23   Q.   Let's look towards the bottom of that paragraph starting

24   with the sentence that begins with "at."  "At the Jet Propulsion

25   Laboratory, NASA attributed perchlorate contamination to the

1    disposal of perchlorate waste in underground pits during the

2    1940s and 1950s."

3        Dr. Feenstra, is it your understanding that disposal of

4    perchlorate in underground pits would have led to groundwater

5    contamination?

6    A.   Based on present-day knowledge, that would certainly be my

7    expectation, yes.

8            THE COURT:  When we talk about underground pits, are

9    we talking about burn pits, are we talking about evaporation

10   pits, or what are we talking about?

11           THE WITNESS:  These would actually be disposal pits.

12   So pits in which liquid wastes were disposed of with the

13   intention of them percolating into the ground.

14           THE COURT:  Do we have those types of pits in this

15   case?

16           THE WITNESS:  No, Your Honor, except for --

17           THE COURT:  What about the Beaumont sites?

18           THE WITNESS:  At the LaBorde Canyon site, the waste

19   discharge area, which was noticed to the Water Pollution Control

20   Board and for which a resolution was granted, I believe would

21   have been in that category because it referred to the discharge

22   of 5,000 gallons per year to the ground.

23           THE COURT:  So that was the reason, in your view, that

24   it was permitted as opposed to everywhere else in these Lockheed

25   sites?

1          THE WITNESS:  Yes, Your Honor, that is my opinion.

2          THE COURT:  Because they used a disposal underground

3   pit, and they didn't use that in any other part of the facility.

4          THE WITNESS:  That's correct, Your Honor.

5          THE COURT:  Okay.

6   BY MR. FOTOUHI:

7   Q.   Let's look at Feenstra Demonstrative 46, which is on page

8   98 of your affidavit.  Dr. Feenstra, did you compile this list

9   of sites in preparation of this demonstrative?

10  A.   Yes.  This is a compilation of information that was

11  contained in that Government Accountability Office 2010 report.

12  Q.   What does this table show or purport to show?

13  A.   This table gives examples of those Department of Defense

14  sites where perchlorate contamination, or AP contamination in

15  groundwater exceeded 15 parts per billion.  I believe there's 10

16  California facilities listed on this chart.

17  Q.   And did you consider the -- in reaching your opinion

18  regarding the knowledge of AP disposal practices at the time,

19  did you consider the fact that a number of DOD facilities have

20  AP groundwater contamination?

21  A.   Oh, certainly.  And it's my understanding that the types of

22  operations that these Department of Defense facilities would

23  have included at least some of the same activities that took

24  place at Redlands and at Beaumont, particularly burn pits.

25          THE COURT:  Can either counsel tell me, are these Camp

```
 1    Irwin?  That does not include that?  That's a different site?
 2              THE WITNESS:  No.  Camp Irwin is not on this list,
 3    Your Honor.
 4    BY MR. FOTOUHI:
 5    Q.   Dr. Feenstra, do you recall reviewing any deposition
 6    testimony about Camp Irwin in this case?
 7    A.   Deposition testimony, I can't actually recall.  I recall
 8    some correspondence and documents that indicated at a variety of
 9    times propellant wastes from Redlands were sent to Camp Irwin
10    for burning.
11    Q.   Is it your understanding that Camp Irwin disposed of
12    propellant waste on bare ground?
13    A.   That's my understanding, yes.
14              THE COURT:  How does he know that?  What's the basis
15    of that understanding?
16              THE WITNESS:  I believe there's correspondence that
17    indicates the -- descriptions of burn pits.
18    BY MR. FOTOUHI:
19    Q.   Let's talk, Dr. Feenstra, about the Aerojet site that you
20    were asked questions about last week as compared to the LPC
21    site, if we could.  How much larger or smaller was the Aerojet
22    site than the LPC Redlands site?
23    A.   Well, the Aerojet facility was a very large manufacturing
24    facility of liquid and solid propellant rockets.  I think the
25    complex itself covered something in the neighborhood of 20,000
```

1    acres and employed 17,000 employees, in comparison to the

2    Redlands facility, which I think was about 240 acres in size and

3    I don't believe ever employed more than about 1,500 people.

4    Q.   Do you know whether Aerojet processed more or less AP than

5    the LPC facility?

6    A.   I don't recall seeing any numbers, but it's my

7    understanding it was a very much larger operation.

8    Q.   Did Aerojet have different methods of disposal than LPC for

9    some of its wastes?

10             THE COURT:  If he knows.

11             THE WITNESS:  Yes.  During the 1950s, at least, AP

12   wastewaters were discharged into pits for percolation into the

13   ground.

14   BY MR. FOTOUHI:

15   Q.   And that was at Aerojet?

16   A.   At Aerojet.  And aside from the waste disposal area at

17   LaBorde Canyon that I just mentioned, Your Honor, there were no

18   similar percolation pits either at the Potrero site or the

19   Redlands facility.

20   Q.   What is a percolation pit?

21   A.   A percolation pit would basically be a specific disposal

22   area where there would be routine or ongoing or frequent

23   disposal of wastewaters that were intended to be percolated into

24   the ground.

25             THE COURT:  Is it by a pipe?

1          THE WITNESS:  It would have been probably transported
2     to the pit via pipe.
3          THE COURT:  But then when you put it down, where is it
4     going?  Is it just going into a drain?
5          THE WITNESS:  Into the ground, the permeable soil in
6     the ground.
7     BY MR. FOTOUHI:
8     Q.   What would one of these types of facilities look like,
9     Dr. Feenstra?
10    A.   It would typically be like a basin, perhaps, maybe a few
11    tens of feet in dimensions, several feet deep, into which the
12    liquids would be disposed of, and the principle is that those
13    liquids would then seep into the ground.
14         THE COURT:  What were the available techniques for
15    getting rid of AP and TCE from the '50s through the early '70s?
16    There were these pits.  Were those used throughout that period?
17         THE WITNESS:  Yes.
18         THE COURT:  Okay.
19         THE WITNESS:  In terms of --
20         THE COURT:  You call them wastewater pits?
21         THE WITNESS:  Yes.
22         THE COURT:  Okay.  And two were burn pits?
23         THE WITNESS:  Yes, Your Honor.
24         THE COURT:  And evaporation pits?
25         THE WITNESS:  Yes.

1          THE COURT:  But the evaporation pit requires you to

2     take the sludge, or whatever it's called, and move it to the

3     burn pit.

4          THE WITNESS:  Right.  The evaporation pits retained

5     the liquids in the waste material so that most of the solvents

6     and probably even most of the water evaporated away.  Then those

7     residues were scraped out from time to time, because they were

8     still combustible residues, and they would be burned.

9          THE COURT:  Okay.  Anything else?  Any other methods

10     available in that stated 15-year period?

11          THE WITNESS:  With regard to AP wastes, there were

12     times where some wastes from the Redlands site went to ocean

13     disposal, and I believe the same practices were employed, at

14     least for some types of AP wastes from Aerojet.  So the wastes

15     were basically put into barrels and taken out several hundred

16     miles offshore and dumped into the sea.

17          THE COURT:  Okay.  And then the government mentions a

18     pan, burn pan.  They were available.  They were in existence.

19          THE WITNESS:  Certainly.  Steel pans could exist.  I

20     don't believe I've seen any reference to the use of burn pans

21     for solid propellant type wastes of the type produced by LPC in

22     any of the military guidance documents.  The burn pans that are

23     referred to in the military guidance documents are for a very

24     specific type of waste material that's referred to as military

25     pyrotechnics, from flares, smoke munitions and things like that,

1    that when you dispose of them they have to be covered in oil

2    because they can spontaneously combust, and it's my

3    understanding that the disposal of that mixture of pyrotechnic

4    waste with the oil was to be done in burn pans.  That's the only

5    type of waste I've seen referred to in the military guidance

6    that advised burn pans.

7            THE COURT:  Were you aware they were used in Cape

8    Canaveral?

9            THE WITNESS:  I understood that to be the case based

10   on deposition testimony.  I have a contemporaneous document from

11   Cape Canaveral from that time period that actually mentions

12   burning propellant wastes on the ground.

13           MR. FOTOUHI:  Your Honor, that's Plaintiff's Exhibit

14   1063 at page 1-98.  That's the document Dr. Feenstra just

15   referred to.  It's on the screen now.

16           THE COURT:  So that refers to Cape Canaveral?

17           THE WITNESS:  Yes.  For one of the contractors.

18           THE COURT:  Pan Am was a contractor?

19           THE WITNESS:  Yes indeed, in the missiles division, I

20   believe.

21           THE COURT:  What's the date on this?  Is this a

22   document from 1970?

23           THE WITNESS:  1960.

24           THE COURT:  Okay.  Have I covered the methods that

25   were available, in existence, for AP and TCE disposal?

1          THE WITNESS:  There's I guess one other possibility

2     for TCE that wasn't contaminated with AP, and that guidance is

3     what we've already discussed briefly this morning, is simply

4     spreading it onto the ground to allow it to evaporate, or

5     burning it on the ground, or actually guidance from the Dow

6     Chemical Company in 1971 even advised that the waste TCE without

7     AP could be buried.

8          THE COURT:  Why was a distinction drawn, if you know?

9     In other words, what you're saying is you could spread it on the

10    ground.  Dow Chemical said just don't do it anywhere near humans

11    or something.  But why would TCE, straight TCE be differentiated

12    from TCE mixed with AP?

13         THE WITNESS:  Well, I don't believe any of the

14    organizations that I mentioned made that differentiation.

15    That's a differentiation I'm making based on the rocket

16    manufacturing industry.  The concern about, for example, taking

17    AP-contaminated TCE and simply spraying it onto the ground to

18    allow the TCE to evaporate is that it will leave the AP behind.

19         THE COURT:  It will what?

20         THE WITNESS:  It will leave the AP behind.

21         THE COURT:  It will leave?

22         THE WITNESS:  The AP will stay on the top of the soil

23    and potentially represent a fire and explosion hazard if it

24    accumulates on the soil in the disposal area.

25         THE COURT:  How many other people were in the business

1    of rocket manufacturing during this period of time that I'm

2    looking at?  Who else besides Lockheed?

3              THE WITNESS:  Would be -- well, the names I can think

4    of are Lockheed, Goodrich.

5              THE COURT:  The tire company?

6              THE WITNESS:  Yes.  They were making the components

7    for rocket motors.  Aerojet, Rocketdyne, I think Rockwell.

8    There weren't a large number, but I would suspect probably

9    somewhere between half a dozen and a dozen fairly significant

10   manufacturers.

11             THE COURT:  Are they all sitting on Superfund sites?

12             THE WITNESS:  I believe most of them are, yes.

13             MR. FOTOUHI:  May I continue, Your Honor?  Did you

14   have additional questions?

15             THE COURT:  Go ahead.

16   BY MR. FOTOUHI:

17   Q.   Dr. Feenstra, you just spoke with Her Honor about

18   evaporation pits.  Let me just ask you a couple of additional

19   questions about those.  What's the difference between an

20   evaporation pit and a percolation pit?

21   A.   The intent of a percolation pit is to allow the liquids to

22   actually infiltrate into the ground and go into the subsurface

23   environment.  An evaporation pit is intended to retain the

24   liquids long enough so that solvent materials can evaporate to

25   the atmosphere, and probably even most of the water can

 1    evaporate back to the atmosphere.

 2    Q.    At the Redlands site, did LPC use percolation pits?

 3    A.    No.

 4    Q.    Did LPC use evaporation pits?

 5    A.    That's correct.

 6            THE COURT:  But you can put both AP and TCE in

 7    evaporation pits?

 8            THE WITNESS:  Yes, Your Honor.

 9            THE COURT:  One is not better than the -- it doesn't

10    matter.  Evaporation pits can be used for either?

11            THE WITNESS:  Correct.

12    BY MR. FOTOUHI:

13    Q.    Dr. Feenstra, last week I believe you testified that at

14    some point in the 1960s LPC stopped using evaporation pits for

15    solvent disposal.  Do you remember that testimony?

16    A.    Yes.

17    Q.    Does that mean that LPC stopped using evaporation pits

18    altogether?

19    A.    No.  It's my interpretation that sometime in the mid-1960s

20    the -- LPC stopped putting waste solvents into the evaporation

21    pits.  I guess there are no documents that indicate that

22    explicitly, but the evaporation pits were no longer permitted by

23    the San Bernardino district or air pollution control district,

24    and the air pollution regulations did not get less stringent.  I

25    can only believe that those pits were no longer permitted

1    because those types of wastes were no longer going to the

2    evaporation pits.

3              THE COURT:  When you talk about -- what kind of wastes

4    were no longer going into evaporation pits?

5              THE WITNESS:  The TCE, the solvent wastes.  I believe

6    at that point in time those wastes went to the Potrero site to

7    be burned.

8              THE COURT:  What about TCA?

9              THE WITNESS:  And TCE also, Your Honor.

10             THE COURT:  Would also what?

11             THE WITNESS:  Would have also not gone any longer to

12   the evaporation pits at Redlands, but would have gone to the

13   Potrero site to be burned.

14             THE COURT:  So is it your view that evaporation pits

15   were no longer used at all or they would no longer be used for

16   TCE?

17             THE WITNESS:  They were no longer used for TCE is my

18   interpretation of the records that are available.  They would

19   still be used for AP and propellant wastes.

20   BY MR. FOTOUHI:

21   Q.   Dr. Feenstra, just to close out a couple of the topics that

22   we just discussed, is the Aerojet site under the jurisdiction of

23   the same regional water board as the LPC site, or are they under

24   a different jurisdiction?

25   A.   Well, they're all under the state boards, but a different

1  regional board looks after Aerojet.  It's the Central Valley --

2  it was I guess then the Water Pollution Control Board, and

3  Redlands is in the Santa Ana region Water Pollution Control

4  Board.

5  Q.   You discussed with Her Honor questions regarding the burn

6  pans at Cape Canaveral.  Did you review the deposition testimony

7  of Edwin Granberry, who I believe the government's experts in

8  this case have cited in their affidavits?

9  A.   Yes.

10  Q.   Do you recall who Edwin Granberry worked for?

11  A.   I believe he worked for Pan Am.

12  Q.   Is that what led you to locate the Pan Am brochure that's

13  in Plaintiff's Exhibit 1063?

14  A.   No.  Actually, the Pan Am document was already in my files.

15  Q.   And what did the Pan Am document call for?

16  A.   It called for the burning of propellant wastes on the

17  ground, essentially a burn pit, just like advice given in the

18  other military documents that I reviewed.

19  Q.   Page 1-98 of this document.  The top two paragraphs there.

20  Dr. Feenstra, is this the section of the document that you were

21  thinking of?

22  A.   Yes, I believe so.  It basically just calls for removing

23  combustible materials from the burning area and keeping

24  firefighting equipment available.

25  Q.   Is this guidance similar to the guidance given by the

1   military at the time based on the manuals that you reviewed?

2   A.   Yes, it is.

3   Q.   Okay.  Did burn pans become more commonly used at some

4   point in time?

5   A.   I'm actually not sure.  For these types of propellant

6   wastes, I believe that's the case, but I don't believe that

7   occurred until the '80s, and that's not actually a time frame

8   that I've reviewed in detail.

9           THE COURT:  What do they do with the stuff now?

10          THE WITNESS:  With regard to the propellant wastes, I

11  guess there's only one other site I'm familiar with, and they do

12  burning of propellant waste not on burn pans, but very specially

13  designed concrete pads.

14          THE COURT:  And what about TCE?  How do they get rid

15  of it now?

16          THE WITNESS:  AP-contaminated TCE is also burned, but

17  not in a manner that allows it to escape to the ground.

18          MR. FOTOUHI:  Your Honor, may I continue?

19          THE COURT:  Are we still using this propellant for

20  rockets and military equipment?

21          THE WITNESS:  Yes.

22          THE COURT:  So the stuff that's going into the rockets

23  in the space -- are we still producing space ships?

24          THE WITNESS:  Not at the moment, I suppose.  Well, not

25  in terms of manned flight, but there's lots of solid propellant

1   boosters that are still used for satellites and other launch

2   vehicles.

3             THE COURT:  So the propellant itself, the substance

4   has not changed in 30, 40, 50 years.

5             THE WITNESS:  I don't believe so, Your Honor.

6   BY MR. FOTOUHI:

7   Q.  Dr. Feenstra, let's talk a bit about the questions you were

8   asked last week about the source of --

9             THE COURT:  How much longer do you think you'll be?  I

10  realize I'm taking up a lot of your time.  But how much longer?

11            MR. FOTOUHI:  Probably a couple more hours, Your

12  Honor.  I can try to hurry it as much as I can.

13            THE COURT:  Well, yeah.  Okay.  We'll take a break in

14  a few minutes.  Go ahead.  Keep going.  Let's try to finish with

15  him before lunch.

16            MR. FOTOUHI:  Yes, Your Honor.

17  BY MR. FOTOUHI:

18  Q.  Dr. Feenstra, let's talk a bit about the questions you

19  received last week about the sources of TCE contamination from

20  the Redlands site, if we could.  Let's turn to page 12 of your

21  affidavit.  Do you remember the questions that counsel asked you

22  about the composition of the TCE plume at the -- the

23  Crafton-Redlands TCE plume?

24  A.  I certainly remember some of them.

25  Q.  Let's zoom in on this chart, if we could.  Did you analyze

1   the groundwater data in this case, Dr. Feenstra?

2   A.   Yes.

3   Q.   And what did the groundwater data tell you about the

4   composition of the Redlands plume?

5   A.   Well, the Redlands plume is overwhelmingly TCE in terms of

6   the magnitude of the concentrations, the widespread extent of

7   the plume, and the consistency of the concentrations at various

8   locations.  In comparison to compounds like TCA and 1,4-dioxane,

9   it is by far the dominant compound present.

10  Q.   So in this table, are you saying that for TCE, between 1985

11  and 2013, out of 14,400 tests, it was detected 9,200 times?  Am

12  I reading the table correctly?

13  A.   That's correct.

14  Q.   And you have a line there for maximum concentration.  What

15  does that mean?

16  A.   That was the highest concentration measured in the plume

17  during that time interval.

18  Q.   And is that 164 parts per billion?

19  A.   Yes.

20  Q.   And for TCA, is that 9 parts per billion?

21  A.   Correct.

22  Q.   How many times was TCA detected in tests of the

23  groundwater?

24  A.   About 1 percent of the time.

25  Q.   And is 9 a relatively low concentration or a relatively

1    high concentration?

2    A.   It's a relatively low concentration, and that occurred at a

3    location where it was only detected on one occasion out of I

4    believe more than 100 tests.

5    Q.   So other than 9, what's the next highest concentration of

6    TCA, approximately?

7    A.   I think it was in the range of 1 or 2 parts per billion.

8    Q.   Do you have an opinion as to whether the TCA, the 122

9    detections of TCA, whether that TCA came from the Redlands

10   facility, the LPC Redlands facility?

11   A.   There's no way to know for sure.  Given that TCA was in

12   fact used at the Redlands facility, it's certainly possible that

13   some of that TCA did derive from Redlands, just a very, very

14   small proportion in comparison to the TCE.

15   Q.   How did this data --

16        THE COURT:  Well, let me posit the following

17   hypothetical:  That TCE was the major solvent until the '60s,

18   then they switched to TCA.  I understand they continued to use

19   TCE, according to you, in the degreaser, but let us assume that

20   their practices vis-a-vis TCE or -- their practices were more

21   sloppy, for lack of a better word, in the early period of time

22   than the later period of time.  Would the TCE not still be

23   detectable if the practices were not particularly careful with

24   the times when they were -- I am assuming that they switched to

25   TCA sometime in the '60s, with the exception of the degreaser,

but that prior to that, they used TCE.

THE WITNESS:  I don't believe that's accurate, Your Honor.

THE COURT:  I know, but we can disagree on that.  I'm asking you to assume that they used TCE primarily up through the mid-'60s or even a little later.  And I'm asking you to assume that the practices regarding disposal were less careful.  Would that account for finding TCE, other than the use of the -- or the malfunctioning of the degreaser?  Perhaps I'm not making myself clear enough.  I'm giving you two assumed facts.

THE WITNESS:  Well, if the assumed facts are that TCE was used primarily in the early years, and essentially most of the releases took place in the early years, that's a circumstance, I suppose.

THE COURT:  And the fact that it's in the early years, it would still be detectable in the later years, correct?  In other words, the fact that TCE arguably was being dumped into the ground -- put aside your degreaser for a minute -- with less care up through the period of time when they switched over to TCA, could that not account for the greater detections of TCE?  The passage of time, in other words, does not make a difference.

THE WITNESS:  I don't believe passage of time makes a difference.

THE COURT:  Okay.

THE WITNESS:  I guess the difficulty I have is that I

don't believe the process documents indicate that TCE was used
more frequently than TCA in the early years.  In fact, I believe
the process documents indicate just the opposite, that TCA was
the dominant general cleaning solvent all through the '60s.  And
I'm not sure that there's much to indicate that behavior was
sloppier in the early part of the era than in the latter part of
the era either.  But given those hypotheticals as you've
described them, I don't believe time would make a difference.

            THE COURT:  Okay.

            MR. FOTOUHI:  Your Honor, may I continue?

            THE COURT:  Well, let me just make sure I understand.
To sum up, even though you don't agree with the premise that TCE
was a more predominant cleaner -- is that what it was,
basically?

            THE WITNESS:  Yes.

            THE COURT:  -- up through say '66 or so -- what I'm
trying to gather is if what I've just posited were true, you
would not -- the degreaser would not have to be the sole source
of TCE.

            THE WITNESS:  Well, because your hypothetical
basically creates a new source that's primarily TCE.

            THE COURT:  Okay.  And your premise also requires the
finding that the degreaser was not working properly, right?
That TCA was the predominant solvent.  I'm just trying to make
sure I understand your premises.  TCA was the predominant

1    cleaner?

2              THE WITNESS:  Right.

3              THE COURT:  The degreaser had a drain and was not

4    functioning the way it should.

5              THE WITNESS:  Well, there's two parts of that.  Some

6    of the releases from the degreaser may have come as a result of

7    malfunctions.  Some of it may have simply been the fact that it

8    was routine operations but the potential for those releases was

9    not recognized and controlled.

10             THE COURT:  I don't understand that.

11             THE WITNESS:  That I believe that there are

12   circumstances where the solvent-water separator can release pure

13   solvent out the water drain without necessarily there being a

14   malfunction per se in terms of a clog or some type of

15   obstruction.

16             THE COURT:  Any other premises that -- obviously, you

17   don't have any, quote, documents that support your theory.

18             THE WITNESS:  With regard to the solvent-water

19   separator, no, Your Honor.

20             THE COURT:  I know you have an engineering document to

21   show a drain, and the process documents for the -- okay.  Have I

22   missed any other assumptions?

23        Another assumption is that you have to -- I'm trying to

24   think of the word.  You don't give much credence to the

25   historical deposition testimony.  You don't credit that as being

1    accurate.

2            THE WITNESS:  Not with regard to the solvents that

3    were reported being dumped.  It's just not consistent with the

4    actual documentation we have at the time.

5            THE COURT:  And what are the years that those

6    depositions were taken?  Can anybody tell me?

7            MR. SULLIVAN:  Taken, Your Honor?

8            THE COURT:  Yeah, the people were testifying in what

9    year?

10           MR. FOTOUHI:  I think between 1994 and 2000?  Is

11   that...

12           MR. SULLIVAN:  Yes.

13           MR. FOTOUHI:  2002, something around there.  Most of

14   them are between '96 and '99, something like that.  Is that a

15   fair characterization?

16           MR. SULLIVAN:  Something like that.

17           THE COURT:  Okay.  All right.  You're assuming that

18   the people on the ground aren't really paying much attention to

19   what's the difference between TCE and TCA?

20           THE WITNESS:  At the time they may have been paying

21   attention, but I'm not sure that 30 years after the fact.  It's

22   kind of like asking you what toothpaste you used 25 years ago.

23           THE COURT:  Crest.

24        (Laughter)

25        I use the same stuff I always did.  Okay.  Never mind.

1          (Laughter)

2              THE WITNESS:  And, Your Honor, that might very well be

3      the right answer, and I guess the difficulty I have is that when

4      the deposition testimony appears to contradict contemporaneous

5      documents, that's --

6              THE COURT:  Well, there's no contemporaneous document

7      that says TCE is going down the drain into the ground from the

8      degreaser.

9              THE WITNESS:  Well, that's correct.

10             THE COURT:  Okay.  All right.  Go ahead, sir.

11             MR. FOTOUHI:  Thank you.

12     BY MR. FOTOUHI:

13     Q.   Dr. Feenstra, based on your review of the documents, when

14     is the earliest reference to TCA being used at the site?

15     A.   I believe it's 1959.

16     Q.   And when is the earliest reference to TCE being used at the

17     site based on the documents that you reviewed?

18     A.   I believe it clearly being TCE was 1960.

19     Q.   And when did the site begin operations?

20     A.   It's my understanding that the site began operations

21     sometime just after 1954.

22     Q.   And so in the 1950s, what solvents were used if not TCA or

23     TCE?

24     A.   Well, there are only a small number of process documents

25     available, but they refer to compounds like acetone,

1    cyclohexanone, and a chemical product called Delchem 904, which

2    is mainly methylene chloride.

3              THE COURT:  There's one more premise here that has to

4    do with -- they make a major point that the TCE evaporates less

5    quickly.  Do you contest that?

6              THE WITNESS:  I don't believe there's a significant

7    difference, Your Honor.  In terms of the contaminated sites I've

8    worked on, we've found them both in the ground.  And in the

9    larger universe of contaminated Superfund sites, both TCE and

10   TCA are some of the most frequently encountered compounds.

11             MR. FOTOUHI:  May I continue, Your Honor?

12             THE COURT:  Go ahead.

13   BY MR. FOTOUHI:

14   Q.   Dr. Feenstra, is it your opinion that a large proportion of

15   either TCA or TCE, if dumped to the ground, would evaporate?

16   A.   In the particular circumstance of the Redlands facility,

17   yes.

18   Q.   Why is that?

19   A.   Because it's an arid area.  The ground is, although

20   relatively permeable, in most circumstances there's a

21   substantial depth or distance to the groundwater.

22   Q.   How much does air temperature affect the evaporation rate

23   of TCE or TCA?

24   A.   Well, lower temperatures will reduce the rate of

25   evaporation of both TCE and TCA to almost the same degree.

```
1   Q.   So is that to say it has -- does it have a similar effect
2   on both TCE and TCA, a change in temperature?
3   A.   Yes.
4   Q.   Would the majority of TCE dumped at a time when the
5   temperatures were cooler still evaporate in your opinion?
6   A.   I believe so.  To some degree, it depends on the quantity
7   released and exactly how it was released.  The larger an area it
8   was sort of spread or thrown over, the more likely it will be to
9   evaporate.
10  Q.   Let's talk about that for a minute.  Counsel for the
11  United States asked you if you had considered the deposition
12  testimony of a few former employees.  Do you recall that?
13  A.   Yes.
14  Q.   And let's look first at Mr. Wessman.  Do you recall being
15  asked about a former employee named Mr. Wessman?
16  A.   Yes.
17  Q.   If we could go to -- do you have Friday's trial transcript?
18          THE COURT:  Was there only one degreaser, building 91?
19          THE WITNESS:  As far as we know, Your Honor, yes, one
20  large vapor degreaser.
21  BY MR. FOTOUHI:
22  Q.   Let's go to Friday's trial transcript, at 659, 9 through
23  15.
24          THE COURT:  I don't have that.  This was Friday?
25          MR. FOTOUHI:  Yes, Your Honor.
```

1          THE COURT:  What are you asking him?

2          MR. FOTOUHI:  I'm just showing him the question that

3    counsel for the United States asked him.

4          THE COURT:  What's the question?

5    BY MR. FOTOUHI:

6    Q.   So Dr. Feenstra, do you remember being asked this question

7    about whether Earl Wessman dumped TCE on the ground at building

8    119 every day?

9    A.   Yes.

10   Q.   Let's look at a part of Mr. Wessman's deposition testimony

11   from August 11, 1998, at page 29.  29 and 30.  Dr. Feenstra, in

12   your review of Mr. Wessman's testimony, did you recall him being

13   certain that he dumped TCE every day?

14   A.   I'm not sure I recall that.

15         THE COURT:  I'm not so sure this is proper.  It says

16   what it says.

17         MR. FOTOUHI:  Yes, Your Honor.

18         THE COURT:  You don't need him to read someone else's

19   testimony.  Ask him questions.

20         MR. FOTOUHI:  Yes, Your Honor.

21   BY MR. FOTOUHI:

22   Q.   Dr. Feenstra, is the way in which TCA or TCE is discharged

23   onto the ground, does that affect evaporation rates?

24   A.   Yes, it will.

25   Q.   What method of dumping affects evaporation rate?

1    A.   Well, generally there's a greater opportunity for

2    evaporation if -- I'll be discussing sort of a pail-size

3    quantity of solvent.  If you take that solvent and spread it

4    over a larger area on the ground surface, there's going to be a

5    greater opportunity for that material to evaporate back to the

6    atmosphere, rather than if you very slowly poured it on a single

7    small spot on the ground.  That's going to afford some deeper

8    percolation and a longer period of time for that material to

9    evaporate.

10   Q.   Let's look at Mr. Wessman's testimony from the Water Board

11   regarding how he claimed to have dumped solvent.  It's page 78.

12   I'm going to show it to you -- from 1994.  Different transcript.

13   And I want to get your reaction, Dr. Feenstra, to whether the

14   way Mr. Wessman describes disposing of solvent would impact

15   evaporation rates.

16        1994, Wessman, page 78.

17             THE COURT:  Where is this showing up?

18             MR. FOTOUHI:  Should be on the screen here.

19             THE COURT:  I know.  It isn't, but beyond that.  Where

20   are you getting this from?  Is it from the government's

21   exhibits?

22             MR. FOTOUHI:  It is a government exhibit, Your Honor.

23             THE COURT:  What is the number of the exhibit?

24             MR. FOTOUHI:  It's a deposition, Your Honor.

25             MS. ZILIOLI:  Your Honor, the Water Board testimony

1    was submitted as 987.

2              THE COURT:  Thank you.  987.  U.S. 987.  And it's from

3    1997?

4              MR. FOTOUHI:  This I think is 1994, Your Honor.

5              THE COURT:  Okay.

6    BY MR. FOTOUHI:

7    Q.   Dr. Feenstra, Mr. Wessman was asked starting at page 77,

8    line 23 -- well, let's -- so he's asked:  "I want to go back to

9    the discolored areas outside of the various buildings that

10   counsel for Lockheed talked to you about.  With respect to

11   building 119, you testified earlier that the discolored area and

12   the area where you had disposed of solvents was on the west side

13   of the building."

14        And he responds, "West side, yes."

15        And the questioner asks:  "Can you tell me the size of the

16   soil that was discolored, the size of the area?"

17        And this is continuing on page 78.  Mr. Wessman responds:

18   "Oh, probably half the size of one of these tables, maybe 3 by

19   4.  Because you didn't throw it in a little spot every time.

20   Just threw it on the rocks."

21        Dr. Feenstra, based on what Mr. Wessman testified to in the

22   method in which he disposed of solvent, how would that impact

23   evaporation rates of that solvent?

24   A.   That would certainly facilitate evaporation, by spreading

25   the solvent over a larger area.

1          THE COURT:  Why is this a large area?  Sounds to me

2     like a small area.  How do you define it as a large area?

3          THE WITNESS:  Well, 3 feet by 4 feet?

4          THE COURT:  You call that a big area?

5          THE WITNESS:  In terms of spreading solvent out on the

6     surface for evaporation, yes, compared to pouring it on a spot

7     several inches in diameter.

8          THE COURT:  I would think if you took a pail and you

9     dumped it over like -- it's not like you have a funnel to keep

10    it in one little spot.  I mean, it spreads a little bit.  But

11    it's not a very -- I don't know.  I don't know how you figure

12    out 3 by 4 has a bigger evaporation rate than 1 by 1.  Is that

13    what you're saying?

14         THE WITNESS:  Well, I mean, 3 by 4 compared to 1 by 1,

15    that's a factor of 12 times larger in terms of the area.

16         THE COURT:  What are we talking about, 3 by 4?  What

17    are the dimensions you're referring to?  3 what?

18         THE WITNESS:  I presumed it was 3 feet by 4 feet,

19    given that he said it was the size of -- half the size of the

20    table they were sitting at.

21         THE COURT:  That's what I thought.  Okay.

22       All right.  It's a good time to stop.  Thank you.

23    10-minute recess.

24       (Recess from 11:03 to 11:27 a.m.)

25

1   BY MR. FOTOUHI:

2   Q.   Dr. Feenstra, before we took a break, we were talking about

3   releases of solvent and the source of the TCE plume at Redlands.

4   You've concluded that the degreaser led to the TCE contamination

5   and not surface dumping.  Is that correct?

6   A.   Correct.

7   Q.   And we talked about one of the reasons why you concluded

8   that, and that's because -- or is that because TCE and TCA would

9   likely have been dumped at the site?  Is that your conclusion?

10              THE COURT:  You know, this is still direct.

11              MR. FOTOUHI:  Sorry, Your Honor.  I'm just trying to

12   save time.  I apologize.

13              THE COURT:  That's not an excuse.  I know what his

14   conclusions are.

15              MR. FOTOUHI:  I apologize, Your Honor.

16   BY MR. FOTOUHI:

17   Q.   Dr. Feenstra, are there other reasons why you concluded

18   that the degreaser and not surface dumping caused the TCE plume?

19   A.   Well, the fact that what we find in the groundwater is so

20   predominantly TCE, my conclusion is that the releases that

21   occurred at the site must have been predominantly TCE, and I

22   don't believe the explanations or suggestions that I've seen in

23   deposition testimony from surface dumping and my understanding

24   of what solvents were used for different processes at different

25   times, I don't think I can explain a groundwater plume that's

1    exclusively TCE from surface dumping, which I believe would have

2    been a combination of -- at least a combination of TCA and TCE,

3    but probably predominantly TCA in terms of the chemicals that

4    were available for different employees' uses that might have

5    ended up on the ground.

6            THE COURT:  And you base that on process documents

7    which tell us what?

8            THE WITNESS:  Which tells us what chemicals should

9    have been used for the processes that the employees said that

10    they were engaged in.

11            THE COURT:  And when are they dated?  Do they get

12    updated every year, every six months?  How often do they go

13    through those things and make changes, do you know?

14            THE WITNESS:  Well, I think they make changes on an

15    as-needed basis if there's changes to the process.

16            THE COURT:  Well, as needed.  You don't know that.

17    You're just speculating.  You don't know what process they used

18    to update their process documents.

19            THE WITNESS:  Well, I know from the collection of

20    documents we have that they weren't sort of routinely or

21    periodically updated on any type of schedule.  That's not

22    evident in the record we have.

23            THE COURT:  So the process documents, what do they

24    tell you about TCE, TCA?

25            THE WITNESS:  That even starting as early as 1960, TCA

1   was used more than TCE was as a general-purpose cleaning

2   solvent.   In terms of the numbers of documents for the numbers

3   of uses, TCA outweighs TCE by a factor of about 4 to 1 in terms

4   of the numbers of different cleaning applications as specify

5   TCA.

6           THE COURT:  But wouldn't it depend on how much you use

7   for each application, and you use more to clean a floor than you

8   do to clean a sink?

9           THE WITNESS:  Well, that's true, but as far the main

10  cleaning operations that the employees who reported dumping were

11  engaged in, cleaning mixing equipment, the process specifications

12  as early as 1962 specified TCA, not TCE, for cleaning out the

13  mixers, for example, in Building 12, which Mr. Mulder I guess

14  testified to.  He indicates dumping TCE, but the specifications

15  call for TCA as early as 1962.

16  BY MR. FOTOUHI:

17  Q.   Dr. Feenstra, are there any -- what else is it about the

18  degreaser that led you to conclude that it was the source,

19  besides the fact that you think that it used TCE?

20  A.   Well, the other aspect is the way the solvent from the

21  degreaser would have been introduced into the subsurface

22  environment -- basically, out the end of a pipe from exactly the

23  same location, below the ground surface -- would have certainly

24  limited the amount of evaporation that might have taken place.

25  In other words, there would have been a more effective

1    transportation route for the same volume of TCE released from

2    the degreaser to make its way into the subsurface and into the

3    groundwater compared to that same volume released at the ground

4    surface that would be subjected to evaporation processes.

5    BY MR. FOTOUHI:

6    Q.   Would the release from the degreaser have also contained

7    water?

8    A.   It would have contained some amount of water.  That's right.

9    Q.   Does that impact your conclusion as to why the degreaser is

10   more likely the source than surface dumping?

11   A.   It's probably not a significant part, but it would be a

12   contribution.

13   Q.   Why is that?

14   A.   In terms of helping carry some of the TCE down into the

15   subsurface, down toward the groundwater.

16   Q.   Why is it important that the -- I think you mentioned that

17   the degreaser discharged underground in the same place.  Why is

18   that important?

19   A.   Well, that's important because, to some degree, as the TCE

20   moves through the subsurface, if it doesn't have an opportunity

21   to evaporate completely will basically create a wetted pathway

22   of some solvent, and if we're starting already four or five feet

23   below the ground surface, there's not going to be a lot of

24   evaporation taking place.  But if the releases continually come

25   out exactly in the same location, like at the end of a pipe,

1    it's going to have more of an opportunity to essentially meet

2    TCE that was there from previous releases and facilitate its

3    movement downward.  Basically, the soil has already been wetted

4    to a certain degree to facilitate that migration.

5    Q.   And would a pathway like that be created by dumping at the

6    surface in a manner that Mr. Wessman described earlier that we

7    looked at in a 3- by 4-foot area?

8    A.   Certainly not in terms of spreading it over a larger

9    surface area, because there's going to be more significant

10   evaporation and you're not going to set up those essentially

11   preferred pathways.

12   Q.   You reviewed a number of depositions in this -- or did you

13   review a number of depositions in this case?

14   A.   Yes.

15   Q.   Did you spot a trend, over time, of more or less testimony

16   about dumping in your review of those depositions?

17             THE COURT:  Oh, I don't know what that means.

18             MR. FOTOUHI:  I'm sorry, Your Honor.

19             THE COURT:  We're not going to go through all the

20   depositions he reviewed and what the trend is.

21             MR. FOTOUHI:  I understand, Your Honor.  Your Honor,

22   I think one of the presumptions that you gave Dr. Feenstra in

23   your hypothetical was that --

24             THE COURT:  You don't have to talk in front of him.

25             MR. FOTOUHI:  Your Honor, Dr. Feenstra -- let me move

1    on.

2    BY MR. FOTOUHI:

3    Q.   Let's talk about the solvent-water separator, Dr. Feenstra.

4    Let's look at Feenstra Demonstrative 37, if we could.

5            THE COURT:  I take it it's Lockheed's position that in

6    some fashion, if one finds these, they're not dumping but instead

7    the degreaser's not working because they owned the degreaser

8    that makes it more -- as an equitable matter, that helps me?

9        Is that your position?  Do I need to really make these

10   incredible findings about what happened 30, 40, 50 years ago,

11   because does it actually help your allocation argument?  Or is

12   it just to rebut their argument?

13           MR. MURPHY:  Your Honor, their argument is that we are

14   culpable because our employees dumped TCE and that caused the

15   plume.  So they should get zero and we should get --

16           THE COURT:  So this is your rebuttal.

17           MR. MURPHY:  Yes.  This is just a sense of -- and in

18   terms of liability, which Your Honor has of course said is gone,

19   ownership would be a portion of that, but that's now gone.  But

20   here we're still rebutting their allegation that it was the

21   dumping and dumping alone that caused the plume, and we don't

22   believe that to be true.

23           THE COURT:  But it doesn't really -- and the government

24   really needs to think about this, too, whether all this debate

25   really helps me.  There are a lot of debates that are perhaps

1    arguably insoluble from a legal standpoint.  Okay.  There's just

2    not enough information, really.

3        You know, he's come up with a hypothesis; that's fine.  But

4    there's no way, if I were a juror, to feel comfortable with it,

5    but I'm not sure that the flip side is true either.  So I've

6    spent days with -- we're still at the 50 yard line.  Okay.  But

7    we can move along.  I get his point.  I mean, whether I accept

8    it or don't accept it is something else.  Okay.

9        MR. FOTOUHI:  Yes, Your Honor.  I'll keep it moving.

10    I apologize.

11    BY MR. FOTOUHI:

12    Q.   Dr. Feenstra, did you prepare this demonstrative?

13    A.   Yes.

14    Q.   What does this demonstrative show?

15    A.   This demonstrative shows basically the configuration of a

16    typical solvent-water separator.

17    Q.   And before we talk about specifically the solvent-water

18    separator at the Redlands site, is it your understanding, based

19    on your expertise in the field, that solvent water separators

20    are a common source of solvent contamination at other sites?

21    A.   Yes.

22        THE COURT:  Who makes them?  Why aren't they in the

23    suit?  Do you know who manufactures these things?

24        THE WITNESS:  This would have been -- the

25    solvent-water separator would have been part of the original

equipment that was purchased with the vapor degreaser.  So Baron

Blakeslee,

I believe, was the company that manufactured this vapor degreaser.

BY MR. FOTOUHI:

Q.   And in the normal course of the operation of the

solvent-water separator, how does it operate?  What is the

intent of the solvent-water separator?

A.   Well, around the outside of the top part of the degreaser

tank, there are cooling coils which cause the vapors within the

degreaser to condense, and there will be some condensation of

moisture from the atmosphere, from the air, sometimes a little

bit of water on parts.  Sometimes there can be leaks in some of

the cooling coils, very small leaks, which adds water to that

condensed solvent.

    The condensed solvent moves into the separator because the

condensed TCE had a higher density than water.  It sinks to the

bottom, and it goes out the pipe at the bottom of the

solvent-water separator and goes back into the degreaser to be

used.  Any water that was condensed with the solvent floats to

the top in the interior of the solvent-water separator, and when

it reaches a specific level, a high enough level, it will drain

out the water drain shown in No. 4 in this demonstrative.

Q.   Let me ask it this way:  Is it your opinion, Dr. Feenstra,

that as the degreaser is operated, that some pure solvent would

exit the water drain?

1    A.    Yes.

2    Q.    How would that happen?

3    A.    Well, that could happen for a variety of reasons.  Imagine

4    that the flow coming in from the solvent -- it's a very large

5    vapor degreaser.  There's a lot of solvent being condensed.

6    That's the flow comparable to a garden hose, six or so gallons

7    per minute, coming into the side of the separator.  So there

8    will be some turbulence.

9    Q.    And just to be clear, that water is coming from where and

10   going to where?

11   A.    It's coming from the degreaser tank itself where the vapors

12   are being condensed, and it's moving into the solvent-water

13   separator at point No. 1 shown on the demonstrative.  So what

14   we're relying on, then, is water separating from the condensed

15   solvent, the TCE sinks to the bottom, water rises to the top,

16   and an analogy, just like oil is going to flow to the top of

17   your salad dressing after you've shaken it up, and what you're

18   relying on then is a complete separation between the two

19   liquids, the water and the solvent, and just the water at the

20   top being skimmed off and going out the water drain.

21   Q.    During the 1960s and 1970s, based on your review of this

22   issue, is it your understanding that operators of water

23   separators knew that pure solvent was exiting the water drain?

24   A.    I don't believe they did.  The important purpose of the

25   solvent-water separator was to keep water out of the solvent

1    going back into the degreaser.  The issue wasn't to keep solvent

2    -- some small amount of solvent going out the water drain.

3    Q.   I believe earlier you referenced manufacturer

4    specifications about maintenance and operation of the degreaser.

5    Am I remembering correctly?

6    A.   I'm sorry, what was the question?

7    Q.   I believe earlier you referenced a manufacturer's -- well,

8    let me -- let's put up an exhibit, 1542 at PDF page 10, page 8

9    of the document.  Bottom two.  Let's go to the first page of it

10   just real quick.

11           MS. ZILIOLI:  Counsel, where is this document?

12           MR. FOTOUHI:  It's Lockheed Martin binder Tab 24.

13           MS. ZILIOLI:  Thank you.

14           MR. FOTOUHI:  And it's numbered page 8, but it's the

15   10th sheet of the document.

16   BY MR. FOTOUHI:

17   Q.   Dr. Feenstra, have you seen this document before?

18   A.   Yes.

19   Q.   What is this document?

20   A.   This is a manual, or basically operation of vapor degreasing

21   equipment that was published by Dow Chemical Company, one of the

22   main suppliers of TCE for vapor degreasing.

23   Q.   Did you read this document in reaching your conclusions

24   regarding the solvent-water separator in this case?

25   A.   This is one of the documents, yes.

1    Q.    And if I could direct your attention to page 8, is this one

2    of the sections that you reviewed to reach this opinion?

3    A.    Yes.

4    Q.    And what does this section say?

5              THE COURT:  Don't read it.  Just tell me why it's

6    important to you.  You can read it to yourself.

7              (Witness reviewing document.)

8              THE WITNESS:  I believe this describes a process by

9    which the water can be purged from the solvent-water separator.

10   The idea is to keep water out of the vapor degreaser.

11             THE COURT:  Keep water what?

12             THE WITNESS:  To keep water out of the degreaser

13   itself.  So this explains --

14             THE COURT:  What makes you say that they only used TCE

15   in the vapor degreaser through all these years?  Since you have

16   process documents that indicate TCA was the major cleaner, why

17   would you only have one item that gets cleaned with TCE after a

18   certain point in time?  How does that make sense?

19             THE WITNESS:  I'm sorry.  I don't understand,

20   Your Honor.  I have probably at least two dozen process

21   documents that indicate that TCE was the solvent to be used in

22   the vapor degreaser.

23             THE COURT:  You think that was the case throughout,

24   even though they switched, even though TCA was the major

25   cleaning agent?

1            THE WITNESS:  Well, TCA was the main cleaning, general

2    cleaning agent since 1960 based on the process documents.

3            THE COURT:  Right.  So what's the -- why have a

4    different one in the degreaser?  What's so special about that?

5            THE WITNESS:  Oh.  TCE is a better, probably more

6    reliable solvent for vapor degreasing itself.  TCA, even though

7    there are inhibitors and stabilizers added, is not as stable as

8    TCE.

9            THE COURT:  So your testimony is they always used TCE

10   throughout the relevant period in the vapor degreaser.

11           THE WITNESS:  In the vapor degreaser.  Yes, Your Honor.

12           THE COURT:  Do you base that on a process document

13   that never got changed, basically?  It was consistent?

14           THE WITNESS:  Well, it's a series of -- my recollection

15   of somewhere around two dozen different process documents from

16   different dates, going all the way from 1960 through to the

17   early 1970s.

18           MR. FOTOUHI:  Your Honor, we have a couple of

19   demonstratives on that that I would ask Dr. Feenstra some

20   questions about, if it's okay.

21           THE COURT:  Yeah.  I've really had almost more than I

22   can tolerate of this issue.  I say that to both sides.  If this

23   is what the case is all about, this has nothing to do with

24   equity, as far as I'm concerned.  These just are not the issues.

25   I mean, it has to be that -- right.  I know that there's one

1    issue of one sloppy practice versus one degreaser, but that's

2    not the gist of everything here.

3            MR. FOTOUHI:  I'll move on, Your Honor.

4    BY MR. FOTOUHI:

5    Q.   Dr. Feenstra, let me move on to a different topic.  Last

6    week, counsel for the United States questioned you about

7    Building 114.  Do you remember that?

8    A.   Yes.

9    Q.   And I believe she showed you a document which was U.S.

10   Exhibit 781 in your binder.  I think you still have the

11   government's binder up there.  And I believe last week -- let me

12   ask it this way:  Just to refresh everyone's recollection, what

13   is this document that we're looking at here?  U.S. Exhibit 781.

14           THE COURT:  It's letter by the counsel of the Army

15   Corps of Engineers.  I read that document.  Okay.  What's your

16   question?

17   BY MR. FOTOUHI:

18   Q.   Dr. Feenstra, let's turn to page 2 of the document and look

19   at the third paragraph, which appears to be a breakdown of the

20   effluent water discharged from 114.  Did you analyze this part

21   of the letter -- or have you reviewed this part of the letter

22   before?

23   A.   Yes.

24   Q.   It says, "As a matter of interest, tests LPC have made of

25   the effluent pump from the evaporation pit show the following

1    results:  total dissolved solids, 150 parts per million."

2         What are total dissolved solids?

3    A.   Total dissolved solids are all those compounds or

4    constituents that are dissolved in the water.  All natural

5    waters have some calcium, some bicarbonate sulphate, some

6    calcium, magnesium.  That's just a measure or summation of all

7    those types of compounds that might be present dissolved in

8    water itself.

9    Q.   As compared to groundwater in the area of the Redlands

10   site, is this level of total dissolved solids higher than

11   expected or lower than expected?

12             MS. ZILIOLI:  Objection, Your Honor.  Lack of

13   foundation.

14             THE COURT:  I can't even rule on it.

15        Go ahead.  Answer it.

16             THE WITNESS:  This level of solids is very low in

17   comparison to the natural water quality in the Bunker Hill Basin.

18             THE COURT:  I'm sorry.  What's your point?  I can read

19   what it says, but what are you trying to tell me?  What's the

20   point of pointing this out?

21             THE WITNESS:  The point of pointing this out is it

22   looks like relatively fresh water.  In other words, because the

23   total dissolved solids are so low, I don't believe it, although

24   it's possible, that the effluent from Building 114 may have

25   contained A.P.  Those A.P. concentrations could not have been

 1   very high, because this basically looks like fresh water from

 2   the groundwater basin, in other words, that's been pumped out of

 3   the well, out of a well near the LPC site, used for some

 4   purpose, and it is being reintroduced with almost no addition of

 5   any other material, including A.P.

 6   BY MR. FOTOUHI:

 7   Q.   Do the other constituents -- pH, hardness, and chloride --

 8   lead you to that conclusion as well?

 9   A.   Yes.  It looks comparable to sort of natural groundwater

10   from the Redlands area.

11        MR. FOTOUHI:  Your Honor, that's all I have.

12      Thank you.

13        MS. ZILIOLI:  May I have a few minutes, Your Honor?

14        THE COURT:  Sure.  Can we discuss scheduling?  How

15   long do you think you'll be?

16        MS. ZILIOLI:  Five minutes.

17        THE COURT:  Okay.  I don't want to interrupt you.

18   We'll discuss scheduling afterwards.

19      The end is in sight, sir.

20                 RECROSS-EXAMINATION

21   BY MS. ZILIOLI:

22   Q.   Good morning, Dr. Feenstra.

23   A.   Good morning.

24   Q.   You testified about various methods of disposal of solvents

25   earlier.  Do you recall that?

1    A.    Yes, at various times.

2    Q.    Wasn't recycling of TCE also an option in the 1950s and

3    '60s?

4    A.    Not -- well, I guess it depends.  Recycling, yes.

5    In terms of cooking down a degreaser during clean-out or using

6    distillation equipment, it doesn't eliminate waste.  There's

7    always TCE waste residue, et cetera, that remains even after

8    recycling operations, so there still has to be an ultimate

9    disposal part to recycling activity.

10   Q.    Have you seen the evidence that Lockheed in fact sent waste

11   TCE from the degreaser off to be reclaimed by other companies?

12   A.    I recall some deposition testimony with regard to that,

13   yes.  I don't recall any specific documents.

14   Q.    You testified that the only place that Lockheed buried

15   propellant was at LaBorde Canyon.  Is that right?

16   A.    No, I don't think I said that.  I think that was the only

17   place where there was a waste discharge that was essentially

18   intended to percolate into the ground.

19   Q.    So you're aware that Lockheed in fact buried propellant at

20   the Potrero site in numerous places around the site.

21   A.    No.  I don't think there was burial.  There was one letter

22   that referred to burial of something, somewhere, sometime, but I

23   don't believe there were areas where propellant was specifically

24   buried.

25             THE COURT:  Are you referring to A.P. when you say

1    propellant?

2            MS. ZILIOLI:  Yes.  Could we please PX365?  Your

3    Honor, it was not in the binder, but it's purely for rebuttal.

4    We're going to pass it out now.

5            THE COURT:  Okay.  You can put it on the screen, right?

6            MS. ZILIOLI:  Yes.

7            THE COURT:  So you're going to, at the end of the day,

8    add this to your disc?

9            MS. ZILIOLI:  This was cited by Dr. Sterrett, Your

10   Honor.  It was previously provided on the binder.

11   BY MS. ZILIOLI:

12   Q.   Dr. Feenstra, have you seen this document before?

13   A.   Yes.

14   Q.   I'm reading the first sentence.  I'm sorry, this is

15   Interdepartmental Communication to W. H. Slater to C. Fitzgerald

16   dated September 3, 1963.  Subject, Buried Propellant in Potrero.

17           The first sentence reads, "Now that it has been brought to

18   our attention that there are propellants in the watershed of our

19   Potrero facility, it will be necessary for us to remove these

20   materials and relocate them either to the Beaumont Proving

21   Grounds or an area in Potrero that is not in the watershed."

22           Second sentence:  "All of the areas where propellant is

23   buried should be marked with some type of pole or flag so that

24   when any construction is started in Potrero, we can relocate

25   these materials."

1    Is it not your understanding from reading that that there

2    was propellant buried at Potrero?

3    A.   As I indicated, based on this letter, somewhere, sometime,

4    something was buried.  We don't know where, we don't know what,

5    and we don't know if it was removed.

6          THE COURT:  Well, we know where, because it says it.

7          THE WITNESS:  Oh, not exactly where on the facility.

8    I'm afraid we don't know, Your Honor.

9          THE COURT:  Okay.  But it's come to our attention

10   there are propellants in the watershed at "our" Potrero facility,

11   meaning Lockheed's.  They weren't used prior to Lockheed -- this

12   site wasn't used for missiles before Lockheed got there.

13         THE WITNESS:  That's correct.

14   BY MS. ZILIOLI:

15   Q.   Dr. Feenstra, is it your understanding that if you bury

16   propellants in the ground, it could potentially cause A.P.

17   contamination?

18   A.   That's true, but the concern with regard to the military

19   documents is you're not supposed to bury propellant, from a

20   safety hazard perspective, in case anybody digs through it or

21   uncovers it in the future.

22         THE COURT:  If you're not supposed to do it, that

23   doesn't mean it doesn't get done.  You make an assumption that

24   if the military says don't do it, it never happens, right?

25         THE WITNESS:  No.  I think what I intended to say,

 1   Your Honor, is that the concern with regard to buried propellant

 2   was as a safety and fire concern, not a release of A.P. to the

 3   subsurface environment in 1963.

 4          THE COURT:  Right.  But where does that take you?

 5   So what?  I'll accept that.  It wouldn't have been done?  You're

 6   saying a safety concern, i.e., it's unlikely that it happened,

 7   or it happened but all that anybody would have known is it

 8   presented a fire hazard?

 9          THE WITNESS:  Well, all I can say, Your Honor, is

10   based on this one letter, there was a circumstance or an

11   instance where propellant material was buried, and this letter

12   indicated that that's not a good thing, and it wouldn't have

13   been a good thing from a fire safety perspective.  We don't know

14   exactly what or how much, or when, or when and if this was

15   corrected.  That's all we know.

16   BY MS. ZILIOLI:

17   Q.   Dr. Feenstra, you did not review a process specification

18   for every operation at the Redlands facility that required the

19   use of a solvent, correct?

20   A.   It's hard to say.  I looked at each and every one.  I tried

21   to.

22   Q.   Lockheed employees may have used solvents when performing

23   activities that were not subject to process documents; isn't

24   that right?

25   A.   Yes.

1    Q.   And I believe you testified that you're not aware of any

2    materials that indicate that TCE was used in the cleaning of

3    mixers.  Is that right?

4              MR. FOTOUHI:  Objection, Your Honor.  Mischaracterizes

5    testimony.

6              THE COURT:  No.  He can hold his own here, I assure

7    you.  Is that your testimony?

8              THE WITNESS:  In terms of cleaning mixing equipment,

9    I don't believe I recall a specification for TCE.

10             MS. ZILIOLI:  If I could please see U.S. Exhibit 46,

11   which is cited by David Bauer, Your Honor, in his affidavit.

12   And we'll be handing it out because it was not part of the

13   original witness binder for Dr. Feenstra.

14             THE COURT:  But it's part of ours.

15             MS. ZILIOLI:  Yes, it's in.

16             THE COURT:  Okay.  This is a process document.

17   BY MS. ZILIOLI:

18   Q.   Dr. Feenstra, have you seen U.S. Exhibit 46 before?

19   A.   I believe so, yes.

20   Q.   And I believe it's cited in your affidavit as well, correct?

21   A.   I believe so.

22   Q.   And for the record, Exhibit 46 is Lockheed Propulsion

23   Company Safety Standard 4.7, dated May 16, 1966, with a subject

24   Propellant Waste Collection and Disposal of.

25             If you could turn to, looking at the bottom, U.S. Exhibit

1    46.0017.  Are you there with me?

2         (Witness reviewing document.)

3    A.    Yes.

4    Q.    This page is entitled Waste Trichlo.  Paragraph 1.1 reads,

5    "Waste trichlo is a material composed of trichloroethylene (a

6    solvent) and solid propellant residue.  It is generated from the

7    wash-down of batch mixers and the cleaning of tooling and

8    transport equipment and metal parts associated with solid

9    propellant manufacture."  Do you see that?

10   A.    Yes.

11   Q.    And it's your understanding that this does not indicate

12   that TCE was used in the cleaning of mixers?

13   A.    Well, that, given as written, contradicts a large number of

14   other process documents that specify TCA, or trichloroethane.

15             MS. ZILIOLI:  I have no other questions, Your Honor.

16             THE COURT:  This is a process document.  So how's the

17   poor worker supposed to figure out what to do?  I take it these

18   process documents are supposed to guide the people on the ground

19   about what procedures to follow to clean the mixers.

20             THE WITNESS:  Correct.  I expect, Your Honor, the short

21   answer is our workers on the ground are expected to know what to

22   do.

23             THE COURT:  You're saying this is inconsistent with

24   other ones.

25             THE WITNESS:  Basically inconsistent with all the

1    other ones I've reviewed, Your Honor.  Yes.

2              THE COURT:  Okay.  But my question remains, how is one

3    who's cleaning a mixer supposed to figure out what to do?

4              THE WITNESS:  The person cleaning the mixer would be

5    using the solvent that was provided at the work station for

6    which the engineers and process specifications presumably made

7    sure that the right solvent was prepared and made available for

8    the right processes.

9              THE COURT:  It's possible, though, that a work station

10   could have two different kind of solvents present for various

11   things, is it not?

12             THE WITNESS:  I'm not sure that I've encountered a

13   process specification quite like that, Your Honor, but as you

14   say, it's possible.

15             THE COURT:  You're assuming that all goes according to

16   the process document, but this document would indicate that if

17   all went according to that, they'd use TCE, correct?

18             THE WITNESS:  If that was the only document you

19   examined, yes.

20             THE COURT:  Does the time in which you burn in a burn

21   pit -- in other words, the speed with which you ignite the burn

22   pit make any difference?  Can you let it sit there for a while,

23   or are you required, for purposes of safety or what have you, to

24   ignite quickly?

25             THE WITNESS:  None of the military specifications that

1    I've reviewed indicate that there's any sort of maximum time

2    that you could leave materials in a burn pit prior to being

3    burned.  The majority of the waste materials should be in

4    containers that are either sort of like clamshell containers or

5    bags or fiber drums in which it's going to be burned.  So the

6    waste in general, the vast majority of the waste would be

7    contained.

8            THE COURT:  So the timing won't matter.

9            THE WITNESS:  I don't believe so.  There's certainly

10   no indications that the timing was a concern in the

11   specifications that I reviewed.

12           MS. ZILIOLI:  Thank you, Your Honor.

13           THE COURT:  If you would assume for a moment that they

14   took the A.P. and poured it directly, not in a container, would

15   the timing of when they ignite make a difference?

16           THE WITNESS:  Are you talking about some liquid water

17   that was associated with the waste?

18           THE COURT:  Yes.

19           THE WITNESS:  In retrospect, I think it probably did

20   make a difference, yes.

21           THE COURT:  Anything else?  Okay.  Thank you very

22   much.  You're excused.  (The witness steps down.)  Have a good

23   trip home.  Okay.  Let us discuss scheduling.

24       Mr. Murphy, any other evidence?

25           MR. MURPHY:  Rebuttal on the double recovery.

1          THE COURT:  I'm not calling it double recovery

2     anymore, but on the economic benefit theory, that's at the end

3     of your case and not rebuttal.

4          MR. MURPHY:  We have two experts and possibly Bob

5     Gatchal, who is a Lockheed Martin employee.

6          THE COURT:  Okay.  And then on that subject, do you

7     have your experts, one of whom I've heard from.  Anybody else?

8          MR. SULLIVAN:  Dr. Joan Meyer.

9          THE COURT:  Any other nonexpert?

10         Okay.  And could I ask the government a question?  I have

11    read that information.  Or maybe I'll asked both sides.  Is the

12    issue of -- the expert spend a long time on prejudgment

13    interest.  Is that discretionary under allocation, or not a

14    matter of allocation now, or later, or where does that fit in?

15         MR. MURPHY:  I believe it's covered in the statute,

16    Your Honor, where prejudgment interest is calculated from our

17    demand under the statute.

18         THE COURT:  Is it mandatory?

19         MR. MURPHY:  I believe you could -- equitable

20    allocation -- I don't know, Your Honor.  We could look at it.

21    I believe it is set forth in the statute that prejudgment

22    interest is calculated from an original demand point.  So I'm

23    not sure it's discretionary or not.

24         THE COURT:  Or it could be from the point that you

25    incurred the expenses.  You're just citing to me the statute.

1          MR. MURPHY:  Yes, Your Honor.

2          THE COURT:  Do you think it's part of an equitable

3     manner or mandatory?

4          MR. SULLIVAN:  Your Honor, from our standpoint, it's

5     our position that there should be no prejudgment interest in

6     this case because the United States has been reimbursing their

7     cost 80 to 90 percent since 1994.  So as just a matter of

8     fairness, there shouldn't be.

9          THE COURT:  Right.  I understand that, but is there

10    anything in the statute that is inconsistent with that?  Well,

11    if there is, I'd like somebody to tell me.  And two, why is that

12    an issue now at this stage as opposed to the next stage?  That's

13    my next question.

14         MR. MURPHY:  As I understand it, Your Honor, we're

15    reaching allocation in this case, and in phase 2 we're going to

16    talk about the quantum of past cost, and that prejudgment

17    interest would be calculated off of the quantum of past cost.

18    So I don't think we need to reach it at this stage in the

19    proceedings.

20         THE COURT:  Does the government say I do?  I'm not in

21    favor of reading anything I don't have to.  Well, you can think

22    about this and tell me what you think.

23         MR. SULLIVAN:  Yes, Your Honor.  We'd like to think

24    about it.

25         THE COURT:  One is, it mandatory under the statute

1    that it be awarded, if there's any allocation.  I understand

2    your point there should be no allocation, but I will ask you

3    this afternoon whether that is a position that I can reach here,

4    consistent with what's gone before.  But second of all -- I'm

5    assuming you're giving an opening.

6           MR. SULLIVAN:  Yes, Your Honor.

7           THE COURT:  Second of all, what does the statute

8    provide, and if so, when is it to be determined whether or not

9    there is any, how much is it, and I understand that how you

10   calculate it will depend on the amount that you're applying it

11   to, but when do you make the judgment about that.

12       All right.  Bryan, we can take a rest now.

13       (Off-the-record discussion.)

14           THE COURT:  Let's go back on the record.

15       For purposes of where we are, I was asking counsel for

16   Lockheed, I asked, one, I'm still waiting to find out what their

17   profits were on these contracts.  I said that I wanted to know

18   about why it was that or when else has Lockheed sued the

19   government, because in Burbank the government sued Lockheed

20   first.  And the answer was there's another suit pending in this

21   court before Judge Leon where Lockheed has sued the government

22   over Great Neck.  Does that involve TCE and A.P., too?

23           MR. MURPHY:  Just TCE, Your Honor.

24           THE COURT:  And Burbank was both, or not?  What was

25   Burbank?  What was the underlying contamination?

1          MR. MURPHY:  Burbank was chromium and TCE, Your Honor.

2          THE COURT:  And my question then was why did Lockheed

3    wait until 2006 to bring any lawsuits against the government.

4          MR. MURPHY:  Well, Your Honor, the mid-'90s is when

5    the Burbank consent decree was being negotiated.  At the time,

6    Lockheed brought these claims up with the federal government,

7    and we entered into a succession of tolling agreements at

8    Redlands and at Great Neck and other sites that Lockheed had in

9    its system.

10          THE COURT:  Tolling agreements?

11          MR. MURPHY:  Statute of limitations tolling agreements.

12          THE COURT:  Yeah, I know what the word means.  Is

13    there an applicable statute of limitations that was tolled?

14          MR. MURPHY:  Yeah.  I think the statute of limitations

15    was six years after the start of cleanup at the site,

16    Your Honor.  It's the on-site construction of remediation is the

17    tolling, is the statute of limitations in the statute.  So in

18    '97 and '99, there were two different tolling agreements entered

19    into.  Lockheed Martin had tried to negotiate settlements at the

20    time.  DOJ at the time had suggested we stagger them, so we

21    negotiate one after the other.

22         After Burbank was settled in 2000, Your Honor, we began

23    trying to negotiate at Great Neck, a settlement there.  That

24    mediation or those discussions took a couple of years, and then

25    the Supreme Court issued a decision in Aviall Research.

1          THE COURT:  How do you spell it?

2          MR. MURPHY:  Aviall is A-V-I-A-L-L.  The Supreme Court

3   case that I think in 2003 that called into question whether a

4   non-innocent party, a PRP, could sue other PRPs under CERCLA.

5   So it shut down all of our negotiations at those sites,

6   Your Honor.

7          That uncertainty was finally resolved in Atlantic Research,

8   and I think Atlantic Research was 2005, 2006.  So the Supreme

9   Court then confirmed that PRPs like Lockheed Martin at these

10  sites could sue other PRPs.  So once the Supreme Court said that

11  in Atlantic Research, we began trying to negotiate again.  We

12  could not have any headway, Your Honor, and that's why the suits

13  were filed.

14         THE COURT:  Didn't you sue when you got sued in

15  Burbank?

16         MR. MURPHY:  We countersued, Your Honor.  Since the

17  United States had initiated the lawsuit -- and this was before

18  Aviall was decided in 2003, Your Honor.  The Aviall Supreme

19  Court case in 2003 sort of changed the entire framework of

20  CERCLA.

21         THE COURT:  But you did not sue any third parties

22  other than the government in Burbank?

23         MR. MURPHY:  No.  There were other PRPs recoveries,

24  Your Honor.

25         THE COURT:  So you had already sued as a PRP.

1              MR. MURPHY:  Yes, Your Honor.

2              THE COURT:  All right.  We will resume at quarter past

3      2:00.  Thank you.  So can you get me something on the prejudgment

4      issue?  Let's see, today's Tuesday, so Thursday the government

5      can respond?

6              MR. MURPHY:  Yes, Your Honor.  And on the profit part,

7      Your Honor, we've been going through our documents that we have,

8      and we have some data points and we're going put that in a

9      letter brief and provide for the Court, or a memorandum of some

10     sort.

11             THE COURT:  Maybe you could put it in as evidence,

12     since it is relevant.

13             MR. MURPHY:  Yes, Your Honor.

14             THE COURT:  All right.   Thank you.

15         (Lunch recess taken at 12:16 p.m.)

16

17

18

19

20

21

22

23

24

25

## INDEX

**WITNESS:**                                                              **PAGE:**


Stanley Feenstra:        Redirect Examination.............. 776
                         Recross-Examination.............. 840



\*   \*   \*   \*   \*   \*

CERTIFICATE

    I, BRYAN A. WAYNE, Official Court Reporter, certify that

the foregoing pages are a correct transcript from the record of

proceedings in the above-entitled matter.


*Bryan Wayne*
BRYAN A. WAYNE

856

**'**

**'40s** [1] - 9:2
**'50s** [6] - 6:16, 8:21, 9:2, 11:23, 19:22, 30:15
**'60s** [6] - 6:16, 9:3, 41:17, 41:25, 43:4, 68:3
**'66** [1] - 43:16
**'70s** [3] - 6:15, 7:21, 30:15
**'71** [1] - 22:7
**'80s** [1] - 38:7
**'96** [1] - 45:14
**'97** [1] - 79:18
**'99** [2] - 45:14, 79:18

**0**

**08-1160** [2] - 1:5, 3:2

**1**

**1** [15] - 15:3, 15:14, 21:12, 22:1, 22:12, 22:16, 24:22, 40:24, 41:7, 52:12, 52:14, 55:3, 61:13
**1,4-dioxane** [1] - 40:8
**1,500** [1] - 29:3
**1-98** [2] - 32:14, 37:19
**1.1** [1] - 73:4
**10** [3] - 24:16, 27:15, 62:8
**10-minute** [1] - 52:23
**100** [1] - 41:4
**1050** [1] - 1:17
**1063** [2] - 32:14, 37:13
**10th** [1] - 62:15
**11** [2] - 25:14, 49:11
**114** [3] - 65:7, 65:20, 66:24
**119** [2] - 49:8, 51:11
**11:03** [1] - 52:24
**11:27** [1] - 52:24
**12** [7] - 13:24, 14:1, 14:2, 22:24, 39:20, 52:15, 55:13
**122** [1] - 41:8
**1229** [1] - 23:15
**12:16** [1] - 81:15
**13,300** [1] - 25:17
**14,400** [1] - 40:11
**15** [3] - 7:3, 27:15, 48:23
**15-year** [1] - 31:10

**150** [1] - 66:1
**1537** [2] - 13:13, 13:18
**1542** [1] - 62:8
**16** [1] - 72:23
**164** [1] - 40:18
**17,000** [1] - 29:1
**18** [4] - 1:7, 13:15, 13:23, 13:25
**19** [1] - 18:24
**1937** [1] - 20:7
**1940s** [1] - 26:2
**1947** [1] - 9:25
**1950s** [8] - 8:4, 15:3, 15:25, 21:10, 26:2, 29:11, 46:22, 68:2
**1952** [3] - 17:7, 17:10, 17:23
**1954** [1] - 46:21
**1956** [1] - 10:1
**1957** [3] - 21:10, 21:19, 23:3
**1959** [1] - 46:15
**1960** [5] - 32:23, 46:18, 54:25, 64:2, 64:16
**1960s** [5] - 6:25, 7:21, 8:5, 35:14, 61:21
**1962** [2] - 55:12, 55:15
**1963** [2] - 69:16, 71:3
**1966** [1] - 72:23
**1967** [1] - 12:24
**1970** [1] - 32:22
**1970s** [7] - 6:12, 6:20, 6:25, 8:5, 11:20, 61:21, 64:17
**1971** [6] - 18:5, 18:10, 18:19, 19:1, 19:4, 33:6
**1972** [2] - 12:24, 18:11
**1975** [1] - 11:9
**1979** [4] - 13:12, 14:6, 14:11, 14:15
**1980** [2] - 6:22, 23:3
**1980s** [4] - 6:4, 6:12, 8:4, 11:21
**1985** [2] - 24:7, 40:10
**1994** [6] - 20:8, 45:10, 50:12, 50:16, 51:4, 77:7
**1996** [1] - 19:22
**1997** [5] - 14:24, 15:9, 15:11, 24:21, 51:3
**1998** [1] - 49:11

**2**

**2** [8] - 3:21, 21:12, 22:1, 22:12, 22:16, 41:7, 65:18, 77:15

**2,000** [1] - 22:17
**2.6** [1] - 24:22
**20,000** [1] - 28:25
**2000** [3] - 15:22, 45:10, 79:22
**20001** [1] - 2:3
**2000s** [1] - 5:2
**2002** [2] - 25:17, 45:13
**20026-3986** [1] - 1:25
**2003** [3] - 80:3, 80:18, 80:19
**20036-5306** [1] - 1:17
**2005** [1] - 80:8
**2006** [2] - 79:3, 80:8
**2009** [1] - 24:21
**2010** [2] - 23:24, 27:11
**2013** [2] - 20:10, 40:11
**2014** [1] - 1:7
**202** [3] - 1:18, 1:25, 2:3
**2025** [1] - 16:17
**2026** [1] - 19:6
**2027** [1] - 19:23
**2028** [1] - 20:15
**20th** [1] - 8:17
**23** [1] - 51:8
**24** [1] - 62:12
**240** [1] - 29:2
**25** [1] - 45:22
**284** [1] - 24:19
**29** [2] - 49:11
**2:00** [1] - 81:3

**3**

**3** [12] - 23:20, 24:3, 51:18, 52:3, 52:12, 52:14, 52:16, 52:17, 52:18, 57:7, 69:16, 82:3
**30** [4] - 39:4, 45:21, 49:11, 58:10
**300** [1] - 3:21
**305-0365** [1] - 1:25
**31** [1] - 9:10
**32** [1] - 13:14
**333** [1] - 2:2
**34** [1] - 23:16
**354-3186** [1] - 2:3
**37** [1] - 58:4

**4**

**4** [10] - 15:12, 51:19, 52:3, 52:12, 52:14, 52:16, 52:18, 55:3, 60:22
**4-foot** [1] - 57:7

**4.7** [1] - 72:23
**40** [2] - 39:4, 58:10
**400** [2] - 15:6, 15:18
**407** [1] - 24:20
**42** [1] - 16:18
**44** [1] - 19:7
**45** [1] - 19:23
**46** [5] - 20:15, 27:7, 72:10, 72:18, 72:22
**46.0017** [1] - 73:1

**5**

**5** [3] - 1:9, 7:2, 21:1
**5,000** [1] - 26:22
**50** [3] - 39:4, 58:10, 59:6

**6**

**6** [2] - 22:11, 22:15
**601** [1] - 1:24
**659** [1] - 48:22
**67** [1] - 82:4
**6714** [1] - 2:2
**69** [1] - 9:11

**7**

**70** [1] - 24:20
**77** [1] - 51:7
**774** [1] - 1:8
**78** [3] - 50:11, 50:16, 51:17
**781** [2] - 65:10, 65:13

**8**

**8** [3] - 62:8, 62:14, 63:1
**80** [1] - 77:7
**800** [1] - 15:7
**8000** [1] - 1:24

**9**

**9** [4] - 40:20, 40:25, 41:5, 48:22
**9,200** [1] - 40:11
**90** [1] - 77:7
**904** [1] - 47:1
**91** [1] - 48:18
**955-8238** [1] - 1:18
**98** [1] - 27:8
**987** [3] - 51:1, 51:2
**9:39** [1] - 1:7

**A**

**A-V-I-A-L-L** [1] - 80:2
**a.m** [2] - 1:7, 52:24
**A.M** [1] - 1:9
**A.P** [8] - 66:25, 67:5, 68:25, 70:16, 71:2, 75:14, 78:22
**above-entitled** [1] - 82:12
**accept** [3] - 59:7, 59:8, 71:5
**acceptable** [1] - 7:23
**according** [5] - 22:7, 25:5, 41:19, 74:15, 74:17
**account** [2] - 42:8, 42:20
**Accountability** [2] - 24:1, 27:11
**accumulates** [1] - 33:24
**accurate** [2] - 42:2, 45:1
**acetone** [1] - 46:25
**acknowledgement** [1] - 8:10
**acres** [2] - 29:1, 29:2
**Act** [1] - 18:10
**action** [1] - 3:2
**activities** [3] - 21:9, 27:23, 71:23
**activity** [1] - 68:9
**actual** [2] - 4:1, 45:4
**add** [1] - 69:8
**added** [1] - 64:7
**addition** [2] - 12:25, 67:4
**additional** [2] - 34:14, 34:18
**adds** [1] - 60:13
**advice** [3] - 9:22, 9:23, 37:17
**advised** [3] - 10:1, 32:6, 33:6
**advises** [1] - 13:2
**Aerojet** [18] - 11:24, 14:10, 14:16, 16:13, 16:14, 23:14, 24:14, 28:19, 28:21, 28:23, 29:4, 29:8, 29:15, 29:16, 31:14, 34:7, 36:22, 37:1
**affect** [2] - 47:22, 49:23
**affects** [1] - 49:25
**affidavit** [5] - 7:4, 9:11, 9:12, 13:15, 16:19, 27:8, 39:21,

72:11, 72:20
**affidavits** [1] - 37:8
**afford** [1] - 50:7
**afraid** [1] - 70:8
**afternoon** [1] - 78:3
**afterwards** [1] - 67:18
**agency** [1] - 25:6
**agent** [2] - 63:25, 64:2
**ago** [2] - 45:22, 58:10
**agree** [1] - 43:12
**agreements** [4] - 79:7, 79:10, 79:11, 79:18
**aha** [1] - 10:15
**ahead** [5] - 34:15, 39:14, 46:10, 47:12, 66:15
**aided** [1] - 2:25
**air** [4] - 35:23, 35:24, 47:22, 60:11
**alert** [1] - 11:17
**allegation** [1] - 58:20
**allocation** [7] - 58:11, 76:13, 76:14, 76:20, 77:15, 78:1, 78:2
**allow** [4] - 12:11, 33:4, 33:18, 34:21
**allowed** [2] - 10:3, 13:8
**allows** [1] - 38:17
**almost** [4] - 24:20, 47:25, 64:21, 67:4
**alone** [1] - 58:21
**altogether** [1] - 35:18
**America** [1] - 3:3
**AMERICA** [1] - 1:6
**American** [4] - 12:18, 12:21, 12:23, 21:7
**amount** [5] - 7:22, 55:24, 56:8, 62:2, 78:10
**Ana** [1] - 37:3
**analgesic** [1] - 8:1
**analogy** [1] - 61:16
**analyses** [3] - 4:2, 4:3
**analysis** [1] - 9:4
**analytical** [4] - 11:2, 14:14, 15:6, 15:11
**analyze** [2] - 39:25, 65:20
**anesthetic** [1] - 8:1
**animals** [1] - 11:12
**answer** [4] - 46:3, 66:15, 73:21, 78:20
**answered** [1] - 22:5
**anticipation** [1] - 18:10
**anyway** [1] - 4:1
**AP** [43] - 12:3, 14:24, 14:25, 15:2, 15:8,

15:16, 15:21, 16:1, 16:4, 16:5, 16:7, 16:9, 17:6, 17:10, 17:12, 18:2, 19:4, 19:18, 20:8, 20:14, 21:18, 21:25, 22:9, 24:12, 27:14, 27:18, 27:20, 29:4, 29:11, 30:15, 31:11, 31:14, 32:25, 33:2, 33:7, 33:12, 33:17, 33:18, 33:20, 33:22, 35:6, 36:19, 38:16
**AP's** [2] - 15:24, 22:20
**AP-contaminated** [2] - 33:17, 38:16
**apologies** [1] - 13:24
**apologize** [3] - 53:12, 53:15, 59:10
**APPEARANCES** [1] - 1:12
**applicable** [1] - 79:13
**application** [1] - 55:7
**applications** [1] - 55:4
**applying** [1] - 78:10
**area** [22] - 26:19, 29:16, 29:22, 33:24, 37:23, 47:19, 48:7, 50:4, 51:11, 51:12, 51:16, 51:25, 52:1, 52:2, 52:4, 52:15, 57:7, 57:9, 66:9, 67:10, 69:21
**areas** [9] - 10:3, 10:6, 10:7, 10:14, 14:12, 25:9, 51:9, 68:23, 69:22
**arguably** [2] - 42:17, 59:1
**argument** [3] - 58:11, 58:12, 58:13
**arid** [1] - 47:19
**arisen** [1] - 6:14
**Army** [1] - 65:14
**arose** [1] - 8:22
**article** [1] - 21:7
**articles** [1] - 20:24
**as-needed** [1] - 54:15
**ashes** [1] - 10:2
**aside** [2] - 29:16, 42:18
**aspect** [1] - 55:20
**assess** [1] - 3:25
**associated** [3] - 15:16, 73:8, 75:17
**Association** [7] - 9:18, 9:24, 12:19, 12:21, 12:24, 13:9, 21:8
**association** [2] - 9:19, 23:13

**assume** [4] - 41:19, 42:5, 42:6, 75:13
**assumed** [2] - 42:10, 42:11
**assuming** [4] - 41:24, 45:17, 74:15, 78:5
**assumption** [2] - 44:23, 70:23
**assumptions** [1] - 44:22
**assure** [1] - 72:6
**Atlantic** [3] - 80:7, 80:8, 80:11
**atmosphere** [7] - 10:4, 12:12, 13:8, 34:25, 35:1, 50:6, 60:11
**attention** [5] - 45:18, 45:21, 63:1, 69:18, 70:9
**attributed** [1] - 25:25
**August** [1] - 49:11
**authorities** [1] - 13:7
**available** [12] - 4:11, 4:15, 15:11, 30:14, 31:10, 31:18, 32:25, 36:18, 37:24, 46:25, 54:4, 74:7
**Avenue** [2] - 1:17, 2:2
**Aviall** [4] - 79:25, 80:2, 80:18
**avoided** [1] - 10:13
**awarded** [1] - 78:1
**aware** [5] - 16:3, 16:11, 32:7, 68:19, 72:1

**B**

**bags** [1] - 75:5
**bare** [1] - 28:12
**Baron** [1] - 60:1
**barrels** [1] - 31:15
**base** [2] - 54:6, 64:12
**based** [16] - 8:3, 12:12, 15:15, 18:24, 26:6, 32:9, 33:15, 38:1, 46:13, 46:17, 51:21, 59:18, 61:21, 64:2, 70:3, 71:10
**Basin** [1] - 66:17
**basin** [2] - 30:10, 67:2
**basis** [2] - 28:14, 54:15
**batch** [1] - 73:7
**Bauer** [1] - 72:11
**beans** [1] - 7:18
**Beaumont** [3] - 26:17, 27:24, 69:20
**became** [1] - 15:11

**become** [1] - 38:3
**BEFORE** [1] - 1:10
**began** [5] - 6:3, 11:3, 46:20, 79:22, 80:11
**begin** [1] - 46:19
**beginning** [2] - 6:6, 15:9
**begins** [1] - 25:24
**behavior** [1] - 43:5
**behind** [4] - 13:14, 16:18, 33:18, 33:20
**below** [2] - 55:23, 56:23
**BENCH** [1] - 1:10
**benefit** [1] - 76:2
**Bernardino** [1] - 35:23
**better** [3] - 35:9, 41:21, 64:5
**between** [8] - 23:3, 34:9, 34:19, 40:10, 45:10, 45:14, 45:19, 61:18
**beyond** [1] - 50:19
**bicarbonate** [1] - 66:5
**big** [1] - 52:4
**bigger** [1] - 52:12
**billion** [15] - 15:4, 15:7, 15:13, 15:14, 15:18, 22:11, 22:15, 22:17, 24:22, 24:23, 25:17, 27:15, 40:18, 40:20, 41:7
**binder** [13] - 13:14, 13:19, 16:18, 19:7, 19:24, 20:16, 23:16, 62:12, 65:10, 65:11, 69:3, 69:10, 72:13
**biodegradable** [1] - 8:24
**bit** [5] - 20:6, 39:7, 39:18, 52:10, 60:12
**Blakeslee** [1] - 60:2
**Board** [7] - 11:22, 23:10, 26:20, 37:2, 37:4, 50:10, 50:25
**board** [2] - 36:23, 37:1
**boards** [1] - 36:25
**Bob** [1] - 76:4
**boosters** [1] - 39:1
**boron** [2] - 21:20, 21:22
**bottom** [7] - 23:20, 25:23, 60:17, 61:15, 62:9, 72:25
**break** [2] - 39:13, 53:2
**breakdown** [1] - 65:19
**brief** [1] - 81:9
**briefly** [3] - 3:17, 12:9, 33:3
**bring** [1] - 79:3

**brochure** [1] - 37:12
**brought** [2] - 69:17, 79:6
**BRYAN** [3] - 2:1, 82:10, 82:14
**Bryan** [1] - 78:12
**Building** [3] - 55:13, 65:7, 66:24
**building** [4] - 48:18, 49:7, 51:11, 51:13
**buildings** [1] - 51:9
**Bunker** [1] - 66:17
**Burbank** [11] - 4:25, 5:11, 5:17, 78:19, 78:24, 78:25, 79:1, 79:5, 79:22, 80:15, 80:22
**burial** [2] - 68:21, 68:22
**buried** [9] - 33:7, 68:14, 68:19, 68:24, 69:23, 70:2, 70:4, 71:1, 71:11
**Buried** [1] - 69:16
**burn** [18] - 26:9, 27:24, 28:17, 30:22, 31:3, 31:18, 31:20, 31:22, 32:4, 32:6, 37:5, 37:17, 38:3, 38:12, 74:20, 74:21, 75:2
**burned** [7] - 13:6, 31:8, 36:7, 36:13, 38:16, 75:3, 75:5
**burning** [7] - 13:6, 28:10, 32:12, 33:5, 37:16, 37:23, 38:12
**bury** [2] - 70:15, 70:19
**business** [1] - 33:25
**BY** [42] - 3:12, 5:20, 7:24, 12:8, 13:20, 14:3, 16:16, 22:18, 23:22, 24:15, 27:6, 28:4, 28:18, 29:14, 30:7, 34:16, 35:12, 36:20, 39:6, 39:17, 46:12, 47:13, 48:21, 49:5, 49:21, 51:6, 53:1, 53:16, 55:16, 56:5, 58:2, 59:11, 60:4, 62:16, 65:4, 65:17, 67:6, 67:21, 69:11, 70:14, 71:16, 72:17

**C**

**cA** [1] - 1:5
**caffeine** [1] - 7:18
**calcium** [2] - 66:5,

66:6
**calculate** [1] - 78:10
**calculated** [3] - 76:16, 76:22, 77:17
**California** [9] - 13:11, 13:12, 14:5, 22:11, 23:10, 24:8, 25:18, 25:20, 27:16
**Camp** [4] - 27:25, 28:6, 28:9, 28:11
**camp** [1] - 28:2
**Canaveral** [4] - 32:8, 32:11, 32:16, 37:6
**Cancer** [2] - 11:9, 11:13
**cancers** [1] - 11:12
**Canyon** [3] - 26:18, 29:17, 68:15
**capable** [1] - 15:3
**Cape** [4] - 32:7, 32:11, 32:16, 37:6
**carcinogen** [1] - 11:11
**care** [1] - 42:19
**career** [1] - 3:19
**careful** [2] - 41:23, 42:7
**carry** [1] - 56:14
**case** [22] - 4:13, 4:24, 4:25, 12:2, 23:18, 26:15, 28:6, 32:9, 37:8, 38:6, 40:1, 57:13, 62:24, 63:23, 64:23, 70:20, 76:3, 77:6, 77:15, 80:3, 80:19
**cases** [3] - 4:3, 4:12, 11:4
**category** [4] - 19:12, 20:4, 20:23, 26:21
**caught** [2] - 6:11, 6:17
**caused** [6] - 6:14, 10:21, 11:12, 53:18, 58:14, 58:21
**Central** [1] - 37:1
**century** [2] - 8:17, 8:19
**CERCLA** [2] - 80:4, 80:20
**certain** [3] - 49:13, 57:4, 63:18
**certainly** [16] - 4:11, 6:11, 7:17, 8:11, 8:16, 14:19, 18:20, 26:6, 27:21, 31:19, 39:24, 41:12, 51:24, 55:23, 57:8, 75:9
**CERTIFICATE** [1] - 82:9
**certify** [1] - 82:10
**cetera** [1] - 68:7

**change** [1] - 48:2
**changed** [4] - 10:21, 39:4, 64:13, 80:19
**changes** [3] - 54:13, 54:14, 54:15
**characterization** [1] - 45:15
**chart** [4] - 17:16, 22:24, 27:16, 39:25
**chemical** [8] - 4:4, 4:5, 5:8, 9:19, 9:20, 9:25, 17:13, 47:1
**Chemical** [3] - 33:6, 33:10, 62:21
**chemicals** [11] - 4:16, 8:14, 8:17, 9:1, 9:21, 11:14, 18:12, 54:3, 54:8
**Chemists** [3] - 9:18, 9:23, 13:9
**chlorate** [1] - 17:11
**chloride** [2] - 47:2, 67:7
**chlorinated** [4] - 6:7, 6:9, 6:20, 13:1
**chromium** [3] - 8:21, 79:1
**circumstance** [5] - 4:14, 16:2, 42:14, 47:16, 71:10
**circumstances** [4] - 3:25, 14:8, 44:12, 47:20
**cited** [4] - 37:8, 69:9, 72:11, 72:20
**citing** [1] - 76:25
**civil** [1] - 3:2
**claimed** [1] - 50:11
**claims** [1] - 79:6
**clamshell** [1] - 75:4
**Clean** [1] - 18:13
**clean** [4] - 55:7, 55:8, 68:5, 73:19
**clean-out** [1] - 68:5
**cleaned** [1] - 63:17
**cleaner** [3] - 43:13, 44:1, 63:16
**cleaning** [16] - 7:10, 43:4, 55:1, 55:4, 55:10, 55:11, 55:12, 63:25, 64:1, 64:2, 72:2, 72:8, 73:7, 73:12, 74:3, 74:4
**cleanup** [2] - 4:19, 79:15
**clear** [2] - 42:10, 61:9
**clearly** [1] - 46:18
**CLERK** [1] - 3:2
**clog** [1] - 44:14
**close** [2] - 10:7, 36:21

**clue** [1] - 11:6
**coffee** [5] - 7:12, 7:13, 7:18, 7:19, 7:23
**coils** [2] - 60:9, 60:13
**coincided** [1] - 11:16
**coincident** [1] - 10:23
**coincidentally** [1] - 11:3
**colleagues** [2] - 6:11, 6:17
**Collection** [1] - 72:24
**collection** [1] - 54:19
**COLUMBIA** [1] - 1:1
**column** [1] - 21:1
**combination** [2] - 54:2
**combust** [1] - 32:2
**combustible** [2] - 31:8, 37:23
**comfortable** [1] - 59:4
**coming** [4] - 61:4, 61:7, 61:9, 61:11
**common** [4] - 6:25, 14:17, 24:25, 59:20
**commonly** [1] - 38:3
**Communication** [1] - 69:15
**community's** [1] - 15:24
**companies** [1] - 68:11
**company** [3] - 24:13, 34:5, 60:3
**Company** [3] - 33:6, 62:21, 72:23
**comparable** [1] - 21:20, 61:6, 67:9
**compare** [1] - 5:17
**compared** [6] - 22:11, 28:20, 52:6, 52:14, 56:3, 66:9
**comparison** [4] - 29:1, 40:8, 41:14, 66:17
**compilation** [1] - 18:9, 27:10
**compile** [2] - 6:3, 27:8
**compiled** [1] - 17:25
**complete** [1] - 61:18
**completely** [2] - 12:15, 56:21
**complex** [1] - 28:25
**components** [1] - 34:6
**comport** [2] - 24:9, 25:10
**composed** [1] - 73:5
**composition** [2] - 39:22, 40:4
**compound** [5] - 14:21, 17:11, 17:12, 21:21, 40:9
**compounds** [10] - 10:25, 11:4, 11:18,

14:19, 18:1, 40:8, 46:25, 47:10, 66:3, 66:7
**computer** [1] - 2:25
**computer-aided** [1] - 2:25
**concentration** [7] - 10:10, 40:14, 40:16, 40:25, 41:1, 41:2, 41:5
**concentrations** [8] - 15:17, 17:15, 21:12, 21:20, 21:25, 40:6, 40:7, 66:25
**concern** [13] - 8:22, 9:2, 13:4, 21:17, 21:18, 21:21, 22:23, 33:16, 70:18, 71:1, 71:2, 71:6, 75:10
**concerned** [2] - 8:5, 64:24
**concerning** [1] - 14:24
**conclude** [1] - 55:18
**concluded** [2] - 53:4, 53:7, 53:17
**conclusion** [4] - 53:9, 53:20, 56:9, 67:8
**conclusions** [2] - 53:14, 62:23
**concrete** [1] - 38:13
**condensation** [1] - 60:10
**condense** [1] - 60:10
**condensed** [7] - 60:14, 60:15, 60:16, 60:19, 61:5, 61:12, 61:14
**conducted** [1] - 14:10
**conducting** [1] - 9:4
**configuration** [1] - 59:15
**confirmed** [1] - 80:9
**Connecticut** [1] - 1:17
**consent** [1] - 79:5
**consider** [2] - 27:17, 27:19
**considered** [3] - 18:1, 20:25, 48:11
**consistency** [1] - 40:7
**consistent** [3] - 45:3, 64:13, 78:4
**consortium** [1] - 6:5
**constituents** [2] - 66:4, 67:7
**Constitution** [1] - 2:2
**construction** [2] - 69:24, 79:16
**contained** [5] - 27:11, 56:6, 56:8, 66:25, 75:7

**container** [2] - 7:13, 75:14
**containers** [2] - 75:4
**contaminant** [7] - 6:24, 14:17, 16:10, 21:23, 22:9, 24:7, 24:25
**contaminate** [1] - 9:6
**contaminated** [6] - 3:22, 33:2, 33:17, 38:16, 47:7, 47:9
**contamination** [25] - 3:20, 4:4, 4:21, 6:10, 6:13, 6:15, 8:18, 8:20, 12:1, 15:16, 17:6, 18:14, 19:17, 20:5, 20:9, 25:25, 26:5, 27:14, 27:20, 39:19, 53:4, 59:20, 70:17, 78:25
**contemporaneous** [3] - 32:10, 46:4, 46:6
**contest** [1] - 47:5
**context** [4] - 4:23, 6:23, 12:1
**continually** [1] - 56:24
**continue** [5] - 12:7, 34:13, 38:18, 43:10, 47:11
**continued** [1] - 41:18
**continuing** [1] - 51:17
**contractor** [1] - 32:18
**contractors** [1] - 32:17
**contracts** [1] - 78:17
**contradict** [1] - 46:4
**contradicts** [1] - 73:13
**contribution** [1] - 56:12
**control** [1] - 35:23
**Control** [4] - 23:10, 26:19, 37:2, 37:3
**controlled** [1] - 44:9
**cooking** [1] - 68:5
**cooler** [1] - 48:5
**cooling** [2] - 60:9, 60:13
**Cordova** [2] - 14:11, 23:14
**corner** [1] - 20:11
**CORPORATION** [1] - 1:3
**Corporation** [1] - 3:3
**Corps** [1] - 65:15
**correct** [27] - 3:5, 5:7, 5:15, 14:7, 16:15, 16:24, 17:17, 17:18, 18:18, 18:19, 20:13, 22:16, 27:4, 35:5, 35:11, 40:13, 40:21,

42:16, 46:9, 53:5, 53:6, 70:13, 71:19, 72:20, 73:20, 74:17, 82:11
**corrected** [1] - 71:15
**correctly** [2] - 40:12, 62:5
**correspondence** [2] - 28:8, 28:16
**cost** [3] - 77:7, 77:16, 77:17
**counsel** [12] - 3:16, 5:21, 14:23, 27:25, 39:21, 48:10, 49:3, 51:10, 62:11, 65:6, 65:14, 78:15
**Counsel** [1] - 13:22
**countersued** [1] - 80:16
**countywide** [1] - 14:12
**couple** [5] - 34:18, 36:21, 39:11, 64:18, 79:24
**course** [3] - 3:18, 58:18, 60:5
**Court** [9] - 2:1, 2:1, 79:25, 80:2, 80:9, 80:10, 80:19, 81:9, 82:10
**court** [1] - 78:21
**COURT** [179] - 1:1, 3:4, 3:7, 4:18, 4:23, 5:3, 5:6, 5:11, 5:13, 5:16, 5:19, 7:12, 7:16, 7:20, 10:5, 10:15, 10:20, 11:22, 12:3, 12:5, 13:17, 14:1, 16:4, 16:6, 16:12, 22:4, 22:12, 22:15, 23:21, 24:13, 26:8, 26:14, 26:17, 26:23, 27:2, 27:5, 27:25, 28:14, 29:10, 29:25, 30:3, 30:14, 30:18, 30:20, 30:22, 30:24, 31:1, 31:9, 31:17, 32:7, 32:16, 32:18, 32:21, 32:24, 33:8, 33:19, 33:21, 33:25, 34:5, 34:11, 34:15, 35:6, 35:9, 36:3, 36:8, 36:10, 36:14, 38:9, 38:14, 38:19, 38:22, 39:3, 39:9, 39:13, 41:16, 42:4, 42:15, 42:24, 43:9, 43:11, 43:16, 43:22, 44:3, 44:10, 44:16, 44:20, 45:5,

45:8, 45:17, 45:23, 46:6, 46:10, 47:3, 47:12, 48:18, 48:24, 49:1, 49:4, 49:15, 49:18, 50:17, 50:19, 50:23, 51:2, 51:5, 52:1, 52:4, 52:8, 52:16, 52:21, 53:10, 53:13, 54:6, 54:11, 54:16, 54:23, 55:6, 57:17, 57:19, 57:24, 58:5, 58:16, 58:23, 59:22, 63:5, 63:11, 63:14, 63:23, 64:3, 64:9, 64:12, 64:21, 65:14, 66:14, 66:18, 67:14, 67:17, 68:25, 69:5, 69:7, 70:6, 70:9, 70:22, 71:4, 72:6, 72:14, 72:16, 73:16, 73:23, 74:2, 74:9, 74:15, 74:20, 75:8, 75:13, 75:18, 75:21, 76:1, 76:6, 76:9, 76:18, 76:24, 77:2, 77:9, 77:20, 77:25, 78:7, 78:14, 78:24, 79:2, 79:10, 79:12, 80:1, 80:14, 80:21, 80:25, 81:2, 81:11, 81:14
**Courthouse** [1] - 2:2
**covered** [4] - 28:25, 32:1, 32:24, 76:15
**Crafton** [3] - 15:18, 22:1, 39:23
**Crafton-Redlands** [3] - 15:18, 22:1, 39:23
**create** [1] - 56:21
**created** [1] - 57:5
**creates** [1] - 43:21
**credence** [1] - 44:24
**credit** [1] - 44:25
**crest** [1] - 45:23
**criteria** [1] - 17:25
**crops** [2] - 21:19
**cross** [1] - 3:5
**CRR** [1] - 2:1
**Crutcher** [1] - 1:16
**culpable** [1] - 58:14
**current** [1] - 7:9
**cyclohexanone** [1] - 47:1

**D**

**D.C** [1] - 1:6
**damage** [1] - 21:19
**dangerous** [1] - 22:6

**data** [7] - 9:20, 9:25, 15:15, 40:1, 40:3, 41:15, 81:8
**date** [3] - 19:22, 20:11, 32:21
**dated** [3] - 54:11, 69:16, 72:23
**dates** [1] - 64:16
**DAVID** [1] - 1:15
**David** [1] - 72:11
**DAY** [1] - 1:9
**days** [1] - 59:6
**DC** [3] - 1:17, 1:25, 2:3
**dealing** [1] - 12:1
**debate** [1] - 58:24
**debates** [1] - 58:25
**decaffeinated** [3] - 7:13, 7:19, 7:23
**decided** [1] - 80:18
**decision** [1] - 79:25
**decree** [1] - 79:5
**deep** [1] - 30:11
**deeper** [1] - 50:7
**Defendant** [2] - 1:7, 1:19
**Defense** [4] - 1:23, 24:19, 27:13, 27:22
**define** [1] - 52:2
**degreaser** [40] - 41:9, 41:25, 42:9, 42:18, 43:18, 43:23, 44:3, 44:6, 46:8, 48:18, 48:20, 53:4, 53:18, 55:18, 55:21, 56:2, 56:6, 56:9, 56:17, 58:7, 60:1, 60:3, 60:8, 60:10, 60:18, 60:24, 61:5, 61:11, 62:1, 62:4, 63:10, 63:12, 63:15, 63:22, 64:4, 64:10, 64:11, 65:1, 68:5, 68:11
**degreaser's** [1] - 58:7
**degreasing** [4] - 7:10, 62:20, 62:22, 64:6
**degree** [8] - 4:11, 4:20, 6:19, 6:22, 47:25, 48:6, 56:19, 57:4
**Delchem** [1] - 47:1
**delivery** [1] - 8:2
**demand** [2] - 76:17, 76:22
**Demonstrative** [4] - 7:2, 9:10, 27:7, 58:4
**demonstrative** [14] - 7:5, 7:7, 7:8, 9:13, 9:16, 12:10, 12:20, 19:20, 27:9, 59:12,

59:14, 59:15, 60:22, 61:13
**demonstratives** [1] - 64:19
**density** [1] - 60:16
**dental** [1] - 8:2
**Department** [4] - 1:22, 24:19, 27:13, 27:22
**deposition** [11] - 28:5, 28:7, 32:10, 37:6, 44:25, 46:4, 48:11, 49:10, 50:24, 53:23, 68:12
**depositions** [5] - 45:6, 57:12, 57:13, 57:16, 57:20
**depth** [1] - 47:21
**DEPUTY** [1] - 3:2
**derive** [1] - 41:13
**describe** [2] - 14:17, 17:6
**described** [2] - 43:8, 57:6
**describes** [2] - 50:14, 63:8
**describing** [1] - 21:8
**description** [1] - 4:22
**descriptions** [1] - 28:17
**designed** [1] - 38:13
**detail** [1] - 38:8
**detectable** [2] - 41:23, 42:16
**detected** [5] - 18:22, 18:25, 40:11, 40:22, 41:3
**detection** [3] - 15:6, 15:12, 25:17
**detections** [4] - 24:19, 24:22, 41:9, 42:20
**detergents** [2] - 8:22, 8:24
**determine** [1] - 3:19
**determined** [1] - 78:8
**developed** [4] - 6:8, 10:22, 11:2, 11:19
**development** [7] - 5:9, 5:22, 6:1, 6:4, 14:23, 15:21, 24:9
**diameter** [1] - 52:7
**difference** [9] - 34:19, 42:21, 42:23, 43:8, 45:19, 47:7, 74:22, 75:15, 75:20
**different** [24] - 3:21, 4:6, 4:17, 4:24, 4:25, 18:1, 20:7, 25:3, 28:1, 29:8, 36:24, 36:25, 50:12, 53:24, 54:4, 55:4, 64:4,

64:15, 64:16, 65:5, 74:10, 79:18
**differentiated** [1] - 33:11
**differentiation** [2] - 33:14, 33:15
**difficulty** [2] - 42:25, 46:3
**digs** [1] - 70:20
**dimensions** [2] - 30:11, 52:17
**direct** [3] - 12:21, 53:10, 63:1
**directed** [1] - 12:11
**directive** [1] - 12:14
**directives** [1] - 9:7
**directly** [1] - 75:14
**disagree** [1] - 42:4
**disc** [1] - 69:8
**discharge** [3] - 26:19, 26:21, 68:17
**discharged** [4] - 29:12, 49:22, 56:17, 65:20
**discolored** [3] - 51:9, 51:11, 51:16
**discovered** [3] - 13:10, 14:5, 14:9
**discovery** [1] - 14:8
**discretionary** [2] - 76:13, 76:23
**discuss** [8] - 17:8, 17:10, 17:11, 17:22, 20:14, 67:14, 67:18, 75:23
**discussed** [3] - 33:3, 36:22, 37:5
**discussing** [1] - 50:2
**discussion** [2] - 6:21, 78:13
**discussions** [1] - 79:24
**disk** [1] - 13:19
**Disposal** [1] - 72:24
**disposal** [25] - 4:5, 5:8, 6:2, 10:14, 12:25, 15:21, 21:9, 25:9, 26:1, 26:3, 26:11, 27:2, 27:18, 29:8, 29:16, 29:21, 29:23, 31:13, 32:3, 32:25, 33:24, 35:15, 42:7, 67:24, 68:9
**dispose** [3] - 9:9, 12:22, 32:1
**disposed** [5] - 26:12, 28:11, 30:12, 51:12, 51:22
**disposing** [1] - 50:14
**dissolved** [7] - 66:1,

66:2, 66:3, 66:4, 66:7, 66:10, 66:23
**distance** [3] - 10:3, 10:5, 47:21
**distillation** [1] - 68:6
**distinction** [1] - 33:8
**distinguish** [1] - 20:5
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [2] - 35:23
**division** [1] - 32:19
**document** [56] - 13:16, 13:21, 14:4, 17:7, 17:8, 17:19, 17:20, 17:22, 17:23, 18:5, 18:8, 18:19, 21:2, 21:5, 21:6, 22:25, 23:7, 23:8, 23:9, 23:17, 23:20, 23:21, 23:23, 24:3, 24:16, 25:14, 32:10, 32:14, 32:22, 37:14, 37:15, 37:19, 37:20, 44:20, 46:6, 62:9, 62:11, 62:15, 62:17, 62:19, 62:23, 63:7, 64:12, 65:9, 65:13, 65:15, 65:18, 69:12, 72:16, 73:2, 73:16, 74:16, 74:18
**documentation** [3] - 4:12, 4:15, 45:4
**documents** [41] - 4:9, 9:15, 17:5, 18:15, 18:17, 19:10, 20:2, 20:4, 20:19, 20:22, 23:3, 28:8, 31:22, 31:23, 35:21, 37:18, 43:1, 43:3, 44:17, 44:21, 46:5, 46:13, 46:17, 46:24, 54:6, 54:18, 54:20, 54:23, 55:2, 62:25, 63:16, 63:21, 64:2, 64:15, 68:13, 70:19, 71:23, 73:14, 73:18, 81:7
**DOD** [4] - 24:18, 24:25, 25:5, 27:19
**DOJ** [1] - 79:20
**dominant** [2] - 40:9, 43:4
**done** [6] - 5:14, 14:13, 15:5, 32:4, 70:23, 71:5
**double** [2] - 75:25, 76:1
**Dow** [3] - 33:5, 33:10, 62:21
**down** [9] - 15:13, 30:3, 46:7, 56:14, 56:15,

68:5, 73:7, 75:22, 80:5
**downward** [1] - 57:3
**dozen** [4] - 34:9, 63:20, 64:15
**Dr** [75] - 3:13, 3:15, 5:21, 7:3, 7:5, 8:3, 9:11, 9:12, 9:13, 12:9, 12:12, 12:20, 13:10, 13:15, 13:21, 14:4, 14:22, 14:24, 16:17, 16:19, 16:20, 18:5, 19:7, 19:24, 20:16, 21:2, 22:19, 22:25, 23:17, 23:23, 24:8, 24:24, 25:10, 25:19, 26:3, 27:8, 28:5, 28:19, 30:9, 32:14, 34:17, 35:13, 36:21, 37:20, 39:7, 39:18, 40:1, 46:13, 47:14, 49:6, 49:11, 49:22, 50:13, 51:7, 51:21, 53:2, 53:17, 55:17, 57:22, 57:25, 58:3, 59:12, 60:23, 62:17, 64:19, 65:5, 65:18, 67:22, 69:9, 69:12, 70:15, 71:17, 72:13, 72:18, 76:8
**draft** [1] - 20:2
**drain** [1] - 30:4, 44:3, 44:13, 44:21, 46:7, 60:21, 60:22, 60:25, 61:20, 61:23, 62:2
**drains** [1] - 13:3
**drawn** [1] - 33:8
**dressing** [1] - 61:17
**drinking** [10] - 8:11, 8:12, 11:1, 11:5, 11:7, 11:18, 14:13, 22:21, 22:23
**drums** [1] - 75:5
**dry** [1] - 10:2
**dumped** [11] - 31:16, 42:17, 45:3, 47:15, 48:4, 49:7, 49:13, 50:11, 52:9, 53:9, 58:14
**dumping** [13] - 49:25, 53:5, 53:18, 53:23, 54:1, 55:10, 55:14, 56:10, 57:5, 57:16, 58:6, 58:21
**Dunn** [1] - 1:16
**during** [13] - 4:9, 6:15, 6:25, 8:21, 9:2, 9:4, 19:19, 26:1, 29:11, 34:1, 40:17, 61:21, 68:5

# E

**Earl** [1] - 49:7
**earliest** [3] - 8:19, 46:14, 46:16
**early** [15] - 5:2, 6:12, 8:5, 11:20, 30:15, 41:21, 42:12, 42:13, 42:15, 43:2, 43:6, 54:25, 55:12, 55:15, 64:17
**earth** [1] - 10:2
**easier** [1] - 16:6
**economic** [1] - 76:2
**Edwin** [2] - 37:7, 37:10
**effect** [1] - 48:1
**effective** [1] - 55:25
**effluent** [3] - 65:20, 65:25, 66:24
**either** [9] - 8:8, 27:25, 29:18, 35:10, 43:7, 47:15, 59:5, 69:20, 75:4
**eliminate** [1] - 68:6
**ELLEN** [1] - 1:10
**emphasis** [1] - 27:6
**employed** [4] - 6:15, 29:1, 29:3, 31:13
**employee** [2] - 48:15, 76:5
**employees** [6] - 29:1, 48:12, 54:9, 55:10, 58:14, 71:22
**employees'** [1] - 54:4
**encountered** [3] - 14:21, 47:10, 74:12
**end** [5] - 55:22, 56:25, 67:19, 69:7, 76:2
**ended** [1] - 54:5
**engaged** [2] - 54:10, 55:11
**engineering** [3] - 19:14, 20:6, 44:20
**engineers** [1] - 74:6
**Engineers** [1] - 65:15
**ENRD** [1] - 1:23
**entail** [1] - 3:24
**entails** [1] - 3:25
**entered** [2] - 79:7, 79:18
**entire** [1] - 80:19
**entitled** [2] - 73:4, 82:12
**environment** [4] - 8:8, 34:23, 55:22, 71:3
**environmental** [2] - 19:14, 20:6
**Environmental** [1] -

1:23
**EPA** [5] - 10:24, 18:9, 19:4, 22:4, 24:6
**EPA's** [1] - 24:5
**equipment** [8] - 37:24, 38:20, 55:11, 60:1, 62:21, 68:6, 72:8, 73:8
**equitable** [3] - 58:8, 76:19, 77:2
**equity** [1] - 64:24
**era** [3] - 8:20, 43:6, 43:7
**ERICA** [1] - 1:19
**escape** [1] - 38:17
**ESH** [1] - 1:5
**ESQ** [11] - 1:13, 1:14, 1:14, 1:15, 1:15, 1:19, 1:19, 1:20, 1:20, 1:21, 1:21
**essentially** [2] - 9:22, 37:17, 42:12, 57:1, 57:10, 68:17
**et** [1] - 68:7
**evaluation** [2] - 17:24, 18:11
**evaporate** [14] - 10:3, 12:11, 12:14, 13:8, 33:4, 33:18, 34:24, 35:1, 47:15, 48:5, 48:9, 50:5, 50:9, 56:21
**evaporated** [1] - 31:6
**evaporates** [1] - 47:4
**evaporation** [33] - 26:9, 30:24, 31:1, 31:4, 34:18, 34:20, 34:23, 35:4, 35:7, 35:10, 35:14, 35:17, 35:20, 35:22, 36:2, 36:4, 36:12, 36:14, 47:22, 47:25, 49:23, 49:25, 50:2, 50:15, 51:23, 51:24, 52:6, 52:12, 55:24, 56:4, 56:24, 57:10, 65:25
**everywhere** [1] - 26:24
**evidence** [3] - 68:10, 75:24, 81:11
**evident** [1] - 54:22
**exactly** [5] - 48:7, 55:22, 56:25, 70:7, 71:14
**EXAMINATION** [2] - 3:11, 67:20
**examination** [4] - 3:24, 4:8, 19:2, 19:3
**Examination............. .** [1] - 82:3

**Examination............. ..** [1] - 82:4
**examined** [3] - 3:19, 19:13, 74:19
**examining** [1] - 3:23
**example** [5] - 16:2, 16:12, 16:14, 33:16, 55:13
**examples** [4] - 7:8, 9:17, 19:3, 27:13
**exceeded** [1] - 27:15
**except** [1] - 26:16
**exception** [1] - 41:25
**excerpt** [3] - 12:9, 12:18, 12:19
**excerpted** [1] - 9:15
**exclusively** [1] - 54:1
**excuse** [2] - 13:22, 53:13
**excused** [1] - 75:22
**exhibit** [6] - 16:20, 16:22, 19:20, 50:22, 50:23, 62:8
**Exhibit** [14] - 13:13, 16:17, 19:6, 19:23, 20:15, 23:15, 32:13, 37:13, 65:10, 65:13, 72:10, 72:18, 72:22, 72:25
**exhibits** [1] - 50:21
**exist** [1] - 31:19
**existence** [2] - 31:18, 32:25
**existing** [1] - 4:8
**exit** [1] - 60:25
**exiting** [1] - 61:23
**expansion** [1] - 8:16
**expect** [1] - 73:20
**expectation** [1] - 26:7
**expected** [3] - 66:11, 73:21
**expenses** [1] - 76:25
**experience** [1] - 3:17
**expert** [3] - 4:18, 16:21, 76:12
**expertise** [1] - 59:19
**experts** [3] - 37:7, 76:4, 76:7
**explain** [1] - 53:25
**explains** [1] - 63:13
**explanations** [1] - 53:22
**explicitly** [1] - 35:22
**explosion** [1] - 33:23
**exposure** [2] - 10:13, 11:15
**extent** [1] - 40:6

# F

**facilitate** [3] - 51:24, 57:2, 57:4
**facilities** [6] - 24:25, 25:8, 27:16, 27:19, 27:22, 30:8
**facility** [16] - 5:1, 14:11, 27:3, 28:23, 28:24, 29:2, 29:5, 29:19, 41:10, 41:12, 47:16, 69:19, 70:7, 70:10, 71:18
**fact** [13] - 7:21, 18:21, 27:19, 41:12, 42:15, 42:17, 43:2, 44:7, 45:21, 53:19, 55:19, 68:10, 68:19
**factor** [2] - 52:15, 55:3
**factors** [1] - 10:23
**facts** [2] - 42:10, 42:11
**fair** [1] - 45:15
**fairly** [1] - 34:9
**fairness** [1] - 77:8
**familiar** [3] - 25:19, 25:21, 38:11
**far** [4] - 40:9, 48:19, 55:9, 64:24
**fashion** [1] - 58:6
**fault** [1] - 13:25
**favor** [1] - 77:21
**FDA** [1] - 7:22
**February** [1] - 1:7
**federal** [2] - 22:10, 79:6
**FEENSTRA** [1] - 3:10
**Feenstra** [73] - 3:13, 3:15, 5:21, 7:2, 7:5, 8:3, 9:10, 9:13, 12:9, 12:12, 12:20, 13:10, 13:21, 14:4, 14:22, 14:24, 16:17, 16:20, 18:5, 19:7, 19:24, 20:16, 21:2, 22:19, 22:25, 23:17, 23:23, 24:8, 24:24, 25:10, 25:19, 26:3, 27:7, 27:8, 28:5, 28:19, 30:9, 32:14, 34:17, 35:13, 36:21, 37:20, 39:7, 39:18, 40:1, 46:13, 47:14, 49:6, 49:11, 49:22, 50:13, 51:7, 51:21, 53:2, 53:17, 55:17, 57:22, 57:25, 58:3, 58:4, 59:12, 60:23, 62:17, 64:19, 65:5, 65:18, 67:22, 69:12, 70:15,

71:17, 72:13, 72:18, 82:3
**Feenstra's** [5] - 7:3, 9:11, 9:12, 13:15, 16:19
**feet** [7] - 30:11, 52:3, 52:18, 56:22
**felt** [1] - 6:7
**few** [4] - 30:10, 39:14, 48:12, 67:13
**fiber** [1] - 75:5
**field** [2] - 19:13, 59:19
**fifth** [1] - 25:16
**figure** [3] - 52:11, 73:17, 74:3
**filed** [1] - 80:13
**files** [1] - 37:14
**final** [3] - 12:19, 24:17, 25:3
**finally** [2] - 22:4, 80:7
**findings** [1] - 58:10
**fine** [1] - 59:3
**finish** [1] - 39:14
**finished** [1] - 3:5
**fire** [4] - 33:23, 71:2, 71:8, 71:13
**firefighting** [1] - 37:24
**first** [20] - 5:13, 5:25, 6:3, 11:6, 13:10, 14:5, 17:19, 19:21, 23:16, 23:17, 24:5, 24:12, 24:18, 25:14, 48:14, 62:9, 69:14, 69:17, 78:20
**fiscal** [1] - 24:21
**fit** [1] - 76:14
**Fitzgerald** [1] - 69:15
**five** [2] - 56:22, 67:16
**flag** [1] - 11:17, 69:23
**flares** [1] - 31:25
**FLETCHER** [1] - 1:15
**flight** [1] - 38:25
**flip** [1] - 59:5
**floats** [1] - 60:19
**floor** [1] - 55:7
**flow** [3] - 61:4, 61:6, 61:16
**follow** [3] - 3:17, 5:23, 73:19
**following** [2] - 41:16, 65:25
**FOR** [2] - 1:1, 3:10
**foregoing** [1] - 82:11
**former** [3] - 15:17, 48:12, 48:15
**forming** [1] - 14:4
**formulated** [1] - 8:23
**forth** [1] - 76:21
**FOTOUHI** [73] - 1:15, 3:9, 3:12, 5:20, 7:24,

12:7, 12:8, 13:18, 13:20, 13:24, 14:2, 14:3, 16:16, 22:18, 23:22, 24:15, 27:6, 28:4, 28:18, 29:14, 30:7, 32:13, 34:13, 34:16, 35:12, 36:20, 38:18, 39:6, 39:11, 39:16, 39:17, 43:10, 45:10, 45:13, 46:11, 46:12, 47:11, 47:13, 48:21, 48:25, 49:2, 49:5, 49:17, 49:20, 49:21, 50:18, 50:22, 50:24, 51:4, 51:6, 53:1, 53:11, 53:15, 53:16, 55:16, 56:5, 57:18, 57:21, 57:25, 58:2, 59:9, 59:11, 60:4, 62:12, 62:14, 62:16, 64:18, 65:3, 65:4, 65:17, 67:6, 67:11, 72:4
**foundation** [1] - 66:13
**four** [1] - 56:22
**frame** [2] - 19:19, 38:7
**framework** [1] - 80:19
**frequent** [1] - 29:22
**frequently** [3] - 14:20, 43:2, 47:10
**fresh** [2] - 66:22, 67:1
**Friday** [1] - 48:24
**Friday's** [2] - 48:17, 48:22
**front** [1] - 57:24
**full** [1] - 25:15
**functioning** [1] - 44:4
**funnel** [1] - 52:9
**future** [1] - 70:21

# G

**Gabriel** [2] - 15:5, 24:11
**gallons** [2] - 26:22, 61:6
**garden** [1] - 61:6
**gas** [1] - 4:3
**Gatchal** [1] - 76:5
**gather** [1] - 43:17
**general** [9] - 11:19, 11:20, 16:8, 16:10, 18:13, 43:4, 55:1, 64:1, 75:6
**general-purpose** [1] - 55:1
**generally** [2] - 25:6, 50:1
**generated** [1] - 73:6

**Gibson** [1] - 1:16
**gist** [1] - 65:2
**given** [11] - 9:7, 9:17, 12:14, 12:23, 13:9, 37:17, 37:25, 41:11, 43:7, 52:19, 73:13
**goodrich** [1] - 34:4
**Government** [2] - 24:1, 27:11
**government** [15] - 12:5, 17:4, 18:16, 31:17, 50:22, 58:23, 76:10, 77:20, 78:19, 78:21, 79:3, 79:6, 80:22, 81:4
**government's** [3] - 37:7, 50:20, 65:11
**government-sponsored** [1] - 17:4
**graduated** [1] - 6:22
**Granberry** [2] - 37:7, 37:10
**granted** [1] - 26:20
**Great** [3] - 78:22, 79:8, 79:23
**greater** [3] - 42:20, 50:1, 50:5
**ground** [37] - 8:6, 13:5, 13:7, 26:13, 26:22, 28:12, 29:13, 29:24, 30:5, 30:6, 30:13, 32:12, 33:4, 33:5, 33:10, 33:17, 34:22, 37:17, 38:17, 42:18, 45:18, 46:7, 47:8, 47:15, 47:19, 49:7, 49:23, 50:4, 50:7, 54:5, 55:23, 56:3, 56:23, 68:18, 70:16, 73:18, 73:21
**Grounds** [1] - 69:21
**groundwater** [58] - 4:2, 6:7, 6:9, 6:23, 8:9, 8:10, 8:15, 8:18, 8:25, 9:6, 11:7, 11:18, 13:11, 14:10, 14:14, 14:17, 14:20, 14:25, 15:2, 15:9, 15:15, 15:17, 15:25, 16:1, 16:3, 16:8, 16:9, 17:6, 17:9, 18:3, 19:1, 19:16, 20:5, 20:9, 20:25, 21:8, 21:22, 21:25, 22:6, 22:10, 24:10, 24:25, 25:11, 25:17, 26:4, 27:15, 27:20, 40:1, 40:3, 40:23, 47:21, 53:19, 53:25, 56:3, 56:15, 66:9,

67:2, 67:9
**group** [1] - 10:25
**guess** [9] - 11:19, 33:1, 35:21, 37:2, 38:11, 42:25, 46:3, 55:13, 68:4
**guidance** [10] - 9:8, 12:23, 13:9, 31:22, 31:23, 32:5, 33:2, 33:5, 37:25
**guide** [1] - 73:18

# H

**half** [3] - 34:9, 51:18, 52:19
**handbooks** [3] - 19:13, 19:15, 20:4
**handing** [1] - 72:12
**handling** [6] - 4:5, 5:8, 5:23, 6:1, 9:22, 15:21
**hard** [1] - 71:20
**hardness** [1] - 67:7
**hazard** [3] - 33:23, 70:20, 71:8
**hazardous** [1] - 24:8
**headway** [1] - 80:12
**health** [2] - 8:11, 10:12
**hear** [1] - 17:1
**heard** [2] - 6:22, 76:7
**help** [1] - 58:11
**helping** [1] - 56:14
**helps** [2] - 58:8, 58:25
**HEMINGER** [1] - 1:20
**high** [4] - 17:15, 41:1, 60:21, 67:1
**higher** [4] - 15:18, 22:1, 60:16, 66:10
**highest** [3] - 25:16, 40:16, 41:5
**Hill** [1] - 66:17
**historical** [3] - 4:22, 5:9, 44:25
**historically** [1] - 7:10
**History** [1] - 24:5
**hold** [1] - 72:6
**home** [1] - 75:23
**Honor** [97] - 3:6, 3:9, 4:21, 5:12, 5:18, 7:3, 9:11, 10:9, 10:18, 10:22, 12:4, 12:7, 13:18, 14:2, 16:7, 16:15, 22:16, 26:16, 27:1, 27:4, 28:3, 29:17, 30:23, 32:13, 34:13, 34:17, 35:8, 36:9, 37:5, 38:18,

39:5, 39:12, 39:16, 42:3, 43:10, 44:19, 45:7, 46:2, 47:7, 47:11, 48:19, 48:25, 49:17, 49:20, 50:22, 50:24, 50:25, 51:4, 53:11, 53:15, 57:18, 57:21, 57:25, 58:13, 58:18, 59:9, 63:20, 64:11, 64:18, 65:3, 66:12, 67:11, 67:13, 69:3, 69:10, 70:8, 71:1, 71:9, 72:4, 72:11, 73:15, 73:20, 74:1, 74:13, 75:12, 76:16, 76:20, 77:1, 77:4, 77:14, 77:23, 78:6, 78:23, 79:1, 79:4, 79:16, 79:22, 80:6, 80:12, 80:16, 80:18, 80:24, 81:1, 81:6, 81:7, 81:13
**HONORABLE** [1] - 1:10
**hose** [1] - 61:6
**hours** [1] - 39:11
**household** [1] - 8:23
**humans** [1] - 33:10
**hundred** [2] - 9:21, 31:15
**hundreds** [1] - 17:25
**hurry** [1] - 39:12
**HUVELLE** [1] - 1:10
**hydrogeology** [1] - 6:20
**hypothesis** [1] - 59:3
**hypothetical** [3] - 41:17, 43:20, 57:23
**hypotheticals** [1] - 43:7

### I

**i.e** [1] - 71:6
**idea** [1] - 63:10
**identification** [1] - 16:9
**identified** [4] - 14:16, 18:22, 24:6, 24:12
**identify** [2] - 11:3, 18:2
**identifying** [1] - 6:9
**ignite** [3] - 74:21, 74:24, 75:15
**ignited** [1] - 13:4
**II** [1] - 8:20
**imagine** [1] - 61:3
**impact** [6] - 8:15, 15:24, 22:21, 50:14,

51:22, 56:9
**implemented** [1] - 18:11
**important** [6] - 6:7, 56:16, 56:18, 56:19, 61:24, 63:6
**inches** [1] - 52:7
**include** [1] - 28:1
**included** [1] - 27:23
**including** [1] - 67:5
**inconsistent** [3] - 73:23, 73:25, 77:10
**incredible** [1] - 58:10
**incurred** [1] - 76:25
**indeed** [2] - 25:1, 32:19
**INDEX** [1] - 82:1
**indicate** [10] - 35:21, 43:1, 43:3, 43:5, 63:16, 63:21, 72:2, 73:11, 74:16, 75:1
**indicated** [3] - 28:8, 70:3, 71:12
**indicates** [3] - 17:5, 28:17, 55:14
**indications** [1] - 75:10
**industrial** [11] - 4:7, 4:15, 6:14, 8:23, 9:21, 11:14, 15:24, 17:13, 18:12, 18:21
**industrialization** [1] - 8:16
**industry** [2] - 16:10, 33:16
**infiltrate** [1] - 34:22
**information** [10] - 6:3, 16:23, 16:25, 17:2, 17:3, 20:23, 25:2, 27:10, 59:2, 76:11
**ingest** [1] - 7:20
**inhalation** [2] - 10:8, 10:11
**inhaled** [1] - 10:11
**inhibitors** [1] - 64:7
**initiated** [1] - 80:17
**innocent** [1] - 80:4
**insoluble** [1] - 59:1
**installations** [2] - 24:20, 24:21
**instance** [2] - 5:16, 71:11
**instead** [1] - 58:6
**Institute** [2] - 11:10, 11:13
**Insurance** [3] - 12:18, 12:21, 12:23
**intended** [4] - 29:23, 34:23, 68:18, 70:25
**intent** [3] - 12:17, 34:21, 60:7

**intention** [1] - 26:13
**Interdepartmental** [1] - 69:15
**interest** [7] - 9:2, 65:24, 76:13, 76:16, 76:22, 77:5, 77:17
**interior** [1] - 60:20
**interpretation** [2] - 35:19, 36:18
**interrupt** [1] - 67:17
**interval** [1] - 40:17
**introduced** [1] - 55:21
**Investigation** [1] - 24:5
**investigations** [1] - 4:2
**involve** [2] - 4:8, 78:22
**involved** [2] - 4:18, 6:5
**irrigation** [1] - 21:19
**Irwin** [5] - 28:1, 28:2, 28:6, 28:9, 28:11
**issue** [10] - 5:25, 6:10, 8:3, 61:22, 62:1, 64:22, 65:1, 76:12, 77:12, 81:4
**issued** [1] - 79:25
**issues** [1] - 64:24
**item** [1] - 63:17
**itself** [6] - 28:25, 39:3, 61:11, 63:13, 64:6, 66:8

### J

**JENNIFER** [1] - 1:21
**JESSICA** [1] - 1:20
**Jet** [3] - 25:18, 25:19, 25:24
**Joan** [1] - 76:8
**JOHN** [1] - 1:19
**JOHNSON** [1] - 1:21
**journal** [1] - 21:7
**JUDGE** [1] - 1:11
**Judge** [1] - 78:21
**judgment** [1] - 78:11
**jurisdiction** [2] - 36:22, 36:24
**juror** [1] - 59:4
**Justice** [1] - 1:22
**JUSTIN** [2] - 1:14, 1:20

### K

**keep** [8] - 39:14, 52:9, 59:9, 61:25, 62:1, 63:10, 63:11, 63:12
**keeping** [2] - 10:13,

37:23
**kind** [4] - 11:16, 36:3, 45:22, 74:10
**knowledge** [18] - 4:22, 5:9, 5:22, 5:23, 6:1, 6:4, 6:8, 8:13, 10:20, 11:20, 14:24, 15:21, 15:24, 16:8, 21:15, 24:9, 26:6, 27:18
**known** [1] - 71:7
**knows** [1] - 29:10

### L

**lab** [1] - 11:12
**labor** [1] - 8:1
**Laboratory** [3] - 25:18, 25:20, 25:25
**laboratory** [1] - 11:10
**LaBorde** [3] - 26:18, 29:17, 68:15
**lack** [2] - 41:21, 66:12
**large** [8] - 28:23, 34:8, 47:14, 48:20, 52:1, 52:2, 61:4, 73:13
**larger** [8] - 28:21, 29:7, 47:9, 48:7, 50:4, 51:25, 52:15, 57:8
**last** [15] - 3:16, 5:22, 14:23, 17:7, 18:4, 19:20, 21:1, 21:2, 22:24, 28:20, 35:13, 39:8, 39:19, 65:5, 65:11
**late** [7] - 6:4, 6:12, 6:20, 8:4, 11:20, 15:3, 21:10
**latter** [1] - 43:6
**Laughter** [2] - 45:24, 46:1
**launch** [1] - 39:1
**lawsuit** [1] - 80:17
**lawsuits** [1] - 79:3
**lead** [1] - 67:8
**leading** [1] - 9:2
**leaks** [2] - 60:12, 60:13
**least** [5] - 27:23, 29:11, 31:14, 54:2, 63:20
**leave** [4] - 33:18, 33:20, 33:21, 75:2
**led** [4] - 26:4, 37:12, 53:4, 55:18
**legal** [1] - 59:1
**Leon** [1] - 78:21
**less** [8] - 15:13, 24:22, 29:4, 35:24, 42:7,

42:18, 47:4, 57:15
**letter** [8] - 65:14, 65:21, 68:21, 70:3, 71:10, 71:11, 81:9
**level** [10] - 14:25, 15:8, 21:17, 22:9, 22:10, 22:11, 60:21, 66:10, 66:16
**liability** [1] - 58:18
**likely** [3] - 48:8, 53:9, 56:10
**limit** [2] - 15:6, 15:12
**limitations** [4] - 79:11, 79:13, 79:14, 79:17
**limited** [1] - 55:24
**line** [4] - 25:16, 40:14, 51:8, 59:6
**liquid** [3] - 26:12, 28:24, 75:16
**liquids** [6] - 30:12, 30:13, 31:5, 34:21, 34:24, 61:19
**list** [3] - 17:25, 27:8, 28:2
**listed** [3] - 18:20, 18:22, 27:16
**lists** [1] - 17:16
**liter** [1] - 15:12
**literature** [3] - 19:3, 19:12, 20:24, 21:6
**litigation** [1] - 5:4
**LLP** [1] - 1:16
**locate** [1] - 37:12
**location** [3] - 41:3, 55:23, 56:25
**locations** [2] - 4:6, 40:8
**Lockheed** [33] - 3:2, 4:19, 4:21, 5:13, 13:14, 13:19, 16:18, 19:7, 19:24, 20:16, 23:16, 26:24, 34:2, 34:4, 51:10, 62:12, 68:10, 68:14, 68:19, 70:11, 70:12, 71:22, 72:22, 76:5, 78:16, 78:18, 78:19, 78:21, 79:2, 79:6, 79:8, 79:19, 80:9
**LOCKHEED** [1] - 1:3
**Lockheed's** [2] - 58:5, 70:11
**look** [20] - 7:2, 9:10, 12:18, 13:13, 13:15, 16:17, 18:4, 23:15, 23:16, 23:20, 24:3, 25:23, 27:7, 30:8, 48:14, 49:10, 50:10, 58:4, 65:18, 76:20
**looked** [4] - 5:8,

23:17, 57:7, 71:20
**looking** [8] - 4:1, 4:20, 11:17, 12:9, 15:20, 34:2, 65:13, 72:25
**looks** [4] - 37:1, 66:22, 67:1, 67:9
**low** [4] - 40:25, 41:2, 66:16, 66:23
**lower** [2] - 47:24, 66:11
**LPC** [14] - 28:20, 28:22, 29:5, 29:8, 31:21, 35:2, 35:4, 35:14, 35:17, 35:20, 36:23, 41:10, 65:24, 67:3
**LUDWISZEWSKI** [1] - 1:14
**lunch** [1] - 39:15
**Lunch** [1] - 81:15

## M

**machine** [1] - 2:25
**magnesium** [1] - 66:6
**magnitude** [1] - 40:6
**main** [4] - 7:9, 55:9, 62:22, 64:1
**maintenance** [2] - 25:8, 62:4
**major** [5] - 11:6, 41:17, 47:4, 63:16, 63:24
**majority** [3] - 48:4, 75:3, 75:6
**malfunction** [1] - 44:14
**malfunctioning** [1] - 42:9
**malfunctions** [1] - 44:7
**mandatory** [3] - 76:18, 77:3, 77:25
**manned** [1] - 38:25
**manner** [3] - 38:17, 57:6, 77:3
**manual** [1] - 62:20
**manuals** [1] - 38:1
**manufacture** [1] - 73:9
**manufactured** [1] - 60:3
**manufacturer** [1] - 62:3
**manufacturer's** [1] - 62:7
**manufacturers** [4] - 9:7, 9:19, 12:13, 34:10

**manufactures** [1] - 59:23
**manufacturing** [3] - 28:23, 33:16, 34:1
**Manufacturing** [3] - 9:18, 9:23, 13:9
**March** [1] - 20:10
**marked** [1] - 69:23
**MARTIN** [1] - 1:3
**Martin** [5] - 3:3, 62:12, 76:5, 79:19, 80:9
**Martin's** [7] - 13:14, 13:19, 16:18, 19:7, 19:24, 20:16, 23:16
**master's** [2] - 6:19, 6:22
**material** [7] - 31:5, 31:24, 50:5, 50:8, 67:5, 71:11, 73:5
**materials** [9] - 9:6, 18:25, 34:24, 37:23, 69:20, 69:25, 72:2, 75:2, 75:3
**matter** [7] - 35:10, 58:8, 65:24, 75:8, 76:14, 77:7, 82:12
**maximum** [5] - 10:10, 22:9, 40:14, 75:1
**McKee** [2] - 17:10, 17:17
**McKee's** [1] - 17:7
**MCL** [1] - 22:9
**mean** [6] - 6:18, 10:6, 35:17, 40:15, 52:10, 52:14, 59:7, 64:25, 70:23
**meaning** [1] - 70:11
**means** [2] - 57:17, 79:12
**measure** [1] - 66:6
**measured** [1] - 40:16
**mediation** [1] - 79:24
**medical** [1] - 7:25
**meet** [1] - 57:1
**memorandum** [1] - 81:9
**mention** [2] - 18:17, 20:8
**mentioned** [5] - 17:7, 19:18, 29:17, 33:14, 56:16
**mentions** [2] - 31:17, 32:11
**metal** [1] - 73:8
**metals** [1] - 7:10
**method** [5] - 15:1, 15:3, 15:11, 49:25, 51:22
**methods** [5] - 14:14, 29:8, 31:9, 32:24,

67:24
**methylene** [1] - 47:2
**Meyer** [1] - 76:8
**MICHAEL** [1] - 1:13
**micrograms** [1] - 15:12
**mid-'60s** [1] - 42:6
**mid-'90s** [1] - 79:4
**mid-1960s** [1] - 35:19
**mid-1970s** [2] - 10:23, 11:16
**mid-1980s** [1] - 15:5
**middle** [2] - 24:4, 25:15
**might** [9] - 8:11, 8:14, 11:7, 18:13, 46:2, 54:4, 55:24, 66:7
**migrate** [2] - 8:8, 8:9
**migration** [1] - 57:4
**miles** [1] - 31:16
**military** [1] - 16:10, 31:22, 31:23, 31:24, 32:5, 37:18, 38:1, 38:20, 70:18, 70:24, 74:25
**million** [8] - 15:4, 21:13, 22:1, 22:13, 22:14, 22:17, 24:23, 66:1
**mind** [1] - 45:25
**minute** [3] - 42:18, 48:10, 61:7
**minutes** [3] - 39:14, 67:13, 67:16
**mischaracterizes** [1] - 72:4
**missed** [1] - 44:22
**missiles** [2] - 25:7, 32:19, 70:12
**mixed** [1] - 33:12
**mixer** [2] - 74:3, 74:4
**mixers** [5] - 55:13, 72:3, 73:7, 73:12, 73:19
**mixing** [2] - 55:11, 72:8
**mixture** [1] - 32:3
**moisture** [1] - 60:11
**moment** [3] - 10:16, 38:24, 75:13
**monitoring** [1] - 14:10
**months** [1] - 54:12
**morning** [7] - 3:4, 3:9, 3:13, 3:14, 33:3, 67:22, 67:23
**most** [10] - 14:13, 14:20, 31:5, 31:6, 34:12, 34:25, 42:12, 45:13, 47:10, 47:20
**motors** [1] - 34:7

**move** [6] - 5:21, 31:2, 57:25, 59:7, 65:3, 65:5
**movement** [1] - 57:3
**moves** [2] - 56:20, 60:15
**moving** [3] - 15:10, 59:9, 61:12
**MR** [98] - 3:9, 3:12, 5:20, 7:24, 12:7, 12:8, 13:18, 13:20, 13:24, 14:2, 14:3, 16:16, 22:18, 23:22, 24:15, 27:6, 28:4, 28:18, 29:14, 30:7, 32:13, 34:13, 34:16, 35:12, 36:20, 38:18, 39:6, 39:11, 39:16, 39:17, 43:10, 45:7, 45:10, 45:12, 45:13, 45:16, 46:11, 46:12, 47:11, 47:13, 48:21, 48:25, 49:2, 49:5, 49:17, 49:20, 49:21, 50:18, 50:22, 50:24, 51:4, 51:6, 53:1, 53:11, 53:15, 53:16, 55:16, 56:5, 57:18, 57:21, 57:25, 58:2, 58:13, 58:17, 59:9, 59:11, 60:4, 62:12, 62:14, 62:16, 64:18, 65:3, 65:4, 65:17, 67:6, 67:11, 72:4, 75:25, 76:4, 76:8, 76:15, 76:19, 77:1, 77:4, 77:14, 77:23, 78:6, 78:23, 79:1, 79:4, 79:11, 79:14, 80:2, 80:16, 80:23, 81:1, 81:6, 81:13
**MS** [20] - 3:6, 13:22, 50:25, 62:11, 62:13, 66:12, 67:13, 67:16, 67:21, 69:2, 69:6, 69:9, 69:11, 70:14, 71:16, 72:10, 72:15, 72:17, 73:15, 75:12
**Mulder** [1] - 55:13
**municipal** [1] - 11:1
**munitions** [2] - 25:7, 31:25
**Murphy** [1] - 75:24
**MURPHY** [20] - 1:13, 58:13, 58:17, 75:25, 76:4, 76:15, 76:19, 77:1, 77:14, 78:23, 79:1, 79:4, 79:11, 79:14, 80:2, 80:16, 80:23, 81:1, 81:6,

81:13
**must** [1] - 53:21

## N

**named** [1] - 48:15
**names** [1] - 34:3
**NASA** [2] - 25:16, 25:25
**National** [2] - 11:9, 11:13
**nationwide** [2] - 10:24, 14:12
**natural** [3] - 66:4, 66:17, 67:9
**near** [3] - 14:11, 33:10, 67:3
**necessarily** [1] - 44:13
**necessary** [1] - 69:19
**Neck** [3] - 78:22, 79:8, 79:23
**need** [3] - 49:18, 58:9, 77:18
**needed** [2] - 54:15, 54:16
**needs** [1] - 58:24
**negotiate** [4] - 79:19, 79:21, 79:23, 80:11
**negotiated** [1] - 79:5
**negotiations** [1] - 80:5
**neighborhood** [2] - 3:21, 28:25
**never** [3] - 45:25, 64:13, 70:24
**new** [1] - 43:21
**next** [6] - 17:16, 25:4, 25:5, 41:5, 77:12, 77:13
**non** [1] - 80:4
**non-innocent** [1] - 80:4
**none** [1] - 74:25
**nonexpert** [1] - 76:9
**normal** [2] - 8:23, 60:5
**normally** [1] - 3:25
**noted** [2] - 17:10, 23:4
**nothing** [2] - 19:18, 64:23
**noticed** [2] - 20:10, 26:19
**number** [8] - 19:10, 27:19, 34:8, 46:24, 50:23, 57:12, 57:13, 73:13
**numbered** [1] - 62:14
**numbers** [2] - 29:6, 55:2, 55:4
**numerous** [1] - 68:20

**NW** [3] - 1:17, 1:24, 2:2

# O

**O'DONNELL** [1] - 1:20
**objection** [2] - 66:12, 72:4
**observed** [1] - 4:4
**observing** [1] - 6:13
**obstetrics** [1] - 8:2
**obstruction** [1] - 44:15
**obviously** [1] - 44:16
**occasion** [1] - 41:3
**occupational** [1] - 10:9
**occupied** [4] - 10:3, 10:5, 10:7, 10:14
**occurred** [5] - 14:6, 25:7, 38:7, 41:2, 53:21
**ocean** [1] - 31:12
**OF** [3] - 1:1, 1:6, 1:10
**Off-the-record** [1] - 78:13
**Office** [2] - 24:1, 27:11
**Official** [2] - 2:1, 82:10
**offshore** [1] - 31:16
**often** [1] - 54:12
**oil** [4] - 8:19, 32:1, 32:4, 61:16
**on-site** [1] - 79:16
**once** [1] - 80:10
**one** [37] - 5:17, 7:9, 9:17, 16:2, 16:12, 16:14, 30:8, 32:17, 33:1, 35:9, 38:11, 41:3, 47:3, 48:18, 48:19, 51:18, 52:10, 53:7, 57:22, 58:6, 62:21, 62:25, 63:1, 63:17, 64:4, 64:25, 65:1, 68:21, 71:10, 71:20, 74:2, 76:7, 77:25, 78:16, 79:21
**ones** [2] - 73:24, 74:1
**ongoing** [1] - 29:22
**opening** [1] - 78:5
**operate** [1] - 60:6
**operated** [1] - 60:24
**operation** [7] - 4:9, 9:5, 29:7, 60:5, 62:4, 62:20, 71:18
**operations** [13] - 4:5, 4:16, 5:10, 6:14, 7:11, 8:21, 18:21, 27:22, 44:8, 46:19, 46:20, 55:10, 68:8

**operators** [1] - 61:22
**opinion** [9] - 14:5, 18:15, 27:1, 27:17, 41:8, 47:14, 48:5, 60:23, 63:2
**opinions** [1] - 23:18
**opportunity** [4] - 50:1, 50:5, 56:20, 57:1
**opposed** [2] - 26:24, 77:12
**opposite** [1] - 43:3
**option** [1] - 68:2
**order** [1] - 12:21
**organic** [3] - 14:19, 14:21, 23:12
**organizations** [2] - 9:8, 33:14
**original** [4] - 16:21, 59:25, 72:13, 76:22
**outside** [2] - 51:9, 60:8
**outweighs** [1] - 55:3
**overview** [1] - 23:11
**overwhelmingly** [1] - 40:5
**own** [1] - 72:6
**owned** [1] - 58:7
**ownership** [1] - 58:19

# P

**p.m** [1] - 81:15
**pads** [1] - 38:13
**page** [36] - 7:3, 9:11, 13:15, 13:22, 13:24, 13:25, 14:1, 14:2, 18:4, 19:20, 21:1, 22:24, 23:17, 23:20, 24:3, 24:5, 24:16, 25:4, 25:6, 25:14, 27:7, 32:14, 37:19, 39:20, 49:11, 50:11, 50:16, 51:7, 51:17, 62:8, 62:9, 62:14, 63:1, 65:18, 73:4
**PAGE** [1] - 82:2
**pages** [1] - 82:11
**Pages** [1] - 1:8
**pail** [2] - 50:2, 52:8
**pail-size** [1] - 50:2
**painting** [1] - 7:11
**Pan** [5] - 32:18, 37:11, 37:12, 37:14, 37:15
**pan** [2] - 31:18
**pans** [2] - 31:19, 31:20, 31:22, 32:4, 32:6, 37:6, 38:3, 38:12
**paragraph** [7] - 24:17,

24:18, 25:15, 25:16, 25:23, 65:19, 73:4
**paragraphs** [1] - 37:19
**part** [19] - 8:19, 15:3, 15:14, 16:21, 24:22, 27:3, 43:6, 49:10, 56:11, 59:25, 60:8, 65:20, 65:21, 68:9, 72:12, 72:14, 77:2, 81:6
**particular** [4] - 5:1, 6:9, 18:19, 47:16
**particularly** [3] - 23:13, 27:24, 41:23
**parties** [1] - 80:21
**parts** [21] - 15:4, 15:7, 15:12, 15:18, 21:12, 22:1, 22:11, 22:12, 22:15, 22:17, 24:23, 25:17, 27:15, 40:18, 40:20, 41:7, 44:5, 60:12, 66:1, 73:8
**party** [1] - 80:4
**pass** [1] - 69:4
**passage** [2] - 42:21, 42:22
**past** [5] - 7:9, 15:10, 77:16, 77:17, 81:2
**pathway** [2] - 56:21, 57:5
**pathways** [1] - 57:11
**paying** [2] - 45:18, 45:20
**PDF** [2] - 13:25, 62:8
**pending** [1] - 78:20
**people** [6] - 10:16, 29:3, 33:25, 45:8, 45:18, 73:18
**per** [27] - 15:3, 15:4, 15:7, 15:12, 15:14, 15:18, 17:13, 20:11, 21:12, 22:1, 22:11, 22:12, 22:15, 22:17, 24:22, 24:23, 25:17, 26:22, 27:15, 40:18, 40:20, 41:7, 44:14, 61:7, 66:1
**percent** [3] - 24:20, 40:24, 77:7
**perchlorate** [20] - 15:9, 15:16, 16:2, 17:8, 17:22, 18:17, 18:25, 19:16, 21:23, 23:5, 24:10, 24:19, 24:24, 25:6, 25:7, 25:11, 25:25, 26:1, 26:4, 27:14
**Perchlorate** [1] - 24:6
**perchlorate's** [2] -

21:16, 22:20
**perchlorates** [1] - 21:11
**percolate** [1] - 68:18
**percolated** [1] - 29:23
**percolating** [1] - 26:13
**percolation** [8] - 29:12, 29:18, 29:20, 29:21, 34:20, 34:21, 35:2, 50:8
**performing** [1] - 71:22
**perhaps** [3] - 30:10, 42:9, 58:25
**period** [11] - 20:7, 20:14, 30:16, 31:10, 32:11, 34:1, 41:21, 41:22, 42:19, 50:8, 64:10
**periodically** [1] - 54:21
**permanent** [1] - 3:8
**permeable** [2] - 30:5, 47:20
**permit** [1] - 11:23
**permitted** [4] - 13:6, 26:24, 35:22, 35:25
**person** [1] - 74:4
**personally** [1] - 25:22
**perspective** [2] - 70:20, 71:13
**pH** [1] - 67:7
**phase** [1] - 77:15
**pick** [1] - 3:7
**pipe** [5] - 29:25, 30:2, 55:22, 56:25, 60:17
**pit** [15] - 27:3, 29:20, 29:21, 30:2, 31:1, 31:3, 34:20, 34:21, 34:23, 37:17, 65:25, 74:21, 74:22, 75:2
**pits** [31] - 26:1, 26:4, 26:8, 26:9, 26:10, 26:11, 26:12, 26:14, 27:24, 28:17, 29:12, 29:18, 30:16, 30:20, 30:22, 30:24, 31:4, 34:18, 35:2, 35:4, 35:7, 35:10, 35:14, 35:17, 35:21, 35:22, 35:25, 36:2, 36:4, 36:12, 36:14
**pivot** [1] - 14:22
**place** [8] - 4:6, 27:24, 42:13, 55:24, 56:17, 56:24, 68:14, 68:17
**placed** [1] - 13:7
**places** [1] - 68:20
**Plaintiff** [2] - 1:4, 1:13
**PLAINTIFF** [1] - 3:10
**Plaintiff's** [8] - 13:13,

16:17, 19:6, 19:23, 20:15, 23:15, 32:13, 37:13
**plants** [2] - 21:12, 21:16
**plating** [2] - 7:11, 8:21
**plume** [13] - 15:18, 22:1, 39:22, 39:23, 40:4, 40:5, 40:7, 40:16, 53:3, 53:18, 53:25, 58:15, 58:21
**point** [14] - 10:20, 35:14, 36:6, 38:4, 47:4, 59:7, 61:13, 63:18, 66:18, 66:20, 66:21, 76:22, 76:24, 78:2
**pointing** [2] - 66:20, 66:21
**points** [1] - 81:8
**pole** [1] - 69:23
**pollutant** [3] - 18:3, 18:20, 18:22
**pollutants** [2] - 18:2, 23:13
**Pollution** [3] - 26:19, 37:2, 37:3
**pollution** [5] - 17:15, 17:24, 21:8, 35:23, 35:24
**poor** [1] - 73:17
**portion** [1] - 58:19
**pose** [1] - 8:11
**posit** [1] - 41:16
**posited** [1] - 43:17
**position** [4] - 58:5, 58:9, 77:5, 78:3
**possibility** [1] - 33:1
**possible** [8] - 11:11, 13:6, 18:12, 41:12, 66:24, 74:9, 74:14
**possibly** [1] - 76:4
**potential** [16] - 8:11, 8:18, 9:5, 10:12, 11:7, 16:9, 17:14, 18:1, 18:2, 18:20, 21:19, 21:21, 21:22, 22:20, 24:7, 44:8
**potentially** [4] - 18:13, 18:14, 33:23, 70:16
**Potrero** [10] - 29:18, 36:6, 36:13, 68:20, 69:16, 69:19, 69:21, 69:24, 70:2, 70:10
**pour** [1] - 13:3
**poured** [3] - 10:2, 50:6, 75:14
**pouring** [1] - 52:6
**POWELL** [1] - 1:21
**practice** [3] - 4:22,

5:8, 65:1
**practices** [7] - 6:15, 27:18, 31:13, 41:20, 41:23, 42:7
**predominant** [3] - 43:13, 43:24, 43:25
**predominantly** [3] - 53:20, 53:21, 54:3
**preferred** [1] - 57:11
**prejudgment** [6] - 76:12, 76:16, 76:21, 77:5, 77:16, 81:3
**premise** [3] - 43:12, 43:22, 47:3
**premises** [2] - 43:25, 44:16
**preparation** [7] - 7:11, 17:20, 18:5, 21:3, 22:25, 23:18, 27:9
**prepare** [7] - 7:5, 7:18, 9:13, 16:20, 19:8, 20:16, 59:12
**prepared** [6] - 19:25, 20:10, 21:7, 23:9, 23:25, 74:7
**presence** [2] - 8:10, 10:25
**present** [6] - 15:14, 22:8, 26:6, 40:9, 66:7, 74:10
**present-day** [1] - 26:6
**presented** [1] - 71:8
**presumably** [1] - 74:6
**presumed** [1] - 52:18
**presumptions** [1] - 57:22
**previous** [2] - 4:21, 57:2
**previously** [1] - 69:10
**primarily** [4] - 25:8, 42:5, 42:12, 43:21
**principle** [1] - 30:12
**problem** [7] - 6:24, 8:18, 10:6, 10:12, 11:8, 17:14, 18:14
**procedures** [2] - 8:2, 73:19
**proceedings** [2] - 77:19, 82:12
**Proceedings** [1] - 2:25
**process** [26] - 3:24, 43:1, 43:3, 44:21, 46:24, 54:6, 54:15, 54:17, 54:18, 54:23, 55:11, 63:8, 63:16, 63:20, 64:2, 64:12, 64:15, 71:17, 71:23, 72:16, 73:14, 73:16, 73:18, 74:6, 74:13,

74:16
**processed** [1] - 29:4
**processes** [4] - 53:24, 54:9, 56:4, 74:8
**produced** [3] - 2:25, 10:15, 31:21
**producing** [1] - 38:23
**product** [1] - 47:1
**production** [1] - 8:20
**profit** [1] - 81:6
**profits** [1] - 78:17
**program** [2] - 6:6, 11:13
**propellant** [24] - 28:9, 28:12, 28:24, 31:21, 32:12, 36:19, 37:16, 38:5, 38:10, 38:12, 38:19, 38:25, 39:3, 68:15, 68:19, 68:23, 69:1, 69:22, 70:2, 70:19, 71:1, 71:11, 73:6, 73:9
**Propellant** [2] - 69:16, 72:24
**propellants** [3] - 69:18, 70:10, 70:16
**proper** [2] - 6:1, 49:15
**properly** [1] - 43:23
**proportion** [2] - 41:14, 47:14
**Propulsion** [4] - 25:18, 25:19, 25:24, 72:22
**provide** [3] - 9:22, 78:8, 81:9
**provided** [4] - 9:8, 9:23, 69:10, 74:5
**Proving** [1] - 69:20
**PRP** [2] - 80:4, 80:25
**PRPs** [4] - 80:4, 80:9, 80:10, 80:23
**published** [10] - 9:19, 9:25, 11:10, 14:14, 15:11, 17:5, 19:12, 20:4, 20:23, 62:21
**pump** [1] - 65:25
**pumped** [1] - 67:2
**purchased** [1] - 60:1
**pure** [3] - 44:12, 60:24, 61:23
**purely** [1] - 69:3
**purged** [1] - 63:9
**purport** [1] - 27:12
**purpose** [3] - 55:1, 61:24, 67:4
**purposes** [3] - 4:17, 74:23, 78:15
**put** [10] - 13:5, 18:9, 30:3, 31:15, 35:6, 42:18, 62:8, 69:5,

81:8, 81:11
**putting** [1] - 35:20
**PX** [2] - 13:17, 13:18
**PX365** [1] - 69:2
**pyrotechnic** [1] - 32:3
**pyrotechnics** [1] - 31:25

# Q

**quality** [6] - 14:13, 17:4, 17:24, 20:25, 22:23, 66:17
**Quality** [1] - 23:10
**quantity** [3] - 10:10, 48:6, 50:3
**quantum** [2] - 77:16, 77:17
**quarter** [1] - 81:2
**questioned** [1] - 65:6
**questioner** [1] - 51:15
**questions** [14] - 3:18, 5:21, 5:24, 14:22, 28:20, 34:14, 34:19, 37:5, 39:7, 39:18, 39:21, 49:19, 64:20, 73:15
**quick** [1] - 62:10
**quickly** [3] - 10:15, 47:5, 74:24
**quite** [2] - 5:3, 74:13
**quote** [1] - 44:17

# R

**raised** [1] - 11:17
**Rancho** [2] - 14:11, 23:14
**range** [2] - 11:14, 41:7
**ranging** [1] - 24:22
**rate** [4] - 47:22, 47:24, 49:25, 52:12
**rates** [3] - 49:23, 50:15, 51:23
**rather** [1] - 50:6
**RAYMOND** [1] - 1:14
**reach** [3] - 63:2, 77:18, 78:3
**reaches** [1] - 60:21
**reaching** [3] - 27:17, 62:23, 77:15
**reaction** [1] - 50:13
**read** [11] - 12:10, 21:13, 25:3, 25:15, 49:18, 62:23, 63:5, 63:6, 65:15, 66:18, 76:11
**reading** [5] - 13:2,

40:12, 69:14, 70:1, 77:21
**reads** [3] - 24:6, 69:17, 73:4
**ready** [1] - 3:4
**real** [1] - 62:10
**realize** [1] - 39:10
**really** [11] - 11:17, 16:1, 16:8, 45:18, 58:9, 58:23, 58:24, 58:25, 59:2, 64:21
**reason** [1] - 26:23
**reasons** [3] - 53:7, 53:17, 61:3
**rebut** [1] - 58:12
**rebuttal** [4] - 58:16, 69:3, 75:25, 76:3
**rebutting** [1] - 58:20
**received** [2] - 3:18, 39:19
**recent** [1] - 15:10
**recently** [1] - 14:13
**recess** [2] - 52:23, 81:15
**Recess** [1] - 52:24
**reclaimed** [1] - 68:11
**recognition** [3] - 8:9, 11:20, 16:9
**recognized** [1] - 44:9
**recollection** [2] - 64:14, 65:12
**record** [5] - 54:22, 72:22, 78:13, 78:14, 82:11
**records** [1] - 36:18
**recoveries** [1] - 80:23
**recovery** [2] - 75:25, 76:1
**Recross** [1] - 82:4
**RECROSS** [1] - 67:20
**RECROSS-EXAMINATION** [1] - 67:20
**Recross-Examination**............ [1] - 82:4
**recycling** [4] - 68:2, 68:4, 68:8, 68:9
**redirect** [1] - 3:7
**Redirect** [1] - 82:3
**REDIRECT** [1] - 3:11
**Redlands** [28] - 9:5, 15:17, 15:18, 22:1, 27:24, 28:9, 28:22, 29:2, 29:19, 31:12, 35:2, 36:12, 37:3, 39:20, 39:23, 40:4, 40:5, 41:9, 41:10, 41:12, 41:13, 47:16, 53:3, 59:18, 66:9,

67:10, 71:18, 79:8
**reduce** [1] - 47:24
**refer** [3] - 7:16, 11:19, 46:25
**reference** [4] - 18:16, 31:20, 46:14, 46:16
**referenced** [3] - 23:4, 62:3, 62:7
**references** [1] - 19:4
**referred** [6] - 26:21, 31:23, 31:24, 32:5, 32:15, 68:22
**referring** [2] - 52:17, 68:25
**refers** [1] - 32:16
**refresh** [1] - 65:12
**regard** [23] - 6:8, 8:12, 8:18, 10:9, 10:18, 10:24, 11:14, 12:24, 14:19, 16:1, 17:14, 19:16, 20:8, 22:23, 23:10, 23:12, 31:11, 38:10, 44:18, 45:2, 68:12, 70:18, 71:1
**regarding** [13] - 5:22, 6:1, 14:8, 14:23, 15:24, 17:8, 17:22, 25:2, 27:18, 37:5, 42:7, 50:11, 62:24
**region** [1] - 37:3
**regional** [2] - 36:23, 37:1
**regulations** [1] - 35:24
**reimbursing** [1] - 77:6
**reintroduced** [1] - 67:4
**reissued** [1] - 10:1
**related** [2] - 17:6, 17:12
**relating** [3] - 4:3, 5:6, 6:4
**relatively** [7] - 21:6, 21:20, 40:25, 41:2, 47:20, 66:22
**release** [3] - 44:12, 56:6, 71:2
**released** [4] - 48:7, 56:1, 56:3
**releases** [9] - 8:5, 25:7, 42:13, 44:6, 44:8, 53:3, 53:20, 56:24, 57:2
**relevant** [2] - 64:10, 81:12
**reliable** [1] - 64:6
**relocate** [2] - 69:20, 69:24
**relying** [2] - 61:14, 61:18
**remains** [2] - 68:7,

74:2

**remediation** [1] - 79:16

**remember** [6] - 19:21, 35:15, 39:21, 39:24, 49:6, 65:7

**remembering** [1] - 62:5

**remove** [3] - 7:15, 7:18, 69:19

**removed** [1] - 70:5

**removing** [1] - 37:22

**report** [4] - 16:2, 16:21, 23:9, 27:11

**reported** [5] - 2:25, 24:19, 25:16, 45:3, 55:10

**Reporter** [3] - 2:1, 2:1, 82:10

**reporters** [1] - 7:16

**represent** [2] - 18:14, 33:23

**required** [2] - 71:18, 74:23

**requires** [2] - 31:1, 43:22

**research** [2] - 6:6, 12:13

**Research** [4] - 79:25, 80:7, 80:8, 80:11

**residence** [1] - 3:8

**residue** [3] - 10:1, 68:7, 73:6

**residues** [3] - 9:9, 31:7, 31:8

**resolution** [1] - 26:20

**resolved** [1] - 80:7

**respect** [1] - 51:10

**respond** [1] - 81:5

**responds** [2] - 51:14, 51:17

**rest** [1] - 78:12

**result** [2] - 14:15, 44:6

**results** [4] - 4:1, 4:2, 11:10, 66:1

**resume** [1] - 81:2

**retain** [1] - 34:23

**retained** [1] - 31:4

**retrospect** [1] - 75:19

**retrospective** [1] - 19:2

**review** [22] - 4:8, 9:6, 14:4, 15:15, 17:20, 18:5, 18:25, 19:3, 19:15, 19:19, 20:2, 20:19, 21:2, 21:6, 22:25, 37:6, 46:13, 49:12, 57:13, 57:16, 61:21, 71:17

**reviewed** [15] - 16:23,

18:16, 19:11, 25:2, 37:18, 38:1, 38:8, 46:17, 57:12, 57:20, 63:2, 65:21, 74:1, 75:1, 75:11

**reviewing** [1] - 28:5, 63:7, 73:2

**reviews** [2] - 17:4, 20:24

**rid** [2] - 30:15, 38:14

**rises** [1] - 61:15

**risk** [1] - 8:11

**rocket** [4] - 25:8, 33:15, 34:1, 34:7

**Rocketdyne** [1] - 34:7

**rockets** [3] - 28:24, 38:20, 38:22

**rocks** [1] - 51:20

**Rockwell** [1] - 34:7

**Room** [1] - 2:2

**route** [1] - 56:1

**routine** [2] - 29:22, 44:8

**routinely** [1] - 54:20

**row** [4] - 17:16, 18:4, 21:2, 22:24

**RPR** [1] - 2:1

**rule** [1] - 66:14

## S

**Sacramento** [1] - 14:11

**safe** [3] - 9:22, 10:2, 10:5

**Safety** [1] - 72:23

**safety** [7] - 9:20, 9:25, 70:20, 71:2, 71:6, 71:13, 74:23

**salad** [1] - 61:17

**sampled** [1] - 24:21

**San** [3] - 15:5, 24:11, 35:23

**sand** [1] - 10:2

**Santa** [1] - 37:3

**satellites** [1] - 39:1

**save** [1] - 53:12

**schedule** [1] - 54:21

**scheduling** [3] - 67:14, 67:18, 75:23

**scientific** [2] - 15:23, 20:24

**scraped** [1] - 31:7

**screen** [3] - 32:15, 50:18, 69:5

**se** [2] - 17:13, 44:14

**sea** [1] - 31:16

**second** [4] - 18:4, 69:22, 78:4, 78:7

**Section** [1] - 1:23

**section** [3] - 24:4, 37:20, 63:4

**sections** [1] - 63:2

**see** [5] - 3:5, 21:13, 72:10, 73:9, 81:4

**seeing** [1] - 29:6

**seep** [1] - 30:13

**SEGAL** [1] - 1:10

**sense** [2] - 58:17, 63:18

**sent** [2] - 28:9, 68:10

**sentence** [7] - 24:5, 24:18, 25:3, 25:24, 69:14, 69:17, 69:22

**separating** [1] - 61:14

**separation** [1] - 61:18

**separator** [16] - 44:12, 44:19, 58:3, 59:16, 59:18, 59:25, 60:6, 60:7, 60:15, 60:18, 60:20, 61:7, 61:13, 61:25, 62:24, 63:9

**separators** [2] - 59:19, 61:23

**September** [1] - 69:16

**series** [2] - 9:20, 64:14

**SESSION** [1] - 1:9

**set** [2] - 57:10, 76:21

**settled** [1] - 79:22

**settlement** [1] - 79:23

**settlements** [1] - 79:19

**several** [4] - 17:25, 30:11, 31:15, 52:7

**sewer** [1] - 13:4

**sewers** [1] - 13:3

**shaken** [1] - 61:17

**sheet** [1] - 62:15

**sheets** [2] - 9:20, 9:25

**ships** [1] - 38:23

**short** [2] - 21:6, 73:20

**shorthand** [1] - 2:25

**show** [7] - 7:7, 27:12, 44:21, 50:12, 59:14, 65:25

**showed** [1] - 65:9

**showing** [2] - 49:2, 50:17

**shown** [2] - 60:22, 61:13

**shows** [1] - 59:15

**shut** [1] - 80:5

**side** [4] - 51:12, 51:14, 59:5, 61:7

**sides** [2] - 64:22, 76:11

**sight** [1] - 67:19

**significant** [4] - 34:9, 47:6, 56:11, 57:9

**similar** [5] - 13:8, 18:16, 29:18, 37:25, 48:1

**simply** [3] - 33:3, 33:17, 44:7

**single** [1] - 50:6

**sink** [1] - 55:8

**sinks** [2] - 60:16, 61:15

**sit** [1] - 74:22

**site** [42] - 4:1, 4:7, 4:9, 4:10, 5:6, 5:9, 5:11, 5:14, 5:17, 9:5, 15:17, 24:12, 25:21, 26:18, 28:1, 28:19, 28:21, 28:22, 29:18, 31:12, 35:2, 36:6, 36:13, 36:22, 36:23, 38:11, 39:20, 46:14, 46:17, 46:19, 46:20, 53:9, 53:21, 59:18, 66:10, 67:3, 68:20, 70:12, 79:15, 79:16

**site-specific** [3] - 5:9, 5:11, 5:14

**sites** [21] - 3:19, 3:20, 3:22, 3:23, 4:19, 6:14, 14:20, 24:8, 25:8, 25:11, 26:17, 26:25, 27:9, 27:14, 34:11, 47:7, 47:9, 59:20, 79:8, 80:5, 80:10

**sitting** [2] - 34:11, 52:20

**six** [3] - 54:12, 61:6, 79:15

**size** [7] - 29:2, 50:2, 51:15, 51:16, 51:18, 52:19

**skimmed** [1] - 61:20

**Slater** [1] - 69:15

**sloppier** [1] - 43:6

**sloppy** [2] - 41:21, 65:1

**slowly** [1] - 50:6

**sludge** [1] - 31:2

**small** [6] - 41:14, 46:24, 50:7, 52:2, 60:13, 62:2

**smaller** [1] - 28:21

**smoke** [1] - 31:25

**sodium** [1] - 17:11

**soil** [7] - 4:2, 4:3, 30:5, 33:22, 33:24, 51:16, 57:3

**sole** [1] - 43:18

**solid** [5] - 28:24, 31:21, 38:25, 73:6, 73:8

**solids** [6] - 66:1, 66:2, 66:3, 66:10, 66:16, 66:23

**solvent** [58] - 7:14, 7:17, 9:9, 13:1, 13:5, 34:24, 35:15, 36:5, 41:17, 43:4, 43:24, 44:12, 44:13, 44:18, 50:3, 50:11, 50:14, 51:22, 51:23, 51:25, 52:5, 53:3, 55:2, 55:20, 56:22, 58:3, 59:16, 59:17, 59:19, 59:20, 59:25, 60:6, 60:7, 60:14, 60:15, 60:18, 60:19, 60:20, 60:24, 61:4, 61:5, 61:12, 61:15, 61:19, 61:23, 61:25, 62:1, 62:2, 62:24, 63:9, 63:21, 64:6, 71:19, 73:6, 74:5, 74:7

**solvent-water** [14] - 44:12, 44:18, 58:3, 59:16, 59:17, 59:25, 60:6, 60:7, 60:18, 60:20, 61:12, 61:25, 62:24, 63:9

**solvents** [13] - 6:7, 6:9, 6:20, 13:7, 31:5, 35:20, 45:2, 46:22, 51:12, 53:24, 67:24, 71:22, 74:10

**someone** [1] - 49:18

**sometime** [6] - 22:7, 35:19, 41:25, 46:21, 68:22, 70:3

**sometimes** [2] - 60:11, 60:12

**somewhat** [3] - 15:13, 17:12, 25:21

**somewhere** [5] - 15:6, 34:9, 64:15, 68:22, 70:3

**sorry** [11] - 10:18, 13:24, 16:7, 17:1, 22:5, 53:11, 57:18, 62:6, 63:19, 66:18, 69:14

**sort** [10] - 15:2, 24:4, 48:8, 50:2, 54:20, 67:9, 75:1, 75:4, 80:19, 81:10

**sounds** [1] - 52:1

**source** [8] - 3:19, 39:8, 43:18, 43:21, 53:3, 55:18, 56:10, 59:20

**sources** [2] - 4:20, 39:19

**space** [2] - 38:23
**span** [2] - 19:19, 20:7
**special** [1] - 64:4
**specially** [1] - 38:12
**specific** [9] - 5:9, 5:11, 5:14, 18:17, 22:22, 29:21, 31:24, 60:21, 68:13
**specifically** [3] - 10:19, 59:17, 68:23
**specification** [3] - 71:17, 72:9, 74:13
**specifications** [6] - 55:11, 55:14, 62:4, 74:6, 74:25, 75:11
**specified** [1] - 55:12
**specify** [2] - 55:4, 73:14
**speculating** [1] - 54:17
**speed** [1] - 74:21
**spell** [1] - 80:1
**spend** [1] - 76:12
**spent** [1] - 59:6
**sponsored** [1] - 17:4
**spontaneously** [1] - 32:2
**spot** [5] - 50:7, 51:19, 52:6, 52:10, 57:15
**spraying** [1] - 33:17
**spread** [3] - 33:9, 48:8, 50:3
**spreading** [4] - 33:4, 51:24, 52:5, 57:8
**spreads** [1] - 52:10
**stabilizers** [1] - 64:7
**stable** [1] - 64:7
**STACIE** [1] - 1:15
**stage** [3] - 77:12, 77:18
**stagger** [1] - 79:20
**standard** [4] - 4:22, 5:8, 7:22, 22:6
**Standard** [1] - 72:23
**standardized** [1] - 15:1
**standards** [1] - 10:9
**standpoint** [2] - 59:1, 77:4
**STANLEY** [1] - 3:10
**Stanley** [1] - 82:3
**start** [3] - 5:25, 10:16, 79:15
**started** [1] - 69:24
**starting** [6] - 10:24, 25:15, 25:23, 51:7, 54:25, 56:22
**starts** [2] - 4:1, 24:4
**state** [1] - 36:25
**State** [1] - 23:9

**STATES** [3] - 1:1, 1:6, 1:11
**states** [1] - 21:11
**States** [7] - 3:3, 3:16, 48:11, 49:3, 65:6, 77:6, 80:17
**statewide** [1] - 14:12
**station** [2] - 74:5, 74:9
**statute** [12] - 76:15, 76:17, 76:21, 76:25, 77:10, 77:25, 78:7, 79:11, 79:13, 79:14, 79:17
**stay** [1] - 33:22
**steel** [1] - 31:19
**steps** [1] - 75:22
**Sterrett** [1] - 69:9
**still** [15] - 20:11, 31:8, 36:19, 38:19, 38:23, 39:1, 41:22, 42:16, 48:5, 53:10, 58:20, 59:6, 65:10, 68:8, 78:16
**stop** [1] - 52:22
**stopped** [3] - 35:14, 35:17, 35:20
**straight** [1] - 33:11
**Street** [1] - 1:24
**stringent** [1] - 35:24
**studies** [1] - 10:24
**study** [1] - 8:3
**studying** [1] - 5:25
**stuff** [3] - 38:9, 38:22, 45:25
**subject** [4] - 69:16, 71:23, 72:23, 76:6
**subjected** [1] - 56:4
**submitted** [1] - 51:1
**substance** [3] - 3:15, 7:13, 39:3
**substantial** [1] - 47:21
**subsurface** [7] - 8:8, 34:22, 55:21, 56:2, 56:15, 56:20, 71:3
**succession** [1] - 79:7
**sue** [4] - 80:4, 80:10, 80:14, 80:21
**sued** [5] - 78:18, 78:19, 78:21, 80:14, 80:25
**suggested** [1] - 79:20
**suggestions** [1] - 53:22
**suit** [2] - 59:23, 78:20
**Suite** [1] - 1:24
**suits** [1] - 80:12
**SULLIVAN** [8] - 1:19, 45:7, 45:12, 45:16, 76:8, 77:4, 77:23, 78:6

**sulphate** [1] - 66:5
**sum** [1] - 43:12
**summarize** [4] - 17:2, 19:10, 20:19, 20:22
**summarizes** [1] - 17:3
**summary** [5] - 16:22, 16:25, 19:25, 20:2, 21:11
**summation** [1] - 66:6
**Superfund** [4] - 14:20, 24:12, 34:11, 47:9
**suppliers** [1] - 62:22
**supplies** [6] - 11:1, 11:5, 11:7, 11:18, 22:21
**support** [1] - 44:17
**suppose** [2] - 38:24, 42:14
**supposed** [5] - 70:19, 70:22, 73:17, 73:18, 74:3
**Supreme** [5] - 79:25, 80:2, 80:8, 80:10, 80:18
**surface** [12] - 50:4, 52:6, 53:5, 53:18, 53:23, 54:1, 55:23, 56:4, 56:10, 56:23, 57:6, 57:9
**surprise** [2] - 6:12, 6:18
**surveys** [2] - 14:12, 14:16
**suspect** [1] - 34:8
**switched** [4] - 41:18, 41:24, 42:19, 63:24
**SWORN** [1] - 3:10
**system** [1] - 79:9
**systems** [1] - 13:4

**T**

**Tab** [1] - 62:12
**tab** [6] - 13:14, 16:18, 19:6, 19:23, 20:15, 23:15
**table** [22] - 16:22, 17:2, 17:3, 17:20, 18:6, 19:8, 19:10, 19:25, 20:3, 20:10, 20:17, 20:20, 20:22, 21:1, 21:3, 23:1, 23:4, 27:12, 27:13, 40:10, 40:12, 52:20
**tables** [1] - 51:18
**tank** [2] - 60:9, 61:11
**TCA** [41] - 11:4, 36:8, 40:8, 40:20, 40:22, 41:6, 41:8, 41:9,

41:11, 41:13, 41:18, 41:25, 42:20, 43:2, 43:3, 43:24, 43:25, 45:19, 46:14, 46:22, 47:10, 47:15, 47:23, 47:25, 48:2, 49:22, 53:8, 54:2, 54:3, 54:24, 54:25, 55:3, 55:5, 55:12, 55:15, 63:16, 63:24, 64:1, 64:6, 73:14
**TCE** [126] - 5:23, 6:2, 6:25, 7:16, 7:17, 7:22, 7:25, 8:1, 8:4, 8:5, 8:8, 8:10, 8:15, 9:6, 9:7, 9:9, 9:20, 10:2, 10:12, 10:16, 11:4, 11:6, 11:11, 11:18, 12:3, 12:11, 12:14, 12:22, 12:25, 13:10, 14:5, 14:9, 14:14, 14:16, 14:17, 23:12, 30:15, 32:25, 33:2, 33:6, 33:11, 33:12, 33:17, 33:18, 35:6, 36:5, 36:9, 36:16, 36:17, 38:14, 38:16, 39:19, 39:22, 39:23, 40:5, 40:10, 41:14, 41:17, 41:19, 41:20, 41:22, 42:1, 42:5, 42:8, 42:11, 42:17, 42:20, 43:1, 43:12, 43:19, 43:21, 45:19, 46:7, 46:16, 46:18, 46:23, 47:4, 47:9, 47:15, 47:23, 47:25, 48:2, 48:4, 49:7, 49:13, 49:22, 53:3, 53:4, 53:8, 53:18, 53:20, 53:21, 54:1, 54:2, 54:24, 55:1, 55:3, 55:12, 55:14, 55:19, 56:1, 56:14, 56:19, 57:2, 58:14, 60:16, 61:15, 62:22, 63:14, 63:17, 63:21, 64:5, 64:8, 64:9, 68:2, 68:7, 68:11, 72:2, 72:9, 73:12, 74:17, 78:22, 78:23, 79:1
**technique** [1] - 11:2
**techniques** [1] - 30:14
**temperature** [2] - 47:22, 48:2
**temperatures** [2] - 47:24, 48:5
**tens** [1] - 30:11
**terms** [17] - 4:15, 19:3,

30:19, 38:25, 40:5, 44:14, 47:7, 52:5, 52:15, 54:3, 55:2, 55:3, 56:14, 57:8, 58:18, 68:5, 72:8
**test** [1] - 11:2
**tested** [2] - 14:25, 15:9
**testified** [7] - 35:13, 51:11, 51:21, 55:14, 67:24, 68:14, 72:1
**testifying** [1] - 45:8
**testimony** [19] - 28:6, 28:7, 32:10, 35:15, 37:6, 44:25, 46:4, 48:12, 49:10, 49:12, 49:19, 50:10, 50:25, 53:23, 57:15, 64:9, 68:12, 72:5, 72:7
**testing** [4] - 11:10, 14:14, 15:4, 25:8
**tests** [4] - 40:11, 40:22, 41:4, 65:24
**textbook** [1] - 19:21
**textbooks** [5] - 19:13, 19:15, 20:5, 20:7, 20:13
**that..** [1] - 45:11
**THE** [293] - 1:1, 1:10, 3:2, 3:4, 3:7, 3:10, 4:18, 4:20, 4:23, 4:25, 5:3, 5:5, 5:6, 5:7, 5:11, 5:12, 5:13, 5:15, 5:16, 5:18, 5:19, 7:12, 7:14, 7:16, 7:17, 7:20, 7:21, 10:5, 10:8, 10:15, 10:18, 10:20, 10:22, 11:22, 11:25, 12:3, 12:4, 12:5, 13:17, 14:1, 16:4, 16:5, 16:6, 16:7, 16:12, 16:14, 22:4, 22:8, 22:12, 22:14, 22:15, 22:16, 23:21, 24:13, 24:14, 26:8, 26:11, 26:14, 26:16, 26:17, 26:18, 26:23, 27:1, 27:2, 27:4, 27:5, 27:25, 28:2, 28:14, 28:16, 29:10, 29:11, 29:25, 30:1, 30:3, 30:5, 30:14, 30:17, 30:18, 30:19, 30:20, 30:21, 30:22, 30:23, 30:24, 30:25, 31:1, 31:4, 31:9, 31:11, 31:17, 31:19, 32:7, 32:9, 32:16, 32:17, 32:18, 32:19,

32:21, 32:23, 32:24,
33:1, 33:8, 33:13,
33:19, 33:20, 33:21,
33:22, 33:25, 34:3,
34:5, 34:6, 34:11,
34:12, 34:15, 35:6,
35:8, 35:9, 35:11,
36:3, 36:5, 36:8,
36:9, 36:10, 36:11,
36:14, 36:17, 38:9,
38:10, 38:14, 38:16,
38:19, 38:21, 38:22,
38:24, 39:3, 39:5,
39:9, 39:13, 41:16,
42:2, 42:4, 42:11,
42:15, 42:22, 42:24,
42:25, 43:9, 43:11,
43:15, 43:16, 43:20,
43:22, 44:2, 44:3,
44:5, 44:10, 44:11,
44:16, 44:18, 44:20,
45:2, 45:5, 45:8,
45:17, 45:20, 45:23,
46:2, 46:6, 46:9,
46:10, 47:3, 47:6,
47:12, 48:18, 48:19,
48:24, 49:1, 49:4,
49:15, 49:18, 50:17,
50:19, 50:23, 51:2,
51:5, 52:1, 52:3,
52:4, 52:5, 52:8,
52:14, 52:16, 52:18,
52:21, 53:10, 53:13,
54:6, 54:8, 54:11,
54:14, 54:16, 54:19,
54:23, 54:25, 55:6,
55:9, 57:17, 57:19,
57:24, 58:5, 58:16,
58:23, 59:22, 59:24,
63:5, 63:8, 63:11,
63:12, 63:14, 63:19,
63:23, 64:1, 64:3,
64:5, 64:9, 64:11,
64:12, 64:14, 64:21,
65:14, 66:14, 66:16,
66:18, 66:21, 67:14,
67:17, 68:25, 69:5,
69:7, 70:6, 70:7,
70:9, 70:13, 70:22,
70:25, 71:4, 71:9,
72:6, 72:8, 72:14,
72:16, 73:16, 73:20,
73:23, 73:25, 74:2,
74:4, 74:9, 74:12,
74:15, 74:18, 74:20,
74:25, 75:8, 75:9,
75:13, 75:16, 75:18,
75:19, 75:21, 76:1,
76:6, 76:9, 76:18,
76:24, 77:2, 77:9,
77:20, 77:25, 78:7,

78:14, 78:24, 79:2,
79:10, 79:12, 80:1,
80:14, 80:21, 80:25,
81:2, 81:11, 81:14
**theory** [2] - 44:17,
76:2
**thinking** [1] - 37:21
**third** [2] - 65:19, 80:21
**thousand** [2] - 15:4,
22:17
**three** [1] - 9:17
**threw** [1] - 51:20
**throughout** [3] -
30:16, 63:23, 64:10
**throw** [1] - 51:19
**thrown** [1] - 48:8
**Thursday** [1] - 81:4
**timing** [3] - 75:8,
75:10, 75:15
**tire** [1] - 34:5
**today** [3] - 14:18,
20:12, 25:12
**today's** [1] -
**together** [1] - 18:9
**tolerate** [1] - 64:22
**tolled** [1] - 79:13
**tolling** [5] - 79:7,
79:10, 79:11, 79:17,
79:18
**took** [6] - 27:23,
42:13, 52:8, 53:2,
75:14, 79:24
**tooling** [1] - 73:7
**toothpaste** [1] - 45:22
**top** [10] - 9:17, 12:10,
25:6, 33:22, 37:19,
60:8, 60:20, 61:15,
61:16, 61:20
**topic** [2] - 6:21, 65:5
**topics** [1] - 36:21
**TORRES** [1] - 1:14
**tort** [2] - 5:1, 5:3
**total** [5] - 66:1, 66:2,
66:3, 66:10, 66:23
**toward** [1] - 56:15
**towards** [2] - 15:10,
25:23
**toxic** [3] - 5:1, 5:3,
21:12
**toxicity** [1] - 21:16
**trade** [1] - 9:19
**transcript** [5] - 2:25,
48:17, 48:22, 50:12,
82:11
**TRANSCRIPT** [1] -
1:10
**transcription** [1] -
2:25
**transport** [1] - 73:8
**transportation** [1] -

56:1
**transported** [1] - 30:1
**trend** [2] - 57:15,
57:20
**trial** [9] - 13:14, 13:19,
16:18, 19:7, 19:24,
20:16, 23:16, 48:17,
48:22
**TRIAL** [1] - 1:10
**Trichlo** [1] - 73:4
**trichlo** [1] - 73:5
**trichloroethane** [1] -
73:14
**trichloroethylene** [4] -
6:23, 7:9, 7:14, 73:5
**tried** [2] - 71:20, 79:19
**trihalomethanes** [2] -
10:25, 11:3
**trip** [1] - 75:23
**true** [6] - 12:3, 43:17,
55:9, 58:22, 59:5,
70:18
**try** [2] - 39:12, 39:14
**trying** [6] - 6:3, 43:17,
43:24, 44:23, 53:11,
66:19, 79:23, 80:11
**Tuesday** [2] - 1:7, 81:4
**turbulence** [1] - 61:8
**turn** [8] - 19:6, 20:15,
21:1, 22:3, 24:16,
39:20, 65:18, 72:25
**two** [14] - 10:23,
11:16, 30:22, 37:19,
42:10, 44:5, 61:18,
62:9, 63:20, 64:15,
74:10, 76:4, 77:11,
79:18
**type** [9] - 12:1, 18:16,
31:21, 31:24, 32:5,
44:14, 54:21, 69:23
**types** [9] - 9:1, 9:15,
12:25, 18:1, 18:12,
21:9, 23:12, 25:11,
26:14, 27:21, 30:8,
31:14, 36:1, 38:5,
66:7
**typical** [1] - 59:16
**typically** [3] - 3:23,
4:8, 30:10

### U

**U.S** [10] - 1:22, 2:2,
10:23, 18:9, 51:2,
65:9, 65:13, 72:10,
72:18, 72:25
**ultimate** [1] - 68:8
**uncertainty** [1] - 80:7
**uncovers** [1] - 70:21

**under** [7] - 36:22,
36:23, 36:25, 76:13,
76:17, 77:25, 80:4
**underground** [5] -
26:1, 26:4, 26:8,
27:2, 56:17
**underlying** [1] - 78:25
**understood** [9] - 8:7,
8:17, 10:11, 17:14,
21:10, 21:21, 21:22,
23:11, 32:9
**UNITED** [3] - 1:1, 1:6,
1:11
**United** [7] - 3:3, 3:16,
48:11, 49:3, 65:6,
77:6, 80:17
**universe** [1] - 47:9
**universities** [1] - 6:6
**University** [1] - 6:5
**unlikely** [1] - 71:6
**up** [17] - 3:7, 3:8, 3:17,
5:23, 39:10, 42:5,
42:19, 43:12, 43:16,
50:17, 54:5, 57:10,
59:3, 61:17, 62:8,
65:11, 79:6
**upcoming** [1] - 18:10
**update** [1] - 54:18
**updated** [3] - 17:23,
54:12, 54:21
**users** [5] - 8:4, 9:7,
12:11, 12:13, 12:21
**uses** [5] - 7:9, 7:25,
25:6, 54:4, 55:3

### V

**Valley** [3] - 15:5,
24:12, 37:1
**vapor** [15] - 7:10, 10:8,
10:10, 48:20, 60:1,
60:3, 61:5, 62:20,
62:22, 63:10, 63:15,
63:22, 64:6, 64:10,
64:11
**vapors** [4] - 10:12,
13:4, 60:9, 61:11
**variety** [5] - 8:17, 9:8,
17:3, 28:8, 61:3
**various** [8] - 4:4, 6:13,
21:9, 40:7, 51:9,
67:24, 68:1, 74:10
**vast** [1] - 75:6
**vehicles** [1] - 39:2
**version** [1] - 17:23
**versus** [1] - 65:1
**via** [1] - 30:2
**view** [2] - 26:23, 36:14
**vis** [2] - 41:20

**vis-a-vis** [1] - 41:20
**volume** [2] - 56:1, 56:3

### W

**wait** [1] - 79:3
**waiting** [1] - 78:16
**War** [1] - 8:20
**wash** [1] - 73:7
**wash-down** [1] - 73:7
**Washington** [4] - 1:6,
1:17, 1:25, 2:3
**waste** [27] - 4:5, 8:19,
9:9, 10:2, 13:5, 21:9,
24:8, 25:9, 26:1,
26:18, 28:12, 29:16,
31:5, 31:24, 32:4,
32:5, 33:6, 35:20,
38:12, 68:6, 68:7,
68:10, 68:17, 75:3,
75:6, 75:17
**Waste** [3] - 72:24,
73:4, 73:5
**wastes** [20] - 9:1,
12:25, 13:1, 26:12,
28:9, 29:9, 31:11,
31:12, 31:14, 31:21,
32:12, 36:1, 36:3,
36:5, 36:6, 36:19,
37:16, 38:6, 38:10
**wastewater** [1] -
30:20
**wastewaters** [2] -
29:12, 29:23
**water** [67] - 8:11, 8:12,
11:1, 11:5, 11:7,
11:18, 14:13, 17:4,
17:15, 17:24, 18:13,
18:20, 18:23, 19:5,
21:18, 22:21, 22:23,
31:6, 34:25, 36:23,
44:12, 44:13, 44:18,
56:7, 56:8, 58:3,
59:16, 59:17, 59:19,
59:25, 60:6, 60:7,
60:12, 60:13, 60:16,
60:18, 60:19, 60:20,
60:22, 60:25, 61:9,
61:12, 61:14, 61:15,
61:19, 61:20, 61:22,
61:23, 61:25, 62:2,
62:24, 63:9, 63:10,
63:11, 63:12, 65:20,
66:4, 66:8, 66:17,
66:22, 67:1, 75:16
**Water** [9] - 11:22,
18:10, 21:7, 23:10,
26:19, 37:2, 37:3,
50:10, 50:25
**Waterloo** [1] - 6:5

**waters** [1] - 66:5
**watershed** [3] - 69:18, 69:21, 70:10
**WAYNE** [3] - 2:1, 82:10, 82:14
**weedkiller** [1] - 17:13
**week** [10] - 3:16, 5:22, 14:23, 17:7, 28:20, 35:13, 39:8, 39:19, 65:6, 65:11
**wells** [1] - 24:7
**Wessman** [9] - 48:14, 48:15, 49:7, 50:14, 50:16, 51:7, 51:17, 51:21, 57:6
**Wessman's** [3] - 49:10, 49:12, 50:10
**west** [2] - 51:12, 51:14
**wetted** [2] - 56:21, 57:3
**wide** [1] - 11:13
**widely** [1] - 9:21
**widespread** [1] - 40:6
**WILLIAM** [1] - 1:21
**witness** [3] - 3:8, 72:13, 75:22
**Witness** [2] - 63:7, 73:2
**WITNESS** [113] - 3:10, 4:20, 4:25, 5:5, 5:7, 5:12, 5:15, 5:18, 7:14, 7:17, 7:21, 10:8, 10:18, 10:22, 11:25, 12:4, 16:5, 16:7, 16:14, 22:8, 22:14, 22:16, 24:14, 26:11, 26:16, 26:18, 27:1, 27:4, 28:2, 28:16, 29:11, 30:1, 30:5, 30:17, 30:19, 30:21, 30:23, 30:25, 31:4, 31:11, 31:19, 32:9, 32:17, 32:19, 32:23, 33:1, 33:13, 33:20, 33:22, 34:3, 34:6, 34:12, 35:8, 35:11, 36:5, 36:9, 36:11, 36:17, 38:10, 38:16, 38:21, 38:24, 39:5, 42:2, 42:11, 42:22, 42:25, 43:15, 43:20, 44:2, 44:5, 44:11, 44:18, 45:2, 45:20, 46:2, 46:9, 47:6, 48:19, 52:3, 52:5, 52:14, 52:18, 54:8, 54:14, 54:19, 54:25, 55:9, 59:24, 63:8, 63:12, 63:19, 64:1, 64:5, 64:11,

64:14, 66:16, 66:21, 70:7, 70:13, 70:25, 71:9, 72:8, 73:20, 73:25, 74:4, 74:12, 74:18, 74:25, 75:9, 75:16, 75:19, 82:2
**wolf** [1] - 17:17
**word** [3] - 41:21, 44:24, 79:12
**words** [7] - 33:9, 42:17, 42:21, 55:25, 66:22, 67:2, 74:21
**worker** [1] - 73:17
**workers** [1] - 73:21
**workplace** [1] - 10:11
**Works** [1] - 21:8
**World** [1] - 8:20
**written** [1] - 73:13

## Y

**yard** [1] - 59:6
**year** [6] - 15:22, 23:21, 23:23, 26:22, 45:9, 54:12
**years** [17] - 6:8, 9:21, 15:20, 24:21, 39:4, 42:12, 42:13, 42:15, 42:16, 43:2, 45:5, 45:21, 45:22, 58:10, 63:15, 79:15, 79:24
**yourself** [1] - 63:6

## Z

**zero** [1] - 58:15
**ZILIOLI** [21] - 1:19, 3:6, 13:22, 50:25, 62:11, 62:13, 66:12, 67:13, 67:16, 67:21, 69:2, 69:6, 69:9, 69:11, 70:14, 71:16, 72:10, 72:15, 72:17, 73:15, 75:12
**zoom** [4] - 24:3, 24:17, 25:14, 39:25