```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


  LOCKHEED MARTIN CORPORATION,.
                               .
          Plaintiff,           .
                               .  CA No. 08-1160 (ESH)
      v.                       .
                               .
  UNITED STATES OF AMERICA,    .  Washington, D.C.
                               .  Wednesday, February 19, 2014
          Defendant.           .  2:55
                               .
. . . . . . . . . . . . . .    .  Pages  1126 - 1235
```

```
                  DAY 6 - P.M. SESSION
                TRANSCRIPT OF BENCH TRIAL
          BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
                UNITED STATES DISTRICT JUDGE
```

<u>APPEARANCES</u>:

```
For the Plaintiff:        MICHAEL K. MURPHY, ESQ.
                          JUSTIN A. TORRES, ESQ.
                          STACIE B. FLETCHER, ESQ.
                          DAVID FOTOUHI, ESQ.

                          Gibson, Dunn & Crutcher, LLP
                          1050 Connecticut Avenue, NW
                          Washington, DC 20036-5306
                          (202) 955-8238

For the Defendant:        JOHN E. SULLIVAN, ESQ.
                          ERICA M. ZILIOLI, ESQ.
                          JESSICA O'DONNELL, ESQ.
                          JUSTIN D. HEMINGER, ESQ.
                          JENNIFER E. POWELL, ESQ.
                          WILLIAM D. JOHNSON, ESQ.

                          U.S. Department of Justice
                          ENRD / Environmental Defense
                          Section
                          601 D Street, NW
                          Suite 8000
                          Washington, DC 20026-3986
                          (202) 305-0365
```

```
Court Reporter:              PATRICIA KANESHIRO-MILLER, RMR
                             Certified Realtime Reporter
                             U.S. Courthouse
                             333 Constitution Avenue, NW
                             Washington, DC 20001
                             (202) 354-3243
```

## CONTENTS

| WITNESS | PAGE |
|---|---|
| DAVID L. BAUER | |
|     Cross-Examination (Resumed) | 1128 |
|     Redirect Examination | 1180 |
| | |
| ROBERT STERRETT | |
|     Direct Examination | 1183 |
|     Cross-Examination | 1184 |

—1128—

1                        AFTERNOON SESSION

2              THE COURT:  Let's go.

3              MR. FOTOUHI:  Thank you, Your Honor.

4              THE COURT:  Good afternoon.

5                        **DAVID L. BAUER,**

6      having been first duly sworn to tell the truth, the whole

7      truth and nothing but the truth, was examined and testified as

8      follows:

9                   **CROSS-EXAMINATION (RESUMED)**

10             BY MR. FOTOUHI:

11     Q.   Good afternoon.

12     A.   Good afternoon.

13     Q.   Let me shift gears, Mr. Bauer, and talk about your

14     opinions regarding the Dickey Act, if I could.  In your

15     affidavit, at paragraph 29, if I could direct you there, I

16     believe you state that the Water Board was required to

17     prescribe requirements and you say resolution that controlled

18     the nature of the discharge.

19     A.   Okay.

20     Q.   I will give you a moment to find it.  It's the second

21     sentence there.

22     A.   Okay.

23     Q.   It's true, Mr. Bauer, that the Water Board could not limit

24     the amount of a discharge, isn't that right, under the Dickey

25     Act?

1    A.   Under the Dickey Act, they could not direct volume, no.

2    Q.   Under the Dickey Act, Mr. Bauer, it is true that the Water

3    Board could not ban a discharge?  Isn't that correct as well?

4    A.   That's correct.  That did not arrive until Porter-Cologne.

5         THE REPORTER:  Pardon me?

6    A.   That did not arrive until Porter-Cologne.

7         THE COURT:  You have to say that for the court

8    reporter.

9         Porter-Cologne, that's an act, right?

10        THE WITNESS:  Yes.

11        BY MR. FOTOUHI:

12   Q.   And Mr. Bauer, you would agree that the Dickey Act did not

13   permit the Water Board to specify how a discharger could or

14   should construct their facility; isn't that right?

15   A.   They could not engineer your facility for you.

16   Q.   And, Mr. Bauer, you would agree that the Water Board could

17   not tell the discharger how to manage their waste; isn't that

18   right?

19   A.   No.  They were -- the discharger had to tell them how they

20   were managing their waste and then they could establish the

21   limits on it, but they couldn't tell them how.

22   Q.   So the Water Board's resolution could not tell the

23   discharger how to manage their wastes?

24   A.   I think that's probably fair.

25        THE COURT:  They could establish what?

1    THE WITNESS:  They could establish requirements for

2    the waste itself, but they couldn't say, as an example, that

3    you had to got through a dissolved air flotation unit and then

4    a sump and then a discharge diffuser.  They couldn't do that,

5    but they could tell you when it came out of the discharge

6    diffuser what the concentration had to be of specific things.

7    Q.   Mr. Bauer, my understanding is the Dickey Act did not

8    permit the Water Board to set a concentration level for the

9    waste; it permitted the Water Board to set a concentration

10   level for the receiving source, so either the groundwater or a

11   river.  Isn't that correct?

12   A.   In some cases that's what they did; but in most cases,

13   they would actually have you sample the waste itself, as well

14   as the receiving water.

15   Q.   But the resolution, wouldn't you say, would speak about

16   limits as per the receiving source of the water, correct, not

17   the actual discharge itself?

18   A.   Actually, both.

19   Q.   Have you seen waste discharge notices -- excuse me --

20   waste discharge resolutions that before the Porter-Cologne

21   Act, so speaking just about the Dickey Act, put limits on the

22   waste itself and not simply the receiving source?

23   A.   In some cases, yes.

24   Q.   For what sites were those notices, resolutions issued?

25   A.   The first one is the one that I handed out.  There were

1    specific limits, both at the waste and after receiving water.

2    Q.   And do you recall what the contaminant of concern was in

3    those resolutions?

4    A.   The easiest one to talk about is pH, just acidity.  We

5    couldn't discharge -- we had to discharge within the pH range

6    of 6 and a half to 8 and a half.

7            THE COURT:  At what city?

8            THE WITNESS:  This is Dow Chemical at Pittsburg,

9    California.  And the discharge resolution for a specific

10   criteria, for example, the discharge limit was 6.5 to 8.5 for

11   what went out.  We also had to monitor the river to see if

12   there was no impact there.

13           BY MR. FOTOUHI:

14   Q.   So that was for acidity or pH of the water; is that right?

15   A.   Yes.

16   Q.   Are you aware of the board issuing a similar resolution

17   where it limited the concentration of TCE in the wastewater?

18   A.   I'm not sure.

19   Q.   And that resolution for Dow, is that referenced in your

20   declaration in this case?

21   A.   I don't think so.

22   Q.   You would agree that the Water Board could not tell a

23   discharger where to locate their facility; correct?

24   A.   That is correct.

25   Q.   And similarly, they could not tell the discharger -- they

1    could not specify what the dimensions of the facility were to

2    be; isn't that right?

3    A.   No, I can't imagine why they would.  I don't remember

4    anything like that.

5    Q.   And the Water Board had no authority to tell the

6    discharger how to maintain their facility; isn't that correct?

7    A.   Well other than that they had to be in compliance all the

8    time.  I mean, that's up to them.

9    Q.   At paragraph 30, turning back to your declaration,

10   Mr. Bauer, paragraph 30 of your declaration states that

11   "Through the Dickey Act, the Water Board relied on the

12   discharger to be knowledgeable as to its wastes and to make

13   appropriate disclosures."

14         Do you see where I'm reading?

15   A.   That's correct.

16   Q.   And so wouldn't you agree that the Dickey Act inquiry

17   turns upon what the discharger would have known at the time

18   about its discharge?

19   A.   State that again.  I lost the first part.

20   Q.   Sure.  Would you agree that the Dickey Act inquiry turns

21   on whether the discharger -- on what the discharger would have

22   known about its wastes at the time of the discharge?

23   A.   The assumption made was the discharger knew what they were

24   doing, okay.  If the assumption is the discharger has no idea

25   what they're doing, then I have no idea how you could fill out

1  a report of waste discharge.  I know the reports of waste

2  discharge that I filled out I gave them the knowledge that I

3  had.  In some cases, I had to go get two samples, but that's

4  what you had to do.  They were relying on you.  They were not

5  going to come out and take samples and say, this is what you

6  got.  They're relying on you to tell them the truth.

7  Q.  So, again, it depends on what the discharger should have

8  known and not what the Water Board knew; isn't that right?

9  A.  I guess you can put it that way.

10  Q.  Let's talk a bit about the Aerojet site, which I think

11  you -- the Aerojet Rancho Cordova site, just to be clear,

12  which I think you reference in your declaration --

13  A.  Yes.

14  Q.  -- isn't that right?

15  A.  What you're saying is not Azusa?

16  Q.  Yes.

17  A.  Fair enough.

18  Q.  Was the Aerojet Rancho Cordova site under a different

19  jurisdiction of a regional water board than the Redlands LPC

20  facility?

21  A.  There were nine regional boards in the State of California

22  based on watersheds rather than political boundaries.  They

23  were in the Central Valley Regional Water Quality Control

24  Board.  And Lockheed was in Santa Ana River Regional Water

25  Quality Board.  Yes, they're different, but they're all under

-1134-

1    the state board.

2    Q.   Would you describe the relationship between regional water

3    quality boards as semi autonomous?

4    A.   Well, in theory, but they all basically had to respond to

5    the state board, which was their oversight, and they tried to

6    keep them in the same way.  But yes, they operated within

7    their watershed, is what they did.

8    Q.   But you can't say that one board would have known what

9    another board purported to know; isn't that right?

10   A.   No, that's not right.

11   Q.   You could say that?

12   A.   Yes, I can say that.

13   Q.   What's that based on?

14   A.   Well, the basis is the regional boards -- the boards

15   themselves met at least once a year, all of the boards, and

16   the executive officers or non-executive officers, they almost

17   had like a club.

18        THE COURT:  Are we talking in the '60s?  Make sure

19   we're in the right time frame.

20        THE WITNESS:  I'm talking in the '50s, '60s, '70s,

21   even now, Your Honor.  The executive officers, there were only

22   nine of them, and they were exempt from some of the criteria

23   for employment in the State of California, this being a

24   totally separate category.  Those guys got together

25   frequently, and funds were made available for them to do that.

1    Yes, they knew what each other was doing.

2          BY MR. FOTOUHI:

3    Q.   Your testimony, in your expert opinion, is that the heads

4    of these regional water quality control boards would meet and

5    exchange knowledge?  Is that your understanding?

6    A.   I think it was apparent that they did from a discharger

7    standpoint, someone who was trying to get permits.  Everybody

8    knew what everybody else was doing.

9    Q.   And you know that because -- could you explain why you

10   know that?

11   A.   Well, an example is the first regional board that came up

12   with classifications for disposal sites, there's so-called

13   class 1, 2, and 3.  That concept was originated in the

14   Los Angeles Regional Water Quality Board in about the mid

15   '50s.  Yet it was applied statewide.  It came out of one board

16   as a policy from that board, and all the boards started

17   implementing it when they had those type of applications.

18   Q.   As compared to the example that you just gave, you would

19   agree that there is no evidence that the board under which the

20   Aerojet facility was subject to shared knowledge of the

21   Aerojet facility with the board under which the LPC facility

22   was subject to; correct?

23   A.   I don't have letters that confirm that, but I cannot

24   imagine that it was not true.  Their communication was very

25   open.

1    Q.  But you have not seen documents or evidence to support

2    that conclusion; correct?

3    A.  No, nor would I expect to.

4    Q.  It's true that the Aerojet facility at Rancho Cordova is

5    on quite a different scale size-wise as the LPC facility;

6    isn't that right?

7    A.  Well, the -- are we talking about all of LPC or just

8    Redlands or what are we talking about?

9    Q.  Let's speak first about just Redlands, Redlands as opposed

10   to the Aerojet site at Rancho Cordova.

11   A.  Rancho Cordova, they bought a huge amount of property, I

12   think approaching 20,000 acres.  It was square miles of

13   property because it was cheap then, had no other use.

14   Redlands is much smaller, that's correct.

15   Q.  And at the Aerojet site, at its peak, there was something

16   like 22,000 employees?  Isn't that a fair statement?

17   A.  They had a lot of folks, no question.  They had a lot of

18   operations going on.  They were even doing chemical production

19   activities.  They had a small chemical plant, just everything.

20   A lot more than at Redlands, I agree.

21   Q.  Redlands didn't have a chemical production plant; did

22   they?

23   A.  No.

24           THE COURT:  If they had said we are putting AP and TCE

25   in a burn pit to the board, what is your position?  That the

1    board would have done what?  Would that, in your view, be

2    covered by the Dickey Act.

3            THE WITNESS:  Yes, because in effect you're creating a

4    dump, and the regional board would look at that.  As to

5    whether or not they would create requirements for it or not,

6    that's an open question, but they would look at that as a

7    class III dump or a class II-1 dump.

8            THE COURT:  Class III dump or what?

9            THE WITNESS:  Class III or class II-1 dump.

10           THE COURT:  What would that tell us?

11           THE WITNESS:  That would tell you -- that would

12   establish the criteria for what the site had to be.  In

13   effect, it established criteria.  It has to be on this type of

14   a site and it has to be constructed this way.  This was one

15   place where the regional boards were specifying how things had

16   to be done.

17           THE COURT:  Specify in what sense?

18           THE WITNESS:  It's a -- class III dump, which was for

19   basically all types of hazardous waste, had to have an

20   underlying structure that had a permeability of no

21   greater than -- this is terrible -- 1 times 10 to minus 8

22   centimeters per second of a thick clay bed, which is basically

23   impervious.  Everything leaks, but it doesn't leak much.  A

24   II-1 one site had lesser criteria, and it was 1 times 10 to

25   the minus 6 or 100 times higher leak rate.

-1138-

1        THE COURT:  Higher what rate?

2        THE WITNESS:  Leak rate.  They knew they would leak.

3        THE COURT:  Burn pit --

4        THE WITNESS:  I'm saying a dump.

5        THE COURT:  You're now equating a burn pit with a

6   dump?

7        THE WITNESS:  The way they were operated, that is, in

8   my belief, the way the regional boards would have looked at

9   it.

10       THE COURT:  We do have them getting a permit for the

11  dump.

12       THE WITNESS:  Yes, from the Forest Service, not from

13  the regional board.

14       THE COURT:  What service?

15       THE WITNESS:  Forest Service.

16       THE COURT:  Forest Service?

17       THE WITNESS:  Yes.

18       THE COURT:  At Laborde?  I'm getting confused.

19       MR. FOTOUHI:  Your Honor, in the record, there are

20  rubbish dump permits for the burn pits specifically at Potrero

21  from the California Department of Forestry.

22       THE COURT:  That's not what I'm talking about.  I'm

23  talking about a Water Board permit for a waste dump at

24  LaBorde.

25       THE WITNESS:  That's resolution 62-24, yes.

1              THE COURT:  62-24.

2              THE WITNESS:  62-24.

3              THE COURT:  What did that tell them to do?

4              THE WITNESS:  That said you can discharge up to 5,000

5      gallons a year of waste, as described, into two ponds.

6              THE COURT:  So that is like guaranteed contamination

7      based on what you told me this morning --

8              THE WITNESS:  Well, it's --

9              THE COURT:  5,000 gallons a year to two pounds.  Does

10     that mean 10,000 or 25, 25?

11             THE WITNESS:  No, that means 5,000 total, but the

12     discharge resolution is based on reported waste discharge

13     which had no hazardous materials reported.

14             THE COURT:  Well, they didn't tell them anything?

15     What would they tell them they were putting in the dump?

16             THE WITNESS:  Basically, some inorganic salts like

17     sodium chloride and rust and a few things like that.  And the

18     ground truth today shows that they put perchlorate and

19     solvents in there.

20             THE COURT:  Okay.

21             THE WITNESS:  That information was not given to the

22     board.

23             THE COURT:  TCE --

24             THE WITNESS:  And a host of other things, too.

25             THE COURT:  Okay.  So you're saying that they didn't

1    disclose what they were putting in there.

2            THE WITNESS:  That's correct.

3            THE COURT:  Had they, what would they, in your view,

4    what is your speculation --

5            THE WITNESS:  I'm not sure they would have permitted

6    it.  If they had permitted it, they would have had additional

7    criteria.

8            THE COURT:  Okay.  To go back to counsel's point a

9    minute ago, if you didn't know it was a contaminant, do you

10   have to disclose it?

11           THE WITNESS:  I'm having a bad time being -- spending

12   a lot of my life as an operator of one of these facilities,

13   you know, that has a discharge and coming up with a concept

14   that I don't know what is in my discharge, I don't know how

15   you do that.  Because you know what's in the discharge.

16   Everything you're using is in the discharge.  If I'm using

17   dimethyldeth in my process, I'm going to have dimethyldeth in

18   my discharge if I'm using it in my factory.

19           THE COURT:  Can you spell that for the reporter?

20           THE WITNESS:  I just made it up, Your Honor.

21           THE COURT:  Thank you.

22           MR. FOTOUHI:  May I continue, Your Honor?

23           BY MR. FOTOUHI:

24   Q.   Mr. Bauer, you spoke about Water Board Resolution 62-24.

25   The notice for that resolution did tell the board that

1    residues from the burning, open burning process, would be

2    going into that 5,000 gallons a year; isn't that right?

3    A.   That's right, and then it listed specific compounds that

4    they thought would be there, and AP is not one of them, and no

5    chlorinate solvent is listed, nor any of the other solvents

6    listed that were found later.

7    Q.   In 1962, isn't it the case that the general understanding

8    at the time was that open burning of perchlorate would

9    completely remove or incinerate the perchlorate?

10   A.   No.  They knew all perchlorate would not burn.

11   Q.   In 1962, your opinion is that they knew that burn pits

12   would not fully remove perchlorate or fully dispose of

13   perchlorate?

14   A.   I believe that to be true, yes.

15   Q.   What is your basis for that statement?

16   A.   Well, I'm saying you can look at the photographs.  After

17   they finished burning, it is not all gone.

18   Q.   So your basis for that statement is --

19   A.   The real problem is, if you're going to say it's all gone,

20   give me one analysis that shows me it's all gone, and I don't

21   see that, not a single one.  And you're basically -- you're

22   hypothecating that I think this works really good and,

23   therefore, I'm not going to investigate it.  I think that's

24   unconscionable.

25   Q.   Wasn't it the general understanding at the time, that burn

1   pits -- to use your term -- worked really good?

2   A.   They do work to an extent, but 100 percent, five-ninths,

3   this type of thing, I don't think so.

4   Q.   Are you aware of any facility, any DOD or contractor

5   facility in California, that obtained a waste discharge

6   resolution for the operation of a burn pit?

7   A.   None comes to mind.

8   Q.   Did you conduct that analysis in preparation of your

9   opinion in this case?

10  A.   I don't think so.  Maybe before, but I don't remember it

11  now.

12  Q.   As for the solvent residues that you state LPC failed to

13  include in its notice of waste discharge for the LaBorde

14  Canyon site, wasn't it understood in 1962 that solvents would

15  be fully disposed of in open burning because of the high

16  temperatures of the burn?

17  A.   I'm not sure it was even contemplated that solvents would

18  be in a burn pit.  It's certainly not as liquids.  If they're

19  put in as liquids and left for a while, then you can't burn

20  them all.

21  Q.   You're not aware of directives given by Dow and others

22  that one means of disposal of solvents is to burn them?

23  A.   I have seen those types of directives, particularly after

24  spills, but I don't think there is any suggestion that it is a

25  hundred percent.  It just isn't.

1  Q.  But it is true that you have seen directives in this time

2  period to users of solvents like TCE to dispose of them by

3  burning; is that correct?

4  A.  From a spill situation.  I think for routinely allowing to

5  evaporate -- I'm trying to think if the solvents burning

6  -- that would be really unusual because solvents were

7  basically recycled, and even the still bottoms were not

8  burned.  They tended to be allowed to dry out, and then they

9  went to class I disposal sites in California.  I don't think

10  they were burned.  There wasn't a lot of burning in

11  California.

12  Q.  What is the basis for that statement, Mr. Bauer?

13  A.  I lived through it.

14      THE COURT:  Can you show him the Dow Chemical

15  instructions, please.  What chemical is it applied to?

16      MR. FOTOUHI:  The 1971 Dow guidance, Your Honor, is

17  for TCE.

18      THE COURT:  TCE.

19      MR. FOTOUHI:  I think it is behind tab 5 of the

20  binder.

21      THE COURT:  PX 0966, tab 5.  This isn't actually what

22  I had in mind, but go ahead.  Maybe it was extracted from

23  this.  I don't know.

24  Q.  I will point Mr. Bauer to the pertinent section.  It is

25  section 7, Mr. Bauer, on page 2, under "Spill or leak

1    procedures, small spills.  Mop up or soak up with absorbent

2    material using proper protective equipment and bury."

3    A.   Okay.

4    Q.   Would that have been an appropriate method of disposal?

5    A.   Sure, for a small spill.  You got to clean it up with some

6    cloths or maybe some absorbents, something like that.

7    Q.   Might that have led to groundwater contamination?

8    A.   Small spill, unlikely.  You're basically -- most of it is

9    evaporating while you're cleaning it up for a small spill.

10    Q.   For large spills, it says, "Use proper protective

11    equipment.  Flush spill to ground and let evaporate."  Would

12    that have been an appropriate disposal mechanism?

13    A.   In an emergency, yes.

14    Q.   Would that have led to groundwater contamination?

15    A.   It could have, yes.

16    Q.   And then continuing -- let's see, it says, "Disposal

17    method."  Do you see where I am?  "Bury away from water supply

18    or allow solvent to evaporate to atmosphere at a safe

19    distance."

20         Was it thought at the time that the solvent would

21    completely evaporate?

22    A.   No.  It will evaporate, most of it will, but none of these

23    things are a hundred percent.  That is not alleged here.

24    Q.   Well, it doesn't say that this is not a complete way of

25    disposing; does it?

1    A.   No, it doesn't.

2    Q.   And if we look at the bottom of the page, section 9, it

3    says, "Handle with reasonable case, avoid breathing vapors,

4    provide adequate ventilation to control vapors to 100 parts

5    per million or less where daily exposure is likely."

6         Do you see that?

7    A.   Sure.

8    Q.   Does that mention anything about preventing groundwater

9    contamination?

10   A.   That is industrial hygiene.  That says, in your building,

11   keep the concentration to less than 100 parts per million and

12   you won't die.  That's basically what it is telling you.  It

13   has nothing to do with the disposal.

14   Q.   Does it say anything about not disposing on permeable

15   soil?

16   A.   It doesn't deal with it in any way, shape, or form, yes or

17   no.

18        MR. FOTOUHI:  Your Honor, I was looking for the

19   guidance regarding burning.  I will try to find it over the

20   break.  It is not in the binder.

21        THE COURT:  Do you have PX 1532 in your binder

22   somewhere?  This is from the California Regional Water Quality

23   Board.

24        MR. FOTOUHI:  I believe, Your Honor, that it is on the

25   disk but not in the binder, but we're pulling it now.  It is

1       also on the screen.

2               THE COURT:  I would like to have your feedback about

3       this.  This is from the Water Quality Control Board.

4               MR. FOTOUHI:  May I give the witness a copy of the

5       document, Your Honor?

6               THE COURT:  Yeah.

7               Do you know what page it is?  I don't.  It doesn't

8       tell me what page it is.  It is written in there that "It

9       should be noted that TCE and other volatile organics now

10      listed on EPA priority pollutants list were not known or

11      believed to have been posing pollution threat to groundwaters

12      because of their high volatility and loss of evaporation at

13      the time of use."  This is written by the executive director

14      of the California Regional Water Quality Control Board in

15      1980.  I don't know what page that is from.

16              MR. FOTOUHI:  I'm not sure, Your Honor.  I'm sorry.

17              What is your response to that?  I'm reading an

18      excerpt.  Maybe I'm taking it out of context.

19              (Discussion off the record)

20              THE COURT:  I'm just wondering what kind of knowledge

21      is the Water Control Board exhibiting there?

22              THE WITNESS:  Is it on page 16, Your Honor?

23              THE COURT:  I'm sorry.  You can't find it?  The

24      second-to-the-last page.

25              THE WITNESS:  Is there a map on the very last page?

—1147—

1          THE COURT:  I don't have the document.  I can't answer

2     it.

3          MR. FOTOUHI:  It is on the screen, Mr. Bauer.  Can you

4     see the screen?

5          THE WITNESS:  Yes, I can see the screen.

6          THE COURT:  It is dated 1980, May 2.

7          (Discussion off the record.

8          I just wondered, how do you read that?

9          THE WITNESS:  Well, I think he is quoting the analysis

10     in 1979 up at Aerojet in Rancho Cordova and looking at that as

11     a first notification.

12          THE COURT:  What?

13          THE WITNESS:  I think he is looking at the Aerojet

14     groundwater in the community analysis at Rancho Cordova in

15     1979, is where he is coming from.  I don't think he is dealing

16     at all with the understanding or knowledge of the physical

17     chemical properties of the material.  The knowledge of the

18     physical chemical properties of the material to the

19     manufacturing users is the knowledge that I rely upon.

20          THE COURT:  Okay.  So you're not relying on the

21     knowledge of the Water Board --

22          THE WITNESS:  I'm not --

23          THE COURT:  -- you're relying on those people who

24     worked for Dow Chemical?  You're saying the physical chemical

25     properties of the material to the manufacturing users.  Are

—1148—

1    you talking about Lockheed?

2         THE WITNESS:  I'm talking about the people that used

3    it.  The people that made it and the people that used it.

4         THE COURT:  Okay.  So you're saying the knowledge --

5    Lockheed and/or Dow should have known more than the Water

6    Board?

7         THE WITNESS:  Oh, yes.  Much more.  Because the Water

8    Board is dealing with thousands of compounds.

9         THE COURT:  Your testimony is, if they had told them

10   that they were dumping TCE, they would have done something

11   about it.

12        THE WITNESS:  As they did in Aerojet.

13        THE COURT:  Okay.  You read this statement to say he

14   would have done something about it?

15        Who is he?

16        THE WITNESS:  Mr. Hertell, I believe that if he had

17   been given an application to dispose of TCE on the ground in

18   say 1969, 10 years earlier, he would have refused it.

19        THE COURT:  But he might have given it in '79?

20        THE WITNESS:  No, I don't think he would have given it

21   at all, ever.

22        The problem is, that I see, is the continuing reliance

23   upon general knowledge, not the reliance upon the knowledge of

24   the people who should have known and did not.

25        THE COURT:  I would like to know what Dow Chemical

1    said about this.

2            THE WITNESS:  About TCE in groundwater?

3            THE COURT:  Yeah.

4            THE WITNESS:  Well, I was measuring it in the '60s

5    close to the source.

6            THE COURT:  What did you tell the buyers?

7            THE WITNESS:  Well, I was telling my employer, we've

8    got a problem.

9            THE COURT:  But they didn't pass it on to the buyers?

10           THE WITNESS:  I have no idea.  That's on the sales

11   end.  I don't know.

12           THE COURT:  Okay.

13           MR. FOTOUHI:  May I continue, Your Honor?

14           THE COURT:  Sure.

15           BY MR. FOTOUHI:

16   Q.  Mr. Bauer, could you turn to the document behind tab 4 in

17   your binder.  This is an American Insurance Association

18   Chemical Hazards Bulletin from 1967.

19   A.  Okay.

20           THE COURT:  PX 1357.

21           MR. FOTOUHI:  Yes, Your Honor.

22           THE COURT:  What tab?

23           MR. FOTOUHI:  It's behind tab 4 in the binder.  It's

24   also on our disk.

25           BY MR. FOTOUHI:

1   Q.   What is behind tab 4 is just an excerpt.   This is a much

2   longer document.   May I direct your attention to the page that

3   is marked page 41 under the heading "Waste disposal."

4   A.   Okay.

5   Q.   That's on 41, second full paragraph under the heading

6   "Waste disposal."

7         Mr. Bauer, this states that "Waste mixtures should not

8   be discharged into drains or sewers where there is a danger

9   that the vapor may be ignited.   In cases such as these, the

10  waste should be removed to a safe location (away from

11  inhabited areas, highways, buildings, or combustible

12  structures) and poured onto dry sand, earth, or ashes, and

13  then cautiously ignited."

14        Mr. Bauer, you would agree that igniting waste, waste

15  solvent, this document contemplates that that is one method of

16  disposal; correct?

17  A.   The problem is that this 41-, 42-page document -- and I

18  have seen the entire document before -- covers approximately

19  40 different compounds, okay.   And the disposal criteria for

20  each of them would be different from each other.   When we get

21  down to bottom here, we're dealing with a general criteria.

22  As you'd recognize, you're not going to take TCE or TCA out

23  and ignite it.   It is really hard to make it burn.   So that

24  advice is an example for those compounds.   At question here,

25  it has no validity whatsoever.   It's just not in it.   Without

1    looking at the whole document and going through it and

2    understanding the physical chemical properties, you can't use

3    this advice at all.  These are general advices that could be

4    used for one or two of the compounds but not across the board.

5    And that's the problem with trying to say, you know, this is

6    good advice.  It is or it isn't.  It depends on which of those

7    40 compounds we're talking about.  Without the whole document,

8    I can't tell you.

9    Q.   Understood.  But you would agree waste TCE or waste TCA,

10   if it has bits of combustible contaminants inside of it,

11   whether it is AP or something else, would result in that

12   solvent being flammable; correct?

13   A.   That doesn't say this.  That is not what this is talking

14   about.  I mean, that's my point.  I mean if you're going to

15   get that specific, then you've got to be specific with what

16   you're doing, and it may or may not have applicability.

17   Relying on this document for that advice is just not correct.

18   I mean that's fallacious.

19        THE COURT:  The question is was there anything more

20   specific available to tell the user --

21        THE WITNESS:  The most important thing to tell the

22   user -- and I think it is in this document, as well -- is

23   recycle it, for heaven's sake.  It has value.  Put it back

24   into the marketplace.  It has value.  Recycling was always

25   available; certainly in the '50s, I believe in the '40s, as

1    well.  The recycler has been there forever.  All kinds of

2    solvents have value.  There has always been someone there who

3    is willing to redistill and sell it back to you or sell it to

4    somebody else, and that gets rid of it.

5            BY MR. FOTOUHI:

6    Q.   Should Camp Lejeune have recycled their TCE?

7    A.   I don't know anything about Camp Lejeune.

8    Q.   Do you know of any military facility operating during this

9    period that was recycling their TCE?

10   A.   There is no way I can answer that.  I don't know.

11   Q.   You have not done that analysis in preparation of your

12   opinions in this case?

13   A.   No, I have not.

14   Q.   Could you recycle TCE that was laced with AP?

15   A.   I wouldn't.

16   Q.   Was it possible?

17   A.   I think if you did the distillation really carefully, it's

18   possible.  Not allow the still pot to get too concentrated,

19   but I wouldn't do it.  You would have to set up some safe

20   criteria for that that is beyond my capability.

21   Q.   For solvent contaminated with AP, it is your opinion that

22   recycling is not really a viable option; isn't that right?

23   A.   It may not be.  I don't know.

24   Q.   Let's turn to tab 15 of the binder, if we could,

25   Mr. Bauer.

1    Your Honor, this is Plaintiff's Exhibit 1112.  It is

2    also behind -- it is in Lockheed Martin's trial binder, as

3    well, behind the Stan Feenstra affidavit.

4    Mr. Bauer, isn't it the case that the Aerojet facility

5    was discharging almost a thousand gallons a day of water with

6    approximately 37,000 parts per million of AP during this time

7    frame?

8    A.   I don't know.  I would have to read this again if this is

9    what you're saying.  Can you point me to something?

10   Q.   Sure.  Towards the bottom of the first page.  I will just

11   identify this document as an inter-departmental communication

12   from the Department of Public Works, Division of Water

13   Resources to the Central Valley Regional Water Pollution

14   Control Board.

15   A.   Okay.

16   Q.   The date is January 10, 1955.

17   Mr. Bauer, if I could direct your attention to the

18   bottom of the first page, it states, "According to the Form

19   W-2 submitted to your board, the waterborne industrial waste

20   of the Nimbus plant" -- and by that, I take it, it means

21   Aerojet.  Is that your understanding?

22   A.   Yes.

23   Q.   ". . . Nimbus plant consists of aqueous solutions of

24   potassium perchlorate and ammonium perchlorate, organic

25   liquids, and various laboratory wastes resulting from

1    production of the propellant charge; and cleaning and

2    degreasing solvents.  These wastes are discharged without

3    treatment to abandoned gold dredger pits.  (Location shown on

4    attached map.)  The liquid wastes, estimated at 965 gallons

5    per 24-hour day, consist of the following."

6            If you look at the second criteria, aqueous solution

7    for ammonium perchlorate is estimated at 270 pounds per

8    24-hour day.

9            There were no discharges at the Redlands site that

10   even come close to this concentration of AP; isn't that right?

11   A.   I don't think so.

12   Q.   You don't think so as in you don't agree with that

13   statement or you do agree with it?

14   A.   No, I'm saying I'm not aware of hundreds-of-pounds-a-day

15   discharge from anywhere there.

16   Q.   This letter indicates that these discharges are occurring;

17   isn't that the way you read the letter?

18   A.   It's what it is reading.

19   Q.   And so the Water Board was fully aware that this activity

20   was ongoing in 1955; wasn't it?

21   A.   Well, it's been reported, apparently.

22   Q.   If you turn the page to the second page, Mr. Bauer, if I

23   could direct your attention there, it states, "Analysis of

24   well waters indicate them to be of excellent mineral quality.

25   Total dissolved solids range from 121 to 359 parts per

1   million, chlorides from 5 to 40 parts per million, percent

2   sodium from 11 to 38, and boron concentrations are less than

3   0.1 parts per million."

4         Then, it has a section entitled "Conclusions."

5         Do you see where I am, Mr. Bauer?

6   A.   I do.

7   Q.   And the first one says, "Domestic wastes do not appear to

8   offer any significant pollution hazard under present

9   conditions."

10        Mr. Bauer, doesn't this indicate that a discharge of a

11   dramatically higher concentration of AP wastewater was not

12   thought to have impacted the groundwater at Aerojet?

13   A.   No, it says, "Domestic waste."

14   Q.   Okay.  And then it says, "Industrial waste" -- if you look

15   at the bottom of the last sentence -- "This suggests that the

16   pollution rate is much lower than expected."  Correct?

17        THE COURT:  I don't think it says "pollution."

18        MR. FOTOUHI:  I'm sorry.  I misread that.

19        BY MR. FOTOUHI:

20   Q.   "This suggests that the percolation rate is much lower

21   than expected."

22   A.   Okay.

23   Q.   Now let's turn to the document that is behind tab 16,

24   Mr. Bauer, which is Plaintiff's Exhibit 1118.  It is a 1964

25   bulletin from the Resources Agency of California, Department

1    of Water Resources.

2            Mr. Bauer, isn't it the case that in 1964 the

3    Department of Water Resources conducted an analysis of the

4    groundwater near the Aerojet site in the East Sacramento area

5    and determined that the water near the site was fine for all

6    beneficial uses?

7    A.   I don't know.

8    Q.   Let me direct your attention to -- again, you just have an

9    excerpt of this document.  It is a much larger document.

10           The full document is on the desk, Your Honor.

11           Let me direct your attention to, Mr. Bauer -- if you

12   go about -- it is the fourth sheet --

13           MR. SULLIVAN:  Your Honor, object.  He should have the

14   full document.

15           THE COURT:  I'm going to agree with this, because when

16   you read the document you showed him before, if you keep on

17   reading, I don't think you have given him a fair shot at the

18   document.  I don't know if he has seen it before.  But tab 15.

19   So I'm not sure you can do this unless you want him to read

20   the whole thing, and I'm not going to tolerate that.

21           I want to invite him to read the whole document that

22   you showed him from 1955.

23           MR. FOTOUHI:  Your Honor, it is a document that we

24   discussed at his deposition.

25           THE COURT:  Well, so what?

—1157—

```
 1              MR. FOTOUHI:  Okay.

 2              THE COURT:  It's telling you in paragraphs 3 and 4

 3    about AP.

 4              MR. FOTOUHI:  Yes, Your Honor.

 5              THE COURT:  Can you look back at tab -- it is the

 6    shorter document -- 15.  Read paragraphs 3 and 4, if you

 7    would.

 8              These paragraphs 3, 4, and 5, aren't they telling us

 9    they can't measure the AP contamination in the water?

10              THE WITNESS:  I've got to read it.

11              THE COURT:  It could have been present without

12    detection?

13              THE WITNESS:  That's what they're saying.

14              THE COURT:  Is that because they didn't have the means

15    to do it?

16              THE WITNESS:  They may not have had a lab that could

17    do it.  The measurements were possible, but you had to have a

18    lab that could do it.

19              THE COURT:  When you leave the mike, I can't hear you.

20              THE WITNESS:  You could measure the parts per million

21    range at that point, parts per million or less; but by the

22    same token, there may not have been a local lab that could do

23    it.  It is -- not every laboratory can do every analysis, is

24    what I'm trying to say.

25              THE COURT:  You don't know whether there was one that
```

1    could do it?

2         THE WITNESS:  I know there were labs in the Bay Area,

3    as an example, that could do it.  I'm not sure that the lab

4    that they were contracted with could.

5         THE COURT:  What's your fair assessment?  They really

6    didn't know how much problem it was causing back then?  I

7    mean, they know it's going in the water.  They're being told

8    that there is 270 pounds per 24 hours, so it's going in there,

9    but they can't really measure it.

10        THE WITNESS:  But they do knew that it's toxic to

11   plants at 1 to 2 parts per million, they know that.  They know

12   that the pond is, in fact, leaking.  It's not leaking as fast

13   as they thought it was, but all of it eventually is going to

14   get into the groundwater, and that will create a problem.

15        THE COURT:  Is that in here, or that's your read?  Not

16   leaking as fast as they thought, but all of it eventually is

17   going to get in the groundwater, is that in here --

18        THE WITNESS:  No, I'm saying they know the pond is

19   leaking, is what I'm saying.  The issue is, it is not leaking

20   as fast as they thought it would, but they know it is leaking

21   because it is going down -- the surface area is going down but

22   not as fast as they thought.

23        THE COURT:  Meaning there was no cause for concern?

24        THE WITNESS:  I think there is major cause for

25   concern.

1    THE COURT:  No, that's not what I asked.

2    THE WITNESS:  I'm sorry.

3    THE COURT:  Did they think there was cause for

4    concern?

5    THE WITNESS:  I would have to read it more fully.

6    THE COURT:  You've posited a lot of information that

7    you've attributed to the Water Board.  You're not prepared.

8    You don't remember this document?

9    THE WITNESS:  I don't, but if you'll read paragraph 4,

10   paragraph 4 is basically stating the concerns.  We don't know

11   what is going to happen.

12   THE COURT:  It's different than saying they knew.  You

13   just told me --

14   THE WITNESS:  They know that it is toxic but . . .

15   THE COURT:  Okay.  Go ahead, finish up.

16   MR. FOTOUHI:  Thank you, Your Honor.

17   I will change topics for the sake of moving us along.

18   BY MR. FOTOUHI:

19   Q.  Mr. Bauer, other than the Aerojet Rancho Cordova site, did

20   you look and analyze any other sites in California in order to

21   compare that to the Redlands facility to reach your opinion in

22   this case?

23   A.  Not in that level of detail, but there are other sites

24   that I am aware of.  I have actually worked on some of them

25   and understand to a degree the groundwater contamination and

1      the sources, but I don't have the level of detail that I have

2      at Aerojet or here.

3      Q.   You didn't include references to any of those sites in

4      your affidavit; did you?

5      A.   I did not.

6      Q.   Mr. Bauer, open burning or burning on bare ground is a

7      source of perchlorate contamination at a number of sites in

8      California?

9           THE COURT:  AP.

10          MR. FOTOUHI:  Yes, Your Honor.

11          BY MR. FOTOUHI:

12     Q.   AP contamination at a number of sites in California; isn't

13     that right?

14     A.   I suspect that's correct.

15     Q.   Also, the washing out or the hogging out of rocket motors

16     at other sites in California, that's also a source of AP

17     groundwater contamination; correct?

18     A.   Well, at least three sites I know of; AISLIC, this one,

19     and Aerojet.

20     Q.   Do you know of any sites, any DOD or federal sites, at

21     which the hogging out or washing out of motors contributed to

22     AP groundwater contamination?

23     A.   It's kind of on the basis, if they hogged out on the

24     ground, then it's a source.

25     Q.   Are you aware of any of those sites receiving a resolution

1    from the Water Board for its discharge from the wash-out

2    operation?

3    A.   No.

4         THE COURT:  Well, you have to establish a foundation.

5    Did anyone tell them that they were doing this?

6         THE WITNESS:  Got it.

7         THE COURT:  Do you know?

8         THE WITNESS:  It strikes me that that is not something

9    that was ever reported.

10        THE COURT:  Yeah.  The only resolution that you've

11   pointed to that is relevant here is Aerojet; correct?

12        THE WITNESS:  That's correct because chlorinate

13   solvents and AP were both mentioned.

14        BY MR. FOTOUHI:

15   Q.   Mr. Bauer, are you familiar with the burial of waste

16   propellant that took place at the NASA Jet Propulsion

17   Laboratory in the 1940s and the 1950s?

18   A.   No.

19   Q.   You're not aware of whether they obtained a Dickey Act

20   resolution for that?

21   A.   You said the '40s and the '50s?

22   Q.   Yes.

23   A.   In the '40s, it wouldn't have been possible.  I don't know

24   when in the '50s.  So I have no knowledge on that.

25        THE COURT:  Did they?

1    MR. FOTOUHI:  We don't think so, Your Honor.  We

2  haven't found evidence of that.

3    THE COURT:  He hasn't seen any other resolutions.

4    MR. FOTOUHI:  Yes, Your Honor.

5    BY MR. FOTOUHI:

6  Q.  Mr. Bauer, let's change gears and talk a bit about your

7  opinions in this case regarding the solvents that employees

8  alleged to have dumped on the ground at the Redlands site.

9  A.  Employee solvent dumping, that's where we're going?

10  Q.  Yes, Mr. Bauer.

11  A.  Okay.

12  Q.  Your opinion in this case is that both TCE and TCA were

13  dumped by employees at the Redlands site; correct?

14  A.  That appears to be the case.

15  Q.  And you can't say that more TCE was dumped by employees

16  than TCA; can you?

17  A.  The employees seemed to imply that it was more TCE than

18  TCA.  Particularly, Mr. Wessman, he doesn't remember TCA at

19  all.

20    Can we do 277, 6 through 11.

21    (Videotape plays)

22    BY MR. FOTOUHI:

23  Q.  Mr. Bauer, is that still your opinion today?

24  A.  Yes.

25  Q.  And that's not withstanding the references to Earl Wessman

1    that you just spoke about?

2    A.   Well, Earl Wessman is one person, but it appears to me

3    that both solvents were being used pretty much throughout the

4    time frame.

5         THE COURT:  For the record, you're going to have to

6    state what the opinion is because she doesn't write down the

7    video.  Either you have to put the video in as an exhibit or

8    state the opinion again.

9         MR. FOTOUHI:  Sure.  Would it be appropriate for me

10   just to read that part of the transcript into the record, Your

11   Honor?

12        THE COURT:  However you want to do it.

13        MR. FOTOUHI:  It is the Deposition of David Bauer at

14   page 277, lines 1 through 11.  I asked Mr. Bauer, my question

15   was:

16        Do you believe that employees dumped both TCE and TCA?

17        Mr. Bauer answered:  Well, they were using both, so

18   they were -- they were using both, so they were using both.

19   If they were using both, so they were dumping both.

20        Then I asked:  From the testimony that you reviewed,

21   are you able to reach a determination as to whether one was

22   dumped, whether TCA or TCE was dumped, more in relative to the

23   other, relative to the other solvent?

24        And Mr. Bauer replied:  No.

25        THE COURT:  If I were to find they dumped TCA in a

 1     greater quantity than TCE, is that in some way relevant to

 2     CERCLA liability, equitable allocation?

 3              MR. FOTOUHI:  Your Honor, I believe it is because --

 4              THE COURT:  Legally, I'm talking, not based on facts.

 5              MR. FOTOUHI:  I think one of the equitable factors is

 6     what led to the costs that Lockheed Martin is claiming in this

 7     case, and we believe that dumping could not have led to this

 8     type of groundwater plume because of the predominance of TCE

 9     as compared with the number of solvents they were using and

10     dumping.

11              BY MR. FOTOUHI:

12     Q.  Mr. Bauer, you have seen no testimony to indicate that

13     somehow TCE was more likely to be dumped because employees

14     preferred the smell of TCE to TCA?  You have seen no testimony

15     like that; have you?

16     A.   You're really going to the heart of why would you use TCE

17     instead of TCA.  And my experience in that is TCA evaporates

18     so much more rapidly, that particularly in operations you

19     would go the lower vapor pressure material because it would be

20     easier to use in the process you're using.  So there are

21     reasons to do it both ways, but I don't think odor would be

22     one other than the -- if it is evaporating faster, it will

23     build up in the atmosphere around you and would be

24     particularly unpleasant.  Not necessarily the smell, just that

25     it starts to feel overwhelming.

1   Q.   You have not seen any indication in the process documents

2   that TCE was used at the site before 1960; isn't that right?

3   A.   I'm not sure that either chlorinated solvent was used,

4   when precisely they were used before 1960.  I don't know.  I

5   haven't seen anything that would tell me it was.

6   Q.   You've reached no conclusions in this case that employees

7   dumped less solvent over time; isn't that right?  Quantity.

8   A.   There's some inferences to that as to -- you know, the

9   inferences are basically the control from air pollution

10   control district, basically environmental awareness and this

11   type of thing.  I think all manufacturing processes that I

12   have studied over the years reduced their pollution over time,

13   particularly starting kind of, I would say, 1970, that

14   concentrations went down.  I know in the hazardous waste

15   management field, the concentrations -- not the

16   concentrations -- but the overall mass reduced markedly from

17   1970 to 1993.  It just plummeted.  So the reality is people

18   were being a lot more careful, doing a lot more recycling,

19   this type of thing over time.  But as to direct testimony that

20   would document that, I think that would be hard to come by.

21   Q.   So that's a general conclusion, not a site-specific

22   conclusion; is that right?

23   A.   The site-specific conclusion I have is the mass of

24   material that was being disposed of, burning, and that dropped

25   off markedly over time.

1    Q.  I'm talking about specifically dumping of solvent.

2    A.  I understand.  But you asked if there was anything else,

3    and I'm not sure.  I'm saying, if your overall mass of waste

4    is going down, I don't know how you could pick out one part

5    instead of another part, this type of thing.  You're just

6    being more careful.

7    Q.  Again, you have seen no site-specific evidence or

8    deposition testimony that would lead you to conclude that

9    dumping varied or went down from year to year; isn't that

10   right?

11   A.  I haven't seen any material-balanced documents that would

12   support that.

13   Q.  Material-balanced documents?

14   A.  Yes.

15   Q.  I asked you specifically about deposition testimony,

16   though.

17   A.  Well, I'm saying any kind of testimony.  I'm not seeing

18   anything that I could hang my hat on that would support that.

19            THE COURT:  How much longer?

20            MR. FOTOUHI:  I can try to hurry it up, Your Honor.

21   Maybe about half an hour.

22            THE COURT:  I will give you a half hour --

23            MR. FOTOUHI:  Okay.

24            THE COURT:  -- then we're breaking.

25            MR. FOTOUHI:  Yes, Your Honor.

-1167-

1      THE COURT:  We're finishing this witness today before

2  5.  Are you going to be able to?

3      MR. SULLIVAN:  Yes, Your Honor.

4      THE COURT:  Okay.  Good.

5      BY MR. FOTOUHI:

6  Q.  Mr. Bauer, is it your opinion that it's difficult to tell

7  the difference between TCE and TCA?

8  A.  No.

9  Q.  Is it your opinion that at the LPC facility a lot of

10  people couldn't tell the difference between TCE and TCA?

11  A.  Well, I've read some of that, that they couldn't tell the

12  difference.  They didn't know what it was.  My experience is

13  it's not that hard.

14  Q.  Now, is that because you have specific training or that

15  because --

16  A.  Just exposure to both materials.  PCD, too.  You can tell

17  the difference.  You've got a nose.  If you can taste the

18  difference between a Syrah and a Cabernet, you can tell the

19  difference between TCE and TCA.

20  Q.  Could we do 245/20, 246/3.

21      THE COURT:  But you don't know whether any of these

22  workers could tell the difference between a Cabernet and a

23  Syrah --

24      THE WITNESS:  No, I don't, Your Honor.

25      THE COURT:  If that's your standard --

1      THE WITNESS:  Frankly, out at Redlands, I would

2  suspect they couldn't.

3      MR. FOTOUHI:  Your Honor, I would like to play a short

4  deposition clip to give you the context.  This is the document

5  I was speaking about with Mr. Bauer at the time.  It's not in

6  the binder.  It's Plaintiff's Exhibit 909, Your Honor.

7      John, I'm just going to play a short depo clip from

8  Mr. Bauer's deposition, and I wanted to give Her Honor and you

9  the document that we were discussing at the time this

10  conversation took place.

11      THE COURT:  I think that when you're playing these

12  clips, you're not getting them into evidence.  You have to put

13  the deposition excerpt in evidence or else you have to come up

14  with the excerpt of a -- what do you want to ask him about the

15  document?

16      MR. FOTOUHI:  Your Honor, I'm not using --

17      MR. SULLIVAN:  I object because he wants to present

18  testimony from a deposition about a document, and he hasn't

19  even introduced the document to him or asked him questions

20  about the document in this case, I don't believe.

21      MR. MURPHY:  Your Honor, at his deposition, he gave a

22  very different answer than he just gave about this document,

23  so we want to play that for Your Honor.

24      THE COURT:  Okay.  You can do that.

25      MR. SULLIVAN:  This document hasn't even been

1    introduced yet.

2           THE COURT:  I was about to ask, do you have any

3    objection to 909 coming in?

4           MR. FOTOUHI:  It's in our trial binder, Your Honor.

5           THE COURT:  Which binder?

6           MR. MURPHY:  Stan Feenstra's trial binder, Your Honor.

7           THE COURT:  So it is already in evidence.  This is in

8    evidence.  Okay.  So you read him the deposition.  That's the

9    only way it is going to get into evidence.

10          MR. FOTOUHI:  Okay.  Thank you, Your Honor.

11          Mr. Bauer, at your deposition --

12          THE COURT:  Your point here is that -- I don't want to

13   get into a legal discussion before the witness.

14          Okay.  I presume you asked him in his deposition

15   whether you could tell the difference.

16          MR. FOTOUHI:  Yes.  I asked him:  Is there anything

17   about this document that leads you to believe that Roy White,

18   who is the man named in this document, may not have recalled

19   what solvent was splashed in his eye?

20          And Mr. Bauer answered:  A lot of guys can't tell the

21   difference between TCE and TCA.  I can; many can't.

22          THE COURT:  Well, I don't think there is anything

23   inconsistent.  He already said they would have to know the

24   difference between Syrah and Cabernet.

25          Okay.  Let's go.

-1170-

1          MR. FOTOUHI:  I will move on.  Thank you.

2          THE COURT:  Do you want to say anything about this

3    document?

4          THE WITNESS:  Say again?

5          THE COURT:  Do you have any doubt it was the TCE here?

6          THE WITNESS:  I'm not sure he could tell.  He's stated

7    what it was.  That's all I can say.  I don't know that he can

8    tell.  There is other indications that the degreaser at the

9    time was a TCA degreaser.

10          THE COURT:  Okay.

11          BY MR. FOTOUHI:

12   Q.  Mr. Bauer, I would like to turn your attention to your

13   affidavit again, paragraph 88 this time.

14   A.  Okay.

15   Q.  Mr. Bauer, in this paragraph, you state that -- this comes

16   after a series of calculations about mass of solvent that may

17   have been dumped; is that correct?

18   A.  Yes, used as an illustration.

19   Q.  In this paragraph, you state that "These calculations

20   indicate that Wessman and Mulder could have dumped an

21   estimated range of 53,677 pounds and 141,697 pounds of TCE

22   onto bare ground at buildings 119, 12, and 8 at the Redlands

23   facility."

24          And then you state, "Even if 50 percent of this TCE

25   evaporated," and then you list what the result of that

 1    evaporation would be.

 2             My question is:  Where does that 50 percent number

 3    come from?

 4    A.  Well, I think -- my estimate would be I don't think

 5    50 percent would evaporate in this situation that we're

 6    talking about, particularly dumping in the same spot over and

 7    over.  I don't think nearly that much would evaporate.  I'm

 8    saying, suppose half of it did evaporate -- I don't think it

 9    did -- but even if half of it evaporated, you would still have

10    a big number.  And parenthetically, that is only part of the

11    dumping.  There is a lot of other documented dumping.

12    Q.  You're not a hydrogeologist; correct?

13    A.  Heavens, no.

14    Q.  And so why do you have the expertise or what gives you the

15    expertise to come up with a suggested evaporation rate for TCE

16    and TCA in a certain set of conditions?

17    A.  I'm a chemist.  Come on, I mean --

18    Q.  You're --

19    A.  It doesn't take a hydrogeologist.  I'm not sure

20    hydrogeologists are basically in a position to calculate

21    evaporation rates at all.  I mean, there is an overlap in the

22    sciences.  For heaven's sake, it's --

23             THE COURT:  Okay.  Next question.

24             You violated the rule.  You asked why you get the

25    answer.  Now you --

1        BY MR. FOTOUHI:

2    Q.  Isn't it the case that dramatically more than 50 percent

3    of solvent dumped on bare ground would evaporate?

4    A.  Highly unlikely in this strata.

5    Q.  And isn't it right that both TCA and TCE would evaporate

6    at roughly the same rate?

7    A.  No.  TCA will always evaporate higher, faster.

8    Q.  Right.  My question was, not that they would evaporate at

9    the same rate, but they're both highly volatile; isn't that

10   right?

11   A.  They both evaporate, there's no question about that, but

12   TCA will always evaporate faster.

13       THE COURT:  Over what period of time?  I mean we're

14   now dealing with TCE 30 years later.  Where is the

15   evaporation?

16       THE WITNESS:  Well, there is no evaporation now, Your

17   Honor, because it is down deep enough that you're not getting

18   any effect from that.

19       THE COURT:  Well, but if TCA evaporates faster and

20   higher, does that explain why we see more TCE now?

21       THE WITNESS:  It's one of the factors.  There are many

22   factors, including degradation potential and mechanisms, this

23   type of thing.  Every bit is important, perhaps more so.

24       THE COURT:  Degradation potential, what does that

25   mean?

1    THE WITNESS:  That means how the material will degrade

2    in the environment due to a variety of mechanisms,

3    particularly bacteriologically.

4         BY MR. FOTOUHI:

5    Q.  You would agree, Mr. Bauer, that it makes a significant

6    difference in terms of evaporation rate when comparing solvent

7    that is poured in a very small area versus solvent that is

8    just tossed on rocks?

9         THE COURT:  We have gone over this.  If you think this

10   is where I want to spend my time, you've got to be kidding.

11        Go ahead.  Move on.

12        MR. FOTOUHI:  I'll move on, Your Honor.  I apologize.

13        THE COURT:  We went through whether 3 by 4 is a small

14   area or not a small area.  It didn't have any traction

15   yesterday; it is not doing any better today.

16        MR. FOTOUHI:  Understood, Your Honor.

17        BY MR. FOTOUHI:

18   Q.  Mr. Bauer, let's turn to the operation of the burn pits,

19   if we could --

20   A.  Okay.

21   Q.  -- and your opinions regarding that.

22        Mr. Bauer, you're aware that military manuals directed

23   that burn pits that were to be used within 24 hours of a burn,

24   they were to be used again, that the burn pit was to be wetted

25   down with water; isn't that right?

1   A.   They could be used again, yes.

2   Q.   Only if they were wetted down with water; isn't that

3   right?

4   A.   Make sure all the fire was out, yes.

5   Q.   If that procedure had been followed, that could have led

6   to AP groundwater contamination; correct?

7   A.   I don't think it said flooded.  It said wetted down.  You

8   can take that any way you want.  I'm not putting down millions

9   of gallons of water.  I'm just making sure the fire is out.

10  That might not basically even soak in the soil.  It's just I

11  don't have any problem with that procedure, is what I'm

12  telling you.

13  Q.   Because if it were just a few gallons, it would evaporate?

14  A.   If it's the burn pit where you're basically hosing it down

15  like I would hose down a bocce cord or something like that,

16  it's not going to go very deep.  Maybe a quarter inch.

17  Q.   These same manuals called for propellant waste to be

18  burned on bare ground; didn't they?

19  A.   Yes.

20  Q.   In paragraph 127 of your expert report -- excuse me -- of

21  your affidavit in this case, you state that LPC failed to use

22  a polyethylene sheet when conducting burning; isn't that

23  right?

24  A.   Well, there is no evidence that they did use it, and it

25  was called for, but there is no evidence that I have seen that

1    that was actually conducted.

2    Q.   Is your opinion that a polyethylene sheet should have been

3    used at every burn?

4    A.   If you're burning liquids or pouring liquids down first,

5    then it would certainly have helped to keep it out of the

6    soil.

7         THE COURT:  You said, "It would certainly have helped

8    to keep it out of the soil."  You would not be able to say

9    something like that in a negligence case or a federal tort

10   kind of case.  So it is just not acceptable testimony --

11        THE WITNESS:  Okay.

12        THE COURT:  -- in the sense of blaming something or

13   saying they were following improper procedures.  Yes, it would

14   be better.  A lot of things are better, especially with the

15   benefit of 20/20.  And nobody is required to use the best

16   possible practices out there.  That isn't the law --

17        THE WITNESS:  Fair.

18        THE COURT:  -- for culpability purposes.  So I just

19   don't know what you mean by saying that it would have helped.

20   It would have helped if they didn't put the stuff there in the

21   first place; right?

22        THE WITNESS:  Absolutely.

23        THE COURT:  It would have helped if we didn't have a

24   program to put space rockets in the sky that had propellant.

25   There are a lot of things that would have made the water basin

1    a lot better.

2              THE WITNESS:  Yes.

3              THE COURT:  I don't see that that's what I need to

4    worry about here.  I just -- if the government chose not to

5    give Lockheed a contract, we wouldn't be here, either.

6              THE WITNESS:  That's right.

7              THE COURT:  But that is not what the law gives me as

8    parameters.  I understand that pans would have been better

9    than bare ground --

10             THE WITNESS:  Uh-huh.

11             THE COURT:  -- but without a sense of confidence that

12   this is in 1960 in some fashion an acceptable practice -- and

13   I have to say I have been troubled by the fact that the

14   government probably -- I may not be able to find this -- but

15   was doing the same -- now, in hindsight -- anti-environment

16   stuff that Lockheed was doing.

17             In any case, finish it up.  There's a limit of -- it's

18   just not sufficient to say it would have been better.  If you

19   were sitting here in a trial, you would be saying, to a

20   certain degree, a reasonable degree of medical -- I'm

21   sorry -- engineering or environmental, I'm not even sure

22   exactly what national standard that this would have required.

23   That's why that brief I gave you, that's -- they're responding

24   to the notion of culpability.

25             To say that they had knowledge that there were better

1    things, I guess that's one consideration.  Okay.

2         I have a question about all these tabs and all these

3    exhibits and stuff that you're not using.

4         MR. FOTOUHI:  Yes, Your Honor.

5         THE COURT:  You're not just going to dump them at the

6    end of the case --

7         MR. FOTOUHI:  No.

8         THE COURT:  -- so when we say this stuff is

9    irrelevant, there's tons of stuff here.

10        MR. FOTOUHI:  Yes, Your Honor, documents that I'm not

11   using -- I've skipped quite a bit to keep this moving.  So

12   documents that are in the binder that I have not used, we will

13   not consider those unless they're already in our trial

14   binder --

15        THE COURT:  They don't have a PX on them.

16        MR. FOTOUHI:  Yes, Your Honor.

17        THE COURT:  Very good.  Let's finish up.

18        BY MR. FOTOUHI:

19   Q.  Two very short questions, Mr. Bauer.  In paragraph 131 of

20   your affidavit, you state that workers allowed 10 to 20

21   minutes to pass before igniting a burn pit.  Do you recall

22   giving that opinion?

23   A.  Yes.

24   Q.  Have you seen any guidance or direction that said that

25   waiting 10 to 20 minutes was either too long or too short?

-1178-

```
 1    A.   No.

 2    Q.   My last question, Mr. Bauer --

 3              THE COURT:  But is it your opinion, to a reasonable

 4    degree of whatever certainty we're using, that waiting that

 5    long would cause contamination?

 6              THE WITNESS:  If in fact they poured liquids over the

 7    burn, then, yes, that would create a problem.  It gives it

 8    time to soak into the ground before the burn is started.

 9              THE COURT:  Right.  That's what I need to know.  I

10    don't need to know what people were told about it or what they

11    knew about it.

12              How do you know this was happening?

13              THE WITNESS:  Just the testimony, Your Honor.

14              THE COURT:  It's right there.  Okay.  Sorry.  Heeseman

15    and White, okay.

16              MR. MURPHY:  Your Honor, could we take a quick break?

17              THE COURT:  Only when we finish.

18              MR. MURPHY:  Okay.

19              THE COURT:  Everybody has their own mechanisms --

20              MR. MURPHY:  No, I just wanted to discuss with

21    Mr. Fotouhi --

22              THE COURT:  He only has two questions left.

23              BY MR. FOTOUHI:

24    Q.   Mr. Bauer, my final question:  Are you aware of the

25    facility the Letter Kenny Munitions Center?
```

1    THE COURT:  The what?

2    MR. FOTOUHI:  Your Honor, it is a government facility,

3    the Letter Lenny Munitions Center.

4    THE COURT:  Where is it?

5    THE WITNESS:  Only from this case.

6    MR. FOTOUHI:  I believe it is in Pennsylvania, Your

7    Honor.  It is at Letter Kenny Army Depot.

8    MR. MURPHY:  The picture of the burn pan that counsel

9    used yesterday during his opening I think was taken at the

10   Letter Kenny Depot.

11   THE COURT:  Okay.  Do you have a question about that,

12   or is that the end --

13   MR. FOTOUHI:  No, I'm sorry, Your Honor.  That was

14   just laying the foundation.

15   BY MR. FOTOUHI:

16   Q.  Mr. Bauer, are you aware that the Letter Kenny facility

17   conducted open burning on bare ground until the early 1980s,

18   at which time they began using burn pans?

19   A.  I am aware of that.

20   Q.  Did that influence your opinion in this case that the LPC

21   site should have used burn pans?

22   A.  Burn pans are used with liquids.  I have used them myself

23   in the '60s for that type of waste, and I'm just trying to say

24   they were available, and other people knew about it.

25   Q.  You didn't use them with AP; did you?

1    A.   Propellants but not AP.  The propellant I used it with was

2    TAZZ.

3              THE COURT:  Very good.  We will resume in about

4    10 minutes with the redirect.  Thank you.

5              (Recess taken from 3:09 p.m. to 3:25 p.m.)

6              THE COURT:  No binders?

7              MR. SULLIVAN:  No binders, Your Honor.

8              THE COURT:  Okay.

9                        **REDIRECT EXAMINATION**

10        BY MR. SULLIVAN:

11   Q.   Good afternoon, Mr. Bauer.

12   A.   Good afternoon, Mr. Sullivan.

13   Q.   Mr. Bauer, what caused enactment of the Dickey Act in

14   California?

15   A.   In the '40s -- you mentioned the Montebello incident,

16   which was horrendous.  There was a lot of groundwater

17   contamination, particularly surface water, as well.

18   Contamination was occurring in California.

19              THE COURT:  You mentioned what?

20              THE WITNESS:  The Montebello incident.

21        This was a very small company that was making an

22   herbicide.  Herbicides tend to be very soluble in water.  On

23   start-up, they had a bad batch.  They dumped it into a pond

24   that was not lined.  That pond leaked enough to within 10 or

25   12 days it had closed down a municipal well.  Ultimately, it

1     traveled about 17 miles in groundwater.  Some of those wells

2     are still polluted today to the degree they can't be used, and

3     this occurred in 1942.

4          There were many instances, particularly in Los Angeles

5     basin, where operations were discharging acid into surface

6     streams.  There was a lot of chloride contamination of

7     groundwater resources, particularly in the North Long Beach

8     area and through there as a result of oil drilling operations.

9     This was replete all over the state.  There was so much of it.

10    Randal Dickey basically did a study, overall study, that

11    outlined this in 1947, and the Dickey Act was passed in 1949.

12    And I might add, heavily supported by industry to try and get

13    the water situation in California under control because we

14    only have so much water.  We envy every rainfall you have here

15    because we don't get it, and it is tremendously precious, sir.

16         BY MR. SULLIVAN:

17    Q.   How did you hear about the Montebello incident?

18    A.   Well, I got involved in full-time environmental management

19    in 1967, and that was one of the things that came out.  I

20    think it's referenced in McKee-Wolf, which was on everybody's

21    shelf.  It seemed to be something everybody knew about.  It

22    was history to me.  By the same token, everybody seemed to

23    know about it.

24    Q.   And the regional water quality board is divided -- the

25    water quality board is divided into regions.  Why is that?

1    A.   There are nine regions.  Each of the regions are divided

2    based on watersheds rather than political boundaries.  They

3    don't follow county lines, city lines, anything else.  It is

4    where the water drains out of a common place.  San Francisco

5    Bay Delta is one, as an example; Central Coast; Los Angeles

6    Basin and Los Angeles River; Santa Ana River; Lahontan, which

7    is all the bases of the Sierras; Central Valley.  The nine

8    districts, that way they would have total control of all of

9    the waters in that region without having to worry about county

10   lines.

11   Q.   Are conditions the same from a groundwater standpoint

12   throughout the state of California?

13   A.   Oh, heavens, no.  There are places in Lahontan where the

14   average rainfall is only 4 inches a year.  There are places in

15   North Coast basin where they get over 100 inches a year, as an

16   example.  And the soil variety in California varies so

17   markedly, it's hard to believe.  Central Valley is in a lot of

18   places clay or mollisols.  Where I live in San Luis Obispo,

19   the geology is so mixed up you can't tell what it is.  Then we

20   have areas like we're talking about here, which is pervious

21   enough that you can use it for recharge.  It varies all over

22   the map.  That was one of the keys to the Dickey Act, is let's

23   make this site-specific so we can look at a site, look at the

24   discharge, and then come to appropriate conclusions.

25   Q.   So the water boards don't apply the same standard across

1    the state of California?

2    A.   In a few cases, they do.  I mentioned one earlier, which

3    is the classification of disposal sites; class I, II, III

4    dumps.  Class II is broken into 1 and 2.  That became uniform

5    throughout the state.  Most of the standards varied by the

6    particulars of the basin.  Clearly, the flow of the Sacramento

7    River is huge compared to the flow of the Petaluma River or

8    this type of thing, or the Cayucos Creek, this type of thing.

9    They could look at each of these and establish standards

10   accordingly.

11            MR. SULLIVAN:  No further questions, Your Honor.

12            THE COURT:  Great.  Anything else?

13            MR. FOTOUHI:  No, Your Honor.

14            THE COURT:  Thank you, sir.  You're excused.

15            THE WITNESS:  Thank you, Your Honor.

16            MS. ZILIOLI:  Your Honor, the United States calls

17   Dr. Robert Sterrett.

18                      **ROBERT STERRETT,**

19   having been first duly sworn to tell the truth, the whole

20   truth and nothing but the truth, was examined and testified as

21   follows:

22                    **DIRECT EXAMINATION**

23        BY MS. ZILIOLI:

24   Q.   Good afternoon, Dr. Sterrett.

25   A.   Good afternoon.

—1184—

1    Q.   Dr. Sterrett, did you submit an expert declaration in this

2    case?

3    A.   I did.

4    Q.   And does that declaration contain your opinions to a

5    reasonable degree of scientific and professional certainty?

6    A.   Yes.

7    Q.   Do you adopt your declaration as your testimony here

8    today?

9    A.   Yes.

10          MS. ZILIOLI:  Thank you.  Your witness.

11          MR. FOTOUHI:  Your Honor, the binder you have just

12   been handed, I think all the documents in this binder are on

13   the disk or in trial binders or both.

14                      **CROSS-EXAMINATION**

15          BY MR. FOTOUHI:

16   Q.   Dr. Sterrett, good afternoon.

17   A.   Good afternoon.  How are you?

18   Q.   Good.  Good to see you again.

19          Dr. Sterrett, I would like to start by talking about

20   your opinion regarding the degreaser in this case.

21   A.   All right.

22   Q.   I take it that you believe that the degreaser did not

23   cause a significant portion of the TCE contamination that we

24   see west of the Redlands site; is that correct?

25   A.   Yes.

1    Q.   Are the reasons for that conclusion that you believe the

2    degreaser pit lacked a drain and that the degreaser at one

3    point in time switched to TCA; is that correct?

4    A.   Could you ask that question again, please?

5    Q.   Sure.  The reasons for which you believe the degreaser did

6    not lead to the TCE contamination we have in this case -- I

7    will just ask you:  What are the reasons that you believe the

8    degreaser did not lead to the contamination that we see in

9    this case?

10   A.   I think there are multiple reasons that the degreaser did

11   not contribute -- well, I will say significant masses of TCE

12   to the plume that is now detected west of the Redlands site.

13        Number one is that at some point there was a switch

14   from TCE to TCA.

15        Number two -- and probably extremely important -- is

16   that the discharges, potential discharges from the separator

17   -- water-solvent separator were about 1 to 2 gallons a day at

18   a concentration of 900 to 1100 milligrams per liter, so that

19   type of discharge would not contribute a significant amount.

20        Third would be, despite what the engineering drawings

21   show of a drain, there is testimony that there wasn't a drain

22   in the degreaser pit.  Not within the degreaser, but within

23   the degreaser pit --

24   Q.   Let's talk about --

25   A.   -- and then --

—1186—

1    Q.   I'm sorry, Dr. Sterrett.

2    A.   Sorry.  I didn't mean to cut you off.

3    Q.   No.  My fault.

4    A.   Lastly, that the degreaser was not used on a frequent

5    basis.

6    Q.   Let's talk a bit about those opinions.  Let's talk first

7    about your opinion that there was no drain in the degreaser

8    pit.  If we could go to Plaintiff's Exhibit 841, which is

9    tab 3 in your binder, Dr. Sterrett.

10              It is also in Lockheed Martin's trial binder, Your

11   Honor.

12              THE COURT:  If I buy your theory, where does it get

13   me?

14              MR. FOTOUHI:  Say it again, Your Honor.  I'm sorry.

15              THE COURT:  If I bought your theory that it was the

16   degreaser pit, what does it do for you --

17              MR. FOTOUHI:  Your Honor, we belive that --

18              THE COURT:  -- the bottom line of allocation --

19              MR. FOTOUHI:  Yes.  Your Honor, the government alleges

20   that the source of the TCE contamination was LPC's bad acts by

21   dumping solvent onto bare ground and have that solvent result

22   in the plume, which have led to the costs in this case.

23              Our expert, Dr. Feenstra, has concluded that the

24   source of the TCE contamination is the solvent-water separator

25   in the degreaser.  And we believe that -- that is a piece of

—1187—

1    government-owned property; and moreover, it is a

2    release -- the degreaser itself is a piece of government-owned

3    property.

4            THE COURT:  That doesn't impress me.  They already got

5    liability here, so I don't see how that helps my allocation

6    situation --

7            MR. MURPHY:  Your Honor -- I'm sorry.

8            THE COURT:  This is an issue that you are drumming and

9    drumming and drumming.  I know it is rebuttal to theirs.  I

10   understand that.  This is the rebuttal.  So you don't want to

11   show that you did anything nasty.  Beyond that, it doesn't

12   help move the ball from the 50 yard line; correct?

13           MR. MURPHY:  Your Honor, we're starting close to the

14   50 yard line, to begin with here.  I mean, we believe that

15   both parties were there, both parties operated this facility

16   together.  We were building missiles for them.  Both parties

17   had oversight over the operations --

18           THE COURT:  That's right.  But what does this specific

19   issue --

20           MR. MURPHY:  Again, we're rebutting arguments that

21   they're saying that we were culpable, that we had some

22   responsibility -- we had all the responsibility, basically is

23   what they are saying, Your Honor, because it was our employees

24   who caused the plume here.  They argue for a very, very

25   reduced share here because it was our fault --

```
 1              THE COURT:  The big-time costs, though, we agree are
 2      AP.
 3              MR. MURPHY:  Yes, Your Honor.
 4              THE COURT:  The future costs are AP.
 5              MR. MURPHY:  Yes, Your Honor.
 6              THE COURT:  And the past costs --
 7              MR. MURPHY:  If you look at the costs in the '90s,
 8      Your Honor, they're predominantly TCE.  There is a larger
 9      portion of past costs because we didn't incur perchlorate
10      costs until the late '90s, Your Honor.  But I think currently
11      the costs and the future costs are predominantly perchlorate
12      costs, Your Honor, AP costs.
13              THE COURT:  Right.
14              MR. MURPHY:  Okay.
15              MR. FOTOUHI:  May I continue, Your Honor?
16              THE COURT:  Yes.
17              MR. FOTOUHI:  Thank you, Your Honor.
18              BY MR. FOTOUHI:
19      Q.   Dr. Sterrett, is this a diagram that you have seen before?
20      A.   Yes, it is.
21      Q.   Isn't it the case that this diagram depicts the degreaser
22      pit in building 91?
23      A.   That's my understanding.
24      Q.   And on this diagram a floor drain is depicted; is that
25      correct?
```

1    A.   That is correct.

2    Q.   And the annotation to the left of the diagram there of the

3    overhead view of the degreaser pit has a handwritten note that

4    says, "Existing floor drain in pit runs west to edge of bank

5    and there it was lost in backfill."

6         Do you see that, Dr. Sterrett?

7    A.   You read that correctly.

8    Q.   And if we go down to the side view, the sort of cut-away

9    view of the degreaser pit, which is just directly below the

10   overview view, it appears to have in draftsman's type, "4-inch

11   drain slope floor to drain."

12        Do you see that, Dr. Sterrett?

13   A.   Yes.

14   Q.   There also appears to be draftsman's type reading, "To

15   drain outside."

16        Do you see that, Dr. Sterrett?

17   A.   Yes.

18   Q.   Dr. Sterrett, isn't it the case that this diagram depicts

19   a drain in building 91 in the degreaser pit?

20   A.   This diagram, as you've stated, does show -- depict a

21   drain, but there is then counter testimony that there would

22   have been a drain there.

23   Q.   So you have given little weight to this diagram?

24   A.   I certainly give it weight, but we have testimony that

25   says they did not observe a drain.  And in my calculations, I

1    did assume that water, condensate water, would go into the

2    subsurface.

3    Q.   Right.  We will discuss your opinion regarding what would

4    have exited out the drain if there were a drain in a moment.

5    A.   Right.

6    Q.   I understand that.

7         It is the case, is it not, that there are two process

8    documents that refer to a drain in the degreaser pit?  Isn't

9    that correct?

10   A.   As I recall, there is a process document that ultimately

11   says, after you've taken everything out of the degreaser, you

12   wash the degreaser with water and allow that to go to the sump

13   in the degreaser pit.  It did not say anything to the drain.

14   That's one I do recall.  I believe that's a 1963 document.

15   Q.   Yes.  Go ahead.

16   A.   Go ahead.  I'm finished.

17   Q.   Understood.  Do you recall a 1962 process document that

18   states that similar type of wash water after the degreaser

19   would be washed, the degreaser tank itself, the finishing

20   water and the rinse water may be disposed of through the drain

21   line to the sump to the west side of the building?

22   A.   I don't recall that one.

23   Q.   Okay.  If we could look at Plaintiff's Exhibit 882, which

24   is -- should be tab 4 in your binder, Dr. Sterrett and Your

25   Honor, tab 4.  It is also in Lockheed Martin's trial binders.

1    Dr. Sterrett, if I could direct your attention to page 12 of

2    15, as it's marked on the document.  I will give you a Bates

3    Number, as well.  It's the page with the Bates Number ending

4    in 579.

5         It is letter (g) on that page.  Again, the second to

6    the last sentence of that paragraph reads, "The flushing water

7    and rinse water may be disposed of through the drain line in

8    the sump to the west side of the building."

9         Dr. Sterrett, do you see where I have read from?

10   A.   Yes.

11   Q.   Does this influence your opinion as to whether there was a

12   drain in the degreaser pit in building 91?

13   A.   Well, it suggests that you flush and that water would end

14   up in a sump to the west side of the building; but as I

15   recall, Mr. White, who actually did clean the vapor degreaser

16   in 1963, he doesn't testify about washing it out.  He does

17   testify about it washing it out, but gathering it in buckets

18   that were subsequently put into 55-gallon drums.  So despite

19   what the document says, how it was done in practice in 1963

20   doesn't sound like they allowed water to even go out.

21   Q.   So but for Mr. White's testimony, you would agree that

22   this document indicates that there was a drain to the west

23   side of the building; is that correct?  But for his testimony?

24   A.   Yes.

25   Q.   Okay.  Now, do you recall Mr. White testifying

—1192—

1    specifically that he conducted the final rinse of flushing

2    water and rinse water, the final rinse of the tank?

3    A.   As I recall in his deposition testimony, it was something

4    on the order, if there had been a drain there, why would we be

5    gathering all of this material up --

6    Q.   To be clear --

7    A.   -- and I got the impression that that included the final

8    wash of the -- or rinse, shall we say -- of the degreaser.

9    Q.   So he did not say that explicitly but that is the

10   impression that the testimony left you?

11   A.   I think it was more, rather than an impression, it seemed

12   to indicate that if there was a drain there, we would have let

13   all this stuff go out the drain.  I meant -- excuse me -- a

14   drain in the degreaser pit itself.

15   Q.   I think it is uncontested that there was a drain in the

16   tank; is that?

17   A.   A drain plug, yes.

18   Q.   Mr. White recalled performing this activity once; isn't

19   that right?

20   A.   That is correct.

21   Q.   And when Mr. White gave his deposition, that occurred

22   something in the neighborhood of 33, 34 years after he claimed

23   to have performed that activity one time; isn't that right?

24   A.   Approximately 30-plus years, that's correct.

25   Q.   Okay.  So you have chosen to credit the testimony and

1    weigh that more than the engineering diagram and the process

2    document that we looked at?

3    A.   Well, that, in addition to Mr. Borgelt's testimony that he

4    did not observe a drain or leakage from the degreaser itself.

5    Q.   Well, to be clear, you didn't include a reference to

6    Mr. Borgelt's testimony until after you reached your

7    conclusion in this case and after you were deposed; isn't that

8    correct?

9    A.   That is correct.

10   Q.   So you reached your conclusion only on the basis of George

11   White's testimony; is that right?

12   A.   At that point, yes.  But I think Mr. Borgelt's testimony

13   supplements that opinion.

14   Q.   Did Mr. Borgelt testify that he entered the degreaser pit?

15   A.   My impression was that he did, to look for leaks.

16   Q.   Isn't it the case that he testified that he performed a

17   visual inspection but not that he -- there is no testimony

18   either way that he entered the pit?

19   A.   That may be the case.  We'd have to go through his

20   deposition.

21   Q.   Is there any testimony that he removed the grating that

22   would have been at the floor level of the degreaser pit to

23   perform his visual inspection?

24   A.   My understanding and review -- and we can go back to

25   this -- is that that grating did not cover the south side of

1    the pit because there was an access ladder there and there was

2    no grating there.  So if he did not enter, he would have been

3    looking down in that area.

4    Q.   And just to be clear, you reached your opinion in this

5    case before you noted the issue with the access ladder; isn't

6    that right?

7    A.   That access ladder was already on the diagram that you

8    showed me at my deposition.

9    Q.   Is it more common for degreaser pits to have drains or to

10   not have drains?

11   A.   I would think that they would have a drain.

12   Q.   A drain is more common than degreaser pits without drains

13   in your experience?

14   A.   Yes.

15   Q.   Okay.  Let's move on to the second reason you gave for

16   your opinion that the degreaser did not result in the TCE

17   plume that we see today, which is that you have opined that

18   the degreaser used TCE up to a certain period of time and then

19   switched to TCA; is that correct?

20   A.   That is correct.

21   Q.   And your opinion was that at some point between 1965 and

22   1970 the degreaser switched to TCA?

23   A.   I believe it was 1966, to some time in the late '60s, yes.

24   Q.   And for support for that position, you site a document

25   from 1965, do you not?

1    A.    There is various levels of support for that.  There is

2    the -- I believe a 1965 inspection report that you're

3    referencing where the trichloroethane where the "tri" is

4    crossed out.  That is number one.

5           Number two is a building occupancy report from 1969,

6    again where there's a diagram with handwriting saying

7    trichloro- -- TCA, we'll use that, if that is all right with

8    you.

9    Q.    Yes.  I think Your Honor would prefer that.

10   A.    Okay.  There's testimony by Mr. Spencer that TCA --

11          THE COURT:  Spencer or Speer?

12          THE WITNESS:  I'm sorry?

13          THE COURT:  Is it Spencer or Speer?

14          THE WITNESS:  Spencer.

15          THE COURT:  Spencer.

16          THE WITNESS:  I believe his name is Robert Spencer.

17          Testified that a degreaser in building 52 switched

18   from TCE to TCA in 1969.

19          In addition, we have the 1993 response to the

20   California Department of Toxic Substances Control -- commonly

21   DTSC -- that says that the change occurred, and this was a

22   Lockheed document.

23          And in addition, responses to interrogatories of 1996

24   also state that there was a change in the '67 to '69 range, as

25   I recall --

1    THE COURT:  What document -- government, can you tell

2    me what exhibit that is?

3    I assume it is one of your exhibits.  Maybe it is

4    attached to his affidavit.

5    THE WITNESS:  Your Honor, I do not recall the exact

6    number.

7    THE COURT:  No, I know you wouldn't.

8    They'll find it.  I would like to have the exhibit

9    numbers that he's referencing, if you can translate them.

10   So the response to interrogatory is probably U.S. 806.

11   Does that sound right?

12   MS. ZILIOLI:  Your Honor, it is U.S. Exhibits 22 and

13   120, are the two documents that he was just referring to.

14   THE COURT:  Okay.

15   BY MR. FOTOUHI:

16   Q.  Dr. Sterrett, when you reached your opinions in your

17   expert report, I don't recall you relying on the deposition of

18   Robert Spencer; is that correct?

19   A.  That is probably correct.

20   Q.  And I don't recall you relying on interrogatory responses

21   in other cases; is that correct?

22   A.  I don't recall that I used that, yes.

23   Q.  So let's talk first about the documents that you looked at

24   before you reached your opinions that were given in your

25   expert opinion, which I believe are the 1965 document you

1    referenced and the 1969 document you referenced and the 1993

2    response to DTSC.  Is that a fair --

3              THE WITNESS:  Yes.

4              MR. FOTOUHI:  -- statement?

5              THE COURT:  Are you going to exclude the interrogatory

6    answers filed by Lockheed?

7              MR. FOTOUHI:  No, Your Honor.  I'm starting with the

8    documents that Dr. Sterrett used to reach his opinion --

9              THE COURT:  I'm much more interested in what the

10   company said about this in an interrogatory answer.  What is

11   the interrogatory number, please?

12             MS. ZILIOLI:  22.

13             THE COURT:  Is it interrogatory 22, too?

14             MR. SULLIVAN:  One second, Your Honor.

15             THE COURT:  Here it is.  "The solvent used in the

16   degreaser" -- I'm reading from answer to interrogatory number

17   16 -- "The solvent used in the degreaser was changed from TCE

18   to 1,1,1-TCA in or about late 1966 or 1967."  So now you're

19   saying that that is incorrect, I assume, Lockheed?

20             MR. FOTOUHI:  Your Honor, Dr. Feenstra has concluded,

21   based on a review of a number of documents, that, in fact,

22   that is not accurate.

23             THE COURT:  Well, it would be nice to know who you

24   interviewed to get these answers to interrogatories that are

25   under oath.

1       This is an issue you spent about four days on, and I

2  don't know how many times I can tell you that it is not that

3  interesting.  Okay.

4       I'm going to find an answer to interrogatory far more

5  compelling than an engineering document, if you want to know

6  the truth.  Okay.

7            MR. FOTOUHI:  Understood, Your Honor.

8            THE COURT:  Thank you.

9       You want to talk to him about the switch to TCA?

10           MR. FOTOUHI:  Just briefly.

11           THE COURT:  I mean, that is an admission by the

12  corporation.  It is very potent, that's all I'm telling you.

13           MR. MURPHY:  I understand that, Your Honor, but it was

14  very early on in these litigations, Your Honor.  It was '96, a

15  time period --

16           THE COURT:  Right.  '96, under the general theory, is

17  closer in time than now, when you get the chance to

18  reconstruct.

19       I'm sorry.  It is a very compelling document.  Unless

20  you have something to tell me that you lied under oath and you

21  got it wrong --

22           MR. MURPHY:  Well, Your Honor -- at the time, that is

23  what we thought at the time, Your Honor.

24           THE COURT:  Right.

25           MR. MURPHY:  But after several additional litigations

1    since then and looking at a lot more documents, Your Honor,

2    there are a lot more documents to say that TCE was used in

3    that degreaser, including purchase records --

4            THE COURT:  Right.

5            MR. MURPHY:  -- process specifications.  So we believe

6    now the weight of the evidence is the other way.

7            THE COURT:  Who has the burden on something like this?

8    Nobody?

9            MR. MURPHY:  Nobody.

10           THE COURT:  So if you had the burden, you would lose.

11   You couldn't carry the burden with an admission like that on

12   your back, I have to say.

13           So move on.

14           MR. FOTOUHI:  Understood.

15           THE COURT:  There are a lot of important things.

16           Where is U.S. 120, by the way?  Where do I find that?

17           MS. ZILIOLI:  Your Honor, it's an attachment to

18   Dr. Sterrett's declaration.

19           THE COURT:  I know.  I'm there.  Where do I find it?

20           MS. ZILIOLI:  They're in numerical order, Your Honor.

21           BY MR. FOTOUHI:

22   Q.   Dr. Sterrett, just briefly, I would like to quickly talk

23   about the other two opinions that you give for why the

24   degreaser did not contribute to the plume.  One, I think you

25   said was that the discharges did not include a sufficient

1    quantity of TCE.  Is that a fair statement?

2    A.   No.

3    Q.   Okay.  How would you characterize that opinion?

4    A.   That if there were discharges that the condensate would

5    have TCE concentrations of approximately 900 to maybe 1100

6    milligrams per liter and that those discharges would be 1 to

7    2 gallons a day per the EPA 1977 report on vapor degreasers.

8    Q.   And that calculation assumes that only dissolved solvent,

9    solvent dissolved in water, would be leaving the degreaser; is

10    that correct?

11    A.   That is what, I believe, is stated in that report.

12    Q.   Since the publication of that report, isn't it the case

13    that it's been determined that solvent-water separators in

14    some instances can release pure solvent along with water and

15    dissolved solvent?

16    A.   That has been reported.

17    Q.   And isn't it the case that the separation process of

18    solvent and water in the solvent-water separator is not as

19    efficient as it was once thought to be?

20    A.   The solvent-water separator is designed to be efficient

21    and to separate if maintained and if operated correctly.

22    Q.   Isn't it the case that if there is an insufficient

23    residence time of the liquid coming from the degreaser in the

24    solvent-water separator that that could result in pure solvent

25    exiting out the line that was intended only for water?

-1201-

1    A.   That is a possibility.

2    Q.   And is it a probability based on your understanding of

3    solvent-water separators?

4    A.   I'm going to say a possibility.

5    Q.   Okay.  Is another -- is it a potential -- strike that.  I

6    apologize.

7         Another way that pure solvent could leave the water

8    discharge line is if there was some sort of clog; isn't that

9    right?

10   A.   A clog could potentially cause a solvent to leave.

11   Q.   And if there were a clog, it may not be discovered right

12   away; isn't that true?

13   A.   I have no idea.  We have no concept or no -- I should say

14   no documentation that shows maintenance records for the

15   degreaser.  We do know, through the response to

16   interrogatories of 1996 that the manufacture,

17   Blakeslee -- Baron-Blakeslee -- provided technical service to

18   Lockheed in the operation of the degreaser.

19   Q.   Have you seen guidance given to operators of vapor

20   degreasers and solvent-water separators about purging the

21   solvent-water separator?

22   A.   I believe Dr. Feenstra had a couple of documents, one by

23   Occidental Petroleum and Dow Chemical that I reviewed.  I

24   believe they discussed purging.

25   Q.   And pursuant to those documents and in particular the Dow

—1202—

1    Chemical document, if the procedure for purging the water

2    separator were to be followed as advised by Dow, doesn't that

3    document indicate that the procedure is to be followed until

4    pure solvent leaves the water discharge line?

5    A.  As I recall, that would be the case but only a small

6    amount.

7    Q.  What is the basis for your statement that it would just be

8    a small amount?

9    A.  Well, I think the way you described it and the way that

10   document -- when the pure solvent comes out, you've purged the

11   system, so you go back to operations.  So that would be a

12   small amount.

13   Q.  By the time an operator could tell that pure solvent was

14   leaving the separator line, the solvent -- strike that.  Let

15   me start over.  I'm sorry, Your Honor.

16          By the time an operator could tell that pure solvent

17   was exiting the water discharge line, wouldn't it be the case

18   that a large amount of solvent would have already exited that

19   line?

20   A.  That is not my understanding.  That is not how I read that

21   document or would understand the operation.

22   Q.  Both TCE and TCA are clear solvents, isn't that correct?

23   Colorless?

24   A.  Yes, but you can -- when you see them in pure phase, they

25   do have a different texture than water.

1    Q.   This discharge from the water discharge line during a

2    purge, the solvent and the water, they wouldn't necessarily

3    be -- they would be sort of jumbled, right?  There wouldn't be

4    a clear -- there would be no clear line of demarcation between

5    the solvent and the water?

6    A.   That may be true, but you're also not talking about

7    significant volume of water.  And we don't know how much would

8    actually make it to the supposed drain.

9    Q.   All right.  All right.  Dr. Sterrett, let me move on and

10   talk with you about a different topic.

11        THE COURT:  When were the interrogatories, U.S. 22,

12   executed?  And what is *Lockheed Martin v. Stevens Enterprises?*

13        MR. MURPHY:  That is 7 W.  That is the Easter grass

14   company, Your Honor.

15        THE COURT:  And the other, 120?

16        MR. MURPHY:  1993.

17        THE COURT:  Yes, 1993.

18        MR. MURPHY:  That was our initial response to the

19   DT -- information request from the State of California.  Tom

20   Blackman testified about that last week.

21        THE COURT:  Do you know what the date is of

22   Exhibit 22?

23        MR. MURPHY:  Which is Exhibit 22?

24        THE COURT:  That is what was executed in the *Stevens*

25   *Enterprises.*

1          MR. MURPHY:  That was, I think, '96, Your Honor.

2          THE COURT:  Thank you.

3          BY MR. FOTOUHI:

4     Q.  Dr. Sterrett, just one last document regarding the

5     degreaser, if I might.  It is the document behind tab 19.  It

6     is PX -- it is Plaintiff's Exhibit 913.  It is also in our

7     trial binder, and I believe it is a document that I showed you

8     in your deposition.

9          THE COURT:  PX 0913, okay.

10         BY MR. FOTOUHI:

11    Q.  I will give you time to find it.

12    A.  I have it in front of me.

13    Q.  Dr. Sterrett, is this a manufacturing process standard

14    from March of 1970?

15    A.  March 15, 1970, yes.

16    Q.  If I can direct your attention to the page with the Bates

17    Number that ends in 319.  It is LMCPRO 0019319.

18    A.  There are two different Bates numbers on there.

19    Q.  Yes, I think there is three, in fact.

20    A.  Yes.  319, yes.

21    Q.  Dr. Sterrett, do you recall seeing this document at your

22    deposition?

23    A.  I do.

24    Q.  At the top of the page with that Bates Number 319, there

25    is a note.  Do you see where I'm reading at the very top?

1   A.   "Do not use Chlorothene 1,1,1 in degreasers.   This solvent

2   reacts at degreaser temperatures."

3   Q.   Dr. Sterrett, did you review this document in reaching

4   your conclusion that the degreaser did not use TCE in 1970?

5   A.   Yes, I did.   I looked at this.   Also in consideration of

6   Larry Borgelt's testimony in one of the depositions where he

7   said several of these documents didn't get proofread very

8   well; that they would turn them out without changing them.

9   But again, this runs counter to the 1993 document that was a

10  sworn -- a document from Lockheed saying that they switched,

11  as well as the 1996 document, as well as other testimony.

12  Q.   You don't know whether the drafters of those documents had

13  this document; do you?

14  A.   Drafters of which document?

15  Q.   You just said that the two documents that you relied on

16  were the '93 and the '96 documents.   Those aren't primary

17  sources, correct, those aren't site documents; right?

18  A.   No.   Those are responses.   One to regulatory agencies and

19  then certainly in a litigation.

20  Q.   Presumably, those are responses based on a review of site

21  documents?

22          THE COURT:   You don't know.   How does he know what you

23  guys do when you answer interrogatory answers?   I wouldn't

24  even guess.

25          Is this -- vapor degreaser used, is this TCE?

-1206-

```
1              MR. FOTOUHI:  Yes, Your Honor.

2              THE COURT:  "Do not use Chlorothene"?

3              THE WITNESS:  Yes, that is TCA.

4              THE COURT:  Do not use TCA in degreasers?

5              THE WITNESS:  Yes.

6              THE COURT:  But it is okay to use TCE?

7              Am I misreading this?

8              MR. FOTOUHI:  No, that's correct, Your Honor.  Okay.

9              BY MR. FOTOUHI:

10     Q.   Dr. Sterrett, let me direct you to the document that's

11     behind 22, which is Plaintiff's Exhibit 922.  It is also in

12     our trial binder.

13              Dr. Sterrett, is this a 1973 safety standing

14     operating procedure for industrial solvents?

15     A.   That is what its title says.

16     Q.   May I direct your attention, Dr. Sterrett, where the Bates

17     Number ending in 619.

18     A.   Yes.

19     Q.   Do you see the box at the top right-hand corner of the

20     page, trichloroethylene?

21     A.   Yes, I do.

22     Q.   And is that TCE?

23     A.   That is TCE.

24     Q.   And under that box, do you see where it reads,

25     "Trichloroethylene" -- or TCE -- "shall not be used for any
```

1    purpose other than in a vapor degreas-" -- and it is cut off.

2    Presumably "degreaser," but we can't say for sure.

3              Do you see that?

4    A.   Yes.  You have read that correctly.

5    Q.   On the left, do you see a box labeled

6    "1,1,1-trichloroethane"?

7    A.   Yes.

8    Q.   Is that TCA?

9    A.   Yes.

10   Q.   Under that box, do you see the caption where it says,

11   "Inhibited 1,1,1-trichloroethane may also be called

12   Chlorothene or Chlorothene NU.  This solvent may be used for

13   general cleaning purposes.  Observe precautions noted on the

14   container label?

15   A.   Yes.

16   Q.   Dr. Dr. Sterrett, did you consider this document while

17   reaching your conclusion that the degreaser switched to TCA?

18   A.   I did.

19   Q.   Did you give it little weight?

20   A.   I did give it weight; but again, based on the testimony of

21   Mr. Borgelt, as well as the subsequent documents from

22   Lockheed, I thought -- and all the other evidence -- that

23   there was a switch.  I gave it less weight.

24   Q.   The 1969 document that you cite that has -- is that the

25   document that has the handwritten note "Chlorothene

-1208-

1    degreaser"?

2    A.   Yes.

3    Q.   Did Larry Borgelt write that note, as he stated in his

4    2008 deposition?

5    A.   I believe he did.

6    Q.   And another piece of evidence that you have to support the

7    switch is Mr. Borgelt's testimony; correct?

8    A.   Yes.

9    Q.   Aren't those two things evidence of the same -- aren't

10   those just two manifestations of the same evidence, Larry

11   Borgelt's handwriting on a document and Larry Borgelt's

12   testimony?

13   A.   I don't know the spatial differences of what he wrote on

14   that document versus his 2008 testimony.

15   Q.   But still it is -- I guess my point is it is still just

16   Mr. Borgelt's understanding; correct?  Both of those pieces of

17   evidence are just Mr. Borgelt's understanding?

18   A.   That is correct, but then we have the '65 document.  I'm

19   not sure that -- that is before Mr. Borgelt was employed.  And

20   then we have Mr. Spencer saying they switched in his

21   deposition.

22   Q.   Even Mr. Borgelt said that the degreaser still used TCE in

23   1965; isn't that right?

24   A.   He said it was being phased out when he got there.  He

25   said TCE was being phased out.  He wasn't specific, as I

1    recall, with respect to which process.

2    Q.  You don't recall him saying that the degreaser was the

3    last process to switch?

4    A.  I do not.

5    Q.  Dr. Sterrett, let me direct your attention to -- well,

6    let's see here.  Let me try to hurry this along.

7           Dr. Sterrett, I would like to move to the opinion that

8    you gave with regards to what led to the TCE plume, which is

9    surface dumping by employees.  Is that correct?

10   A.  I would have to say that is one of several.  I considered

11   other sources.  I believe my affidavit discusses other

12   potential sources.

13   Q.  So you would say that dumping by employees is one

14   potential source of the TCE in the plume; is that right?

15   A.  That's correct.

16   Q.  Let's discuss that.  You would agree that the plume that

17   we find, groundwater contamination that we find, is almost

18   exclusively TCE; correct?

19   A.  Yes.

20   Q.  You would agree that less than 1 percent of the hits,

21   samples, that were taken for TCA came back as positive for

22   TCA, for lack of a better term?

23   A.  I don't recall the exact percentage, but it was a small

24   percentage.

25   Q.  And you have seen other sites where there's lot of TCA in

1    the groundwater; isn't that correct?

2    A.   I have seen sites where there is -- I don't know how you

3    define "lots."

4    Q.   Understood.

5    A.   I have seen other sites where they have concentrations of

6    TCE.

7    Q.   Would you describe a plume like the one we see in the

8    Crafton-Redlands -- the Crafton-Redlands TCE plume, would you

9    describe that as a relatively unique plume based on your

10   experience?

11   A.   The only uniqueness I see to it is the fact that it is

12   detached.

13   Q.   Let's talk about your opinion regarding surface dumping.

14   Let's begin -- I think one of the employees that you cite to,

15   his depositions, is George Nelson White; is that correct?

16   A.   That is correct.

17   Q.   George Nelson White was a maintenance mechanic; isn't that

18   correct?

19   A.   That is correct.

20   Q.   Isn't it the case that George Nelson White testified that

21   mostly maintenance used Chlorothene or TCA?

22   A.   I believe he does testify to that, but then there is also

23   a process standard that shows in 1966 TCE was used in the

24   mixers as well.

25   Q.   In 1966?

1    A.   That's correct.

2    Q.   Is that for cleaning the mixers?

3    A.   It would be waste solvent that we mixed with propellant

4    and TCE and how to dispose of that and that that would be

5    coming from the mixers.

6         THE COURT:  What building are the mixers in?

7         THE WITNESS:  I'm sorry?

8         THE COURT:  What buildings were the mixers in?

9         THE WITNESS:  They were in a variety of buildings, but

10   the primary ones would be 52 -- there were mixers in -- was it

11   62?  I don't remember the litany, Your Honor, of all mixers,

12   where all of them were.

13        The laboratories had some small mixers, that type of

14   thing.  And those would be buildings 114 and 119.

15        BY MR. FOTOUHI:

16   Q.   So your opinion is that you would look to process

17   specifications and not to what employees said for what they

18   dumped?

19        THE COURT:  Everybody is guilty of that, they choose

20   when they want to.

21        THE WITNESS:  I think that TCA was probably the

22   chemical of preference starting in the -- sometime maybe in

23   the early '60s for the cleaning of mixers.  That's pretty

24   clear by most of the depositions and process.  There is that

25   one process document of 1966 that talks about TCE being used

1   in mixers and, more importantly, the resulting waste that

2   would come out.

3           BY MR. FOTOUHI:

4   Q.   That document is a safety standard, correct, not a process

5   document?

6   A.   You're correct.  It is a safety standard.

7           THE COURT:  Do we have an exhibit number?  Does anyone

8   know?

9           THE WITNESS:  It is number 46.

10          THE COURT:  U.S. 46?  U.S., is that right?

11          THE WITNESS:  I believe --

12          MS. ZILIOLI:  That's correct, Your Honor.

13          THE COURT:  All right.  Thank you.

14          THE WITNESS:  Also, Dr. Feenstra had it as one of his

15   attachments.

16          BY MR. FOTOUHI:

17  Q.   You recall George Nelson White stating that he dumped TCA

18   after cleaning the mixer in building 12; isn't that correct?

19  A.   I believe so.  I can't remember the number of times or the

20   volumes.

21  Q.   And you recall George Nelson White testifying that he and

22   other maintenance employees used TCA, not TCE, to clean parts

23   in the maintenance shop and that they would discharge that

24   solvent onto the rocks; isn't that correct?

25  A.   Yes.

1    Q.   Mr. White testified that he used TCA to clean the mixers

2    in building 114; isn't that right?

3    A.   I believe he did.

4    Q.   Do you recall Mr. White testifying that TCE was very

5    seldom used unless it had to be?

6    A.   Yes.  And I do recall him saying that -- I believe that

7    building 48 is where he was very specific about using TCE

8    there; but other places I believe he either didn't know what

9    chlorinated solvent he was using or he testified that he used

10   TCA.

11   Q.   And on a number of occasions George Nelson White states

12   that he dumped TCA but doesn't state how much; is that

13   correct?

14   A.   That's correct.

15   Q.   So just from looking at George Nelson White's testimony,

16   you can't say that he dumped more TCE than TCA; can you?

17   A.   As I sit here, I don't recall the various volumes and

18   locations.  I had that in my expert report, I believe, and

19   declaration.

20   Q.   You mentioned that George Nelson White stated that he used

21   TCE in building 48; isn't that right?

22   A.   I believe that's the case.

23   Q.   Do you recall reviewing the deposition testimony of

24   William Fuller?

25   A.   I do not.

1    Q.  George Nelson White worked at the site until 1975; isn't

2    that correct?

3    A.  I believe so.  I don't recall.

4    Q.  So if Larry Borgelt is to be believed, almost all the

5    solvent he would be using after the mid 1960s would be TCA;

6    isn't that right?

7    A.  Yes.

8    Q.  Let's talk about Earl Wessman.  You cite to his

9    depositions in your affidavit; isn't that correct?

10   A.  Yes.

11   Q.  Earl Wessman was also a maintenance mechanic; isn't that

12   right?

13   A.  That's correct.

14   Q.  Earl Wessman, at one point, testified that he dumped

15   solvent every day at building 119.  Do you remember that?

16   A.  Yes.

17   Q.  But then later, in a different deposition, he testified

18   that he didn't dump solvent every day at 119 because he didn't

19   have that much solvent to dispose of.  Isn't that correct?

20   A.  I don't recall that testimony.

21   Q.  I believe in his 1998 deposition, Mr. Wessman said -- we

22   can put it up on the screen, if you would like.  It is Wessman

23   1998, at 29 to 30.

24        "Question" -- this is the reporter reading back:

25   "Question:  What did you do with the spent TCE?  Answer:  I

-1215-

1       threw it on the rock pile behind 119.

2               "Answer:  Yes.

3               "Question:  That's what you did?"

4               "Answer:  Not every day.  We didn't have that much to

5       throw away."

6               Dr. Sterrett, isn't this a pretty significant

7       inconsistency in Mr. Wessman's testimony?

8       A.   Without looking at the whole transcript, that seems to be

9       inconsistent to his earlier testimony, which I believe he had

10      at the Water Board.  So that would have been like 1994.  Then

11      a little bit later, where he seems to be very certain that he

12      dumps on the north side of the building 19, he dumps between a

13      quart and 2 gallons a day at the same spot.

14      Q.   Dr. Sterrett, do you recall Mr. Wessman testifying, when

15      asked, do you ever recall using a solvent that was called

16      1,1,1-trichloroethane, he responded:  I -- that's probably

17      what I've been using right along, I don't know.

18      A.   I do recall that, but I also recall him testifying that he

19      remembered going to a tank that was labeled

20      trichloroethylene -- sorry -- TCE -- and getting his TCE,

21      5 gallons sometimes at a time from a 55-gallon drum labeled

22      TCE.

23      Q.   Earl Wessman worked at the site until 1973; correct?

24      A.   Correct.

25      Q.   So if Larry Borgelt is to be believed, Earl Wessman would

1   have been using TCA for somewhere in the neighborhood of 6 to

2   8 years; isn't that right?

3   A.   Well, I believe that there were probably limited uses of

4   TCE because Mr. Wessman testified that he would try to steal

5   it where he could to get his TCE.

6   Q.   Mr. Borgelt doesn't say that there were limited uses,

7   right?  He said they were all phased out?

8   A.   Being phased out, that's correct.

9   Q.   Mr. Wessman initially testified, isn't it right, that

10  there were black rocks or stained rocks outside of building

11  119, the high energy research lab?

12  A.   I believe that is building 114.

13  Q.   Well, I believe -- isn't it the case that initially in his

14  1994 deposition, he said the black rocks were outside of

15  building 119; and in his 1996 deposition, the black rocks were

16  outside of building 114, the propellant research laboratory, a

17  different building; isn't that correct?

18  A.   I don't recall.  I remember him testifying with respect to

19  the black rocks being outside of building 114, and that was

20  due to the propellant.

21  Q.   Do you recall Mr. Wessman testifying that TCE had an odor

22  worse than kerosene and a taste like kerosene?

23  A.   I do recall that testimony.

24  Q.   It's not the case that TCE smells like kerosene; isn't

25  that correct?

—1217—

1    A.   That's correct.

2    Q.   Do you recall Mr. Wessman testifying he worked at the LPC

3    facility until 1985?

4    A.   Well, I remembered his later testimony or later

5    deposition.  He was somewhat confused about those dates.

6    Q.   In fact, he insisted that he worked at the site for

7    12 years, until 1985, 10 years after the closure of the site;

8    isn't that right?

9    A.   That was several years after his initial depositions where

10   I think his state of memory was probably better than later.

11   But the same could be said of me, too.

12           THE COURT:  Okay.  I think we're getting close to the

13   time.  How much longer do you think you'll be?

14           MR. FOTOUHI:  Half hour, 45 minutes, Your Honor.

15           THE COURT:  We're not going to finish today.  I think

16   it is a perfectly good time to break.  We will resume at 10:00

17   tomorrow morning.  Our witnesses will include Dr. Sterrett,

18   Mr. Dull -- is that correct?

19           MR. SULLIVAN:  We anticipate Mr. Dull.  We were going

20   to try to do a reshuffling to accommodate a witness from

21   Lockheed.

22           THE COURT:  You don't have to take this down.  We can

23   discuss scheduling off the record.

24           (Proceedings adjourned at 4:26 p.m.)

25

1218

1    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3        I, Patricia A. Kaneshiro-Miller, certify that the

4    foregoing is a correct transcript from the record of

5    proceedings in the above-entitled matter.

6

7

8    ----------------------------------    -----------------------

9    PATRICIA A. KANESHIRO-MILLER                    DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'40s [4] - 1151:25, 1161:21, 1161:23, 1180:15
'50s [5] - 1134:20, 1135:15, 1151:25, 1161:21, 1161:24
'60s [6] - 1134:18, 1134:20, 1149:4, 1179:23, 1194:23, 1211:23
'65 [1] - 1208:18
'67 [1] - 1195:24
'69 [1] - 1195:24
'70s [1] - 1134:20
'79 [1] - 1148:19
'90s [2] - 1188:7, 1188:10
'93 [1] - 1205:16
'96 [4] - 1198:14, 1198:16, 1204:1, 1205:16

**0**

0.1 [1] - 1155:3
0019319 [1] - 1204:17
0913 [1] - 1204:9
0966 [1] - 1143:21

**1**

1 [9] - 1135:13, 1137:21, 1137:24, 1158:11, 1163:14, 1183:4, 1185:17, 1200:6, 1209:20
1,1,1 [1] - 1205:1
1,1,1-TCA [1] - 1197:18
1,1,1-trichloroethane [3] - 1207:6, 1207:11, 1215:16
10 [9] - 1137:21, 1137:24, 1148:18, 1153:16, 1177:20, 1177:25, 1180:4, 1180:24, 1217:7
10,000 [1] - 1139:10
100 [5] - 1137:25, 1142:2, 1145:4, 1145:11, 1182:15
10:00 [1] - 1217:16
11 [3] - 1155:2, 1162:20, 1163:14
1100 [2] - 1185:18, 1200:5

1112 [1] - 1153:1
1118 [1] - 1155:24
114 [5] - 1211:14, 1213:2, 1216:12, 1216:16, 1216:19
119 [7] - 1170:22, 1211:14, 1214:15, 1214:18, 1215:1, 1216:11, 1216:15
12 [5] - 1170:22, 1180:25, 1191:1, 1212:18, 1217:7
120 [3] - 1196:13, 1199:16, 1203:15
121 [1] - 1154:25
127 [1] - 1174:20
131 [1] - 1177:19
1357 [1] - 1149:20
141,697 [1] - 1170:21
15 [5] - 1152:24, 1156:18, 1157:6, 1191:2, 1204:15
1532 [1] - 1145:21
16 [3] - 1146:22, 1155:23, 1197:17
17 [1] - 1181:1
19 [2] - 1204:5, 1215:12
1940s [1] - 1161:17
1942 [1] - 1181:3
1947 [1] - 1181:11
1949 [1] - 1181:11
1950s [1] - 1161:17
1955 [3] - 1153:16, 1154:20, 1156:22
1960 [3] - 1165:2, 1165:4, 1176:12
1960s [1] - 1214:5
1962 [4] - 1141:7, 1141:11, 1142:14, 1190:17
1963 [3] - 1190:14, 1191:16, 1191:19
1964 [2] - 1155:24, 1156:2
1965 [5] - 1194:21, 1194:25, 1195:2, 1196:25, 1208:23
1966 [3] - 1194:23, 1197:18, 1210:23, 1210:25, 1211:25
1967 [3] - 1149:18, 1181:19, 1197:18
1969 [5] - 1148:18, 1195:5, 1195:18, 1197:1, 1207:24
1970 [6] - 1165:13, 1165:17, 1194:22, 1204:14, 1204:15, 1205:4

1971 [1] - 1143:16
1973 [2] - 1206:13, 1215:23
1975 [1] - 1214:1
1977 [1] - 1200:7
1979 [2] - 1147:10, 1147:15
1980 [2] - 1146:15, 1147:6
1980s [1] - 1179:17
1985 [2] - 1217:3, 1217:7
1993 [6] - 1165:17, 1195:19, 1197:1, 1203:16, 1203:17, 1205:9
1994 [2] - 1215:10, 1216:14
1996 [4] - 1195:23, 1201:16, 1205:11, 1216:15
1998 [2] - 1214:21, 1214:23

**2**

2 [8] - 1135:13, 1143:25, 1147:6, 1158:11, 1183:4, 1185:17, 1200:7, 1215:13
20 [2] - 1177:20, 1177:25
20,000 [1] - 1136:12
20/20 [1] - 1175:15
2008 [2] - 1208:4, 1208:14
22 [7] - 1196:12, 1197:12, 1197:13, 1203:11, 1203:22, 1203:23, 1206:11
22,000 [1] - 1136:16
24 [2] - 1158:8, 1173:23
24-hour [2] - 1154:5, 1154:8
245/20 [1] - 1167:20
246/3 [1] - 1167:20
25 [1] - 1139:10
270 [2] - 1154:7, 1158:8
277 [2] - 1162:20, 1163:14
29 [1] - 1214:23

**3**

3 [6] - 1135:13, 1157:2, 1157:6,

1157:8, 1173:13, 1186:9
30 [4] - 1132:9, 1132:10, 1172:14, 1214:23
30-plus [1] - 1192:24
319 [2] - 1204:17, 1204:20, 1204:24
33 [1] - 1192:22
34 [1] - 1192:22
359 [1] - 1154:25
37,000 [1] - 1153:6
38 [1] - 1155:2
3:09 [1] - 1180:5
3:25 [1] - 1180:5

**4**

4 [12] - 1149:16, 1149:23, 1150:1, 1157:2, 1157:6, 1157:8, 1159:9, 1159:10, 1173:13, 1182:14, 1190:24, 1190:25
4-inch [1] - 1189:10
40 [3] - 1150:19, 1151:7, 1155:1
41 [3] - 1150:3, 1150:5, 1150:17
42-page [1] - 1150:17
45 [1] - 1217:14
46 [2] - 1212:9, 1212:10
48 [2] - 1213:7, 1213:21
4:26 [1] - 1217:24

**5**

5 [6] - 1143:19, 1143:21, 1155:1, 1157:8, 1167:2, 1215:21
5,000 [4] - 1139:4, 1139:9, 1139:11, 1141:2
50 [6] - 1170:24, 1171:2, 1171:5, 1172:2, 1187:12, 1187:14
52 [2] - 1195:17, 1211:10
53,677 [1] - 1170:24
55-gallon [2] - 1191:18, 1215:21
579 [1] - 1191:4

**6**

6 [4] - 1131:6, 1137:25, 1162:20, 1216:1
6.5 [1] - 1131:10
619 [1] - 1206:17
62 [1] - 1211:11
62-24 [4] - 1138:25, 1139:1, 1139:2, 1140:24

**7**

7 [2] - 1143:25, 1203:13

**8**

8 [4] - 1131:6, 1137:21, 1170:22, 1216:2
8.5 [1] - 1131:10
806 [1] - 1196:10
841 [1] - 1186:8
88 [1] - 1170:13
882 [1] - 1190:23

**9**

9 [1] - 1145:2
900 [2] - 1185:18, 1200:5
909 [2] - 1168:6, 1169:3
91 [3] - 1188:22, 1189:19, 1191:12
913 [1] - 1204:6
922 [1] - 1206:11
965 [1] - 1154:4

**A**

abandoned [1] - 1154:3
able [4] - 1163:21, 1167:2, 1175:8, 1176:14
above-entitled [1] - 1218:5
absolutely [1] - 1175:22
absorbent [1] - 1144:1
absorbents [1] - 1144:6
acceptable [2] -

1175:10, 1176:12
**access** [3] - 1194:1, 1194:5, 1194:7
**accommodate** [1] - 1217:20
**According** [1] - 1153:18
**accordingly** [1] - 1183:10
**accurate** [1] - 1197:22
**acid** [1] - 1181:5
**acidity** [2] - 1131:4, 1131:14
**acres** [1] - 1136:12
**Act** [14] - 1129:1, 1129:2, 1129:12, 1130:7, 1130:21, 1132:11, 1132:16, 1132:20, 1137:2, 1161:19, 1180:13, 1181:11, 1182:22
**act** [1] - 1129:9
**activities** [1] - 1136:19
**activity** [3] - 1154:19, 1192:18, 1192:23
**acts** [1] - 1186:20
**actual** [1] - 1130:17
**add** [1] - 1181:12
**addition** [3] - 1193:3, 1195:19, 1195:23
**additional** [2] - 1140:6, 1198:25
**adequate** [1] - 1145:4
**adjourned** [1] - 1217:24
**admission** [2] - 1198:11, 1199:11
**adopt** [1] - 1184:7
**advice** [4] - 1150:24, 1151:3, 1151:6, 1151:17
**advices** [1] - 1151:3
**advised** [1] - 1202:2
**Aerojet** [19] - 1133:10, 1133:11, 1133:18, 1135:20, 1135:21, 1136:4, 1136:10, 1136:15, 1147:10, 1147:13, 1148:12, 1153:4, 1153:21, 1155:12, 1156:4, 1159:19, 1160:2, 1160:19, 1161:11
**affidavit** [8] - 1153:3, 1160:4, 1170:13, 1174:21, 1177:20, 1196:4, 1209:11, 1214:9
**afternoon** [6] - 1180:11, 1180:12,

1183:24, 1183:25, 1184:16, 1184:17
**agencies** [1] - 1205:18
**Agency** [1] - 1155:25
**ago** [1] - 1140:9
**agree** [17] - 1129:12, 1129:16, 1131:22, 1132:16, 1132:20, 1135:19, 1136:20, 1150:14, 1151:9, 1154:12, 1154:13, 1156:15, 1173:5, 1188:1, 1191:21, 1209:16, 1209:20
**ahead** [5] - 1143:22, 1159:15, 1173:11, 1190:15, 1190:16
**air** [2] - 1130:3, 1165:9
**AISLIC** [1] - 1160:18
**alleged** [2] - 1144:23, 1162:8
**alleges** [1] - 1186:19
**allocation** [3] - 1164:2, 1186:18, 1187:5
**allow** [3] - 1144:18, 1152:18, 1190:12
**allowed** [3] - 1143:8, 1177:20, 1191:20
**allowing** [1] - 1143:4
**almost** [4] - 1134:16, 1153:5, 1209:17, 1214:4
**American** [1] - 1149:17
**ammonium** [2] - 1153:24, 1154:7
**amount** [6] - 1136:11, 1185:19, 1202:6, 1202:8, 1202:12, 1202:18
**Ana** [2] - 1133:24, 1162:6
**analysis** [8] - 1141:20, 1142:8, 1147:9, 1147:14, 1152:11, 1154:23, 1156:3, 1157:23
**analyze** [1] - 1159:20
**Angeles** [4] - 1135:14, 1181:4, 1182:5, 1182:6
**annotation** [1] - 1189:2
**Answer** [1] - 1214:25
**answer** [10] - 1147:1, 1152:10, 1168:22, 1171:25, 1197:10, 1197:16, 1198:4, 1205:23, 1215:2,

1215:4
**answered** [2] - 1163:17, 1169:20
**answers** [3] - 1197:6, 1197:24, 1205:23
**anti** [1] - 1176:15
**anti-environment** [1] - 1176:15
**anticipate** [1] - 1217:19
**AP** [21] - 1136:24, 1141:4, 1151:11, 1152:14, 1152:21, 1153:6, 1154:10, 1155:11, 1157:3, 1157:9, 1160:9, 1160:12, 1160:16, 1160:22, 1161:13, 1174:6, 1179:25, 1180:1, 1188:2, 1188:4, 1188:12
**apologize** [2] - 1173:12, 1201:6
**apparent** [1] - 1135:6
**appear** [1] - 1155:7
**applicability** [1] - 1151:16
**application** [1] - 1148:17
**applications** [1] - 1135:17
**applied** [2] - 1135:15, 1143:15
**apply** [1] - 1182:25
**approaching** [1] - 1136:12
**appropriate** [5] - 1132:13, 1144:4, 1144:12, 1163:9, 1182:24
**aqueous** [2] - 1153:23, 1154:6
**area** [7] - 1156:4, 1158:21, 1173:7, 1173:14, 1181:8, 1194:3
**Area** [1] - 1158:2
**areas** [2] - 1150:11, 1182:20
**argue** [1] - 1187:24
**arguments** [1] - 1187:20
**Army** [1] - 1179:7
**arrive** [2] - 1129:4, 1129:6
**ashes** [1] - 1150:12
**assessment** [1] - 1158:5
**Association** [1] - 1149:17

**assume** [3] - 1190:1, 1196:3, 1197:19
**assumes** [1] - 1200:8
**assumption** [2] - 1132:23, 1132:24
**atmosphere** [2] - 1144:18, 1164:23
**attached** [2] - 1154:4, 1196:4
**attachment** [1] - 1199:17
**attachments** [1] - 1212:15
**attention** [10] - 1150:2, 1153:17, 1154:23, 1156:8, 1156:11, 1170:12, 1191:1, 1204:16, 1206:16, 1209:5
**attributed** [1] - 1159:7
**authority** [1] - 1132:5
**autonomous** [1] - 1134:3
**available** [4] - 1134:25, 1151:20, 1151:25, 1179:24
**average** [1] - 1182:14
**avoid** [1] - 1145:3
**aware** [12] - 1131:16, 1142:4, 1142:21, 1154:14, 1154:19, 1159:24, 1160:25, 1161:19, 1173:22, 1178:24, 1179:16, 1179:19
**awareness** [1] - 1165:10
**Azusa** [1] - 1133:15

## B

**backfill** [1] - 1189:5
**bacteriologically** [1] - 1173:3
**bad** [3] - 1140:11, 1180:23, 1186:20
**balanced** [2] - 1166:11, 1166:13
**ball** [1] - 1187:12
**ban** [1] - 1129:3
**bank** [1] - 1189:4
**bare** [7] - 1160:6, 1170:22, 1172:3, 1174:18, 1176:9, 1179:17, 1186:21
**Baron** [1] - 1201:17
**Baron-Blakeslee** [1] - 1201:17
**based** [11] - 1133:22,

1134:13, 1139:7, 1139:12, 1164:4, 1182:2, 1197:21, 1201:2, 1205:20, 1207:20, 1210:9
**bases** [1] - 1182:7
**basin** [4] - 1175:25, 1181:5, 1182:15, 1183:6
**Basin** [1] - 1182:6
**basis** [8] - 1134:14, 1141:15, 1141:18, 1143:12, 1160:23, 1186:5, 1193:10, 1202:7
**batch** [1] - 1180:23
**Bates** [6] - 1191:2, 1191:3, 1204:16, 1204:18, 1204:24, 1206:16
**Bauer** [48] - 1129:2, 1129:12, 1129:16, 1130:7, 1132:10, 1140:24, 1143:12, 1143:24, 1143:25, 1147:3, 1149:16, 1150:7, 1150:14, 1152:25, 1153:4, 1153:17, 1154:22, 1155:5, 1155:10, 1155:24, 1156:2, 1156:11, 1159:19, 1160:6, 1161:15, 1162:6, 1162:10, 1162:23, 1163:13, 1163:14, 1163:17, 1163:24, 1164:12, 1167:6, 1168:5, 1169:11, 1169:20, 1170:12, 1170:15, 1173:5, 1173:18, 1173:22, 1178:2, 1178:24, 1179:16, 1180:11, 1180:13
**Bauer's** [1] - 1168:8
**Bay** [2] - 1158:2, 1182:5
**Beach** [1] - 1181:7
**became** [1] - 1183:4
**bed** [1] - 1137:22
**began** [1] - 1179:18
**begin** [2] - 1187:14, 1210:14
**behind** [10] - 1143:19, 1149:16, 1149:23, 1150:1, 1153:2, 1153:3, 1155:23, 1204:5, 1206:11, 1215:1

**belief** [1] - 1138:8
**belive** [1] - 1186:17
**below** [1] - 1189:9
**beneficial** [1] - 1156:6
**benefit** [1] - 1175:15
**best** [1] - 1175:15
**better** [9] - 1173:15, 1175:14, 1176:1, 1176:8, 1176:18, 1176:25, 1209:22, 1217:10
**between** [11] - 1134:2, 1167:7, 1167:10, 1167:18, 1167:19, 1167:22, 1169:21, 1169:24, 1194:21, 1203:4, 1215:12
**beyond** [2] - 1152:20, 1187:11
**big** [2] - 1171:10, 1188:1
**big-time** [1] - 1188:1
**binder** [21] - 1143:20, 1145:20, 1145:21, 1145:25, 1149:17, 1149:23, 1152:24, 1153:2, 1168:6, 1169:4, 1169:5, 1169:6, 1177:12, 1177:14, 1184:11, 1184:12, 1186:9, 1186:10, 1190:24, 1204:7, 1206:12
**binders** [4] - 1180:6, 1180:7, 1184:13, 1190:25
**bit** [6] - 1133:10, 1162:6, 1172:23, 1177:11, 1186:6, 1215:11
**bits** [1] - 1151:10
**black** [4] - 1216:10, 1216:14, 1216:15, 1216:19
**Blackman** [1] - 1203:20
**Blakeslee** [2] - 1201:17
**blaming** [1] - 1175:12
**board** [21] - 1131:16, 1133:19, 1134:1, 1134:5, 1134:8, 1134:9, 1135:11, 1135:15, 1135:16, 1135:19, 1135:21, 1136:25, 1137:1, 1137:4, 1138:13, 1139:22, 1140:25, 1151:4, 1153:19, 1181:24, 1181:25

**Board** [26] - 1129:3, 1129:13, 1129:16, 1130:8, 1130:9, 1131:22, 1132:5, 1132:11, 1133:8, 1133:24, 1133:25, 1135:14, 1138:23, 1140:24, 1145:23, 1146:3, 1146:14, 1146:21, 1147:21, 1148:6, 1148:8, 1153:14, 1154:19, 1159:7, 1161:1, 1215:10
**Board's** [1] - 1129:22
**boards** [10] - 1133:21, 1134:3, 1134:14, 1134:15, 1135:4, 1135:16, 1137:15, 1138:8, 1182:25
**bocce** [1] - 1174:15
**Borgelt** [8] - 1193:14, 1207:21, 1208:3, 1208:19, 1208:22, 1214:4, 1215:25, 1216:6
**Borgelt's** [1] - 1193:3, 1193:6, 1193:12, 1205:6, 1208:7, 1208:11, 1208:16, 1208:17
**boron** [1] - 1155:2
**bottom** [6] - 1145:2, 1150:21, 1153:10, 1153:18, 1155:15, 1186:18
**bottoms** [1] - 1143:7
**bought** [2] - 1136:11, 1186:15
**boundaries** [2] - 1133:22, 1182:2
**box** [4] - 1206:19, 1206:24, 1207:5, 1207:10
**break** [3] - 1145:20, 1178:16, 1217:16
**breaking** [1] - 1166:24
**breathing** [1] - 1145:3
**brief** [1] - 1176:23
**briefly** [2] - 1198:10, 1199:22
**broken** [1] - 1183:4
**buckets** [1] - 1191:17
**build** [1] - 1164:23
**building** [24] - 1145:10, 1187:16, 1188:22, 1189:19, 1190:21, 1191:8, 1191:12, 1191:14, 1191:23, 1195:5,

1195:17, 1211:6, 1212:18, 1213:2, 1213:7, 1213:21, 1214:15, 1215:12, 1216:10, 1216:12, 1216:15, 1216:16, 1216:17, 1216:19
**buildings** [5] - 1150:11, 1170:22, 1211:8, 1211:9, 1211:14
**bulletin** [1] - 1155:25
**Bulletin** [1] - 1149:18
**burden** [3] - 1199:7, 1199:10, 1199:11
**burial** [1] - 1161:15
**burn** [26] - 1136:25, 1138:3, 1138:5, 1138:20, 1141:10, 1141:11, 1141:25, 1142:6, 1142:16, 1142:18, 1142:19, 1142:22, 1150:23, 1173:18, 1173:23, 1173:24, 1174:14, 1175:3, 1177:21, 1178:7, 1178:8, 1179:8, 1179:18, 1179:21, 1179:22
**burned** [3] - 1143:8, 1143:10, 1174:18
**burning** [15] - 1141:1, 1141:8, 1141:17, 1142:15, 1143:3, 1143:5, 1143:10, 1145:19, 1160:6, 1165:24, 1174:22, 1175:4, 1179:17
**bury** [2] - 1144:2, 1144:17
**buy** [1] - 1186:12
**buyers** [2] - 1149:6, 1149:9
**BY** [35] - 1129:11, 1131:13, 1135:2, 1140:23, 1149:15, 1149:25, 1152:5, 1155:19, 1159:18, 1160:11, 1161:14, 1162:5, 1162:22, 1164:11, 1167:5, 1170:11, 1172:1, 1173:4, 1173:17, 1177:18, 1178:23, 1179:15, 1180:10, 1181:16, 1183:23, 1184:15, 1188:18, 1196:15, 1199:21, 1204:3, 1204:10, 1206:9, 1211:15,

1212:3, 1212:16

## C

**Cabernet** [3] - 1167:18, 1167:22, 1169:24
**calculate** [1] - 1171:20
**calculation** [1] - 1200:8
**calculations** [3] - 1170:16, 1170:19, 1189:25
**California** [22] - 1131:9, 1133:21, 1134:23, 1138:21, 1142:5, 1143:9, 1143:11, 1145:22, 1146:14, 1155:25, 1159:20, 1160:8, 1160:12, 1160:16, 1180:14, 1180:18, 1181:13, 1182:12, 1182:16, 1183:1, 1195:20, 1203:19
**Camp** [2] - 1152:6, 1152:7
**cannot** [1] - 1135:23
**Canyon** [1] - 1142:14
**capability** [1] - 1152:20
**caption** [1] - 1207:10
**careful** [2] - 1165:18, 1166:6
**carefully** [1] - 1152:17
**carry** [1] - 1199:11
**case** [43] - 1131:20, 1141:7, 1142:9, 1145:3, 1152:12, 1153:4, 1156:2, 1159:22, 1162:7, 1162:12, 1162:14, 1164:7, 1165:6, 1168:20, 1172:2, 1174:21, 1175:9, 1175:10, 1176:17, 1177:6, 1179:5, 1179:20, 1184:2, 1184:20, 1185:6, 1185:9, 1186:22, 1188:21, 1189:18, 1190:7, 1193:7, 1193:16, 1193:19, 1194:5, 1200:12, 1200:17, 1200:22, 1202:5, 1202:17, 1210:20, 1213:22, 1216:13, 1216:24
**cases** [7] - 1130:12, 1130:23, 1133:3,

1150:9, 1183:2, 1196:21
**category** [1] - 1134:24
**caused** [2] - 1180:13, 1187:24
**causing** [1] - 1158:6
**cautiously** [1] - 1150:13
**Cayucos** [1] - 1183:8
**Center** [2] - 1178:25, 1179:3
**centimeters** [1] - 1137:22
**central** [1] - 1182:17
**Central** [4] - 1133:23, 1153:13, 1182:5, 1182:7
**CERCLA** [1] - 1164:2
**certain** [4] - 1171:16, 1176:20, 1194:18, 1215:11
**certainly** [6] - 1142:18, 1151:25, 1175:5, 1175:7, 1189:24, 1205:19
**certainty** [2] - 1178:4, 1184:5
**CERTIFICATE** [1] - 1218:1
**certify** [1] - 1218:3
**chance** [1] - 1198:17
**change** [4] - 1159:17, 1162:6, 1195:21, 1195:24
**changed** [1] - 1197:17
**changing** [1] - 1205:8
**characterize** [1] - 1200:3
**charge** [1] - 1154:1
**cheap** [1] - 1136:13
**Chemical** [7] - 1131:8, 1143:14, 1147:24, 1148:25, 1149:18, 1201:23, 1202:1
**chemical** [9] - 1136:18, 1136:19, 1136:21, 1143:15, 1147:17, 1147:18, 1147:24, 1151:2, 1211:22
**chemist** [1] - 1171:17
**chloride** [2] - 1139:17, 1181:6
**chlorides** [1] - 1155:1
**chlorinate** [2] - 1141:5, 1161:12
**chlorinated** [2] - 1165:3, 1213:9
**Chlorothene** [6] - 1205:1, 1206:2,

1207:12, 1207:25, 1210:21
**choose** [1] - 1211:19
**chose** [1] - 1176:4
**chosen** [1] - 1192:25
**cite** [3] - 1207:24, 1210:14, 1214:8
**city** [2] - 1131:7, 1182:3
**claimed** [1] - 1192:22
**claiming** [1] - 1164:6
**class** [10] - 1135:13, 1137:7, 1137:8, 1137:9, 1137:18, 1143:9, 1183:3, 1183:4
**classification** [1] - 1183:3
**classifications** [1] - 1135:12
**clay** [2] - 1137:22, 1182:18
**clean** [4] - 1144:5, 1191:15, 1212:22, 1213:1
**cleaning** [6] - 1144:9, 1154:1, 1207:13, 1211:2, 1211:23, 1212:18
**clear** [8] - 1133:11, 1192:6, 1193:5, 1194:4, 1202:22, 1203:4, 1211:24
**clearly** [1] - 1183:6
**clip** [2] - 1168:4, 1168:7
**clips** [1] - 1168:12
**clog** [3] - 1201:8, 1201:10, 1201:11
**close** [4] - 1149:5, 1154:10, 1187:13, 1217:12
**closed** [1] - 1180:25
**closer** [1] - 1198:17
**closure** [1] - 1217:7
**cloths** [1] - 1144:6
**club** [1] - 1134:17
**Coast** [2] - 1182:5, 1182:15
**Cologne** [4] - 1129:4, 1129:6, 1129:9, 1130:20
**colorless** [1] - 1202:23
**combustible** [2] - 1150:11, 1151:10
**coming** [5] - 1140:13, 1147:15, 1169:3, 1200:23, 1211:5
**common** [3] - 1182:4,

1194:9, 1194:12
**commonly** [1] - 1195:20
**communication** [2] - 1135:24, 1153:11
**community** [1] - 1147:14
**company** [3] - 1180:21, 1197:10, 1203:14
**compare** [1] - 1159:21
**compared** [3] - 1135:18, 1164:9, 1183:7
**comparing** [1] - 1173:6
**compelling** [2] - 1198:5, 1198:19
**complete** [1] - 1144:24
**completely** [2] - 1141:9, 1144:21
**compliance** [1] - 1132:7
**compounds** [6] - 1141:3, 1148:8, 1150:19, 1150:24, 1151:4, 1151:7
**concentrated** [1] - 1152:18
**concentration** [8] - 1130:6, 1130:8, 1130:9, 1131:17, 1145:11, 1154:10, 1155:11, 1185:18
**concentrations** [6] - 1155:2, 1165:14, 1165:15, 1165:16, 1200:5, 1210:5
**concept** [3] - 1135:13, 1140:13, 1201:13
**concern** [4] - 1131:2, 1158:23, 1158:25, 1159:4
**concerns** [1] - 1159:10
**conclude** [1] - 1166:8
**concluded** [2] - 1186:23, 1197:20
**conclusion** [9] - 1136:2, 1165:21, 1165:22, 1165:23, 1185:1, 1193:7, 1193:10, 1205:4, 1207:17
**conclusions** [2] - 1165:6, 1182:24
**Conclusions** [1] - 1155:4
**condensate** [2] -

1190:1, 1200:4
**conditions** [3] - 1155:9, 1171:16, 1182:11
**conduct** [1] - 1142:8
**conducted** [4] - 1156:3, 1175:1, 1179:17, 1192:1
**conducting** [1] - 1174:22
**confidence** [1] - 1176:11
**confirm** [1] - 1135:23
**confused** [2] - 1138:18, 1217:5
**consider** [2] - 1177:13, 1207:16
**consideration** [2] - 1177:1, 1205:5
**considered** [1] - 1209:10
**consist** [1] - 1154:5
**consists** [1] - 1153:23
**construct** [1] - 1129:14
**constructed** [1] - 1137:14
**contain** [1] - 1184:4
**container** [1] - 1207:14
**contaminant** [2] - 1131:2, 1140:9
**contaminants** [1] - 1151:10
**contaminated** [1] - 1152:21
**contamination** [21] - 1139:6, 1144:7, 1144:14, 1145:9, 1157:9, 1159:25, 1160:7, 1160:12, 1160:17, 1160:22, 1174:6, 1178:5, 1180:17, 1180:18, 1181:6, 1184:23, 1185:6, 1185:8, 1186:20, 1186:24, 1209:17
**contemplated** [1] - 1142:17
**contemplates** [1] - 1150:15
**context** [2] - 1146:18, 1168:4
**continue** [3] - 1140:22, 1149:13, 1188:15
**continuing** [2] - 1144:16, 1148:22
**contract** [1] - 1176:5

**contracted** [1] - 1158:4
**contractor** [1] - 1142:4
**contribute** [3] - 1185:11, 1185:19, 1199:24
**contributed** [1] - 1160:21
**control** [6] - 1135:4, 1145:4, 1165:9, 1165:10, 1181:13, 1182:8
**Control** [6] - 1133:23, 1146:3, 1146:14, 1146:21, 1153:14, 1195:20
**conversation** [1] - 1168:10
**copy** [1] - 1146:4
**cord** [1] - 1174:15
**Cordova** [8] - 1133:11, 1133:18, 1136:4, 1136:10, 1136:11, 1147:10, 1147:14, 1159:19
**corner** [1] - 1206:19
**corporation** [1] - 1198:12
**correct** [76] - 1129:3, 1129:4, 1130:11, 1130:16, 1131:23, 1131:24, 1132:6, 1132:15, 1135:22, 1136:2, 1136:14, 1140:2, 1143:3, 1150:16, 1151:12, 1151:17, 1155:16, 1160:14, 1160:17, 1161:11, 1161:12, 1162:13, 1170:17, 1171:12, 1174:6, 1184:24, 1185:3, 1187:12, 1188:25, 1189:1, 1190:9, 1191:23, 1192:20, 1192:24, 1193:8, 1193:9, 1194:19, 1194:20, 1196:18, 1196:19, 1196:21, 1200:10, 1202:22, 1205:17, 1206:8, 1208:7, 1208:16, 1208:18, 1209:9, 1209:15, 1209:18, 1210:1, 1210:15, 1210:16, 1210:18, 1210:19, 1211:1, 1212:4, 1212:6, 1212:12, 1212:18,

1212:24, 1213:13, 1213:14, 1214:2, 1214:9, 1214:13, 1214:19, 1215:23, 1215:24, 1216:8, 1216:17, 1216:25, 1217:1, 1217:18, 1218:4
**correctly** [3] - 1189:7, 1200:21, 1207:4
**costs** [12] - 1164:6, 1186:22, 1188:1, 1188:4, 1188:6, 1188:7, 1188:9, 1188:10, 1188:11, 1188:12
**counsel** [1] - 1179:8
**counsel's** [1] - 1140:8
**counter** [2] - 1189:21, 1205:9
**county** [2] - 1182:3, 1182:9
**couple** [1] - 1201:22
**COURT** [182] - 1129:7, 1129:25, 1131:7, 1134:18, 1136:24, 1137:8, 1137:10, 1137:17, 1138:1, 1138:3, 1138:5, 1138:10, 1138:14, 1138:16, 1138:18, 1138:22, 1139:1, 1139:3, 1139:6, 1139:9, 1139:14, 1139:20, 1139:23, 1139:25, 1140:3, 1140:8, 1140:19, 1140:21, 1143:14, 1143:18, 1143:21, 1145:21, 1146:2, 1146:6, 1146:20, 1146:23, 1147:1, 1147:6, 1147:12, 1147:20, 1147:23, 1148:4, 1148:9, 1148:13, 1148:19, 1148:25, 1149:3, 1149:6, 1149:9, 1149:12, 1149:14, 1149:20, 1149:22, 1151:19, 1155:17, 1156:15, 1156:25, 1157:2, 1157:5, 1157:11, 1157:14, 1157:19, 1157:25, 1158:5, 1158:15, 1158:23, 1159:1, 1159:3, 1159:6, 1159:12, 1159:15, 1160:9, 1161:4,

1161:7, 1161:10, 1161:25, 1162:3, 1163:5, 1163:12, 1163:25, 1164:4, 1166:19, 1166:22, 1166:24, 1167:1, 1167:4, 1167:21, 1167:25, 1168:11, 1168:24, 1169:2, 1169:5, 1169:7, 1169:12, 1169:22, 1170:2, 1170:5, 1170:10, 1171:23, 1172:13, 1172:19, 1172:24, 1173:9, 1173:13, 1175:7, 1175:12, 1175:18, 1175:23, 1176:3, 1176:7, 1176:11, 1177:5, 1177:8, 1177:15, 1177:17, 1178:3, 1178:9, 1178:14, 1178:17, 1178:19, 1178:22, 1179:1, 1179:4, 1179:11, 1180:3, 1180:6, 1180:8, 1180:19, 1183:12, 1183:14, 1186:12, 1186:15, 1186:18, 1187:4, 1187:8, 1187:18, 1188:1, 1188:4, 1188:6, 1188:13, 1188:16, 1195:11, 1195:13, 1195:15, 1196:1, 1196:7, 1196:14, 1197:5, 1197:9, 1197:13, 1197:15, 1197:23, 1198:8, 1198:11, 1198:16, 1198:24, 1199:4, 1199:7, 1199:10, 1199:15, 1199:19, 1203:11, 1203:15, 1203:17, 1203:21, 1203:24, 1204:2, 1204:9, 1205:22, 1206:2, 1206:4, 1206:6, 1211:6, 1211:8, 1211:19, 1212:7, 1212:10, 1212:13, 1217:12, 1217:15, 1217:22, 1218:1
**court** [1] - 1129:7
**cover** [1] - 1193:25
**covered** [1] - 1137:2
**covers** [1] - 1150:18
**Crafton** [2] - 1210:8

**Crafton-Redlands** [2] - 1210:8
**create** [3] - 1137:5, 1158:14, 1178:7
**creating** [1] - 1137:3
**credit** [1] - 1192:25
**Creek** [1] - 1183:8
**criteria** [10] - 1131:10, 1134:22, 1137:12, 1137:13, 1137:24, 1140:7, 1150:19, 1150:21, 1152:20, 1154:6
**CROSS** [1] - 1184:14
**CROSS-EXAMINATION** [1] - 1184:14
**crossed** [1] - 1195:4
**culpability** [2] - 1175:18, 1176:24
**culpable** [1] - 1187:21
**cut** [3] - 1186:2, 1189:8, 1207:1
**cut-away** [1] - 1189:8

# D

**daily** [1] - 1145:5
**danger** [1] - 1150:8
**date** [2] - 1153:16, 1203:21
**DATE** [1] - 1218:9
**dated** [1] - 1147:6
**dates** [1] - 1217:5
**David** [1] - 1163:13
**days** [2] - 1180:25, 1198:1
**deal** [1] - 1145:16
**dealing** [4] - 1147:15, 1148:8, 1150:21, 1172:14
**declaration** [9] - 1131:20, 1132:9, 1132:10, 1133:12, 1184:1, 1184:4, 1184:7, 1199:18, 1213:19
**deep** [2] - 1172:17, 1174:16
**define** [1] - 1210:3
**degradation** [2] - 1172:22, 1172:24
**degrade** [1] - 1173:1
**degreas** [1] - 1207:1
**degreaser** [57] - 1170:8, 1170:9, 1184:20, 1184:22, 1185:2, 1185:5, 1185:8, 1185:10,

1185:22, 1185:23, 1186:4, 1186:7, 1186:16, 1186:25, 1187:2, 1188:21, 1189:3, 1189:9, 1189:19, 1190:8, 1190:11, 1190:12, 1190:13, 1190:18, 1190:19, 1191:12, 1191:15, 1192:8, 1192:14, 1193:4, 1193:14, 1193:22, 1194:9, 1194:12, 1194:16, 1194:18, 1194:22, 1195:17, 1197:16, 1197:17, 1199:3, 1199:24, 1200:9, 1200:23, 1201:15, 1201:18, 1204:5, 1205:2, 1205:4, 1205:25, 1207:2, 1207:17, 1208:1, 1208:22, 1209:2
**degreasers** [4] - 1200:7, 1201:20, 1205:1, 1206:4
**degreasing** [1] - 1154:2
**degree** [6] - 1159:25, 1176:20, 1178:4, 1181:2, 1184:5
**Delta** [1] - 1182:5
**demarcation** [1] - 1203:4
**Department** [5] - 1138:21, 1153:12, 1155:25, 1156:3, 1195:20
**departmental** [1] - 1153:11
**depict** [1] - 1189:20
**depicted** [1] - 1188:24
**depicts** [2] - 1188:21, 1189:18
**depo** [1] - 1168:7
**deposed** [1] - 1193:7
**deposition** [26] - 1156:24, 1166:8, 1166:15, 1168:4, 1168:8, 1168:13, 1168:18, 1168:21, 1169:8, 1169:11, 1169:14, 1192:3, 1192:21, 1193:20, 1194:8, 1196:17, 1204:8, 1204:22, 1208:4, 1208:21, 1213:23, 1214:17, 1214:21, 1216:14,

1216:15, 1217:5
**Deposition** [1] - 1163:13
**depositions** [5] - 1205:6, 1210:15, 1211:24, 1214:9, 1217:9
**Depot** [2] - 1179:7, 1179:10
**describe** [3] - 1134:2, 1210:7, 1210:9
**described** [2] - 1139:5, 1202:9
**designed** [1] - 1200:20
**desk** [1] - 1156:10
**despite** [2] - 1185:20, 1191:18
**detached** [1] - 1210:12
**detail** [2] - 1159:23, 1160:1
**detected** [1] - 1185:12
**detection** [1] - 1157:12
**determination** [1] - 1163:21
**determined** [2] - 1156:5, 1200:13
**diagram** [10] - 1188:19, 1188:21, 1188:24, 1189:2, 1189:18, 1189:20, 1189:23, 1193:1, 1194:7, 1195:6
**Dickey** [14] - 1129:1, 1129:2, 1129:12, 1130:7, 1130:21, 1132:11, 1132:16, 1132:20, 1137:2, 1161:19, 1180:13, 1181:10, 1181:11, 1182:22
**die** [1] - 1145:12
**difference** [11] - 1167:7, 1167:10, 1167:12, 1167:17, 1167:18, 1167:19, 1167:22, 1169:15, 1169:21, 1169:24, 1173:6
**differences** [1] - 1208:13
**different** [12] - 1133:18, 1133:25, 1136:5, 1150:19, 1150:20, 1159:12, 1168:22, 1202:25, 1203:10, 1204:18, 1214:17, 1216:17

**difficult** [1] - 1167:6
**diffuser** [2] - 1130:4, 1130:6
**dimensions** [1] - 1132:1
**dimethyldeth** [2] - 1140:17
**direct** [12] - 1129:1, 1150:2, 1153:17, 1154:23, 1156:8, 1156:11, 1165:19, 1191:1, 1204:16, 1206:10, 1206:16, 1209:5
**DIRECT** [1] - 1183:22
**directed** [1] - 1173:22
**direction** [1] - 1177:24
**directives** [3] - 1142:21, 1142:23, 1143:1
**directly** [1] - 1189:9
**director** [1] - 1146:13
**discharge** [35] - 1129:3, 1130:4, 1130:5, 1130:17, 1130:19, 1130:20, 1131:5, 1131:9, 1131:10, 1132:18, 1132:22, 1133:1, 1133:2, 1139:4, 1139:12, 1140:13, 1140:14, 1140:15, 1140:16, 1140:18, 1142:5, 1142:13, 1154:15, 1155:10, 1161:1, 1182:24, 1185:19, 1201:8, 1202:4, 1202:17, 1203:1, 1212:23
**discharged** [2] - 1150:8, 1154:2
**discharger** [15] - 1129:13, 1129:17, 1129:19, 1129:23, 1131:23, 1131:25, 1132:6, 1132:12, 1132:17, 1132:21, 1132:23, 1132:24, 1133:7, 1135:6
**discharges** [7] - 1154:9, 1154:16, 1185:16, 1199:25, 1200:4, 1200:6
**discharging** [2] - 1153:5, 1181:5
**disclose** [2] - 1140:1, 1140:10
**disclosures** [1] - 1132:13
**discovered** [1] -

1201:11

**discuss** [4] - 1178:20, 1190:3, 1209:16, 1217:23

**discussed** [2] - 1156:24, 1201:24

**discusses** [1] - 1209:11

**discussing** [1] - 1168:9

**discussion** [1] - 1169:13

**Discussion** [2] - 1146:19, 1147:7

**disk** [3] - 1145:25, 1149:24, 1184:13

**disposal** [12] - 1135:12, 1142:22, 1143:9, 1144:4, 1144:12, 1144:16, 1145:13, 1150:3, 1150:6, 1150:16, 1150:19, 1183:3

**dispose** [5] - 1141:12, 1143:2, 1148:17, 1211:4, 1214:19

**disposed** [4] - 1142:15, 1165:24, 1190:20, 1191:7

**disposing** [2] - 1144:25, 1145:14

**dissolved** [5] - 1130:3, 1154:25, 1200:8, 1200:9, 1200:15

**distance** [1] - 1144:19

**distillation** [1] - 1152:17

**district** [1] - 1165:10

**districts** [1] - 1182:8

**divided** [3] - 1181:24, 1181:25, 1182:1

**Division** [1] - 1153:12

**document** [73] - 1146:5, 1147:1, 1149:16, 1150:2, 1150:15, 1150:17, 1150:18, 1151:1, 1151:7, 1151:17, 1151:22, 1153:11, 1155:23, 1156:9, 1156:10, 1156:14, 1156:16, 1156:18, 1156:21, 1156:23, 1157:6, 1159:8, 1165:20, 1168:4, 1168:9, 1168:15, 1168:18, 1168:19, 1168:20, 1168:22, 1168:25, 1169:17, 1169:18, 1170:3,

1190:10, 1190:14, 1190:17, 1191:2, 1191:19, 1191:22, 1193:2, 1194:24, 1195:22, 1196:1, 1196:25, 1197:1, 1198:5, 1198:19, 1202:1, 1202:3, 1202:10, 1202:21, 1204:4, 1204:5, 1204:7, 1204:21, 1205:3, 1205:9, 1205:10, 1205:11, 1205:13, 1205:14, 1206:10, 1207:16, 1207:24, 1207:25, 1208:11, 1208:14, 1208:18, 1211:25, 1212:4, 1212:5

**documentation** [1] - 1201:14

**documented** [1] - 1171:11

**documents** [23] - 1136:1, 1165:1, 1166:11, 1166:13, 1177:10, 1177:12, 1184:12, 1190:8, 1196:13, 1196:23, 1197:8, 1197:21, 1199:1, 1199:2, 1201:22, 1201:25, 1205:7, 1205:12, 1205:15, 1205:16, 1205:17, 1205:21, 1207:21

**DOD** [2] - 1142:4, 1160:20

**domestic** [2] - 1155:7, 1155:13

**done** [6] - 1137:1, 1137:16, 1148:10, 1148:14, 1152:11, 1191:19

**doubt** [1] - 1170:5

**Dow** [11] - 1131:8, 1131:19, 1142:21, 1143:14, 1143:16, 1147:24, 1148:5, 1148:25, 1201:23, 1201:25, 1202:2

**down** [19] - 1150:21, 1158:21, 1163:6, 1165:14, 1166:4, 1166:9, 1172:17, 1173:25, 1174:2, 1174:7, 1174:8, 1174:14, 1174:15, 1175:4, 1180:25, 1189:8, 1194:3,

1217:22

**Dr** [38] - 1183:17, 1183:24, 1184:1, 1184:16, 1184:19, 1186:1, 1186:9, 1186:23, 1188:19, 1189:6, 1189:12, 1189:16, 1189:18, 1190:24, 1191:1, 1191:9, 1196:16, 1197:8, 1197:20, 1199:18, 1199:22, 1201:22, 1203:9, 1204:4, 1204:13, 1204:21, 1205:3, 1206:10, 1206:13, 1206:16, 1207:16, 1209:5, 1209:7, 1212:14, 1215:6, 1215:14, 1217:17

**drafters** [2] - 1205:12, 1205:14

**draftsman's** [2] - 1189:10, 1189:14

**drain** [31] - 1185:2, 1185:21, 1186:7, 1188:24, 1189:4, 1189:11, 1189:15, 1189:19, 1189:21, 1189:22, 1189:25, 1190:4, 1190:8, 1190:13, 1190:20, 1191:7, 1191:12, 1191:22, 1192:4, 1192:12, 1192:13, 1192:14, 1192:15, 1192:17, 1193:4, 1194:11, 1194:12, 1203:8

**drains** [5] - 1150:8, 1182:4, 1194:9, 1194:10, 1194:12

**dramatically** [2] - 1155:11, 1172:2

**drawings** [1] - 1185:20

**dredger** [1] - 1154:3

**drilling** [1] - 1181:8

**dropped** [1] - 1165:24

**drum** [1] - 1215:21

**drumming** [3] - 1187:8, 1187:9

**drums** [1] - 1191:18

**dry** [2] - 1143:8, 1150:12

**DT** [1] - 1203:19

**DTSC** [2] - 1195:21, 1197:2

**due** [2] - 1173:2, 1216:20

**dull** [2] - 1217:18, 1217:19

**duly** [1] - 1183:19

**dump** [14] - 1137:4, 1137:7, 1137:8, 1137:9, 1137:18, 1138:4, 1138:6, 1138:11, 1138:20, 1138:23, 1139:15, 1177:5, 1214:18

**dumped** [18] - 1162:8, 1162:13, 1162:15, 1163:16, 1163:22, 1163:25, 1164:13, 1165:7, 1170:17, 1170:20, 1172:3, 1180:23, 1211:18, 1212:17, 1213:12, 1213:16, 1214:14

**dumping** [14] - 1148:10, 1162:9, 1163:19, 1164:7, 1164:10, 1166:1, 1166:9, 1171:6, 1171:11, 1186:21, 1209:9, 1209:13, 1210:13

**dumps** [2] - 1183:4, 1215:12

**during** [4] - 1152:8, 1153:6, 1179:9, 1203:1

---

**E**

**Earl** [7] - 1162:25, 1163:2, 1214:8, 1214:11, 1214:14, 1215:23, 1215:25

**early** [3] - 1179:17, 1198:14, 1211:23

**earth** [1] - 1150:12

**easier** [1] - 1164:20

**easiest** [1] - 1131:4

**East** [1] - 1156:4

**Easter** [1] - 1203:13

**edge** [1] - 1189:4

**effect** [3] - 1137:3, 1137:13, 1172:18

**efficient** [2] - 1200:19, 1200:20

**either** [7] - 1130:10, 1163:7, 1165:3, 1176:5, 1177:25, 1193:18, 1213:8

**emergency** [1] - 1144:13

**employed** [1] - 1208:19

**employee** [1] - 1162:9

**employees** [14] - 1136:16, 1162:7, 1162:13, 1162:15, 1162:17, 1163:16, 1164:13, 1165:6, 1187:23, 1209:9, 1209:13, 1210:14, 1211:17, 1212:22

**employer** [1] - 1149:7

**employment** [1] - 1134:23

**enactment** [1] - 1180:13

**end** [4] - 1149:11, 1177:6, 1179:12, 1191:13

**ending** [2] - 1191:3, 1206:17

**ends** [1] - 1204:17

**energy** [1] - 1216:11

**engineer** [1] - 1129:15

**engineering** [4] - 1176:21, 1185:20, 1193:1, 1198:5

**enter** [1] - 1194:2

**entered** [2] - 1193:14, 1193:18

**Enterprises** [2] - 1203:12, 1203:25

**entire** [1] - 1150:18

**entitled** [2] - 1155:4, 1218:5

**environment** [2] - 1173:2, 1176:15

**environmental** [3] - 1165:10, 1176:21, 1181:18

**envy** [1] - 1181:14

**EPA** [2] - 1146:10, 1200:7

**equating** [1] - 1138:5

**equipment** [2] - 1144:2, 1144:11

**equitable** [2] - 1164:2, 1164:5

**especially** [1] - 1175:14

**establish** [6] - 1129:20, 1129:25, 1130:1, 1137:12, 1161:4, 1183:9

**established** [1] - 1137:13

**estimate** [1] - 1171:4

**estimated** [3] - 1154:4, 1154:7, 1170:21

**evaporate** [15] - 1143:5, 1144:11,

1144:18, 1144:21, 1144:22, 1171:5, 1171:7, 1171:8, 1172:3, 1172:5, 1172:7, 1172:8, 1172:11, 1172:12, 1174:13

**evaporated** [2] - 1170:25, 1171:9

**evaporates** [2] - 1164:17, 1172:19

**evaporating** [2] - 1144:9, 1164:22

**evaporation** [7] - 1146:12, 1171:1, 1171:15, 1171:21, 1172:15, 1172:16, 1173:6

**eventually** [2] - 1158:13, 1158:16

**evidence** [17] - 1135:19, 1136:1, 1162:2, 1166:7, 1168:12, 1168:13, 1169:7, 1169:8, 1169:9, 1174:24, 1174:25, 1199:6, 1207:22, 1208:6, 1208:9, 1208:10, 1208:17

**exact** [2] - 1196:5, 1209:23

**exactly** [1] - 1176:22

**EXAMINATION** [3] - 1180:9, 1183:22, 1184:14

**examined** [1] - 1183:20

**example** [8] - 1130:2, 1131:10, 1135:11, 1135:18, 1150:24, 1158:3, 1182:5, 1182:16

**excellent** [1] - 1154:24

**excerpt** [5] - 1146:18, 1150:1, 1156:9, 1168:13, 1168:14

**exchange** [1] - 1135:5

**exclude** [1] - 1197:5

**exclusively** [1] - 1209:18

**excuse** [3] - 1130:19, 1174:20, 1192:13

**excused** [1] - 1183:14

**executed** [2] - 1203:12, 1203:24

**executive** [4] - 1134:16, 1134:21, 1146:13

**exempt** [1] - 1134:22

**Exhibit** [9] - 1153:1, 1155:24, 1168:6, 1186:8, 1190:23, 1203:22, 1203:23, 1204:6, 1206:11

**exhibit** [4] - 1163:7, 1196:2, 1196:8, 1212:7

**exhibiting** [1] - 1146:21

**Exhibits** [1] - 1196:12

**exhibits** [2] - 1177:3, 1196:3

**existing** [1] - 1189:4

**exited** [2] - 1190:4, 1202:18

**exiting** [2] - 1200:25, 1202:17

**expect** [1] - 1136:3

**expected** [2] - 1155:16, 1155:21

**experience** [4] - 1164:17, 1167:12, 1194:13, 1210:10

**expert** [7] - 1135:3, 1174:20, 1184:1, 1186:23, 1196:17, 1196:25, 1213:18

**expertise** [2] - 1171:14, 1171:15

**explain** [2] - 1135:9, 1172:20

**explicitly** [1] - 1192:9

**exposure** [2] - 1145:5, 1167:16

**extent** [1] - 1142:2

**extracted** [1] - 1143:22

**extremely** [1] - 1185:15

**eye** [1] - 1169:19

## F

**facilities** [1] - 1140:12

**facility** [23] - 1129:14, 1129:15, 1131:23, 1132:1, 1132:6, 1133:20, 1135:20, 1135:21, 1136:4, 1136:5, 1142:4, 1152:8, 1153:4, 1159:21, 1167:9, 1170:23, 1178:25, 1179:2, 1179:16, 1187:15, 1217:3

**fact** [7] - 1158:12, 1176:13, 1178:6,

1197:21, 1204:19, 1210:11, 1217:6

**factors** [3] - 1164:5, 1172:21, 1172:22

**factory** [1] - 1140:18

**facts** [1] - 1164:4

**failed** [2] - 1142:12, 1174:21

**fair** [8] - 1129:24, 1133:17, 1136:16, 1156:17, 1158:5, 1175:17, 1197:2, 1200:1

**fallacious** [1] - 1151:18

**familiar** [1] - 1161:15

**far** [1] - 1198:4

**fashion** [1] - 1176:12

**fast** [4] - 1158:12, 1158:16, 1158:20, 1158:22

**faster** [4] - 1164:22, 1172:7, 1172:12, 1172:19

**fault** [2] - 1186:3, 1187:25

**federal** [2] - 1160:20, 1175:9

**feedback** [1] - 1146:2

**Feenstra** [5] - 1153:3, 1186:23, 1197:20, 1201:22, 1212:14

**Feenstra's** [1] - 1169:6

**few** [3] - 1139:17, 1174:13, 1183:2

**field** [1] - 1165:15

**filed** [1] - 1197:6

**fill** [1] - 1132:25

**filled** [1] - 1133:2

**final** [4] - 1178:24, 1192:1, 1192:2, 1192:7

**fine** [1] - 1156:5

**finish** [5] - 1159:15, 1176:17, 1177:17, 1178:17, 1217:15

**finished** [2] - 1141:17, 1190:16

**finishing** [2] - 1167:1, 1190:19

**fire** [2] - 1174:4, 1174:9

**first** [13] - 1130:25, 1132:19, 1135:11, 1136:9, 1147:11, 1153:10, 1153:18, 1155:7, 1175:4, 1175:21, 1183:19, 1186:6, 1196:23

**five** [1] - 1142:2

**five-ninths** [1] - 1142:2

**flammable** [1] - 1151:12

**flooded** [1] - 1174:7

**floor** [4] - 1188:24, 1189:4, 1189:11, 1193:22

**flotation** [1] - 1130:3

**flow** [2] - 1183:6, 1183:7

**flush** [2] - 1144:11, 1191:13

**flushing** [2] - 1191:6, 1192:1

**folks** [1] - 1136:17

**follow** [1] - 1182:3

**followed** [3] - 1174:5, 1202:2, 1202:3

**following** [2] - 1154:5, 1175:13

**follows** [1] - 1183:21

**foregoing** [1] - 1218:4

**Forest** [1] - 1138:12

**forest** [2] - 1138:15, 1138:16

**Forestry** [1] - 1138:21

**forever** [1] - 1152:1

**Form** [1] - 1153:18

**form** [1] - 1145:16

**Fotouhi** [1] - 1178:21

**FOTOUHI** [90] - 1129:11, 1131:13, 1135:2, 1138:19, 1140:22, 1140:23, 1143:16, 1143:19, 1145:18, 1145:24, 1146:4, 1146:16, 1147:3, 1149:13, 1149:15, 1149:21, 1149:23, 1149:25, 1152:5, 1155:18, 1155:19, 1156:23, 1157:1, 1157:4, 1159:16, 1159:18, 1160:10, 1160:11, 1161:14, 1162:1, 1162:4, 1162:5, 1162:22, 1163:9, 1163:13, 1164:3, 1164:5, 1164:11, 1166:20, 1166:23, 1166:25, 1167:5, 1168:3, 1168:16, 1169:4, 1169:10, 1169:16, 1170:1, 1170:11, 1172:2, 1173:4, 1173:12, 1173:16, 1173:17,

1177:4, 1177:7, 1177:10, 1177:16, 1177:18, 1178:23, 1179:2, 1179:6, 1179:13, 1179:15, 1183:13, 1184:11, 1184:15, 1186:14, 1186:17, 1186:19, 1188:15, 1188:17, 1188:18, 1196:15, 1197:4, 1197:7, 1197:20, 1198:7, 1198:10, 1199:14, 1199:21, 1204:3, 1204:10, 1206:1, 1206:8, 1206:9, 1211:15, 1212:3, 1212:16, 1217:14

**foundation** [2] - 1161:4, 1179:14

**four** [1] - 1198:1

**fourth** [1] - 1156:12

**frame** [3] - 1134:19, 1153:7, 1163:4

**Francisco** [1] - 1182:4

**frankly** [1] - 1168:1

**frequent** [1] - 1186:4

**frequently** [1] - 1134:25

**front** [1] - 1204:12

**full** [4] - 1150:5, 1156:10, 1156:14, 1181:18

**full-time** [1] - 1181:18

**Fuller** [1] - 1213:24

**fully** [5] - 1141:12, 1142:15, 1154:19, 1159:5

**funds** [1] - 1134:25

**future** [2] - 1188:4, 1188:11

## G

**gallons** [11] - 1139:5, 1139:9, 1141:2, 1153:5, 1154:4, 1174:9, 1174:13, 1185:17, 1200:7, 1215:13, 1215:21

**gathering** [2] - 1191:17, 1192:5

**gears** [1] - 1162:6

**general** [8] - 1141:7, 1141:25, 1148:23, 1150:21, 1151:3, 1165:21, 1198:16, 1207:13

**geology** [1] - 1182:19

**George** [10] - 1193:10, 1210:15, 1210:17, 1210:20, 1212:17, 1212:21, 1213:11, 1213:15, 1213:20, 1214:1
**given** [9] - 1139:21, 1142:21, 1148:17, 1148:19, 1148:20, 1156:17, 1189:23, 1196:24, 1201:19
**gold** [1] - 1154:3
**government** [7] - 1176:4, 1176:14, 1179:2, 1186:19, 1187:1, 1187:2, 1196:1
**government-owned** [2] - 1187:1, 1187:2
**grass** [1] - 1203:13
**grating** [3] - 1193:21, 1193:25, 1194:2
**great** [1] - 1183:12
**greater** [2] - 1137:21, 1164:1
**ground** [13] - 1139:18, 1144:11, 1148:17, 1160:6, 1160:24, 1162:8, 1170:22, 1172:3, 1174:18, 1176:9, 1178:8, 1179:17, 1186:21
**groundwater** [21] - 1130:10, 1144:7, 1144:14, 1145:8, 1147:14, 1149:2, 1155:12, 1156:4, 1158:14, 1158:17, 1159:25, 1160:17, 1160:22, 1164:8, 1174:6, 1180:16, 1181:1, 1181:7, 1182:11, 1209:17, 1210:1
**groundwaters** [1] - 1146:11
**guaranteed** [1] - 1139:6
**guess** [4] - 1133:9, 1177:1, 1205:24, 1208:15
**guidance** [4] - 1143:16, 1145:19, 1177:24, 1201:19
**guilty** [1] - 1211:19
**guys** [3] - 1134:24, 1169:20, 1205:23

**H**

**half** [7] - 1131:6, 1166:21, 1166:22, 1171:8, 1171:9, 1217:14
**hand** [1] - 1206:19
**handed** [2] - 1130:25, 1184:12
**handle** [1] - 1145:3
**handwriting** [2] - 1195:6, 1208:11
**handwritten** [2] - 1189:3, 1207:25
**hang** [1] - 1166:18
**hard** [4] - 1150:23, 1165:20, 1167:13, 1182:17
**hat** [1] - 1166:18
**hazard** [1] - 1155:8
**hazardous** [3] - 1137:19, 1139:13, 1165:14
**Hazards** [1] - 1149:18
**heading** [2] - 1150:3, 1150:5
**heads** [1] - 1135:3
**hear** [2] - 1157:19, 1181:17
**heart** [1] - 1164:16
**heaven's** [2] - 1151:23, 1171:22
**heavens** [2] - 1171:13, 1182:13
**heavily** [1] - 1181:12
**Heeseman** [1] - 1178:14
**help** [1] - 1187:12
**helped** [5] - 1175:5, 1175:7, 1175:19, 1175:20, 1175:23
**helps** [1] - 1187:5
**herbicide** [1] - 1180:22
**herbicides** [1] - 1180:22
**Hertell** [1] - 1148:16
**high** [3] - 1142:15, 1146:12, 1216:11
**higher** [5] - 1137:25, 1138:1, 1155:11, 1172:7, 1172:20
**highly** [2] - 1172:4, 1172:9
**highways** [1] - 1150:11
**hindsight** [1] - 1176:15
**history** [1] - 1181:22

**hits** [1] - 1209:20
**hogged** [1] - 1160:23
**hogging** [2] - 1160:15, 1160:21
**Honor** [90] - 1134:21, 1138:19, 1140:20, 1140:22, 1143:16, 1145:18, 1145:24, 1146:5, 1146:16, 1146:22, 1149:13, 1149:21, 1153:1, 1156:10, 1156:13, 1156:23, 1157:4, 1159:16, 1160:10, 1162:1, 1162:4, 1163:11, 1164:3, 1166:20, 1166:25, 1167:3, 1167:24, 1168:3, 1168:6, 1168:8, 1168:16, 1168:21, 1168:23, 1169:4, 1169:6, 1169:10, 1172:17, 1173:12, 1173:16, 1177:4, 1177:10, 1177:16, 1178:13, 1178:16, 1179:2, 1179:7, 1179:13, 1180:7, 1183:11, 1183:13, 1183:15, 1183:16, 1184:11, 1186:11, 1186:14, 1186:17, 1186:19, 1187:7, 1187:13, 1187:23, 1188:3, 1188:5, 1188:8, 1188:10, 1188:12, 1188:15, 1188:17, 1190:25, 1195:9, 1196:5, 1196:12, 1197:7, 1197:14, 1197:20, 1198:7, 1198:13, 1198:14, 1198:22, 1198:23, 1199:1, 1199:17, 1199:20, 1202:15, 1203:14, 1204:1, 1206:1, 1206:8, 1211:11, 1212:12, 1217:14
**horrendous** [1] - 1180:16
**hose** [1] - 1174:15
**hosing** [1] - 1174:14
**host** [1] - 1139:24
**hour** [3] - 1166:21, 1166:22, 1217:14
**hours** [2] - 1158:8, 1173:23
**huge** [2] - 1136:11,

1183:7
**hundred** [2] - 1142:25, 1144:23
**hundreds** [1] - 1154:14
**hundreds-of-pounds -a-day** [1] - 1154:2
**hurry** [2] - 1166:20, 1209:6
**hydrogeologist** [2] - 1171:12, 1171:19
**hydrogeologists** [1] - 1171:20
**hygiene** [1] - 1145:10
**hypothecating** [1] - 1141:22

**I**

**idea** [4] - 1132:24, 1132:25, 1149:10, 1201:13
**identify** [1] - 1153:11
**ignite** [1] - 1150:23
**ignited** [2] - 1150:9, 1150:13
**igniting** [2] - 1150:14, 1177:21
**II** [2] - 1183:3, 1183:4
**II-1** [3] - 1137:7, 1137:9, 1137:24
**III** [5] - 1137:7, 1137:8, 1137:9, 1137:18, 1183:3
**illustration** [1] - 1170:18
**imagine** [2] - 1132:3, 1135:24
**impact** [1] - 1131:12
**impacted** [1] - 1155:12
**impervious** [1] - 1137:23
**implementing** [1] - 1135:17
**imply** [1] - 1162:17
**important** [4] - 1151:21, 1172:23, 1185:15, 1199:15
**importantly** [1] - 1212:1
**impress** [1] - 1187:4
**impression** [4] - 1192:7, 1192:10, 1192:11, 1193:15
**improper** [1] - 1175:13
**inch** [1] - 1174:16
**inches** [2] - 1182:14,

1182:15
**incident** [3] - 1180:15, 1180:20, 1181:17
**incinerate** [1] - 1141:9
**include** [5] - 1142:13, 1160:3, 1193:5, 1199:25, 1217:17
**included** [1] - 1192:7
**including** [2] - 1172:22, 1199:3
**inconsistency** [1] - 1215:7
**inconsistent** [2] - 1169:23, 1215:9
**incorrect** [1] - 1197:19
**incur** [1] - 1188:9
**indicate** [6] - 1154:24, 1155:10, 1164:12, 1170:20, 1192:12, 1202:3
**indicates** [2] - 1154:16, 1191:22
**indication** [1] - 1165:1
**indications** [1] - 1170:8
**industrial** [4] - 1145:10, 1153:19, 1155:14, 1206:14
**industry** [1] - 1181:12
**inferences** [2] - 1165:8, 1165:9
**influence** [2] - 1179:20, 1191:11
**information** [3] - 1139:21, 1159:6, 1203:19
**inhabited** [1] - 1150:11
**inhibited** [1] - 1207:11
**initial** [2] - 1203:18, 1217:9
**inorganic** [1] - 1139:16
**inquiry** [2] - 1132:16, 1132:20
**inside** [1] - 1151:10
**insisted** [1] - 1217:6
**inspection** [3] - 1193:17, 1193:23, 1195:2
**instances** [2] - 1181:4, 1200:14
**instead** [2] - 1164:17, 1166:5
**instructions** [1] - 1143:15
**insufficient** [1] - 1200:22
**Insurance** [1] - 1149:17

intended [1] - 1200:25
inter [1] - 1153:11
inter-departmental [1] - 1153:11
interested [1] - 1197:9
interesting [1] - 1198:3
interrogatories [4] - 1195:23, 1197:24, 1201:16, 1203:11
interrogatory [9] - 1196:10, 1196:20, 1197:5, 1197:10, 1197:11, 1197:13, 1197:16, 1198:4, 1205:23
interviewed [1] - 1197:24
introduced [2] - 1168:19, 1169:1
investigate [1] - 1141:23
invite [1] - 1156:21
involved [1] - 1181:18
irrelevant [1] - 1177:9
issue [5] - 1158:19, 1187:8, 1187:19, 1194:5, 1198:1
issued [1] - 1130:24
issuing [1] - 1131:16
itself [8] - 1130:2, 1130:13, 1130:17, 1130:22, 1187:2, 1190:19, 1192:14, 1193:4

**J**

January [1] - 1153:16
Jet [1] - 1161:16
John [1] - 1168:7
jumbled [1] - 1203:3
jurisdiction [1] - 1133:19

**K**

Kaneshiro [1] - 1218:3
KANESHIRO [1] - 1218:9
Kaneshiro-Miller [1] - 1218:3
KANESHIRO-MILLER [1] - 1218:9
keep [6] - 1134:6, 1145:11, 1156:16, 1175:5, 1175:8, 1177:11

Kenny [4] - 1178:25, 1179:7, 1179:10, 1179:16
kerosene [3] - 1216:22, 1216:24
keys [1] - 1182:22
kidding [1] - 1173:10
kind [5] - 1146:20, 1160:23, 1165:13, 1166:17, 1175:10
kinds [1] - 1152:1
knowledge [13] - 1133:2, 1135:5, 1135:20, 1146:20, 1147:16, 1147:17, 1147:19, 1147:21, 1148:4, 1148:23, 1161:24, 1176:25
knowledgeable [1] - 1132:12
known [7] - 1132:17, 1132:22, 1133:8, 1134:8, 1146:10, 1148:5, 1148:24

**L**

lab [5] - 1157:16, 1157:18, 1157:22, 1158:3, 1216:11
label [1] - 1207:14
labeled [2] - 1207:5, 1215:19, 1215:21
laboratories [1] - 1211:13
laboratory [3] - 1153:25, 1157:23, 1216:16
Laboratory [1] - 1161:17
Laborde [3] - 1138:18, 1138:24, 1142:13
labs [1] - 1158:2
laced [1] - 1152:14
lack [1] - 1209:22
lacked [1] - 1185:2
ladder [3] - 1194:1, 1194:5, 1194:7
Lahontan [2] - 1182:6, 1182:13
large [2] - 1144:10, 1202:18
larger [2] - 1156:9, 1188:8
Larry [6] - 1205:6, 1208:3, 1208:10, 1208:11, 1214:4, 1215:25
last [8] - 1146:24,

1146:25, 1155:15, 1178:2, 1191:6, 1203:20, 1204:4, 1209:3
lastly [1] - 1186:4
late [3] - 1188:10, 1194:23, 1197:18
law [2] - 1175:16, 1176:7
laying [1] - 1179:14
lead [3] - 1166:8, 1185:6, 1185:8
leads [1] - 1169:17
leak [5] - 1137:23, 1137:25, 1138:2, 1143:25
leakage [1] - 1193:4
leaked [1] - 1180:24
leaking [6] - 1158:12, 1158:16, 1158:19, 1158:20
leaks [2] - 1137:23, 1193:15
least [3] - 1134:15, 1160:18
leave [3] - 1157:19, 1201:7, 1201:10
leaves [1] - 1202:4
leaving [2] - 1200:9, 1202:14
led [7] - 1144:7, 1144:14, 1164:6, 1164:7, 1174:5, 1186:22, 1209:8
left [5] - 1142:19, 1178:22, 1189:2, 1192:10, 1207:5
legal [1] - 1207:23
legally [1] - 1164:4
Lejeune [2] - 1152:6, 1152:7
Lenny [1] - 1179:3
less [7] - 1145:5, 1145:11, 1155:2, 1157:21, 1165:7, 1207:23, 1209:20
lesser [1] - 1137:24
letter [3] - 1154:16, 1154:17, 1191:5
Letter [5] - 1178:25, 1179:3, 1179:7, 1179:10, 1179:16
letters [1] - 1135:23
level [5] - 1130:8, 1130:10, 1159:23, 1160:1, 1193:22
levels [1] - 1195:1
liability [2] - 1164:2, 1187:5
lied [1] - 1198:20

life [1] - 1140:12
likely [2] - 1145:5, 1164:13
limit [2] - 1131:10, 1176:17
limited [3] - 1131:17, 1216:3, 1216:6
limits [2] - 1129:21, 1130:16, 1130:21, 1131:1
line [13] - 1186:18, 1187:12, 1187:14, 1190:21, 1191:7, 1200:25, 1201:8, 1202:4, 1202:14, 1202:17, 1202:19, 1203:1, 1203:4
lined [1] - 1180:24
lines [4] - 1163:14, 1182:3, 1182:10
liquid [2] - 1154:4, 1200:23
liquids [7] - 1142:18, 1142:19, 1153:25, 1175:4, 1178:6, 1182:22
list [2] - 1146:10, 1170:25
listed [4] - 1141:3, 1141:5, 1141:6, 1146:10
litany [1] - 1211:11
liter [2] - 1185:18, 1200:6
litigation [1] - 1205:19
litigations [2] - 1198:14, 1198:25
live [1] - 1182:18
lived [1] - 1143:13
LMCPRO [1] - 1204:17
local [1] - 1157:22
locate [1] - 1131:23
location [1] - 1150:10
Location [1] - 1154:3
locations [1] - 1213:18
Lockheed [17] - 1133:24, 1148:1, 1148:5, 1153:2, 1164:6, 1176:5, 1176:16, 1186:10, 1190:25, 1195:22, 1197:6, 1197:19, 1201:18, 1203:12, 1205:10, 1207:22, 1217:21
look [15] - 1137:4, 1137:6, 1141:16, 1145:2, 1154:6,

1155:14, 1157:5, 1159:20, 1182:23, 1183:9, 1188:7, 1190:23, 1193:15, 1211:16
looked [4] - 1138:8, 1193:2, 1196:23, 1205:5
looking [8] - 1145:18, 1147:10, 1147:13, 1151:1, 1194:3, 1199:1, 1213:15, 1215:8
Los [4] - 1135:14, 1181:4, 1182:5, 1182:6
lose [1] - 1199:10
loss [1] - 1146:12
lost [2] - 1132:19, 1189:5
lower [3] - 1155:16, 1155:20, 1164:19
LPC [9] - 1133:19, 1135:21, 1136:5, 1136:7, 1142:12, 1167:9, 1174:21, 1179:20, 1217:2
LPC's [1] - 1186:20
Luis [1] - 1182:18

**M**

maintain [1] - 1132:6
maintained [1] - 1200:21
maintenance [6] - 1201:14, 1210:17, 1210:21, 1212:22, 1212:23, 1214:11
major [1] - 1158:24
man [1] - 1169:18
manage [2] - 1129:17, 1129:23
management [2] - 1165:15, 1181:18
managing [1] - 1129:20
manifestations [1] - 1208:10
manuals [2] - 1173:22, 1174:17
manufacture [1] - 1201:16
manufacturing [4] - 1147:19, 1147:25, 1165:11, 1204:13
map [2] - 1146:25, 1154:4, 1182:22
March [2] - 1204:14,

1204:15
**marked** [2] - 1150:3, 1191:2
**markedly** [3] - 1165:16, 1165:25, 1182:17
**marketplace** [1] - 1151:24
**Martin** [2] - 1164:6, 1203:12
**Martin's** [3] - 1153:2, 1186:10, 1190:25
**mass** [4] - 1165:16, 1165:23, 1166:3, 1170:16
**masses** [1] - 1185:11
**material** [10] - 1144:2, 1147:17, 1147:18, 1147:25, 1164:19, 1165:24, 1166:11, 1166:13, 1173:1, 1192:5
**material-balanced** [2] - 1166:11, 1166:13
**materials** [2] - 1139:13, 1167:16
**matter** [1] - 1218:5
**McKee** [1] - 1181:20
**McKee-Wolf** [1] - 1181:20
**mean** [14] - 1132:8, 1139:10, 1151:14, 1151:18, 1158:7, 1171:17, 1171:21, 1172:13, 1172:25, 1175:19, 1186:2, 1187:14, 1198:11
**meaning** [1] - 1158:23
**means** [5] - 1139:11, 1142:22, 1153:20, 1157:14, 1173:1
**meant** [1] - 1192:13
**measure** [3] - 1157:9, 1157:20, 1158:9
**measurements** [1] - 1157:17
**measuring** [1] - 1149:4
**mechanic** [2] - 1210:17, 1214:11
**mechanism** [1] - 1144:12
**mechanisms** [3] - 1172:22, 1173:2, 1178:19
**medical** [1] - 1176:20
**meet** [1] - 1135:4
**memory** [1] - 1217:10
**mention** [1] - 1145:8
**mentioned** [5] -

1161:13, 1180:15, 1180:19, 1183:2, 1213:20
**met** [1] - 1134:15
**method** [3] - 1144:4, 1144:17, 1150:15
**mid** [2] - 1135:14, 1214:5
**might** [5] - 1144:7, 1148:19, 1174:10, 1181:12, 1204:5
**mike** [1] - 1157:19
**miles** [2] - 1136:12, 1181:1
**military** [2] - 1152:8, 1173:22
**Miller** [1] - 1218:3
**MILLER** [1] - 1218:9
**milligrams** [2] - 1185:18, 1200:6
**million** [9] - 1145:5, 1145:11, 1153:6, 1155:1, 1155:3, 1157:20, 1157:21, 1158:11
**millions** [1] - 1174:8
**mind** [2] - 1142:7, 1143:22
**mineral** [1] - 1154:24
**minus** [2] - 1137:21, 1137:25
**minute** [1] - 1140:9
**minutes** [4] - 1177:21, 1177:25, 1180:4, 1217:14
**misread** [1] - 1155:18
**misreading** [1] - 1206:7
**missiles** [1] - 1187:16
**mixed** [2] - 1182:19, 1211:3
**mixer** [1] - 1212:18
**mixers** [11] - 1210:24, 1211:2, 1211:5, 1211:6, 1211:8, 1211:10, 1211:11, 1211:13, 1211:23, 1212:1, 1213:1
**mixtures** [1] - 1150:7
**mollisols** [1] - 1182:18
**moment** [1] - 1190:4
**monitor** [1] - 1131:11
**Montebello** [3] - 1180:15, 1180:20, 1181:17
**mop** [1] - 1144:1
**moreover** [1] - 1187:1
**morning** [2] - 1139:7, 1217:17

**most** [6] - 1130:12, 1144:8, 1144:22, 1151:21, 1183:5, 1211:24
**mostly** [1] - 1210:21
**motors** [2] - 1160:15, 1160:21
**move** [7] - 1170:1, 1173:12, 1187:12, 1194:15, 1199:13, 1203:9, 1209:7
**Move** [1] - 1173:11
**moving** [2] - 1159:17, 1177:11
**MR** [123] - 1129:11, 1131:13, 1135:2, 1138:19, 1140:22, 1140:23, 1143:16, 1143:19, 1145:18, 1145:24, 1146:4, 1146:16, 1147:3, 1149:13, 1149:15, 1149:21, 1149:23, 1149:25, 1152:5, 1155:18, 1155:19, 1156:13, 1156:23, 1157:1, 1157:4, 1159:16, 1159:18, 1160:10, 1160:11, 1161:14, 1162:1, 1162:4, 1162:5, 1162:22, 1163:9, 1163:13, 1164:3, 1164:5, 1164:11, 1166:20, 1166:23, 1166:25, 1167:3, 1167:5, 1168:3, 1168:16, 1168:17, 1168:21, 1168:25, 1169:4, 1169:6, 1169:10, 1169:16, 1170:1, 1170:11, 1172:1, 1173:4, 1173:12, 1173:16, 1173:17, 1177:4, 1177:7, 1177:10, 1177:16, 1178:18, 1178:16, 1178:18, 1178:20, 1178:23, 1179:2, 1179:6, 1179:8, 1179:13, 1179:15, 1180:7, 1180:10, 1181:16, 1183:11, 1183:13, 1184:11, 1184:15, 1186:14, 1186:17, 1186:19, 1187:7, 1187:13, 1187:20, 1188:3, 1188:5, 1188:7, 1188:14,

1188:15, 1188:17, 1188:18, 1196:15, 1197:4, 1197:7, 1197:14, 1197:20, 1198:7, 1198:10, 1198:13, 1198:22, 1198:25, 1199:5, 1199:9, 1199:14, 1199:21, 1203:13, 1203:16, 1203:18, 1203:23, 1204:1, 1204:3, 1204:10, 1206:1, 1206:8, 1206:9, 1211:15, 1212:3, 1212:16, 1217:14, 1217:19
**MS** [8] - 1183:16, 1183:23, 1184:10, 1196:12, 1197:12, 1199:17, 1199:20, 1212:12
**Mulder** [1] - 1170:20
**multiple** [1] - 1185:10
**municipal** [1] - 1180:25
**Munitions** [2] - 1178:25, 1179:3
**MURPHY** [23] - 1168:21, 1169:6, 1178:16, 1178:18, 1178:20, 1179:8, 1187:7, 1187:13, 1187:20, 1188:3, 1188:5, 1188:7, 1188:14, 1198:13, 1198:22, 1198:25, 1199:5, 1199:9, 1203:13, 1203:16, 1203:18, 1203:23, 1204:1

# N

**name** [1] - 1195:16
**named** [1] - 1169:18
**NASA** [1] - 1161:16
**nasty** [1] - 1187:11
**national** [1] - 1176:22
**near** [2] - 1156:4, 1156:5
**nearly** [1] - 1171:7
**necessarily** [2] - 1164:24, 1203:2
**need** [3] - 1176:3, 1178:9, 1178:10
**negligence** [1] - 1175:9
**neighborhood** [2] - 1192:22, 1216:1

**Nelson** [9] - 1210:15, 1210:17, 1210:20, 1212:17, 1212:21, 1213:11, 1213:15, 1213:20, 1214:1
**next** [1] - 1171:23
**nice** [1] - 1197:23
**Nimbus** [2] - 1153:20, 1153:23
**nine** [4] - 1133:21, 1134:22, 1182:1, 1182:7
**ninths** [1] - 1142:2
**nobody** [2] - 1175:15, 1199:9
**Nobody** [1] - 1199:8
**non** [1] - 1134:16
**non-executive** [1] - 1134:16
**none** [2] - 1142:7, 1144:22
**North** [2] - 1181:7, 1182:15
**north** [1] - 1215:12
**nose** [1] - 1167:17
**note** [4] - 1189:3, 1204:25, 1207:25, 1208:3
**noted** [3] - 1146:9, 1194:5, 1207:13
**nothing** [2] - 1145:13, 1183:20
**notice** [2] - 1140:25, 1142:13
**notices** [2] - 1130:19, 1130:24
**notification** [1] - 1147:11
**notion** [1] - 1176:24
**NU** [1] - 1207:12
**number** [17] - 1160:7, 1160:12, 1164:9, 1171:2, 1171:10, 1185:13, 1185:15, 1195:4, 1195:5, 1196:6, 1197:11, 1197:16, 1197:21, 1212:7, 1212:9, 1212:19, 1213:11
**Number** [5] - 1191:3, 1204:17, 1204:24, 1206:17
**numbers** [2] - 1196:9, 1204:18
**numerical** [1] - 1199:20

# O

**oath** [2] - 1197:25, 1198:20
**Obispo** [1] - 1182:18
**object** [2] - 1156:13, 1168:17
**objection** [1] - 1169:3
**observe** [3] - 1189:25, 1193:4, 1207:13
**obtained** [2] - 1142:5, 1161:19
**occasions** [1] - 1213:11
**Occidental** [1] - 1201:23
**occupancy** [1] - 1195:5
**occurred** [3] - 1181:3, 1192:21, 1195:21
**occurring** [2] - 1154:16, 1180:18
**odor** [2] - 1164:21, 1216:21
**OF** [1] - 1218:1
**offer** [1] - 1155:8
**officers** [3] - 1134:16, 1134:21
**OFFICIAL** [1] - 1218:1
**oil** [1] - 1181:8
**once** [3] - 1134:15, 1192:18, 1200:19
**one** [48] - 1130:25, 1131:4, 1134:8, 1135:15, 1137:14, 1137:24, 1140:12, 1141:4, 1141:20, 1141:21, 1142:22, 1150:15, 1151:4, 1155:7, 1157:25, 1160:18, 1163:2, 1163:21, 1164:5, 1164:22, 1166:4, 1172:21, 1177:1, 1181:19, 1182:5, 1182:22, 1183:2, 1185:2, 1185:13, 1190:14, 1190:22, 1192:23, 1195:4, 1196:3, 1197:14, 1199:24, 1201:22, 1204:4, 1205:6, 1205:18, 1209:10, 1209:13, 1210:7, 1210:14, 1211:25, 1212:14, 1214:14
**ones** [1] - 1211:10
**ongoing** [1] - 1154:20
**open** [7] - 1135:25,

1137:6, 1141:1, 1141:8, 1142:15, 1160:6, 1179:17
**opening** [1] - 1179:9
**operated** [4] - 1134:6, 1138:7, 1187:15, 1200:21
**operating** [2] - 1152:8, 1206:14
**operation** [5] - 1142:6, 1161:2, 1173:18, 1201:18, 1202:21
**operations** [6] - 1136:18, 1164:18, 1181:5, 1181:8, 1187:17, 1202:11
**operator** [3] - 1140:12, 1202:13, 1202:16
**operators** [1] - 1201:19
**opined** [1] - 1194:17
**opinion** [29] - 1135:3, 1141:11, 1142:9, 1152:21, 1159:21, 1162:12, 1162:23, 1163:6, 1163:8, 1167:6, 1167:9, 1175:2, 1177:22, 1178:3, 1179:20, 1184:20, 1186:7, 1190:3, 1191:11, 1193:13, 1194:4, 1194:16, 1194:21, 1196:25, 1197:8, 1200:3, 1209:7, 1210:13, 1211:16
**opinions** [8] - 1152:12, 1162:7, 1173:21, 1184:4, 1186:6, 1196:16, 1196:24, 1199:23
**opposed** [1] - 1136:9
**option** [1] - 1152:22
**order** [3] - 1159:20, 1192:4, 1199:20
**organic** [1] - 1153:24
**organics** [1] - 1146:9
**originated** [1] - 1135:13
**outlined** [1] - 1181:11
**outside** [5] - 1189:15, 1216:10, 1216:14, 1216:16, 1216:19
**overall** [3] - 1165:16, 1166:3, 1181:10
**overhead** [1] - 1189:3
**overlap** [1] - 1171:21
**oversight** [2] - 1134:5, 1187:17

**overview** [1] - 1189:10
**overwhelming** [1] - 1164:25
**own** [1] - 1178:19
**owned** [2] - 1187:1, 1187:2

# P

**p.m** [3] - 1180:5, 1217:24
**page** [21] - 1143:25, 1145:2, 1146:7, 1146:8, 1146:15, 1146:22, 1146:24, 1146:25, 1150:2, 1150:3, 1153:10, 1153:18, 1154:22, 1163:14, 1191:1, 1191:3, 1191:5, 1204:16, 1204:24, 1206:20
**pan** [1] - 1179:8
**pans** [4] - 1176:8, 1179:18, 1179:21, 1179:22
**paragraph** [11] - 1132:9, 1132:10, 1150:5, 1159:9, 1159:10, 1170:13, 1170:15, 1170:19, 1174:20, 1177:19, 1191:6
**paragraphs** [3] - 1157:2, 1157:6, 1157:8
**parameters** [1] - 1176:8
**Pardon** [1] - 1129:5
**parenthetically** [1] - 1171:10
**part** [5] - 1132:19, 1163:10, 1166:4, 1166:5, 1171:10
**particular** [1] - 1201:25
**particularly** [10] - 1142:23, 1162:18, 1164:18, 1164:24, 1165:13, 1171:6, 1173:3, 1180:17, 1181:4, 1181:7
**particulars** [1] - 1183:6
**parties** [2] - 1187:15, 1187:16
**parts** [10] - 1145:4, 1145:11, 1153:6, 1154:25, 1155:1,

1155:3, 1157:20, 1157:21, 1158:11, 1212:22
**pass** [2] - 1149:9, 1177:21
**passed** [1] - 1181:11
**past** [2] - 1188:6, 1188:9
**Patricia** [1] - 1218:3
**PATRICIA** [1] - 1218:9
**PCD** [1] - 1167:16
**peak** [1] - 1136:15
**Pennsylvania** [1] - 1179:6
**people** [9] - 1147:23, 1148:2, 1148:3, 1148:24, 1165:17, 1167:10, 1178:10, 1179:24
**per** [17] - 1130:16, 1137:22, 1145:5, 1145:11, 1153:6, 1154:5, 1154:7, 1154:25, 1155:1, 1155:3, 1157:20, 1157:21, 1158:8, 1158:11, 1185:18, 1200:6, 1200:7
**percent** [9] - 1142:2, 1142:25, 1144:23, 1155:1, 1170:24, 1171:2, 1171:5, 1172:2, 1209:20
**percentage** [2] - 1209:23, 1209:24
**perchlorate** [12] - 1139:18, 1141:8, 1141:9, 1141:10, 1141:12, 1141:13, 1153:24, 1154:7, 1160:7, 1188:9, 1188:11
**percolation** [1] - 1155:20
**perfectly** [1] - 1217:16
**perform** [1] - 1193:23
**performed** [2] - 1192:23, 1193:16
**performing** [1] - 1192:18
**perhaps** [1] - 1172:23
**period** [5] - 1143:2, 1152:9, 1172:13, 1194:18, 1198:15
**permeability** [1] - 1137:20
**permeable** [1] - 1145:14
**permit** [2] - 1129:13, 1130:8, 1138:10,

1138:23
**permits** [2] - 1135:7, 1138:20
**permitted** [3] - 1130:9, 1140:5, 1140:6
**person** [1] - 1163:2
**pertinent** [1] - 1143:24
**pervious** [1] - 1182:20
**Petaluma** [1] - 1183:7
**Petroleum** [1] - 1201:23
**pH** [3] - 1131:4, 1131:5, 1131:14
**phase** [1] - 1202:24
**phased** [4] - 1208:24, 1208:25, 1216:7, 1216:8
**photographs** [1] - 1141:16
**physical** [4] - 1147:16, 1147:18, 1147:24, 1151:2
**pick** [1] - 1166:4
**picture** [1] - 1179:8
**piece** [3] - 1186:25, 1187:2, 1208:6
**pieces** [1] - 1208:16
**pile** [1] - 1215:1
**pit** [26] - 1136:25, 1138:3, 1138:5, 1142:6, 1142:18, 1173:24, 1174:14, 1177:21, 1185:2, 1185:22, 1185:23, 1186:8, 1186:16, 1188:22, 1189:3, 1189:4, 1189:9, 1189:19, 1190:8, 1190:13, 1191:9, 1192:14, 1193:14, 1193:18, 1193:22, 1194:1
**pits** [8] - 1138:20, 1141:11, 1142:1, 1154:3, 1173:18, 1173:23, 1194:9, 1194:12
**Pittsburg** [1] - 1131:8
**place** [5] - 1137:15, 1146:16, 1168:10, 1175:21, 1182:4
**places** [4] - 1182:13, 1182:14, 1182:18, 1213:8
**Plaintiff's** [7] - 1153:1, 1155:24, 1168:6, 1186:8, 1190:23, 1204:6, 1206:11
**plant** [4] - 1136:19, 1136:21, 1153:20,

1153:23

**plants** [1] - 1158:11

**play** [3] - 1168:3, 1168:7, 1168:23

**playing** [1] - 1168:11

**plays** [1] - 1162:21

**plug** [1] - 1192:17

**plume** [12] - 1164:8, 1185:12, 1186:22, 1187:24, 1194:17, 1199:24, 1209:8, 1209:14, 1209:16, 1210:7, 1210:8, 1210:9

**plummeted** [1] - 1165:17

**point** [12] - 1140:8, 1143:24, 1151:14, 1153:9, 1157:21, 1169:12, 1185:3, 1185:13, 1193:12, 1194:21, 1208:15, 1214:14

**pointed** [1] - 1161:11

**policy** [1] - 1135:16

**political** [2] - 1133:22, 1182:2

**pollutants** [1] - 1146:10

**polluted** [1] - 1181:2

**Pollution** [1] - 1153:13

**pollution** [6] - 1146:11, 1155:8, 1155:16, 1155:17, 1165:9, 1165:12

**polyethylene** [2] - 1174:22, 1175:2

**pond** [4] - 1158:12, 1158:18, 1180:23, 1180:24

**ponds** [1] - 1139:5

**Porter** [4] - 1129:4, 1129:6, 1129:9, 1130:20

**Porter-Cologne** [4] - 1129:4, 1129:6, 1129:9, 1130:20

**portion** [2] - 1184:23, 1188:9

**posing** [1] - 1146:11

**posited** [1] - 1159:6

**position** [3] - 1136:25, 1171:20, 1194:24

**positive** [1] - 1209:21

**possibility** [2] - 1201:1, 1201:4

**possible** [5] - 1152:16, 1152:18, 1157:17, 1161:23, 1175:16

**pot** [1] - 1152:18

**potassium** [1] - 1153:24

**potent** [1] - 1198:12

**potential** [6] - 1172:22, 1172:24, 1185:16, 1201:5, 1209:12, 1209:14

**potentially** [1] - 1201:10

**Potrero** [1] - 1138:20

**pounds** [6] - 1139:9, 1154:7, 1154:14, 1158:8, 1170:21

**poured** [3] - 1150:12, 1173:7, 1178:6

**pouring** [1] - 1175:4

**practice** [2] - 1176:12, 1191:19

**practices** [1] - 1175:16

**precautions** [1] - 1207:13

**precious** [1] - 1181:15

**precisely** [1] - 1165:4

**predominance** [1] - 1164:8

**predominantly** [2] - 1188:8, 1188:11

**prefer** [1] - 1195:9

**preference** [1] - 1211:22

**preferred** [1] - 1164:14

**preparation** [2] - 1142:8, 1152:11

**prepared** [1] - 1159:7

**present** [3] - 1155:8, 1157:11, 1168:17

**pressure** [1] - 1164:19

**presumably** [2] - 1205:20, 1207:2

**presume** [1] - 1169:14

**pretty** [3] - 1163:3, 1211:23, 1215:6

**preventing** [1] - 1145:8

**primary** [2] - 1205:16, 1211:10

**priority** [1] - 1146:10

**probability** [1] - 1201:2

**problem** [8] - 1141:19, 1148:22, 1149:8, 1150:17, 1151:5, 1158:6, 1158:14, 1174:11, 1178:7

**procedure** [5] - 1174:5, 1174:11, 1202:1, 1202:3,

1206:14

**procedures** [2] - 1144:1, 1175:13

**Proceedings** [1] - 1217:24

**proceedings** [1] - 1218:5

**process** [18] - 1140:17, 1141:1, 1164:20, 1165:1, 1190:7, 1190:10, 1190:17, 1193:1, 1199:5, 1200:17, 1204:13, 1209:1, 1209:3, 1210:23, 1211:16, 1211:24, 1211:25, 1212:4

**processes** [1] - 1165:11

**production** [3] - 1136:18, 1136:21, 1154:1

**professional** [1] - 1184:5

**program** [1] - 1175:24

**proofread** [1] - 1205:7

**propellant** [8] - 1154:1, 1161:16, 1174:17, 1175:24, 1180:1, 1211:3, 1216:16, 1216:20

**propellants** [1] - 1180:1

**proper** [2] - 1144:2, 1144:10

**properties** [4] - 1147:17, 1147:18, 1147:25, 1151:2

**property** [4] - 1136:11, 1136:13, 1187:1, 1187:3

**Propulsion** [1] - 1161:16

**protective** [2] - 1144:2, 1144:10

**provide** [1] - 1145:4

**provided** [1] - 1201:17

**Public** [1] - 1153:12

**publication** [1] - 1200:12

**pulling** [1] - 1145:25

**purchase** [1] - 1199:3

**pure** [8] - 1200:14, 1200:24, 1201:7, 1202:4, 1202:10, 1202:13, 1202:16, 1202:24

**purge** [1] - 1203:2

**purged** [1] - 1202:10

**purging** [3] - 1201:20,

1201:24, 1202:1

**purported** [1] - 1134:9

**purpose** [1] - 1207:1

**purposes** [2] - 1175:18, 1207:13

**pursuant** [1] - 1201:25

**put** [11] - 1130:21, 1133:9, 1139:18, 1142:19, 1151:23, 1163:7, 1168:12, 1175:20, 1175:24, 1191:18, 1214:22

**putting** [4] - 1136:24, 1139:15, 1140:1, 1174:8

**PX** [6] - 1143:21, 1145:21, 1149:20, 1177:15, 1204:6, 1204:9

## Q

**Quality** [6] - 1133:23, 1133:25, 1135:14, 1145:22, 1146:3, 1146:14

**quality** [5] - 1134:3, 1135:4, 1154:24, 1181:24, 1181:25

**quantity** [3] - 1164:1, 1165:7, 1200:1

**quart** [1] - 1215:13

**quarter** [1] - 1174:16

**questions** [4] - 1168:19, 1177:19, 1178:22, 1183:11

**quick** [1] - 1178:16

**quickly** [1] - 1199:22

**quite** [2] - 1136:5, 1177:11

**quoting** [1] - 1147:9

## R

**rainfall** [2] - 1181:14, 1182:14

**Rancho** [8] - 1133:11, 1133:18, 1136:4, 1136:10, 1136:11, 1147:10, 1147:14, 1159:19

**Randal** [1] - 1199:19

**range** [5] - 1131:5, 1154:25, 1157:21, 1170:21, 1195:24

**rapidly** [1] - 1164:18

**rate** [9] - 1137:25, 1138:1, 1138:2, 1155:16, 1155:20,

1171:15, 1172:6, 1172:9, 1173:6

**rates** [1] - 1171:21

**rather** [3] - 1133:22, 1182:2, 1192:11

**reach** [3] - 1159:21, 1163:21, 1197:8

**reached** [6] - 1165:6, 1193:6, 1193:10, 1194:4, 1196:16, 1196:24

**reaching** [2] - 1205:3, 1207:17

**reacts** [1] - 1205:2

**read** [19] - 1147:8, 1148:13, 1153:8, 1154:17, 1156:8, 1156:19, 1156:21, 1157:6, 1157:10, 1158:15, 1159:5, 1159:9, 1163:10, 1167:11, 1169:8, 1189:7, 1191:9, 1202:20, 1207:4

**reading** [8] - 1132:14, 1146:17, 1154:18, 1156:17, 1189:14, 1197:16, 1204:25, 1214:24

**reads** [2] - 1191:6, 1206:24

**real** [1] - 1141:19

**reality** [1] - 1165:17

**really** [9] - 1141:22, 1142:1, 1143:6, 1150:23, 1152:17, 1152:22, 1158:5, 1158:9, 1164:16

**reason** [1] - 1194:15

**reasonable** [4] - 1145:3, 1176:20, 1178:3, 1184:5

**reasons** [5] - 1164:21, 1185:1, 1185:5, 1185:7, 1185:10

**rebuttal** [2] - 1187:9, 1187:10

**rebutting** [1] - 1187:20

**recalled** [2] - 1169:18, 1192:18

**receiving** [6] - 1130:10, 1130:14, 1130:16, 1130:22, 1131:1, 1160:25

**Recess** [1] - 1180:5

**recharge** [1] - 1182:21

**recognize** [1] - 1150:22

**reconstruct** [1] -

1198:18
**record** [7] - 1138:19,
1146:19, 1147:7,
1163:5, 1163:10,
1217:23, 1218:4
**records** [2] - 1199:3,
1201:14
**recycle** [2] - 1151:23,
1152:14
**recycled** [2] - 1143:7,
1152:6
**recycler** [1] - 1152:1
**recycling** [4] -
1151:24, 1152:9,
1152:22, 1165:18
**redirect** [1] - 1180:4
**REDIRECT** [1] -
1180:9
**redistill** [1] - 1152:3
**Redlands** [17] -
1133:19, 1136:8,
1136:9, 1136:14,
1136:20, 1136:21,
1154:9, 1159:21,
1162:8, 1162:13,
1168:1, 1170:22,
1184:24, 1185:12,
1210:8
**reduced** [3] - 1165:12,
1165:16, 1187:25
**refer** [1] - 1190:8
**reference** [2] -
1133:12, 1193:5
**referenced** [4] -
1131:19, 1181:20,
1197:1
**references** [2] -
1160:3, 1162:25
**referencing** [2] -
1195:3, 1196:9
**referring** [1] - 1196:13
**refused** [1] - 1148:18
**regarding** [7] -
1145:19, 1162:7,
1173:21, 1184:20,
1190:3, 1204:4,
1210:13
**regards** [1] - 1209:8
**region** [1] - 1182:9
**regional** [11] -
1133:19, 1133:21,
1134:2, 1134:14,
1135:4, 1135:11,
1137:4, 1137:15,
1138:8, 1138:13,
1181:24
**Regional** [6] -
1133:23, 1133:24,
1135:14, 1145:22,
1146:14, 1153:13

regions [3] - 1181:25,
1182:1
**regulatory** [1] -
1205:18
**relationship** [1] -
1134:2
**relative** [2] - 1163:22,
1163:23
**relatively** [1] - 1210:9
**release** [2] - 1187:2,
1200:14
**relevant** [2] - 1161:11,
1164:1
**reliance** [2] - 1148:22,
1148:23
**relied** [2] - 1132:11,
1205:15
**rely** [1] - 1147:19
**relying** [7] - 1133:4,
1133:6, 1147:20,
1147:23, 1151:17,
1196:17, 1196:20
**remember** [8] -
1132:3, 1142:10,
1159:8, 1162:18,
1211:11, 1212:19,
1214:15, 1216:18
**remembered** [2] -
1215:19, 1217:4
**remove** [2] - 1141:9,
1141:12
**removed** [2] -
1150:10, 1193:21
**replete** [1] - 1181:9
**replied** [1] - 1163:24
**report** [9] - 1133:1,
1174:20, 1195:2,
1195:5, 1196:17,
1200:7, 1200:11,
1200:12, 1213:18
**reported** [5] -
1139:12, 1139:13,
1154:21, 1161:9,
1200:16
**REPORTER** [2] -
1129:5, 1218:1
**reporter** [3] - 1129:8,
1140:19, 1214:24
**reports** [1] - 1133:1
**request** [1] - 1203:19
**required** [2] - 1175:15,
1176:22
**requirements** [2] -
1130:1, 1137:5
**research** [2] -
1216:11, 1216:16
**reshuffling** [1] -
1217:20
**residence** [1] -
1200:23

residues [2] - 1141:1,
1142:12
**resolution** [12] -
1129:22, 1130:15,
1131:9, 1131:16,
1131:19, 1138:25,
1139:12, 1140:25,
1142:6, 1160:25,
1161:10, 1161:20
**Resolution** [1] -
1140:24
**resolutions** [4] -
1130:20, 1130:24,
1131:3, 1162:3
**resources** [1] - 1181:7
**Resources** [4] -
1153:13, 1155:25,
1156:1, 1156:3
**respect** [2] - 1209:1,
1216:18
**respond** [1] - 1134:4
**responded** [1] -
1215:16
**responding** [1] -
1176:23
**response** [6] -
1146:17, 1195:19,
1196:10, 1197:2,
1201:15, 1203:18
**responses** [4] -
1195:23, 1196:20,
1205:18, 1205:20
**responsibility** [2] -
1187:22
**result** [6] - 1151:11,
1170:25, 1181:8,
1186:21, 1194:16,
1200:24
**resulting** [2] -
1153:25, 1212:1
**resume** [2] - 1180:3,
1217:16
**review** [4] - 1193:24,
1197:21, 1205:3,
1205:20
**reviewed** [2] -
1163:20, 1201:23
**reviewing** [1] -
1213:23
**rid** [1] - 1152:4
**right-hand** [1] -
1206:19
**rinse** [6] - 1190:20,
1191:7, 1192:1,
1192:2, 1192:8
**river** [2] - 1130:11,
1131:11
**River** [5] - 1133:24,
1182:6, 1183:7
**Robert** [3] - 1183:17,

1195:16, 1196:18
**ROBERT** [1] - 1183:18
**rock** [1] - 1215:1
**rocket** [1] - 1160:15
**rockets** [1] - 1175:24
**rocks** [7] - 1137:8,
1212:24, 1216:10,
1216:14, 1216:15,
1216:19
**roughly** [1] - 1172:6
**routinely** [1] - 1143:4
**Roy** [1] - 1169:17
**rubbish** [1] - 1138:20
**rule** [1] - 1171:24
**runs** [2] - 1189:4,
1205:9
**rust** [1] - 1139:17

# S

**Sacramento** [2] -
1156:4, 1183:6
**safe** [3] - 1144:18,
1150:10, 1152:19
**safety** [3] - 1206:13,
1212:4, 1212:6
**sake** [3] - 1151:23,
1159:17, 1171:22
**sales** [1] - 1149:10
**salts** [1] - 1139:16
**sample** [1] - 1130:13
**samples** [3] - 1133:3,
1133:5, 1209:21
**San** [2] - 1182:4,
1182:18
**sand** [1] - 1150:12
**Santa** [2] - 1133:24,
1182:6
**scale** [1] - 1136:5
**scheduling** [1] -
1217:23
**sciences** [1] - 1171:22
**scientific** [1] - 1184:5
**screen** [5] - 1146:1,
1147:3, 1147:4,
1147:5, 1214:22
**second** [8] - 1137:22,
1146:24, 1150:5,
1154:6, 1154:22,
1191:5, 1194:15,
1197:14
**second-to-the-last** [1]
- 1146:24
**section** [4] - 1143:24,
1143:25, 1145:2,
1155:4
**see** [31] - 1131:11,
1132:14, 1141:21,
1144:16, 1144:17,

1145:6, 1147:4,
1147:5, 1148:22,
1155:5, 1172:20,
1176:3, 1184:18,
1184:24, 1185:8,
1187:5, 1189:6,
1189:12, 1189:16,
1191:9, 1194:17,
1202:24, 1204:25,
1206:19, 1206:24,
1207:3, 1207:5,
1207:10, 1209:6,
1210:7, 1210:11
**seeing** [2] - 1166:17,
1204:21
**seldom** [1] - 1213:5
**sell** [2] - 1152:3
**semi** [1] - 1134:3
**sense** [3] - 1137:17,
1175:12, 1176:11
**sentence** [2] -
1155:15, 1191:6
**separate** [2] -
1134:24, 1200:21
**separation** [1] -
1200:17
**separator** [9] -
1185:16, 1185:17,
1186:24, 1200:18,
1200:20, 1200:24,
1201:21, 1202:2,
1202:14
**separators** [3] -
1200:13, 1201:3,
1201:20
**series** [1] - 1170:16
**Service** [3] - 1138:12,
1138:15, 1138:16
**service** [2] - 1138:14,
1201:17
**set** [4] - 1130:8,
1130:9, 1152:19,
1171:16
**several** [4] - 1198:25,
1205:7, 1209:10,
1217:9
**sewers** [1] - 1150:8
**shall** [2] - 1192:8,
1206:25
**shape** [1] - 1145:16
**share** [1] - 1187:25
**shared** [3] - 1135:20,
1174:22, 1175:2
**sheet** [3] - 1156:12,
1174:22, 1175:2
**shelf** [1] - 1181:21
**shop** [1] - 1212:23
**short** [4] - 1168:3,
1168:7, 1177:19,
1177:25
**shorter** [1] - 1157:6

**shot** [1] - 1156:17
**show** [4] - 1143:14, 1185:21, 1187:11, 1189:20
**showed** [4] - 1156:16, 1156:22, 1194:8, 1204:7
**shown** [1] - 1154:3
**shows** [4] - 1139:18, 1141:20, 1201:14, 1210:23
**side** [7] - 1189:8, 1190:21, 1191:8, 1191:14, 1191:23, 1193:25, 1215:12
**Sierras** [1] - 1182:7
**significant** [7] - 1155:8, 1173:5, 1184:23, 1185:11, 1185:19, 1203:7, 1215:6
**similar** [2] - 1131:16, 1190:18
**similarly** [1] - 1131:25
**simply** [1] - 1130:22
**single** [1] - 1141:21
**sit** [1] - 1213:17
**site** [31] - 1133:10, 1133:11, 1133:18, 1136:10, 1136:15, 1137:12, 1137:14, 1137:24, 1142:14, 1154:9, 1156:4, 1156:5, 1159:19, 1162:8, 1162:13, 1165:2, 1165:21, 1165:23, 1166:7, 1179:21, 1182:23, 1184:24, 1185:12, 1194:24, 1205:17, 1205:20, 1214:1, 1215:23, 1217:6, 1217:7
**site-specific** [4] - 1165:21, 1165:23, 1166:7, 1182:23
**sites** [17] - 1130:24, 1135:12, 1143:9, 1159:20, 1159:23, 1160:3, 1160:7, 1160:12, 1160:16, 1160:18, 1160:20, 1160:25, 1183:3, 1209:25, 1210:2, 1210:5
**sitting** [1] - 1176:19
**situation** [4] - 1143:4, 1171:5, 1181:13, 1187:6
**size** [1] - 1136:5

**size-wise** [1] - 1136:5
**skipped** [1] - 1177:11
**sky** [1] - 1175:24
**slope** [1] - 1189:11
**small** [14] - 1136:19, 1144:1, 1144:5, 1144:8, 1144:9, 1173:7, 1173:13, 1173:14, 1180:21, 1202:5, 1202:8, 1202:12, 1209:23, 1211:13
**smaller** [1] - 1136:14
**smell** [2] - 1164:14, 1164:24
**smells** [1] - 1216:24
**so-called** [1] - 1135:12
**soak** [3] - 1144:1, 1174:10, 1178:8
**sodium** [2] - 1139:17, 1155:2
**soil** [5] - 1145:15, 1174:10, 1175:6, 1175:8, 1182:16
**solids** [1] - 1154:25
**soluble** [1] - 1180:22
**solution** [1] - 1154:6
**solutions** [1] - 1153:23
**solvent** [56] - 1141:5, 1142:12, 1144:18, 1144:20, 1150:15, 1151:12, 1152:21, 1162:9, 1163:23, 1165:3, 1165:7, 1166:1, 1169:19, 1170:16, 1172:3, 1173:6, 1173:7, 1185:17, 1186:21, 1186:24, 1197:15, 1197:17, 1200:8, 1200:9, 1200:13, 1200:14, 1200:15, 1200:18, 1200:20, 1200:24, 1201:3, 1201:7, 1201:10, 1201:20, 1201:21, 1202:4, 1202:10, 1202:13, 1202:14, 1202:16, 1202:18, 1203:2, 1203:5, 1205:1, 1207:12, 1211:3, 1212:24, 1213:9, 1214:5, 1214:15, 1214:18, 1214:19, 1215:15
**solvent-water** [8] - 1186:24, 1200:13, 1200:18, 1200:20,

1200:24, 1201:3, 1201:20, 1201:21
**solvents** [16] - 1139:19, 1141:5, 1142:14, 1142:17, 1142:22, 1143:2, 1143:5, 1143:6, 1152:2, 1154:2, 1161:13, 1162:7, 1163:3, 1164:9, 1202:22, 1206:14
**someone** [2] - 1135:7, 1152:2
**sometime** [1] - 1211:22
**sometimes** [1] - 1215:21
**somewhat** [1] - 1217:5
**somewhere** [2] - 1145:22, 1216:1
**sorry** [16] - 1146:16, 1146:23, 1155:18, 1159:2, 1176:21, 1178:14, 1179:13, 1186:1, 1186:2, 1186:14, 1187:7, 1195:12, 1198:19, 1202:15, 1211:7, 1215:20
**sort** [3] - 1189:8, 1201:8, 1203:3
**sound** [2] - 1191:20, 1196:11
**source** [10] - 1130:10, 1130:16, 1130:22, 1149:5, 1160:7, 1160:16, 1160:24, 1186:20, 1186:24, 1209:14
**sources** [4] - 1160:1, 1205:17, 1209:11, 1209:12
**south** [1] - 1193:25
**space** [1] - 1175:24
**spatial** [1] - 1208:13
**speaking** [2] - 1130:21, 1168:5
**specific** [15] - 1130:6, 1131:1, 1131:9, 1141:3, 1151:15, 1151:20, 1165:21, 1165:23, 1166:7, 1167:14, 1182:23, 1187:18, 1208:25, 1213:7
**specifically** [4] - 1138:20, 1166:1, 1166:15, 1192:1
**specifications** [2] -

1199:5, 1211:17
**specify** [3] - 1129:13, 1132:1, 1137:17
**specifying** [1] - 1137:15
**speculation** [1] - 1140:4
**Speer** [2] - 1195:11, 1195:13
**spell** [1] - 1140:19
**Spencer** [8] - 1195:10, 1195:11, 1195:13, 1195:14, 1195:15, 1195:16, 1196:18, 1208:20
**spend** [1] - 1173:10
**spending** [1] - 1140:11
**spent** [2] - 1198:1, 1214:25
**spill** [6] - 1143:4, 1143:25, 1144:5, 1144:8, 1144:9, 1144:11
**spills** [3] - 1142:24, 1144:1, 1144:10
**splashed** [1] - 1169:19
**spot** [2] - 1171:6, 1215:13
**square** [1] - 1136:12
**stained** [1] - 1216:10
**Stan** [2] - 1153:3, 1169:6
**standard** [7] - 1167:25, 1176:22, 1182:25, 1204:13, 1210:23, 1212:4, 1212:6
**standards** [2] - 1183:5, 1183:9
**standing** [1] - 1206:13
**standpoint** [2] - 1135:7, 1182:11
**start** [3] - 1180:23, 1184:19, 1202:15
**start-up** [1] - 1180:23
**started** [2] - 1135:16, 1178:8
**starting** [4] - 1165:13, 1187:13, 1197:7, 1211:22
**starts** [1] - 1164:25
**state** [18] - 1132:19, 1134:1, 1134:5, 1142:12, 1163:6, 1163:8, 1170:15, 1170:19, 1170:24, 1174:21, 1177:20, 1181:9, 1182:12,

1183:1, 1183:5, 1195:24, 1213:12, 1217:10
**State** [3] - 1133:21, 1134:23, 1203:19
**statement** [9] - 1136:16, 1141:15, 1141:18, 1143:12, 1148:13, 1154:13, 1197:4, 1200:1, 1202:7
**States** [1] - 1183:16
**states** [6] - 1132:10, 1150:7, 1153:18, 1154:23, 1190:18, 1213:11
**statewide** [1] - 1135:15
**stating** [2] - 1159:10, 1212:17
**steal** [1] - 1216:4
**Sterrett** [32] - 1183:17, 1183:24, 1184:1, 1184:16, 1184:19, 1186:1, 1186:9, 1188:19, 1189:6, 1189:12, 1189:16, 1189:18, 1190:24, 1191:1, 1191:9, 1196:16, 1197:8, 1199:22, 1203:9, 1204:4, 1204:13, 1204:21, 1205:3, 1206:10, 1206:13, 1206:16, 1207:16, 1209:5, 1209:7, 1215:6, 1215:14, 1217:17
**STERRETT** [1] - 1183:18
**Sterrett's** [1] - 1199:18
**Stevens** [2] - 1203:12, 1203:24
**still** [8] - 1143:7, 1152:18, 1162:23, 1171:9, 1181:2, 1208:15, 1208:22
**strata** [1] - 1172:4
**streams** [1] - 1181:6
**strike** [2] - 1201:5, 1202:14
**strikes** [1] - 1161:8
**structure** [1] - 1137:20
**structures** [1] - 1150:12
**studied** [1] - 1165:12
**study** [2] - 1181:10
**stuff** [6] - 1175:20,

1176:16, 1177:3,
1177:8, 1177:9,
1192:13

**subject** [2] - 1135:20,
1135:22

**submit** [1] - 1184:1

**submitted** [1] -
1153:19

**subsequent** [1] -
1207:21

**subsequently** [1] -
1191:18

**Substances** [1] -
1195:20

**subsurface** [1] -
1190:2

**sufficient** [2] -
1176:18, 1199:25

**suggested** [1] -
1171:15

**suggestion** [1] -
1142:24

**suggests** [3] -
1155:15, 1155:20,
1191:13

**Sullivan** [1] - 1180:12

**SULLIVAN** [10] -
1156:13, 1167:3,
1168:17, 1168:25,
1180:7, 1180:10,
1181:16, 1183:11,
1197:14, 1217:19

**sump** [5] - 1130:4,
1190:12, 1190:21,
1191:8, 1191:14

**supplements** [1] -
1193:13

**supply** [1] - 1144:17

**support** [6] - 1136:1,
1166:12, 1166:18,
1194:24, 1195:1,
1208:6

**supported** [1] -
1181:12

**suppose** [1] - 1171:8

**supposed** [1] - 1203:8

**surface** [5] - 1158:21,
1180:17, 1181:5,
1209:9, 1210:13

**suspect** [2] - 1160:14,
1168:2

**switch** [5] - 1185:13,
1198:9, 1207:23,
1208:7, 1209:3

**switched** [7] - 1185:3,
1194:19, 1194:22,
1195:17, 1205:10,
1207:17, 1208:20

**sworn** [2] - 1183:19,
1205:10

**Syrah** [3] - 1167:18,
1167:23, 1169:24

**system** [1] - 1202:11

## T

**tab** [14] - 1143:19,
1143:21, 1149:16,
1149:22, 1149:23,
1150:1, 1152:24,
1155:23, 1156:18,
1157:5, 1186:9,
1190:24, 1190:25,
1204:5

**tabs** [1] - 1177:2

**talks** [1] - 1211:25

**tank** [4] - 1190:19,
1192:2, 1192:16,
1215:19

**taste** [2] - 1167:17,
1216:22

**TAZZ** [1] - 1180:2

**TCA** [48] - 1150:22,
1151:9, 1162:12,
1162:16, 1162:18,
1163:16, 1163:22,
1163:25, 1164:14,
1164:17, 1167:7,
1167:10, 1167:19,
1169:21, 1170:9,
1171:16, 1172:5,
1172:7, 1172:12,
1172:19, 1185:3,
1185:14, 1194:19,
1194:22, 1195:7,
1195:10, 1195:18,
1198:9, 1202:22,
1206:3, 1206:4,
1207:8, 1207:17,
1209:21, 1209:22,
1209:25, 1210:21,
1211:21, 1212:17,
1212:22, 1213:1,
1213:10, 1213:12,
1213:16, 1214:5,
1216:1

**TCE** [81] - 1131:17,
1136:24, 1139:23,
1143:2, 1143:17,
1143:18, 1146:9,
1148:10, 1148:17,
1149:2, 1150:22,
1151:9, 1152:6,
1152:9, 1152:14,
1162:12, 1162:15,
1162:17, 1163:16,
1163:22, 1164:1,
1164:8, 1164:13,
1164:14, 1164:16,
1165:2, 1167:7,

1167:10, 1167:19,
1169:21, 1170:5,
1170:21, 1170:24,
1171:15, 1172:5,
1172:14, 1172:20,
1184:23, 1185:6,
1185:11, 1185:14,
1186:20, 1186:24,
1188:8, 1194:16,
1194:18, 1195:18,
1197:17, 1199:2,
1200:1, 1200:5,
1202:22, 1205:4,
1205:25, 1206:6,
1206:22, 1206:23,
1206:25, 1208:22,
1208:25, 1209:8,
1209:14, 1209:18,
1210:6, 1210:8,
1210:23, 1211:4,
1211:25, 1212:22,
1213:4, 1213:7,
1213:16, 1213:21,
1214:25, 1215:20,
1215:22, 1216:4,
1216:5, 1216:21,
1216:24

**technical** [1] -
1201:17

**temperatures** [2] -
1142:16, 1205:2

**tend** [1] - 1180:22

**tended** [1] - 1143:8

**term** [2] - 1142:1,
1209:22

**terms** [1] - 1173:6

**terrible** [1] - 1137:21

**testified** [11] -
1183:20, 1193:16,
1195:17, 1203:20,
1210:20, 1213:1,
1213:9, 1214:14,
1214:17, 1216:4,
1216:9

**testify** [4] - 1191:16,
1191:17, 1193:14,
1210:22

**testifying** [8] -
1191:25, 1212:21,
1213:4, 1215:14,
1215:18, 1216:18,
1216:21, 1217:2

**testimony** [41] -
1135:3, 1148:9,
1163:20, 1164:12,
1164:14, 1165:19,
1166:8, 1166:15,
1166:17, 1168:18,
1175:10, 1178:13,
1184:7, 1185:21,

1189:21, 1189:24,
1191:21, 1191:23,
1192:3, 1192:10,
1192:25, 1193:3,
1193:6, 1193:11,
1193:12, 1193:17,
1193:21, 1195:10,
1205:6, 1205:11,
1207:20, 1208:7,
1208:12, 1208:14,
1213:15, 1213:23,
1214:20, 1215:7,
1215:9, 1216:23,
1217:4

**texture** [1] - 1202:25

**THE** [270] - 1129:5,
1129:7, 1129:10,
1129:25, 1130:1,
1131:7, 1131:8,
1134:18, 1134:20,
1136:24, 1137:3,
1137:8, 1137:9,
1137:10, 1137:11,
1137:17, 1137:18,
1138:1, 1138:2,
1138:3, 1138:4,
1138:5, 1138:7,
1138:10, 1138:12,
1138:14, 1138:15,
1138:16, 1138:17,
1138:18, 1138:22,
1138:25, 1139:1,
1139:2, 1139:3,
1139:4, 1139:6,
1139:8, 1139:9,
1139:11, 1139:14,
1139:16, 1139:20,
1139:21, 1139:23,
1139:24, 1139:25,
1140:2, 1140:3,
1140:5, 1140:8,
1140:11, 1140:19,
1140:20, 1140:21,
1143:14, 1143:18,
1143:21, 1145:21,
1146:2, 1146:6,
1146:20, 1146:22,
1146:23, 1146:25,
1147:1, 1147:5,
1147:6, 1147:9,
1147:12, 1147:13,
1147:20, 1147:22,
1147:23, 1148:2,
1148:4, 1148:7,
1148:9, 1148:12,
1148:13, 1148:16,
1148:19, 1148:20,
1148:25, 1149:2,
1149:3, 1149:4,
1149:6, 1149:7,
1149:9, 1149:10,

1149:12, 1149:14,
1149:20, 1149:22,
1151:19, 1151:21,
1155:17, 1156:15,
1156:25, 1157:2,
1157:5, 1157:10,
1157:11, 1157:13,
1157:14, 1157:16,
1157:19, 1157:20,
1157:25, 1158:2,
1158:5, 1158:10,
1158:15, 1158:18,
1158:23, 1158:24,
1159:1, 1159:2,
1159:3, 1159:5,
1159:6, 1159:9,
1159:12, 1159:14,
1159:15, 1160:9,
1161:4, 1161:6,
1161:7, 1161:8,
1161:10, 1161:12,
1161:25, 1162:3,
1163:5, 1163:12,
1163:25, 1164:4,
1166:19, 1166:22,
1166:24, 1167:1,
1167:4, 1167:21,
1167:24, 1167:25,
1168:1, 1168:11,
1168:24, 1169:2,
1169:5, 1169:7,
1169:12, 1169:22,
1170:2, 1170:4,
1170:5, 1170:6,
1170:10, 1171:23,
1172:13, 1172:16,
1172:19, 1172:21,
1172:24, 1173:1,
1173:9, 1173:13,
1175:7, 1175:11,
1175:12, 1175:17,
1175:18, 1175:22,
1175:23, 1176:2,
1176:3, 1176:6,
1176:7, 1176:10,
1176:11, 1177:5,
1177:8, 1177:15,
1177:17, 1178:3,
1178:6, 1178:9,
1178:13, 1178:14,
1178:17, 1178:19,
1178:22, 1179:1,
1179:4, 1179:5,
1179:11, 1180:3,
1180:6, 1180:8,
1180:19, 1180:20,
1183:12, 1183:14,
1183:15, 1186:12,
1186:15, 1186:18,
1187:4, 1187:8,
1187:18, 1188:1,

1188:4, 1188:6,
1188:13, 1188:16,
1195:11, 1195:12,
1195:13, 1195:14,
1195:15, 1195:16,
1196:1, 1196:5,
1196:7, 1196:14,
1197:3, 1197:5,
1197:9, 1197:13,
1197:15, 1197:23,
1198:8, 1198:11,
1198:16, 1198:24,
1199:4, 1199:7,
1199:10, 1199:15,
1199:19, 1203:11,
1203:15, 1203:17,
1203:21, 1203:24,
1204:2, 1204:9,
1205:22, 1206:2,
1206:3, 1206:4,
1206:5, 1206:6,
1211:6, 1211:7,
1211:8, 1211:9,
1211:19, 1211:21,
1212:7, 1212:9,
1212:10, 1212:11,
1212:13, 1212:14,
1217:12, 1217:15,
1217:22

**theirs** [1] - 1187:9
**themselves** [1] -
  1134:15
**theory** [4] - 1134:4,
  1186:12, 1186:15,
  1198:16
**therefore** [1] -
  1141:23
**thick** [1] - 1137:22
**third** [1] - 1185:20
**thousand** [1] - 1153:5
**thousands** [1] -
  1148:8
**threat** [1] - 1146:11
**three** [2] - 1160:18,
  1204:19
**threw** [1] - 1215:1
**throughout** [3] -
  1163:3, 1182:12,
  1183:5
**throw** [1] - 1215:5
**title** [1] - 1206:15
**today** [8] - 1139:18,
  1162:23, 1167:1,
  1173:15, 1181:2,
  1184:8, 1194:17,
  1217:15
**together** [2] - 1134:24,
  1187:16
**token** [2] - 1157:22,
  1181:22

**tolerate** [1] - 1156:20
**Tom** [1] - 1203:19
**tomorrow** [1] -
  1217:17
**tons** [1] - 1177:9
**took** [2] - 1161:16,
  1168:10
**top** [3] - 1204:24,
  1204:25, 1206:19
**topic** [1] - 1203:10
**topics** [1] - 1159:17
**tort** [1] - 1175:9
**tossed** [1] - 1173:8
**total** [3] - 1139:11,
  1154:25, 1182:8
**totally** [1] - 1134:24
**towards** [1] - 1153:10
**Toxic** [1] - 1195:20
**toxic** [2] - 1158:10,
  1159:14
**traction** [1] - 1173:14
**training** [1] - 1167:14
**transcript** [3] -
  1163:10, 1215:8,
  1218:4
**translate** [1] - 1196:9
**traveled** [1] - 1181:1
**treatment** [1] - 1154:3
**tremendously** [1] -
  1181:15
**tri** [1] - 1195:3
**trial** [10] - 1153:2,
  1169:4, 1169:6,
  1176:19, 1177:13,
  1184:13, 1186:10,
  1190:25, 1204:7,
  1206:12
**trichloro** [1] - 1195:7
**trichloroethane** [1] -
  1195:3
**trichloroethylene** [2] -
  1206:20, 1215:20
**Trichloroethylene** [1]
  - 1206:25
**tried** [1] - 1134:5
**troubled** [1] - 1176:13
**true** [7] - 1129:2,
  1135:24, 1136:4,
  1141:14, 1143:1,
  1201:12, 1203:6
**truth** [6] - 1133:6,
  1139:18, 1183:19,
  1183:20, 1198:6
**try** [6] - 1145:19,
  1166:20, 1181:12,
  1209:6, 1216:4,
  1217:20
**trying** [5] - 1135:7,
  1143:5, 1151:5,
  1157:24, 1179:23

**turn** [7] - 1149:16,
  1152:24, 1154:22,
  1155:23, 1170:12,
  1173:18, 1205:8
**turning** [1] - 1132:9
**turns** [2] - 1132:17,
  1132:20
**two** [15] - 1133:3,
  1139:5, 1139:9,
  1151:4, 1177:19,
  1178:22, 1185:15,
  1190:7, 1195:5,
  1196:13, 1199:23,
  1204:18, 1205:15,
  1208:9, 1208:10
**type** [16] - 1135:17,
  1137:13, 1142:3,
  1164:8, 1165:11,
  1165:19, 1166:5,
  1172:23, 1179:23,
  1183:8, 1185:19,
  1189:10, 1189:14,
  1190:18, 1211:13
**types** [2] - 1137:19,
  1142:23

# U

**U.S** [6] - 1196:10,
  1196:12, 1199:16,
  1203:11, 1212:10
**ultimately** [2] -
  1180:25, 1190:10
**unconscionable** [1] -
  1141:24
**uncontested** [1] -
  1192:15
**under** [16] - 1129:1,
  1129:2, 1133:18,
  1133:25, 1135:19,
  1135:21, 1143:25,
  1150:3, 1150:5,
  1155:8, 1181:13,
  1197:25, 1198:16,
  1198:20, 1206:24,
  1207:10
**underlying** [1] -
  1137:20
**understood** [7] -
  1142:14, 1151:9,
  1173:16, 1190:17,
  1198:7, 1199:14,
  1210:4
**uniform** [1] - 1183:4
**unique** [1] - 1210:9
**uniqueness** [1] -
  1210:11
**unit** [1] - 1130:3
**United** [1] - 1183:16

**unless** [4] - 1156:19,
  1177:13, 1198:19,
  1213:5
**unlikely** [2] - 1144:8,
  1172:4
**unpleasant** [1] -
  1164:24
**unusual** [1] - 1143:6
**up** [24] - 1132:8,
  1135:11, 1139:4,
  1140:13, 1140:20,
  1144:1, 1144:5,
  1144:9, 1147:10,
  1152:19, 1159:15,
  1164:23, 1166:20,
  1168:13, 1171:15,
  1176:17, 1177:17,
  1180:23, 1182:19,
  1191:14, 1192:5,
  1194:18, 1214:22
**user** [2] - 1151:20,
  1151:22
**users** [3] - 1143:2,
  1147:19, 1147:25
**uses** [3] - 1156:6,
  1216:3, 1216:6

# V

**validity** [1] - 1150:25
**Valley** [4] - 1133:23,
  1153:13, 1182:7,
  1182:17
**value** [3] - 1151:23,
  1151:24, 1152:2
**vapor** [7] - 1150:9,
  1164:19, 1191:15,
  1200:7, 1201:19,
  1205:25, 1207:1
**vapors** [2] - 1145:3,
  1145:4
**varied** [2] - 1166:9,
  1183:5
**varies** [2] - 1182:16,
  1182:21
**variety** [3] - 1173:2,
  1182:16, 1211:9
**various** [3] - 1153:25,
  1195:1, 1213:17
**ventilation** [1] -
  1145:4
**versus** [2] - 1173:7,
  1208:14
**viable** [1] - 1152:22
**video** [2] - 1163:7
**videotape** [1] -
  1162:21
**view** [6] - 1137:1,
  1140:3, 1189:3,

1189:8, 1189:9,
  1189:10
**violated** [1] - 1171:24
**visual** [2] - 1193:17,
  1193:23
**volatile** [1] - 1146:9,
  1172:9
**volatility** [1] - 1146:12
**volume** [2] - 1129:1,
  1203:7
**volumes** [2] -
  1212:20, 1213:17

# W

**W-2** [1] - 1153:19
**waiting** [2] - 1177:25,
  1178:4
**wants** [1] - 1168:17
**wash** [4] - 1161:1,
  1190:12, 1190:18,
  1192:8
**wash-out** [1] - 1161:1
**washed** [1] - 1190:19
**washing** [4] - 1160:15,
  1160:21, 1191:16,
  1191:17
**Waste** [2] - 1150:6,
  1150:7
**waste** [33] - 1129:17,
  1129:20, 1130:2,
  1130:9, 1130:13,
  1130:19, 1130:20,
  1130:22, 1131:1,
  1133:1, 1137:19,
  1138:23, 1139:5,
  1139:12, 1142:5,
  1142:13, 1150:3,
  1150:10, 1150:14,
  1151:9, 1153:19,
  1155:13, 1155:14,
  1161:15, 1165:14,
  1166:3, 1174:17,
  1179:23, 1211:3,
  1212:1
**wastes** [7] - 1129:23,
  1132:12, 1132:22,
  1153:25, 1154:2,
  1154:4, 1155:7
**wastewater** [2] -
  1131:17, 1155:11
**Water** [30] - 1129:2,
  1129:13, 1129:16,
  1129:22, 1130:8,
  1130:9, 1131:22,
  1132:5, 1132:11,
  1133:8, 1133:23,
  1133:24, 1135:14,
  1138:23, 1140:24,

1145:22, 1146:3, 1146:14, 1146:21, 1147:21, 1148:5, 1148:7, 1153:12, 1153:13, 1154:19, 1156:1, 1156:3, 1159:7, 1161:1, 1215:10

**water** [58] - 1130:14, 1130:16, 1131:1, 1131:14, 1133:19, 1134:2, 1135:4, 1144:17, 1153:5, 1156:5, 1157:9, 1158:7, 1173:25, 1174:2, 1174:9, 1175:25, 1180:17, 1180:22, 1181:13, 1181:14, 1181:24, 1181:25, 1182:4, 1182:25, 1185:17, 1186:24, 1190:1, 1190:12, 1190:18, 1190:20, 1191:6, 1191:7, 1191:13, 1191:20, 1192:2, 1200:9, 1200:13, 1200:14, 1200:18, 1200:20, 1200:24, 1200:25, 1201:3, 1201:7, 1201:20, 1201:21, 1202:1, 1202:4, 1202:17, 1202:25, 1203:1, 1203:2, 1203:5, 1203:7

**water-solvent** [1] - 1185:17

**waterborne** [1] - 1153:19

**waters** [2] - 1154:24, 1182:9

**watershed** [1] - 1134:7

**watersheds** [2] - 1133:22, 1182:2

**ways** [1] - 1164:21

**week** [1] - 1203:20

**weigh** [1] - 1193:1

**weight** [6] - 1189:23, 1189:24, 1199:6, 1207:19, 1207:20, 1207:23

**wells** [1] - 1181:1

**Wessman** [16] - 1162:18, 1162:25, 1163:2, 1170:20, 1214:8, 1214:11, 1214:14, 1214:21, 1214:22, 1215:14,

1215:23, 1215:25, 1216:4, 1216:9, 1216:21, 1217:2

**Wessman's** [1] - 1215:7

**west** [7] - 1184:24, 1185:12, 1189:4, 1190:21, 1191:8, 1191:14, 1191:22

**wetted** [3] - 1173:24, 1174:2, 1174:7

**whatsoever** [1] - 1150:25

**White** [10] - 1169:17, 1178:15, 1210:15, 1210:17, 1210:20, 1212:17, 1212:21, 1213:11, 1213:20, 1214:1

**white** [6] - 1191:15, 1191:25, 1192:18, 1192:21, 1213:1, 1213:4

**White's** [3] - 1191:21, 1193:11, 1213:15

**whole** [6] - 1151:1, 1151:7, 1156:20, 1156:21, 1183:19, 1215:8

**William** [1] - 1213:24

**willing** [1] - 1152:3

**wise** [1] - 1136:5

**withstanding** [1] - 1162:25

**witness** [5] - 1146:4, 1167:1, 1169:13, 1184:10, 1217:20

**WITNESS** [88] - 1129:10, 1130:1, 1131:8, 1134:20, 1137:3, 1137:9, 1137:11, 1137:18, 1138:2, 1138:4, 1138:7, 1138:12, 1138:15, 1138:17, 1138:25, 1139:2, 1139:4, 1139:8, 1139:11, 1139:16, 1139:21, 1139:24, 1140:2, 1140:5, 1140:11, 1140:20, 1146:22, 1146:25, 1147:5, 1147:9, 1147:13, 1147:22, 1148:2, 1148:7, 1148:12, 1148:16, 1148:20, 1149:2, 1149:4, 1149:7, 1149:10, 1151:21, 1157:10, 1157:13,

1157:16, 1157:20, 1158:2, 1158:10, 1158:18, 1158:24, 1159:2, 1159:5, 1159:9, 1159:14, 1161:6, 1161:8, 1161:12, 1167:24, 1168:1, 1170:4, 1170:6, 1172:16, 1172:21, 1173:1, 1175:11, 1175:17, 1175:22, 1176:2, 1176:6, 1176:10, 1178:6, 1178:13, 1179:5, 1180:20, 1183:15, 1195:12, 1195:14, 1195:16, 1196:5, 1197:3, 1206:3, 1206:5, 1211:7, 1211:9, 1211:21, 1212:9, 1212:11, 1212:14

**witnesses** [1] - 1217:17

**Wolf** [1] - 1181:20

**wondered** [1] - 1147:8

**wondering** [1] - 1146:20

**workers** [2] - 1167:22, 1177:20

**Works** [1] - 1153:12

**works** [1] - 1141:22

**worry** [2] - 1176:4, 1182:9

**worse** [1] - 1216:22

**write** [2] - 1163:6, 1208:3

**written** [2] - 1146:8, 1146:13

**wrote** [1] - 1208:13

## Y

**yard** [2] - 1187:12, 1187:14

**year** [8] - 1134:15, 1139:5, 1139:9, 1141:2, 1166:9, 1182:14, 1182:15

**years** [9] - 1148:18, 1165:12, 1172:14, 1192:22, 1192:24, 1216:2, 1217:7, 1217:9

**yesterday** [2] - 1173:15, 1179:9

## Z

**ZILIOLI** [8] - 1183:16, 1183:23, 1184:10, 1196:12, 1197:12, 1199:17, 1199:20, 1212:12