UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


LOCKHEED MARTIN CORPORATION,   .
                               .
          Plaintiff,           .
                               .   CA No. 08-1160 (ESH)
     v.                        .
                               .
UNITED STATES OF AMERICA,      .   Washington, D.C.
                               .   Thursday, February 20, 2014
          Defendant.           .   10:23 a.m.
                               .
. . . . . . . . . . . . . . . . Pages 1236 - 1330

DAY 7 - A.M. SESSION
TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:          MICHAEL K. MURPHY, ESQ.
                            RAYMOND B. LUDWISZEWSKI, ESQ.
                            JUSTIN A. TORRES, ESQ.
                            STACIE B. FLETCHER, ESQ.
                            DAVID FOTOUHI, ESQ.

                            Gibson, Dunn & Crutcher, LLP
                            1050 Connecticut Avenue, NW
                            Washington, DC 20036-5306
                            (202) 955-8238

For the Defendant:          JOHN E. SULLIVAN, ESQ.
                            ERICA M. ZILIOLI, ESQ.
                            JESSICA O'DONNELL, ESQ.
                            JUSTIN D. HEMINGER, ESQ.
                            JENNIFER E. POWELL, ESQ.
                            WILLIAM D. JOHNSON, ESQ.

                            U.S. Department of Justice
                            ENRD / Environmental Defense
                            Section
                            601 D Street, NW
                            Suite 8000
                            Washington, DC 20026-3986
                            (202) 305-0365

Court Reporter:                    BRYAN A. WAYNE, RPR, CRR
                                   Official Court Reporter
                                   U.S. Courthouse, Room 6714
                                   333 Constitution Avenue, NW
                                   Washington, DC 20001
                                   (202) 354-3186

**Proceedings reported by machine shorthand.  Transcript produced by computer-aided transcription.**

P R O C E E D I N G S

THE DEPUTY CLERK:  Civil case No. 08-1160, Lockheed
Martin Corporation v. United States of America.

THE COURT:  Can I ask a clarification question?  And
I'll ask the witness first, but maybe the parties will agree.
There are obviously many disputes about what happened at
Redlands, about the practices used in degreasers and what caused
the contamination.  Is there a dispute between you and
Dr. Feenstra over the sources at Potrero?  I think that the burn
pit and the rocket motor production area.

THE WITNESS:  I don't believe so.

THE COURT:  Everybody agrees about the sources -- and
what about the sources at LaBorde?  My understanding is they've
got hog-outs or -- hog-out?

THE WITNESS:  Hog-out, yes, Your Honor.

THE COURT:  Hog-out, we have a disposal pit that had a
permit but there's a question about what it was permitted for,
and then we have burn pits, both -- at both Beaumont sites, and
then there was the rocket motor production area.  I don't see
that the sources are really contested.

MR. MURPHY:  No, Your Honor.  Because unlike the
groundwater at Redlands that moves very fast and the plume is
now a couple miles away from the facility, we actually see the
contamination in the areas where it was released at those two
sites, so it's very easy to know the processes that were causing

1    that contamination.

2              MR. SULLIVAN:  Yes.  We agree with that, Your Honor.

3              THE COURT:  And is there an issue about improper

4    practices, other than I understand you make an argument about

5    burn pans.  But is there an issue about improper practices being

6    used there?  I understand you would argue they didn't follow the

7    Dickey Act.

8              MR. SULLIVAN:  Yes, Your Honor.

9              THE COURT:  But in terms of on the ground.

10             MR. MURPHY:  I think David Bauer makes an opinion that

11   we should have not allowed any liquids to reach the ground at

12   the burn pits at Potrero, and I think that is part of his

13   opinions that he gives in this case, Your Honor.  We don't

14   agree, but I think that is part of his opinion.

15             THE COURT:  Does that mean -- allow liquids to reach

16   the ground.  How did you allow that, by using a disposal pit or

17   burn pits?

18             MR. MURPHY:  This was the burn area, Your Honor.  I

19   think he said we didn't run our burn --

20             THE COURT:  I know that.  For a shorthand I called

21   that there's a dispute about burn pans.

22             MR. MURPHY:  Yes, Your Honor.  But I think he would

23   say we didn't run our burn pits correctly.  We don't agree.

24             THE COURT:  Right.  That argument applies to both

25   sites, but there's only a dispute as to what's a good practice.

1    It's not a dispute that there is a --

2              MR. MURPHY:  A source there.

3              THE COURT:  Right.  But the burn -- perhaps you could

4    just clarify one more thing.  When you say that it's not

5    disputed that these were sources, can you attribute quantities

6    to the burn pits?  In other words, was that the major area where

7    contaminants were found?

8              MR. MURPHY:  The plumes I think at those sites, those

9    sites are much larger than Redlands in terms of area.  So the

10   plumes themselves are different sizes.  I don't think they

11   commingled as much.  I'm looking at Dr. Sterrett to confirm.  I

12   don't think they commingled.  So you can look at the size of a

13   plume, how much perchlorate's in the area it was disposed in, to

14   determine how much, or what the impact to the groundwater is

15   based on the burn pit as opposed to the hog-out as opposed to

16   other sites.

17             THE COURT:  When you get to question the witness, can

18   you give me a little clarification?  I would like to know where

19   we do finally know something, as opposed to speculating away

20   over plumes that are miles away, how he assesses the damage by

21   place and chemical if you can.

22             MR. SULLIVAN:  Yes, Your Honor.

23             THE COURT:  Okay.  That's good, that's where we can

24   eliminate dispute.  That's fine.

25        (Witness resumes the stand.)

**ROBERT STERRETT, WITNESS FOR THE DEFENDANT, PREVIOUSLY SWORN**

**CONTINUED CROSS-EXAMINATION**

BY MR. FOTOUHI:

Q.   Dr. Sterrett, yesterday I believe you gave testimony regarding the deposition of Robert Spencer.  Do you recall that?

A.   Yes.

Q.   And you testified that Robert Spencer indicated there was a vapor degreaser in building 52 at the Redlands site; is that right?

A.   That was how I read it, if I remember correctly.

Q.   Have you seen any other testimony or documents that would corroborate Mr. Spencer's recollection?

A.   I have not.

Q.   And building 52 was the mixing building; isn't that right?

A.   That's my understanding.

Q.   And the mixer in that building was remotely controlled; isn't that correct?

A.   I don't know.

Q.   Based on what you know about the site and the mixing operation, is it likely that Mr. Spencer was mistaken about a vapor degreaser in 52?

A.   As I recall, and I can't recall if it was Mr. Spencer testifying, at some point later, there was machining going on in one of the buildings, and I thought it was 52, which would make sense that there was a degreaser there, but I don't recall.

1    Q.    Yesterday we were speaking about the testimony of certain

2    former employees who said that they discharged solvent to the

3    ground.  I believe you spoke about Mr. White and Mr. Wessman,

4    and I believe that you cite a few other former employees'

5    depositions as well, so I'd like to speak with you about those.

6    You cite to Christian Mulder, right?

7    A.    Yes.

8    Q.    And Mr. Mulder, you state that he dumped -- I should say --

9    or isn't it the case that Mr. Mulder worked at the site from

10   1956 to 1965?

11   A.    That's my understanding, what I recall.

12   Q.    Is it your understanding that Mr. Mulder dumped TCE?

13   A.    It's my understanding that he dumped solvents in the

14   evening, and during that time period, TCE, it's my opinion, was

15   the solvent of choice based upon Mr. Heeseman and Mr. Borgelt's

16   testimony.

17   Q.    If you could turn, Dr. Sterrett, to the first tab of your

18   binder, it's tab 1, Plaintiff's Exhibit 1058.

19   A.    Yes.

20              THE COURT:  Sorry.  What tab?

21              MR. FOTOUHI:  Tab 1, Your Honor.  Plaintiff's Exhibit

22   1058.

23              THE COURT:  Okay.

24   BY MR. FOTOUHI:

25   Q.    Dr. Sterrett, have you seen this document before?

1   A.   Yes.

2   Q.   Dr. Sterrett, let me direct your attention to item No. 2 in

3   this letter from Al Heeseman to John Fairweather of the Air

4   Pollution Control Office dated October 16, 1959.  In paragraph

5   2, Al Heeseman writes, "Solvents such as Delchem 904,

6   cyclohexanone, Chlorothene, acetone, et cetera, we use in

7   process and cleanup operations, average 280 pounds per day."

8       Dr. Sterrett, do you see TCE mentioned on that list?

9   A.   It is not listed there, but I'm wondering if it's part of

10  the "et cetera."

11  Q.   Dr. Sterrett, if you are correct that TCE was the preferred

12  cleaning solvent at the time period this letter was written,

13  shouldn't it have been listed on this letter?

14  A.   I don't know what -- if I go to this letter, it says "I'm

15  unable to supply you answers in accordance with your chart."  I

16  don't know what that chart is.  But later on, Mr. Heeseman does

17  testify that TCE was the solvent of choice, or a solvent of

18  choice.

19  Q.   It's the case, you would agree, that there are no process

20  specifications from before 1960 that call for the use of TCE

21  specifically; isn't that right?

22  A.   I don't recall seeing anything.

23  Q.   Dr. Sterrett, you also cite to the testimony of an Earl

24  Wright; isn't that correct?

25  A.   In my --

1   Q.   In your affidavit.

2   A.   Yes.

3   Q.   And in your affidavit, you state that Mr. Wright claimed to

4   have discharged small quantities of solvents at the burn pit

5   during his tenure from 1958 to 1962.  Is that correct?

6   A.   Which page are you referencing in my affidavit, please?

7   Q.   I think it's either 17 or 18.  Let me find it.  It's

8   paragraph 71 on page 17.  You state that "Mr. Wright, salvage

9   disposal worker from 1958 to 1962, testified that he poured

10   small quantities of solvents and other liquids into the burn

11   pits on a regular basis."

12   A.   Yes.

13   Q.   Dr. Sterrett, you don't recall Mr. Wright specifying what

14   solvent he discharged, do you?

15   A.   No, and I think if you read on with the affidavit, it kind

16   of states that while TCE was the preferred cleaning solvent, it

17   was possible that that was what he may have been disposing in

18   the burn pits.

19   Q.   But again, you don't recall seeing any process

20   specifications from before 1960 that would indicate TCE being

21   used for any process; isn't that right?

22   A.   That is correct.

23   Q.   Okay.  You also cite on the next page of your affidavit,

24   page 18, to the deposition of Walter Nunes, a lab technician.

25   Do you recall that?

1    A.    Yes.  I see it in front of me.

2    Q.    Mr. Nunes worked at the site from between 1964 to 1968 and

3    then again from 1970 to 1973, correct?

4    A.    That is correct.

5    Q.    Wouldn't it be the case that much of the solvent -- were we

6    to credit Mr. Nunes in his statement that he dumped solvent to

7    the ground, wouldn't it be the case that much of the solvent

8    during the last five approximately years of his tenure at the

9    site would have been exclusively TCA?

10   A.    Well, it should be.  But in terms of the labs, it appears

11   that they may have been using TCE later.  I think I discussed

12   that yesterday, or you had made that point about building 119

13   and I believe Mr. Nunes was at a lab, and they may have had,

14   quote, dispensations for the use of TCE.

15   Q.    Do you recall Mr. Nunes testifying in his deposition that

16   trichloroethane would be TCE and TCA would be trichlorylamine?

17   A.    I don't recall that.

18   Q.    Do you know what trichlorylamine would be?

19   A.    I've not heard that.

20   Q.    And trichloroethane is not TCE, correct, it's TCA?

21   A.    Could you repeat that again?

22   Q.    Sure.  Mr. Nunes --

23         THE COURT:  It's your position that your employees are

24   about as confused as the lawyers doing the answers to

25   interrogatories.  I mean, that's where we're coming out.  But I

1    don't need to mention that again.

2              MR. FOTOUHI:  Yes, Your Honor.  I'll move on.

3              THE COURT:  Everybody's getting confused, and it's not

4    surprising.  So I don't know that I can consider your employees

5    any more or less reliable than your lawyers.

6              MR. FOTOUHI:  Yes, Your Honor.

7    BY MR. FOTOUHI:

8    Q.   And lastly, Dr. Sterrett, you cite the deposition of

9    Mr. Caldwell.  Do you recall that?  I believe it's in a footnote

10   in your affidavit.  Footnote 40 on page 18.  Mr. Caldwell didn't

11   testify as to what solvents he saw dumped; isn't that right?

12   A.   I don't recall.

13   Q.   Mr. Caldwell worked at the site from 1968 until the closure

14   of the site in 1975; isn't that correct?

15   A.   I don't recall.

16   Q.   If that were true, most, if not all of the solvent that he

17   would have seen dumped would be TCA; isn't that correct?

18             THE COURT:  Under what basis?

19             MR. FOTOUHI:  Dr. Sterrett cites to the deposition of

20   Larry Borgelt.  Larry Borgelt states that when he arrived at the

21   site in 1966, Your Honor, all of the uses of TCE had been phased

22   out, except for vapor degreasing.

23             THE COURT:  But he doesn't buy that theory.  The

24   premise is not uncontested.

25   BY MR. FOTOUHI:

1   Q.   Dr. Sterrett, do you agree with Mr. Borgelt's testimony

2   regarding the use of solvents at the site?

3   A.   My understanding of Mr. Borgelt's testimony is that when he

4   got there in 1966, they were phasing out the use of TCE.

5           THE COURT:  But do you agree that they were using TCE

6   only at the degreaser, or -- after some point in the '60s?

7           THE WITNESS:  No.

8   BY MR. FOTOUHI:

9   Q.   Dr. Sterrett, you did not perform any calculations to

10  determine the quantity of solvent discharged by employees that

11  reached the groundwater, correct?

12  A.   I did not.

13  Q.   And to conduct such a calculation, you would have to know

14  the soil conditions where the solvent was dumped; is that right?

15  A.   Yes.

16  Q.   And you'd agree that you'd also have to know the

17  hydrogeology of the area where the solvent was dumped to perform

18  that calculation, correct?

19  A.   Yes.

20  Q.   Dr. Sterrett, at paragraph 59 of your affidavit -- it's on

21  page 14, Your Honor -- you state that "Repetitious dumping

22  likely contributed a significant amount of TCE to the Redlands

23  plume."  And "it's significant because the repeated dumping of

24  TCE in the same spot is more likely to result in TCE reaching

25  groundwater than dumping TCE in many locations."

1   Do you see where I'm reading, Dr. Sterrett?

2   A.   Yes.

3   Q.   This theory would apply equally to TCE and TCA, correct?

4   A.   That is correct.  Or for that fact, any fluid.

5   Q.   And for this theory to be correct, the solvent would need

6   to be dumped at precisely the same spot, correct?

7   A.   I wouldn't have to say it's precisely.  We're getting into

8   almost semantics of how big of an area.  In a relatively same

9   area.

10  Q.   But you can't be more specific than that.

11  A.   Well, if it's an area of let's say 3 by 4 feet, something

12  like that, that's something -- I would consider that the same

13  spot.

14  Q.   Okay.  If your theory is correct -- well, let me start that

15  again.  Presume that Dr. Feenstra is correct that the degreaser

16  released pure solvent in a pipe underground west of building 91.

17  Presume for the sake of this question that that's correct.

18  Wouldn't this theory apply equally to that release as well?

19  A.   Let me ask you for a little more clarification of my

20  hypothetical.  Is that discharge -- I know Dr. Feenstra

21  testified of the discharge going into the ground, underground,

22  but then I know that there's testimony of discharges going to a

23  sump.  So are we assuming it's going into a sump or strictly

24  underground?

25  Q.   Presume that it's going strictly into the ground as the

1    diagram, Plaintiff's Exhibit 841, indicates.  Wouldn't your
2    theory that releasing solvent in the same spot would increase --
3    would increase the likelihood that that solvent would reach the
4    groundwater and in turn decrease its ability to evaporate,
5    wouldn't that apply equally to the discharge from the degreaser,
6    presuming Dr. Feenstra is correct?
7    A.    Yes.
8    Q.    Dr. Sterrett, let's turn to paragraph 91 of your affidavit
9    on page 23.  Dr. Sterrett, you indicate on that page that this
10   testimony, much of which we've gone over already, indicates that
11   significantly greater quantities of TCE probably were dumped by
12   employees onto the ground at the Redlands site in comparison to
13   the dumping of 1,1,1-TCA.  Did I read that correctly?
14   A.    Yes.
15   Q.    Dr. Sterrett, what does "significantly greater" mean?
16   A.    Well, I think to put this in better perspective is, we
17   don't -- we have testimony by employees that they dumped TCE,
18   and I'm going to use the two examples of -- especially
19   Mr. Wessman.  He was very sure that he used TCE, dumped it in
20   relatively the same area repeatedly.  If you had TCA, the
21   general uses were in the mixers, and those would be small
22   quantities using rags to clean.  If there was leftover TCA, it
23   was supposed to have been recycled or put into drums, but if it
24   was disposed to the ground, those small volumes would probably
25   not make it to the groundwater.

1    So this type of -- to answer your question with respect to

2    91, when I say significantly more, I'm talking about the type of

3    discharges that would result in groundwater contamination.

4    Q.   And in reaching that conclusion, did you take Mr. White's

5    testimony that we spoke about yesterday into consideration,

6    where he testified that he dumped significant quantities, large

7    quantities of TCA?

8    A.   Well, as I recall, he dumped like 50 gallons of TCA and TCE

9    after cleaning some sort of piping, and that would go to the

10   ground, but he would do that once a year or something like that.

11   So those types of discharges in my opinion probably would not

12   make it to the groundwater, unless you had significant rainfall

13   right afterwards.

14   Q.   50 gallons of TCA is about 600 pounds, isn't it?

15   A.   That is correct.

16   Q.   And your opinion is still that we wouldn't expect to see

17   that in the groundwater?

18   A.   Well, again, that's one-time dumping.  I don't know what

19   time of year it was.  We don't know that.  It is a significant

20   amount.  But some TCA, albeit small quantities, were detected in

21   the plume.

22   Q.   No detections of TCA in the plume that exceeded 9 parts per

23   billion, correct?

24   A.   That's my understanding.

25   Q.   And TCE, by comparison, something like 165 parts per

1    billion?

2    A.   I don't know the peak concentration, but something greater

3    than a hundred I do recall.

4    Q.   Okay.  So your opinion, you've been able to conclude based

5    on the deposition testimony that more TCE was dumped than TCA.

6    That's your opinion?

7    A.   More TCE was dumped that resulted in a groundwater

8    contamination.

9    Q.   Let's turn to paragraph 67 of your affidavit, briefly.

10   It's on page 16, Your Honor.  The last sentence of that

11   paragraph states that "Also, the workers were dumping at night

12   when it was cooler and the TCE would be less likely to

13   evaporate."  Do you see where I'm reading?

14   A.   Yes.

15   Q.   Are you referring to both Mr. Mulder and Mr. Wessman or

16   just Mr. Mulder in that?

17   A.   I'm sorry.  The nighttime dumping, my understanding, would

18   be by Mr. Mulder, not Mr. Wessman.  I believe he did it during

19   the daytime.

20   Q.   And the effect of the cooler temperature that the evening

21   would bring typically, that would affect TCE evaporation rates

22   and TCA evaporation rates, correct?

23   A.   Yes.

24   Q.   Dr. Sterrett, turning now to your opinion regarding the

25   evaporation pits for a moment.  Your opinion is that the

1   evaporation pits may have leaked because liquid may have seeped

2   through the concrete; is that correct?

3   A.   And through the joints, potential joints.

4          THE COURT:  Is that in both locations or in Redlands

5   only?  Were there any evaporation pits at Beaumont?

6          THE WITNESS:  My understanding is that there were not.

7          THE COURT:  Okay.  Sorry.  Go ahead.

8          MR. FOTOUHI:  Yes, Your Honor.

9          THE COURT:  And do we have evidence of the time that

10  they stopped using evaporation pits?  Do we know that?

11         MR. FOTOUHI:  Your Honor, I believe Dr. Feenstra's

12  testimony was that the employees stopped using evaporation pits

13  for the disposal of solvent in the mid-1960s, and he bases that

14  conclusion on the lack of renewal for the air permits for the

15  pits.  But I believe his testimony is that the pits were

16  continued to be used for AP, AP wastewater.

17         THE COURT:  Do you contest that?

18         MS. ZILIOLI:  Your Honor, well, my understanding is

19  that there is testimony from Larry Borgelt that the evaporation

20  pits were not used during his period at the site, which started

21  in 1966.  So there is perhaps some ambiguity as to the extent to

22  which they were used for --

23         THE COURT:  Okay.  Go ahead.

24  BY MR. FOTOUHI:

25  Q.   Dr. Sterrett, you've not seen any specific evidence of

1    cracks or, I think you said joints, resulting in releases from

2    the evaporation pits at the LPC facility, have you?

3    A.   My understanding is there was a crack in the evaporation

4    pit 61 as a result of a fire that was in that pit, but the

5    normal construction of these evaporation pits would lead to

6    joints.

7    Q.   And do you recall what your supporting evidence is for the

8    assertion that there was a crack resulting from a fire?

9    A.   I can't remember, somebody's deposition, but maybe it was

10   Mr. Rogers.

11   Q.   Have you looked at photos of the evaporation pits that are

12   in the record in this case?

13   A.   I have.

14   Q.   Have you observed any cracks or seepage points based upon

15   your review of those photos?

16   A.   I don't recall seeing.

17   Q.   You've not visited the Redlands site, have you?

18   A.   I have not.

19   Q.   Okay.  Let's turn quickly to your opinions regarding

20   building 52.  Those are found at paragraphs 146 and 147 of your

21   affidavit.

22         MR. FOTOUHI:  Your Honor, that's located on pages --

23   that's on page 40.

24   BY MR. FOTOUHI:

25   Q.   Dr. Sterrett, these opinions regard the discharge of liquid

1   from building 52 -- I guess the way you describe it is into a

2   drain piped to the west under the berm surrounding the building,

3   that it did not go all the way into the evaporation pit.  Is

4   that correct?

5   A.   Yes.

6   Q.   Did you conduct an analysis to determine whether that pipe

7   was extended into the evaporation pit at one point in time?

8   A.   It's my understanding it was extended.

9   Q.   Do you recall when that occurred?

10  A.   I do not.

11  Q.   In paragraph 147, you note the high solubility of

12  perchlorate.  Other than that fact, do you have any evidence to

13  support the contention that the water that would have been

14  directed near but not directly into the evap pit contained

15  perchlorate, AP?

16  A.   It's my understanding they would wash the building

17  periodically, so that would contain perchlorate.

18  Q.   Do you have an opinion as to the concentration of that

19  perchlorate?

20  A.   I do not.  Perchlorate, though, is highly soluble in water.

21  Q.   Dr. Sterrett, let's turn to paragraph 144 of your

22  affidavit, just above where we were reading on page 40, Your

23  Honor.  This regards building 114.

24  A.   Yes.

25  Q.   Dr. Sterrett, is it your opinion that this water contained

1  perchlorate?

2  A.   It could.

3  Q.   Beyond the possibility, you can't say either way?

4  A.   Well, they were using AP in the building 114, which they

5  did.  If they put that down drains, then that would go into the

6  evaporation pit.

7  Q.   Let's turn, Dr. Sterrett, to tab 28 of your binder.

8       THE COURT:  But how does it get in the groundwater,

9  under your theory?  Is it because the evaporation pit leaked in

10  places?  Because that's not the place where the pipe was not

11  continuous, right?

12      THE WITNESS:  Your Honor, my understanding is, from a

13  letter that we're going to see right now, is that water would

14  be -- 2,500 gallons of water a day went to that pit, and then

15  approximately once per week they would pump the water out of the

16  pit and discharge it to the ground.

17      THE COURT:  And this is at Redlands?

18      THE WITNESS:  Yes.

19      THE COURT:  Okay.

20      MR. FOTOUHI:  May I continue, Your Honor?

21      THE COURT:  Yes.

22  BY MR. FOTOUHI:

23  Q.   Dr. Sterrett, the document behind tab 28 in your binder is

24  Plaintiff's Exhibit 1143.  Have you seen this document before?

25  I'll give you a moment to find it.

1     THE COURT:  He obviously has, since he knew what it

2  was going to be before.

3     THE WITNESS:  Yes.

4     MR. FOTOUHI:  A good guess.

5  BY MR. FOTOUHI:

6  Q.   Dr. Sterrett, this is a letter dated June 30, 1971, from

7  Albert Wehde of LPC to the Department of the Army Corps of

8  Engineers.  And is it your understanding, Dr. Sterrett, that

9  this letter regards the water going into the evaporation pits at

10  building 114, correct?

11  A.   It's my understanding it's the water coming out of the

12  pits.

13  Q.   Yes.  Let's look for a moment at the second page of this

14  document, and the third full paragraph.  It states, "As a matter

15  of interest, tests LPC has made of the effluent pumped from the

16  evaporation pit show the following results:  Total dissolved

17  solids, 150 parts per million."  Do you see that, Dr. Sterrett?

18  A.   Yes.

19  Q.   Isn't that roughly equivalent to the groundwater in the

20  area?

21  A.   My understanding is that the average TDS, or total

22  dissolved solids for the Bunker Hill basin is approximately --

23  it's over 300 parts per million.

24  Q.   So this water, as indicated in this 1971 letter, actually

25  has a lower quantity of dissolved solids than the average for

1   the groundwater in the area.  Isn't that right?

2   A.   That's what that would indicate.

3   Q.   And your testimony is perchlorate is highly soluble,

4   correct?

5   A.   That is correct.

6   Q.   And so were there to be AP in this water, wouldn't you

7   expect the total dissolved solids to be higher than what you

8   would find just simply in the groundwater?

9   A.   That is the case, but this is -- we don't know anything

10  about when this was sampled.  I'm not saying that AP went into

11  the evaporation pond all the time.  If it was all the time, you

12  would expect to see a higher concentration, but this is at one

13  point in time, it appears, and we don't know how the sample was

14  collected.

15  Q.   But to be clear, this is the only analysis of the water

16  from the sumps -- excuse me -- from the evaporation pits at

17  building 114 that we have that you've seen, correct?

18  A.   That is correct.

19  Q.   Let's turn briefly to paragraph 41 of your affidavit,

20  Dr. Sterrett, which is located, Your Honor, on page 9 and

21  continuing on to page 10.

22       Dr. Sterrett, in this paragraph I believe you describe the

23  recharge basins located near the LPC Redlands facility.  Isn't

24  that correct?

25  A.   That's correct.

1  Q.   You state that, "Many of these recharge basins were built

2  at the Redlands site before GCR entered into a lease."  Is that

3  correct?

4  A.   Yes.

5  Q.   It's the case that throughout the time LPC operated its

6  facility, the Water Board continued constructing additional

7  recharge basins, correct?

8  A.   If I may, you're talking about the Water Board, and just so

9  the record's clear, I don't want people confusing the Water

10 Board with the California Regional Water Quality Control Board,

11 because that's a regulatory agency, and I think here it would

12 probably be the San Bernardino Water District.

13 Q.   Yes.

14 A.   Would that be a better -- or I believe that would be a more

15 accurate classification.

16      So to answer your question, yes, they continued to

17 construct recharge basins.  And if I may also help make the

18 record a little clearer, I know Dr. Feenstra talked about

19 percolation basins as a source of contamination, I believe his

20 testimony was, in this trial.

21      I want to reemphasize, sometimes recharge basins and

22 percolation basins are terms that are used synonymously, but in

23 this particular case, percolation basins and recharge basins are

24 to get, quote, uncontaminated natural surface water into the

25 groundwater.  It's to enhance the percolation into the

1    subsurface.

2    Q.   And finally, Dr. Sterrett, let's talk briefly about your

3    opinions regarding the Beaumont sites.  Dr. Sterrett, at the

4    Potrero site, also sometimes referred to as Beaumont No. 1, you

5    agree that the highest concentrations of AP are found at the

6    burn pit area.  Isn't that correct?

7    A.   I would have to look --

8    Q.   Paragraph 226 of your affidavit, Dr. Sterrett, if I could

9    direct you there.

10   A.   I have it in front of me.

11   Q.   Dr. Sterrett, it reads that "The primary source of

12   groundwater contamination at Potrero, also known as Beaumont No.

13   1, was the former burn pit area."  Correct?

14   A.   You read that correctly.

15   Q.   And that's still your opinion, correct?

16   A.   Yes.  I believe, though, your original question dealt with

17   AP, wasn't it?

18   Q.   Yes, Dr. Sterrett.  I think for the sake of trying to help

19   the reporter and all of us keep things straight, we've been

20   referring to AP contamination and TCE contamination.  At least

21   I've been trying to, not successfully every time.

22        Dr. Sterrett, I think you cite to testimony from

23   Mr. Borgelt regarding the leaking of barrels of TCA at the burn

24   pit area?  Do you recall that?

25   A.   I don't recall him saying it was TCA; I just thought he

1  testified with respect to seeing solvents.

2  Q.   Okay.  Assuming that Mr. Borgelt -- crediting Mr. Borgelt's

3  testimony for the purposes of this question, it's not your

4  opinion that leaking barrels of TCA would have somehow led to AP

5  contamination, correct?

6  A.   Unless there was AP within the barrel along with the TCA.

7  Q.   You have no specific evidence that that would or would not

8  be the case?

9  A.   I don't.

10  Q.   Okay.

11       MR. FOTOUHI:  Your Honor, that's all I have.  Thank

12  you, Dr. Sterrett.

13                    REDIRECT EXAMINATION

14  BY MS. ZILIOLI:

15  Q.   Good morning, Dr. Sterrett.

16  A.   Good morning.

17  Q.   Dr. Sterrett, counsel asked you about total dissolved

18  solids in the Bunker Hill basin.  Do you recall that?

19  A.   Yes.

20  Q.   What does total dissolved solids measure?

21  A.   It's a measure of material that's dissolved into the water

22  itself.  So these could be carbonates, it could be other

23  constituents that dissolve into the water.

24  Q.   Is AP the only dissolved solid that you would expect to see

25  in the Bunker Hill basin water?

1    A.   No.

2    Q.   Would you expect to see all of the dissolved solids that

3    you described that would be in the Bunker Hill basin in the

4    discharge from the evaporation pit of building 114?

5    A.   I'm sorry?

6    Q.   Would you expect to see -- counsel was asking you to

7    compare the groundwater at -- the discharge from the building

8    114 evaporation pit to the general groundwater in the area.

9    Would you expect to see the same substance or the same dissolved

10   solids in the groundwater in that basin compared to the

11   groundwater -- I'm sorry -- the water coming out of the

12   evaporation pit?

13   A.   I was surprised that the concentration was 150.  It's my

14   understanding that the Redlands facility obtained their water

15   from municipality -- or the local municipality, which I am

16   assuming derived their water from groundwater, so I would expect

17   to see groundwater concentrations for total dissolved solids

18   something on the order of at least 300 parts per million, in the

19   water that would be in the basin, because the water would come

20   into the facility, it would go into the evaporation pit.

21   Q.   The total dissolved solids that would comprise that roughly

22   300 parts per million in the groundwater at the basin, are those

23   the same solids that you would see in building 114's evaporation

24   pit?

25   A.   A portion of them would be.

Q.   Counsel asked you about Mr. Mulder's testimony.  Do you
recall that?

A.   Yes.

Q.   What solvent did Mr. Mulder testify that he was dumping?

A.   As I recall, I think he said it was TCE.

Q.   Dr. Sterrett, there has also been testimony in this case
that most of the TCE dumped by Mr. Wessman and Mr. Mulder would
have evaporated before reaching groundwater.  Based on your
experience and training as a hydrogeologist, do you agree?

A.   Again, it depends on how it was dumped.  If it was dumped
every day at relatively the same spot, I would expect to see
movement into the groundwater.

          MS. ZILIOLI:  Your Honor, I have one rebuttal point if
I might make it.  It's not something that was covered on direct,
but it relates to testimony last week from Dr. Delaney.  It'll
be very brief.

          THE COURT:  Go ahead.

BY MS. ZILIOLI:

Q.   If we could look at U.S. Exhibit 711A.  Dr. Sterrett, do
you recognize this document?

A.   It's an aerial photograph.  Yes, I have seen this before.

Q.   So you recognize this as the -- or what is shown there?

A.   It is the Redlands facility.

Q.   If we could zoom in on the central lower portion of that
site.  Dr. Sterrett, do you recognize what you're looking at on

1  the screen?

2  A.   I believe it's building 77.

3  Q.   And that's in the center of the screen.  Could you make a

4  mark -- if you just touch the screen, it should make a little

5  mark where you believe building 77 is.

6       (Witness complies.)

7       Thank you.  Dr. Sterrett, you've offered an opinion in this

8  case about wastewater coming out of the south sump at building

9  77?

10 A.   That's correct.

11 Q.   Could you please point to where in the picture it's your

12 understanding that that -- any water that came out of the south

13 sump would have been discharged?

14 A.   My understanding is that it went to the south.  If you look

15 at the overall gradient of the land, it would go towards the

16 west.

17 Q.   Based on your experience and training as a hydrogeologist,

18 do you have an opinion as to where the water would go once it

19 came out of that discharge point?

20 A.   It would infiltrate and percolate.

21 Q.   Do you have an opinion about how far the water would travel

22 once it left the discharge point?

23 A.   I don't.

24           THE COURT:  Do you know what direction?

25           THE WITNESS:  The direction I believe would be more

towards the west, because it's the overall slope of the land

surface.

THE COURT:  It's the overall, I'm sorry, slope?

THE WITNESS:  The topography is sloping towards the

west.

THE COURT:  Can you show him that other picture?  I

can't remember it now.

MR. MURPHY:  We can on redirect, Your Honor.

THE COURT:  Thank you.

MS. ZILIOLI:  Your Honor, were you referring to the

engineering drawing?

THE COURT:  Isn't that what you want to ask him about?

We know what your side says about this.  That's what he says.

The question is what does he have to say about the contrary

evidence, I would think, if you want him to add it.

MS. ZILIOLI:  My question was actually a little bit

different, but I can move on.

THE COURT:  Well, it's their point, so if you want to

get out his point of view.

MS. ZILIOLI:  Can I make a proffer as to what

Dr. Delaney testified to and ask him what he thinks about that?

THE COURT:  I'd like him to look at the drawing.  But

if they want to take care of it, they'll take care of it.  What

exhibit number is it, please, Mr. Murphy?

MR. TORRES:  Plaintiff's Exhibit 837, Your Honor.

1    THE COURT:  You can tell him what he testified to.

2    BY MS. ZILIOLI:

3    Q.   Dr. Sterrett, last week Dr. Delaney testified that if the

4    south sump pumped water out in the area you were describing, you

5    would expect to see any leftover water very close to the

6    discharge point but not towards the end or any further along in

7    the channel.  Do you agree with Dr. Delaney?

8    A.   I'm sorry.  Could you...

9    Q.   Dr. Delaney testified that if water had been pumped out of

10   the south sump and discharged south of building 77, onto the

11   ground, that any left over water would be close to the discharge

12   point as opposed to further on down as it traveled.  And my

13   question is do you agree that the water would only be found

14   close to the discharge point?

15   A.   No.  It depends on the topography and the surface

16   materials.

17           THE COURT:  You have another point to cover, right?

18           MR. MURPHY:  Yes, Your Honor.

19           THE COURT:  All right.

20   BY MS. ZILIOLI:

21   Q.   Dr. Sterrett, one last point.  Yesterday counsel for

22   Lockheed asked you about an engineering drawing showing a drain

23   in the degreaser pit of building 91; do you recall that?

24   A.   Yes.

25   Q.   Why do you give more weight to Larry Borgelt and George

```
 1   White's testimony that there was no drain over that engineering
 2   design drawing?
 3   A.   It's been my experience that sometimes engineering drawings
 4   aren't accurate.
 5            MS. ZILIOLI:  Thank you.  I have no further questions.
 6            THE COURT:  I guess we didn't have a discussion at the
 7   end of the day yesterday on either side.  Okay.
 8            MR. MURPHY:  Your Honor, I think we're done, unless
 9   you want us to show --
10            THE COURT:  I do.  And frankly, maybe I'm putting
11   undue weight on it, but from your point of view, I'd like to
12   hear what he has to say about the evidence that's contrary to
13   the government's.  I would think the government would want to
14   hear it.  I mean, otherwise, give it to me and I'll ask him.  Go
15   ahead.
16                        RECROSS-EXAMINATION
17   BY MR. FOTOUHI:
18   Q.   Dr. Sterrett, have you seen the engineering drawing on the
19   screen, Plaintiff's Exhibit 837 before?
20   A.   Yes.
21   Q.   And does this engineering drawing depict building 77 from
22   an overhead view?
23   A.   Yes, it does.
24   Q.   Okay.  John, could you zoom in to the top right there?
25        Are we looking at the south of building 77 in this
```

1   zoomed-in version, Dr. Sterrett?

2   A.   Looking at kind of the southeast corner.

3   Q.   Could you mark on the screen where you think the water from

4   the south sump discharged?

5   A.   I do see that it says existing drainage is going off to the

6   northeast, but if you look at the aerial photo, it looks more

7   like it's coming towards the west.

8          THE COURT:  Southwest.  Is that right?

9          THE WITNESS:  Yes.  To the south and then west.

10          THE COURT:  What's that arrow?  Somebody put an arrow

11   there?

12          MR. FOTOUHI:  I think Dr. Sterrett marked on the

13   screen.

14          THE COURT:  What's the arrow represent?

15          THE WITNESS:  Sorry.  It's my error.

16          THE COURT:  Oh, you don't want the arrow.

17          MR. FOTOUHI:  The bottom left corner clears the

18   screen.

19          THE WITNESS:  Oh, thanks.

20          THE COURT:  Tell me again what -- you said that the

21   aerial photo shows that it's traveling in the -- I think you

22   said southwesterly direction from -- where does it originate

23   again?

24          THE WITNESS:  There's a pipe, and there's another

25   engineering drawing --

1          THE COURT:  Yeah, do you have the actual exhibit that

2   you can have him mark?  Otherwise, it's lost to the record.  I'm

3   not sure I can describe it.  He's drawn an arrow going down from

4   the building, I think.  Is that true, from building 77?  Going

5   southwest, fairly straight south.  Then it heads west to the

6   capital C.

7          MR. FOTOUHI:  We're getting a paper copy, Your Honor.

8          THE COURT:  Okay.

9   BY MR. FOTOUHI:

10  Q.  Dr. Sterrett, may I ask you a couple more questions about

11  this?

12         THE COURT:  Whoa, whoa, whoa.  How do you reconcile

13  that, if you can?  Perhaps you can't.

14      (Document is handed to the witness.)

15         THE WITNESS:  What I'd like to see is...

16      (Witness reviewing document.)

17      Is there another exhibit that shows close up where they had

18  the drain line?  As I recall, there's a pipe on one of these

19  that shows it going out.

20         MS. ZILIOLI:  Exhibit 35?

21         THE COURT:  U.S. Exhibit 35?

22         MS. ZILIOLI:  Yes, Your Honor.

23         THE COURT:  Okay.  Can we give it to him?  What's it

24  attached to?

25         MR. MURPHY:  We can bring it up.

1    THE COURT:  Okay, but -- well, he's going to lose the

2  benefit of...

3  BY MR. FOTOUHI:

4  Q.   Is this the engineering drawing you're thinking of,

5  Dr. Sterrett?

6  A.   No.  I thought there was another diagram that showed --

7  points it going out for the rocks.

8  Q.   Is this what you're thinking of, Dr. Sterrett?

9    THE COURT:  What is this that you're showing him?

10  BY MR. FOTOUHI:

11  Q.   Dr. Sterrett and Your Honor, this is a schematic and

12  overhead view of the building 77 grind station.

13    THE COURT:  I know, but what is the exhibit number?

14    MR. FOTOUHI:  This is Government Exhibit 35.

15    THE COURT:  Oh, you've just blown up a portion of it?

16    MR. FOTOUHI:  Yes, Your Honor.

17    THE WITNESS:  I thought there was another drawing that

18  had a diagram showing the trace of the pipe going out to the

19  southwest.  Maybe I'm mistaken.

20    MR. FOTOUHI:  From the south sump?

21    THE WITNESS:  Yes.

22    THE COURT:  What is this showing?

23    THE WITNESS:  Well, it shows -- if you look, Your

24  Honor, to the bottom, it says "1-1/2 inch," that would be

25  diameter, "galvanized water pipe to natural drain, approximately

1    40 feet required."

2             THE COURT:  But that doesn't tell me where it goes

3    from there, whether it's going west or east.  Is that correct?

4             THE WITNESS:  That's correct.

5             THE COURT:  So this doesn't --

6             THE WITNESS:  And the other plan view shows natural

7    drainage, existing drainage going off to the northeast, looks

8    like through a pipe, and then out onto the ground.

9    BY MR. FOTOUHI:

10   Q.   Just one more question, Dr. Sterrett.  We're going to bring

11   back Plaintiff's Exhibit 837.

12            THE COURT:  Okay.  But would you go back to my

13   question, if you can?

14            THE WITNESS:  I'm sorry.

15            THE COURT:  My question was, how do you reconcile that

16   engineering drawing, Plaintiff's Exhibit 837, with the aerial

17   photograph, which is 711A?  Is that correct?

18            MS. ZILIOLI:  Yes, Your Honor.

19            THE COURT:  Had you seen this PX 837 before today?

20            THE WITNESS:  Yes.

21            THE COURT:  Okay.

22            THE WITNESS:  To answer your question, the aerial

23   photo would probably be a better indication of what the

24   conditions are like on the ground to see which way flows would

25   go.

1          THE COURT:  Let's assume the aerial photo accurately

2     portrays some -- I guess accurately portrays something going on

3     under the ground.  What is that that it's portraying?  Can you

4     put the aerial photo?  I understand the next witness will talk

5     about aerial photos, but you say it's better than the drawing.

6          MR. FOTOUHI:  U.S. 711A.

7          THE COURT:  As a hydrologist, what do you see?  Again,

8     looking at, for lack of a better word, there's a little squiggle

9     that goes off to the road, in the direction of the road, west,

10    right?

11         THE WITNESS:  Yes.

12         THE COURT:  What, if anything, does that tell you as a

13    hydrologist?

14         THE WITNESS:  Well, looking at the overall gradient,

15    the land surface, that is to the west, suggests to me that the

16    surface water flow would be to the west.

17         THE COURT:  Would you need a pipe to have that happen?

18    Let's say it never went into the pump in the first place, or

19    sump.

20         THE WITNESS:  Because building 77 is bermed, you need

21    a way to get water out.

22         THE COURT:  I'm sorry, it's burned?

23         THE WITNESS:  Bermed.

24         THE COURT:  Oh, bermed.  I misunderstood.

25         THE WITNESS:  During surface water runoff, the south

1    sump was designed to take surface water out of that area and

2    pump it out.

3              THE COURT:  Through a pipe?  Or not?

4              THE WITNESS:  Through a pipe through the berm is my

5    understanding, and then discharging it to surface.  That's my

6    understanding.  Just out onto the ground.

7              THE COURT:  So, assuming for a minute the pipe that

8    was built and attached to the sump, the south one, did not go in

9    the direction of the topography.  Doesn't have to, does it?

10             THE WITNESS:  It would have to be a manmade feature

11   drainage to take it off to the northeast.

12             THE COURT:  In other words, would there have to be

13   something mechanical, when you say manmade feature, to take it

14   to the northeast?

15             THE WITNESS:  No.  What you would have to do is just

16   dig a ditch that's at a gradient that's different, and you could

17   direct it to the northeast.

18             THE COURT:  But you don't see that here.  You don't

19   see anything that has happened going that direction?

20             THE WITNESS:  I don't, but I have not studied these

21   aerial photos like an expert would do.

22             THE COURT:  But from your point of view, looking at

23   this, is this consistent -- I'm referring now to 711A -- is it

24   consistent with discharge of some sort?  You don't know what it

25   is.  You can't tell from the aerial photo.  You just know that

1    something is being discharged that's going towards the west.

2           THE WITNESS:  We know that the south sump discharged

3    when it would fill up with water through an electric pump, a

4    sump pump, it would discharge it through a pipe, through -- it

5    was my understanding it was through the berm, and then discharge

6    out onto the ground surface.

7           THE COURT:  Right.  But what I'm trying to gather,

8    perhaps you can't say, but what does that photo tell you

9    about...

10          THE WITNESS:  The photo, when I looked at it in

11   looking at the topography, suggested flow to the west.

12          THE COURT:  Okay.  And what's in that flow, you don't

13   know.

14          THE WITNESS:  Whatever would be in the sump at

15   building 77.

16          THE COURT:  So whether it contains contaminants, you

17   don't know from looking at that.

18          THE WITNESS:  No.

19          THE COURT:  Do you know from anything else?

20          THE WITNESS:  Well, certainly there's a process

21   standard that says at building 77 that the filters and equipment

22   were to be washed outside at the sump.

23          THE COURT:  Right.

24          THE WITNESS:  And I know there's this issue of whether

25   you opened up the lid into the north sump or George White

1    testified that he washed materials, but it sounded like he

2    washed them on the paved area.  That water would go into the

3    south sump, and that water would more likely than not contain

4    AP.

5           THE COURT:  Because that's what they're grinding in

6    building 77.

7           THE WITNESS:  That's my understanding.

8           THE COURT:  Did you offer an opinion on this, if I go

9    back to the affidavit?

10          THE WITNESS:  I offered an opinion about the water

11   going into the south sump.

12          THE COURT:  Based on topography or based on this?

13          THE WITNESS:  Well, topography, if you look at the

14   grade in and around -- and I believe this diagram that we show

15   here has the slope, and the slope of this ground surface around

16   the sumps --

17          THE COURT:  You're referring to the diagram that's

18   PX -- for the record, I have to keep doing this -- PX 837?

19          THE WITNESS:  That's correct, Your Honor.  That the

20   land surface in and around, inside that bermed area, the land

21   surface -- surface water flow would be directed towards the

22   south sump.

23          THE COURT:  Does this go -- if this is accurate, the

24   drawing, 837, where does the end point go?  In other words, does

25   it go into an evaporation pit?  Or it goes in the ground?

```
1              THE WITNESS:  My understanding again is that the north

2    sump has a pipe that leads to an evaporation pit.

3              THE COURT:  Is that 61?  I get confused.

4              MR. FOTOUHI:  The evaporation pit is sometimes

5    referred to as evaporation pit 61.

6              THE COURT:  Right.  So that's where we run into a

7    debate about a gap in the pipe.

8              MR. FOTOUHI:  I believe, Your Honor, it's the same

9    evaporation pit, but it's that --

10             THE COURT:  Different building?

11             MR. FOTOUHI:  52.  Yes, Your Honor.

12             THE COURT:  I'm sorry.  Keeping this straight is

13   difficult.  All right.  So this north sump would have gone into

14   an evaporation.

15             THE WITNESS:  The south sump discharged out onto the

16   land surface.

17             THE COURT:  Right, and not the north.  Okay.  But your

18   opinion was that, based on the testimony of the gentleman, I

19   can't remember --

20             THE WITNESS:  Mr. White.

21             THE COURT:  White, is it based on anything else, i.e.,

22   your opinion that it went down the south sump and not the north

23   sump?

24             THE WITNESS:  Well, the process document specifically

25   says washing at the sump, not in the sump, and to me it would
```

```
 1     require lifting up that steel.  And as Mr. Heeseman said, people

 2     tend to be lazy.

 3               THE COURT:  Not in this case.  Okay.

 4               MR. FOTOUHI:  I have just a couple follow-up

 5     questions, Your Honor.  May I continue?

 6               THE COURT:  Yeah.

 7     BY MR. FOTOUHI:

 8     Q.   Dr. Sterrett, you referenced George White's testimony.

 9     It's not the case that he testified that he actually washed bags

10     or parts; isn't that correct?  Parts that were used in the

11     grinding process.

12     A.   My understanding is that he did wash at that sump.

13     Q.   You recall him testifying that he washed at that sump?

14     A.   That's my recollection.

15     Q.   Let's go back to Plaintiff's 837, please.  Dr. Sterrett,

16     you testified that the general topography of the Redlands site

17     is from east to west, higher in the east, lower in the west; is

18     that correct?

19     A.   That's correct.

20     Q.   But you're not aware -- or you've not reviewed any specific

21     topographic maps regarding the area around building 77, correct?

22     A.   Just the aerial photo from 1966.

23     Q.   Just the photo we were looking at, Plaintiff's 711A?

24     A.   That as well as the sequence of photographs, yes.

25     Q.   Let's look at the very top right-hand corner of Plaintiff's
```

1    837, please.  Dr. Sterrett, do you see the box in the top

2    right-hand corner that says "Configuration verified 9/23/69"?

3    A.    Yes.

4    Q.    And then a person's name?

5    A.    Yes.

6    Q.    "A. Boone."  And then below it, "Configuration verified

7    3-2-71," and then a person's name, "Parsons"?

8    A.    Yes.

9    Q.    Doesn't this lead you to conclude that this was not simply

10   a plan for building 77 but a verified configuration of how the

11   building was built and the drainage around it?

12   A.    I have no idea what they mean by "configuration verified."

13   Q.    And I don't recall if I asked you this before.  You've

14   never been to the Redlands site; is that correct?

15   A.    I have not.

16            MR. FOTOUHI:  Thank you, Your Honor.

17            THE COURT:  Anything else?

18            MS. ZILIOLI:  No, Your Honor.

19            THE COURT:  Okay.  Thank you.  You're excused.  Have a

20   good day.

21       (The witness steps down.)

22            MR. SULLIVAN:  Your Honor, the United States calls Tom

23   Cain, Thomas Cain.

24       (Witness takes the stand.)

25

1    **THOMAS CAIN, WITNESS FOR THE DEFENDANT, SWORN**

2                        DIRECT EXAMINATION

3    BY MR. SULLIVAN:

4    Q.   Good morning, Mr. Cain.

5    A.   Good morning.

6    Q.   Mr. Cain, have you prepared a declaration of your direct

7    testimony in this case?

8    A.   Yes, I have.

9    Q.   And are the opinions you provided in that declaration made

10   to a reasonable degree of scientific and professional certainty?

11   A.   Yes, they are.

12   Q.   And do you adopt your declaration as your testimony in this

13   case?

14   A.   Yes.

15            MR. SULLIVAN:  Thank you.  Your witness.

16                        CROSS-EXAMINATION

17   BY MR. TORRES:

18   Q.   Good morning, Mr. Cain.  How are you doing?

19   A.   Good morning.

20   Q.   I want to turn to your declaration that you offered in this

21   case, and maybe we could -- that should be in the tab there.  Do

22   you see the tab there?

23   A.   Yes.

24   Q.   Okay.  You used a phrase in this testimony -- why don't we

25   bring up the table of contents, the first page of that

1   declaration if we could.  Section III A of that, which talks

2   about the basis for your opinions about AP releases.  All of

3   III A is about Lockheed's management of AP dust at the Redlands

4   facility; is that correct?

5   A.    Yes.

6   Q.    So that's pages 4 through, I think it goes to about 22 in

7   your declaration; is that right?

8   A.    Yes.

9   Q.    And one of the phrases that you use in there in that

10  section and that is one of the issues that you discuss there, is

11  fugitive dust.  Is that right?

12  A.    Yes.

13  Q.    And fugitive dust, as I understand it, is dust that

14  potentially exited the grinding building, building 77, and went

15  to the area around 77, correct?

16  A.    Correct.

17  Q.    And this section III A is all about dust control, largely

18  in building 77, AP dust control?

19  A.    Or management.

20  Q.    It's not your opinion that AP dust, fugitive dust from

21  building 77 was a major contributor to the groundwater

22  contamination at Redlands, correct?

23  A.    Correct.

24  Q.    So this discussion here from page 4 to 22 is not -- nothing

25  that's discussed in there in your opinion significantly

1    contributed to groundwater contamination?

2    A.    I wouldn't say that.

3    Q.    Okay.  You discuss various kinds of dust control techniques

4    and dust control equipment in there, right?

5    A.    Yes.

6    Q.    Okay.  But fugitive dust, in your opinion, dust that would

7    have come, been released from some of this equipment, was not a

8    major contributor to the groundwater plume; is that right?

9    A.    Yes.

10   Q.    All right.  I'm going to take a look at paragraph 115 of

11   your declaration.  Once again, we're going back to building 114,

12   which Dr. Sterrett just talked about, we've heard other

13   testimony about, and you testified in your direct testimony that

14   discharges of wastewater from 114 to the evaporation pit --

15   A.    Excuse me, where are we now?

16   Q.    I'm sorry.  We're at paragraph 115.  It's page 56 of your

17   direct testimony, your declaration.

18   A.    Which document is that?

19   Q.    Should be the last tab.

20            THE COURT:  The last page.

21   BY MR. TORRES:

22   Q.    So what we're talking about here, this is -- you have

23   identified this, building 114, as a place where you believe

24   there was an AP release.  Is that correct?

25   A.    Yes.

1    Q.    To groundwater.

2    A.    Mm-hmm.

3    Q.    Okay.  Unlike the fugitive dust.

4    A.    Yes.

5    Q.    So you testified that, as a result -- let me back up.  As I

6    understand it, there was water that went out of building 114 to

7    an evap pit, and then the water, this 2,500 gallons that we've

8    heard about came out of that.  Is that correct?

9    A.    Yes.  Every four days.

10   Q.    And it's your testimony that as a result, LPC's weekly

11   discharges of wastewater from this basin probably contained

12   significant quantities of dissolved AP as well.

13   A.    Mm-hmm.

14   Q.    You were here in the courtroom for the testimony of

15   Dr. Sterrett concerning total dissolved solids?

16   A.    Yes.

17   Q.    And you heard his testimony that the total dissolved solids

18   in that 2,500 gallons of wastewater was less than the total

19   dissolved solids in the groundwater that's found in the area; is

20   that right?

21   A.    Yes.

22   Q.    Do you have any reason to disagree with that testimony?

23   A.    No.

24   Q.    Building 114 was a lab, right?

25   A.    Propellant lab.

1   Q.   Okay.  Would it be your understanding that the quantities

2   of AP that would be either tested or burned in that building 114

3   would be relatively small as compared to the quantities of AP

4   that were being processed in the grinding building?

5   A.   Oh, yeah.

6   Q.   So it would be less.

7   A.   Yes.

8   Q.   You don't actually know whether that 2,500 gallons

9   contained AP, do you?

10  A.   Yes, I do.  They had four mixers in that building.

11  Q.   Did you give a deposition in this matter?

12  A.   I wasn't asked about it.

13  Q.   You weren't asked about whether that 2,500 gallons of

14  wastewater that was discharged from building 114 contained

15  ammonium perchlorate?

16  A.   No, I wasn't asked about whether I knew there was AP in it.

17  I don't recall that, or whether there was -- how I knew.

18  Q.   Could we bring up page 286 of your deposition.

19  A.   Is that in here?

20  Q.   No, we're going to bring that up on the screen.

21       Do you recall being asked at your deposition:  "Okay.  Do

22  you have any evidence or data that you've looked at to support

23  the conclusion that AP was -- that some of the 2,500 gallons of

24  wastewater that was discharged contained ammonium perchlorate?

25       "Answer:  It's hard to say what it contained.  I don't know

1    what it had in it.  It's a lot of water."

2    A.    Probably talking about the concentrations.  They had four

3    one-gallon mixers.  They make propellant, they wash them down,

4    they had AP.

5    Q.    Do you see the word "concentration" in that question?

6    A.    No.

7    Q.    Let me have you look at line 15.

8          "So the contents of the wastewater from building 114, you

9    can't say what composed that wastewater?

10         "Answer:  No."

11   A.    Not from the memo.

12               THE COURT:  Not from what?

13               THE WITNESS:  The memo.

14   BY MR. TORRES:

15   Q.    Let me have you take a look at paragraph 113 of your direct

16   testimony which you should have before you, so it's just a

17   paragraph or two up.  And in paragraph 113, you describe and you

18   cite to a site visit, and this is a description of those

19   evaporation pits outside 114.  And you describe how the

20   westernmost tank -- or you're citing, quoting, "the westernmost

21   tank has a thick crusty residue in it.  The eastern tank has

22   cattails growing in it, apparently supported by moisture

23   originating from water leaks in building 114."

24         Let me have you take a look at the footnote there, which is

25   footnote 84.  What date does that report state?

1  A.    1995.

2  Q.    Is it your testimony that these tanks, these evaporation

3  pits, were in a dilapidated state at the time they were being

4  operated?

5  A.    They don't appear to be.

6  Q.    Let me have you turn in your direct testimony, in your

7  declaration, let's take a look at page 48.  Starting at 48, you

8  give some testimony about wastewater discharges from the lower

9  level of building 77.  You recall the testimony that you

10 offered?

11 A.    Yes.

12 Q.    Okay.  And let's look at paragraph 102, which is on page

13 50.  I think this sort of sums up your conclusion from this

14 section.  "Based on this information, it is my opinion that when

15 the lower level was washed down with water, including the

16 cleaning with water of the duct or valve that led up to the

17 collection equipment on the main floor of building 77 and any

18 dust that may have fallen during the collection and transport of

19 ground AP, the process would have created AP-containing wash

20 water," and then that water would have flowed into the apron

21 into the south sump.

22        That was your testimony in this declaration, correct?

23 A.    Yes.

24 Q.    What was that lower level used for?

25 A.    It was the product collection level.

1    Q.   There was also an electronic scale on the floor, right?

2    A.   Yes.

3    Q.   So this is not like the old-fashioned hanging basket

4    grocery scale or anything like that.  It's an electronic piece

5    of equipment.

6    A.   Yes.

7    Q.   And that product collection area -- by product collection,

8    what we mean is ground AP coming out of the grinder down into a

9    transport -- we've called it a tote, I think?

10   A.   Totes or drums.

11   Q.   Totes or drums.  And ground AP is susceptible to clumping

12   by humidity, right?

13   A.   Yes.

14   Q.   And if it clumps, it's not usable.

15   A.   True.

16   Q.   So would it be fair to say that LPC needed that area to be

17   kept dry?

18   A.   Probably.

19   Q.   Okay.  Let's take a look at -- or let's talk about the

20   sumps we've heard a lot about.  We've got an issue in this case

21   about which sump it went into, which sump the water created by

22   the washing of bags and parts would have gone into, either the

23   north sump or the south sump, correct?

24   A.   I don't think there's an issue.

25   Q.   Okay.  I understand that you don't think there's an issue.

1    There's an issue that has been raised in this case.  Your

2    testimony in your affidavit is that it would have gone into the

3    south sump.  Correct?

4    A.   Yes.

5    Q.   I want to start out by asking you, you don't have an

6    opinion as to whether in the '60s or '70s industry or the

7    government knew that AP was likely to be a groundwater

8    contaminant?  You're not offering testimony about that.

9    A.   No, I'm not.

10   Q.   But you do know something about AP and its chemical

11   properties, correct?

12   A.   Yes.

13   Q.   We've heard a bunch of times that AP dissolves in water,

14   correct?

15   A.   Easily.

16   Q.   Easily dissolves in water.  And when it dissolves in water,

17   if the water that it's suspended in evaporates, the AP will --

18   the term we've used is recrystallize; is that right?

19   A.   Yes.

20   Q.   And when it recrystallizes, it doesn't get transformed into

21   something else.  It's AP?

22   A.   Yes.

23   Q.   And it's like salt?

24   A.   It is a salt.

25   Q.   It is a salt.  So it has the properties of AP?

1    A.    Yes.

2    Q.    And basically the mass will get preserved in the sense that

3    if you've got so much water with suspended dissolved AP in it,

4    that water dissolves, you're going to have that much AP left

5    over.

6    A.    Yes.

7    Q.    One of the properties that would be left or that would not

8    be changed is the fact that AP is something that burns very

9    easily, correct?

10   A.    It burns.

11   Q.    At certain sizes it could be an explosive hazard, right?

12   A.    Under certain conditions.

13   Q.    Okay.  Do you think that that tendency of AP to

14   recrystallize is something that the operators at Redlands knew

15   about?

16   A.    Yes.

17          THE COURT:  Because it's just obvious to the average

18   person that that's what's happening?

19          THE WITNESS:  The average person or an operator,

20   Your Honor?

21          THE COURT:  Well, if it's recrystallizing, it's still

22   there, right?

23          THE WITNESS:  Yes.

24          THE COURT:  So you see it.

25          THE WITNESS:  Yes.  They probably washed the building

1    enough and saw residues form after the water evaporated.

2              THE COURT:  Forming on the walls or on the ground?

3              THE WITNESS:  Everywhere they washed, yes.  They

4    probably saw it on the rags they used.  Everything.

5              THE COURT:  So besides washing the equipment and the

6    rags, what are you supposed to do?  You don't just leave the

7    crystallized AP around.

8              THE WITNESS:  That's -- typically they would use water

9    to wash it off, and just like any, you know, powder that you

10   might have, you use water, rinse, water, rinse, to minimize the

11   risk of dust forming.  On Fridays, that was the big wash-down

12   day.  Later on in the '60s and on, early '60s and on, Fridays

13   was the day they would go in and wash the whole building down,

14   like hose the walls down.

15             THE COURT:  But then it's going where, an evaporation

16   pit?

17             THE WITNESS:  Evaporation pit 61.

18             THE COURT:  Did that continue in use throughout the

19   relevant period through the early '70s, or didn't it?

20             THE WITNESS:  As far as I know, it was connected,

21   although Larry Borgelt seems to think otherwise.  I don't know

22   where else it would have gone.

23   BY MR. TORRES:

24   Q.   Just to be clear, you don't dispute that the north sump was

25   connected to evaporation pit 61, right?

1   A.   The drawings show that.

2   Q.   And that the drains in building 77 connected to that north

3   sump.

4   A.   Yes.

5   Q.   Okay.  So water that went into the drains in building 77

6   would go to the north sump and out to 61 to evaporate, correct?

7   A.   Yes.

8           THE COURT:  And do you have any information or any

9   evidence to say that the pits did not work the way they were

10  supposed to?

11          THE WITNESS:  No.

12          THE COURT:  And then from the evaporation pit it goes

13  to the burn pit?

14          THE WITNESS:  That's what people said, although

15  there's no procedures saying when it evaporated out, they

16  scraped it out and took it to the burn pit.  The question is,

17  when did it evaporate out?  When did they have an opportunity to

18  do that?  I don't know.  But that's how it was supposed to

19  happen.  When it formed a sludge, they were supposed to scrape

20  it out and take it to the burn pit.

21          THE COURT:  And light it on fire.

22          THE WITNESS:  Yes.

23          THE COURT:  So that was the disposal method

24  ultimately.

25          THE WITNESS:  As I understand it, yes.

1        THE COURT:  Extinguishing by fire.

2        THE WITNESS:  Yes.

3        THE COURT:  Are you suggesting they didn't take it to

4   the burn pit, or you don't know one way or the other?

5        THE WITNESS:  Oh, no.  That's probably the only place

6   they were allowed to take it.  That's an uncharacterized waste.

7   I don't think the DOT would let them take it across the road,

8   unless they kept it wet perhaps.

9        THE COURT:  I'm sorry.  I didn't catch that.

10        THE WITNESS:  The Department of Transportation.  Sorry

11   for the acronyms.

12        THE COURT:  The Department of Transportation?

13        THE WITNESS:  Yeah, there was documentation on that,

14   that they couldn't just take any waste they wanted anywhere.

15   BY MR. TORRES:

16   Q.   Just to follow up with that, the documentation you've seen

17   concerning the DOT, Redlands was not permitted to just put the

18   sludge containing the AP in a truck and ship it somewhere else,

19   right?

20   A.   I don't know exactly how they did it.  There's no

21   procedures that explains what they did with the sludge.

22   Q.   But you've seen documentation from the DOT suggesting that

23   was one thing that they weren't allowed to do.

24   A.   No.  No.

25   Q.   Okay.  Why would you be concerned about transporting AP in

1    trucks?

2    A.    What kind of AP?

3    Q.    AP.  Why would you be concerned about transporting waste

4    propellant in trucks?

5    A.    That's a broad question.  You'd have to ask the DOT.

6    Q.    Okay.  Fair enough.  Let me ask you this:  Are you aware of

7    any safety concerns about mixing waste AP with silt, dirt,

8    organic material?

9    A.    That's also a broad question.  Any -- AP is an oxidizer.

10   Mixing it with an organic material, which can act as a fuel,

11   makes it flammable.  So certain organic materials may actually

12   induce combustion.

13   Q.    Would it be -- AP mixed with organic material -- silt,

14   dirt, sticks, plant material -- are you aware of any concern

15   that that would be even more explosive than just AP?

16   A.    I don't know anything about that.

17   Q.    Okay.  Let me have you take a look at Plaintiff's Exhibit 9

18   that's in your binder before you.

19   A.    Is that PX 9?

20   Q.    PX 9, yes.  Excuse me.  Have you seen this document before?

21   A.    I believe so.

22   Q.    Okay.  Let me have you turn to -- it's going to be all the

23   way at the very end, and it's going to be section 7-2.  So I

24   think it's going to be the second or third to last page there.

25   We'll bring that up on screen.

1  A.   Okay.

2  Q.   7-2.  And let's take a look at 7-2, paragraph e.  If we

3  could bring up paragraph e, sub 1 and sub 2.  Take a look at

4  those.  It says, "Experience has shown that propellant wastes

5  which have been contaminated with foreign material -- for

6  example, floor sweepings, sand or dust from ground spillage or

7  residual materials from uncleaned containers -- are likely to be

8  more sensitive than the propellants from which the waste is

9  derived."  By "likely to be more sensitive" meaning more

10  flammable, potentially more explosive, right?

11  A.   I don't deal with single lines and single paragraphs, I'm

12  sorry.  When I do an analysis, I don't just grab one thing from

13  a book and say oh, that changes my mind for the last seven years

14  I've been working on this stuff.  So give me a moment.

15  Q.   Sure.

16       (Witness reviewing document.)

17  A.   It could be talking about the same thing that Lockheed and

18  GCR as well observed in their buildings.  Finely divided small

19  powdery materials are very flammable.  For instance, if you have

20  a chunk of propellant and you step on it or even rub it under

21  your foot, it might not do anything.  If you take finely divided

22  ground propellant and do the same thing, you're risking a

23  detonation or something like that.

24       The same thing goes for finely divided AP and dust or any

25  organic material.  That finely divided material is going to burn

1    very, very fast, and this is probably what they're referring to

2    here.

3    Q.   Okay.  That's fine.

4    A.   So, that's why they're trying to get people -- you might

5    not have a problem with a chunk of propellant doing the same

6    thing, but this finely divided stuff mixed together is

7    dangerous.

8    Q.   Okay.  So finely divided AP mixed with dirt, silt, organic

9    material, would be more flammable.

10   A.   Yeah.  More reactive.

11   Q.   More reactive.

12   A.   And therefore becomes flammable to the surface area and

13   such.

14   Q.   Do you think that's a quality of AP that operators at

15   Redlands would have been aware of?

16   A.   I know they were.

17   Q.   You know they were.

18   A.   Yes, because the safety audits and stuff even reported

19   that.  The 1961 safety audit had operator reports that, yeah,

20   they closed the door and they'd hear pops and sputters, or

21   they'd push a broom across the floor and hear pops and sputters.

22   They continued to do it anyway, till they got reprimanded.

23           THE COURT:  What does pops and sputters mean to you?

24           THE WITNESS:  Just like little tiny crackles and pops,

25   sounds like Rice Krispies.

1    THE COURT:  Right.  But what's causing that?

2    THE WITNESS:  The AP mixed with other things.  Then it

3  goes "poof."  They even saw AP collected in the metal door

4  rails, and they got reprimanded by that too.

5  BY MR. TORRES:

6  Q.   Let me ask you, Mr. Cain, about the -- your testimony has

7  been that they took -- let me back up.  We all agree that there

8  are two sumps there.  The north sump goes to evap pit 61.

9  A.   Mm-hmm.

10  Q.   It was designed to do that.  It was designed to take

11  wastewater from the building that had AP in it, dissolved AP,

12  take it out to 61, and let it evaporate.  Right?

13  A.   Yes.

14  Q.   The south sump was designed to collect storm water from the

15  area around the building and send it out to what we call natural

16  drainage, right?

17  A.   Yes.

18  Q.   The ground.

19  A.   Yes.

20  Q.   Okay.  So your testimony has been that they would go out --

21  you believe that they would go out, they would take these

22  grinder parts and the bags on the apron that was outside

23  building 77 and they would wash them there with a hose or

24  something like that?

25  A.   That's what the procedures say.

1   Q.   Well -- okay.  And I want to just follow where that water

2   goes.  It goes on the apron outside the building, right, the

3   concrete area outside the building.  Correct?

4   A.   Yes.

5   Q.   And then it goes, in your opinion, into the south sump, and

6   there's a catch basin there, right?

7   A.   Yes.

8   Q.   What does a catch basin catch?

9   A.   Catches rocks and things, to keep them from interfering

10  with the sump pump.

11  Q.   It would catch potentially organic material, right?

12  A.   Well, organic material as in silt, sticks, stones.

13  Q.   It would catch that in the catch basin?

14  A.   Yes.

15  Q.   So the water is going through that catch basin, right?

16  A.   Yes.

17  Q.   And it then goes down to the bottom of the sump where

18  there's a dirt floor, right?  Dirt or gravel, I believe.

19  A.   It's a concrete floor with a hole in it.

20  Q.   And then it would be pumped by the south sump out to

21  natural drainage, the ground, right?

22  A.   Yes.

23  Q.   So, at each step of the way in that process, the water is

24  evaporating, right?

25  A.   We're talking about a lot of water, so I'm not sure where

1    you're going with this exactly.  Typically when I've seen

2    operators clean stuff like this, they turn the hose on and they

3    just keep it running.  So we're talking an awful lot of water.

4    Q.   It's the desert, right?

5    A.   Pretty much.

6    Q.   It's dry.

7    A.   Yeah.

8    Q.   It's very hot.

9    A.   Yeah.

10   Q.   So water's evaporating?

11   A.   Okay, fine.

12   Q.   All right.  So it's evaporating on that apron, it's

13   evaporating in the catch basin which is catching the organic

14   material --

15   A.   It's being constantly replenished as well.

16   Q.   And it's also evaporating at the end in natural drainage?

17   A.   Yes.

18   Q.   You testified that the operators knew that AP

19   recrystallized.

20   A.   Yeah.

21   Q.   And you testified that they knew that if they mixed it with

22   organic material it became more reactive.

23   A.   Yes.

24   Q.   But your testimony is still that that must be what they

25   did, right?

1    A.    They've done it before.

2    Q.    They knew all those things and they still -- that it became

3    more reactive, more likely to catch fire, but your testimony is

4    that's what they did.

5    A.    That's not what it says, and you're twisting the words.

6    They washed the building down the exact same way, washing it

7    inside, washing it outside.  It makes no difference.  That's how

8    you clean up AP.  Now, they used to clean up the building with

9    brooms, and they got tagged for that by the 1961 safety audit,

10   and they said don't do that; use water, use rags.  Use water to

11   clean the stuff off.

12   Q.    And just to be clear, we're talking about the inside of

13   building 77 there.

14   A.    And they did the same thing outside.

15   Q.    Which is being drained.  The inside of building 77 --

16   A.    They're washing the pavement down, they're washing it into

17   the sump and once it goes over the hill or in the sump, I don't

18   think they care.

19   Q.    They don't care that they're putting AP out onto the ground

20   where it becomes more reactive.  That's your belief?

21   A.    Yeah.

22   Q.    Okay.  And the basis of that belief is that they were too

23   lazy to lift the lid, right?

24   A.    Yeah.

25   Q.    You testified to that, that they're too lazy to lift the

1     lid?

2     A.   That would be my experience, yeah.

3     Q.   Your experience is that operators who work with highly

4     flammable, reactive materials are too lazy to lift a lid into a

5     sump that is specifically designed to send AP wastewater to an

6     evap pit.

7     A.   Yes.  These are the same operators who threw solvent on the

8     ground.

9           THE COURT:  Do you refer to somebody's specific

10    testimony for that, other than your feeling that people won't

11    lift the lid?

12           THE WITNESS:  I've been working on this for seven

13    years before this, and yes, I've done a number of studies on

14    that as well, but not for this particular litigation.

15           THE COURT:  I'm sorry, studies about what?

16           THE WITNESS:  About solvent usage.

17           THE COURT:  Well, let me ask it this way.  You have

18    concluded that the workers are more likely than not to have let

19    it go down the south --

20           THE WITNESS:  Oh, yes.

21           THE COURT:  What's the basis of that opinion?

22           THE WITNESS:  I used to make solid rocket motors, it's

23    in my CV, and operators will typically take the path of least

24    resistance when they're not told exactly how to do something.

25    And although he tried to keep it quiet, the procedures are

1    very -- when they say take this material out back to the sump

2    near the faucet and wash it.  And it stops right there.  It does

3    not tell them how to do it.  So lacking any specific procedures,

4    they're going to do whatever they want to do, and they're going

5    to take the easiest route of doing it.

6        Now, trying to pick up a lid and slide it over and go

7    through all this effort to get it in another sump, you know --

8        THE COURT:  So just make sure I understand the basis

9    of your opinion, is there anything else other than you're saying

10   common experience tells you that people tend to take the path of

11   least resistance, is there some testimony by an employee at the

12   time?  I realize the testimony was not at the time.

13       THE WITNESS:  George Nelson White is the only one

14   who's seen the water being pumped over the berm.

15       THE COURT:  Do you rely on any of the documentary

16   evidence as opposed to testimonial evidence?

17       THE WITNESS:  It's more the lack of evidence.  There

18   is no documentary evidence that discusses it beyond, "wash it

19   there."  There's nothing.

20       THE COURT:  That's the procedures.  Okay.

21       THE WITNESS:  There's one invoice call-out that

22   says -- for like a thousand dollars, it says bag washing

23   equipment.  I don't know what that means.  We never could track

24   it down.  We've tried.

25       THE COURT:  At some point in the mid-'60s they bought

equipment, but that was for the dust in the air, the pulverizer?

        THE WITNESS:  Yeah, the baghouse.  That's where the bags came from, in 1962.

        THE COURT:  And are you saying they shouldn't have washed things outside, that they should have only washed them inside?

        THE WITNESS:  Well, it's an evolutionary thing.  First, they were just using brooms, and they said no, no, no, that's not safe, it's not efficient, use water.  But then they found out, as he mentioned, water starts an agglomeration process.  So they said later on, about 1962, don't use water in the building as much, just use damp mops and rags.  Wash everything else outside.  And that became the practice from there on out.

        THE COURT:  So there's nothing improper about going outside to wash.  You're not suggesting they should have stayed in the building when they were doing the cleaning?

        THE WITNESS:  It was an operational consideration that they told them to go outside, because the humidity in the building had to be kept low.  To them it was probably, well, we wash it inside, we can wash it outside.  It made no difference to them.

        THE COURT:  It made no difference to the worker.

        THE WITNESS:  Or whoever gave them the instructions to take it outside.

1           THE COURT:  But environmentally speaking, it made no

2       difference either.

3           THE WITNESS:  Except for the fact it was going in the

4       south sump.

5           THE COURT:  Right.  Yeah.

6           THE WITNESS:  They were looking at it more I think

7       from an operational standpoint.  The building was built

8       properly.  It was made to be washed inside so that everything

9       would go in the north sump.  But then they changed, circumvented

10      the engineering features it had by telling them, oh, we can't

11      wash inside anymore, go outside.

12          THE COURT:  Where's the faucet?  Can I see the picture

13      again?

14          MR. TORRES:  If we could bring up, I think 281 might

15      show it.  That would be, I'm sorry, U.S. 281.

16          THE COURT:  You had it up a little while ago, I think.

17      U.S. what?

18          MR. TORRES:  U.S. 281.  There's a picture of the sump

19      area, but there's also, if you wanted to look at the REDMAP, we

20      could look at that, the engineering drawing.  But I believe that

21      the picture may show kind of where the faucet was.

22          THE COURT:  There's the faucet.

23          THE WITNESS:  That's the faucet.

24          THE COURT:  Let's just assume for a moment that nobody

25      put anything anywhere but that they washed things at the faucet.

1    How would it flow?  Into the south automatically?

2              THE WITNESS:  Yeah.

3              THE COURT:  That's the only opening there?

4              THE WITNESS:  Yeah, if you laid them on top of the

5    lids or you laid them on this concrete pad over here -- which we

6    never really figured out what that was for -- all the water is

7    just going to flow down into this pavement area and go into the

8    catch basin and through the hole here, all leads to the south

9    sump.

10             THE COURT:  Okay.  This is U.S. Exhibit 281 with a

11   circle around the grate, and --

12             THE WITNESS:  The actual hole is right there.

13             THE COURT:  Behind the --

14             THE WITNESS:  Yeah.

15             THE COURT:  I don't know what kind of flowers those

16   are.

17             THE WITNESS:  I don't either.  They're everywhere out

18   there, though.

19             THE COURT:  They look like weeds to me.

20             THE WITNESS:  They're so pretty.  Sorry.

21             MR. TORRES:  Is that all, Your Honor?  Okay.

22   BY MR. TORRES:

23   Q.  I just want to talk briefly about these lids here on this

24   picture.  And just to be clear, this is the north sump.

25   A.  Yes.

1    Q.   This is the south sump.

2    A.   Yes.

3    Q.   So these lids, they have these handles, right?

4    A.   Yes.

5    Q.   And the handles are retractable, right?

6    A.   Yes.

7    Q.   And the lids are actually made to slide over each other,

8    right?

9    A.   It appears that way.

10   Q.   So just to be clear, to lift the lid is not to do this

11   motion necessarily --

12   A.   Yes.

13   Q.   -- but this motion?

14          THE COURT:  How's the record going to get that one?

15          MR. TORRES:  Okay.

16   BY MR. TORRES:

17   Q.   It's not to lift it over your head, right?

18   A.   No.

19   Q.   It's to lift it up a couple of inches and move it to the

20   left or right?

21          THE COURT:  Laterally.

22          THE WITNESS:  It's to stand on one, grab a handle, and

23   pull it over the other.  And to close it, it's a little

24   trickier, is to kind of push and straddle, I think, and pull it

25   back over the other again.

```
1    BY MR. TORRES:

2    Q.   You've never actually moved these lids, right?

3    A.   No, but I'm an engineer, I think I can figure it out.

4    Q.   You've never been to the Redlands site?

5    A.   No.  But I feel like I've lived there seven years.

6              THE COURT:  How long have you worked on this site?

7              THE WITNESS:  No, I didn't work at the site.

8              THE COURT:  No, I know.

9              THE WITNESS:  I started with the Air Force seven years

10   ago and then -- I'm not going to remember the acronym.

11   BY MR. TORRES:

12   Q.   You offered an expert report in what we've been calling the

13   ASBCA litigation.

14   A.   Yeah, I don't know what it stands for, though.

15   Q.   That's the board -- it was the contract action.

16   A.   Yeah.

17   Q.   And that was a report for the government, right?

18   A.   There was a number of reports I put together.

19   Q.   How much of your business yearly do you think is for the

20   government?

21             THE COURT:  I'm sorry.  I don't know what you're

22   referring to by the ASBCA litigation.  Is that --

23             MR. MURPHY:  It was a contract indemnity action,

24   Your Honor.  We talked about it I think last week, Your Honor,

25   about there was a contract indemnity action between Lockheed --
```

1    THE COURT:  And that's the one where Boeing withdrew
2  the indemnity claim.

3    MR. MURPHY:  Yes, Your Honor.

4    THE COURT:  That's different than the litigation that
5  got settled through the Burbank agreement.

6    MR. MURPHY:  Yes, that's very different.

7    THE COURT:  And this was Boeing on behalf of Lockheed
8  sued the Army --

9    MR. MURPHY:  The Air Force.

10    THE COURT:  -- the Air Force, and said that you should
11  be -- was it strictly a claim that legally you should indemnify
12  me for my remediation costs?

13    MR. MURPHY:  It was for toxic tort costs, Your Honor,
14  as well as remediation costs.

15    THE COURT:  For more than this site?

16    MR. MURPHY:  Just this site, Your Honor, and just the
17  SRAM contract.

18    THE WITNESS:  Just SRAM.

19    THE COURT:  So you were an expert on behalf of the --

20    THE WITNESS:  Air Force.

21    THE COURT:  -- Air Force?  And how long did that go on
22  for?

23    THE WITNESS:  Till they shut it down.  I started late
24  2007 till -- when was that?

25    MR. MURPHY:  I think it was settled --

1      THE WITNESS:  Last year?

2      MR. MURPHY:  -- last year.

3      THE COURT:  It was settled?

4      MR. MURPHY:  I'm sorry, it was not settled.  Excuse

5  me, Your Honor.  It was withdrawn by Lockheed Martin.

6      THE WITNESS:  By Boeing it was withdrawn.

7      MR. MURPHY:  Well, officially by Boeing, but by

8  Lockheed.

9      THE COURT:  So you spent how many years again, total,

10  before it was withdrawn?  What was the date of the withdrawal?

11      MR. MURPHY:  I don't have the exact date, Your Honor.

12  I'll get it for you.

13      THE WITNESS:  I think it was June or something, or

14  earlier than that.

15      MR. MURPHY:  It was shortly after the toxic tort case

16  settled, Your Honor.  I can get you all of those dates.

17      THE COURT:  And where else have you sued to recover

18  the costs that you're seeking to get the government to

19  contribute to?

20      MR. MURPHY:  We've talked, Your Honor -- we've talked

21  about --

22      THE COURT:  You sued the grass --

23      MR. MURPHY:  Easter grass company, and was countersued

24  by them, and that was settled between the parties.

25      THE COURT:  And you got some money.

1    MR. MURPHY:  Yes, Your Honor.  And that money was

2  credited back.

3    THE COURT:  And then there was an insurance suit.

4    MR. MURPHY:  There was, Your Honor.  And again, we

5  lost our claim for remediation costs.

6    THE COURT:  You lost it in this California state

7  court?

8    MR. MURPHY:  In the state court, and it went up to the

9  California Supreme Court and was denied coverage.  And then

10 there was a later settlement, a buy-back on other liabilities,

11 is our position.  I'm sure the government has a different

12 position on that.

13   THE COURT:  And that was called?

14   MR. MURPHY:  That was Procter.

15   THE COURT:  And then who else did you go after?

16   MR. MURPHY:  Well, we were sued then by the residents

17 of Redlands in a toxic tort matter, and that matter lasted

18 until -- again, I'll get you the date on the date that was

19 settled, Your Honor.

20   THE COURT:  That was settled.  And were you the only

21 defendant?

22   MR. MURPHY:  We were the only defendants, Your Honor.

23 There were others earlier on, Your Honor, including 7 W was a

24 defendant in that case, as well --

25   THE COURT:  7 W was the Easter --

1        MR. MURPHY:  Easter grass company, and some of the

2   earlier owners of Grand Central Rocket, but those were settled

3   out at some point in the litigation.

4        THE COURT:  Did you countersue anyone in that one?

5        MR. MURPHY:  No, Your Honor.

6        THE COURT:  And that would have been an environmental?

7        MR. MURPHY:  That was, yes, a tort action.  And I

8   don't believe I'm forgetting any.

9        THE COURT:  And the argument before the Air Force

10  is -- what's it called?  ASP?

11        MR. MURPHY:  The -- it was the Armed Services Board of

12  Contract Appeals.

13        THE COURT:  And so you were seeking how much from

14  them?

15        MR. MURPHY:  We were seeking, there was an

16  allocation -- we were seeking a certain amount of money for

17  toxic tort costs as well as remediation costs, and there was --

18  again, I don't have it off the top of my head, but there was

19  some allocation that was trying to divide up liability for the

20  SRAM contract as opposed to all the other contracts at the

21  facility.

22        THE COURT:  Yeah, but you must have had a bottom line.

23        MR. MURPHY:  I do, Your Honor.  I don't have --

24        THE COURT:  I mean, were you seeking more than 500

25  million?

 1          MR. MURPHY:  No, Your Honor.  I don't know what we

 2     were seeking.  I will have to check.

 3          THE COURT:  Was that brought by Gibson Dunn or

 4     somebody else?

 5          MR. MURPHY:  No, Your Honor.  A different law firm.

 6          THE COURT:  Did you want to add anything on that?

 7          MR. SULLIVAN:  Yes.  Just in the Procter case,

 8     Your Honor --

 9          THE COURT:  So just go back.  When approximately did

10     you start working on the military appeal?

11          THE WITNESS:  About mid-2007.

12          THE COURT:  Do you have any idea when you stopped?

13          THE WITNESS:  When Boeing pulled --

14          THE COURT:  I know.  I'm trying to put a date.

15          THE WITNESS:  I think it was early --

16          MR. SULLIVAN:  It was April 15, 2013, Your Honor.

17     Boeing filed a letter withdrawing --

18          THE COURT:  What's the document number?

19          MR. SULLIVAN:  It's U.S. Exhibit 74.

20          THE COURT:  Okay.  All right, thank you.  So after six

21     years they pulled up their stakes.

22          THE WITNESS:  Yep.

23          THE COURT:  Okay.

24          MR. SULLIVAN:  And, Your Honor, one other thing.  Just

25     so you know, in the Procter case, one of the reasons Lockheed

1   did not get coverage was because they were recovering their

2   costs under government contracts.

3          THE COURT:  I know that; Judge Robertson discussed

4   that.

5          MR. MURPHY:  Yes, Your Honor, and the United States

6   actually filed a motion supporting Lockheed's position in that

7   case as well, Your Honor, that counters their arguments in this

8   case.

9          MR. SULLIVAN:  I'm actually not sure that's true.

10          MR. MURPHY:  Well, we briefed that with Judge

11   Robertson.

12       (Discussion off the record.)

13          MR. TORRES:  Is that all, Your Honor?

14          THE COURT:  Yes.

15          MR. TORRES:  Okay.

16   BY MR. TORRES:

17   Q.   Mr. Cain, I just want to ask, one person could move the

18   lid, right?

19   A.   I suppose.

20   Q.   Okay.

21          MR. TORRES:  No further questions.

22          THE COURT:  Okay.  How long do you think you might be?

23          MR. SULLIVAN:  No questions, Your Honor.

24          THE COURT:  Oh, all right.  Very good.  You're right.

25   Thank you.  You're excused.  Okay.  We will break at this time.

```
 1    I would ask -- I have a couple things I have to get done.
 2         (The witness steps down.)
 3         So who comes next?  Are we accommodating some fact witness
 4    as well?
 5              MR. SULLIVAN:  Yes, Your Honor.  We would be calling
 6    Mr. Peter Dull.
 7              THE COURT:  And then do you have your aerial
 8    photographer?
 9              MR. SULLIVAN:  Yes, Your Honor.  Mary Sitton would
10    follow.
11              THE COURT:  And do you have someone?
12              MR. MURPHY:  Then I think we're done with these sort
13    of noneconomic benefit, double recovery part of our witnesses, I
14    believe.  So the question would be would we start tomorrow with
15    Joan Myer?
16              THE COURT:  I can do it, certainly.  You mentioned
17    somebody we had to accommodate.
18              MR. MURPHY:  There was -- Bob Gatchel, Your Honor, but
19    I think we talked about moving -- you wanted to get all the --
20    yesterday you mentioned wanting to get all the double recovery
21    people together in one place, and we were trying to work his
22    schedule around so we could do that.  I think we've moved faster
23    than I thought we would today.
24              THE COURT:  Yeah, me, too.  So is he going to testify
25    today or tomorrow?
```

```
 1              MR. MURPHY:  Well, I guess we're trying to work that
 2      out right now before you, Your Honor.
 3          So if Joan goes tomorrow morning, I think we can get Peter
 4      and Mary, maybe -- Ms. Sitton done today, possibly.
 5              THE COURT:  I would think the next two are not going
 6      to take that long, right?  Am I wrong?  I mean, yeah, I should
 7      ask you.
 8              MR. MURPHY:  Well, it's their direct on Peter Dull, so
 9      I don't know.
10              MR. SULLIVAN:  I don't think Mr. Dull's testimony will
11      take very long.
12              THE COURT:  And I don't think Ms. Sitton will take
13      very long.
14              MR. MURPHY:  Our cross will not be very long.
15              THE COURT:  So who's going to come after it?  Let's
16      just assume we're still here this afternoon and breathing.
17      Who's coming next?
18              MR. MURPHY:  I think at that point, we move on to the
19      government's double recovery case.
20              MR. SULLIVAN:  We could then put on Joan Meyer,
21      assuming she's still here.
22              THE COURT:  Do you know if she's here?  I didn't know
23      you would move this fast either.
24              MR. SULLIVAN:  She's in D.C. --
25              THE COURT:  Well, that's here.
```

1          MR. SULLIVAN:  -- but I don't think she was

2     anticipating being here.

3          THE COURT:  And what about your person you wanted to

4     slip in?  He's a legal counsel type?

5          MR. MURPHY:  No, no.  He's head of government finance

6     at Lockheed Martin.

7          THE COURT:  Oh, that's right.  Is he here?

8          MR. MURPHY:  He's in D.C., but he's in meetings all

9     week on some audit issues with the government.  He can move his

10     schedule around.

11          THE COURT:  Well, can you discuss it?  I'm not

12     convinced that even if we start at -- she's here to testify this

13     afternoon, or not?  That's what I'm having a little difficulty

14     following the gist.

15          MR. SULLIVAN:  My understanding is that Dr. Meyer is

16     in D.C., and we are in the process of contacting our colleague

17     about seeing if we could get her here this afternoon.

18          THE COURT:  Well, can you talk to counsel?  Because I

19     don't believe -- let's say we start at 2:15.  We're not going to

20     be on these two people all afternoon.  So we could start

21     either -- I thought her name was Mayer.

22          MR. MURPHY:  Joan Meyer.

23          THE COURT:  Meyer.  Or we can fill in your guy, the

24     finance fellow.  We'll now finish this, obviously, by midday

25     Monday, I would think, although this stuff's horrid.  I

1    recognize that.

2         Okay.  That's fine.  2:15, please, and we'll work it out so

3    that you'll have someone available.

          (Lunch recess taken at 12:19 p.m.)

<u>**INDEX**</u>

<u>**WITNESS**</u>:                                                    <u>**PAGE**</u>:


<u>Robert Sterrett</u>:          Continued Cross-Examination....... 1241
                              Redirect Examination.............. 1260
                              Recross-Examination............... 1266

<u>Thomas Cain</u>:             Direct Examination................ 1278
                              Cross-Examination................. 1278




                          *   *   *   *   *   *



                              CERTIFICATE

     I, BRYAN A. WAYNE, Official Court Reporter, certify that

the foregoing pages are a correct transcript from the record of

proceedings in the above-entitled matter.


                         *Bryan Wayne*
                         _____
                         BRYAN A. WAYNE

**'**

**'60s** [4] - 1247:6, 1286:6, 1288:12
**'70s** [2] - 1286:6, 1288:19

**0**

**08-1160** [2] - 1236:5, 1238:2

**1**

**1** [5] - 1242:18, 1242:21, 1259:4, 1259:13, 1292:3
**1,1,1-TCA** [1] - 1249:13
**1-1/2** [1] - 1269:24
**10** [1] - 1257:21
**102** [1] - 1284:12
**1050** [1] - 1236:17
**1058** [2] - 1242:18, 1242:22
**10:23** [1] - 1236:7
**113** [2] - 1283:15, 1283:17
**114** [16] - 1254:23, 1255:4, 1256:10, 1257:17, 1261:4, 1261:8, 1280:11, 1280:14, 1280:23, 1281:6, 1281:24, 1282:2, 1282:14, 1283:8, 1283:19, 1283:23
**114's** [1] - 1261:23
**1143** [1] - 1255:24
**115** [2] - 1280:10, 1280:16
**119** [1] - 1245:12
**1236** [1] - 1236:8
**1241** [1] - 1315:3
**1260** [1] - 1315:4
**1266** [1] - 1315:4
**1278** [2] - 1315:5, 1315:6
**12:19** [1] - 1314:4
**14** [1] - 1247:21
**144** [1] - 1254:21
**146** [1] - 1253:20
**147** [2] - 1253:20, 1254:11
**15** [2] - 1283:7, 1309:16
**150** [2] - 1256:17, 1261:13

**16** [2] - 1243:4, 1251:10
**165** [1] - 1250:25
**17** [2] - 1244:7, 1244:8
**18** [3] - 1244:7, 1244:24, 1246:10
**1956** [1] - 1242:10
**1958** [2] - 1244:5, 1244:9
**1959** [1] - 1243:4
**1960** [2] - 1243:20, 1244:20
**1961** [2] - 1293:19, 1297:9
**1962** [4] - 1244:5, 1244:9, 1300:3, 1300:11
**1964** [1] - 1245:2
**1965** [1] - 1242:10
**1966** [4] - 1246:21, 1247:4, 1252:21, 1276:22
**1968** [2] - 1245:2, 1246:13
**1970** [1] - 1245:3
**1971** [2] - 1256:6, 1256:24
**1973** [1] - 1245:3
**1975** [1] - 1246:14
**1995** [1] - 1284:1

**2**

**2** [3] - 1243:2, 1243:5, 1292:3
**2,500** [6] - 1255:14, 1281:7, 1281:18, 1282:8, 1282:13, 1282:23
**20** [1] - 1236:7
**20001** [1] - 1237:3
**20026-3986** [1] - 1236:25
**20036-5306** [1] - 1236:17
**2007** [1] - 1305:24
**2013** [1] - 1309:16
**2014** [1] - 1236:7
**202** [3] - 1236:18, 1236:25, 1237:3
**22** [2] - 1279:6, 1279:24
**226** [1] - 1259:8
**23** [1] - 1249:9
**28** [2] - 1255:7, 1255:23
**280** [1] - 1243:7
**281** [4] - 1301:14, 1301:15, 1301:18,

1302:10
**286** [1] - 1282:18
**2:15** [2] - 1313:19, 1314:2

**3**

**3** [1] - 1248:11
**3-2-71** [1] - 1277:7
**30** [1] - 1256:6
**300** [3] - 1256:23, 1261:18, 1261:22
**305-0365** [1] - 1236:25
**333** [1] - 1237:2
**35** [3] - 1268:20, 1268:21, 1269:14
**354-3186** [1] - 1237:3

**4**

**4** [3] - 1248:11, 1279:6, 1279:24
**40** [1] - 1246:10, 1253:23, 1254:22, 1270:1
**41** [1] - 1257:19
**48** [2] - 1284:7

**5**

**50** [3] - 1250:8, 1250:14, 1284:13
**500** [1] - 1308:24
**52** [7] - 1241:8, 1241:14, 1241:21, 1241:24, 1253:20, 1254:1, 1275:11
**56** [1] - 1280:16
**59** [1] - 1247:20

**6**

**600** [1] - 1250:14
**601** [1] - 1236:24
**61** [8] - 1253:4, 1275:3, 1275:5, 1288:17, 1288:25, 1289:6, 1294:8, 1294:12
**67** [1] - 1251:9
**6714** [1] - 1237:2

**7**

**7** [3] - 1236:9, 1307:23, 1307:25
**7-2** [3] - 1291:23,

1292:2
**71** [1] - 1244:8
**711A** [5] - 1262:19, 1270:17, 1271:6, 1272:23, 1276:23
**74** [1] - 1309:19
**77** [25] - 1263:2, 1263:5, 1263:9, 1265:10, 1266:21, 1266:25, 1268:4, 1269:12, 1271:20, 1273:15, 1273:21, 1274:6, 1276:21, 1277:10, 1279:14, 1279:15, 1279:18, 1279:21, 1284:9, 1284:17, 1289:2, 1289:5, 1294:23, 1297:13, 1297:15

**8**

**8000** [1] - 1236:24
**837** [9] - 1264:25, 1266:19, 1270:11, 1270:16, 1270:19, 1274:18, 1274:24, 1276:15, 1277:1
**84** [1] - 1283:25
**841** [1] - 1249:1

**9**

**9** [5] - 1250:22, 1257:20, 1291:17, 1291:19, 1291:20
**9/23/69** [1] - 1277:2
**904** [1] - 1243:5
**91** [4] - 1248:16, 1249:8, 1250:2, 1265:23
**955-8238** [1] - 1236:18

**A**

**a.m** [1] - 1236:7
**A.M** [1] - 1236:9
**ability** [1] - 1249:4
**able** [1] - 1251:4
**about..** [1] - 1273:9
**above-entitled** [1] - 1315:15
**accommodate** [1] - 1311:17
**accommodating** [1] - 1311:3
**accordance** [1] - 1243:15

**accurate** [3] - 1258:15, 1266:4, 1274:23
**accurately** [2] - 1271:1, 1271:2
**acetone** [1] - 1243:6
**acronym** [1] - 1304:10
**acronyms** [1] - 1290:11
**Act** [1] - 1239:7
**act** [1] - 1291:10
**action** [4] - 1304:15, 1304:23, 1304:25, 1308:7
**actual** [2] - 1268:1, 1302:12
**add** [2] - 1264:15, 1309:6
**additional** [1] - 1258:6
**adopt** [1] - 1278:12
**aerial** [12] - 1262:21, 1267:6, 1267:21, 1270:16, 1270:22, 1271:1, 1271:4, 1271:5, 1272:21, 1272:25, 1276:22, 1311:7
**affect** [1] - 1251:21
**affidavit** [15] - 1244:1, 1244:3, 1244:6, 1244:15, 1244:23, 1246:10, 1247:20, 1249:8, 1251:9, 1253:21, 1254:22, 1257:19, 1259:8, 1274:9, 1286:2
**afternoon** [4] - 1312:16, 1313:13, 1313:17, 1313:20
**afterwards** [1] - 1250:13
**agency** [1] - 1258:11
**agglomeration** [1] - 1300:10
**ago** [2] - 1301:16, 1304:10
**agree** [13] - 1238:5, 1239:2, 1239:14, 1239:23, 1243:19, 1247:1, 1247:5, 1247:16, 1259:5, 1262:9, 1265:7, 1265:13, 1294:7
**agreement** [1] - 1305:5
**agrees** [1] - 1238:12
**ahead** [4] - 1252:7, 1252:23, 1262:17, 1266:15
**aided** [1] - 1237:25

**Air** [7] - 1243:3, 1304:9, 1305:9, 1305:10, 1305:20, 1305:21, 1308:9
**air** [2] - 1252:14, 1300:1
**AI** [2] - 1243:3, 1243:5
**albeit** [1] - 1250:20
**Albert** [1] - 1256:7
**allocation** [2] - 1308:16, 1308:19
**allow** [2] - 1239:15, 1239:16
**allowed** [3] - 1239:11, 1290:6, 1290:23
**almost** [1] - 1248:8
**ambiguity** [1] - 1252:21
**America** [1] - 1238:3
**AMERICA** [1] - 1236:6
**ammonium** [2] - 1282:15, 1282:24
**amount** [3] - 1247:22, 1250:20, 1308:16
**analysis** [3] - 1254:6, 1257:15, 1292:12
**answer** [5] - 1250:1, 1258:16, 1270:22, 1282:25, 1283:10
**answers** [2] - 1243:15, 1245:24
**anticipating** [1] - 1313:2
**anyway** [1] - 1293:22
**AP** [59] - 1252:16, 1254:15, 1255:4, 1257:6, 1257:10, 1259:5, 1259:17, 1259:20, 1260:4, 1260:6, 1260:24, 1274:4, 1279:2, 1279:3, 1279:18, 1279:20, 1280:24, 1281:12, 1282:2, 1282:3, 1282:9, 1282:16, 1282:23, 1283:4, 1284:19, 1285:8, 1285:11, 1286:7, 1286:10, 1286:13, 1286:17, 1286:21, 1286:25, 1287:3, 1287:4, 1287:8, 1287:13, 1288:7, 1290:18, 1290:25, 1291:2, 1291:3, 1291:7, 1291:9, 1291:13, 1291:15, 1292:24, 1293:8, 1293:14, 1294:2, 1294:3,

1294:11, 1296:18, 1297:8, 1297:19, 1298:5
**AP-containing** [1] - 1284:19
**appeal** [1] - 1309:10
**Appeals** [1] - 1308:12
**appear** [1] - 1284:5
**APPEARANCES** [1] - 1236:12
**applies** [1] - 1239:24
**apply** [3] - 1248:3, 1248:18, 1249:5
**April** [1] - 1309:16
**apron** [4] - 1284:20, 1294:22, 1295:2, 1296:12
**area** [31] - 1238:10, 1238:19, 1239:18, 1240:6, 1240:9, 1240:13, 1247:17, 1248:8, 1248:9, 1248:11, 1249:20, 1256:20, 1257:1, 1259:6, 1259:13, 1259:24, 1261:8, 1265:4, 1272:1, 1274:2, 1274:20, 1276:21, 1279:15, 1281:19, 1285:7, 1286:16, 1293:12, 1294:15, 1295:3, 1301:19, 1302:7
**areas** [1] - 1238:24
**argue** [1] - 1239:6
**argument** [3] - 1239:4, 1239:24, 1308:9
**arguments** [1] - 1310:7
**Armed** [1] - 1308:11
**Army** [2] - 1256:7, 1305:8
**arrived** [1] - 1246:20
**arrow** [5] - 1267:10, 1267:14, 1267:16, 1268:3
**ASBCA** [2] - 1304:13, 1304:22
**ASP** [1] - 1308:10
**assertion** [1] - 1253:8
**assesses** [1] - 1240:20
**assume** [3] - 1271:1, 1301:24, 1312:16
**assuming** [3] - 1248:23, 1260:2, 1261:16, 1272:7, 1312:21
**attached** [2] - 1268:24, 1272:8

**attention** [1] - 1243:2
**attribute** [1] - 1240:5
**audit** [3] - 1293:19, 1297:9, 1313:9
**audits** [1] - 1293:18
**automatically** [1] - 1302:1
**available** [1] - 1314:3
**Avenue** [2] - 1236:17, 1237:2
**average** [5] - 1243:7, 1256:21, 1256:25, 1287:17, 1287:19
**aware** [4] - 1276:20, 1291:6, 1291:14, 1293:15
**awful** [1] - 1296:3

# B

**bag** [1] - 1299:22
**baghouse** [1] - 1300:2
**bags** [4] - 1276:9, 1285:22, 1294:22, 1300:3
**barrel** [1] - 1260:6
**barrels** [2] - 1259:23, 1260:4
**based** [12] - 1240:15, 1241:19, 1242:15, 1251:4, 1253:14, 1262:8, 1263:17, 1274:12, 1275:18, 1275:21, 1284:14
**bases** [1] - 1252:13
**basin** [14] - 1256:22, 1260:18, 1260:25, 1261:3, 1261:10, 1261:19, 1261:22, 1281:11, 1295:6, 1295:8, 1295:13, 1295:15, 1296:13, 1302:8
**basins** [9] - 1257:23, 1258:1, 1258:7, 1258:17, 1258:19, 1258:21, 1258:22, 1258:23
**basis** [6] - 1244:11, 1246:18, 1279:2, 1297:22, 1298:21, 1299:8
**basket** [1] - 1285:3
**Bauer** [1] - 1239:10
**Beaumont** [5] - 1238:18, 1252:5, 1259:3, 1259:4, 1259:12
**became** [3] - 1296:22,

1297:2, 1300:13
**becomes** [2] - 1293:12, 1297:20
**BEFORE** [1] - 1236:10
**behalf** [2] - 1305:7, 1305:19
**behind** [2] - 1255:23, 1302:13
**belief** [2] - 1297:20, 1297:22
**below** [1] - 1277:6
**BENCH** [1] - 1236:10
**benefit** [2] - 1269:2, 1311:13
**berm** [4] - 1254:2, 1272:4, 1273:5, 1299:14
**bermed** [4] - 1271:20, 1271:23, 1271:24, 1274:20
**Bernardino** [1] - 1258:12
**better** [5] - 1249:16, 1258:14, 1270:23, 1271:5, 1271:8
**between** [4] - 1238:8, 1245:2, 1304:25, 1306:24
**beyond** [2] - 1255:3, 1299:18
**big** [2] - 1248:8, 1288:11
**billion** [2] - 1250:23, 1251:1
**binder** [4] - 1242:18, 1255:7, 1255:23, 1291:18
**bit** [1] - 1264:16
**blown** [1] - 1269:15
**board** [1] - 1304:15
**Board** [5] - 1258:6, 1258:8, 1258:10, 1308:11
**Bob** [1] - 1311:18
**Boeing** [6] - 1305:1, 1305:7, 1306:6, 1306:7, 1309:13, 1309:17
**book** [1] - 1292:13
**boone** [1] - 1277:6
**Borgelt** [7] - 1246:20, 1252:19, 1259:23, 1260:2, 1265:25, 1288:21
**Borgelt's** [4] - 1242:15, 1247:1, 1247:3, 1260:2
**bottom** [4] - 1267:17, 1269:24, 1295:17, 1308:22

**bought** [1] - 1299:25
**box** [1] - 1277:1
**break** [1] - 1310:25
**breathing** [1] - 1312:16
**brief** [1] - 1262:16
**briefed** [1] - 1310:10
**briefly** [4] - 1251:9, 1257:19, 1259:2, 1302:23
**bring** [9] - 1251:21, 1268:25, 1270:10, 1278:25, 1282:18, 1282:20, 1291:25, 1292:3, 1301:14
**broad** [2] - 1291:5, 1291:9
**broom** [1] - 1293:21
**brooms** [2] - 1297:9, 1300:8
**brought** [1] - 1309:3
**BRYAN** [3] - 1237:1, 1315:13, 1315:17
**building** [68] - 1241:8, 1241:14, 1241:16, 1245:12, 1248:16, 1253:20, 1254:1, 1254:2, 1254:16, 1254:23, 1255:4, 1256:10, 1257:17, 1261:4, 1261:7, 1261:23, 1263:2, 1263:5, 1263:8, 1265:10, 1265:23, 1266:21, 1266:25, 1268:4, 1269:12, 1271:20, 1273:15, 1273:21, 1274:6, 1275:10, 1276:21, 1277:10, 1277:11, 1279:14, 1279:18, 1279:21, 1280:11, 1280:23, 1281:6, 1281:24, 1282:2, 1282:4, 1282:10, 1282:14, 1283:8, 1283:23, 1284:9, 1284:17, 1287:25, 1288:13, 1289:2, 1289:5, 1294:11, 1294:15, 1294:23, 1295:2, 1295:3, 1297:6, 1297:8, 1297:13, 1297:15, 1300:12, 1300:17, 1300:20, 1301:7
**buildings** [2] - 1241:24, 1292:18
**built** [4] - 1258:1, 1272:8, 1277:11,

1301:7
**bunch** [1] - 1286:13
**Bunker** [4] - 1256:22, 1260:18, 1260:25, 1261:3
**Burbank** [1] - 1305:5
**burn** [23] - 1238:9, 1238:18, 1239:5, 1239:12, 1239:17, 1239:18, 1239:19, 1239:21, 1239:23, 1240:3, 1240:6, 1240:15, 1244:4, 1244:10, 1244:18, 1259:6, 1259:13, 1259:23, 1289:13, 1289:16, 1289:20, 1290:4, 1292:25
**burned** [2] - 1271:22, 1282:2
**burns** [2] - 1287:8, 1287:10
**business** [1] - 1304:19
**buy** [2] - 1246:23, 1307:10
**buy-back** [1] - 1307:10
**BY** [31] - 1241:3, 1242:24, 1246:7, 1246:25, 1247:8, 1252:24, 1253:24, 1255:22, 1256:5, 1260:14, 1262:18, 1265:2, 1265:20, 1266:17, 1268:9, 1269:3, 1269:10, 1270:9, 1276:7, 1278:3, 1278:17, 1280:21, 1283:14, 1288:23, 1290:15, 1294:5, 1302:22, 1303:16, 1304:1, 1304:11, 1310:16

**C**

**cA** [1] - 1236:5
**Cain** [8] - 1277:23, 1278:4, 1278:6, 1278:18, 1294:6, 1310:17, 1315:5
**CAIN** [1] - 1278:1
**calculation** [2] - 1247:13, 1247:18
**calculations** [1] - 1247:9
**Caldwell** [2] - 1246:9, 1246:13

**caldwell** [1] - 1246:10
**California** [3] - 1258:10, 1307:6, 1307:9
**call-out** [1] - 1299:21
**capital** [1] - 1268:6
**carbonates** [1] - 1260:22
**care** [4] - 1264:23, 1297:18, 1297:19
**case** [27] - 1238:2, 1239:13, 1242:9, 1243:19, 1245:5, 1245:7, 1253:12, 1257:9, 1258:5, 1258:23, 1260:8, 1262:6, 1263:8, 1276:3, 1276:9, 1278:7, 1278:13, 1278:21, 1285:20, 1286:1, 1306:15, 1307:24, 1309:7, 1309:25, 1310:7, 1310:8, 1312:19
**catch** [11] - 1290:9, 1295:6, 1295:8, 1295:11, 1295:13, 1295:15, 1296:13, 1297:3, 1302:8
**catches** [1] - 1295:9
**catching** [1] - 1296:13
**cattails** [1] - 1283:22
**caused** [1] - 1238:7
**causing** [2] - 1238:25, 1294:1
**center** [1] - 1263:3
**Central** [1] - 1308:2
**central** [1] - 1262:24
**certain** [5] - 1242:1, 1287:11, 1287:12, 1291:11, 1308:16
**certainly** [2] - 1273:20, 1311:16
**certainty** [1] - 1278:10
**CERTIFICATE** [1] - 1315:12
**certify** [1] - 1315:13
**cetera** [2] - 1243:6, 1243:10
**changed** [2] - 1287:8, 1301:9
**changes** [1] - 1292:13
**channel** [1] - 1265:7
**chart** [2] - 1243:15, 1243:16
**check** [1] - 1309:2
**chemical** [2] - 1240:21, 1286:10
**Chlorothene** [1] - 1243:6

**choice** [3] - 1242:15, 1243:17, 1243:18
**Christian** [1] - 1242:6
**chunk** [2] - 1292:20, 1293:5
**circle** [1] - 1302:11
**circumvented** [1] - 1301:9
**cite** [7] - 1242:4, 1242:6, 1243:23, 1244:23, 1246:8, 1259:22, 1283:18
**cites** [1] - 1246:19
**citing** [1] - 1283:20
**civil** [1] - 1238:2
**claim** [3] - 1305:2, 1305:11, 1307:5
**claimed** [1] - 1244:3
**clarification** [3] - 1238:4, 1240:18, 1248:19
**clarify** [1] - 1240:4
**classification** [1] - 1258:15
**clean** [5] - 1249:22, 1296:2, 1297:8, 1297:11
**cleaning** [5] - 1243:12, 1244:16, 1250:9, 1284:16, 1301:10
**cleanup** [1] - 1243:7
**clear** [6] - 1257:15, 1258:9, 1288:24, 1297:12, 1302:24, 1303:10
**clearer** [1] - 1258:18
**clears** [1] - 1267:17
**CLERK** [1] - 1238:2
**close** [5] - 1265:5, 1265:11, 1265:14, 1268:17, 1303:23
**closed** [1] - 1293:20
**closure** [1] - 1246:13
**clumping** [1] - 1285:11
**clumps** [1] - 1285:14
**colleague** [1] - 1313:16
**collect** [1] - 1294:14
**collected** [2] - 1257:14, 1294:3
**collection** [5] - 1284:17, 1284:18, 1284:25, 1285:7
**COLUMBIA** [1] - 1236:1
**combustion** [1] - 1291:12
**coming** [7] - 1245:25,

1256:11, 1261:11, 1263:8, 1267:7, 1285:8, 1312:17
**commingled** [2] - 1240:11, 1240:12
**common** [1] - 1299:10
**company** [2] - 1306:23, 1308:1
**compare** [1] - 1261:7
**compared** [2] - 1261:10, 1282:3
**comparison** [2] - 1249:12, 1250:25
**complies** [1] - 1263:6
**composed** [1] - 1283:9
**comprise** [1] - 1261:21
**computer** [1] - 1237:25
**computer-aided** [1] - 1237:25
**concentration** [5] - 1251:2, 1254:18, 1257:12, 1261:13, 1283:5
**concentrations** [3] - 1259:5, 1261:17, 1283:2
**concern** [1] - 1291:14
**concerned** [2] - 1290:25, 1291:3
**concerning** [2] - 1281:15, 1290:17
**concerns** [1] - 1291:7
**conclude** [2] - 1251:4, 1277:9
**concluded** [1] - 1298:18
**conclusion** [4] - 1250:4, 1252:14, 1282:23, 1284:13
**concrete** [4] - 1252:2, 1295:3, 1295:19, 1302:5
**conditions** [3] - 1247:14, 1270:24, 1287:12
**conduct** [2] - 1247:13, 1254:6
**Configuration** [2] - 1277:2, 1277:6
**configuration** [2] - 1277:10, 1277:12
**confirm** [1] - 1240:11
**confused** [3] - 1245:24, 1246:3, 1275:3
**confusing** [1] - 1258:9
**connected** [3] -

1288:20, 1288:25, 1289:2
**Connecticut** [1] - 1236:17
**consider** [2] - 1246:4, 1248:12
**consideration** [2] - 1250:5, 1300:18
**consistent** [2] - 1272:23, 1272:24
**constantly** [1] - 1296:15
**constituents** [1] - 1260:23
**Constitution** [1] - 1237:2
**construct** [1] - 1258:17
**constructing** [1] - 1258:6
**construction** [1] - 1253:5
**contacting** [1] - 1313:16
**contain** [2] - 1254:17, 1274:3
**contained** [7] - 1254:14, 1254:25, 1281:11, 1282:9, 1282:14, 1282:24, 1282:25
**containers** [1] - 1292:7
**containing** [2] - 1284:19, 1290:18
**contains** [1] - 1273:16
**contaminant** [1] - 1286:8
**contaminants** [2] - 1240:7, 1273:16
**contaminated** [1] - 1292:5
**contamination** [12] - 1238:8, 1238:24, 1239:1, 1250:3, 1251:8, 1258:19, 1259:12, 1259:20, 1260:5, 1279:22, 1280:1
**contention** [1] - 1254:13
**contents** [2] - 1278:25, 1283:8
**contest** [1] - 1252:17
**contested** [1] - 1238:20
**continue** [3] - 1255:20, 1276:5, 1288:18
**continued** [4] -

1252:16, 1258:6, 1258:16, 1293:22
**Continued** [1] - 1315:3
**CONTINUED** [1] - 1241:2
**continuing** [1] - 1257:21
**continuous** [1] - 1255:11
**Contract** [1] - 1308:12
**contract** [5] - 1304:15, 1304:23, 1304:25, 1305:17, 1308:20
**contracts** [2] - 1308:20, 1310:2
**contrary** [2] - 1264:14, 1266:12
**contribute** [1] - 1306:19
**contributed** [2] - 1247:22, 1280:1
**contributor** [2] - 1279:21, 1280:8
**Control** [2] - 1243:4, 1258:10
**control** [4] - 1279:17, 1279:18, 1280:3, 1280:4
**controlled** [1] - 1241:16
**convinced** [1] - 1313:12
**cooler** [2] - 1251:12, 1251:20
**copy** [1] - 1268:7
**corner** [4] - 1267:2, 1267:17, 1276:25, 1277:2
**CORPORATION** [1] - 1236:3
**Corporation** [1] - 1238:3
**Corps** [1] - 1256:7
**Correct** [1] - 1279:23
**correct** [63] - 1241:17, 1243:11, 1243:24, 1244:5, 1244:22, 1245:3, 1245:4, 1245:20, 1246:14, 1246:17, 1247:11, 1247:18, 1248:3, 1248:4, 1248:5, 1248:6, 1248:14, 1248:15, 1248:17, 1249:6, 1250:15, 1250:23, 1251:22, 1252:2, 1254:4, 1256:10, 1257:4, 1257:5, 1257:17,

1257:18, 1257:24, 1257:25, 1258:3, 1258:7, 1259:6, 1259:13, 1259:15, 1260:5, 1263:10, 1270:3, 1270:4, 1270:17, 1274:19, 1276:10, 1276:18, 1276:19, 1276:21, 1277:14, 1279:4, 1279:15, 1279:16, 1279:22, 1280:24, 1281:8, 1284:22, 1285:23, 1286:3, 1286:11, 1286:14, 1287:9, 1289:6, 1295:3, 1315:14
**correctly** [4] - 1239:23, 1241:10, 1249:13, 1259:14
**corroborate** [1] - 1241:12
**costs** [8] - 1305:12, 1305:13, 1305:14, 1306:18, 1307:5, 1308:17, 1310:2
**counsel** [6] - 1260:17, 1261:6, 1262:1, 1265:21, 1313:4, 1313:18
**counters** [1] - 1310:7
**countersue** [1] - 1308:4
**countersued** [1] - 1306:23
**couple** [5] - 1238:23, 1268:10, 1276:4, 1303:19, 1311:1
**Court** [4] - 1237:1, 1237:1, 1307:9, 1315:13
**court** [2] - 1307:7, 1307:8
**COURT** [190] - 1236:1, 1238:4, 1238:12, 1238:16, 1239:3, 1239:9, 1239:15, 1239:20, 1239:24, 1240:3, 1240:17, 1240:23, 1242:20, 1242:23, 1245:23, 1246:3, 1246:18, 1246:23, 1247:5, 1252:4, 1252:7, 1252:9, 1252:17, 1252:23, 1255:8, 1255:17, 1255:19, 1255:21, 1256:1, 1262:17, 1263:24, 1264:3, 1264:6,

1264:9, 1264:12, 1264:18, 1264:22, 1265:1, 1265:17, 1265:19, 1266:6, 1266:10, 1267:8, 1267:10, 1267:14, 1267:16, 1267:20, 1268:1, 1268:8, 1268:12, 1268:21, 1268:23, 1269:1, 1269:9, 1269:13, 1269:15, 1269:22, 1270:2, 1270:5, 1270:12, 1270:15, 1270:19, 1270:21, 1271:1, 1271:7, 1271:12, 1271:17, 1271:22, 1271:24, 1272:3, 1272:7, 1272:12, 1272:18, 1272:22, 1273:7, 1273:12, 1273:16, 1273:19, 1273:23, 1274:5, 1274:8, 1274:12, 1274:17, 1274:23, 1275:3, 1275:6, 1275:10, 1275:12, 1275:17, 1275:21, 1276:3, 1276:6, 1277:17, 1277:19, 1280:20, 1283:12, 1287:17, 1287:21, 1287:24, 1288:2, 1288:5, 1288:15, 1288:18, 1289:8, 1289:12, 1289:21, 1289:23, 1290:1, 1290:3, 1290:9, 1290:12, 1293:23, 1294:1, 1298:9, 1298:15, 1298:17, 1298:21, 1299:8, 1299:15, 1299:20, 1299:25, 1300:4, 1300:15, 1300:23, 1301:1, 1301:5, 1301:12, 1301:16, 1301:22, 1301:24, 1302:3, 1302:10, 1302:13, 1302:15, 1302:19, 1303:14, 1303:21, 1304:6, 1304:8, 1304:21, 1305:1, 1305:4, 1305:7, 1305:10, 1305:15, 1305:19, 1305:21, 1306:3, 1306:9, 1306:17, 1306:22, 1306:25, 1307:3, 1307:6, 1307:13,

1307:15, 1307:20, 1307:25, 1308:4, 1308:6, 1308:9, 1308:13, 1308:22, 1308:24, 1309:3, 1309:6, 1309:9, 1309:12, 1309:14, 1309:18, 1309:20, 1309:23, 1310:3, 1310:14, 1310:22, 1310:24, 1311:7, 1311:11, 1311:16, 1311:24, 1312:5, 1312:12, 1312:15, 1312:22, 1312:25, 1313:3, 1313:7, 1313:11, 1313:18, 1313:23
**Courthouse** [1] - 1237:2
**courtroom** [1] - 1281:14
**cover** [1] - 1265:17
**coverage** [2] - 1307:9, 1310:1
**covered** [1] - 1262:14
**crack** [2] - 1253:3, 1253:8
**crackles** [1] - 1293:24
**cracks** [2] - 1253:1, 1253:14
**created** [2] - 1284:19, 1285:21
**credit** [1] - 1245:6
**credited** [1] - 1307:2
**crediting** [1] - 1260:2
**cross** [1] - 1312:14
**CROSS** [2] - 1241:2, 1278:16
**Cross** [2] - 1315:3, 1315:6
**CROSS-EXAMINATION** [2] - 1241:2, 1278:16
**Cross-Examination....** [1] - 1315:3
**Cross-Examination...............** [1] - 1315:6
**CRR** [1] - 1237:1
**crusty** [1] - 1283:21
**Crutcher** [1] - 1236:16
**crystallized** [1] - 1288:7
**CV** [1] - 1298:23
**cyclohexanone** [1] - 1243:6

**D**

**D.C** [4] - 1236:6, 1312:24, 1313:8, 1313:16
**damage** [1] - 1240:20
**damp** [1] - 1300:12
**dangerous** [1] - 1293:7
**data** [1] - 1282:22
**date** [6] - 1283:25, 1306:10, 1306:11, 1307:18, 1309:14
**dated** [2] - 1243:4, 1256:6
**dates** [1] - 1306:16
**David** [1] - 1239:10
**DAVID** [1] - 1236:15
**DAY** [1] - 1236:9
**days** [1] - 1281:9
**daytime** [1] - 1251:19
**DC** [3] - 1236:17, 1236:25, 1237:3
**deal** [1] - 1292:11
**dealt** [1] - 1259:16
**debate** [1] - 1275:7
**declaration** [10] - 1278:6, 1278:9, 1278:12, 1278:20, 1279:1, 1279:7, 1280:11, 1280:17, 1284:7, 1284:22
**decrease** [1] - 1249:4
**defendant** [2] - 1307:21, 1307:24
**Defendant** [2] - 1236:7, 1236:19
**DEFENDANT** [2] - 1241:1, 1278:1
**defendants** [1] - 1307:22
**Defense** [1] - 1236:23
**degreaser** [7] - 1241:8, 1241:21, 1241:25, 1247:6, 1248:15, 1249:5, 1265:23
**degreasers** [1] - 1238:7
**degreasing** [1] - 1246:22
**degree** [1] - 1278:10
**Delaney** [5] - 1262:15, 1264:21, 1265:3, 1265:7, 1265:9
**Delchem** [1] - 1243:5
**denied** [1] - 1307:9
**Department** [4] - 1236:22, 1256:7,

1290:10, 1290:12
**depict** [1] - 1266:21
**deposition** [10] -
1241:5, 1244:24,
1245:15, 1246:8,
1246:19, 1251:5,
1253:9, 1282:11,
1282:18, 1282:21
**depositions** [1] -
1242:5
**DEPUTY** [1] - 1238:2
**derived** [2] - 1261:16,
1292:9
**describe** [5] - 1254:1,
1257:22, 1268:3,
1283:17, 1283:19
**described** [1] - 1261:3
**describing** [1] -
1265:4
**description** [1] -
1283:18
**desert** [1] - 1296:4
**design** [1] - 1266:2
**designed** [5] - 1272:1,
1294:10, 1294:14,
1298:5
**detected** [1] - 1250:20
**detections** [1] -
1250:22
**determine** [3] -
1240:14, 1247:10,
1254:6
**detonation** [1] -
1292:23
**diagram** [5] - 1249:1,
1269:6, 1269:18,
1274:14, 1274:17
**diameter** [1] - 1269:25
**Dickey** [1] - 1239:7
**difference** [4] -
1297:7, 1300:21,
1300:23, 1301:2
**different** [8] - 1240:10,
1264:17, 1272:16,
1275:10, 1305:4,
1305:6, 1307:11,
1309:5
**difficult** [1] - 1275:13
**difficulty** [1] - 1313:13
**dig** [1] - 1272:16
**dilapidated** [1] -
1284:3
**DIRECT** [1] - 1278:2
**direct** [10] - 1243:2,
1259:9, 1262:14,
1272:17, 1278:6,
1280:13, 1280:17,
1283:15, 1284:6,
1312:8
**Direct** [1] - 1315:5

**directed** [2] - 1254:14,
1274:21
**direction** [6] -
1263:24, 1263:25,
1267:22, 1271:9,
1272:9, 1272:19
**directly** [1] - 1254:14
**dirt** [5] - 1291:7,
1291:14, 1293:8,
1295:18
**disagree** [1] - 1281:22
**discharge** [15] -
1248:20, 1248:21,
1249:5, 1253:25,
1255:16, 1261:4,
1261:7, 1263:19,
1263:22, 1265:6,
1265:11, 1265:14,
1272:24, 1273:4,
1273:5
**discharged** [12] -
1242:2, 1244:4,
1244:14, 1247:10,
1263:13, 1265:10,
1267:4, 1273:1,
1273:2, 1275:15,
1282:14, 1282:24
**discharges** [6] -
1248:22, 1250:3,
1250:11, 1280:14,
1281:11, 1284:8
**discharging** [1] -
1272:5
**discuss** [3] - 1279:10,
1280:3, 1313:11
**discussed** [3] -
1245:11, 1279:25,
1310:3
**discusses** [1] -
1299:18
**Discussion** [1] -
1310:12
**discussion** [2] -
1266:6, 1279:24
**dispensations** [1] -
1245:14
**disposal** [5] -
1238:16, 1239:16,
1244:9, 1252:13,
1289:23
**disposed** [2] -
1240:13, 1249:24
**disposing** [1] -
1244:17
**dispute** [6] - 1238:8,
1239:21, 1239:25,
1240:1, 1240:24,
1288:24
**disputed** [1] - 1240:5
**disputes** [1] - 1238:6

**dissolve** [1] - 1260:23
**dissolved** [18] -
1256:16, 1256:22,
1256:25, 1257:7,
1260:17, 1260:20,
1260:21, 1260:24,
1261:2, 1261:9,
1261:17, 1261:21,
1281:12, 1281:15,
1281:17, 1281:19,
1287:3, 1294:11
**dissolves** [4] -
1286:13, 1286:16,
1287:4
**DISTRICT** [3] -
1236:1, 1236:1,
1236:11
**District** [1] - 1258:12
**ditch** [1] - 1272:16
**divide** [1] - 1308:19
**divided** [6] - 1292:18,
1292:21, 1292:24,
1292:25, 1293:6,
1293:8
**document** [12] -
1242:25, 1255:23,
1255:24, 1256:14,
1262:20, 1268:14,
1268:16, 1275:24,
1280:18, 1291:20,
1292:16, 1309:18
**documentary** [2] -
1299:15, 1299:18
**documentation** [3] -
1290:13, 1290:16,
1290:22
**documents** [1] -
1241:11
**dollars** [1] - 1299:22
**done** [6] - 1266:8,
1297:1, 1298:13,
1311:1, 1311:12,
1312:4
**door** [2] - 1293:20,
1294:3
**DOT** [4] - 1290:7,
1290:17, 1290:22,
1291:5
**double** [3] - 1311:13,
1311:20, 1312:19
**down** [19] - 1255:5,
1265:12, 1268:3,
1275:22, 1277:21,
1283:3, 1284:15,
1285:8, 1288:11,
1288:13, 1288:14,
1295:17, 1297:6,
1297:16, 1298:19,
1299:24, 1302:7,
1305:23, 1311:2

**Dr** [70] - 1238:9,
1240:11, 1241:4,
1242:17, 1242:25,
1243:2, 1243:8,
1243:11, 1243:23,
1244:13, 1246:8,
1246:19, 1247:1,
1247:9, 1247:20,
1248:1, 1248:15,
1248:20, 1249:6,
1249:8, 1249:9,
1249:15, 1251:24,
1252:11, 1252:25,
1253:25, 1254:21,
1254:25, 1255:7,
1255:23, 1256:6,
1256:8, 1256:17,
1257:20, 1257:22,
1258:18, 1259:2,
1259:3, 1259:8,
1259:11, 1259:18,
1259:22, 1260:12,
1260:15, 1260:17,
1262:6, 1262:15,
1262:19, 1262:25,
1263:7, 1264:21,
1265:3, 1265:7,
1265:9, 1265:21,
1266:18, 1267:1,
1267:12, 1268:10,
1269:5, 1269:8,
1269:11, 1270:10,
1276:8, 1276:15,
1277:1, 1280:12,
1281:15, 1313:15
**drain** [5] - 1254:2,
1265:22, 1266:1,
1268:18, 1269:25
**drainage** [8] - 1267:5,
1270:7, 1272:11,
1277:11, 1294:16,
1295:21, 1296:16
**drained** [1] - 1297:15
**drains** [3] - 1255:5,
1289:2, 1289:5
**drawing** [13] -
1264:11, 1264:22,
1265:22, 1266:2,
1266:18, 1266:21,
1267:25, 1269:4,
1269:17, 1270:16,
1271:5, 1274:24,
1301:20
**drawings** [2] - 1266:3,
1289:1
**drawn** [1] - 1268:3
**drums** [3] - 1249:23,
1285:10, 1285:11
**dry** [2] - 1285:17,
1296:6

**duct** [1] - 1284:16
**Dull** [2] - 1311:6,
1312:8
**dull's** [1] - 1312:10
**dumped** [19] - 1242:8,
1242:12, 1242:13,
1245:6, 1246:11,
1246:17, 1247:14,
1247:17, 1248:6,
1249:11, 1249:17,
1249:19, 1250:6,
1250:8, 1251:5,
1251:7, 1262:7,
1262:10
**dumping** [8] -
1247:21, 1247:23,
1247:25, 1249:13,
1250:18, 1251:11,
1251:17, 1262:4
**Dunn** [2] - 1236:16,
1309:3
**during** [7] - 1242:14,
1244:5, 1245:8,
1251:18, 1252:20,
1271:25, 1284:18
**dust** [18] - 1275:3,
1279:11, 1279:13,
1279:17, 1279:18,
1279:20, 1280:3,
1280:4, 1280:6,
1281:3, 1284:18,
1288:11, 1292:6,
1292:24, 1300:1

---

# E

**Earl** [1] - 1243:23
**early** [3] - 1288:12,
1288:19, 1309:15
**easiest** [1] - 1299:5
**easily** [3] - 1286:15,
1286:16, 1287:9
**east** [3] - 1270:3,
1276:17
**Easter** [3] - 1306:23,
1307:25, 1308:1
**eastern** [1] - 1283:21
**easy** [1] - 1238:25
**effect** [1] - 1251:20
**efficient** [1] - 1300:9
**effluent** [1] - 1256:15
**effort** [1] - 1299:7
**either** [9] - 1244:7,
1255:3, 1266:7,
1282:2, 1285:22,
1301:2, 1302:17,
1312:23, 1313:21
**electric** [1] - 1273:3
**electronic** [2] -

1285:1, 1285:4
eliminate [1] -
1240:24
ELLEN [1] - 1236:10
employee [1] -
1299:11
employees [7] -
1242:2, 1245:23,
1246:4, 1247:10,
1249:12, 1249:17,
1252:12
employees' [1] -
1242:4
end [5] - 1265:6,
1266:7, 1274:24,
1291:23, 1296:16
engineer [1] - 1304:3
engineering [11] -
1264:11, 1265:22,
1266:1, 1266:3,
1266:18, 1266:21,
1267:25, 1269:4,
1270:16, 1301:10,
1301:20
Engineers [1] - 1256:8
enhance [1] - 1258:25
ENRD [1] - 1236:23
entered [1] - 1258:2
entitled [1] - 1315:15
environmental [1] -
1308:6
Environmental [1] -
1236:23
environmentally [1] -
1301:1
equally [3] - 1248:3,
1248:18, 1249:5
equipment [8] -
1273:21, 1280:4,
1280:7, 1284:17,
1285:5, 1288:5,
1299:23, 1300:1
equivalent [1] -
1256:19
ERICA [1] - 1236:19
error [1] - 1267:15
ESH [1] - 1236:5
especially [1] -
1249:18
ESQ [11] - 1236:13,
1236:14, 1236:14,
1236:15, 1236:15,
1236:19, 1236:19,
1236:20, 1236:20,
1236:21, 1236:21
et [2] - 1243:6,
1243:10
evap [4] - 1254:14,
1281:7, 1294:8,
1298:6

evaporate [5] -
1249:4, 1251:13,
1289:6, 1289:17,
1294:12
evaporated [3] -
1262:8, 1288:1,
1289:15
evaporates [1] -
1286:17
evaporating [5] -
1295:24, 1296:10,
1296:12, 1296:13,
1296:16
evaporation [38] -
1251:21, 1251:22,
1251:25, 1252:1,
1252:5, 1252:10,
1252:12, 1252:19,
1253:2, 1253:3,
1253:5, 1253:11,
1254:3, 1254:7,
1255:6, 1255:9,
1256:9, 1256:16,
1257:11, 1257:16,
1261:4, 1261:8,
1261:12, 1261:20,
1261:23, 1274:25,
1275:2, 1275:4,
1275:5, 1275:9,
1275:14, 1280:14,
1283:19, 1284:2,
1288:15, 1288:17,
1288:25, 1289:12
evening [2] - 1242:14,
1251:20
everywhere [2] -
1288:3, 1302:17
evidence [13] -
1252:9, 1252:25,
1253:7, 1254:12,
1260:7, 1264:15,
1266:12, 1282:22,
1289:9, 1299:16,
1299:17, 1299:18
evolutionary [1] -
1300:7
exact [1] - 1297:6,
1306:11
exactly [3] - 1290:20,
1296:1, 1298:24
EXAMINATION [5] -
1241:2, 1260:13,
1266:16, 1278:2,
1278:16
Examination...... [1] -
1315:3
Examination.............
[1] - 1315:4
Examination.............
[1] - 1315:4

Examination.............
.. [1] - 1315:5
Examination.............
... [1] - 1315:6
example [1] - 1292:6
examples [1] -
1249:18
exceeded [1] -
1250:22
except [2] - 1246:22,
1301:3
exclusively [1] -
1245:9
excuse [4] - 1257:16,
1280:15, 1291:20,
1306:4
excused [2] - 1277:19,
1310:25
Exhibit [15] - 1242:18,
1242:21, 1249:1,
1255:24, 1262:19,
1264:25, 1266:19,
1268:20, 1268:21,
1269:14, 1270:11,
1270:16, 1291:17,
1302:10, 1309:19
exhibit [4] - 1264:24,
1268:1, 1268:17,
1269:13
existing [2] - 1267:5,
1270:7
exited [1] - 1279:14
expect [10] - 1250:16,
1257:7, 1257:12,
1260:24, 1261:2,
1261:6, 1261:9,
1261:16, 1262:11,
1262:17
Experience [1] -
1292:4
experience [6] -
1262:9, 1263:17,
1266:3, 1298:2,
1298:3, 1299:10
expert [3] - 1272:21,
1304:12, 1305:19
explains [1] - 1290:21
explosive [3] -
1287:11, 1291:15,
1292:10
extended [2] - 1254:7,
1254:8
extent [1] - 1252:21
extinguishing [1] -
1290:1

F

facility [9] - 1238:23,

1253:2, 1257:23,
1258:6, 1261:14,
1261:20, 1262:23,
1279:4, 1308:21
fact [5] - 1248:4,
1254:12, 1287:8,
1301:3, 1311:3
fair [2] - 1285:16,
1291:6
fairly [1] - 1268:5
Fairweather [1] -
1243:3
fallen [1] - 1284:18
far [2] - 1263:21,
1288:20
fashioned [1] - 1285:3
fast [3] - 1238:22,
1293:1, 1312:23
faster [1] - 1311:22
faucet [6] - 1299:2,
1301:12, 1301:21,
1301:22, 1301:23,
1301:25
feature [2] - 1272:10,
1272:13
features [1] - 1301:10
February [1] - 1236:7
Feenstra [5] - 1238:9,
1248:15, 1248:20,
1249:6, 1258:18
Feenstra's [1] -
1252:11
feet [2] - 1248:11,
1270:1
fellow [1] - 1313:24
few [1] - 1242:4
figure [1] - 1304:3
figured [1] - 1302:6
filed [2] - 1309:17,
1310:6
fill [2] - 1273:3,
1313:23
filters [1] - 1273:21
finally [2] - 1240:19,
1259:2
finance [2] - 1313:5,
1313:24
fine [4] - 1240:24,
1293:3, 1296:11,
1314:2
finely [6] - 1292:18,
1292:21, 1292:24,
1292:25, 1293:6,
1293:8
finish [1] - 1313:24
fire [5] - 1253:4,
1253:8, 1289:21,
1290:1, 1297:3
firm [1] - 1309:5
first [5] - 1238:5,

1242:17, 1271:18,
1278:25, 1300:8
five [1] - 1245:8
flammable [6] -
1291:11, 1292:10,
1292:19, 1293:9,
1293:12, 1298:4
FLETCHER [1] -
1236:15
floor [6] - 1284:17,
1285:1, 1292:6,
1293:21, 1295:18,
1295:19
flow [6] - 1271:16,
1273:11, 1273:12,
1274:21, 1302:1,
1302:7
flowed [1] - 1284:20
flowers [1] - 1302:15
flows [1] - 1270:24
fluid [1] - 1248:4
follow [5] - 1239:6,
1276:4, 1290:16,
1295:1, 1311:10
follow-up [1] - 1276:4
following [2] -
1256:16, 1313:14
foot [1] - 1292:21
footnote [4] - 1246:9,
1246:10, 1283:24,
1283:25
FOR [3] - 1236:1,
1241:1, 1278:1
Force [6] - 1304:9,
1305:9, 1305:10,
1305:20, 1305:21,
1308:9
foregoing [1] -
1315:14
foreign [1] - 1292:5
forgetting [1] - 1308:8
form [1] - 1288:1
formed [1] - 1289:19
former [3] - 1242:2,
1242:4, 1259:13
forming [2] - 1288:2,
1288:11
FOTOUHI [38] -
1236:15, 1241:3,
1242:21, 1242:24,
1246:2, 1246:6,
1246:7, 1246:19,
1246:25, 1247:8,
1252:8, 1252:11,
1252:24, 1253:22,
1253:24, 1255:20,
1255:22, 1256:4,
1256:5, 1260:11,
1266:17, 1267:12,
1267:17, 1268:7,

1268:9, 1269:3, 1269:10, 1269:14, 1269:16, 1269:20, 1270:9, 1271:6, 1275:4, 1275:8, 1275:11, 1276:4, 1276:7, 1277:16
**four** [3] - 1281:9, 1282:10, 1283:2
**frankly** [1] - 1266:10
**Fridays** [2] - 1288:11, 1288:12
**front** [2] - 1245:1, 1259:10
**fuel** [1] - 1291:10
**fugitive** [5] - 1279:11, 1279:13, 1279:20, 1280:6, 1281:2
**full** [1] - 1256:14

# G

**gallon** [1] - 1283:3
**gallons** [8] - 1250:8, 1250:14, 1255:14, 1281:7, 1281:18, 1282:8, 1282:13, 1282:23
**galvanized** [1] - 1269:25
**gap** [1] - 1275:7
**Gatchel** [1] - 1311:18
**gather** [1] - 1273:7
**GCR** [2] - 1258:2, 1292:18
**general** [3] - 1249:21, 1261:8, 1276:16
**gentleman** [1] - 1275:18
**George** [4] - 1265:25, 1273:25, 1276:8, 1299:13
**Gibson** [2] - 1236:16, 1309:3
**gist** [1] - 1313:14
**Government** [1] - 1269:14
**government** [9] - 1266:13, 1286:7, 1304:17, 1304:20, 1306:18, 1307:11, 1310:2, 1313:5, 1313:9
**government's** [2] - 1266:13, 1312:19
**grab** [2] - 1292:12, 1303:22
**grade** [1] - 1274:14
**gradient** [3] - 1263:15,

1271:14, 1272:16
**Grand** [1] - 1308:2
**grass** [3] - 1306:22, 1306:23, 1308:1
**grate** [1] - 1302:11
**gravel** [1] - 1295:18
**greater** [3] - 1249:11, 1249:15, 1251:2
**grind** [1] - 1269:12
**grinder** [2] - 1285:8, 1294:22
**grinding** [4] - 1274:5, 1276:11, 1279:14, 1282:4
**grocery** [1] - 1285:4
**ground** [29] - 1239:9, 1239:11, 1239:16, 1242:3, 1245:7, 1248:21, 1248:25, 1249:12, 1249:24, 1250:10, 1255:16, 1265:11, 1270:8, 1270:24, 1271:3, 1272:6, 1273:6, 1274:15, 1274:25, 1284:19, 1285:8, 1285:11, 1288:2, 1292:6, 1292:22, 1294:18, 1295:21, 1297:19, 1298:8
**groundwater** [31] - 1238:22, 1240:14, 1247:11, 1247:25, 1249:4, 1249:25, 1250:3, 1250:12, 1250:17, 1251:7, 1255:8, 1256:19, 1257:1, 1257:8, 1258:25, 1259:12, 1261:7, 1261:8, 1261:10, 1261:11, 1261:16, 1261:17, 1261:22, 1262:6, 1262:12, 1279:21, 1280:1, 1280:8, 1281:1, 1281:19, 1286:7
**growing** [1] - 1283:22
**guess** [5] - 1254:1, 1256:4, 1266:6, 1271:2, 1312:1
**guy** [1] - 1313:23

# H

**hand** [2] - 1276:25, 1277:2
**handed** [1] - 1268:14
**handle** [1] - 1303:22

**handles** [2] - 1303:3, 1303:5
**hanging** [1] - 1285:3
**hard** [1] - 1282:25
**hazard** [1] - 1287:11
**head** [1] - 1303:17, 1308:18, 1313:5
**heads** [1] - 1268:5
**hear** [4] - 1266:12, 1266:14, 1293:20, 1293:21
**heard** [6] - 1245:19, 1280:12, 1281:8, 1281:17, 1285:20, 1286:13
**Heeseman** [5] - 1242:15, 1243:3, 1243:5, 1243:16, 1276:1
**help** [2] - 1258:17, 1259:18
**HEMINGER** [1] - 1236:20
**high** [1] - 1254:11
**higher** [3] - 1257:7, 1257:12, 1276:17
**highest** [1] - 1259:5
**highly** [3] - 1254:20, 1257:3, 1298:3
**Hill** [4] - 1256:22, 1260:18, 1260:25, 1261:3
**hill** [1] - 1297:17
**hmm** [3] - 1281:2, 1281:13, 1294:9
**hog** [5] - 1238:14, 1238:15, 1238:16, 1240:15
**hog-out** [3] - 1238:14, 1238:15, 1238:16, 1240:15
**hog-outs** [1] - 1238:14
**hole** [3] - 1295:19, 1302:8, 1302:12
**Honor** [73] - 1238:15, 1238:21, 1239:2, 1239:8, 1239:13, 1239:18, 1239:22, 1240:22, 1242:21, 1246:2, 1246:6, 1246:21, 1247:21, 1251:10, 1252:8, 1252:11, 1252:18, 1253:22, 1254:23, 1255:12, 1255:20, 1257:20, 1260:11, 1262:13, 1264:8, 1264:10, 1264:25, 1265:18, 1266:8, 1268:7, 1268:22,

1269:11, 1269:16, 1269:24, 1270:18, 1274:19, 1275:8, 1275:11, 1276:5, 1277:16, 1277:18, 1277:22, 1287:20, 1302:21, 1304:24, 1305:3, 1305:13, 1305:16, 1306:5, 1306:11, 1306:16, 1306:20, 1307:1, 1307:4, 1307:19, 1307:22, 1307:23, 1308:5, 1308:23, 1309:1, 1309:5, 1309:8, 1309:16, 1309:24, 1310:5, 1310:7, 1310:13, 1310:23, 1311:5, 1311:9, 1311:18, 1312:2
**HONORABLE** [1] - 1236:10
**horrid** [1] - 1313:25
**hose** [3] - 1288:14, 1294:23, 1296:2
**hot** [1] - 1296:8
**humidity** [2] - 1285:12, 1300:19
**hundred** [1] - 1251:3
**HUVELLE** [1] - 1236:10
**hydrogeologist** [2] - 1262:9, 1263:17
**hydrogeology** [1] - 1247:17
**hydrologist** [2] - 1271:7, 1271:13
**hypothetical** [1] - 1248:20

# I

**i.e** [1] - 1275:21
**idea** [2] - 1277:12, 1309:12
**identified** [1] - 1280:23
**III** [3] - 1279:1, 1279:3, 1279:17
**impact** [1] - 1240:14
**improper** [3] - 1239:3, 1239:5, 1300:15
**inch** [1] - 1269:24
**inches** [1] - 1303:19
**including** [2] - 1284:15, 1307:23
**increase** [2] - 1249:2, 1249:3

**indemnify** [1] - 1305:11
**indemnity** [1] - 1304:23, 1304:25, 1305:2
**INDEX** [1] - 1315:1
**indicate** [3] - 1244:20, 1249:9, 1257:2
**indicated** [1] - 1241:7, 1256:24
**indicates** [2] - 1249:1, 1249:10
**indication** [1] - 1270:23
**induce** [1] - 1291:12
**industry** [1] - 1286:6
**infiltrate** [1] - 1263:20
**information** [2] - 1284:14, 1289:8
**inside** [8] - 1274:20, 1297:7, 1297:12, 1297:15, 1300:6, 1300:21, 1301:8, 1301:11
**instance** [1] - 1292:19
**instructions** [1] - 1300:24
**insurance** [1] - 1307:3
**interest** [1] - 1256:15
**interfering** [1] - 1295:9
**interrogatories** [1] - 1245:25
**invoice** [1] - 1299:21
**is..** [1] - 1268:15
**issue** [7] - 1239:3, 1239:5, 1273:24, 1285:20, 1285:24, 1285:25, 1286:1
**issues** [2] - 1279:10, 1313:9
**lt'll** [1] - 1262:15
**item** [1] - 1243:2
**itself** [1] - 1260:22

# J

**JENNIFER** [1] - 1236:21
**JESSICA** [1] - 1236:20
**Joan** [3] - 1311:15, 1312:3, 1312:20
**joan** [1] - 1313:22
**John** [2] - 1243:3, 1266:24
**JOHN** [1] - 1236:19
**JOHNSON** [1] - 1236:21
**joints** [4] - 1252:3,

1253:1, 1253:6
**JUDGE** [1] - 1236:11
**Judge** [2] - 1310:3, 1310:10
**June** [2] - 1256:6, 1306:13
**Justice** [1] - 1236:22
**JUSTIN** [2] - 1236:14, 1236:20

## K

**keep** [5] - 1259:19, 1274:18, 1295:9, 1296:3, 1298:25
**keeping** [1] - 1275:12
**kept** [3] - 1285:17, 1290:8, 1300:20
**kind** [6] - 1244:15, 1267:2, 1291:2, 1301:21, 1302:15, 1303:24
**kinds** [1] - 1280:3
**known** [1] - 1259:12
**Krispies** [1] - 1293:25

## L

**lab** [4] - 1244:24, 1245:13, 1281:24, 1281:25
**LaBorde** [1] - 1238:13
**labs** [1] - 1245:10
**lack** [3] - 1252:14, 1271:8, 1299:17
**lacking** [1] - 1299:3
**laid** [2] - 1302:4, 1302:5
**land** [6] - 1263:15, 1264:1, 1271:15, 1274:20, 1275:16
**large** [1] - 1250:6
**largely** [1] - 1279:17
**larger** [1] - 1240:9
**Larry** [5] - 1246:20, 1252:19, 1265:25, 1288:21
**last** [12] - 1245:8, 1251:10, 1262:15, 1265:3, 1265:21, 1280:19, 1280:20, 1291:24, 1292:13, 1304:24, 1306:1, 1306:2
**lasted** [1] - 1307:17
**lastly** [1] - 1246:8
**late** [1] - 1305:23
**laterally** [1] - 1303:21

law [1] - 1309:5
**lawyers** [2] - 1245:24, 1246:5
**lazy** [4] - 1276:2, 1297:23, 1297:25, 1298:4
**lead** [2] - 1253:5, 1277:9
**leads** [2] - 1275:2, 1302:8
**leaked** [2] - 1252:1, 1255:9
**leaking** [2] - 1259:23, 1260:4
**leaks** [1] - 1283:23
**lease** [1] - 1258:2
**least** [4] - 1259:20, 1261:18, 1298:23, 1299:11
**leave** [1] - 1288:6
**led** [2] - 1260:4, 1284:16
**left** [6] - 1263:22, 1265:11, 1267:17, 1287:4, 1287:7, 1303:20
**leftover** [2] - 1249:22, 1265:5
**legal** [1] - 1313:4
**legally** [1] - 1305:11
**less** [4] - 1246:5, 1251:12, 1281:18, 1282:6
**letter** [9] - 1243:3, 1243:12, 1243:13, 1243:14, 1255:13, 1256:6, 1256:9, 1256:24, 1309:17
**level** [4] - 1284:9, 1284:15, 1284:24, 1284:25
**liabilities** [1] - 1307:10
**liability** [1] - 1308:19
**lid** [8] - 1273:25, 1297:23, 1298:1, 1298:4, 1298:11, 1299:6, 1303:10, 1310:18
**lids** [5] - 1302:5, 1302:23, 1303:3, 1303:7, 1304:2
**lift** [7] - 1297:23, 1297:25, 1298:4, 1298:11, 1303:10, 1303:17, 1303:19
**lifting** [1] - 1276:1
**light** [1] - 1289:21
**likelihood** [1] - 1249:3
**likely** [10] - 1241:20, 1247:22, 1247:24,

1251:12, 1274:3, 1286:7, 1292:7, 1292:9, 1297:3, 1298:18
line [3] - 1268:18, 1283:7, 1308:22
**lines** [1] - 1292:11
**liquid** [2] - 1252:1, 1253:25
**liquids** [3] - 1239:11, 1239:15, 1244:10
**list** [1] - 1243:8
**listed** [2] - 1243:9, 1243:13
**litigation** [5] - 1298:14, 1304:13, 1304:22, 1305:4, 1308:3
**lived** [1] - 1304:5
**LLP** [1] - 1236:16
**local** [1] - 1261:15
**located** [3] - 1253:22, 1257:20, 1257:23
**locations** [2] - 1247:25, 1252:4
**Lockheed** [9] - 1238:2, 1265:22, 1292:17, 1304:25, 1305:7, 1306:5, 1306:8, 1309:25, 1313:6
**LOCKHEED** [1] - 1236:3
**Lockheed's** [2] - 1279:3, 1310:6
**look** [23] - 1240:12, 1256:13, 1259:7, 1262:19, 1263:14, 1264:22, 1267:6, 1269:23, 1274:13, 1276:25, 1280:10, 1283:7, 1283:15, 1283:24, 1284:7, 1284:12, 1285:19, 1291:17, 1292:2, 1292:3, 1301:19, 1301:20, 1302:19
**looked** [3] - 1253:11, 1273:10, 1282:22
**looking** [11] - 1240:11, 1262:25, 1266:25, 1267:2, 1271:8, 1271:14, 1272:22, 1273:11, 1273:17, 1276:23, 1301:6
**looks** [2] - 1267:6, 1270:7
**lose** [1] - 1269:1
**lost** [3] - 1268:2, 1307:5, 1307:6

low [1] - 1300:20
**lower** [6] - 1256:25, 1262:24, 1276:17, 1284:8, 1284:15, 1284:24
**LPC** [6] - 1253:2, 1256:7, 1256:15, 1257:23, 1258:5, 1285:16
**LPC's** [1] - 1281:10
**LUDWISZEWSKI** [1] - 1236:14
**Lunch** [1] - 1314:4

## M

**machine** [1] - 1237:25
**machining** [1] - 1241:23
**main** [1] - 1284:17
**major** [3] - 1240:6, 1279:21, 1280:8
**management** [2] - 1279:3, 1279:19
**manmade** [2] - 1272:10, 1272:13
**maps** [1] - 1276:21
**mark** [4] - 1263:4, 1263:5, 1267:3, 1268:2
**marked** [1] - 1267:12
**Martin** [3] - 1238:3, 1306:5, 1313:6
**MARTIN** [1] - 1236:3
**Mary** [2] - 1311:9, 1312:4
**mass** [1] - 1287:2
**material** [14] - 1260:21, 1291:8, 1291:10, 1291:13, 1291:14, 1292:5, 1292:25, 1293:9, 1295:11, 1295:12, 1296:14, 1296:22, 1299:1
**materials** [6] - 1265:16, 1274:1, 1291:11, 1292:7, 1292:19, 1298:4
**matter** [5] - 1256:14, 1282:11, 1307:17, 1315:15
**Mayer** [1] - 1313:21
**mean** [9] - 1239:15, 1245:25, 1249:15, 1266:14, 1277:12, 1285:8, 1293:23, 1308:24, 1312:6
**meaning** [1] - 1292:9

**means** [1] - 1299:23
**measure** [2] - 1260:20, 1260:21
**mechanical** [1] - 1272:13
**meetings** [1] - 1313:8
**memo** [2] - 1283:11, 1283:13
**mention** [1] - 1246:1
**mentioned** [4] - 1243:8, 1300:10, 1311:16, 1311:20
**metal** [1] - 1294:3
**method** [1] - 1289:23
**Meyer** [4] - 1312:20, 1313:15, 1313:22, 1313:23
**MICHAEL** [1] - 1236:13
**mid-'60s** [1] - 1299:25
**mid-1960s** [1] - 1252:13
**mid-2007** [1] - 1309:11
**midday** [1] - 1313:24
**might** [6] - 1262:14, 1288:10, 1292:21, 1293:4, 1301:14, 1310:22
**miles** [2] - 1238:23, 1240:20
**military** [1] - 1309:10
**million** [5] - 1256:17, 1256:23, 1261:18, 1261:22, 1308:25
**mind** [1] - 1292:13
**minimize** [1] - 1288:10
**minute** [1] - 1272:7
**mistaken** [2] - 1241:20, 1269:19
**misunderstood** [1] - 1271:24
**mixed** [5] - 1291:13, 1293:6, 1293:8, 1294:2, 1296:21
**mixer** [1] - 1241:16
**mixers** [3] - 1249:21, 1282:10, 1283:3
**mixing** [4] - 1241:14, 1241:19, 1291:7, 1291:10
**moisture** [1] - 1283:22
**moment** [5] - 1251:25, 1255:25, 1256:13, 1292:14, 1301:24
**Monday** [1] - 1313:25
**money** [3] - 1306:25, 1307:1, 1308:16
**mops** [1] - 1300:12
**morning** [7] - 1260:15,

1260:16, 1278:4, 1278:5, 1278:18, 1278:19, 1312:3
**most** [2] - 1246:16, 1262:7
**motion** [3] - 1303:11, 1303:13, 1310:6
**motor** [2] - 1238:10, 1238:19
**motors** [1] - 1298:22
**move** [7] - 1246:2, 1264:17, 1303:19, 1310:17, 1312:18, 1312:23, 1313:9
**moved** [2] - 1304:2, 1311:22
**movement** [1] - 1262:12
**moves** [1] - 1238:22
**moving** [1] - 1311:19
**MR** [124] - 1238:21, 1239:2, 1239:8, 1239:10, 1239:18, 1239:22, 1240:2, 1240:8, 1240:22, 1241:3, 1242:21, 1242:24, 1246:2, 1246:6, 1246:7, 1246:19, 1246:25, 1247:8, 1252:8, 1252:11, 1252:24, 1253:22, 1253:24, 1255:20, 1255:22, 1256:4, 1256:5, 1260:11, 1264:8, 1264:25, 1265:18, 1266:8, 1266:17, 1267:12, 1267:17, 1268:7, 1268:9, 1268:25, 1269:3, 1269:10, 1269:14, 1269:16, 1269:20, 1270:9, 1271:6, 1275:4, 1275:8, 1275:11, 1276:4, 1276:7, 1277:16, 1277:22, 1278:3, 1278:15, 1278:17, 1280:21, 1283:14, 1288:23, 1290:15, 1294:5, 1301:14, 1301:18, 1302:21, 1302:22, 1303:15, 1303:16, 1304:1, 1304:11, 1304:23, 1305:3, 1305:6, 1305:9, 1305:13, 1305:16, 1305:25, 1306:2, 1306:4, 1306:7, 1306:11,

1306:15, 1306:20, 1306:23, 1307:1, 1307:4, 1307:8, 1307:14, 1307:16, 1307:22, 1308:1, 1308:5, 1308:7, 1308:11, 1308:15, 1308:23, 1309:1, 1309:5, 1309:7, 1309:16, 1309:19, 1309:24, 1310:5, 1310:9, 1310:10, 1310:13, 1310:15, 1310:16, 1310:21, 1310:23, 1311:5, 1311:9, 1311:12, 1311:18, 1312:1, 1312:8, 1312:10, 1312:14, 1312:18, 1312:20, 1312:24, 1313:1, 1313:5, 1313:8, 1313:15, 1313:22
**MS** [14] - 1252:18, 1260:14, 1262:13, 1262:18, 1264:10, 1264:16, 1264:20, 1265:2, 1265:20, 1266:5, 1268:20, 1268:22, 1270:18, 1277:18
**Mulder** [9] - 1242:6, 1242:8, 1242:9, 1242:12, 1251:15, 1251:16, 1251:18, 1262:4, 1262:7
**Mulder's** [1] - 1262:1
**municipality** [2] - 1261:15
**Murphy** [1] - 1264:24
**MURPHY** [50] - 1236:13, 1238:21, 1239:10, 1239:18, 1239:22, 1240:2, 1240:8, 1264:8, 1265:18, 1266:8, 1268:25, 1304:23, 1305:3, 1305:6, 1305:9, 1305:13, 1305:16, 1305:25, 1306:2, 1306:4, 1306:7, 1306:11, 1306:15, 1306:20, 1306:23, 1307:1, 1307:4, 1307:8, 1307:14, 1307:16, 1307:22, 1308:1, 1308:5, 1308:7, 1308:11, 1308:15, 1308:23, 1309:1,

1309:5, 1310:5, 1310:10, 1311:12, 1311:18, 1312:1, 1312:8, 1312:14, 1312:18, 1313:5, 1313:8, 1313:22
**must** [2] - 1296:24, 1308:22
**Myer** [1] - 1311:15

# N

**name** [3] - 1277:4, 1277:7, 1313:21
**natural** [6] - 1258:24, 1269:25, 1270:6, 1294:15, 1295:21, 1296:16
**near** [3] - 1254:14, 1257:23, 1299:2
**necessarily** [1] - 1303:11
**need** [4] - 1246:1, 1248:5, 1271:17, 1271:20
**needed** [1] - 1285:16
**Nelson** [1] - 1299:13
**never** [6] - 1271:18, 1277:14, 1299:23, 1302:6, 1304:2, 1304:4
**next** [5] - 1244:23, 1271:4, 1311:3, 1312:5, 1312:17
**night** [1] - 1251:11
**nighttime** [1] - 1251:17
**nobody** [1] - 1301:24
**noneconomic** [1] - 1311:13
**normal** [1] - 1253:5
**north** [12] - 1273:25, 1275:1, 1275:13, 1275:17, 1275:22, 1285:23, 1288:24, 1289:2, 1289:6, 1294:8, 1301:9, 1302:24
**northeast** [5] - 1267:6, 1270:7, 1272:11, 1272:14, 1272:17
**note** [1] - 1254:11
**nothing** [3] - 1279:24, 1299:19, 1300:15
**number** [5] - 1264:24, 1269:13, 1298:13, 1304:18, 1309:18
**Nunes** [6] - 1244:24, 1245:2, 1245:6,

1245:13, 1245:15, 1245:22
**NW** [3] - 1236:17, 1236:24, 1237:2

# O

**O'DONNELL** [1] - 1236:20
**observed** [2] - 1253:14, 1292:18
**obtained** [1] - 1261:14
**obvious** [1] - 1287:17
**obviously** [3] - 1238:6, 1256:1, 1313:24
**occurred** [1] - 1254:9
**October** [1] - 1243:4
**OF** [3] - 1236:1, 1236:6, 1236:10
**of..** [1] - 1269:2
**offer** [1] - 1274:8
**offered** [5] - 1263:7, 1274:10, 1278:20, 1284:10, 1304:12
**offering** [1] - 1286:8
**Office** [1] - 1243:4
**Official** [2] - 1237:1, 1315:13
**officially** [1] - 1306:7
**old** [1] - 1285:3
**old-fashioned** [1] - 1285:3
**once** [6] - 1250:10, 1255:15, 1263:18, 1263:22, 1280:11, 1297:17
**one** [27] - 1240:4, 1241:24, 1250:18, 1254:7, 1257:12, 1262:13, 1265:21, 1268:18, 1270:10, 1272:8, 1279:9, 1279:10, 1283:3, 1287:7, 1290:4, 1290:23, 1292:12, 1299:13, 1299:21, 1303:14, 1303:22, 1305:1, 1308:4, 1309:24, 1309:25, 1310:17, 1311:21
**one-gallon** [1] - 1283:3
**one-time** [1] - 1250:18
**opened** [1] - 1273:25
**opening** [1] - 1302:3
**operated** [2] - 1258:5, 1284:4
**operation** [1] -

1241:20
**operational** [2] - 1300:18, 1301:7
**operations** [1] - 1243:7
**operator** [2] - 1287:19, 1293:19
**operators** [7] - 1287:14, 1293:14, 1296:2, 1296:18, 1298:3, 1298:7, 1298:23
**opinion** [28] - 1239:10, 1239:14, 1242:14, 1250:11, 1250:16, 1251:4, 1251:6, 1251:24, 1251:25, 1254:18, 1254:25, 1259:15, 1260:4, 1263:7, 1263:18, 1263:21, 1274:8, 1274:10, 1275:18, 1275:22, 1279:20, 1279:25, 1280:6, 1284:14, 1286:6, 1295:5, 1298:21, 1299:9
**opinions** [6] - 1239:13, 1253:19, 1253:25, 1259:3, 1278:9, 1279:2
**opportunity** [1] - 1289:17
**opposed** [6] - 1240:15, 1240:19, 1265:12, 1299:16, 1308:20
**order** [1] - 1261:18
**organic** [10] - 1291:8, 1291:10, 1291:11, 1291:13, 1292:25, 1293:8, 1295:11, 1295:12, 1296:13, 1296:22
**original** [1] - 1259:16
**originate** [1] - 1267:22
**originating** [1] - 1283:23
**otherwise** [3] - 1266:14, 1268:2, 1288:21
**outs** [1] - 1238:14
**outside** [14] - 1273:22, 1283:19, 1294:22, 1295:2, 1295:3, 1297:7, 1297:14, 1300:5, 1300:13, 1300:16, 1300:19, 1300:21, 1300:25, 1301:11

**overall** [4] - 1263:15, 1264:1, 1264:3, 1271:14
**overhead** [2] - 1266:22, 1269:12
**owners** [1] - 1308:2
**oxidizer** [1] - 1291:9

# P

**p.m** [1] - 1314:4
**pad** [1] - 1302:5
**PAGE** [1] - 1315:2
**page** [22] - 1244:6, 1244:8, 1244:23, 1244:24, 1246:10, 1247:21, 1249:9, 1251:10, 1253:23, 1254:22, 1256:13, 1257:20, 1257:21, 1278:25, 1279:24, 1280:16, 1280:20, 1282:18, 1284:7, 1284:12, 1291:24
**Pages** [1] - 1236:8
**pages** [3] - 1253:22, 1279:6, 1315:14
**pans** [2] - 1239:5, 1239:21
**paper** [1] - 1268:7
**paragraph** [20] - 1243:4, 1244:8, 1247:20, 1249:8, 1251:9, 1251:11, 1254:11, 1254:21, 1256:14, 1257:19, 1257:22, 1259:8, 1280:10, 1280:16, 1283:15, 1283:17, 1284:12, 1292:2, 1292:3
**paragraphs** [2] - 1253:20, 1292:11
**Parsons** [1] - 1277:7
**part** [4] - 1239:12, 1239:14, 1243:9, 1311:13
**particular** [2] - 1258:23, 1298:14
**parties** [2] - 1238:5, 1306:24
**parts** [10] - 1250:22, 1250:25, 1256:17, 1256:23, 1261:18, 1261:22, 1276:10, 1285:22, 1294:22
**path** [2] - 1298:23, 1299:10
**paved** [1] - 1274:2

**pavement** [2] - 1297:16, 1302:7
**peak** [1] - 1251:2
**people** [8] - 1258:9, 1276:1, 1289:14, 1293:4, 1298:10, 1299:10, 1311:21, 1313:20
**per** [8] - 1243:7, 1250:22, 1250:25, 1255:15, 1256:17, 1256:23, 1261:18, 1261:22
**perchlorate** [9] - 1254:12, 1254:15, 1254:17, 1254:19, 1254:20, 1255:1, 1257:3, 1282:15, 1282:24
**perchlorate's** [1] - 1240:13
**percolate** [1] - 1263:20
**percolation** [4] - 1258:19, 1258:22, 1258:23, 1258:25
**perform** [2] - 1247:9, 1247:17
**perhaps** [5] - 1240:3, 1252:21, 1268:13, 1273:8, 1290:8
**period** [4] - 1242:14, 1243:12, 1252:20, 1288:19
**periodically** [1] - 1254:17
**permit** [1] - 1238:17
**permits** [1] - 1252:14
**permitted** [2] - 1238:17, 1290:17
**person** [4] - 1287:18, 1287:19, 1310:17, 1313:3
**person's** [2] - 1277:4, 1277:7
**perspective** [1] - 1249:16
**Peter** [3] - 1311:6, 1312:3, 1312:8
**phased** [1] - 1246:21
**phasing** [1] - 1247:4
**photo** [10] - 1267:6, 1267:21, 1270:23, 1271:1, 1271:4, 1272:25, 1273:8, 1273:10, 1276:22, 1276:23
**photograph** [2] - 1262:21, 1270:17
**photographer** [1] -

1311:8
**photographs** [1] - 1276:24
**photos** [4] - 1253:11, 1253:15, 1271:5, 1272:21
**phrase** [1] - 1278:24
**phrases** [1] - 1279:9
**pick** [1] - 1299:6
**picture** [6] - 1263:11, 1264:6, 1301:12, 1301:18, 1301:21, 1302:24
**piece** [1] - 1285:4
**pipe** [15] - 1248:16, 1254:6, 1255:10, 1267:24, 1268:18, 1269:18, 1269:25, 1270:8, 1271:17, 1272:3, 1272:4, 1272:7, 1273:4, 1275:2, 1275:7
**piped** [1] - 1254:2
**piping** [1] - 1250:9
**pit** [41] - 1238:10, 1238:16, 1239:16, 1240:15, 1244:4, 1253:4, 1254:3, 1254:7, 1254:14, 1255:6, 1255:9, 1255:14, 1255:16, 1256:16, 1259:6, 1259:13, 1259:24, 1261:4, 1261:8, 1261:12, 1261:20, 1261:24, 1265:23, 1274:25, 1275:2, 1275:4, 1275:5, 1275:9, 1280:14, 1281:7, 1288:16, 1288:17, 1288:25, 1289:12, 1289:13, 1289:16, 1289:20, 1290:4, 1294:8, 1298:6
**pits** [24] - 1238:18, 1239:12, 1239:17, 1239:23, 1240:6, 1244:11, 1244:18, 1251:25, 1252:1, 1252:5, 1252:10, 1252:12, 1252:15, 1252:20, 1253:2, 1253:5, 1253:11, 1256:9, 1256:12, 1257:16, 1283:19, 1284:3, 1289:9
**place** [6] - 1240:21, 1255:10, 1271:18, 1280:23, 1290:5,

1311:21
**places** [1] - 1255:10
**Plaintiff** [2] - 1236:4, 1236:13
**Plaintiff's** [12] - 1242:18, 1242:21, 1249:1, 1255:24, 1264:25, 1266:19, 1270:11, 1270:16, 1276:15, 1276:23, 1276:25, 1291:17
**plan** [2] - 1270:6, 1277:10
**plant** [1] - 1291:14
**plume** [6] - 1238:22, 1240:13, 1247:23, 1250:21, 1250:22, 1280:8
**plumes** [3] - 1240:8, 1240:10, 1240:20
**point** [22] - 1241:23, 1245:12, 1247:6, 1254:7, 1257:13, 1262:13, 1263:11, 1263:19, 1263:22, 1264:18, 1264:19, 1265:6, 1265:12, 1265:14, 1265:17, 1265:21, 1266:11, 1272:22, 1274:24, 1299:25, 1308:3, 1312:18
**points** [2] - 1253:14, 1269:7
**Pollution** [1] - 1243:4
**pond** [1] - 1257:11
**poof** [1] - 1294:3
**pops** [4] - 1293:20, 1293:21, 1293:23, 1293:24
**portion** [3] - 1261:25, 1262:24, 1269:15
**portraying** [1] - 1271:3
**portrays** [1] - 1271:2
**position** [4] - 1245:23, 1307:11, 1307:12, 1310:6
**possibility** [1] - 1255:3
**possible** [1] - 1244:17
**possibly** [1] - 1312:4
**potential** [1] - 1252:3
**potentially** [3] - 1279:14, 1292:10, 1295:11
**Potrero** [3] - 1238:9, 1239:12, 1259:4, 1259:12
**pounds** [2] - 1243:7,

1250:14
**poured** [1] - 1244:9
**powder** [1] - 1288:9
**powdery** [1] - 1292:19
**POWELL** [1] - 1236:21
**practice** [2] - 1239:25, 1300:13
**practices** [3] - 1238:7, 1239:4, 1239:5
**precisely** [2] - 1248:6, 1248:7
**preferred** [2] - 1243:11, 1244:16
**premise** [1] - 1246:24
**prepared** [1] - 1278:6
**preserved** [1] - 1287:2
**presume** [3] - 1248:15, 1248:17, 1248:25
**presuming** [1] - 1249:6
**pretty** [2] - 1296:5, 1302:20
**PREVIOUSLY** [1] - 1241:1
**primary** [1] - 1259:11
**problem** [1] - 1293:5
**procedures** [6] - 1289:15, 1290:21, 1294:25, 1298:25, 1299:3, 1299:20
**proceedings** [1] - 1315:15
**Proceedings** [1] - 1237:25
**process** [11] - 1243:7, 1243:19, 1244:19, 1244:21, 1273:20, 1275:24, 1276:11, 1284:19, 1295:23, 1300:11, 1313:16
**processed** [1] - 1282:4
**processes** [1] - 1238:25
**Procter** [3] - 1307:14, 1309:7, 1309:25
**produced** [1] - 1237:25
**product** [3] - 1284:25, 1285:7
**production** [2] - 1238:10, 1238:19
**professional** [1] - 1278:10
**proffer** [1] - 1264:20
**propellant** [7] - 1281:25, 1283:3, 1291:4, 1292:4, 1292:20, 1292:22,

1293:5
**propellants** [1] - 1292:8
**properly** [1] - 1301:8
**properties** [3] - 1286:11, 1286:25, 1287:7
**provided** [1] - 1278:9
**pull** [2] - 1303:23, 1303:24
**pulled** [2] - 1309:13, 1309:21
**pulverizer** [1] - 1300:1
**pump** [6] - 1255:15, 1271:18, 1272:2, 1273:3, 1273:4, 1295:10
**pumped** [5] - 1256:15, 1265:4, 1265:9, 1295:20, 1299:14
**pure** [1] - 1248:16
**purposes** [1] - 1260:3
**push** [2] - 1293:21, 1303:24
**put** [10] - 1249:16, 1249:23, 1255:5, 1267:10, 1271:4, 1290:17, 1301:25, 1304:18, 1309:14, 1312:20
**putting** [2] - 1266:10, 1297:19
**PX** [5] - 1270:19, 1274:18, 1291:19, 1291:20

## Q

**Quality** [1] - 1258:10
**quality** [1] - 1293:14
**quantities** [11] - 1240:5, 1244:4, 1244:10, 1249:11, 1249:22, 1250:6, 1250:7, 1250:20, 1281:12, 1282:1, 1282:3
**quantity** [2] - 1247:10, 1256:25
**questions** [5] - 1266:5, 1268:10, 1276:5, 1310:21, 1310:23
**quickly** [1] - 1253:19
**quiet** [1] - 1298:25
**quote** [2] - 1245:14, 1258:24
**quoting** [1] - 1283:20

## R

**rags** [5] - 1249:22, 1288:4, 1288:6, 1297:10, 1300:12
**rails** [1] - 1294:4
**rainfall** [1] - 1250:12
**raised** [1] - 1286:1
**rates** [2] - 1251:21, 1251:22
**RAYMOND** [1] - 1236:14
**reach** [3] - 1239:11, 1239:15, 1249:3
**reached** [1] - 1247:11
**reaching** [3] - 1247:24, 1250:4, 1262:8
**reactive** [6] - 1293:10, 1293:11, 1296:22, 1297:3, 1297:20, 1298:4
**read** [4] - 1241:10, 1244:15, 1249:13, 1259:14
**reading** [3] - 1248:1, 1251:13, 1254:22
**reads** [1] - 1259:11
**realize** [1] - 1299:12
**really** [2] - 1238:20, 1302:6
**reason** [1] - 1281:22
**reasonable** [1] - 1278:10
**reasons** [1] - 1309:25
**rebuttal** [1] - 1262:13
**recess** [1] - 1314:4
**recharge** [6] - 1257:23, 1258:1, 1258:7, 1258:17, 1258:21, 1258:23
**recognize** [4] - 1262:20, 1262:22, 1262:25, 1314:1
**recollection** [2] - 1241:12, 1276:14
**reconcile** [2] - 1268:12, 1270:15
**record** [7] - 1253:12, 1258:18, 1268:2, 1274:18, 1303:14, 1310:12, 1315:14
**record's** [1] - 1258:9
**recover** [1] - 1306:17
**recovering** [1] - 1310:1
**recovery** [3] - 1311:13, 1311:20, 1312:19

**Recross** [1] - 1315:4
**RECROSS** [1] - 1266:16
**RECROSS-EXAMINATION** [1] - 1266:16
**Recross-Examination...........** ... [1] - 1315:4
**recrystallize** [2] - 1286:18, 1287:14
**recrystallized** [1] - 1296:19
**recrystallizes** [1] - 1286:20
**recrystallizing** [1] - 1287:21
**recycled** [1] - 1249:23
**redirect** [1] - 1264:8
**REDIRECT** [1] - 1260:13
**Redirect** [1] - 1315:4
**Redlands** [22] - 1238:7, 1238:22, 1240:9, 1241:8, 1247:22, 1249:12, 1252:4, 1253:17, 1255:17, 1257:23, 1258:2, 1261:14, 1262:23, 1276:16, 1277:14, 1279:3, 1279:22, 1287:14, 1290:17, 1293:15, 1304:4, 1307:17
**REDMAP** [1] - 1301:19
**reemphasize** [1] - 1258:21
**refer** [1] - 1298:9
**referenced** [1] - 1276:8
**referencing** [1] - 1244:6
**referred** [2] - 1259:4, 1275:5
**referring** [7] - 1251:15, 1259:20, 1264:10, 1272:23, 1274:17, 1293:1, 1304:22
**regard** [1] - 1253:25
**regarding** [7] - 1241:5, 1247:2, 1251:24, 1253:19, 1259:3, 1259:23, 1276:21
**regards** [2] - 1254:23, 1256:9
**Regional** [1] - 1258:10
**regular** [1] - 1244:11
**regulatory** [1] -

1258:11
**relates** [1] - 1262:15
**relatively** [4] - 1248:8, 1249:20, 1262:11, 1282:3
**release** [2] - 1248:18, 1280:24
**released** [3] - 1238:24, 1248:16, 1280:7
**releases** [2] - 1253:1, 1279:2
**releasing** [1] - 1249:2
**relevant** [1] - 1288:19
**reliable** [1] - 1246:5
**rely** [1] - 1299:15
**remediation** [4] - 1305:12, 1305:14, 1307:5, 1308:17
**remember** [5] - 1241:10, 1253:9, 1264:7, 1275:19, 1304:10
**remotely** [1] - 1241:16
**renewal** [1] - 1252:14
**repeat** [1] - 1245:21
**repeated** [1] - 1247:23
**repeatedly** [1] - 1249:20
**Repetitious** [1] - 1247:21
**replenished** [1] - 1296:15
**report** [1] - 1283:25, 1304:12, 1304:17
**reported** [2] - 1237:25, 1293:18
**reporter** [1] - 1293:19
**Reporter** [3] - 1237:1, 1237:1, 1315:13
**reports** [2] - 1293:19, 1304:18
**represent** [1] - 1267:14
**reprimanded** [2] - 1293:22, 1294:4
**require** [1] - 1276:1
**required** [1] - 1270:1
**residents** [1] - 1307:16
**residual** [1] - 1292:7
**residue** [1] - 1283:21
**residues** [1] - 1288:1
**resistance** [2] - 1298:24, 1299:11
**respect** [2] - 1250:1, 1260:1
**result** [5] - 1247:24, 1250:3, 1253:4, 1281:5, 1281:10

**resulted** [1] - 1251:7
**resulting** [2] - 1253:1, 1253:8
**results** [1] - 1256:16
**resumes** [1] - 1240:25
**retractable** [1] - 1303:5
**review** [1] - 1253:15
**reviewed** [1] - 1276:20
**reviewing** [2] - 1268:16, 1292:16
**Rice** [1] - 1293:25
**right-hand** [2] - 1276:25, 1277:2
**rinse** [2] - 1288:10
**risk** [1] - 1288:11
**risking** [1] - 1292:22
**road** [3] - 1271:9, 1290:7
**ROBERT** [1] - 1241:1
**Robert** [3] - 1241:5, 1241:7, 1315:3
**Robertson** [2] - 1310:3, 1310:11
**rocket** [3] - 1238:10, 1238:19, 1298:22
**Rocket** [1] - 1308:2
**rocks** [2] - 1269:7, 1295:9
**Rogers** [1] - 1253:10
**Room** [1] - 1237:2
**roughly** [2] - 1256:19, 1261:21
**route** [1] - 1299:5
**RPR** [1] - 1237:1
**rub** [1] - 1292:20
**run** [3] - 1239:19, 1239:23, 1275:6
**running** [1] - 1296:3
**runoff** [1] - 1271:25

## S

**safe** [1] - 1300:9
**safety** [4] - 1291:7, 1293:18, 1293:19, 1297:9
**sake** [2] - 1248:17, 1259:18
**salt** [3] - 1286:23, 1286:24, 1286:25
**salvage** [1] - 1244:8
**sample** [1] - 1257:13
**sampled** [1] - 1257:10
**San** [1] - 1258:12
**sand** [1] - 1292:6
**saw** [4] - 1246:11, 1288:1, 1288:4, 1294:3

**scale** [2] - 1285:1, 1285:4
**schedule** [2] - 1311:22, 1313:10
**schematic** [1] - 1269:11
**scientific** [1] - 1278:10
**scrape** [1] - 1289:19
**scraped** [1] - 1289:16
**screen** [9] - 1263:1, 1263:3, 1263:4, 1266:19, 1267:3, 1267:13, 1267:18, 1282:20, 1291:25
**second** [2] - 1256:13, 1291:24
**Section** [1] - 1236:23
**section** [5] - 1279:1, 1279:10, 1279:17, 1284:14, 1291:23
**see** [29] - 1238:19, 1238:23, 1243:8, 1245:1, 1248:1, 1250:16, 1251:13, 1255:13, 1256:17, 1257:12, 1260:24, 1261:2, 1261:6, 1261:9, 1261:17, 1261:23, 1262:11, 1265:5, 1267:5, 1268:15, 1270:24, 1271:7, 1272:18, 1272:19, 1277:1, 1278:22, 1283:5, 1287:24, 1301:12
**seeing** [5] - 1243:22, 1244:19, 1253:16, 1260:1, 1313:17
**seeking** [6] - 1306:18, 1308:13, 1308:15, 1308:16, 1308:24, 1309:2
**seepage** [1] - 1253:14
**seeped** [1] - 1252:1
**SEGAL** [1] - 1236:10
**semantics** [1] - 1248:8
**send** [2] - 1294:15, 1298:5
**sense** [2] - 1241:25, 1287:2
**sensitive** [2] - 1292:8, 1292:9
**sentence** [1] - 1251:10
**sequence** [1] - 1276:24
**Services** [1] - 1308:11
**SESSION** [1] - 1236:9

**settled** [9] - 1305:5, 1305:25, 1306:3, 1306:4, 1306:16, 1306:24, 1307:19, 1307:20, 1308:2
**settlement** [1] - 1307:10
**seven** [4] - 1292:13, 1298:12, 1304:5, 1304:9
**ship** [1] - 1290:18
**shorthand** [2] - 1237:25, 1239:20
**shortly** [1] - 1306:15
**show** [7] - 1256:16, 1264:6, 1266:9, 1274:14, 1289:1, 1301:15, 1301:21
**showed** [1] - 1269:6
**showing** [4] - 1265:22, 1269:9, 1269:18, 1269:22
**shown** [2] - 1262:22, 1292:4
**shows** [5] - 1267:21, 1268:17, 1268:19, 1269:23, 1270:6
**shut** [1] - 1305:23
**side** [2] - 1264:13, 1266:7
**significant** [6] - 1247:22, 1247:23, 1250:6, 1250:12, 1250:19, 1281:12
**significantly** [4] - 1249:11, 1249:15, 1250:2, 1279:25
**silt** [4] - 1291:7, 1291:13, 1293:8, 1295:12
**simply** [2] - 1257:8, 1277:9
**single** [1] - 1292:11
**site** [23] - 1241:8, 1241:19, 1242:9, 1245:2, 1245:9, 1246:13, 1246:14, 1246:21, 1247:2, 1249:12, 1252:20, 1253:17, 1258:2, 1259:4, 1262:25, 1276:16, 1277:14, 1283:18, 1304:4, 1304:6, 1304:7, 1305:15, 1305:16
**sites** [7] - 1238:18, 1238:25, 1239:25, 1240:8, 1240:9, 1240:16, 1259:3
**Sitton** [2] - 1311:9,

1312:12
**sitton** [1] - 1312:4
**six** [1] - 1309:20
**size** [1] - 1240:12
**sizes** [2] - 1240:10, 1287:11
**slide** [2] - 1299:6, 1303:7
**slip** [1] - 1313:4
**slope** [4] - 1264:1, 1264:3, 1274:15
**sloping** [1] - 1264:4
**sludge** [3] - 1289:19, 1290:18, 1290:21
**small** [7] - 1244:4, 1244:10, 1249:21, 1249:24, 1250:20, 1282:3, 1292:18
**soil** [1] - 1247:14
**solid** [2] - 1260:24, 1298:22
**solids** [14] - 1256:17, 1256:22, 1256:25, 1257:7, 1260:18, 1260:20, 1261:2, 1261:10, 1261:17, 1261:21, 1261:23, 1281:15, 1281:17, 1281:19
**solubility** [1] - 1254:11
**soluble** [2] - 1254:20, 1257:3
**solvent** [22] - 1242:2, 1242:15, 1243:12, 1243:17, 1244:14, 1244:16, 1245:5, 1245:6, 1245:7, 1246:16, 1247:10, 1247:14, 1247:17, 1248:5, 1248:16, 1249:2, 1249:3, 1252:13, 1262:4, 1298:7, 1298:16
**Solvents** [1] - 1243:5
**solvents** [6] - 1242:13, 1244:4, 1244:10, 1246:11, 1247:2, 1260:1
**someone** [2] - 1311:11, 1314:3
**sometimes** [4] - 1258:21, 1259:4, 1266:3, 1275:4
**somewhere** [1] - 1290:18
**sorry** [20] - 1242:20, 1251:17, 1252:7, 1261:5, 1261:11, 1264:3, 1265:8,

1267:15, 1270:14, 1271:22, 1275:12, 1280:16, 1290:9, 1290:10, 1292:12, 1298:15, 1301:15, 1302:20, 1304:21, 1306:4
**sort** [4] - 1250:9, 1272:24, 1284:13, 1311:12
**sounded** [1] - 1274:1
**sounds** [1] - 1293:25
**source** [3] - 1240:2, 1258:19, 1259:11
**sources** [5] - 1238:9, 1238:12, 1238:13, 1238:20, 1240:5
**south** [30] - 1263:8, 1263:12, 1263:14, 1265:4, 1265:10, 1266:25, 1267:4, 1267:9, 1268:5, 1269:20, 1271:25, 1272:8, 1273:2, 1274:3, 1274:11, 1274:22, 1275:15, 1275:22, 1284:21, 1285:23, 1286:3, 1294:14, 1295:5, 1295:20, 1298:19, 1301:4, 1302:1, 1302:8, 1303:1
**southeast** [1] - 1267:2
**southwest** [3] - 1267:8, 1268:5, 1269:19
**southwesterly** [1] - 1267:22
**speaking** [2] - 1242:1, 1301:1
**specific** [6] - 1248:10, 1252:25, 1260:7, 1276:20, 1298:9, 1299:3
**specifically** [3] - 1243:21, 1275:24, 1298:5
**specifications** [2] - 1243:20, 1244:20
**specifying** [1] - 1244:13
**speculating** [1] - 1240:19
**Spencer** [4] - 1241:5, 1241:7, 1241:20, 1241:22
**Spencer's** [1] - 1241:12
**spent** [1] - 1306:9
**spillage** [1] - 1292:6

**spot** [5] - 1247:24, 1248:6, 1248:13, 1249:2, 1262:11
**sputters** [3] - 1293:20, 1293:21, 1293:23
**squiggle** [1] - 1271:8
**SRAM** [3] - 1305:17, 1305:18, 1308:20
**STACIE** [1] - 1236:15
**stakes** [1] - 1309:21
**stand** [3] - 1240:25, 1277:24, 1303:22
**standard** [1] - 1273:21
**standpoint** [1] - 1301:7
**stands** [1] - 1304:14
**start** [7] - 1248:14, 1286:5, 1309:10, 1311:14, 1313:12, 1313:19, 1313:20
**started** [3] - 1252:20, 1304:9, 1305:23
**starting** [1] - 1284:7
**starts** [1] - 1300:10
**state** [9] - 1242:8, 1244:3, 1244:8, 1247:21, 1258:1, 1283:25, 1284:3, 1307:6, 1307:8
**statement** [1] - 1245:6
**STATES** [3] - 1236:1, 1236:6, 1236:11
**states** [4] - 1244:16, 1246:20, 1251:11, 1256:14
**States** [3] - 1238:3, 1277:22, 1310:5
**station** [1] - 1269:12
**stayed** [1] - 1300:16
**steel** [1] - 1276:1
**step** [2] - 1292:20, 1295:23
**steps** [2] - 1277:21, 1311:2
**Sterrett** [59] - 1240:11, 1241:4, 1242:17, 1242:25, 1243:2, 1243:8, 1243:11, 1243:23, 1244:13, 1246:8, 1246:19, 1247:1, 1247:9, 1247:20, 1248:1, 1249:8, 1249:9, 1249:15, 1251:24, 1252:25, 1253:25, 1254:21, 1254:25, 1255:7, 1255:23, 1256:6, 1256:8, 1256:17, 1257:20, 1257:22, 1259:2,

1259:3, 1259:8, 1259:11, 1259:18, 1259:22, 1260:12, 1260:15, 1260:17, 1262:6, 1262:19, 1262:25, 1263:7, 1265:3, 1265:21, 1266:18, 1267:1, 1267:12, 1268:10, 1269:5, 1269:8, 1269:11, 1270:10, 1276:8, 1276:15, 1277:1, 1280:12, 1281:15, 1315:3

**STERRETT** [1] - 1241:1

**sticks** [2] - 1291:14, 1295:12

**still** [7] - 1250:16, 1259:15, 1287:21, 1296:24, 1297:2, 1312:16, 1312:21

**stones** [1] - 1295:12

**stopped** [3] - 1252:10, 1252:12, 1309:12

**stops** [1] - 1299:2

**storm** [1] - 1294:14

**straddle** [1] - 1303:24

**straight** [3] - 1259:19, 1268:5, 1275:12

**Street** [1] - 1236:24

**strictly** [3] - 1248:23, 1248:25, 1305:11

**studied** [1] - 1272:20

**studies** [2] - 1298:13, 1298:15

**stuff** [5] - 1292:14, 1293:6, 1293:18, 1296:2, 1297:11

**stuff's** [1] - 1313:25

**sub** [2] - 1292:3

**substance** [1] - 1261:9

**subsurface** [1] - 1259:1

**successfully** [1] - 1259:21

**sued** [4] - 1305:8, 1306:17, 1306:22, 1307:16

**suggested** [1] - 1273:11

**suggesting** [3] - 1290:3, 1290:22, 1300:16

**suggests** [1] - 1271:15

**suit** [1] - 1307:3

**Suite** [1] - 1236:24

**SULLIVAN** [20] -

1236:19, 1239:2, 1239:8, 1240:22, 1277:22, 1278:3, 1278:15, 1309:7, 1309:16, 1309:19, 1309:24, 1310:9, 1310:23, 1311:5, 1311:9, 1312:10, 1312:20, 1312:24, 1313:1, 1313:15

**sump** [54] - 1248:23, 1263:8, 1263:13, 1265:4, 1265:10, 1267:4, 1269:20, 1271:19, 1272:1, 1272:8, 1273:2, 1273:4, 1273:14, 1273:22, 1273:25, 1274:3, 1274:11, 1274:22, 1275:2, 1275:13, 1275:15, 1275:22, 1275:23, 1275:25, 1276:12, 1276:13, 1284:21, 1285:21, 1285:23, 1286:3, 1288:24, 1289:3, 1289:6, 1294:8, 1294:14, 1295:5, 1295:10, 1295:17, 1295:20, 1297:17, 1298:5, 1299:1, 1299:7, 1301:4, 1301:9, 1301:18, 1302:9, 1302:24, 1303:1

**sumps** [4] - 1257:16, 1274:16, 1285:20, 1294:8

**sums** [1] - 1284:13

**supply** [1] - 1243:15

**support** [2] - 1254:13, 1282:22

**supported** [1] - 1283:22

**supporting** [2] - 1253:7, 1310:6

**suppose** [1] - 1310:19

**supposed** [5] - 1249:23, 1288:6, 1289:10, 1289:18, 1289:19

**Supreme** [1] - 1307:9

**surface** [15] - 1258:24, 1264:2, 1265:15, 1271:15, 1271:16, 1271:25, 1272:1, 1272:5, 1273:6, 1274:15, 1274:20, 1274:21, 1275:16, 1293:12

**surprised** [1] - 1261:13

**surprising** [1] - 1246:4

**surrounding** [1] - 1254:2

**susceptible** [1] - 1285:11

**suspended** [2] - 1286:17, 1287:3

**sweepings** [1] - 1292:6

**SWORN** [2] - 1241:1, 1278:1

**synonymously** [1] - 1258:22

## T

**tab** [9] - 1242:17, 1242:18, 1242:20, 1242:21, 1255:7, 1255:23, 1278:21, 1278:22, 1280:19

**table** [1] - 1278:25

**tagged** [1] - 1297:9

**talks** [1] - 1279:1

**tank** [3] - 1283:20, 1283:21

**tanks** [1] - 1284:2

**TCA** [18] - 1245:9, 1245:16, 1245:20, 1246:17, 1248:3, 1249:20, 1249:22, 1250:7, 1250:8, 1250:14, 1250:20, 1250:22, 1251:5, 1251:22, 1259:23, 1259:25, 1260:4, 1260:6

**TCE** [32] - 1242:12, 1242:14, 1243:8, 1243:11, 1243:17, 1243:20, 1244:16, 1244:20, 1245:11, 1245:14, 1245:16, 1245:20, 1246:21, 1247:4, 1247:5, 1247:22, 1247:24, 1247:25, 1248:3, 1249:11, 1249:17, 1249:19, 1250:8, 1250:25, 1251:5, 1251:7, 1251:12, 1251:21, 1259:20, 1262:5, 1262:7

**TDS** [1] - 1256:21

**technician** [1] - 1244:24

**techniques** [1] - 1280:3

**temperature** [1] - 1251:20

**tend** [2] - 1276:2, 1299:10

**tendency** [1] - 1287:13

**tenure** [2] - 1244:5, 1245:8

**term** [1] - 1286:18

**terms** [4] - 1239:9, 1240:9, 1245:10, 1258:22

**tested** [1] - 1282:2

**testified** [17] - 1241:7, 1244:9, 1248:21, 1250:6, 1260:1, 1264:21, 1265:1, 1265:3, 1265:9, 1274:1, 1276:9, 1276:16, 1280:13, 1281:5, 1296:18, 1296:21, 1297:25

**testify** [5] - 1243:17, 1246:11, 1262:4, 1311:24, 1313:12

**testifying** [3] - 1241:23, 1245:15, 1276:13

**testimonial** [1] - 1299:16

**testimony** [51] - 1241:4, 1241:11, 1242:1, 1242:16, 1243:23, 1247:1, 1247:3, 1248:22, 1249:10, 1249:17, 1250:5, 1251:5, 1252:12, 1252:15, 1252:19, 1257:3, 1258:20, 1259:22, 1260:3, 1262:1, 1262:6, 1262:15, 1266:1, 1275:18, 1276:8, 1278:7, 1278:12, 1278:24, 1280:13, 1280:17, 1281:10, 1281:14, 1281:17, 1281:22, 1283:16, 1284:2, 1284:6, 1284:8, 1284:9, 1284:22, 1286:2, 1286:8, 1294:6, 1294:20, 1296:24, 1297:3, 1298:10, 1299:11, 1299:12, 1312:10

**tests** [1] - 1256:15

**THE** [290] - 1236:1,

1236:10, 1238:2, 1238:4, 1238:11, 1238:12, 1238:15, 1238:16, 1239:3, 1239:9, 1239:15, 1239:20, 1239:24, 1240:3, 1240:17, 1240:23, 1241:1, 1242:20, 1242:23, 1245:23, 1246:3, 1246:18, 1246:23, 1247:5, 1247:7, 1252:4, 1252:6, 1252:7, 1252:9, 1252:17, 1252:23, 1255:8, 1255:12, 1255:17, 1255:18, 1255:19, 1255:21, 1256:1, 1256:3, 1262:17, 1263:24, 1263:25, 1264:3, 1264:4, 1264:6, 1264:9, 1264:12, 1264:18, 1264:22, 1265:1, 1265:17, 1265:19, 1266:6, 1266:10, 1267:8, 1267:9, 1267:10, 1267:14, 1267:15, 1267:16, 1267:19, 1267:20, 1267:24, 1268:1, 1268:8, 1268:12, 1268:15, 1268:21, 1268:23, 1269:1, 1269:9, 1269:13, 1269:15, 1269:17, 1269:21, 1269:22, 1269:23, 1270:2, 1270:4, 1270:5, 1270:6, 1270:12, 1270:14, 1270:15, 1270:19, 1270:20, 1270:21, 1270:22, 1271:1, 1271:7, 1271:11, 1271:12, 1271:14, 1271:17, 1271:20, 1271:22, 1271:23, 1271:24, 1271:25, 1272:3, 1272:4, 1272:7, 1272:10, 1272:12, 1272:15, 1272:18, 1272:20, 1272:22, 1273:2, 1273:7, 1273:10, 1273:12, 1273:14, 1273:16, 1273:18, 1273:19, 1273:20, 1273:23, 1273:24, 1274:5, 1274:7, 1274:8, 1274:10,

1274:12, 1274:13, 1274:17, 1274:19, 1274:23, 1275:1, 1275:3, 1275:6, 1275:10, 1275:12, 1275:15, 1275:17, 1275:20, 1275:21, 1275:24, 1276:3, 1276:6, 1277:17, 1277:19, 1278:1, 1280:20, 1283:12, 1283:13, 1287:17, 1287:19, 1287:21, 1287:23, 1287:24, 1287:25, 1288:2, 1288:3, 1288:5, 1288:8, 1288:15, 1288:17, 1288:18, 1288:20, 1289:8, 1289:11, 1289:12, 1289:14, 1289:21, 1289:22, 1289:23, 1289:25, 1290:1, 1290:2, 1290:3, 1290:5, 1290:9, 1290:10, 1290:12, 1290:13, 1293:23, 1293:24, 1294:1, 1294:2, 1298:9, 1298:12, 1298:15, 1298:16, 1298:17, 1298:20, 1298:21, 1298:22, 1299:8, 1299:13, 1299:15, 1299:17, 1299:20, 1299:21, 1299:25, 1300:2, 1300:4, 1300:7, 1300:15, 1300:18, 1300:23, 1300:24, 1301:1, 1301:3, 1301:5, 1301:6, 1301:12, 1301:16, 1301:22, 1301:23, 1301:24, 1302:2, 1302:3, 1302:4, 1302:10, 1302:12, 1302:13, 1302:14, 1302:15, 1302:17, 1302:19, 1302:20, 1303:14, 1303:21, 1303:22, 1304:6, 1304:7, 1304:8, 1304:9, 1304:21, 1305:1, 1305:4, 1305:7, 1305:10, 1305:15, 1305:18, 1305:19, 1305:20, 1305:21, 1305:23, 1306:1, 1306:3, 1306:6, 1306:9, 1306:13,

1306:17, 1306:22, 1306:25, 1307:3, 1307:6, 1307:13, 1307:15, 1307:20, 1307:25, 1308:4, 1308:6, 1308:9, 1308:13, 1308:22, 1308:24, 1309:3, 1309:6, 1309:9, 1309:11, 1309:12, 1309:13, 1309:14, 1309:15, 1309:18, 1309:20, 1309:22, 1309:23, 1310:3, 1310:14, 1310:22, 1310:24, 1311:7, 1311:11, 1311:16, 1311:24, 1312:5, 1312:12, 1312:15, 1312:22, 1312:25, 1313:3, 1313:7, 1313:11, 1313:18, 1313:23
**themselves** [1] - 1240:10
**theory** [7] - 1246:23, 1248:3, 1248:5, 1248:14, 1248:18, 1249:2, 1255:9
**therefore** [1] - 1293:12
**they've** [2] - 1238:13, 1297:1
**thick** [1] - 1283:21
**thinking** [2] - 1269:4, 1269:8
**thinks** [1] - 1264:21
**third** [2] - 1256:14, 1291:24
**Thomas** [2] - 1277:23, 1315:5
**THOMAS** [1] - 1278:1
**thousand** [1] - 1299:22
**threw** [1] - 1298:7
**throughout** [2] - 1258:5, 1288:18
**Thursday** [1] - 1236:7
**tiny** [1] - 1293:24
**today** [4] - 1270:19, 1311:23, 1311:25, 1312:4
**together** [3] - 1293:6, 1304:18, 1311:21
**Tom** [1] - 1277:22
**tomorrow** [3] - 1311:14, 1311:25, 1312:3
**took** [2] - 1289:16, 1294:7

**top** [5] - 1266:24, 1276:25, 1277:1, 1302:4, 1308:18
**topographic** [1] - 1276:21
**topography** [7] - 1264:4, 1265:15, 1272:9, 1273:11, 1274:12, 1274:13, 1276:16
**TORRES** [20] - 1236:14, 1264:25, 1278:17, 1280:21, 1283:14, 1288:23, 1290:15, 1294:5, 1301:14, 1301:18, 1302:21, 1302:22, 1303:15, 1303:16, 1304:1, 1304:11, 1310:13, 1310:15, 1310:16, 1310:21
**tort** [5] - 1305:13, 1306:15, 1307:17, 1308:7, 1308:17
**total** [11] - 1256:16, 1256:21, 1257:7, 1260:17, 1260:20, 1261:17, 1261:21, 1281:15, 1281:17, 1281:18, 1306:9
**tote** [1] - 1285:9
**totes** [2] - 1285:10, 1285:11
**touch** [1] - 1263:4
**towards** [7] - 1263:15, 1264:1, 1264:4, 1265:6, 1267:7, 1273:1, 1274:21
**toxic** [4] - 1305:13, 1306:15, 1307:17, 1308:17
**trace** [1] - 1269:18
**track** [1] - 1299:23
**training** [2] - 1262:9, 1263:17
**transcript** [2] - 1237:25, 1315:14
**TRANSCRIPT** [1] - 1236:10
**transcription** [1] - 1237:25
**transformed** [1] - 1286:20
**transport** [2] - 1284:18, 1285:9
**Transportation** [2] - 1290:10, 1290:12
**transporting** [2] - 1290:25, 1291:3
**travel** [1] - 1263:21

**traveled** [1] - 1265:12
**traveling** [1] - 1267:21
**trial** [1] - 1258:20
**TRIAL** [1] - 1236:10
**trichloroethane** [2] - 1245:16, 1245:20
**trichlorylamine** [2] - 1245:16, 1245:18
**trickier** [1] - 1303:24
**tried** [2] - 1298:25, 1299:24
**truck** [1] - 1290:18
**trucks** [2] - 1291:1, 1291:4
**true** [4] - 1246:16, 1268:4, 1285:15, 1310:9
**trying** [9] - 1259:18, 1259:21, 1273:7, 1293:4, 1299:6, 1308:19, 1309:14, 1311:21, 1312:1
**turn** [12] - 1242:17, 1249:4, 1249:8, 1251:9, 1253:19, 1254:21, 1255:7, 1257:19, 1278:20, 1284:6, 1291:22, 1296:2
**turning** [1] - 1251:24
**twisting** [1] - 1297:5
**two** [6] - 1238:24, 1249:18, 1283:17, 1294:8, 1312:5, 1313:20
**type** [3] - 1250:1, 1250:2, 1313:4
**types** [1] - 1250:11
**typically** [4] - 1251:21, 1288:8, 1296:1, 1298:23

# U

**U.S** [10] - 1236:22, 1237:2, 1262:19, 1268:21, 1271:6, 1301:15, 1301:17, 1301:18, 1302:10, 1309:19
**ultimately** [1] - 1289:24
**unable** [1] - 1243:15
**uncharacterized** [1] - 1290:6
**uncleaned** [1] - 1292:7
**uncontaminated** [1] - 1258:24

**uncontested** [1] - 1246:24
**under** [7] - 1246:18, 1254:2, 1255:9, 1271:3, 1287:12, 1292:20, 1310:2
**underground** [3] - 1248:16, 1248:21, 1248:24
**undue** [1] - 1266:11
**United** [3] - 1238:3, 1277:22, 1310:5
**UNITED** [3] - 1236:1, 1236:6, 1236:11
**unless** [4] - 1250:12, 1260:6, 1266:8, 1290:8
**unlike** [2] - 1238:21, 1281:3
**up** [27] - 1268:17, 1268:25, 1269:15, 1273:3, 1273:25, 1276:1, 1276:4, 1278:25, 1281:5, 1282:18, 1282:20, 1283:17, 1284:13, 1284:16, 1290:16, 1291:25, 1292:3, 1294:7, 1297:8, 1299:6, 1301:14, 1301:16, 1303:19, 1307:8, 1308:19, 1309:21
**usable** [1] - 1285:14
**usage** [1] - 1298:16
**uses** [2] - 1246:21, 1249:21

# V

**valve** [1] - 1284:16
**vapor** [3] - 1241:8, 1241:21, 1246:22
**various** [1] - 1280:3
**verified** [4] - 1277:2, 1277:6, 1277:10, 1277:12
**version** [1] - 1267:1
**view** [6] - 1264:19, 1266:11, 1266:22, 1269:12, 1270:6, 1272:22
**visit** [1] - 1283:18
**visited** [1] - 1253:17
**volumes** [1] - 1249:24

# W

**walls** [2] - 1288:2,

1288:14
**Walter** [1] - 1244:24
**wash** [15] - 1254:16, 1276:12, 1283:3, 1284:19, 1288:9, 1288:11, 1288:13, 1294:23, 1299:2, 1299:18, 1300:12, 1300:16, 1300:21, 1301:11
**wash-down** [1] - 1288:11
**washed** [13] - 1273:22, 1274:1, 1274:2, 1276:9, 1276:13, 1284:15, 1287:25, 1288:3, 1297:6, 1300:5, 1301:8, 1301:25
**washing** [8] - 1275:25, 1285:22, 1288:5, 1297:6, 1297:7, 1297:16, 1299:22
**Washington** [4] - 1236:6, 1236:17, 1236:25, 1237:3
**waste** [5] - 1290:6, 1290:14, 1291:3, 1291:7, 1292:8
**wastes** [1] - 1292:4
**wastewater** [12] - 1252:16, 1263:8, 1280:14, 1281:11, 1281:18, 1282:14, 1282:24, 1283:8, 1283:9, 1284:8, 1294:11, 1298:5
**water** [72] - 1254:13, 1254:20, 1254:25, 1255:13, 1255:14, 1255:15, 1256:9, 1256:11, 1256:24, 1257:6, 1257:15, 1258:24, 1260:21, 1260:23, 1260:25, 1261:11, 1261:14, 1261:16, 1261:19, 1263:12, 1263:18, 1263:21, 1265:4, 1265:5, 1265:9, 1265:11, 1265:13, 1267:3, 1269:25, 1271:16, 1271:21, 1271:25, 1272:1, 1273:3, 1274:2, 1274:3, 1274:10, 1274:21, 1281:6, 1281:7, 1283:1, 1283:23, 1284:15, 1284:16, 1284:20,

1285:21, 1286:13, 1286:16, 1286:17, 1287:3, 1287:4, 1288:1, 1288:8, 1288:10, 1289:5, 1294:14, 1295:1, 1295:15, 1295:23, 1295:25, 1296:3, 1297:10, 1299:14, 1300:9, 1300:10, 1300:11, 1302:6
**Water** [5] - 1258:6, 1258:8, 1258:9, 1258:10, 1258:12
**water's** [1] - 1296:10
**WAYNE** [3] - 1237:1, 1315:13, 1315:17
**weeds** [1] - 1302:19
**week** [5] - 1255:15, 1262:15, 1265:3, 1304:24, 1313:9
**weekly** [1] - 1281:10
**Wehde** [1] - 1256:7
**weight** [2] - 1265:25, 1266:11
**Wessman** [5] - 1242:3, 1249:19, 1251:15, 1251:18, 1262:7
**west** [16] - 1248:16, 1254:2, 1263:16, 1264:1, 1264:5, 1267:7, 1267:9, 1268:5, 1270:3, 1271:9, 1271:15, 1271:16, 1273:1, 1273:11, 1276:17
**westernmost** [2] - 1283:20
**wet** [1] - 1290:8
**white** [3] - 1242:3, 1275:20, 1275:21
**White** [2] - 1273:25, 1299:13
**White's** [1] - 1266:1
**white's** [2] - 1250:4, 1276:8
**whoa** [1] - 1268:12
**whole** [1] - 1288:13
**WILLIAM** [1] - 1236:21
**withdrawal** [1] - 1306:10
**withdrawing** [1] - 1309:17
**withdrawn** [3] - 1306:5, 1306:6, 1306:10
**withdrew** [1] - 1305:1
**Witness** [4] - 1240:25, 1268:16, 1277:24,

1292:16
**WITNESS** [99] - 1238:11, 1238:15, 1241:1, 1247:7, 1252:6, 1255:12, 1255:18, 1256:3, 1263:25, 1264:4, 1267:9, 1267:15, 1267:19, 1267:24, 1268:15, 1269:17, 1269:21, 1269:23, 1270:4, 1270:6, 1270:14, 1270:20, 1270:22, 1271:11, 1271:14, 1271:20, 1271:23, 1271:25, 1272:4, 1272:10, 1272:15, 1272:20, 1273:2, 1273:10, 1273:14, 1273:18, 1273:20, 1273:24, 1274:7, 1274:10, 1274:13, 1274:19, 1275:1, 1275:15, 1275:20, 1275:24, 1278:1, 1283:13, 1287:19, 1287:23, 1287:25, 1288:3, 1288:8, 1288:17, 1288:20, 1289:11, 1289:14, 1289:22, 1289:25, 1290:2, 1290:5, 1290:10, 1290:13, 1293:24, 1294:2, 1298:12, 1298:16, 1298:20, 1298:22, 1299:13, 1299:17, 1299:21, 1300:2, 1300:7, 1300:18, 1300:24, 1301:3, 1301:6, 1301:23, 1302:2, 1302:4, 1302:12, 1302:14, 1302:17, 1302:20, 1303:22, 1304:7, 1304:9, 1305:18, 1305:20, 1305:23, 1306:1, 1306:6, 1306:13, 1309:11, 1309:13, 1309:15, 1309:22, 1315:2
**witness** [9] - 1238:5, 1240:17, 1263:6, 1268:14, 1271:4, 1277:21, 1278:15, 1311:2, 1311:3
**witnesses** [1] - 1311:13
**wondering** [1] - 1243:9

**word** [2] - 1271:8, 1283:5
**words** [4] - 1240:6, 1272:12, 1274:24, 1297:5
**worker** [2] - 1244:9, 1300:23
**workers** [2] - 1251:11, 1298:18
**Wright** [4] - 1243:24, 1244:3, 1244:8, 1244:13
**writes** [1] - 1243:5
**written** [1] - 1243:12

## Y

**year** [4] - 1250:10, 1250:19, 1306:1, 1306:2
**yearly** [1] - 1304:19
**years** [7] - 1245:8, 1292:13, 1298:13, 1304:5, 1304:9, 1306:9, 1309:21
**yesterday** [7] - 1241:4, 1242:1, 1245:12, 1250:5, 1265:21, 1266:7, 1311:20
**you..** [1] - 1265:8

## Z

**ZILIOLI** [15] - 1236:19, 1252:18, 1260:14, 1262:13, 1262:18, 1264:10, 1264:16, 1264:20, 1265:2, 1265:20, 1266:5, 1268:20, 1268:22, 1270:18, 1277:18
**zoom** [2] - 1262:24, 1266:24
**zoomed** [1] - 1267:1
**zoomed-in** [1] - 1267:1