# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


LOCKHEED MARTIN CORPORATION,    .
                                .
            Plaintiff,          .
                                .  CA No. 08-1160 (ESH)
        v.                      .
                                .
UNITED STATES OF AMERICA,       .  Washington, D.C.
                                .  Thursday, February 20, 2014
            Defendant.          .  2:27 p.m.
                                .
. . . . . . . . . . . . . . . .    Pages 1331 - 1452

### DAY 7 - P.M. SESSION
### TRANSCRIPT OF BENCH TRIAL
### BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
### UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:

For the Plaintiff:          MICHAEL K. MURPHY, ESQ.
                            JUSTIN A. TORRES, ESQ.
                            STACIE B. FLETCHER, ESQ.
                            DAVID FOTOUHI, ESQ.

                            Gibson, Dunn & Crutcher, LLP
                            1050 Connecticut Avenue, NW
                            Washington, DC 20036-5306
                            (202) 955-8238

For the Defendant:          JOHN E. SULLIVAN, ESQ.
                            ERICA M. ZILIOLI, ESQ.
                            JESSICA O'DONNELL, ESQ.
                            JUSTIN D. HEMINGER, ESQ.
                            JENNIFER E. POWELL, ESQ.
                            WILLIAM D. JOHNSON, ESQ.

                            U.S. Department of Justice
                            ENRD / Environmental Defense
                            Section
                            601 D Street, NW
                            Suite 8000
                            Washington, DC 20026-3986
                            (202) 305-0365

1332

Court Reporter:                    PATRICIA KANESHIRO-MILLER, CRR, CM
                                   Official Court Reporter
                                   U.S. Courthouse, Room 4704
                                   333 Constitution Avenue, NW
                                   Washington, DC 20001
                                   (202) 354-3243


## CONTENTS

WITNESS                                                        PAGE

   PETER DULL

        Direct Examination                                    1334

        Cross-Examination                                     1359


   MARY SITTON

        Direct Examination                                    1405

        Cross-Examination                                     1406

        Redirect Examination                                  1425

1          **P R O C E E D I N G S**

2          THE COURT:  Are we ready with Mr. Dull?

3          MS. POWELL:  Yes, Your Honor.

4          THE COURT:  Good.  Call your witness.

5          MR. MURPHY:  Your Honor, I want to raise scheduling

6     real quick.

7          THE COURT:  Sure.

8          MR. MURPHY:  Our witness, Bob Gatchel, can be here

9     Monday morning first thing.  We would like to lock that

10    schedule down for his travel arrangements.

11         THE COURT:  Sir, please have a seat up here.

12         Yes, but I have a plea at 9.  So it's fine with me if

13    we interrupt whoever and put him after the plea.

14         MR. MURPHY:  Okay.

15         THE COURT:  Unless he wants to plead.  It's a drug

16    conspiracy.

17         MR. MURPHY:  Okay.  Thank you.

18         THE COURT:  That's fine.

19         Who else will be on Monday morning?  I guess it's a

20    question of how we move along.

21         MR. MURPHY:  I think it depends on how long Joan

22    Meyer's testimony is.  He might be our last witness on Monday

23    morning.

24         THE COURT:  I'm sorry.  You may not call your expert?

25         MR. MURPHY:  I think today we're going to start with

1    Joan Meyer maybe, or Joan Meyer tomorrow.  Then we have Mark

2    Kiefer, Rod Mateer, and then Bob Gatchel.  It's a question of

3    how long, I guess, Ms. Meyer goes tomorrow.

4         THE COURT:  Okay.  Do you want to swear the witness?

5         Good afternoon, sir.

6                          **PETER DULL,**

7    having been first duly sworn to tell the truth, the whole

8    truth and nothing but the truth, was examined and testified as

9    follows:

10                      **DIRECT EXAMINATION**

11   BY MS. POWELL:

12   Q.  Good afternoon, Mr. Dull.

13   A.  Good afternoon.

14   Q.  Would you please state your full name and spell it for the

15   court reporter.

16   A.  My name is Peter P. Dull, D-U-L-L.

17   Q.  Where is your state of residence?

18   A.  Ohio.

19   Q.  Thank you.  I want to talk very briefly about your

20   background.  What type of education do you have?

21   A.  I went to Ohio Wesleyan University in Delaware, Ohio,

22   graduated with a Bachelor of Arts degree in math and physics.

23        My undergraduate degrees were at Ohio Wesleyan in

24   Delaware, Ohio, Bachelor of Arts with a major in math and

25   physics.  Then I went on to Ohio State to graduate with a

1   degree in aeronautical, astronautical engineering in 1963.  I

2   was commissioned a lieutenant in the United States Air Force

3   at that time.

4   Q.  Where were you stationed in 1963?

5   A.  I was stationed at Wright-Patterson Air Force Base in

6   Dayton, Ohio.

7   Q.  What was your duty title there?

8   A.  Propulsion engineer.

9   Q.  What were some of your duties as a propulsion engineer?

10  A.  I'm sorry?

11  Q.  What were some of your duties as a propulsion engineer at

12  Wright-Patterson Air Force Base?

13  A.  I first started out working on jet engines and turboprop

14  engines, and then SRAM came along and I started working on

15  that program.

16  Q.  You worked on the SRAM program.  What office did you

17  actually work in at Wright-Patterson?

18  A.  I worked in the engineering office at Wright-Patterson,

19  and I was co-located with the SPO, System Program Office, in

20  January 1964, when it was first formed.

21  Q.  Are you referring to the SPO, when the SPO first formed?

22  A.  The SPO was first formed in January 1964.

23  Q.  What was the Systems Program Office, or SPO, what was it

24  responsible for?

25  A.  The System Program Office was responsible for buying a

1336

1    weapons system for the Air Force, and this weapon system -- we

2    were asked by Strategic Air Command to develop a nuclear

3    weapon to attack Russia at that time period.

4    Q.   Now, you say you commissioned as a lieutenant.  Where did

5    you fall within the hierarchy of the Systems Program Office?

6    A.   I was on the bottom.

7    Q.   How long were you on active duty at Wright-Patterson?

8    A.   Two and a half years.

9    Q.   What did you do as soon as you ended your active duty

10   commitment?

11          THE COURT:  Got out of there.  Did you get out of

12   there?

13          THE WITNESS:  No.  I loved my job.

14          I got out of the Air Force on 15 January 1966, on a

15   Saturday afternoon, and started this as a civilian in the same

16   job on Monday.  So I just changed suits.

17          BY MS. POWELL:

18   Q.   None of your responsibilities changed when you went from

19   active duty military to civilian?

20   A.   No.

21   Q.   Did your position in the hierarchy change at all?

22   A.   No, I was still on the bottom.

23   Q.   Who was your boss?  Who did you report to?

24   A.   I reported to a GS-14 who was the branch chief, called

25   chief flight systems engineer.

—1337—

1            THE COURT:  Can you speak up.

2            THE WITNESS:  Yes.  I reported --

3            THE COURT:  You can bring the mic closer, if you want.

4            THE WITNESS:  I will scoot up.

5            I reported to a GS-15, who was the chief flight

6       systems engineer, and then he reported to the chief engineer

7       for SRAM, who was a GS-15.  He reported to the colonel, who

8       was chief of the SPO, called system program director.

9            BY MS. POWELL:

10      Q.   Now, you talked about the SRAM, that you worked on the

11      SRAM program.  What is SRAM?

12      A.   SRAM is a missile that's 150 inches long, 17.6 inches in

13      diameter.  It is built to carry a nuclear weapon of 5

14      kiloton --

15      Q.   So what is -- pardon me.  What does the acronym mean,

16      typically mean?

17      A.   I'm sorry.

18      Q.   No, you're fine.

19      A.   Short range attack missile, SRAM.

20      Q.   And when did the development of SRAM begin out of the SPO?

21      A.   January of 1964.

22      Q.   And how long did you work on SRAM?

23      A.   13 and a half years.

24      Q.   So when did you start?  Did you start at the beginning?

25      A.   Yes.

1    Q.   And was your role always as a propulsion engineer?

2    A.   Yes.

3    Q.   Do you know what the total system performance

4    responsibility is?

5    A.   Yes.  That's an acronym we call TSPR.  This was a

6    direction by Secretary of Defense Robert McNamara that when we

7    buy a weapon system, the prime contractor has total system

8    responsibility to build this weapon system without any more

9    direction from the Air Force.  The Air Force provides a

10   statement of work, what we want to be built, and a system spec

11   that goes into technical details of range, nuclear warhead

12   yields, but it does not dictate the design, whether it is a

13   liquid rocket, solid rocket.

14   Q.   Was Secretary McNamara's doctrine of TSPR, was that used

15   in the SRAM program?

16   A.   That was used on the SRAM program and also the C-5A

17   program.

18   Q.   Specifically with regards to the SRAM program, can you

19   briefly describe the steps that your office took.  I know you

20   mentioned generically the statement of work.  What was the

21   first steps that your office took in initiating SRAM?

22   A.   We wrote the statement of work.  I helped write it, and I

23   helped write the system spec which described the technical

24   details that we wanted, like range and nuclear yields and

25   other such details.

1    Q.   Once your office completed the statement of work and the

2    system specs, what was the next step in the process?

3    A.   Then we released this to the contractors or to the general

4    public to have them bid.  This was called a request for

5    proposals.

6    Q.   And then once you sent out the request for proposals, what

7    happened after that?

8    A.   The contractors would submit their proposals to the

9    government, and then we went into source selection to select

10   the winning bid.

11   Q.   And were you -- were you a participant during that

12   selection?

13   A.   Yes, I was in the source selection.

14   Q.   And who won the SRAM contract?

15   A.   Boeing as the prime contractor.

16   Q.   What was Lockheed's or LPC's role in SRAM?

17   A.   At the time when Boeing won the contract, we did not know

18   who their subcontractor was.

19          THE COURT:  When was the contract awarded to Boeing?

20          THE WITNESS:  1966 time period, Your Honor.

21          THE COURT:  Had there been R&D contracts before this,

22   or was this the first SRAM contract?

23          THE WITNESS:  There were R&D contracts by the Air

24   Force Rocket Propulsion Lab.

25          THE COURT:  You were not involved in those?

1          THE WITNESS:  As an observer, yes.

2          THE COURT:  Did some of those go to Lockheed directly?

3          THE WITNESS:  Yes.

4          THE COURT:  There's been reference here to many, many,

5     many contracts, most of which don't exist anymore.  Would

6     there, for instance, be for the Air Force Rocket Propulsion

7     Lab contracts, was that one contract for R&D or were there a

8     series of them that would go from the Air Force to Lockheed?

9          THE WITNESS:  There were a series of those, and they

10    went to industry in general, Thiokol, Hercules, Aerojet were

11    all involved.

12         THE COURT:  Does that all predate the 1966 or

13    thereabouts contract of Boeing?

14         THE WITNESS:  Yes, ma'am.

15         THE COURT:  The R&D are typically what kind of

16    contract?  Cost-reimbursement, fixed-cost, or you don't know?

17         THE WITNESS:  I don't know.

18         THE COURT:  That's fine.

19    Q.  Mr. Dull, the R&D contracts you were referring to with the

20    Air Force, were these the ones related to the Air Force Rocket

21    Propulsion Lab?

22    A.  Yes, these are Air Force Rocket Propulsion Lab contracts

23    with industry.

24    Q.  Were those the contracts prior to the award of the SRAM

25    program that you had --

1    A.   Yes, these contracts were in the early and mid-'60s, prior

2    to contract award to Boeing in 1966.

3    Q.   After Boeing got awarded the SRAM contracts, when did the

4    actual development of SRAM actually begin?

5    A.   On that date.

6    Q.   In 1966?

7    A.   1966, yeah.

8    Q.   After it was awarded, did you ever visit the Redlands

9    site?

10   A.   Yes, I was invited by Boeing to visit the Redlands site.

11   Q.   How often did you visit?

12   A.   Initially every month or two.

13   Q.   And did it ever increase over time?

14   A.   And it increased over time after numerous rocket motor

15   failures, and in the interest of the government, through

16   Boeing, to find out what was happening and keep upper level

17   management informed of the progress at Lockheed.

18   Q.   Now, you mentioned that Boeing would invite you.  Did you

19   ever go to the Redlands site on your own accord?

20   A.   No, I wasn't allowed to.

21             THE COURT:  By whom?

22             THE WITNESS:  By my boss.

23             THE COURT:  Would you call up and say I want to come

24   and Boeing would say please come, or it didn't work that way?

25   You only came when they called you?

1       THE WITNESS:  I only came when Boeing asked me to

2  attend.

3       THE COURT:  In what capacity are you attending?

4       THE WITNESS:  As an Air Force observer.

5       THE COURT:  What do you mean, as an Air Force

6  observer?

7       THE WITNESS:  I was told to sit in the back of the

8  room, don't say anything, take notes, and report to my boss

9  back at Wright-Patterson.

10       THE COURT:  Are you worried about how they're coming

11  on the contract, what they're spending?  What capacity besides

12  a note taker?

13       THE WITNESS:  I'm only technical interests only, not

14  costs.

15       THE COURT:  Meaning if they're producing according to

16  the specs or why are things failing as a technical matter,

17  that's what you were --

18       THE WITNESS:  Both.

19       THE COURT:  Did you ever go to the site before '66?

20       THE WITNESS:  Yes.

21       THE COURT:  You did?  I'm trying to sort of

22  understand -- is SRAM the only rocket propellant contract that

23  causes -- that relates to AP, or are there other contracts

24  that relate to AP?

25       MR. MURPHY:  No, AP was used in most all contracts,

1   Your Honor.

2          THE COURT:  So production didn't start on SRAM, but

3   under research and development were they doing the same

4   activities as we've been talking about here, hogging out and

5   burn pits and all the rest, or did something change with

6   the -- increase with production?  Since this was the biggest

7   contract they had.

8          MR. MURPHY:  My understanding, Your Honor, that

9   nothing -- that the type of activities -- should I --

10          THE COURT:  She can't hear you.

11          MR. MURPHY:  My understanding, Your Honor, that -- and

12   Mr. Dull can confirm this for me, but the type of -- even

13   during research and development you're still grinding

14   oxidizer, you're still mixing oxidizer at times.  You're

15   shaking your head, Mr. Dull.

16          THE WITNESS:  No.

17          THE COURT:  No?  Is the answer he's wrong, or no, you

18   don't know or you're just saying no?

19          THE WITNESS:  They did not grind propellant at that

20   time, AP.

21          MR. MURPHY:  No grinding?

22          THE WITNESS:  It was only done later in the SRAM

23   program.

24          MR. MURPHY:  So there's no grinding at all before

25   SRAM?  Okay.  I will get to that.

-1344-

1       THE COURT:  Yeah, okay.  I mean, if someone were to

2   ask you a question about building 71, does that mean anything

3   to you?

4       THE WITNESS:  I don't remember building numbers at

5   all.

6       THE COURT:  If someone were to ask you about a vapor

7   degreaser, do you say, oh, yeah, I remember there was one?

8       THE WITNESS:  Yes, but I don't know what building it

9   was in.

10      THE COURT:  I will tell you that.  Okay.

11      BY MS. POWELL:

12  Q.   Mr. Dull, you had -- when you had answered Mr. Murphy's

13  question with regards to the grinding prior to the SRAM

14  project, and you said they didn't grind propellant, are you

15  referring specifically to the rocket lab -- propulsion lab R&D

16  contracts?  What are you specifically referring to?

17  A.   To the best of my knowledge, AP was not ground until later

18  in the late '60s at Lockheed in order to obtain the burn rate

19  requirements to meet the system spec.  They just used ammonium

20  perchlorate, AP, as it was shipped from the contractor, like

21  PEPCON -- I can't recall the other manufacturer.  It was like

22  flour out of the bag, they just took what they got.

23      THE COURT:  What did they do with it after it came out

24  of the bag?

25      THE WITNESS:  They didn't come in bags.  They came in

1    big metal bins that were shipped by truck from Nevada, outside

2    of Las Vegas, Henderson, Nevada, to be exact.

3              BY MS. POWELL:

4    Q.   Was this based on your observation at Redlands?

5    A.   Yes.

6    Q.   During what time period was this?

7    A.   This -- the ammonium -- AP that was used in the early

8    development was just off the shelf AP.

9    Q.   Early development of SRAM?

10   A.   Yes, and before that.

11   Q.   Okay.  But you're just -- I just want to make sure that

12   we're clear which time period and which contract you're

13   referring to.

14             Now, you mentioned that when you visited Redlands, it

15   was at Boeing's invitation.  Did Lockheed ever invite you to

16   attend?

17   A.   No.

18   Q.   Why not?

19   A.   They were probably told to by their prime contractor.

20   They reported to Boeing, and I only came on the invitation of

21   the prime contractor, to attend meetings at Lockheed.

22   Q.   What type of meetings did you attend at Redlands?

23   A.   Motor prefire reviews, motor failure reviews, technical

24   interchange meetings.

25   Q.   What are technical interchange meetings?

—1346—

1    A.   These were held on Boeing's request to go over progress of

2    the program.

3    Q.   And who attended those meetings?

4    A.   The meetings were usually chaired by Boeing and

5    presentations were given by Lockheed, and I usually attended

6    and sat in the back of the room.

7    Q.   Now, when you say they were chaired by Boeing employees,

8    were these Boeing employees permanently located at Redlands,

9    or were these higher supervisors?

10   A.   Both.  Sometimes it would be people from Seattle, and also

11   they had a local Boeing office of about 15 to 20 people.

12   Q.   And how many people typically attended these meetings?

13   A.   20.

14   Q.   And were you the only Air Force or military person there?

15   A.   Usually.

16   Q.   Were these in a conference room?

17   A.   Yes.

18   Q.   Did you sit at the table?

19   A.   No.

20   Q.   Why not?

21   A.   It was out of my pay grade.

22   Q.   Why --

23             THE COURT:  Did you ever get a promotion?

24             THE WITNESS:  One.

25             THE COURT:  Did you get to sit at the table?

-1347-

1    THE WITNESS:  No.  Sometimes we had generals there, so

2    no.

3    THE COURT:  No.  Okay.

4    BY MS. POWELL:

5    Q.  Did you ever attend one of these technical interchange

6    meetings without being asked by Boeing?

7    A.  No.

8    Q.  What was your role in the technical interchange meetings?

9    A.  My role was to observe, take notes, and report back to

10   Wright-Patterson to my supervisors.

11   Q.  Did you ever talk or participate in any of these meetings?

12   A.  I was told not to and I didn't.

13   Q.  Who told you not to?

14   A.  Contracting officer.

15   THE COURT:  Who does that mean?  Is that an Air Force

16   person or on behalf of Boeing?

17   THE WITNESS:  No, the Air Force contracting officer.

18   BY MS. POWELL:

19   Q.  As you were taking notes of these meetings for your

20   supervisors, did you ever have to ask a question of

21   clarification on anything?

22   A.  The only time I ever asked a question or clarification was

23   with Boeing.  I never directed any questions to Lockheed.

24   Q.  Now, since this was a technical type meeting, were there

25   other engineers like yourself in that meeting?

1    A.   No other Air Force engineers, but Lockheed and Boeing

2    engineers were there.

3    Q.   And did you ever talk to the Boeing and Lockheed

4    engineers?

5    A.   Mostly -- no, just the Boeing engineers.

6    Q.   Did you ever feel free to share your opinion with other

7    engineers being that you were in the same purview?

8    A.   No.  I was told not to give any direction.

9    Q.   And how old were you during this time period that you

10   worked on SRAM?

11   A.   I started out as -- let's see, that's 24, and that makes

12   it to where I was 37.

13   Q.   Did you ever attend any other meetings besides -- I know

14   you mentioned some of the initial testing and stuff like that.

15   Did you attend any other meetings besides the technical

16   interchange meetings?

17   A.   We had some meetings called failure reviews.  We had a

18   contractual meeting called the preliminary design review with

19   Boeing, and then that was with their subcontractor.

20   Q.   You had mentioned some meetings where more senior military

21   officers were there, like some of the generals.  What type of

22   meetings would those be?

23   A.   The one I just mentioned, it was like preliminary design

24   review, that was a contractual milestone, and those were

25   attended by high-ranking officials from both Boeing and the

1    Air Force.

2    Q.   Now, what were the circumstances of the high-ranking

3    military officials attending those meetings?

4    A.   On Boeing's request to attend.

5    Q.   Was it ever at the colonel's request or the general's

6    request?

7    A.   Not to my knowledge, but that is again out of my pay

8    grade.

9    Q.   Were you at these meetings that the colonels and the

10   generals attended?

11   A.   Oh, yes.  I usually drove the car.

12   Q.   What was -- what was your observation of their role?

13   A.   They were there as observers to witness the progress at

14   Lockheed at that time.

15   Q.   Did they interact with the senior executives at those

16   meetings?

17   A.   Not to my knowledge, but I don't know that for sure.

18   Q.   Were you at all of those meetings?

19   A.   They had executive meetings, and I didn't attend those.

20   Q.   Okay.  Do you know what SRAM propulsion program review

21   committee meetings are?

22   A.   Yes.

23   Q.   What are those?

24   A.   Those are higher level management reviews at Boeing's

25   request at Lockheed to review the progress of the program.

-1350-

```
 1              THE COURT:  I'm sorry.  At Boeing's request what?
 2    They occurred at Redlands?
 3              THE WITNESS:  Yes.
 4              THE COURT:  Is that what you mean by "at Lockheed"?
 5              THE WITNESS:  Yes.
 6              THE COURT:  Nothing going on -- there was no facility
 7    relating to Boeing, it all went on at Redlands and Beaumont?
 8              THE WITNESS:  At Redlands, not Beaumont.  Beaumont is
 9    a different place.
10              THE COURT:  I know that.
11              THE WITNESS:  Okay.
12              THE COURT:  But the SRAM -- did it include SRAM
13    activities at Beaumont?
14              THE WITNESS:  Oh, yes.
15              THE COURT:  But I'm saying no facility or no site was
16    owned by Boeing?
17              THE WITNESS:  No.
18              BY MS. POWELL:
19    Q.   You mentioned that there were these higher management
20    meetings.  How were these different from the contractual ones?
21    Were these technical?
22    A.   These were more technical, yes.
23    Q.   Did you attend these meetings?
24    A.   Yes.
25    Q.   What was the purpose of them?
```

-1351-

1    A.   Just to review the progress at Lockheed on the rocket

2    motor.

3    Q.   And in reviewing the progress at Redlands, what was your

4    role?

5    A.   Mine was to observe and take notes.

6    Q.   Being an engineer with other technical folks, did you ever

7    give feedback?

8    A.   No, I was told not to.

9    Q.   Did you ever give any guidance or direction?

10   A.   Never.

11   Q.   If you were given permission to do that, would you have

12   felt comfortable doing that?

13   A.   No, I would not have felt comfortable.

14   Q.   Why not?

15   A.   Because that was against the contracting officer's

16   direction.

17   Q.   Did any of your military supervisors attend these SRAM

18   propulsion program review committee meetings?

19   A.   Yes.  Like Colonel Falk and Colonel Skantze attended these

20   meetings.  Those were the system program directors at the

21   System Program Office.

22   Q.   Did they attend these meetings at their own accord or did

23   they have to get invited?

24   A.   Boeing invited them to attend these meetings.

25   Q.   Did you ever witness the director ever -- the systems

—1352—

1    program director ever giving feedback or participating in

2    these meetings?

3    A.   No, they were really there as observers.

4    Q.   We talked about a lot of different meetings that you

5    attended at Redlands.  During any of those meetings do you

6    remember a discussion of waste disposal?

7    A.   No.

8    Q.   Was the subject of reclaiming motors or hog-out ever

9    discussed in those meetings?

10   A.   Washing out motors, that was probably discussed in the

11   meetings, yes.

12   Q.   Did you or other government personnel ever give guidance

13   or direction?

14   A.   No.

15        THE COURT:  Would you write anything afterwards to

16   either Boeing or Lockheed to say that something had to be

17   changed, or did anybody above you do it that you know about?

18        THE WITNESS:  No.

19        THE COURT:  No, you don't know, or no --

20        THE WITNESS:  No, nobody above me or me said to do

21   anything about that.

22        THE COURT:  Nobody above you did anything about it.

23   Well, I've seen a bunch of memos -- more than I care to

24   remember -- where the Air Force will say something about

25   having a better lid on a container.  Is that a fair

1    characterization?

2              MR. MURPHY:  Yes, Your Honor.

3              THE COURT:  I know that's loose, but that it's not a

4    sufficiently secure container.  Who's doing this kind of work

5    if it wasn't you?

6              THE WITNESS:  That could be DCAS.

7              THE COURT:  Okay.

8              THE WITNESS:  The subject of lids would be probably

9    something that the local DCAS quality assurance people would

10   be looking at from a safety standpoint.

11             THE COURT:  Would you be at meetings with the quality

12   assurance people?

13             THE WITNESS:  No.

14             THE COURT:  So quality assurance, how do you

15   differentiate your role from quality assurance?

16             THE WITNESS:  I had no involvement with the quality

17   assurance people.

18             THE COURT:  That is to look after the fact about what

19   is going on on the ground to see if it's -- what is the goal

20   of quality assurance?

21             THE WITNESS:  Quality assurance from the Air Force

22   side was to assure that the product was being built according

23   to specifications.

24             THE COURT:  Well, the example I gave -- is that DCAS

25   or is that yours?  Your focus was the product being built

—1354—

 1    according to specifications?

 2         THE WITNESS:  And there's, too.

 3         THE COURT:  Well, what I was just talking about had

 4    nothing to do with the actual propellant.

 5         THE WITNESS:  Right.

 6         THE COURT:  But there are documents that talk about a

 7    lid on a container and other things that one might think of as

 8    minutiae.  Maybe they were important.

 9         THE WITNESS:  No, they are important, Your Honor.

10         THE COURT:  So I don't understand how that goes to the

11    question of the quality of the -- or the product production --

12    production of the product.

13         Quality assurance goes beyond the issue of building a

14    product according to specs?

15         THE WITNESS:  Yes.  Lockheed in-house had a series of

16    documents that told them how to build the motor in every bit

17    of detail.

18         THE COURT:  Are those process --

19         THE WITNESS:  Process specs.  They're called process

20    specifications.  And in those process specifications are

21    places for QC to sign off that it was done that way.

22         THE COURT:  And QC is the Air Force?

23         THE WITNESS:  No.

24         THE COURT:  DCAS?

25         THE WITNESS:  DCAS.

-1355-

```
 1              THE COURT:  DCAS.

 2              THE WITNESS:  Also, Lockheed had their own QC people

 3     right there, too.

 4              THE COURT:  I think Boeing did, too.

 5              THE WITNESS:  Boeing did, too, you're right, Your

 6     Honor.

 7              THE COURT:  So is the purpose -- were you ever

 8     involved in any of those quality assurance reviews, even as an

 9     observer?

10              THE WITNESS:  No, not the details we're talking about

11     now, no, that was not a SPO function.

12              BY MS. POWELL:

13     Q.  You did do a review of SRAM with the Rocket Propulsion

14     Lab; right?

15     A.  That's correct.  That was in August of 1970.

16              MS. POWELL:  Ma'am, if I may, I can elaborate because

17     I know that review was discussed during trial, and he was on a

18     review or it was also referred to as an investigative team

19     that reviewed the SRAM program?

20              THE COURT:  If you want to ask him something about it,

21     go ahead.

22              MS. POWELL:  I didn't know if you wanted to finish

23     your questioning on that subject right now.

24              THE COURT:  I don't have anything to refresh his

25     recollection with.  It would take me all day to find it.  Go
```

1    ahead.

2              MR. MURPHY:  I have that document, Your Honor.

3              THE COURT:  I bet you do.  Okay.

4              BY MS. POWELL:

5    Q.   Mr. Dull, what I referenced was the Air Force Rocket

6    Propulsion Lab review of the SRAM rocket motor.  You said it

7    was conducted in -- was it August 1970?

8    A.   That's correct.

9    Q.   Can you briefly describe what that was?

10   A.   The system program director at the SPO requested the

11   rocket lab to review the progress and status of the rocket

12   motor at Lockheed to see if we were ready for production.

13   Q.   And who was part of that team?  Was it just -- was it just

14   government employees or --

15   A.   Just government employees.  The head of the committee was

16   Don Ross, who was the deputy director of the rocket lab; and

17   then his solid motor propellant chief was Dick Spann.  There

18   was a project engineer, Dick Neely.

19   Q.   Were you part of that team?

20   A.   I was the last one on the team.

21   Q.   And do you know why you were selected?

22   A.   I represented the SPO on that team.

23   Q.   And did you have the most exposure to the SRAM program

24   based on all your observations?

25   A.   In general, yes.

-1357-

1      THE COURT:  Do you know why you got picked to testify?

2      THE WITNESS:  Because I'm probably the only one left

3  alive.

4      THE COURT:  I think I knew you were going to say that.

5      BY MS. POWELL:

6  Q.  After your team's review was complete, what did you do

7  with your report?

8  A.  This report was at the request of the colonel, the system

9  program director.  This report was provided to him to assess

10  whether we were ready for production in 1970.

11  Q.  Now, you had mentioned that there were some other entities

12  that had permanent offices at Redlands.  How many -- how many

13  full-time Boeing employees were at Redlands when you were

14  there?

15  A.  15 to 20.

16  Q.  And you mentioned DCAS had an office there, as well.

17  Approximately how many DCAS employees were there?

18  A.  I would say four or five.

19  Q.  What was your relationship with DCAS at the Redlands site?

20  A.  When I would arrive at the site, I usually reported to

21  their office to tell them I was there, so they'd know another

22  Air Force person was on the facility, and then I would go to

23  the Boeing office and proceed from there.

24  Q.  During the development of SRAM were you ever permanently

25  assigned at Redlands?

-1358-

1    A.   No.

2    Q.   Were you always at Wright-Patterson Air Force Base?

3    A.   Yes.

4    Q.   When you visited Redlands, did you get -- did you get to

5    walk around the site by yourself or did you have to be

6    escorted?

7    A.   I was always escorted by Boeing.

8              THE COURT:  By Boeing?  Is that what you said?

9              THE WITNESS:  By Boeing.

10             THE COURT:  How often did you go per month or year?

11             THE WITNESS:  Usually I went every couple weeks for

12   four or five days at a time.

13             BY MS. POWELL:

14   Q.   Did you ever have any tours of the facility?

15   A.   Many tours.

16   Q.   And who gave you these tours?

17   A.   Boeing.

18   Q.   And what were the circumstances of those tours?

19   A.   To visit different production facilities, mixers,

20   insulation -- installation, nozzle installation.

21   Q.   When you observed all these different facility activities,

22   did you ever interact directly with Lockheed personnel?

23   A.   No.

24             THE COURT:  What about the DCAS people?  Would they

25   interact directly from your observation?

1    THE WITNESS:  Yes.  They were required to sign off on

2    those process specs.

3    THE COURT:  Process specs told the people on the

4    ground how to accomplish certain tasks?

5    THE WITNESS:  That's correct.

6    THE COURT:  So -- but they're written by Lockheed?

7    THE WITNESS:  That's correct.

8    BY MS. POWELL:

9    Q.  When you got tours of the facilities, did you ever give

10   guidance to the employees that were working there?

11   A.  No, I just observed what they were doing.

12   Q.  Why not?

13   A.  I wasn't allowed to.

14   MS. POWELL:  No further questions, Your Honor.

15   THE COURT:  Okay.

16                    **CROSS-EXAMINATION**

17   BY MR. MURPHY:

18   Q.  Mr. Dull, we're just going to march through some

19   documents --

20   THE COURT:  No binder?

21   MR. MURPHY:  Sorry.  I forgot my witness binder.

22   Thank you for reminding me.

23   THE COURT:  You didn't bring it?

24   MR. MURPHY:  I have it.

25   THE COURT:  You get one, too.

1    MR. MURPHY:  We'll try to be quick.

2    THE COURT:  Do you have one for -- this is off the

3    record.

4    (Discussion off the record.)

5    BY MR. MURPHY:

6    Q.  Mr. Dull, could you please turn to tab 1 in this binder.

7    This is marked as Plaintiff's Exhibit 572.  It is in our trial

8    binder under the SRAM review committee tab.

9    A.  I see it.

10   Q.  This document is entitled "ASD/DAG report on review of the

11   SRAM propulsion system."  Do you see that?

12   A.  Yes, sir.

13   Q.  Did you take part in the ASD/DAG review of the SRAM

14   propulsion system?

15   A.  Yes.

16   Q.  Could you explain what the ASD/DAG is or what that refers

17   to?

18   A.  ASD is the aeronautical systems division headed by a

19   three-star general at Wright-Patterson, and he has a division

20   advisory group, that is the DAG here, that advises him on

21   anything that he requests information on.

22   Q.  This was -- you escorted the ASD/DAG when they visited the

23   SRAM site?

24   A.  Yes, sir, as a lieutenant.

25   Q.  Mr. Dull, did you review this report when it was drafted

1    back in --

2         THE COURT:  I don't know what DAG is.  I'm sorry.  Did

3    I miss something?

4         THE WITNESS:  Division advisory group.

5         THE COURT:  Okay.

6         THE WITNESS:  That reports to the three-star general

7    at ASD.

8         THE COURT:  Okay.

9         THE WITNESS:  It's kind of like the SAB that reports

10   to the four-star general here in Washington.

11        BY MR. MURPHY:

12   Q.   So this is a committee that visited LPC to make sure

13   progress was being made to solving certain technical issues?

14   A.   That's correct.

15   Q.   Was Boeing here with you?

16   A.   I don't recall.

17   Q.   Do you recall one of the issues that they were dealing

18   with was grinding of oxidizer to make propellant that could

19   meet the specifications of the SRAM rocket?

20   A.   Which page are you on now?

21   Q.   I'm looking at -- it's page 4 of the document, Bates

22   number ends in 094.

23        THE COURT:  This is 68, though, correct?

24        MR. MURPHY:  Yes.

25        THE WITNESS:  What about AP grinding here?

1      BY MR. MURPHY:

2   Q.   Well, I'm talking about the propellant.  Do you recall

3   there was difficulty in producing a propellant meeting the

4   burn rate requirements the Air Force had imposed?

5   A.   Yes, sir.

6   Q.   One of the ways the site dealt with that was by developing

7   a new way to grind AP; is that correct?

8   A.   That's correct.

9   Q.   Did you take part in those discussions about how to

10  resolve the burn rate issue with fine grinding?

11  A.   No, I just observed.

12  Q.   You just observed.  Okay.  Do you recall how they resolved

13  the problem of the burn rate issues?

14  A.   I don't think this document here directs anything about

15  grinding AP.

16  Q.   Okay.  No, it doesn't.  I'm just using it as a way to talk

17  about the propellant right now, as one of the issues you were

18  dealing with at the time.  Do you recall the grinding, fine

19  grinding discussions?

20  A.   Yes, but it was not involved with this.

21  Q.   Was this prior to the fine grinding discussions?

22  A.   I don't know when that time period was, when it started.

23  Q.   Okay.

24  A.   This has a date on it of what?

25  Q.   I think this is -- you know what, I don't know if we've

1   ever had a year for this document.  There, the last page,

2   July 1, 1968.

3           Going back to page 4, where it talked about the

4   propellant, the paragraph starts, "The composite propellant

5   employed in the motor represents significant" --

6           THE COURT:  Slow down.

7           BY MR. MURPHY:

8   Q.   I apologize.  Page 4, number 2, propellant.  You see where

9   I am, Mr. Dull?

10  A.   Yes.

11  Q.   It says, "The composite propellant employed in the motor

12  represents a significant advancement in the state of the art."

13          Do you see that?

14  A.   Yes.

15  Q.   Did you agree with that at the time?

16  A.   No.

17  Q.   No?  Why not?

18  A.   A year or so before that at a preliminary design review at

19  Lockheed, I asked the question through Boeing, is this state

20  of the art, and they answered the question yes.

21          THE COURT:  Is what?

22          THE WITNESS:  Yes, state of the art.

23          THE COURT:  What was the question?

24          THE WITNESS:  Here's the question now, Your Honor.

25          THE COURT:  You said you asked a question through

1    Boeing:  Is...

2           THE WITNESS:  Is the rocket motor state of the art,

3    and their answer to that question was yes.

4           BY MR. MURPHY:

5    Q.   That was in 1966?

6    A.   '66, '67 time period.

7    Q.   Part of the award of the development program?

8    A.   No, part of the program design review.

9    Q.   And that was in what year?

10   A.   '66 or '67.

11   Q.   That was after the development contract had been awarded?

12   A.   It was after the contract award in 1966.

13   Q.   Let's talk about the contract award for a second.  Do you

14   recall who the other competitor was besides Boeing to get the

15   SRAM prime contract?

16   A.   Martin.

17   Q.   Was Lockheed teamed with Martin in the original bid?

18   A.   I don't know.

19   Q.   You don't recall that after the award went to Boeing, Air

20   Force asked Boeing to award the propulsion subcontract to

21   Lockheed Propulsion?

22   A.   That was Boeing's choice of which subcontractor, Thiokol,

23   Aerojet, Hercules or Lockheed.

24   Q.   So you don't know whether Lockheed originally teemed with

25   Martin in the prime contract competition?

1    A.   We were not privy to that.

2    Q.   Okay.  Again, going back to this statement in the record

3    that we're talking about, talking about how the propellant is

4    a significant advancement in the state of the art, you do

5    recall, however, that there was some discussion about

6    developing a new way to grind oxidizer; correct?

7    A.   Yes.

8    Q.   That was the use of a Fluid Energy Mill?

9    A.   Yes.

10   Q.   Had Fluid Energy Mill ever been used to grind AP before

11   Lockheed Propulsion had done it on this contract?

12   A.   Not to my knowledge.

13   Q.   Where did Lockheed Propulsion find the Fluid Energy Mill?

14   A.   Revlon.

15   Q.   Excuse me?

16   A.   The cosmetic industry.

17   Q.   It was used to do face powder before?

18   A.   Right.

19   Q.   Again, were you -- I know you said you weren't involved in

20   these technical discussions but you were observing as these

21   technical discussions were going on?

22   A.   Yes, sir.

23            THE COURT:  I don't understand the relationship

24   between Revlon and grinding AP.

25            THE WITNESS:  Your Honor, where they got the idea was,

1    you could --

2          THE COURT:  It wasn't that they actually used -- what

3    did you call it -- the Fluid Energy Mill made by Revlon --

4          THE WITNESS:  No, but they got the idea that they

5    grind chemicals to make a fine powder for face powder, and

6    they thought, oh, we could do that with ammonium perchlorate,

7    and it worked.

8    Q.  Okay.  Let's look at the next tab.  Tab 2 is Plaintiff's

9    Exhibit 574.  This is not in our binder or CD, Your Honor.

10          THE COURT:  You want to put it in?

11          MR. MURPHY:  I want to put this in, yes.

12          THE COURT:  We're going to add PX 0574.

13          We only had a few --

14          MR. MURPHY:  That's correct --

15          THE COURT:  -- this is one, and we had one other

16    witness.  Otherwise, I'm not aware of any other new exhibits

17    that weren't on the --

18          MR. MURPHY:  There weren't that many, Your Honor.

19          THE COURT:  Have you seen this?

20          Okay.  The court will admit PX 0574, tab 2.

21          (PX 0574 admitted in evidence)

22          BY MR. MURPHY:

23    Q.  Mr. Dull, this looks to be -- to be minutes or a summary

24    of a propulsion review committee that was held at Lockheed

25    Propulsion on January 10, 1969.

1   A.   Yes, sir.

2   Q.   Is this the review committee you were just talking about

3   with Ms. Powell before?

4   A.   No, this is something entirely different.

5   Q.   Okay.  What is this?

6   A.   Lockheed asked corporate to form a SRAM propulsion review

7   committee -- these were high-level people, experts from

8   industry, professors -- to assess the program status and to

9   give them advice.  This was an in-house Lockheed committee.

10  Q.   Okay.  Lockheed invited the Air Force to take part?

11  A.   And Lockheed invited Boeing to ask the Air Force to take

12  part.

13  Q.   So there was no letters between LPC and Wright-Patterson

14  Air Force Base asking them to take part in this committee?

15  A.   Never.

16  Q.   Never any letters between LPC and Wright-Patterson Air

17  Force Base?

18  A.   Never.

19  Q.   Okay.  Would you find letters like that to be improper?

20  A.   Violation of the contract.

21  Q.   Okay.  I'm going to -- I don't have this in the binder,

22  Your Honor, but this was in our trial binders.  It is under

23  the SRAM propulsion review committee binder.

24       THE COURT:  Does it have an exhibit number?

25       MR. MURPHY:  It does.  It is 571, Your Honor.

-1368-

1           It is not in your binder, Mr. Dull.

2           This would be the page ending in LMCPRO 1360443.

3    Could we put this up on the screen?

4           THE COURT:  Does this follow --

5           BY MR. MURPHY:

6    Q.  Can you look at the screen?

7           THE COURT:  Do you want to see the document itself?

8           THE WITNESS:  Yes, that would be better.

9           BY MR. MURPHY:

10   Q.  Mr. Dull, this is a letter dated April 1968 to Colonel

11   Falk.  Was he your boss?

12   A.  Yes, sir.

13   Q.  This is from Lockheed Propulsion Company --

14   A.  Yes.

15   Q.  -- President Stevenson of Lockheed Propulsion?

16          THE COURT:  Go back to the front page.  It says via

17   Boeing.

18          MR. MURPHY:  It does, Your Honor.

19          THE COURT:  I think that's what he means.  When

20   something goes via Boeing, does it just mean that if the Air

21   Force writes to Lockheed, they don't sent it directly, they

22   have --

23          MR. MURPHY:  It is a contract formality, that's all it

24   is.

25          THE COURT:  That it goes through Boeing?

1    MR. MURPHY:  Yes, Your Honor.

2    THE COURT:  I understand.

3    MR. MURPHY:  Then we don't need to talk about this any

4    more.

5    THE COURT:  No, give him the opportunity.

6    MR. MURPHY:  Okay.

7    BY MR. MURPHY:

8  Q.   Mr. Dull, did you review this document when it was sent in

9    1968, or did you receive a copy of it?

10  A.   I don't recall.

11  Q.   Okay.  So in the last paragraph, he is discussing the next

12    meeting of the committee.  It says, "The next meeting of the

13    committee is scheduled for April 26, 1968.  At that time

14    assessments will be made of the findings, both by Lockheed

15    Propulsion Company and by individual committee members, in

16    respect to the recommendations made during the meeting of

17    April 15.  The plans projected by LPC will be reviewed in

18    depth, and further recommendations will be made to Lockheed

19    Propulsion Company for actions that will accelerate and ensure

20    satisfactory accomplishment of SRAM propulsion subsystem

21    objectives."

22    Do you see that, Mr. Dull?

23  A.   Yes.

24  Q.   Is it your testimony that Mr. Ross or Mr. Spann, who were

25    on the committee at different points in time from the Air

1    Force, never made recommendations to Lockheed Martin?

2    A.   That's right.

3    Q.   They never made any recommendations to Lockheed

4    Propulsion?

5    A.   No.   They were told not to.

6    Q.   Who was Mr. Ross?

7    A.   Mr. Don Ross was the deputy director of the Air Force

8    Rocket Propulsion Lab.

9    Q.   He's knowledgeable about solid rocket propulsion issues?

10   A.   He was "Mr. Solid Rocket" in the United States.

11   Q.   He was a forerunning expert in solid-rocket motors?

12   A.   Yes.

13   Q.   He would attend these meetings and not say anything?

14   A.   He was told not to.

15          THE COURT:   Who told him?

16          THE WITNESS:   The System Program Office.

17          BY MR. MURPHY:

18   Q.   Where was Mr. Ross located in the country?

19   A.   Edwards Air Force Base.

20   Q.   How close was Edwards Air Force Base to Redlands, if you

21   know?

22   A.   Probably 75 miles.

23   Q.   Did Mr. Ross ever visit LPC's facilities without you

24   there?

25   A.   He could have.   I don't know.

1    Q.   Okay.  Are you aware of the relationship between Lockheed

2    Propulsion Company and the Rocket Propulsion Lab?

3    A.   Yes.

4    Q.   What was that relationship?

5    A.   Prior to the SRAM contract award, the Rocket Lab had their

6    own contracts with Lockheed Propulsion Company, so they had

7    every right to visit Redlands.

8    Q.   Okay.

9    A.   And they had contracts after the SRAM propulsion award on

10   other programs with Lockheed Propulsion.

11   Q.   Did they have the contract for the large solid-rocket

12   motor?

13   A.   Yes, yeah.

14   Q.   Was that going on concurrently with the SRAM development

15   contract?

16   A.   Yes, sir.

17   Q.   Mr. Ross might have been at LPC dealing with that

18   contract, as well?

19   A.   That's correct.

20           THE COURT:  Which contract was that?

21           MR. MURPHY:  Large solid-motor contract.  If you

22   remember from the opening way back when, that was the picture

23   we had up on the screen the entire time, the big missile.

24           THE COURT:  Massive.

25           MR. MURPHY:  Yes, where it said U.S. Air force on the

```
 1    side of it.
 2              BY MR. MURPHY:
 3    Q.   Mr. Dull, you mentioned the SRAM review that you did to
 4    qualify the motor for production.  Do you remember discussing
 5    that?
 6    A.   Yes.
 7    Q.   Could you look at tab 3, please, in the binder.
 8              THE COURT:  PX 0577.
 9              MR. MURPHY:  Yes.
10              BY MR. MURPHY:
11    Q.   Mr. Dull, are you familiar with this document?
12    A.   Yes, sir.
13    Q.   Did you draft this document?
14    A.   Part of it.
15    Q.   Part of it, okay.
16              Let's look at the bottom of the preface, which is the
17    second page of the document.  The review committee team was
18    Mr. Ross, who we were just talking about?
19    A.   Yes.
20    Q.   Mr. Spann, was he also at Edwards Air Force Base?
21    A.   Yes, sir.
22    Q.   Was he also knowledgeable in solid-rocket propulsion?
23    A.   Yes, sir.
24    Q.   Bob Warren, who was the project engineer for the Air Force
25    Rocket Propulsion Lab?
```

1    A.   Yes.  His name is Billy Warren.

2    Q.   Was Billy also stationed at Edwards?

3    A.   Yes.

4    Q.   R. Neely with TRW?

5    A.   Yes, sir.

6    Q.   What was TRW?

7    A.   Thompson Ramo Wooldridge.

8    Q.   An Air Force contractor at the time?

9    A.   Subcontractor.

10   Q.   Okay.  And then you were the propulsion engineer from the

11   SPO?

12   A.   Yes, sir.

13   Q.   So let's go to the approach, which is on the fourth page,

14   ending in 113, at the bottom.

15        Do you see that page?

16   A.   Yes.

17   Q.   I'm going to the second paragraph.  Well, let's start at

18   the first paragraph.  I'm sorry.  It says, Lockheed Propulsion

19   was given a set of questions in advance of the team's visit to

20   the Redlands plant.

21        This doesn't say the questions went through Boeing

22   during this review; is that correct?

23   A.   It should have.

24   Q.   It should have.  Do you remember Boeing being on the

25   review team?

-1374-

1    A.   No.

2    Q.   Going down to the second paragraph, it says, "Besides

3    studying drawings, bill of materials, shop specs, purchase

4    order data, inspection standards, and other types of

5    documentation essential to describing and controlling

6    production operations, members of the team witnessed shop

7    operations that were in progress throughout the week of

8    17 August."  You see that?

9    A.   Yes.

10   Q.   What are shop operations?

11   A.   That is the detailed production or motor building

12   operations.

13   Q.   Did you visit the grinding building during this review?

14   A.   I don't recall.

15   Q.   Did you witness any vapor degreasing on this review?

16   A.   I don't recall.

17   Q.   Okay.  Let's look at the conclusions and recommendations,

18   which is a couple of pages later, the page ending in 116 --

19   A.   Okay.

20   Q.   -- conclusion number III at the bottom.  It says, "Upon

21   completing the recommended 8 motor firings, a first article

22   contract inspection of the propellant subassembly at Redlands,

23   to include design, manufacturing process, and inspection

24   documents, is warranted.  The missile FACI to be held

25   20 September at Seattle is important to the missile but will

—1375—

1      do little for the propellant subsystem."

2              Do you see that?

3      A.   Yes, sir.

4      Q.   So this is describing the fact that you're going to have a

5      first article contract inspection at Boeing in Seattle but you

6      want to have a second one of just a propulsion subsystem; is

7      that correct?

8      A.   That's correct.

9      Q.   Did that first article contract inspection occur at LPC?

10     A.   Yes.

11     Q.   Okay.  Did you run that first article contract inspection?

12     A.   No.  Boeing did.

13     Q.   Boeing did.  You were not the chairperson --

14     A.   No.

15     Q.   -- of that?

16             Okay.  Let's look at conclusion number IV above.  I

17     want to look at the recommendation.  "SPO instruct the

18     contractor in DCAS to reevaluate their inspection philosophy

19     and inspection operations with a view to substantially

20     increasing their on-station witness of work operations besides

21     work results.

22             You see that?

23     A.   Yes.

24     Q.   Is this direction to Lockheed about how to do inspections?

25     A.   This is a direction to Boeing.

1    Q.   This is a direction to Boeing?

2    A.   Yes.

3    Q.   Okay.  Let's look at conclusion number VI on the next

4    page.

5    A.   I want to pull that back.  It is not a direction; it's a

6    recommendation.

7    Q.   That's a recommendation?

8    A.   Yeah, not direction.

9    Q.   Okay.  Let's look at conclusion number VI on the next

10   page.  Again, recommendation number VI is "That the SPO direct

11   the contractor to study how best the Potrero mixer can be used

12   to continue SRAM production should the Redlands mixer fail."

13           Do you see that?

14   A.   Yes, sir.

15   Q.   You would read that to be a recommendation to Boeing?

16   A.   Yes, sir.

17   Q.   Okay.  Let's go down to conclusion number VII below.  Here

18   the recommendation is "That the SPO" -- that's your

19   organization, correct?

20   A.   That's correct.

21   Q.   -- "review the production engineering manpower needs in

22   detail with Boeing and LPC, and negotiate LPC's engineering

23   work force downward by at least 50 percent."

24           Do you see that?

25   A.   Yes, sir.

1377

1  Q.  Do you recall those negotiations taking place?

2  A.  No.

3  Q.  You don't recall it or do you know whether it occurred or

4  not?

5  A.  They didn't occur.  That was just another recommendation.

6  Q.  Just a recommendation?

7  A.  Yeah.

8  Q.  Let's look at the SRAM FACI, F-A-C-I, that took place at

9  LPC.  That's behind tab number 4.

10        Have you seen this document before, Mr. Dull?

11  A.  Yes.

12  Q.  This listed Boeing team chairman as Mr. Scott.

13        You see that?

14  A.  Yes.

15  Q.  Okay.  That's on the first page.  So this is clearly a

16  Boeing document; correct?

17  A.  Yes, sir.

18  Q.  This review took place at LPC, however; correct?

19  A.  Correct.

20  Q.  Okay.  If you go to the at the attendees page, the last

21  three numbers of the Bates number are 301.  For the record,

22  again, this is Plaintiff's Exhibit 550.  This is not in our

23  trial binder, Your Honor, so I'm going to be introducing this

24  into evidence.

25        THE COURT:  This is admitted, PX 0550, minutes.

-1378-

1          (PX 0550 admitted in evidence)

2          THE COURT:  What page now?

3          MR. MURPHY:  I'm now at page 301, Your Honor.

4          BY MR. MURPHY:

5   Q.  We have attendees at this meeting.  We have Boeing,

6   government, and subcontractor.

7   A.  Right.

8   Q.  And subcontractor would be LPC?

9   A.  Yes, sir.

10  Q.  You're listed there as the second person from the top?

11  A.  Yes, sir.

12  Q.  Is that an indication of your seniority at that point in

13  time?

14  A.  Oh, no.  The first person on that list is a sergeant.

15  Q.  Okay.  I guess that is alphabetical order.  I should have

16  checked that before asking that.  I'm sorry.

17          Mr. Spann was there.  He was also from the Rocket

18  Propulsion Lab?

19  A.  Yes.

20  Q.  There is an OOAMA designation on this next to some of the

21  names.

22  A.  Oh, yeah.

23  Q.  What does that stand for?

24  A.  It is the logistics command office at Hill Air Force Base.

25  That is the office symbol, just like you have.

1    Q.   Hill Air Force Base was in Utah?

2    A.   Yes, sir.

3    Q.   Did they do solid-rocket propulsion manufacturing at Hill

4    Air Force Base?

5    A.   Oh, no.

6    Q.   What did they do at Hill Air Force Base?

7    A.   They store rocket motors.

8    Q.   They store rocket motors, okay.

9    A.   For the Air Force.

10   Q.   Okay.  I want to turn to page 46 of the document, if you

11   can.

12   A.   46.

13   Q.   Here are some questions that are being asked --

14   A.   I can't find 46.

15   Q.   The handwritten number is at the top right of every page.

16   Do you see those?

17   A.   Okay.  46?

18   Q.   Yes, please.

19   A.   Okay.

20   Q.   Mr. Dull, looking at -- the second question you ask, it is

21   question number 14004-37, Mr. Peter Dull.

22        Do you see that?

23   A.   Yes.

24   Q.   The question you ask is:  "What is the planned disposition

25   of reference P/N 250690-503 after completion of testing

—1380—

1    specified in note 3, paragraph 10.4.1 in" and it gives another

2    long number that I'm not going to read.

3           You give an answer -- I'm sorry.  The answer is given.

4    Is that answer given by Boeing or by LPC?

5    A.   I can't tell from this.

6    Q.   Okay.  It says, "After completion of testing specified by

7    part II, it is planned to dispose of the remaining propellant

8    and retain the case in residual inventory for further possible

9    usage."

10          Do you see that?

11   A.   Yes.

12   Q.   Are you familiar with how they disposed of waste at LPC?

13   A.   No.

14   Q.   Did you ever know they burned propellant at LPC?

15   A.   Yes.

16   Q.   Okay.  How did you know they burned propellant to dispose

17   of it at LPC?

18   A.   I was told by Boeing that they burned waste propellant.

19   Q.   Okay.  Did you ever see the burn pits operate?

20   A.   I have walked by them, that's all.

21   Q.   Okay.  Was burning of propellant waste a common practice

22   at the time in the industry?

23   A.   Yes, sir.

24   Q.   Did you ever see burn pits at other government facilities?

25   A.   Yes, sir.

1          THE COURT:  Ever go to Camp Irwin.

2          MR. MURPHY:  Excuse me, Your Honor?

3          THE COURT:  Did you ever go to Camp Irwin?

4          THE WITNESS:  I don't know where that is.

5          MR. MURPHY:  Out in the desert in California.

6          THE WITNESS:  No.

7          MR. MURPHY:  Okay.

8          BY MR. MURPHY:

9     Q.   Did you ever visit the Aerojet site?

10    A.   Please?

11    Q.   The Aerojet site in Rancho Cordova.

12          THE COURT:  Where is that?

13          MR. MURPHY:  It's outside of Sacramento.

14          THE WITNESS:  Yes.

15          BY MR. MURPHY:

16    Q.   What was Aerojet producing at Rancho Cordova?

17    A.   At the time I was there, they were a possible

18    subcontractor to Boeing to build the SRAM motor.  That's the

19    only time I have ever been there.

20    Q.   At Aerojet?

21    A.   At Aerojet.

22    Q.   What date was that?

23    A.   '64 or '65.  1964 or '65.

24    Q.   They were doing SRAM work at Aerojet?

25    A.   Under contract with the Rocket Lab.

-1382-

 1    Q.   Okay.  Do you know whether Aerojet ever produced Minuteman

 2    missiles?

 3    A.   I think they built one of the stages but I'm not --

 4    Q.   Okay.

 5    A.   I was never really involved in Minuteman.

 6    Q.   Okay.  Mr. Dull, I'm going to take you down memory lane

 7    now, and on page -- at tab 5 -- I'm sorry.  That's not it.  I

 8    want to go to tab 6.

 9    A.   I wonder where you got those.

10         MR. MURPHY:  These are not in evidence, Your Honor, so

11    I'm going to move to put these in evidence.

12         THE COURT:  Tab 6 is PX 0579.

13         MR. MURPHY:  That's right.

14         THE COURT:  That means they weren't on the disk,

15    either?

16         MR. MURPHY:  This is the first time we have presented

17    these to the Court.

18         THE COURT:  Okay.

19         BY MR. MURPHY:

20    Q.   Mr. Dull, do you recognize this document?

21    A.   Yes, sir.

22    Q.   Can you explain to the Court what it is.

23    A.   These were my private journals from my work on SRAM.

24    Q.   These are your SRAM work journals, I guess, for lack of a

25    better word?

1    A.   Yes, this is from when I took notes in the back of the

2    room in meetings.

3              THE COURT:  Just out of curiosity, you kept these all

4    these years, or the government kept them?

5              THE WITNESS:  I kept them.

6              THE COURT:  Are you employed now?

7              THE WITNESS:  No.  I retired January 1, 2002.

8              THE COURT:  From where?

9              THE WITNESS:  Wright-Patterson.

10             THE COURT:  Okay.

11             THE WITNESS:  After 38 and a half years.

12             THE COURT:  Where were these notes found?

13             THE WITNESS:  In my basement, much to my wife's

14    consternation.

15             BY MR. MURPHY:

16   Q.   Do they still exist in your basement?

17   A.   Yes.

18             THE COURT:  Is this all your work on SRAM, or this is

19   just one notebook?

20             MR. MURPHY:  I have included two of the notebooks.

21             THE COURT:  There are more?

22             MR. MURPHY:  There are more that we did not include.

23             THE WITNESS:  There is a stack about a foot high.

24             THE COURT:  These are all the notes you took at the

25   meetings --

```
 1              THE WITNESS:  Yes.

 2              THE COURT:  -- instead of talking.

 3              THE WITNESS:  And my wife threw away the first nine.

 4              BY MR. MURPHY:

 5    Q.   Is that what happened to the first nine?

 6    A.   Yeah, I think so.

 7    Q.   They start at X?

 8    A.   But I started with I.

 9    Q.   I want to just ask a couple of questions with some of the

10    references in here.  Let's look --

11              THE COURT:  He has not been deposed?

12              MR. MURPHY:  He was deposed.

13              THE COURT:  So you knew what these were.

14              MR. MURPHY:  Yes.

15              THE COURT:  This wasn't just some discovery?

16              MR. MURPHY:  No, Your Honor.

17              BY MR. MURPHY:

18    Q.   The Bates number is the easiest way to find our way

19    through these.  Bates number that ends in 8710.

20    A.   Okay.  Down at the bottom right-hand corner.

21              THE COURT:  What is the GDC Bates number?

22              MR. MURPHY:  It's not us, Your Honor.

23              THE COURT:  What?

24              MR. MURPHY:  No, it is not.

25              THE COURT:  It's not a Bates number?
```

1385

1    MR. MURPHY:  That is a Bates number, Your Honor.  I'm

2    sorry.  I thought you were reading from the document.

3    THE COURT:  There are two Bates numbers on every

4    document.  I was wondering what that is.

5    MR. MURPHY:  That is a GDC Bates number, Your Honor.

6    BY MR. MURPHY:

7    Q.  Did you see this?  I'm sorry.  Looking at IV on this

8    page --

9    A.  Wait.  What page number are you on?

10   Q.  8710.

11   A.  Okay.  Yes, sir.  Now what?

12   Q.  Okay.  It says, "Spann stopped by."

13   Do you see that?  Are we on the same document?

14   A.  No.  The number down at the bottom right-hand corner is

15   8701.

16   THE COURT:  Last four digits.

17   BY MR. MURPHY:

18   Q.  I'm sorry.  8710.

19   A.  I thought you said --

20   Q.  It's possible.

21   A.  Okay.

22   Q.  Sorry.  I'm looking at IV.  It says, "Spann stopped by."

23   Do you see that?

24   A.  Yes, sir.

25   Q.  I'm curious, is Spann the Spann we were talking about from

1    the Rocket Propulsion lab?

2    A.   Yes, sir.

3    Q.   If he said he stopped by, was he at Wright-Patt, or were

4    these taken while you were at Redlands?

5    A.   I would have to read this first.

6    Q.   I'm sorry.

7    A.   This was at Wright-Patterson.

8    Q.   He was visiting Wright-Patterson at the time?

9    A.   Yes, sir.

10   Q.   The first A, it says, "Claim."

11        Do you see that?

12   A.   Yes, sir.

13   Q.   Do you recall what the claim was?

14   A.   Yes.

15   Q.   What was the claim?

16   A.   Lockheed made a claim against the government for several

17   million dollars for both C-5A and SRAM.

18   Q.   And the claim involved whether the total systems package

19   procurement you mentioned before?

20   A.   Yes, sir.

21   Q.   It is because -- the arguments were that the development

22   contracts were not -- they didn't describe state-of-the-art

23   technology, and it required the contractor to spend more money

24   than it anticipated to develop these weapon systems?

25   A.   That's opinion.

1   Q.   I'm trying to describe -- can you tell me what the claims

2   were?

3   A.   The claims were by Lockheed to recover funds that they

4   said they spent during their development of SRAM and C-5A.

5   Q.   Did you testify before the GAO in these claims?

6   A.   No.

7   Q.   Did you ever have discussions with the GAO about these

8   claims?

9   A.   No.

10  Q.   So looking down at b --

11          THE COURT:  GAO, that adjudicates a government

12  contract.

13          MR. MURPHY:  I think at the time, Your Honor, that was

14  one of the ways --

15          THE COURT:  At one point there was a claim for

16  54 million that got settled.

17          MR. MURPHY:  That's the claim we're talking about.

18          THE COURT:  That's before the --

19          BY MR. MURPHY:  There are references to discussions in

20  here about --

21          THE COURT:  This is the one that got settled for some

22  20 million.

23          MR. MURPHY:  20 million, Your Honor.

24          BY MR. MURPHY:

25  Q.   Were you involved in negotiations of the settlement of

1388

1     that?

2     A.   No.

3     Q.   Okay.  So here we go down, and little number 4 below

4     talking about the SRAM, it says, "We (RPL, LPC, TBC, and SPO

5     and OOAMA."

6          That's the Hill Air Force Base we talked about

7     earlier?

8     A.   Yes, sir.

9     Q.   "Need to decide what is critical," exclamation point.

10         Do you know what you were referring to at that point?

11    A.   Let me read this.

12         I really don't recall what that means.

13         THE COURT:  What is RPL?

14         THE WITNESS:  That is Rocket Lab.

15         THE COURT:  That's a government --

16         THE WITNESS:  Yes.

17         THE COURT:  LPC is Lockheed.

18         THE WITNESS:  Propulsion.

19         THE COURT:  What is the next one.

20         THE WITNESS:  TBC.  That's Boeing.

21         THE COURT:  That's Boeing?

22         THE WITNESS:  My printing isn't always good.

23         THE COURT:  Okay.

24         MR. MURPHY:  I think it is short for "The Boeing" at

25    the time.

-1389-

1           THE COURT:  AMA --

2           MR. MURPHY:  That was the Hill Air Force Base we

3    talked about earlier.

4           THE WITNESS:  Yes.

5           BY MR. MURPHY:

6    Q.  I want to turn now to -- the last four Bates numbers are

7    8518 -- actually --

8    A.  Is that going back then?

9    Q.  I'm wondering.  My notes might be wrong here.  That's on

10   the next notebook.

11          THE COURT:  Mr. Murphy, we need to take a break.

12   We'll resume at 4.

13          How much longer?

14          MR. MURPHY:  I would say no more than a half hour.

15          THE COURT:  We have one other witness.  I'm sure we're

16   not going to get to Dr. Meyer.

17          MR. SULLIVAN:  She is here.

18          THE COURT:  Who?

19          MR. SULLIVAN:  Dr. Meyer.

20          THE COURT:  You're going to put on the other person

21   first?

22          MR. SULLIVAN:  Yes.

23          THE COURT:  I don't know if we're going to finish her.

24          Thank you.

25          Please do not discuss your testimony with anyone

1    during the break.

2              THE WITNESS:  I acknowledge that, Your Honor.

3              THE COURT:  Okay.

4              (Recess taken from 3:46 p.m. to 4:08 p.m.)

5              THE COURT:  As an aside, I just want you to know that

6    my husband would approve entirely of you keeping all this

7    stuff for years and years and years.

8              THE WITNESS:  My dad was proud of me.  He was a judge,

9    too.

10             BY MR. MURPHY:

11   Q.  Mr. Dull, turn to tab 7 in the binder.

12             This is Plaintiff's Exhibit 580, Your Honor.  We're

13   going to be introducing this into evidence, as well, Your

14   Honor.

15             THE COURT:  Okay, PX 0580 is accepted in to evidence.

16   This is September '70.

17             (PX 0580 received in evidence)

18             THE COURT:  How many total notebooks are there?

19             THE WITNESS:  Twenty-some.

20             THE COURT:  This is Number XI.

21             THE WITNESS:  I told you what happened to the first

22   nine.

23             THE COURT:  Your wife threw them out?  Down the drain?

24   Down the sump pump?

25             BY MR. MURPHY:

1    Q.  Mr. Dull, in this tab, would you turn to Bates Number --

2    the last four numbers are 8361.

3           Are you there?

4    A.  Yes.

5    Q.  I'm down almost near the bottom of page, where it is

6    VII -- I'm sorry -- VI, where it says, "Atlantic Research was

7    in about LPC's RFQ."

8           Do you see that?

9    A.  Yes, sir.

10   Q.  Do you recall why Atlantic Research was in to talk about

11   LPC's RFQ?

12          THE COURT:  RFQ?

13          MR. MURPHY:  I guess "request for quotation."

14          THE WITNESS:  Let me read this.

15          MURPHY:  Please.

16          THE WITNESS:  I can't recall what this is about.

17          BY MR. MURPHY:

18   Q.  Do you recall who Atlantic Research was?

19   A.  Atlantic Research Company is in the East Coast.  It makes

20   small rocket motors.

21   Q.  Below, under B, it says, "Buy-in by Thiokol or Hercules is

22   a definite possibility."

23          Do you see that?

24   A.  Yes.

25   Q.  Is this related to the qualification for a second SRAM

1    producer?

2    A.   I don't believe so.

3    Q.   Okay.  Could we go -- the next thing I want to ask you

4    about, Mr. Dull, is -- the last four digits are 8654.

5            In the box on that page, there's letters "SAMSO"

6    propellant.  Do you know what "SAMSO" stands for?

7    A.   No, I can't remember what it is.  It's an Air Force

8    office, it was in L.A. It's a symbol for --

9    Q.   It was an Air Force organization?

10   A.   Yes.  That bought Minuteman.

11   Q.   Okay.  So it was the -- it was a purchasing -- it was a

12   SPO like --

13   A.   It was a SPO like Wright -- not a SPO.  Ballistic missile

14   division --

15   Q.   Okay.

16   A.   -- as opposed to aeronautical systems.  We bought

17   airplanes and small rocket; whereas, the ballistic missile

18   division in L.A. bought intercontinental --

19   Q.   ICBMs were bought from --

20   A.   That's right.  SAMSO was a symbol.  It doesn't have any

21   particular meaning.

22   Q.   If you turn the page, we see at the last four numbers are

23   8656.  We see a mention of the "15-inch mill for grinding."

24           Do you see that there?  It is number 3.

25   A.   8656?

1    Q.   Yes, 8656, up at the top of the page under "Production

2    processing changes."

3    A.   Oh, I see it now.

4    Q.   Here we have a production processing changes, and it

5    mentions the 15-inch mill for grinding.  That's oxidizer

6    grinding; correct?

7    A.   That's correct.

8    Q.   And so here are you reviewing the production process

9    changes related to oxidizer grinding?

10   A.   Boeing was telling me about the production process

11   changes.

12   Q.   Okay.  So Tony Hansen is a Boeing person?

13   A.   Yes.  At Lockheed.

14   Q.   Okay.  Can we flip the page again to 8658.

15   A.   Okay.

16   Q.   We are looking at -- it says 18 January.  "Talked to JAG

17   about LPC request for limited rights on LPE-5.

18   A.   Yes.

19   Q.   Do you know what LPE-5 was?

20   A.   That's a Lockheed designation for the internal insulation

21   formulation.

22   Q.   Okay.  And so they were asking to get limited data rights

23   on a formulation that they had developed?

24   A.   Yes.

25   Q.   Do you know whether that was granted?

—1394—

1    A.  No, I don't know.

2    Q.  Do you recall a bid protest or a protest that was filed by

3    Lockheed because the Air Force had given all of LPC's process

4    specifications to Thiokol to develop a second missile?

5    A.  Yes.

6    Q.  Did you provide testimony in that protest action?

7    A.  No.

8    Q.  Okay.

9         THE COURT:  What was the resolution?  They lost

10   or they --

11        MR. MURPHY:  They lost, Your Honor.  The information

12   was given to Thiokol.

13        BY MR. MURPHY:

14   Q.  Was Thiokol ever qualified as a second production source?

15   A.  No.

16   Q.  Why not?

17   A.  They couldn't build it.

18   Q.  What difficulties did Thiokol have?

19   A.  First of all, Thiokol switched the propellant formulation

20   from what Lockheed used to their own, and they ran into

21   numerous problems and never successfully fired a motor during

22   their development program.

23   Q.  If Thiokol had successfully developed a SRAM, would the

24   production contracts that LPC had been given to Thiokol?

25   A.  That's just conjecture at this time.

1  Q.   Okay.  Was that the Air Force intent, try to develop a

2  second source?

3  A.   Yes.

4         THE COURT:  What happened after Lockheed got out of

5  the rocket production?  Did somebody take over?

6         THE WITNESS:  No, the Air Force requirement was for

7  1,500 missiles.

8         THE COURT:  Yeah.

9         THE WITNESS:  We had no requirement for any more

10  production.

11         THE COURT:  That was the end of the program?

12         THE WITNESS:  That was the end of the program.

13         THE COURT:  So the notion of having Thiokol get

14  involved was for what?

15         BY MR. MURPHY:

16  Q.   Would they have produced --

17         THE COURT:  More missiles?

18         MR. MURPHY:  No.

19         A portion of those 1,500 if they had done that?

20         THE WITNESS:  Yes.

21         THE COURT:  This was going on before Lockheed

22  finished?

23         MR. MURPHY:  This was 1971.

24         THE COURT:  Right.  I thought that was looking to the

25  future.  So Lockheed completed the project, and that is the

1    way it was anticipated?

2            THE WITNESS:  Right.

3            THE COURT:  It wasn't like they lost the ability to

4    continue.  There wasn't anticipated there would be a

5    continuation.

6            THE WITNESS:  No, there was no more continuation.

7    They fulfilled the contract for 1,500 rocket motors.  They

8    fired 107 straight successes between 1971 and 1975.

9            THE COURT:  Not to get too far off the track here, but

10   why is it that the Air Force didn't want any more rocket

11   motors?  They came up with something else to substitute for

12   whatever?

13           THE WITNESS:  No.  There was no substitute.  That's

14   all the Air Force wanted, these missiles, 1,500 nuclear-tip

15   missiles.  That's all they needed.

16           BY MR. MURPHY:

17   Q.   Did Lockheed have one contract for 1,500 missiles, or was

18   it a year-to-year contract?  Were there four successive

19   production contracts?

20   A.   That's a contractual question that I don't know.

21   Q.   But the thought was that if the Air Force could qualify

22   Thiokol, some of those 1,500 would have been built by Thiokol;

23   correct?

24   A.   It could have been, yes.

25   Q.   Okay.

1       THE COURT:  Did you continue to work on any other

2  Lockheed-related matters after Redlands ceased?

3       THE WITNESS:  No.  Not Lockheed Propulsion.  I did

4  work on the U2 program, but that is a different Lockheed.

5       BY MR. MURPHY:

6  Q.  Let's go to the next tab in your binder, Mr. Dull, which

7  is tab 8, 581.

8       I'm going to be introducing this into evidence, as

9  well, Your Honor.  This is Plaintiff's Exhibit 581.

10      THE COURT:  Admitted.

11      (PX Exhibit 581 received in evidence)

12      THE COURT:  It is notebook number XII from

13 October 1971.

14      Is this one day's worth of notebook?

15      MR. MURPHY:  Each notebook is like a half a year.

16      THE WITNESS:  I had the dates on the front of the

17 book.  When I ran out of room, I started another one.

18      THE COURT:  I see.

19      THE WITNESS:  On the front page, it says 2 April 1971

20 to 12 October 1971 on the front page.

21      THE COURT:  I'm sorry.  I didn't see that.

22      BY MR. MURPHY:

23 Q.  Mr. Dull, we're going to turn to page 8518.  I'm looking

24 at May 3rd.

25      Do you see that?

-1398-

1    A.   Yes.  Yes.

2    Q.   So I'm going to read it.  "Wrote letter to D. Ross, RPL

3    for Colonel Skantze."  I assume that's what these quotation

4    marks are, "Colonel Skantze."

5    A.   Yes.

6    Q.   "Concerning case" -- with an arrow to D. Ross -- "latest

7    assessment of LPC's," and it says, "A. Processing

8    specification; B. Processing, control of; C. Manufacturing

9    specification; D. What confidence do we have in LPC to" -- I

10   don't know what that word is.

11   A.   "Ensure reproducibility."

12   Q.   "Reproducibility."

13   A.   I spelled that right.

14   Q.   Does this indicate that D. Ross was reviewing LPC's

15   process specifications and manufacturing specifications?

16   A.   I don't know that for sure.  All I did was write the

17   letter for Colonel Skantze at his request.

18   Q.   Colonel Skantze told you to write a letter that Don Ross

19   was assessing LPC's processing specifications and

20   manufacturing specifications?

21   A.   I don't know if he was doing that.

22             THE COURT:  I'm sorry?

23             THE WITNESS:  I don't know whether Don Ross was doing

24   that at this time.

25             BY MR. MURPHY:

1   Q.   But this is the evidence we have before us, is that he

2   was; correct?

3   A.   Yes.

4   Q.   Okay.  And why would processing specifications and

5   manufacturing specifications have any role in ensuring

6   reproducibility?

7   A.   That's the only way you can build a rocket motor.

8   Q.   Is to do it the same way every time?

9   A.   Yes, sir.

10   Q.   Okay.  The Air Force was reviewing LPC's process

11   specifications to make sure they built the rocket?

12   A.   That's correct.  Through Boeing.

13   Q.   Through Boeing.

14        THE COURT:  Is this telling you that you wrote a

15   letter for somebody else to Ross?

16        THE WITNESS:  Yes, I did that all the time.

17        THE COURT:  You're writing on behalf -- but you don't

18   remember what the substance was?

19        THE WITNESS:  I don't remember the details, but I

20   usually wrote the letters for the higher-ups.

21        THE COURT:  Okay.

22        MR. MURPHY:  Okay.

23        THE COURT:  This doesn't necessarily mean a meeting.

24   This is sort of like a diary.  This isn't just notes of a

25   meeting.

―1400―

1           THE WITNESS:  My diary.

2           THE COURT:  Things you have to do on May 3rd.

3           THE WITNESS:  Yes.

4           THE COURT:  Or things you did do on May 3rd.

5           THE WITNESS:  You're right, Your Honor.  This is my

6     personal journal.

7           BY MR. MURPHY:

8     Q.   Let's go to -- the last four letters -- I'm sorry -- last

9     four numbers are 8549.  Look at the bottom of this page where

10    it is talking about Aerojet.  The last line of this page, it

11    says, "All of the above have been built by Aerojet."

12    A.   Wait, wait, wait.

13          THE COURT:  What number is the Bates?

14          MR. MURPHY:  I'm sorry.  It is 8549.

15          THE WITNESS:  What Roman numeral?

16          MR. MURPHY:  It is the very last line of the page.

17          THE COURT:  Under July 16th.

18          THE WITNESS:  Oh, I see that now, yeah.

19          BY MR. MURPHY:

20    Q.   It says, "All the above have been built by Aerojet.  We

21    have SPARROW, TARTAR, HAWK, Minuteman II, stage 2,

22    Minuteman III, Minuteman IV, all stage 2, Minuteman III,

23    stage 3.

24          Do you see that?

25    A.   Correct.

1   Q.   Are the Minuteman missiles larger than the missiles that

2   were built at LPC?

3   A.   Yes.

4   Q.   How big are Minuteman stages, if you can recall?

5   A.   They are intercontinental ballistic missiles.  They're

6   about -- I think they're 90 inches in diameter on the first

7   stage.  The second stage is a little smaller.  And they're

8   over 60 feet long.

9   Q.   Okay.  So they're large?

10  A.   Very big.

11  Q.   Okay.  Let's look at tab 11.  It is PX 62 -- no, I'm

12  sorry -- 2062.

13          THE COURT:  Tab 11?

14          MR. MURPHY:  Yes.

15          THE COURT:  Did we skip 9 and 10?

16          MR. MURPHY:  Yes.  I'm just hurrying, Your Honor.

17          BY MR. MURPHY:

18  Q.   Mr. Dull --

19  A.   Yes, sir.

20  Q.   -- is this a statement you provided in a protest action

21  regarding the provision of LPC specifications to Thiokol?

22  A.   Just give me a minute to read.

23  Q.   Sure.

24          I'm sorry.  This needs to be admitted into evidence.

25          THE COURT:  PX 2062 is admitted.

-1402-

1              (PX Exhibit 2062 received in evidence)

2              THE WITNESS:  You say this is what?

3              MR. MURPHY:  This is a statement that you signed in

4    1972.  I'm sorry.  Tab 11.  I'm not sure you're at the right

5    tab.

6              THE COURT:  Second-to-the-last tab.  It is an

7    affidavit you executed.

8              THE WITNESS:  I got it.

9              THE COURT:  It says "Unclassified" at the top.

10             THE WITNESS:  Yes, Your Honor.

11             BY MR. MURPHY:

12   Q.   Do you recall signing this document?

13   A.   Yes, sir.

14             THE COURT:  What is it?  It was signed for what

15   reason?

16   BY MR. MURPHY:

17   Q.   Do you know?

18   A.   I don't remember.

19   Q.   This was part --

20   A.   I haven't read this lately.

21   Q.   Okay.  It was part of the Thiokol protest about the Air

22   Force giving LPC specifications to Thiokol?

23             THE COURT:  You may be absolutely right, but what is

24   this telling anybody?

25             THE WITNESS:  Yeah.

—1403—

1          MR. MURPHY:  Your Honor --

2          THE COURT:  How does this have to do with the bid

3    protest?

4          MR. MURPHY:  We're going to the control over the

5    industry, Your Honor, where the Air Force was able to take

6    what we thought was proprietary information, give it to

7    another contractor, and try to qualify them to take our

8    missiles.

9          THE COURT:  I understand.  You had a bid protest.  How

10   does this affidavit relate to that, assuming it was filed in

11   that?

12         MR. MURPHY:  It talks about all the previous work that

13   was done for the Air Force, Your Honor.  It talks about how we

14   developed certain liners under which contracts.  It gives

15   contract numbers.

16         We can move on.  I just wanted to talk to Mr. Dull

17   about it if he remembered.

18         BY MR. MURPHY:

19   Q.   Mr. Dull, do you remember what happened to the equipment

20   that was at LPC after LPC shut down in 1975?

21   A.   Some of it was disposed of by Lockheed.  Some of it was

22   sold to other contractors.

23   Q.   Okay.

24   A.   Disposition equipment.  Some was shipped to Hill Air Force

25   Base.

1    Q.   So the government-owned equipment at the site was

2    sometimes shipped to other Air Force sites?

3    A.   Yes, sir.

4    Q.   Was some of it sold to South Korea?

5    A.   Yes, sir.

6         THE COURT:  By whom?  Sold by the Air Force?  The

7    government or by Lockheed?

8         THE WITNESS:  I don't know that, who got the money.

9         BY MR. MURPHY:

10   Q.   Okay.  You don't know who arranged the sale to South

11   Korea?

12   A.   No.

13        THE COURT:  You don't know what equipment we're

14   talking about?

15        THE WITNESS:  Yes.  It was the mixers.

16        THE COURT:  Oh, the mixers.

17        THE WITNESS:  They were 300-gallon mixers.  One was

18   sold to South Korea, and the other was sold to the Chinese in

19   Taiwan.

20        BY MR. MURPHY:

21   Q.   That was to help them with their missile programs?

22   A.   Yes, sir.

23        MR. MURPHY:  No further questions.

24        THE COURT:  You don't know who sold them or who got

25   paid?

-1405-

1           THE WITNESS:  No, Your Honor.

2           THE COURT:  Okay.

3           MR. MURPHY:  Thank you.

4           MS. POWELL:  No redirect, Your Honor.

5           THE COURT:  Very good.  Thank you.

6           I don't know if we can finish the next witness, but we

7      can start.

8           THE COURT:  Thank you.  Have a nice day.

9           THE WITNESS:  Thank you.

10          THE COURT:  I hope you've enjoyed your experience.

11          THE WITNESS:  I loved it.

12          THE COURT:  It's a breath of fresh air to have a

13     non-expert who was actually operating at the time in question.

14          MS. O'Donnell:  Your Honor, the United States calls

15     Mary Sitton.

16                          **MARY SITTON,**

17     having been first duly sworn to tell the truth, the whole

18     truth and nothing but the truth, was examined and testified as

19     follows:

20                     **DIRECT EXAMINATION**

21          THE COURT:  Good afternoon.

22          THE WITNESS:  Good afternoon, Your Honor.

23          BY MS. O'Donnell:

24     Q.   Good afternoon, Ms. Sitton.

25     A.   Good afternoon.

1   Q.   Did you prepare a declaration in this case?

2   A.   Yes, I did.

3   Q.   And does that declaration reflect your opinions to a

4   reasonable degree of scientific and professional certainty?

5   A.   Yes.

6   Q.   Do you adopt that declaration as your testimony here

7   today?

8   A.   Yes, I do.

9        MS. O'Donnell:  I pass the witness.

10                     **CROSS-EXAMINATION**

11       BY MR. TORRES:

12   Q.   Ms. Sitton, I have placed before you your direct

13   affidavit, but I have not put a binder in front of you.

14       I think we're largely going to use the screens today

15   because we're looking at pictures, Your Honor, if that is all

16   right with you.

17       THE COURT:  It is all right with me.

18       BY MR. TORRES:

19   Q.   If we could put up your declaration, the Sitton

20   declaration, and turn to page 15 of the Sitton declaration.

21       Before we look at that, I just want to ask, just sort

22   of an overall matter related to your opinion, you draw a

23   distinction between features that you identify in photos, a

24   probable versus a certain identification.  Is that correct?

25   A.   Yes.

—1407—

1    Q.   So, basically, we can take it that unless you say

2    probable, you mean 100 percent certain?

3    A.   That's correct.

4    Q.   All right.  We'll go to page 15.

5            THE COURT:  Probable means more probable than not?

6            THE WITNESS:  More likely than not, yes, Your Honor.

7            MR. TORRES:  We will go to figure 4.

8            BY MR. TORRES:

9    Q.   This is a picture from April 16, 1966, and this is a

10   cull-out of that, it's not the whole picture.  Correct?

11   A.   That's correct.

12   Q.   This is building 77 from the site; correct?

13   A.   Correct.

14   Q.   And you have identified south of -- just south of that

15   building and south of the berm there that surrounds the

16   building, you have identified a channel that in your opinion

17   moves from east to west.  Correct?

18   A.   Yes.

19   Q.   And at the end of that channel, you've identified an area

20   of staining or liquid; correct?

21   A.   Yes.

22   Q.   Okay.  And this is a -- this is a certain identification

23   on your part; correct?

24   A.   Yes.

25   Q.   And you're certain that the direction of that channel goes

1    from east to west; correct?

2    A.   Yes.

3    Q.   What is the basis of that statement?

4    A.   We are looking at these aerial photograph in stereo.   The

5    stereoscope allows us to see in 3D.   These were digital aerial

6    photographs.   We looked at them on screen using 3D viewing

7    software.   The other thing we have in our office, it's a

8    photogrammetric software where we can put -- it's like a

9    floating dot to determine the elevation of different areas

10   along that drainage channel.

11             THE COURT:  It is a floating --

12             THE WITNESS:  Dot.

13             THE COURT:  A dot?

14             THE WITNESS:  Yes, it is telling what the elevation is

15   at different periods along that drainage channel.   So we did

16   that to determine if it was going from east to west.

17             BY MR. TORRES:

18   Q.   Is that the full basis for your opinion?

19   A.   It is based on that aerial photograph, the stereoscopic

20   analysis and using the photogrammetric software, yes.

21   Q.   Did you look at other maps of the site?

22   A.   I did.

23   Q.   Okay.

24   A.   It is also -- part of it is based on the fact that most of

25   the drainage throughout this area does go from east to west,

1    and in looking at earlier dates, all the drainage went from

2    east to west, and there was a natural drainage channel in that

3    area.

4    Q.   That is also a basis of your opinion that it goes from

5    east to west; right?

6    A.   Yes.

7    Q.   Okay.  The fact that the site generally drains from east

8    to west does not necessarily mean that every drainage channel

9    drains from east to west; does it?

10   A.   Not necessarily, but in the majority of them that I saw,

11   it went from east to west.

12   Q.   So there would be some that would not drain from east to

13   west; is that right?

14   A.   I didn't note that.  I didn't note any that went the other

15   direction.

16   Q.   This is a man-made channel in your opinion; is that

17   correct?

18   A.   It is.

19   Q.   Okay.  Do you think it would be more likely that a

20   man-made channel might flow in a different direction from the

21   natural general drainage of the site?

22   A.   I'm not sure I understand that question.

23   Q.   If one was going to flow differently from the others, it

24   might be the man-made one; right?

25   A.   It is possible.

1410

1    Q.   Did you look at engineering drawings of this building?

2    A.   I did.

3    Q.   Okay.  Let's look at Plaintiff's Exhibit 837.

4    A.   Okay.

5    Q.   Is this a document that you looked at?

6    A.   I did look at this map, yes.

7    Q.   So if we can highlight the area right in the middle there,

8    this is a document -- well, this is a document showing the

9    excavation around building 77; correct?

10   A.   I don't know what you mean by "excavation."

11   Q.   Well, it is the site plan around building 77; correct?

12   A.   Yes.

13   Q.   Okay.  You looked at this document?

14   A.   Yes, I did.

15   Q.   Okay.  And you'll see that the existing drainage goes the

16   opposite direction from the way that you, in your opinion, it

17   goes; right?

18   A.   That's correct.

19   Q.   Did that make you reconsider your opinion?

20   A.   It made me take a look back at the photographs to make

21   sure I was correct, yes, and it is not just my opinion.  I had

22   two other people look at that with me.

23   Q.   Okay.  So if we look up in the right-hand corner of this

24   document, it says that it was verified in 1969, I believe, and

25   then in 1971, 9/23/69 and 3/2/71.  So would that suggest to

1    you that there was an investigation or verification of the

2    site plan details?

3    A.   Yes.

4    Q.   Okay.  Let's assume that you're correct and that drainage

5    ditch goes east to west, unlike what it says on this document.

6    Okay?

7         If we could go back to figure 4.  So you're seeing

8    staining or liquid down in that area right there?

9         THE COURT:  "Right there" means at the end of the

10   green line that begins with ST/LQ.

11        THE WITNESS:  That's correct, Your Honor.

12        THE COURT:  I'm just saying that for the record.

13   Okay.

14        Your question is?

15        BY MR. TORRES:

16   Q.   So we're assuming that you're correct that that channel

17   flows east to west and that there is staining or liquid right

18   there at that point at the end of the green line and it sort

19   of looks like in the corner of those roads there.  Okay?  You

20   don't know the components of that staining or liquid; right?

21   A.   I can't tell the chemical composition.  I can say that it

22   is dark-tone stained.

23   Q.   Okay.  Let me ask you this:  Do you know why the

24   government has used this photograph?  Do you know how this

25   photograph fits into the government's case?

1    A.   They wanted me to take a look at any of the features

2    around building 77.

3    Q.   Do you understand that the government is contending that

4    around the time that this photograph was taken there were

5    processes that were happening that caused water to flow into a

6    sump and go into that drainage ditch?  Do you have an

7    understanding of that?

8    A.   Yes.

9    Q.   Okay.  So I just want to be clear:  If that ditch actually

10   goes west to east as opposed to east to west, like you're

11   saying, that staining right there is not from building 77;

12   right?

13   A.   But the ditch doesn't go --

14   Q.   I'm asking you to assume that if the engineering drawing

15   we saw is correct and your identification is wrong, that

16   staining is not coming from water coming out of building 77;

17   correct?

18   A.   If -- I don't know.  That's speculating.  I don't have any

19   idea.

20          THE COURT:  Can I ask you a question, though?

21          THE WITNESS:  Sure.

22          THE COURT:  Based on what you see here, can you

23   actually tell where the origination spot is for your line that

24   is sort of a royal blue color going east to west?

25          THE WITNESS:  So the origination of the staining comes

—1413—

1      from the end of the ditch.

2              THE COURT:  From the end of the ditch?

3              THE WITNESS:  Yes.

4              THE COURT:  So how does -- can you tell from

5      photographs what the relationship is from the end of the ditch

6      to the building 77?

7              We've seen these pumps, these -- I'm just trying to

8      understand --

9              THE WITNESS:  Right.

10             THE COURT:  -- what the -- what conclusions you can

11     reach regarding the origination of whatever came out the other

12     end.

13             THE WITNESS:  Well, also, on the engineering drawing,

14     there was a pipe that indicated that it went approximately

15     40 feet to the natural drainage, and the distance from where

16     the sump would be to that drainage is about 40 feet.  So that

17     would be at the Southwest corner of building 77 where the

18     sumps are, and we measured the distance from that corner of

19     the building down south to the ditch, and it is about 40 feet.

20             THE COURT:  So is it fair to say that this indicates

21     to you that it's more probable than not that whatever you're

22     seeing here originated in the building 77 or outside of

23     building 77?

24             THE WITNESS:  It's probable, yeah.

25             THE COURT:  If somebody stood with a big pail of water

1    and dumped it, would that explain what you see?

2         THE WITNESS:  It's possible, although the liquid is

3    dark-toned, so it doesn't appear like just plain water.

4         THE COURT:  Well, is AP colorless?  Do you know?

5         THE WITNESS:  I don't know.

6         MR. TORRES:  Could you bring up 837 again.

7         BY MR. TORRES:

8    Q.   Let's focus in on the area right around that middle part

9    that we have been interested in.  Actually, could you catch a

10   little bit on the left side of where you are.  There you go.

11        Ms. Sitton, this is the south sump right there; right?

12   A.   Yes.

13   Q.   Okay.  I want you to take a look at this feature here.

14   You see that there?  Do you see that that is showing a length

15   of feet that is about 31 feet?

16   A.   Yes.

17   Q.   Could we go back to the larger area.

18        If that is 31 feet right there based on this

19   engineering drawing, does that look like about 40 feet from

20   there to there?

21        THE COURT:  From where to where?  The squiggly blue

22   line?  You just moved the blue line.

23        MR. TORRES:  There we go.

24        BY MR. TORRES:

25   Q.   From the south sump there to the line that says "existing

1    drainage" is about -- it looks like it is about 40 feet;

2    right?

3    A.   Yes.

4    Q.   Okay.  So it would be your belief that this 40-foot pipe

5    you're talking about goes from the south sump to this point

6    here?

7         THE COURT:  "This point here" being just slightly

8    northwest of the last little X --

9         MR. TORRES:  The last little X at the beginning of the

10   dotted line that says "existing drainage."

11        THE COURT:  It says existing drainage?  Where does it

12   say that?

13        MR. TORRES:  I will bring it up here.

14        THE COURT:  Okay.

15        BY MR. TORRES:

16   Q.  So, again, if the water from the south sump ended up at

17   the end of the blue line there, which is right at the existing

18   drainage line that is on this map, okay, that is on this

19   REDMAP, it is either going to go to the east or to the west.

20   It is your testimony that this map is wrong?

21   A.   I'm saying I did not see drainage going in that direction.

22   I saw drainage going the other way.

23   Q.   Okay.

24   A.   It may be on the map.  I looked at it in stereo.  I looked

25   at it on multiple dates.  I also had other people look at it

1    with me.  We did not see a drainage ditch in that location.

2    When I took my measurement, I took it from the south sump area

3    straight down to where the ditch is on the aerial photograph.

4              THE COURT:  How many pictures did you end up

5    taking -- not taking -- analyzing of this particular area?

6    You had a different time zone --

7              THE WITNESS:  I did.

8              THE COURT:  -- so what --

9              THE WITNESS:  I looked at it in 1959 and '63, '66,

10   '68, and '74.

11             THE COURT:  At any point in time, did you see any sign

12   of anything going northeast?

13             THE WITNESS:  No, ma'am.

14             THE COURT:  And every time you looked, is it fair to

15   see that you would see something -- whatever it is -- dark

16   what do you call it?  A dark spot?  You're seeing the pipe or

17   you're just seeing a stain at the end of what you think is a

18   pipe?

19             THE WITNESS:  Just a stain at the end of the drainage

20   ditch.  I did see the drainage ditch on all those dates, but I

21   only saw the staining in 1966.

22             THE COURT:  You saw the drainage ditch.  That

23   means -- what are you saying?

24             THE WITNESS:  That's an area where there is a cut in

25   the ground surface to transport liquids, and it is running

1    from east to west, and you can see it on the annotated aerial

2    photograph.

3              THE COURT:  Can you send it back for a second.

4              Can you increase the size, please?

5              THE WITNESS:  I can circle it.

6              If you look where the blue line is on the left --

7              THE COURT:  Can you increase the size?

8              MR. TORRES:  Yes, Jon is going to bring it up.

9              THE COURT:  Okay.  Where is the drainage ditch?

10             THE WITNESS:  Where the blue line is on the left, and

11   it is over here -- oops.  I want to clear that.

12             Right there.  I'm not using this very well.  I thought

13   I could circle it.

14             THE COURT:  You can circle it, that's fine.

15             THE WITNESS:  Okay.  There it is.

16             THE COURT:  I'm a little confused.  What do you mean

17   by a drainage ditch?  Is there a pipe there?

18             THE WITNESS:  No.

19             THE COURT:  Is it strictly like a ditch on the side of

20   the road?

21             THE WITNESS:  Ditch on the side of the road.

22             THE COURT:  It is cut out?

23             THE WITNESS:  It is cut out, yes.

24             THE COURT:  It is?

25             THE WITNESS:  It is.

—1418—

1          THE COURT:  And you didn't see a similar ditch going

2    the other way?

3          THE WITNESS:  No, Your Honor.

4          THE COURT:  Is it your contention that it is a pipe

5    underground?

6          MR. TORRES:  No, Your Honor.  It's a ditch.  It is a

7    man-made culvert.  And the REDMAP, the engineering drawing, is

8    showing it going from west to east.

9          THE COURT:  Okay.  Well, you can explain to me later.

10   All right.

11         So the ditch has now been covered by a blue arrow.

12         THE WITNESS:  Yes, Your Honor.

13         THE COURT:  Let us assume for one second that that

14   ditch is going the other way.  Since it is going uphill, so to

15   speak, was there anything observable that would get it up

16   there?

17         THE WITNESS:  Not that I could see on the aerial

18   photographs, no.

19         THE COURT:  Okay.

20         BY MR. TORRES:

21   Q.   Just to be clear, you did not see liquid or staining in

22   that area that I just put a blue dot in; right?

23   A.   Not that I recall, no.

24   Q.   Also, just to be clear --

25         THE COURT:  How is anybody going to know what that

1    means?  Where did you put the blue dot?

2           MR. TORRES:  Thank you, Your Honor.  You're correct.

3           On the other side of the road from building 77, kind

4    of northeast of the building.

5           THE COURT:  Why would you make a ditch across the

6    road?

7           Is the road for cars?

8           THE WITNESS:  Yes.

9           THE COURT:  Do you have a real picture?  I'm not

10   suggesting this isn't a real picture.  Do you have a picture

11   on the ground?

12          MR. TORRES:  We don't have a picture of that area,

13   Your Honor.

14          If we could maybe bring up 837 again, we may be able

15   to answer the question about the road.  If we could bring up

16   this area here, Jon.

17          Actually, further up.

18          There we go.

19          BY MR. TORRES:

20   Q.  So based on this map, the ditch goes west to east, and

21   then what happens there where there is a culvert?

22   A.  It looks like it might go under the road and come out the

23   other side.

24   Q.  And then up here to the northeast at the end of that

25   culvert, what happens, based on this map?

-1420-

1    A.   It goes under the road again.

2    Q.   Okay.  All right.

3         THE COURT:  Again, is any witness -- I'm not asking

4    for your opinion -- has anybody testified how it goes north?

5         MR. TORRES:  Excuse me, Your Honor?

6         THE COURT:  Assuming your right that it goes in this

7    direction, has there been any testimony to date that explains

8    how it can go in the opposite direction of the slope?

9         MR. TORRES:  Your Honor, the --

10        THE COURT:  Yes or no?

11        MR. TORRES:  No.

12        THE COURT:  Okay.

13        MR. TORRES:  There is no testimony, period, about the

14   direction of this ditch except Ms. Sitton's and we have this

15   map.

16        THE COURT:  I'm asking, is there any testimony that

17   can possibly explain -- I'm not a scientist, but how do you

18   get water going up over in the opposite direction of the way

19   the water --

20        MR. TORRES:  Would you go down a little bit.

21        THE COURT:  You would need something that would be

22   man-made to get it; correct?

23        MR. TORRES:  Correct.

24        THE COURT:  No one has testified to that --

25        BY MR. TORRES:

-1421-

1    Q.   The ditch is man-made, in your opinion; correct?

2    A.   Yes.

3              THE COURT:  The one she is -- right.

4              BY MR. TORRES:

5    Q.   The ditch is man-made.  Let me have you take a look at

6    this.  Do you have any understanding what that dot is?  And

7    this is in the section of the REDMAP just below the site plan

8    labeled section A-A.

9              THE COURT:  What are the words?

10             MR. TORRES:  If we could bring those words up.

11             THE COURT:  You're asking her what the dot is or what

12   the hash marks are?

13             "Shaded area thusly indicates compacted fill

14   required."

15             BY MR. TORRES:

16   Q.   Do you have any idea what that dot there may be?

17             THE COURT:  What dot?

18   Q.   You see the dot in the shaded area?

19   A.   No, I don't.

20   Q.   Okay.  Do you think that that is the pipe going under the

21   road?

22             THE COURT:  What pipe?

23             THE WITNESS:  No, because it looks like that is to the

24   east of there where it starts to go back up under the road.

25   It doesn't come across that part of the map.  I don't know

-1422-

1    what that circle is.

2          BY MR. TORRES:

3    Q.  Let's bring up -- do you have an understanding as you're

4    looking at this -- maybe we can see the whole part of section

5    A-A.  This section A-A, do you have an understanding of what

6    that is?  Is that a cross section running across this site

7    plan?

8    A.  I was looking at the wrong one.  Yes.

9    Q.  It's showing the surface elevation, which dips slightly

10   and then moves straight across once you get from the building;

11   right?

12   A.  Yes.

13   Q.  And so and what you should do to read this is to

14   correspond, for example, this square here is the actual

15   building, and it corresponds right here to this square.  So

16   what we're seeing on the top is a top-down view; correct?

17   A.  Correct.

18   Q.  What we're seeing in section A-A is a side view, it is a

19   cross section view.

20          So reading this, would it be fair to say at each

21   level -- at each point we're seeing corresponding items;

22   right?

23          MS. O'DONNELL:  Your Honor, I'm going to object.  We

24   haven't offered her as an expert in engineering.

25          THE COURT:  Sorry.  Overruled.

 1          BY MR. TORRES:

 2     Q.   I want to ask, if you see where the dot in that shaded

 3     area is right there, what is the corresponding place on the

 4     top view map above?

 5          THE COURT:  I'm sorry.  If you're going to sit there

 6     and put your own arrows there, it's not --

 7          MR. TORRES:  Excuse me?

 8          THE COURT:  You can't do that.  Get rid of the last

 9     line.

10          She either knows or doesn't know.  You can't suggest

11     it by putting a blue line there.

12          BY MR. TORRES:

13     Q.   Can you imagine --

14          THE COURT:  I don't want her to imagine.  Can you tell

15     reading that?  Either you can or can't.

16          THE WITNESS:  No.

17          BY MR. TORRES:

18     Q.   All right.  Let's go back to figure 4.

19          THE COURT:  From aerial photographs, do you know

20     anything about the topography?  I'm interested in the

21     topography again.

22          THE WITNESS:  Yes.  So these maps would show the

23     topography across that A line, but where I'm talking about,

24     where the ditch is, is to the south of the berm.

25          THE COURT:  I want to know whether the A line is going

-1424-

1    uphill, so to speak?

2            THE WITNESS:  It does look like it is going uphill.

3            THE COURT:  I'm sorry?

4            THE WITNESS:  It does look like it is going uphill.

5            THE COURT:  Is there anything in this drawing that

6    shows you how it could go uphill?  Water doesn't go uphill

7    naturally.

8            THE WITNESS:  No, ma'am, it doesn't.

9            THE COURT:  I have learned something.  Okay.  Do you

10   see anything there that gets it up a hill?  That's what I want

11   to know.

12           THE WITNESS:  No.

13           THE COURT:  How much longer?  Let's finish up.  You've

14   asked her enough about engineering.  Move on.

15           MR. TORRES:  Can we look at the culvert, Your Honor,

16   very quickly?

17           Can we bring up that area, Jon.  This area right here.

18           BY MR. TORRES:

19   Q.  Do you understand this line here that has a solid line

20   with two dotted lines on the side to be an underground

21   culvert?

22   A.  It probably is.  I'm not like, again, an engineer --

23   Q.  I understand.  Underground culvert would not run with the

24   slope of the hill?

25   A.  I don't --

1    Q.   Not necessarily run with the slope of the hill; correct?

2    A.   I don't know.

3    Q.   Because it is underground; correct?

4          THE COURT:  She doesn't know.

5          MR. TORRES:  All right.  She doesn't know.

6          THE COURT:  You have to live with it.

7          BY MR. TORRES:

8    Q.   Figure 4, three more pictures, Your Honor.  Back to figure

9    4 in your report.

10          Again, you see no staining or liquid on the other side

11   of the road northeast of building 77?

12   A.   Not that I recall, no.

13   Q.   You see no staining or liquid at the concrete apron where

14   the south pump is; is that correct?

15   A.   That's correct.

16   Q.   Okay.  Thank you very much.

17   A.   Thank you.

18          MS. O'DONNELL:  I think I can be done relatively

19   quickly, Your Honor.

20          THE COURT:  Okay.

21          (Discussion off the record)

22          THE COURT:  Go ahead.

23                    **REDIRECT EXAMINATION**

24          BY MS. O'DONNELL:

25   Q.   Ms. Sitton, you testified during your cross-examination

1    that you measured the distance between the area of the

2    southern sump across the berm to the beginning of the drainage

3    ditch, and you said -- you testified that that distance was

4    40 feet.  Was that measurement based on the engineering

5    drawing?

6    A.   No.  We actually measured that using GIS software tools.

7    Q.   Okay.  Can you explain that process a little bit?

8    A.   Sure.  Once we get all our aerial photographs in, they're

9    all put in a Geographical Information Systems database.

10   They're all in the same scale, and we can take measurements

11   from those aerial photographs using software tools in the

12   Geographical Information Systems database.

13   Q.   Do you have ways of checking the accuracy of your

14   measurements?

15   A.   Yes we do.

16   Q.   Can you describe that?

17   A.   One of the things we can do to check the software is to

18   check see known sizes of features across the aerial

19   photograph, and we also use that same tool -- there is a scale

20   bar at the end of the topographic map that is about a mile.

21   We used that same scale bar to go across that scale, and it

22   came out to about a mile.

23   Q.   Ms. Sitton, did you also measure the -- did you also

24   measure the staining or liquid you observed at the end of the

25   drainage ditch?

1   A.   I did.

2   Q.   Do you recall what the size -- dimensions of that were?

3   A.   Not exactly, but I think it was about 30 by 10.

4   Q.   And I think during your cross-exam -- forgive me if I

5   misstate this -- but you testified that you did not believe

6   that the staining -- let me ask it this way:  What is your

7   opinion with regard to whether the staining or liquid could be

8   water?

9   A.   I don't think it is just water because it is also dark and

10   stained.

11   Q.   Was there any other evidence that you considered that

12   formed your opinion that the stain was not just -- let me ask

13   a prior question.  When you say it wasn't just water, what do

14   you mean?

15   A.   One of the things that we do is we look at precipitation

16   data to see if there were effects -- if there had been recent

17   rainfall, and there had not been any rain 14 days prior to the

18   date of the overflight.  That is not all we do.  We also scan

19   the entire photograph to see if there is any other evidence of

20   any other areas where there might be puddling of water.

21   Q.   And did you do that here?

22   A.   Yes, I did.

23   Q.   What did you conclude?

24   A.   I did not see any other areas across the site that looked

25   like an area of puddled water.

-1428-

1    Q.  I would like to switch gears now and focus your attention

2    on building -- I would like to talk for a few minutes about

3    your opinions related to the area around building 52 and the

4    evaporation pit.

5            MR. TORRES:  Scope objection, Your Honor.

6            THE COURT:  Overruled.

7            MS. O'DONNELL:  This is rebuttal testimony, too,

8    information we heard from Dr. Feenstra.

9            THE COURT:  I over already overruled it.

10           BY MS. O'DONNELL:

11   Q.  Would you bring up Sitton declaration 1, please.

12           Ms. Sitton, you testified about a drainage channel

13   leading toward the evaporation pit from the area of building

14   52 or the roadway to the west of building 52.  Can you

15   describe where that drainage channel is on this photograph?

16   A.  Yes.  It is just to the west of building 52, and if you

17   look on the right-hand side -- if I can do this -- anyway, it

18   is the dark line that runs roughly east-west just southeast of

19   the evaporation pit.

20           THE COURT:  Where is the evaporation pit again?

21           You don't have any indication on the map.

22           THE WITNESS:  If you look at the left-hand sign, it's

23   says SB and then a line going to that dark rectangle.  That's

24   where the evaporation pit.

25           THE COURT:  It's the darkest rectangle on the

-1429-

1    photograph?

2         THE WITNESS:  Correct.  I use settlement basin because

3    there were other plot plan maps that called it a settlement

4    basin.  Other documents called it evaporation pits.

5         THE COURT:  Is this what is referred to as evaporation

6    pit 61?

7         THE WITNESS:  Yes, Your Honor.

8         BY MS. O'DONNELL:

9    Q.  Does the drainage channel that you observed go into the

10   evaporation pit?

11   A.  No, it does not.

12        THE COURT:  Again, are these the same dates?  What

13   date is this?  '59.

14        MS. O'DONNELL:  This is the 1959 --

15        THE COURT:  Did anything change as to this particular

16   site over your sequential photos, the analysis of later ones?

17        THE WITNESS:  Things in that area do change in that

18   ditch on later photos.

19        THE COURT:  Can you just give me what do you mean by

20   that.

21        THE WITNESS:  In 1959 it looked like the drainage

22   ditch came on the west side of the road and kind of went a

23   little bit to the southwest, but it didn't appear to go into

24   the evaporation pit or towards the evaporation pit.  On some

25   of the later years there were actually two ditches.  One came

1    in the same general direction, and another one went towards

2    the pit.

3              THE COURT:  Can I have an example so I can see what

4    you're saying.

5              THE WITNESS:  Sure, like on 19.  We would have to go

6    to another photo.

7              MS. O'DONNELL:  Your Honor, if I could ask your

8    indulgence to finish with this photo, and then I can show you

9    the same area in different years.

10             THE COURT:  All right.

11             BY MS. O'DONNELL:

12   Q.   Ms. Sitton, in this 1959 photo, do you see any pipe going

13   into the evaporation pit?

14   A.   No, I do not.

15   Q.   And you testified in your declaration that there's

16   staining or liquid in the drainage channel; is that right?

17   A.   That's correct.

18   Q.   Can you point that out in the photo?

19   A.   Yes, it is the dark line -- where the blue line comes

20   across on the left-hand, it is the dark line on the right-hand

21   photo.

22   Q.   There has been testimony, Ms. Sitton that the stain or

23   liquid is puddled water --

24             THE COURT:  The record is not going to be able

25   to -- what is the dark line?  Circle it.

1431

```
1              THE WITNESS:  My finger is not working on the screen.
2              THE COURT:  Okay.
3              THE WITNESS:  It is right in there.  It doesn't look
4    pretty, but it is right in there.
5              THE COURT:  It looks like less than a one-inch line
6    coming from the direction of the pit.
7              THE WITNESS:  Yeah, it's actually that -- that's good.
8              THE COURT:  Right.
9              THE WITNESS:  Right there.
10             THE COURT:  All right.
11             THE WITNESS:  That's better.
12             THE COURT:  So it is the southeast corner of the pit?
13             THE WITNESS:  Right.  Actually, what happens is the
14   drainage comes out from the west side of the north-south road,
15   and it goes to the west.  And then it kind of pools up on the
16   western side of that ditch where the deeper, darker portion of
17   that is more liquid.
18             THE COURT:  Where does it originate from?
19             THE WITNESS:  From the east side -- let me see if I
20   can put this in here.  Right where I put the yellow dot is
21   where it starts.  So it comes out from the west side of the
22   access road.
23             BY MS. O'DONNELL:
24   Q.   Ms. Sitton, there has been testimony that the stain or
25   liquid that you're seeing in that area or the staining or
```

1    liquid in that area is puddled water.  Do you agree with that?

2    A.  No, I don't.

3    Q.  Why not?

4    A.  It is too dark.  It does not appear to be just rainwater

5    because it is so dark.  It is also very similar in tone to the

6    liquid that is inside the evaporation pit.

7    Q.  Ms. Sitton, did you check the precipitation data for this

8    date --

9    A.  Yes, I did.

10   Q.  -- as well?

11       What did you conclude based on that?

12   A.  There was very little rainfall.  Maybe ten days before

13   there was like three-tenths of an inch.

14   Q.  And did you -- I think earlier you testified that another

15   thing you do when you're trying to determine whether a stain

16   might be water is to scan the rest of the site for evidence,

17   other evidence of puddling of water, and did you do that here?

18   A.  Yes, I did.

19   Q.  Did you see any other evidence of precipitation throughout

20   the photo?

21   A.  No, I did not.

22   Q.  Okay.  Let's go to --

23       THE COURT:  I don't think you're going to finish in

24   the next couple of minutes.

25       MS. O'DONNELL:  I think I can be done in five minutes,

1433

1    Your Honor.  I don't have any other questions except to go

2    through the other photographs you want to see --

3                THE COURT:  Mr. Torres, do you have more questions?

4                MR. TORRES:  I have just a few, Your Honor.

5                BY MS. O'DONNELL:

6    Q.   Could you bring up U.S. Exhibit 671, please.

7                Can you zoom in on the area, sort of the south central

8    portion of the site, same area of the site you were just

9    looking at.

10               Ms. Sitton, can you -- have you -- can you tell the

11   Court what this aerial photograph is or the date of this

12   aerial photograph?

13   A.   This is an aerial photograph dated 1963.

14   Q.   Can you describe for the Court what changes -- what -- can

15   you describe for the Court the drainage channels going towards

16   the evaporation pit 61, please?

17   A.   Certainly.  On this date, there is a smaller drainage

18   ditch going towards the evaporation pit and another one that

19   goes from east to west south of the pit.

20   Q.   Can you bring up U.S. Exhibit 672, please.

21               Can you zoom into the same area of the site?

22               THE COURT:  Right now you don't find a gap?

23               THE WITNESS:  A gap?

24               THE COURT:  Gap to the pit.

25               THE WITNESS:  No.

1    THE COURT:  Does it change?  I don't need to go

2  through --

3    THE WITNESS:  No.

4    THE COURT:  Okay.  That's it.

5    MS. O'DONNELL:  I have no further questions.

6    THE COURT:  Good.  Mr. Torres.

7    It is a fair inference THAT something occurred between

8  '63 and '66 -- '59 -- I'm sorry -- and '63?

9    THE WITNESS:  Say that again?

10    THE COURT:  Something changed --

11    THE WITNESS:  Yes.

12    THE COURT:  -- with respect to the evaporation pit

13  between 1959 and 1963?

14    THE WITNESS:  Yes.

15    THE COURT:  But we don't know what?

16    THE WITNESS:  Just the drainage, yes.

17    THE COURT:  Okay.  Go ahead.

18    MR. TORRES:  No questions, Your Honor.

19    THE COURT:  Thank you.

20    You're excused.

21    We can go off the record now.  Do we need the record

22  any more for anything?

23    No.  Okay.  Thank you, you're excused.

24    (Proceedings adjourned at 5:14 p.m.)

25

-1435-

1              CERTIFICATE OF OFFICIAL COURT REPORTER

2

3        I, Patricia A. Kaneshiro-Miller, certify that the

4   foregoing is a correct transcript from the record of

5   proceedings in the above-entitled matter.

6

7

8   -----------------------------------      -----------------------

9   PATRICIA A. KANESHIRO-MILLER                   DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1436

**'**

**'59** [2] - 1429:13, 1434:8
**'60s** [1] - 1344:18
**'63** [3] - 1416:9, 1434:8
**'64** [1] - 1381:23
**'65** [2] - 1381:23
**'66** [5] - 1342:19, 1364:6, 1364:10, 1416:9, 1434:8
**'67** [2] - 1364:6, 1364:10
**'68** [1] - 1416:10
**'70** [1] - 1390:16
**'74** [1] - 1416:10

**0**

**0550** [2] - 1377:25, 1378:1
**0574** [3] - 1366:12, 1366:20, 1366:21
**0577** [1] - 1372:8
**0579** [1] - 1382:12
**0580** [2] - 1390:15, 1390:17
**094** [1] - 1361:22

**1**

**1** [4] - 1360:6, 1363:2, 1383:7, 1428:11
**1,500** [6] - 1395:7, 1395:19, 1396:7, 1396:14, 1396:17, 1396:22
**10** [3] - 1366:25, 1401:15, 1427:3
**10.4.1** [1] - 1380:1
**100** [1] - 1407:2
**107** [1] - 1396:8
**11** [3] - 1401:11, 1401:13, 1402:4
**113** [1] - 1373:14
**116** [1] - 1374:18
**12** [1] - 1397:20
**13** [1] - 1337:23
**1360443** [1] - 1368:2
**14** [1] - 1427:17
**14004-37** [1] - 1379:21
**15** [6] - 1336:14, 1346:11, 1357:15, 1369:17, 1406:20, 1407:4
**15-inch** [2] - 1392:23, 1393:5

**150** [1] - 1337:12
**16** [1] - 1407:9
**16th** [1] - 1400:17
**17** [1] - 1374:8
**17.6** [1] - 1337:12
**18** [1] - 1393:16
**19** [1] - 1430:5
**1959** [5] - 1416:9, 1429:14, 1429:21, 1430:12, 1434:13
**1963** [4] - 1335:1, 1335:4, 1433:13, 1434:13
**1964** [4] - 1335:20, 1335:22, 1337:21, 1381:23
**1966** [10] - 1336:14, 1339:20, 1340:12, 1341:2, 1341:6, 1341:7, 1364:5, 1364:12, 1407:9, 1416:21
**1968** [4] - 1363:2, 1368:10, 1369:9, 1369:13
**1969** [2] - 1366:25, 1410:24
**1970** [3] - 1355:15, 1356:7, 1357:10
**1971** [6] - 1395:23, 1396:8, 1397:13, 1397:19, 1397:20, 1410:25
**1972** [1] - 1402:4
**1975** [2] - 1396:8, 1403:20

**2**

**2** [6] - 1363:8, 1366:8, 1366:20, 1397:19, 1400:21, 1400:22
**20** [6] - 1346:11, 1346:13, 1357:15, 1374:25, 1387:22, 1387:23
**2002** [1] - 1383:7
**2062** [3] - 1401:12, 1401:25, 1402:1
**24** [1] - 1348:11
**250690-503** [1] - 1379:25
**26** [1] - 1369:13

**3**

**3** [4] - 1372:7, 1380:1, 1392:24, 1400:23
**3/2/71** [1] - 1410:25

**30** [1] - 1427:3
**300-gallon** [1] - 1404:17
**301** [2] - 1377:21, 1378:3
**31** [2] - 1414:15, 1414:18
**37** [1] - 1348:12
**38** [1] - 1383:11
**3:46** [1] - 1390:4
**3D** [2] - 1408:5, 1408:6
**3rd** [3] - 1397:24, 1400:2, 1400:4

**4**

**4** [11] - 1361:21, 1363:3, 1363:8, 1377:9, 1388:3, 1389:12, 1407:7, 1411:7, 1423:18, 1425:8, 1425:9
**40** [6] - 1413:15, 1413:16, 1413:19, 1414:19, 1415:1, 1426:4
**40-foot** [1] - 1415:4
**46** [4] - 1379:10, 1379:12, 1379:14, 1379:17
**4:08** [1] - 1390:4

**5**

**5** [2] - 1337:13, 1382:7
**50** [1] - 1376:23
**52** [4] - 1428:3, 1428:14, 1428:16
**54** [1] - 1387:16
**550** [1] - 1377:22
**571** [1] - 1367:25
**572** [1] - 1360:7
**574** [1] - 1366:9
**580** [1] - 1390:12
**581** [3] - 1397:7, 1397:9, 1397:11
**5:14** [1] - 1434:24

**6**

**6** [2] - 1382:8, 1382:12
**60** [1] - 1401:8
**61** [2] - 1429:6, 1433:16
**62** [1] - 1401:11
**671** [1] - 1433:6
**672** [1] - 1433:20

**68** [1] - 1361:23

**7**

**7** [1] - 1390:11
**71** [1] - 1344:2
**75** [1] - 1370:22
**77** [12] - 1407:12, 1410:9, 1410:11, 1412:2, 1412:11, 1412:16, 1413:6, 1413:17, 1413:22, 1413:23, 1419:3, 1425:11

**8**

**8** [2] - 1374:21, 1397:7
**8361** [1] - 1391:2
**837** [3] - 1410:3, 1414:6, 1419:14
**8518** [1] - 1389:7, 1397:23
**8549** [2] - 1400:9, 1400:14
**8654** [1] - 1392:4
**8656** [3] - 1392:23, 1392:25, 1393:1
**8658** [1] - 1393:14
**8701** [1] - 1385:15
**8710** [3] - 1384:19, 1385:10, 1385:18

**9**

**9** [1] - 1401:15
**9/23/69** [1] - 1410:25
**90** [1] - 1401:6

**A**

**A-A** [2] - 1421:8, 1422:5
**AA** [2] - 1422:5, 1422:18
**ability** [1] - 1396:3
**able** [3] - 1403:5, 1419:14, 1430:24
**above-entitled** [1] - 1435:5
**absolutely** [1] - 1402:23
**accelerate** [1] - 1369:19
**accepted** [1] - 1390:15
**access** [1] - 1431:22

**accomplish** [1] - 1359:4
**accomplishment** [1] - 1369:20
**accord** [2] - 1341:19, 1351:22
**according** [4] - 1342:15, 1353:22, 1354:1, 1354:14
**accuracy** [1] - 1426:13
**acknowledge** [1] - 1390:2
**acronym** [1] - 1337:15, 1338:5
**action** [2] - 1394:6, 1401:20
**actions** [1] - 1369:19
**active** [3] - 1336:7, 1336:9, 1336:19
**activities** [4] - 1343:4, 1343:9, 1350:13, 1358:21
**actual** [3] - 1341:4, 1354:4, 1422:14
**add** [1] - 1366:12
**adjourned** [1] - 1434:24
**adjudicates** [1] - 1387:11
**admit** [1] - 1366:20
**admitted** [6] - 1366:21, 1377:25, 1378:1, 1397:10, 1401:24, 1401:25
**adopt** [1] - 1406:6
**advance** [1] - 1373:19
**advancement** [2] - 1363:12, 1365:4
**advice** [1] - 1367:9
**advises** [1] - 1360:20
**advisory** [2] - 1360:20, 1361:4
**aerial** [13] - 1408:4, 1408:5, 1408:19, 1416:3, 1417:1, 1418:17, 1423:19, 1426:8, 1426:11, 1426:18, 1433:11, 1433:12, 1433:13
**Aerojet** [12] - 1340:10, 1364:23, 1381:9, 1381:11, 1381:16, 1381:20, 1381:21, 1381:24, 1382:1, 1400:10, 1400:11, 1400:20
**aeronautical** [3] - 1335:1, 1360:18, 1392:16

**affidavit** [3] - 1402:7, 1403:10, 1406:13
**afternoon** [8] - 1334:5, 1334:12, 1334:13, 1336:15, 1405:21, 1405:22, 1405:24, 1405:25
**afterwards** [1] - 1352:15
**agree** [2] - 1363:15, 1432:1
**ahead** [4] - 1355:21, 1356:1, 1425:22, 1434:17
**Air** [64] - 1335:2, 1335:5, 1335:12, 1336:1, 1336:2, 1336:14, 1338:9, 1339:23, 1340:6, 1340:8, 1340:20, 1340:22, 1342:4, 1342:5, 1346:14, 1347:15, 1347:17, 1348:1, 1349:1, 1352:24, 1353:21, 1354:22, 1356:5, 1357:22, 1358:2, 1362:4, 1364:19, 1367:10, 1367:11, 1367:14, 1367:16, 1368:20, 1369:25, 1370:7, 1370:19, 1370:20, 1371:25, 1372:20, 1372:24, 1373:8, 1378:24, 1379:1, 1379:4, 1379:6, 1379:9, 1388:6, 1389:2, 1392:7, 1392:9, 1394:3, 1395:1, 1395:6, 1396:10, 1396:14, 1396:21, 1399:10, 1402:21, 1403:5, 1403:13, 1403:24, 1404:2, 1404:6
**air** [1] - 1405:12
**airplanes** [1] - 1392:17
**alive** [1] - 1357:3
**allowed** [2] - 1341:20, 1359:13
**allows** [1] - 1408:5
**almost** [1] - 1391:5
**alphabetical** [1] - 1378:15
**AMA** [1] - 1389:1
**ammonium** [3] - 1344:19, 1345:7, 1366:6

**analysis** [2] - 1408:20, 1429:16
**analyzing** [1] - 1416:5
**annotated** [1] - 1417:1
**answer** [6] - 1343:17, 1364:3, 1380:3, 1380:4, 1419:15
**answered** [2] - 1344:12, 1363:20
**anticipated** [3] - 1386:24, 1396:1, 1396:4
**anyway** [1] - 1428:17
**AP** [14] - 1342:23, 1342:24, 1342:25, 1343:20, 1344:17, 1344:20, 1345:7, 1345:8, 1361:25, 1362:7, 1362:15, 1365:10, 1365:24, 1414:4
**apologize** [1] - 1363:8
**appear** [3] - 1414:3, 1429:23, 1432:4
**approach** [1] - 1373:13
**approve** [1] - 1390:6
**April** [5] - 1368:10, 1369:13, 1369:17, 1397:19, 1407:9
**apron** [1] - 1425:13
**area** [29] - 1407:19, 1408:25, 1409:3, 1410:7, 1411:8, 1414:8, 1414:17, 1416:2, 1416:5, 1416:24, 1418:22, 1419:12, 1419:16, 1421:13, 1421:18, 1423:3, 1424:17, 1426:1, 1427:25, 1428:3, 1428:13, 1429:17, 1430:9, 1431:25, 1432:1, 1433:7, 1433:8, 1433:21
**areas** [3] - 1408:9, 1427:20, 1427:24
**arguments** [1] - 1386:21
**arranged** [1] - 1404:10
**arrive** [1] - 1357:20
**arrow** [2] - 1398:6, 1418:11
**arrows** [1] - 1423:6
**art** [6] - 1363:12, 1363:20, 1363:22, 1364:2, 1365:4, 1386:22
**article** [4] - 1374:21,

1375:5, 1375:9, 1375:11
**Arts** [2] - 1334:22, 1334:24
**ASD** [2] - 1360:18, 1361:7
**ASD/DAG** [4] - 1360:10, 1360:13, 1360:16, 1360:22
**aside** [1] - 1390:5
**assess** [2] - 1357:9, 1367:8
**assessing** [1] - 1398:19
**assessment** [1] - 1398:7
**assessments** [1] - 1369:14
**assigned** [1] - 1357:25
**assume** [4] - 1398:3, 1411:4, 1412:14, 1418:13
**assuming** [3] - 1403:10, 1411:16, 1420:6
**assurance** [9] - 1353:9, 1353:12, 1353:14, 1353:15, 1353:17, 1353:20, 1353:21, 1354:13, 1355:8
**assure** [1] - 1353:22
**astronautical** [1] - 1335:1
**Atlantic** [4] - 1391:6, 1391:10, 1391:18, 1391:19
**attack** [2] - 1336:3, 1337:19
**attend** [14] - 1342:2, 1345:16, 1345:21, 1345:22, 1347:5, 1348:13, 1348:15, 1349:4, 1349:19, 1350:23, 1351:17, 1351:22, 1351:24, 1370:13
**attended** [7] - 1346:3, 1346:5, 1346:12, 1348:25, 1349:10, 1351:19, 1352:5
**attendees** [2] - 1377:20, 1378:5
**attending** [2] - 1342:3, 1349:3
**attention** [1] - 1428:1
**August** [3] - 1355:15, 1356:7, 1374:8
**award** [9] - 1340:24,

1341:2, 1364:7, 1364:12, 1364:13, 1364:19, 1364:20, 1371:5, 1371:9
**awarded** [4] - 1339:19, 1341:3, 1341:8, 1364:11
**aware** [2] - 1366:16, 1371:1

## B

**Bachelor** [2] - 1334:22, 1334:24
**background** [1] - 1334:20
**bag** [2] - 1344:22, 1344:24
**bags** [1] - 1344:25
**ballistic** [3] - 1392:13, 1392:17, 1401:5
**bar** [2] - 1426:20, 1426:21
**Base** [15] - 1335:5, 1335:12, 1358:2, 1367:14, 1367:17, 1370:19, 1370:20, 1372:20, 1378:24, 1379:1, 1379:4, 1379:6, 1388:6, 1389:2, 1403:25
**based** [10] - 1345:4, 1356:24, 1408:19, 1408:24, 1412:22, 1414:18, 1419:20, 1419:25, 1426:4, 1432:11
**basement** [2] - 1383:13, 1383:16
**basin** [2] - 1429:2, 1429:4
**basis** [3] - 1408:3, 1408:18, 1409:4
**Bates** [12] - 1361:21, 1377:21, 1384:18, 1384:19, 1384:21, 1384:25, 1385:1, 1385:3, 1385:5, 1389:6, 1391:1, 1400:13
**Beaumont** [4] - 1350:7, 1350:8, 1350:13
**begin** [2] - 1337:20, 1341:4
**beginning** [3] - 1337:24, 1415:9, 1426:2
**begins** [1] - 1411:10

**behalf** [2] - 1347:16, 1399:17
**behind** [1] - 1377:9
**belief** [1] - 1415:4
**below** [4] - 1376:17, 1388:3, 1391:21, 1421:7
**berm** [3] - 1407:15, 1423:24, 1426:2
**best** [2] - 1344:17, 1376:11
**bet** [1] - 1356:3
**better** [4] - 1352:25, 1368:8, 1382:25, 1431:11
**between** [9] - 1365:24, 1367:13, 1367:16, 1371:1, 1396:8, 1406:23, 1426:1, 1434:7, 1434:13
**beyond** [1] - 1354:13
**bid** [6] - 1339:4, 1339:10, 1364:17, 1394:2, 1403:2, 1403:9
**big** [5] - 1345:1, 1371:23, 1401:4, 1401:10, 1413:25
**biggest** [1] - 1343:6
**bill** [1] - 1374:3
**Billy** [2] - 1373:1, 1373:2
**binder** [13] - 1359:20, 1359:21, 1360:6, 1360:8, 1366:9, 1367:21, 1367:23, 1368:1, 1372:7, 1377:23, 1390:11, 1397:6, 1406:13
**binders** [1] - 1367:22
**bins** [1] - 1345:1
**bit** [5] - 1354:16, 1414:10, 1420:20, 1426:7, 1429:23
**blue** [11] - 1412:24, 1414:21, 1414:22, 1415:17, 1417:6, 1417:10, 1418:11, 1418:22, 1419:1, 1423:11, 1430:19
**Bob** [2] - 1334:2, 1372:24
**Boeing** [68] - 1339:15, 1339:17, 1339:19, 1340:13, 1341:2, 1341:3, 1341:10, 1341:16, 1341:18, 1341:24, 1342:1, 1345:20, 1346:4, 1346:7, 1346:8,

1346:11, 1347:6, 1347:16, 1347:23, 1348:1, 1348:3, 1348:5, 1348:19, 1348:25, 1350:7, 1350:16, 1351:24, 1352:16, 1355:4, 1355:5, 1357:13, 1357:23, 1358:7, 1358:8, 1358:9, 1358:17, 1361:15, 1363:19, 1364:1, 1364:14, 1364:19, 1364:20, 1367:11, 1368:17, 1368:20, 1368:25, 1373:21, 1373:24, 1375:5, 1375:12, 1375:13, 1375:25, 1376:1, 1376:15, 1376:22, 1377:12, 1377:16, 1378:5, 1380:4, 1380:18, 1381:18, 1388:20, 1388:21, 1388:24, 1393:10, 1393:12, 1399:12, 1399:13

**Boeing's** [6] - 1345:15, 1346:1, 1349:4, 1349:24, 1350:1, 1364:22

**book** [1] - 1397:17

**boss** [4] - 1336:23, 1341:22, 1342:8, 1368:11

**bottom** [9] - 1336:6, 1336:22, 1372:16, 1373:14, 1374:20, 1384:20, 1385:14, 1391:5, 1400:9

**bought** [4] - 1392:10, 1392:16, 1392:18, 1392:19

**box** [1] - 1392:5

**branch** [1] - 1336:24

**break** [2] - 1389:11, 1390:1

**breath** [1] - 1405:12

**briefly** [3] - 1334:19, 1338:19, 1356:9

**bring** [13] - 1337:3, 1359:23, 1414:6, 1415:13, 1417:8, 1419:14, 1419:15, 1421:10, 1422:3, 1424:17, 1428:11, 1433:6, 1433:20

**build** [5] - 1338:8, 1354:16, 1381:18, 1394:17, 1399:7

**building** [30] - 1344:2, 1344:4, 1344:8, 1354:13, 1374:11, 1374:13, 1407:12, 1407:15, 1407:16, 1410:1, 1410:9, 1410:11, 1412:2, 1412:11, 1412:16, 1413:6, 1413:17, 1413:19, 1413:22, 1413:23, 1419:3, 1419:4, 1422:10, 1422:15, 1425:11, 1428:2, 1428:3, 1428:13, 1428:14, 1431:23, 1433:5

**built** [10] - 1337:13, 1338:10, 1353:22, 1353:25, 1382:3, 1396:22, 1399:11, 1400:11, 1400:20, 1401:2

**bunch** [1] - 1352:23

**burn** [7] - 1343:5, 1344:18, 1362:4, 1362:10, 1362:13, 1380:19, 1380:24

**burned** [3] - 1380:14, 1380:16, 1380:18

**burning** [1] - 1380:21

**buy** [2] - 1338:7, 1391:21

**buy-in** [1] - 1391:21

**buying** [1] - 1335:25

**BY** [81] - 1334:11, 1336:17, 1337:9, 1344:11, 1345:3, 1347:4, 1347:18, 1350:18, 1355:12, 1356:4, 1357:5, 1358:13, 1359:8, 1359:17, 1360:5, 1361:11, 1362:1, 1363:7, 1364:4, 1366:22, 1368:5, 1368:9, 1369:7, 1370:17, 1372:2, 1372:10, 1378:4, 1381:8, 1381:15, 1382:19, 1383:15, 1384:4, 1384:17, 1385:6, 1385:17, 1387:19, 1387:24, 1389:5, 1390:10, 1390:25, 1391:17, 1394:13, 1395:15, 1396:16, 1397:5, 1397:22, 1398:25, 1400:7, 1400:19, 1401:17, 1402:11,

1402:16, 1403:18, 1404:9, 1404:20, 1405:23, 1406:11, 1406:18, 1407:8, 1408:17, 1411:15, 1414:7, 1414:24, 1415:15, 1418:20, 1419:19, 1420:25, 1421:4, 1421:15, 1422:2, 1423:1, 1423:12, 1423:17, 1424:18, 1425:7, 1425:24, 1428:10, 1429:8, 1430:11, 1431:23, 1433:5

**C**

**C-5A** [3] - 1338:16, 1386:17, 1387:4

**California** [1] - 1381:5

**Camp** [2] - 1381:1, 1381:3

**capacity** [2] - 1342:3, 1342:11

**car** [1] - 1349:11

**care** [1] - 1352:23

**carry** [1] - 1337:13

**cars** [1] - 1419:7

**case** [4] - 1380:8, 1398:6, 1406:1, 1411:25

**catch** [1] - 1414:9

**caused** [1] - 1412:5

**causes** [1] - 1342:23

**CD** [1] - 1366:9

**ceased** [1] - 1397:2

**central** [1] - 1433:7

**certain** [7] - 1359:4, 1361:13, 1403:14, 1406:24, 1407:2, 1407:22, 1407:25

**certainly** [1] - 1433:17

**certainty** [1] - 1406:4

**CERTIFICATE** [1] - 1435:1

**certify** [1] - 1435:3

**chaired** [2] - 1346:4, 1346:7

**chairman** [1] - 1377:12

**chairperson** [1] - 1375:13

**change** [5] - 1336:21, 1343:5, 1429:15, 1429:17, 1434:1

**changed** [4] - 1336:16, 1336:18, 1352:17, 1434:10

**changes** [5] - 1393:2, 1393:4, 1393:9, 1393:11, 1433:14

**channel** [14] - 1407:16, 1407:19, 1407:25, 1408:10, 1408:15, 1409:2, 1409:8, 1409:16, 1409:20, 1411:16, 1428:12, 1428:15, 1429:9, 1430:16

**channels** [1] - 1433:15

**characterization** [1] - 1353:1

**check** [3] - 1426:17, 1426:18, 1432:7

**checked** [1] - 1378:16

**checking** [1] - 1426:13

**chemical** [1] - 1411:21

**chemicals** [1] - 1366:5

**chief** [6] - 1336:24, 1336:25, 1337:5, 1337:6, 1337:8, 1356:17

**Chinese** [1] - 1404:18

**choice** [1] - 1364:22

**circle** [5] - 1417:5, 1417:13, 1417:14, 1422:1, 1430:25

**circumstances** [2] - 1349:2, 1358:18

**civilian** [2] - 1336:15, 1336:19

**claim** [7] - 1386:10, 1386:13, 1386:15, 1386:16, 1386:18, 1387:15, 1387:17

**claims** [4] - 1387:1, 1387:3, 1387:5, 1387:8

**clarification** [2] - 1347:21, 1347:22

**clear** [5] - 1345:12, 1412:9, 1417:11, 1418:21, 1418:24

**clearly** [1] - 1377:15

**close** [1] - 1370:20

**closer** [1] - 1337:3

**co** [1] - 1335:19

**co-located** [1] - 1335:19

**Coast** [1] - 1391:19

**Colonel** [7] - 1351:19, 1368:10, 1398:3, 1398:4, 1398:17, 1398:18

**colonel** [2] - 1337:7, 1357:8

**colonel's** [1] - 1349:5

**colonels** [1] - 1349:9

**color** [1] - 1412:24

**colorless** [1] - 1414:4

**comfortable** [2] - 1351:12, 1351:13

**coming** [4] - 1342:10, 1412:16, 1431:6

**command** [1] - 1378:24

**Command** [1] - 1336:2

**commissioned** [2] - 1335:2, 1336:4

**commitment** [1] - 1336:10

**committee** [16] - 1349:21, 1351:18, 1356:15, 1360:8, 1361:12, 1366:24, 1367:2, 1367:7, 1367:9, 1367:14, 1367:23, 1369:12, 1369:13, 1369:15, 1369:25, 1372:17

**common** [1] - 1380:21

**compacted** [1] - 1421:13

**Company** [6] - 1368:13, 1369:15, 1369:19, 1371:2, 1371:6, 1391:19

**competition** [1] - 1364:25

**competitor** [1] - 1364:14

**complete** [1] - 1357:6

**completed** [2] - 1339:1, 1395:25

**completing** [1] - 1374:21

**completion** [2] - 1379:25, 1380:6

**components** [1] - 1411:20

**composite** [2] - 1363:4, 1363:11

**composition** [1] - 1411:21

**concerning** [1] - 1398:6

**conclude** [2] - 1427:23, 1432:11

**conclusion** [5] - 1374:20, 1375:16, 1376:3, 1376:9, 1376:17

**conclusions** [2] - 1374:17, 1413:10

**concrete** [1] - 1425:13

**concurrently** [1] - 1371:14
**conducted** [1] - 1356:7
**conference** [1] - 1346:16
**confidence** [1] - 1398:9
**confirm** [1] - 1343:12
**confused** [1] - 1417:16
**conjecture** [1] - 1394:25
**considered** [1] - 1427:11
**consternation** [1] - 1383:14
**container** [3] - 1352:25, 1353:4, 1354:7
**contending** [1] - 1412:3
**contention** [1] - 1418:4
**continuation** [2] - 1396:5, 1396:6
**continue** [3] - 1376:12, 1396:4, 1397:1
**contract** [36] - 1339:14, 1339:17, 1339:19, 1339:22, 1340:7, 1340:13, 1340:16, 1341:2, 1342:11, 1342:22, 1343:7, 1345:12, 1364:11, 1364:12, 1364:13, 1364:15, 1364:25, 1365:11, 1367:20, 1368:23, 1371:5, 1371:11, 1371:15, 1371:18, 1371:20, 1371:21, 1374:22, 1375:5, 1375:9, 1375:11, 1381:25, 1387:12, 1396:7, 1396:17, 1396:18, 1403:15
**contracting** [3] - 1347:14, 1347:17, 1351:15
**contractor** [10] - 1338:7, 1339:15, 1344:20, 1345:19, 1345:21, 1373:8, 1375:18, 1376:11, 1386:23, 1403:7
**contractors** [3] - 1339:3, 1339:8, 1403:22

**contracts** [18] - 1339:21, 1339:23, 1340:5, 1340:7, 1340:19, 1340:22, 1340:24, 1341:1, 1341:3, 1342:23, 1342:25, 1344:16, 1371:6, 1371:9, 1386:22, 1394:24, 1396:19, 1403:14
**contractual** [4] - 1348:18, 1348:24, 1350:20, 1396:20
**control** [2] - 1398:8, 1403:4
**controlling** [1] - 1374:5
**copy** [1] - 1369:9
**Cordova** [2] - 1381:11, 1381:16
**corner** [7] - 1384:20, 1385:14, 1410:23, 1411:19, 1413:17, 1413:18, 1431:12
**corporate** [1] - 1367:6
**correct** [58] - 1355:15, 1356:8, 1359:5, 1359:7, 1361:14, 1361:23, 1362:7, 1362:8, 1365:6, 1366:14, 1371:19, 1373:22, 1375:7, 1375:8, 1376:19, 1376:20, 1377:16, 1377:18, 1377:19, 1393:6, 1393:7, 1396:23, 1399:2, 1399:12, 1400:25, 1406:24, 1407:3, 1407:10, 1407:11, 1407:12, 1407:13, 1407:17, 1407:20, 1407:23, 1408:1, 1409:17, 1410:9, 1410:11, 1410:18, 1410:21, 1411:4, 1411:11, 1411:16, 1412:15, 1412:17, 1419:2, 1420:22, 1420:23, 1421:1, 1422:16, 1422:17, 1425:1, 1425:3, 1425:14, 1425:15, 1429:2, 1430:17, 1435:4
**correspond** [1] - 1422:14
**corresponding** [2] - 1422:21, 1423:3
**corresponds** [1] -

1422:15
**cosmetic** [1] - 1365:16
**cost** [2] - 1340:16
**cost-reimbursement** [1] - 1340:16
**costs** [1] - 1342:14
**country** [1] - 1370:18
**couple** [4] - 1358:11, 1374:18, 1384:9, 1432:24
**Court** [5] - 1382:17, 1382:22, 1433:11, 1433:14, 1433:15
**COURT** [282] - 1334:4, 1336:11, 1337:1, 1337:3, 1339:19, 1339:21, 1339:25, 1340:2, 1340:4, 1340:12, 1340:15, 1340:18, 1341:21, 1341:23, 1342:3, 1342:5, 1342:10, 1342:15, 1342:19, 1342:21, 1343:2, 1343:10, 1343:17, 1344:1, 1344:6, 1344:10, 1344:23, 1346:23, 1346:25, 1347:3, 1347:15, 1350:1, 1350:4, 1350:6, 1350:10, 1350:12, 1350:15, 1352:15, 1352:19, 1352:22, 1353:3, 1353:7, 1353:11, 1353:14, 1353:18, 1353:24, 1354:3, 1354:6, 1354:10, 1354:18, 1354:22, 1354:24, 1355:1, 1355:4, 1355:7, 1355:20, 1355:24, 1356:3, 1357:1, 1357:4, 1358:8, 1358:10, 1358:24, 1359:3, 1359:6, 1359:15, 1359:20, 1359:23, 1359:25, 1360:2, 1361:2, 1361:5, 1361:8, 1361:23, 1363:6, 1363:21, 1363:23, 1363:25, 1365:23, 1366:2, 1366:10, 1366:12, 1366:15, 1366:19, 1367:24, 1368:4, 1368:7, 1368:16, 1368:19, 1368:25, 1369:2,

1369:5, 1370:15, 1371:20, 1371:24, 1372:8, 1377:25, 1378:2, 1381:1, 1381:3, 1381:12, 1382:12, 1382:14, 1382:18, 1383:3, 1383:6, 1383:8, 1383:10, 1383:12, 1383:18, 1383:21, 1383:24, 1384:2, 1384:11, 1384:13, 1384:15, 1384:21, 1384:23, 1384:25, 1385:3, 1385:16, 1387:11, 1387:15, 1387:18, 1387:21, 1388:13, 1388:15, 1388:17, 1388:19, 1388:21, 1388:23, 1389:1, 1389:11, 1389:15, 1389:18, 1389:20, 1389:23, 1390:3, 1390:5, 1390:15, 1390:18, 1390:20, 1390:23, 1391:12, 1394:9, 1395:4, 1395:8, 1395:11, 1395:13, 1395:17, 1395:21, 1395:24, 1396:3, 1396:9, 1397:1, 1397:10, 1397:12, 1397:18, 1397:21, 1398:22, 1399:14, 1399:17, 1399:21, 1399:23, 1400:2, 1400:4, 1400:13, 1400:17, 1401:13, 1401:15, 1401:25, 1402:6, 1402:9, 1402:14, 1402:23, 1403:2, 1403:9, 1404:6, 1404:13, 1404:16, 1404:24, 1405:2, 1405:5, 1405:8, 1405:10, 1405:12, 1405:21, 1406:17, 1407:5, 1408:11, 1408:13, 1411:9, 1411:12, 1412:20, 1412:22, 1413:2, 1413:4, 1413:10, 1413:20, 1413:25, 1414:4, 1414:21, 1415:7, 1415:11, 1415:14, 1416:4, 1416:8, 1416:11, 1416:14, 1416:22, 1417:3, 1417:7, 1417:9,

1417:14, 1417:16, 1417:19, 1417:22, 1417:24, 1418:1, 1418:4, 1418:9, 1418:13, 1418:19, 1418:25, 1419:5, 1419:9, 1420:3, 1420:6, 1420:10, 1420:12, 1420:16, 1420:21, 1420:24, 1421:3, 1421:9, 1421:11, 1421:17, 1421:22, 1422:25, 1423:5, 1423:8, 1423:14, 1423:19, 1423:25, 1424:3, 1424:5, 1424:9, 1424:13, 1425:4, 1425:6, 1425:20, 1425:22, 1428:6, 1428:9, 1428:20, 1428:25, 1429:5, 1429:12, 1429:15, 1429:19, 1430:3, 1430:10, 1430:24, 1431:2, 1431:5, 1431:8, 1431:10, 1431:12, 1431:18, 1432:23, 1433:3, 1433:22, 1433:24, 1434:1, 1434:4, 1434:6, 1434:10, 1434:12, 1434:15, 1434:17, 1434:19, 1435:1
**court** [2] - 1334:15, 1366:20
**covered** [1] - 1418:11
**critical** [1] - 1388:9
**CROSS** [2] - 1359:16, 1406:10
**cross** [4] - 1422:6, 1422:19, 1425:25, 1427:4
**cross-exam** [1] - 1427:4
**CROSS-EXAMINATION** [2] - 1359:16, 1406:10
**cross-examination** [1] - 1425:25
**cull** [1] - 1407:10
**cull-out** [1] - 1407:10
**culvert** [6] - 1418:7, 1419:21, 1419:25, 1424:15, 1424:21, 1424:23
**curiosity** [1] - 1383:3
**curious** [1] - 1385:25
**cut** [3] - 1416:24,

1417:22, 1417:23

# D

D-U-L-L [1] - 1334:16
dad [1] - 1390:8
DAG [2] - 1360:20, 1361:2
dark [12] - 1411:22, 1414:3, 1416:15, 1416:16, 1427:9, 1428:18, 1428:23, 1430:19, 1430:20, 1430:25, 1432:4, 1432:5
dark-tone [1] - 1411:22
dark-toned [1] - 1414:3
darker - 1431:16
darkest [1] - 1428:25
data [4] - 1374:4, 1393:22, 1427:16, 1432:7
database [2] - 1426:9, 1426:12
date [9] - 1341:5, 1362:24, 1381:22, 1420:7, 1427:18, 1429:13, 1432:8, 1433:11, 1433:17
DATE [1] - 1435:9
dated [2] - 1368:10, 1433:13
dates [5] - 1397:16, 1409:1, 1415:25, 1416:20, 1429:12
day's [1] - 1397:14
days [3] - 1358:12, 1427:17, 1432:12
Dayton - 1335:6
DCAS [11] - 1353:6, 1353:9, 1353:24, 1354:24, 1354:25, 1355:1, 1357:16, 1357:17, 1357:19, 1358:24, 1375:18
dealing [3] - 1361:17, 1362:18, 1371:17
dealt [1] - 1362:6
decide [1] - 1388:9
declaration [8] - 1406:1, 1406:3, 1406:6, 1406:19, 1406:20, 1428:11, 1430:15
deeper [1] - 1431:16
Defense [1] - 1338:6
definite [1] - 1391:22

degreaser [1] - 1344:7
degreasing [1] - 1374:15
degree [3] - 1334:22, 1335:1, 1406:4
degrees [1] - 1334:23
Delaware [2] - 1334:21, 1334:24
deposed [2] - 1384:11, 1384:12
depth [1] - 1369:18
deputy [2] - 1356:16, 1370:7
describe [8] - 1338:19, 1356:9, 1386:22, 1387:1, 1426:16, 1428:15, 1433:14, 1433:15
described [1] - 1338:23
describing [2] - 1374:5, 1375:4
desert [1] - 1381:5
design [6] - 1338:12, 1348:18, 1348:23, 1363:18, 1364:8, 1374:23
designation [2] - 1378:20, 1393:20
detail [2] - 1354:17, 1376:22
detailed [1] - 1374:11
details [6] - 1338:11, 1338:24, 1338:25, 1355:10, 1399:19, 1411:2
determine [3] - 1408:9, 1408:16, 1432:15
develop [4] - 1336:2, 1386:24, 1394:4, 1395:1
developed [3] - 1393:23, 1394:23, 1403:14
developing [2] - 1362:6, 1365:6
development [13] - 1337:20, 1341:4, 1343:3, 1343:13, 1345:8, 1345:9, 1357:24, 1364:7, 1364:11, 1371:14, 1386:21, 1387:4, 1394:22
diameter [2] - 1337:13, 1401:6
diary [2] - 1399:24, 1400:1
Dick [2] - 1356:17,

1356:18
dictate [1] - 1338:12
different [13] - 1350:9, 1350:20, 1352:4, 1358:19, 1358:21, 1367:4, 1369:25, 1397:4, 1408:9, 1408:15, 1409:20, 1416:6, 1430:9
differentiate [1] - 1353:15
differently [1] - 1409:23
difficulties [1] - 1394:18
difficulty [1] - 1362:3
digital [1] - 1408:5
digits [2] - 1385:16, 1392:4
dimensions [1] - 1427:2
dips [1] - 1422:9
direct [2] - 1376:10, 1406:12
DIRECT [2] - 1334:10, 1405:20
directed [1] - 1347:23
direction [22] - 1338:6, 1338:9, 1348:8, 1351:9, 1351:16, 1352:13, 1375:24, 1375:25, 1376:1, 1376:5, 1376:8, 1407:25, 1409:15, 1409:20, 1410:16, 1415:21, 1420:7, 1420:8, 1420:14, 1420:18, 1430:1, 1431:6
directly [4] - 1340:2, 1358:22, 1358:25, 1368:21
director [7] - 1337:8, 1351:25, 1352:1, 1356:10, 1356:16, 1357:9, 1370:7
directors [1] - 1351:20
directs [1] - 1362:14
discovery [1] - 1384:15
discuss [1] - 1389:25
discussed [3] - 1352:9, 1352:10, 1355:17
discussing [2] - 1369:11, 1372:4
Discussion [2] - 1360:4, 1425:21
discussion [2] - 1352:6, 1365:5

discussions [7] - 1362:9, 1362:19, 1362:21, 1365:20, 1365:21, 1387:7, 1387:19
disk [1] - 1382:14
disposal [1] - 1352:6
dispose [2] - 1380:7, 1380:16
disposed [2] - 1380:12, 1403:21
disposition [2] - 1379:24, 1403:24
distance [4] - 1413:15, 1413:18, 1426:1, 1426:3
distinction [1] - 1406:23
ditch [33] - 1411:5, 1412:6, 1412:9, 1412:13, 1413:1, 1413:2, 1413:5, 1413:19, 1416:1, 1416:3, 1416:20, 1416:22, 1417:9, 1417:17, 1417:19, 1417:21, 1418:1, 1418:6, 1418:11, 1418:14, 1419:5, 1419:20, 1420:14, 1421:1, 1421:5, 1423:24, 1426:3, 1426:25, 1429:18, 1429:22, 1431:16, 1433:18
ditches [1] - 1429:25
division [5] - 1360:18, 1360:19, 1361:4, 1392:14, 1392:18
doctrine [1] - 1338:14
document [24] - 1356:2, 1360:10, 1361:21, 1362:14, 1363:1, 1368:7, 1369:8, 1372:11, 1372:13, 1372:17, 1377:10, 1377:16, 1379:10, 1382:20, 1385:2, 1385:4, 1385:13, 1402:12, 1410:5, 1410:8, 1410:13, 1410:24, 1411:5
documentation [1] - 1374:5
documents [5] - 1354:6, 1354:16, 1359:19, 1374:24, 1429:4
dollars [1] - 1386:17

Don [4] - 1356:16, 1370:7, 1398:18, 1398:23
done [7] - 1343:22, 1354:21, 1365:11, 1395:19, 1403:13, 1425:18, 1432:25
dot [12] - 1408:9, 1408:12, 1408:13, 1418:22, 1419:1, 1421:6, 1421:11, 1421:16, 1421:17, 1421:18, 1423:2, 1431:20
dotted [2] - 1415:10, 1424:20
down [17] - 1363:6, 1374:2, 1376:17, 1382:6, 1384:20, 1385:14, 1387:10, 1388:3, 1390:23, 1390:24, 1391:5, 1403:20, 1411:8, 1413:19, 1416:3, 1420:20, 1422:16
downward [1] - 1376:23
Dr [2] - 1389:16, 1389:19, 1428:8
draft [1] - 1372:13
drafted [1] - 1360:25
drain [2] - 1390:23, 1409:12
drainage [35] - 1408:10, 1408:15, 1408:25, 1409:1, 1409:2, 1409:8, 1409:21, 1410:15, 1411:4, 1412:6, 1413:15, 1413:16, 1415:1, 1415:10, 1415:11, 1415:18, 1415:21, 1415:22, 1416:1, 1416:19, 1416:20, 1416:22, 1417:9, 1417:17, 1426:2, 1426:25, 1428:12, 1428:15, 1429:9, 1429:21, 1430:16, 1431:14, 1433:15, 1433:17, 1434:16
drains [2] - 1409:7, 1409:9
draw [1] - 1406:22
drawing [6] - 1412:14, 1413:13, 1414:19, 1418:7, 1424:5, 1426:5
drawings [2] - 1374:3,

1410:1
**drove** [1] - 1349:11
**DULL** [1] - 1334:6
**Dull** [5] - 1334:12, 1372:3, 1372:11, 1379:20, 1379:21
**dull** [26] - 1334:16, 1340:19, 1343:12, 1343:15, 1344:12, 1356:5, 1359:18, 1360:6, 1360:25, 1363:9, 1366:23, 1368:1, 1368:10, 1369:8, 1369:22, 1377:10, 1382:6, 1382:20, 1390:11, 1391:1, 1392:4, 1397:6, 1397:23, 1401:18, 1403:16, 1403:19
**duly** [2] - 1334:7, 1405:17
**dumped** [1] - 1414:1
**during** [15] - 1339:11, 1343:13, 1345:6, 1348:9, 1352:5, 1355:17, 1357:24, 1369:16, 1373:22, 1374:13, 1387:4, 1390:1, 1394:21, 1425:25, 1427:4
**duties** [2] - 1335:9, 1335:11
**duty** [4] - 1335:7, 1336:7, 1336:9, 1336:19

**E**

**early** [3] - 1341:1, 1345:7, 1345:9
**easiest** [1] - 1384:18
**east** [23] - 1407:17, 1408:1, 1408:16, 1408:25, 1409:2, 1409:5, 1409:7, 1409:9, 1409:11, 1409:12, 1411:5, 1411:17, 1412:10, 1412:24, 1415:19, 1417:1, 1418:8, 1419:20, 1421:24, 1428:18, 1431:19, 1433:19
**East** [1] - 1391:19
**east-west** [1] - 1428:18
**education** [1] - 1334:20
**Edwards** [4] -

1370:19, 1370:20, 1372:20, 1373:2
**effects** [1] - 1427:16
**either** [5] - 1352:16, 1382:15, 1415:19, 1423:10, 1423:15
**elaborate** [1] - 1355:16
**elevation** [3] - 1408:9, 1408:14, 1422:9
**employed** [3] - 1363:5, 1363:11, 1383:6
**employees** [7] - 1346:7, 1346:8, 1356:14, 1356:15, 1357:13, 1357:17, 1359:10
**end** [16] - 1395:11, 1395:12, 1407:19, 1411:9, 1411:18, 1413:1, 1413:2, 1413:5, 1413:12, 1415:17, 1416:4, 1416:17, 1416:19, 1419:24, 1426:20, 1426:24
**ended** [2] - 1336:9, 1415:16
**ending** [3] - 1368:2, 1373:14, 1374:18
**ends** [2] - 1361:22, 1384:19
**Energy** [4] - 1365:8, 1365:10, 1365:13, 1366:3
**engineer** [12] - 1335:8, 1335:9, 1335:11, 1336:25, 1337:6, 1338:1, 1351:6, 1356:18, 1372:24, 1373:10, 1424:22
**engineering** [12] - 1335:1, 1335:18, 1376:21, 1376:22, 1410:1, 1412:14, 1413:13, 1414:19, 1418:7, 1422:24, 1424:14, 1426:4
**engineers** [6] - 1347:25, 1348:1, 1348:2, 1348:4, 1348:5, 1348:7
**engines** [2] - 1335:13, 1335:14
**enjoyed** [1] - 1405:10
**ensure** [2] - 1369:19, 1398:11
**ensuring** [1] - 1399:5
**entire** [2] - 1371:23,

1427:19
**entirely** [2] - 1367:4, 1390:6
**entities** [1] - 1357:11
**entitled** [2] - 1360:10, 1435:5
**equipment** [4] - 1403:19, 1403:24, 1404:1, 1404:13
**escorted** [3] - 1358:6, 1358:7, 1360:22
**essential** [1] - 1374:5
**evaporation** [5] - 1428:4, 1428:13, 1428:19, 1428:20, 1428:24, 1429:4, 1429:5, 1429:10, 1429:24, 1430:13, 1432:6, 1433:16, 1433:18, 1434:12
**evidence** [18] - 1366:21, 1377:24, 1378:1, 1382:10, 1382:11, 1390:13, 1390:15, 1390:17, 1397:8, 1397:11, 1399:1, 1401:24, 1402:1, 1427:11, 1427:19, 1432:16, 1432:17, 1432:19
**exact** [1] - 1345:2
**exactly** [1] - 1427:3
**exam** [1] - 1427:4
**EXAMINATION** [5] - 1334:10, 1359:16, 1405:20, 1406:10, 1425:23
**examination** [1] - 1425:25
**examined** [2] - 1334:8, 1405:18
**example** [3] - 1353:24, 1422:14, 1430:3
**excavation** [2] - 1410:9, 1410:10
**except** [2] - 1420:14, 1433:1
**exclamation** [1] - 1388:9
**excuse** [4] - 1365:15, 1381:2, 1420:5, 1423:7
**excused** [2] - 1434:20, 1434:23
**executed** [1] - 1402:7
**executive** [1] - 1349:19
**executives** [1] - 1349:15
**exhibit** [1] - 1367:24

**Exhibit** [10] - 1360:7, 1366:9, 1377:22, 1390:12, 1397:9, 1397:11, 1402:1, 1410:3, 1433:6, 1433:20
**exhibits** [1] - 1366:16
**exist** [2] - 1340:5, 1383:16
**existing** [5] - 1410:15, 1414:25, 1415:10, 1415:11, 1415:17
**experience** [1] - 1405:10
**expert** [3] - 1370:11, 1405:13, 1422:24
**experts** [1] - 1367:7
**explain** [6] - 1360:16, 1382:22, 1414:1, 1418:9, 1420:17, 1426:7
**explains** [1] - 1420:7
**exposure** [1] - 1356:23

**F**

**face** [2] - 1365:17, 1366:5
**FACI** [3] - 1374:24, 1377:8
**facilities** [4] - 1358:19, 1359:9, 1370:23, 1380:24
**facility** [5] - 1350:6, 1350:15, 1357:22, 1358:14, 1358:21
**fact** [4] - 1353:18, 1375:4, 1408:24, 1409:7
**fail** [1] - 1376:12
**failing** [1] - 1342:16
**failure** [2] - 1345:23, 1348:17
**failures** [1] - 1341:15
**fair** [5] - 1352:25, 1413:20, 1416:14, 1422:20, 1434:7
**Falk** [2] - 1351:19, 1368:11
**fall** [1] - 1336:5
**familiar** [2] - 1372:11, 1380:12
**far** [1] - 1396:9
**feature** [1] - 1414:13
**features** [3] - 1406:23, 1412:1, 1426:18
**feedback** [2] - 1351:7, 1352:1

**Feenstra** [1] - 1428:8
**feet** [10] - 1401:8, 1413:15, 1413:16, 1413:19, 1414:15, 1414:18, 1414:19, 1415:1, 1426:4
**felt** [2] - 1351:12, 1351:13
**few** [3] - 1366:13, 1428:2, 1433:4
**figure** [5] - 1407:7, 1411:7, 1423:18, 1425:8
**filed** [2] - 1394:2, 1403:10
**fill** [1] - 1421:13
**findings** [1] - 1369:14
**fine** [7] - 1337:18, 1340:18, 1362:10, 1362:18, 1362:21, 1366:5, 1417:14
**finger** [1] - 1431:1
**finish** [6] - 1355:22, 1389:23, 1405:6, 1424:13, 1430:8, 1432:23
**finished** [1] - 1395:22
**fired** [2] - 1394:21, 1396:8
**firings** [1] - 1374:21
**first** [24] - 1334:7, 1335:13, 1335:20, 1335:21, 1335:22, 1338:21, 1339:22, 1373:18, 1374:21, 1375:5, 1375:9, 1375:11, 1377:15, 1378:14, 1382:16, 1384:3, 1384:5, 1386:5, 1386:10, 1389:21, 1390:21, 1394:19, 1401:6, 1405:17
**fits** [1] - 1411:25
**five** [3] - 1357:18, 1358:12, 1432:25
**fixed** [1] - 1340:16
**fixed-cost** [1] - 1340:16
**flight** [2] - 1336:25, 1337:5
**flip** [1] - 1393:14
**floating** [2] - 1408:9, 1408:11
**flour** [1] - 1344:22
**flow** [3] - 1409:20, 1409:23, 1412:5
**flows** [1] - 1411:17
**Fluid** [4] - 1365:8, 1365:10, 1365:13,

1366:3
**focus** [3] - 1353:25, 1414:8, 1428:1
**folks** [1] - 1351:6
**follow** [1] - 1368:4
**follows** [2] - 1334:9, 1405:19
**foot** [1] - 1383:23
**Force** [62] - 1335:2, 1335:5, 1335:12, 1336:1, 1336:14, 1338:9, 1339:24, 1340:6, 1340:8, 1340:20, 1340:22, 1342:4, 1342:5, 1346:14, 1347:15, 1347:17, 1348:1, 1349:1, 1352:24, 1353:21, 1354:22, 1356:5, 1357:22, 1358:2, 1362:4, 1364:20, 1367:10, 1367:11, 1367:14, 1367:17, 1368:21, 1370:1, 1370:7, 1370:19, 1370:20, 1372:20, 1372:24, 1373:8, 1378:24, 1379:1, 1379:4, 1379:6, 1379:9, 1388:6, 1389:2, 1392:7, 1392:9, 1394:3, 1395:1, 1395:6, 1396:10, 1396:14, 1396:21, 1399:10, 1402:22, 1403:5, 1403:13, 1403:24, 1404:2, 1404:6
**force** [2] - 1371:25, 1376:23
**foregoing** [1] - 1435:4
**forerunning** [1] - 1370:11
**forgive** [1] - 1427:4
**forgot** [1] - 1359:21
**form** [1] - 1367:6
**formality** [1] - 1368:23
**formed** [4] - 1335:20, 1335:21, 1335:22, 1427:12
**formulation** [3] - 1393:21, 1393:23, 1394:19
**four** [11] - 1357:18, 1358:12, 1361:10, 1385:16, 1389:6, 1391:2, 1392:4, 1392:22, 1396:18, 1400:8, 1400:9

**four-star** [1] - 1361:10
**fourth** [1] - 1373:13
**free** [1] - 1348:6
**fresh** [1] - 1405:12
**front** [5] - 1368:16, 1397:16, 1397:19, 1397:20, 1406:13
**fulfilled** [1] - 1396:7
**full** [1] - 1334:14, 1357:13, 1408:18
**full-time** [1] - 1357:13
**function** [1] - 1355:11
**funds** [1] - 1387:3
**future** [1] - 1395:25

**G**

**GAO** [3] - 1387:5, 1387:7, 1387:11
**gap** [3] - 1433:22, 1433:23, 1433:24
**Gatchel** [1] - 1334:2
**GDC** [2] - 1384:21, 1385:5
**gears** [1] - 1428:1
**general** [8] - 1339:3, 1340:10, 1356:25, 1360:19, 1361:6, 1361:10, 1409:21, 1430:1
**general's** [1] - 1349:5
**generally** [1] - 1409:7
**generals** [3] - 1347:1, 1348:21, 1349:10
**generically** [1] - 1338:20
**Geographical** [2] - 1426:9, 1426:12
**GIS** [1] - 1426:6
**given** [8] - 1346:5, 1351:11, 1373:19, 1380:3, 1380:4, 1394:3, 1394:12, 1394:24
**goal** [1] - 1353:19
**government** [15] - 1339:9, 1341:15, 1352:12, 1356:14, 1356:15, 1378:6, 1380:24, 1383:4, 1386:16, 1387:11, 1388:15, 1404:1, 1404:7, 1411:24, 1412:3
**government's** [1] - 1411:25
**government-owned** [1] - 1404:1
**grade** [2] - 1346:21,

1349:8
**graduate** [1] - 1334:25
**graduated** [1] - 1334:22
**granted** [1] - 1393:25
**green** [2] - 1411:10, 1411:18
**grind** [6] - 1343:19, 1344:14, 1362:7, 1365:6, 1365:10, 1366:5
**grinding** [17] - 1343:13, 1343:21, 1343:24, 1344:13, 1361:18, 1361:25, 1362:10, 1362:15, 1362:18, 1362:19, 1362:21, 1365:24, 1374:13, 1392:23, 1393:5, 1393:6, 1393:9
**ground** [5] - 1344:17, 1353:19, 1359:4, 1416:25, 1419:11
**group** [2] - 1360:20, 1361:4
**GS-14** [1] - 1336:24
**GS-15** [2] - 1337:5, 1337:7
**guess** [4] - 1334:3, 1378:15, 1382:24, 1391:13
**guidance** [3] - 1351:9, 1352:12, 1359:10

**H**

**half** [5] - 1336:8, 1337:23, 1383:11, 1389:14, 1397:15
**hand** [7] - 1384:20, 1385:14, 1410:23, 1428:17, 1428:22, 1430:20
**handwritten** [1] - 1379:15
**Hansen** [1] - 1393:12
**hash** [1] - 1421:12
**HAWK** [1] - 1400:21
**head** [2] - 1343:15, 1356:15
**headed** [1] - 1360:18
**hear** [1] - 1343:10
**heard** [1] - 1428:8
**held** [3] - 1346:1, 1366:24, 1374:24
**help** [1] - 1404:21
**helped** [2] - 1338:22, 1338:23

**Henderson** [1] - 1345:2
**Hercules** [3] - 1340:10, 1364:23, 1391:21
**hierarchy** [2] - 1336:5, 1336:21
**high** [4] - 1348:25, 1349:2, 1367:7, 1383:23
**high-level** [1] - 1367:7
**high-ranking** [2] - 1348:25, 1349:2
**higher** [4] - 1346:9, 1349:24, 1350:19, 1399:20
**higher-ups** [1] - 1399:20
**highlight** [1] - 1410:7
**hill** [3] - 1424:10, 1424:24, 1425:1
**Hill** [7] - 1378:24, 1379:1, 1379:3, 1379:6, 1388:6, 1389:2, 1403:24
**hog** [1] - 1352:8
**hog-out** [1] - 1352:8
**hogging** [1] - 1343:4
**Honor** [62] - 1339:20, 1343:1, 1343:8, 1343:11, 1353:2, 1354:9, 1355:6, 1356:2, 1359:14, 1363:24, 1365:25, 1366:9, 1366:18, 1367:22, 1367:25, 1368:18, 1369:1, 1377:23, 1378:3, 1381:2, 1382:10, 1384:16, 1384:22, 1385:1, 1385:5, 1387:13, 1387:23, 1390:2, 1390:12, 1390:14, 1394:11, 1397:9, 1400:5, 1401:16, 1402:10, 1403:1, 1403:5, 1403:13, 1405:1, 1405:4, 1405:14, 1405:22, 1406:15, 1407:6, 1411:11, 1418:3, 1418:6, 1418:12, 1419:2, 1419:13, 1420:5, 1420:9, 1422:23, 1424:15, 1425:8, 1425:19, 1428:5, 1429:7, 1430:7, 1433:1, 1433:4, 1434:18

**hope** [1] - 1405:10
**hour** [1] - 1389:14
**house** [2] - 1354:15, 1367:9
**hurrying** [1] - 1401:16
**husband** [1] - 1390:6

**I**

**ICBMs** [1] - 1392:19
**idea** [4] - 1365:25, 1366:4, 1412:19, 1421:16
**identification** [3] - 1406:24, 1407:22, 1412:15
**identified** [3] - 1407:14, 1407:16, 1407:19
**identify** [1] - 1406:23
**II** [2] - 1380:7, 1400:21
**III** [2] - 1374:20, 1400:22
**imagine** [2] - 1423:13, 1423:14
**important** [3] - 1354:8, 1354:9, 1374:25
**imposed** [1] - 1362:4
**improper** [1] - 1367:19
**in-house** [2] - 1354:15, 1367:9
**inch** [2] - 1431:5, 1432:13
**inches** [1] - 1337:12, 1401:6
**include** [3] - 1350:12, 1374:23, 1383:22
**included** [1] - 1383:20
**increase** [4] - 1341:13, 1343:6, 1417:4, 1417:7
**increased** [1] - 1341:14
**increasing** [1] - 1375:20
**indicate** [1] - 1398:14
**indicated** [1] - 1413:14
**indicates** [2] - 1413:20, 1421:13
**indication** [2] - 1378:12, 1428:21
**individual** [1] - 1369:15
**indulgence** [1] - 1430:8
**industry** [6] - 1340:10,

1340:23, 1365:16, 1367:8, 1380:22, 1403:5
**inference** [1] - 1434:7
**Information** [2] - 1426:9, 1426:12
**information** [4] - 1360:21, 1394:11, 1403:6, 1428:8
**informed** [1] - 1341:17
**initial** [1] - 1348:14
**initiating** [1] - 1338:21
**inside** [1] - 1432:6
**inspection** [8] - 1374:4, 1374:22, 1374:23, 1375:5, 1375:9, 1375:11, 1375:18, 1375:19
**inspections** [1] - 1375:24
**installation** [2] - 1358:20
**instance** [1] - 1340:6
**instead** [1] - 1384:2
**instruct** [1] - 1375:17
**insulation** [2] - 1358:20, 1393:20
**intent** [1] - 1395:1
**interact** [3] - 1349:15, 1358:22, 1358:25
**interchange** [5] - 1345:24, 1345:25, 1347:5, 1347:8, 1348:16
**intercontinental** [2] - 1392:18, 1401:5
**interest** [1] - 1341:15
**interested** [2] - 1414:9, 1423:20
**interests** [1] - 1342:13
**internal** [1] - 1393:20
**introducing** [3] - 1377:23, 1390:13, 1397:8
**inventory** [1] - 1380:8
**investigation** [1] - 1411:1
**investigative** [1] - 1355:18
**invitation** [2] - 1345:15, 1345:20
**invite** [2] - 1341:18, 1345:15
**invited** [5] - 1341:10, 1351:23, 1351:24, 1367:10, 1367:11
**involved** [9] - 1339:25, 1340:11, 1355:8, 1362:20, 1365:19, 1382:5, 1386:18,

1387:25, 1395:14
**involvement** [1] - 1353:16
**Irwin** [2] - 1381:1, 1381:3
**is..** [1] - 1364:1
**issue** [2] - 1354:13, 1362:10
**issues** [5] - 1361:13, 1361:17, 1362:13, 1362:17, 1370:9
**items** [1] - 1422:21
**itself** [1] - 1368:7
**IV** [4] - 1375:16, 1385:7, 1385:22, 1400:22

## J

**JAG** [1] - 1393:16
**January** [7] - 1335:20, 1335:22, 1336:14, 1337:21, 1366:25, 1383:7, 1393:16
**jet** [1] - 1335:13
**Joan** [2] - 1334:1
**job** [2] - 1336:13, 1336:16
**Jon** [3] - 1417:8, 1419:16, 1424:17
**journal** [1] - 1400:6
**journals** [2] - 1382:23, 1382:24
**judge** [1] - 1390:8
**July** [2] - 1363:2, 1400:17

## K

**Kaneshiro** [1] - 1435:3
**KANESHIRO** [1] - 1435:9
**Kaneshiro-Miller** [1] - 1435:3
**KANESHIRO-MILLER** [1] - 1435:9
**keep** [1] - 1341:16
**keeping** [1] - 1390:6
**kept** [3] - 1383:3, 1383:4, 1383:5
**Kiefer** [1] - 1334:2
**kiloton** [1] - 1337:14
**kind** [6] - 1340:15, 1353:4, 1361:9, 1419:3, 1429:22, 1431:15
**knowledge** [4] -

1344:17, 1349:7, 1349:17, 1365:12
**knowledgeable** [2] - 1370:9, 1372:22
**known** [1] - 1426:18
**knows** [1] - 1423:10
**Korea** [3] - 1404:4, 1404:11, 1404:18

## L

**L.A** [2] - 1392:8, 1392:18
**Lab** [13] - 1339:24, 1340:7, 1340:21, 1340:22, 1355:14, 1356:6, 1370:8, 1371:2, 1371:5, 1372:25, 1378:18, 1381:25, 1388:14
**lab** [5] - 1344:15, 1356:11, 1356:16, 1386:1
**labeled** [1] - 1421:8
**lack** [1] - 1382:24
**lane** [1] - 1382:6
**large** [3] - 1371:11, 1371:21, 1401:9
**largely** [1] - 1406:14
**larger** [2] - 1401:1, 1414:17
**Las** [1] - 1345:2
**last** [17] - 1356:20, 1363:1, 1369:11, 1377:20, 1385:16, 1389:6, 1391:2, 1392:4, 1392:22, 1400:8, 1400:10, 1400:16, 1402:6, 1415:8, 1415:9, 1423:8
**late** [1] - 1344:18
**lately** [1] - 1402:20
**latest** [1] - 1398:6
**leading** [1] - 1428:13
**learned** [1] - 1424:9
**least** [1] - 1376:23
**left** [6] - 1357:2, 1414:10, 1417:6, 1417:10, 1428:22, 1430:20
**left-hand** [2] - 1428:22, 1430:20
**length** [1] - 1414:14
**less** [1] - 1431:5
**letter** [5] - 1368:10, 1398:2, 1398:17, 1398:18, 1399:15
**letters** [6] - 1367:13,

1367:16, 1367:19, 1392:5, 1399:20, 1400:8
**level** [4] - 1341:16, 1349:24, 1367:7, 1422:21
**lid** [2] - 1352:25, 1354:7
**lids** [1] - 1353:8
**lieutenant** [3] - 1335:2, 1336:4, 1360:24
**likely** [2] - 1407:6, 1409:19
**limited** [2] - 1393:17, 1393:22
**line** [26] - 1400:10, 1400:16, 1411:10, 1411:18, 1412:23, 1414:22, 1414:25, 1415:10, 1415:17, 1415:18, 1417:6, 1417:10, 1423:9, 1423:11, 1423:23, 1423:25, 1424:19, 1428:18, 1428:23, 1430:19, 1430:20, 1430:25, 1431:5
**liners** [1] - 1403:14
**lines** [1] - 1424:20
**liquid** [17] - 1338:13, 1407:20, 1411:8, 1411:17, 1411:20, 1414:2, 1418:21, 1425:10, 1425:13, 1426:24, 1427:7, 1430:16, 1430:23, 1431:17, 1431:25, 1432:1, 1432:6
**liquids** [1] - 1416:25
**list** [1] - 1378:14
**listed** [2] - 1377:12, 1378:10
**live** [1] - 1425:6
**LMCPRO** [1] - 1368:2
**local** [2] - 1346:11, 1353:9
**located** [3] - 1335:19, 1346:8, 1370:18
**location** [1] - 1416:1
**Lockheed** [60] - 1340:2, 1340:8, 1341:17, 1344:18, 1345:15, 1345:21, 1346:5, 1347:23, 1348:1, 1348:3, 1349:14, 1349:25, 1350:4, 1351:1, 1352:16, 1354:15, 1355:2, 1356:12,

1358:22, 1359:6, 1363:19, 1364:17, 1364:21, 1364:23, 1364:24, 1365:11, 1365:13, 1366:24, 1367:6, 1367:9, 1367:10, 1367:11, 1368:13, 1368:15, 1368:21, 1369:14, 1369:18, 1370:1, 1370:3, 1371:1, 1371:6, 1371:10, 1373:18, 1375:24, 1386:16, 1387:3, 1388:17, 1393:13, 1393:20, 1394:3, 1394:20, 1395:4, 1395:21, 1395:25, 1396:17, 1397:2, 1397:3, 1397:4, 1403:21, 1404:7
**Lockheed's** [1] - 1339:16
**Lockheed-related** [1] - 1397:2
**logistics** [1] - 1378:24
**look** [35] - 1353:18, 1366:8, 1368:6, 1372:7, 1372:16, 1374:17, 1375:16, 1375:17, 1376:3, 1376:9, 1377:8, 1384:10, 1400:9, 1401:11, 1406:21, 1408:21, 1410:1, 1410:3, 1410:6, 1410:20, 1410:22, 1410:23, 1412:1, 1414:13, 1414:19, 1415:25, 1417:6, 1421:5, 1424:2, 1424:4, 1424:15, 1427:15, 1428:17, 1428:22, 1431:3
**looked** [9] - 1408:6, 1410:5, 1410:13, 1415:24, 1416:9, 1416:14, 1427:24, 1429:21
**looking** [6] - 1353:10, 1361:21, 1379:20, 1385:7, 1385:22, 1387:10, 1393:16, 1395:24, 1397:23, 1406:15, 1408:4, 1409:1, 1422:4, 1422:8, 1433:9
**looks** [6] - 1366:23, 1411:19, 1415:1, 1419:22, 1421:23,

1431:5
**loose** [1] - 1353:3
**lost** [3] - 1394:9, 1394:11, 1396:3
**loved** [2] - 1336:13, 1405:11
**LPC** [24] - 1361:12, 1367:13, 1367:16, 1369:17, 1371:17, 1375:9, 1376:22, 1377:9, 1377:18, 1378:8, 1380:4, 1380:12, 1380:14, 1380:17, 1388:4, 1388:17, 1393:17, 1394:24, 1398:9, 1401:2, 1401:21, 1402:22, 1403:20
**LPC's** [10] - 1339:16, 1370:23, 1376:22, 1391:7, 1391:11, 1394:3, 1398:7, 1398:14, 1398:19, 1399:10
**LPE-5** [2] - 1393:17, 1393:19

# M

**ma'am** [4] - 1340:14, 1355:16, 1416:13, 1424:8
**major** [1] - 1334:24
**majority** [1] - 1409:10
**man** [7] - 1409:16, 1409:20, 1409:24, 1418:7, 1420:22, 1421:1, 1421:5
**man-made** [7] - 1409:16, 1409:20, 1409:24, 1418:7, 1420:22, 1421:1, 1421:5
**management** [3] - 1341:17, 1349:24, 1350:19
**manpower** [1] - 1376:21
**manufacturer** [1] - 1344:21
**manufacturing** [6] - 1374:23, 1379:3, 1398:8, 1398:15, 1398:20, 1399:5
**map** [11] - 1410:6, 1415:18, 1415:20, 1415:24, 1419:20, 1419:25, 1420:15, 1421:25, 1423:4, 1426:20, 1428:21

**maps** [3] - 1408:21, 1423:22, 1429:3
**march** [1] - 1359:18
**Mark** [1] - 1334:1
**marked** [1] - 1360:7
**marks** [2] - 1398:4, 1421:12
**Martin** [4] - 1364:16, 1364:17, 1364:25, 1370:1
**Mary** [1] - 1405:15
**MARY** [1] - 1405:16
**massive** [1] - 1371:24
**Mateer** [1] - 1334:2
**materials** [1] - 1374:3
**math** [2] - 1334:22, 1334:24
**matter** [3] - 1342:16, 1406:22, 1435:5
**matters** [1] - 1397:2
**McNamara** [1] - 1338:6
**McNamara's** [1] - 1338:14
**mean** [15] - 1337:15, 1337:16, 1342:5, 1344:1, 1344:2, 1347:15, 1350:4, 1368:20, 1399:23, 1407:2, 1409:8, 1410:10, 1417:16, 1427:14, 1429:19
**meaning** [2] - 1342:15, 1392:21
**means** [7] - 1368:19, 1382:14, 1388:12, 1407:5, 1411:9, 1416:23, 1419:1
**measure** [2] - 1426:23, 1426:24
**measured** [3] - 1413:18, 1426:1, 1426:6
**measurement** [2] - 1416:2, 1426:4
**measurements** [2] - 1426:10, 1426:14
**meet** [2] - 1344:19, 1361:19
**meeting** [10] - 1347:24, 1347:25, 1348:18, 1362:3, 1369:12, 1369:16, 1378:5, 1399:23, 1399:25
**meetings** [38] - 1345:21, 1345:22, 1345:24, 1345:25, 1346:3, 1346:4, 1346:12, 1347:6,

1347:8, 1347:11, 1347:19, 1348:13, 1348:15, 1348:16, 1348:17, 1348:20, 1348:22, 1349:3, 1349:9, 1349:16, 1349:18, 1349:19, 1349:21, 1350:20, 1350:23, 1351:18, 1351:20, 1351:22, 1351:24, 1352:2, 1352:4, 1352:5, 1352:9, 1352:11, 1353:11, 1370:13, 1383:2, 1383:25
**members** [2] - 1369:15, 1374:6
**memory** [1] - 1382:6
**memos** [1] - 1352:23
**mention** [1] - 1392:23
**mentioned** [7] - 1338:20, 1341:18, 1345:14, 1348:14, 1348:20, 1348:23, 1350:19, 1357:11, 1357:16, 1372:3, 1386:19
**mentions** [1] - 1393:5
**metal** [1] - 1345:1
**Meyer** [5] - 1334:1, 1334:3, 1389:16, 1389:19
**mic** [1] - 1337:3
**mid-'60s** [1] - 1341:1
**middle** [2] - 1410:7, 1414:8
**might** [8] - 1354:7, 1371:17, 1389:9, 1409:20, 1409:24, 1419:22, 1427:20, 1432:16
**mile** [2] - 1426:20, 1426:22
**miles** [1] - 1370:22
**milestone** [1] - 1348:24
**military** [5] - 1336:19, 1346:14, 1348:20, 1349:3, 1351:17
**Mill** [4] - 1365:8, 1365:10, 1365:13, 1366:3
**mill** [2] - 1392:23, 1393:5
**Miller** [1] - 1435:3
**MILLER** [1] - 1435:9
**million** [4] - 1386:17, 1387:16, 1387:22, 1387:23
**mine** [1] - 1351:5

**minute** [1] - 1401:22
**Minuteman** [9] - 1382:1, 1382:5, 1392:10, 1400:21, 1400:22, 1401:1, 1401:4
**minutes** [5] - 1366:23, 1377:25, 1428:2, 1432:24, 1432:25
**minutiae** [1] - 1354:8
**miss** [1] - 1361:3
**missile** [9] - 1337:12, 1337:19, 1371:23, 1374:24, 1374:25, 1392:13, 1392:17, 1394:4, 1404:21
**missiles** [10] - 1382:2, 1395:7, 1395:17, 1396:14, 1396:15, 1396:17, 1401:1, 1401:5, 1403:8
**misstate** [1] - 1427:5
**mixer** [2] - 1376:11, 1376:12
**mixers** [4] - 1358:19, 1404:15, 1404:16, 1404:17
**mixing** [1] - 1343:14
**Monday** [1] - 1336:16
**money** [2] - 1386:23, 1404:8
**month** [2] - 1341:12, 1358:10
**most** [4] - 1340:5, 1342:25, 1356:23, 1408:24
**mostly** [1] - 1348:5
**motor** [19] - 1341:14, 1345:23, 1351:2, 1354:16, 1356:6, 1356:12, 1356:17, 1363:5, 1363:11, 1364:2, 1371:12, 1371:21, 1372:4, 1374:11, 1374:21, 1381:18, 1394:21, 1399:7
**motors** [8] - 1352:8, 1352:10, 1370:11, 1379:7, 1379:8, 1391:20, 1396:7, 1396:11
**move** [3] - 1382:11, 1403:16, 1424:14
**moved** [1] - 1414:22
**moves** [2] - 1407:17, 1422:10
**MR** [148] - 1342:25, 1343:8, 1343:11, 1343:21, 1343:24,

1353:2, 1356:2, 1359:17, 1359:21, 1359:24, 1360:1, 1360:5, 1361:11, 1361:24, 1362:1, 1363:7, 1364:4, 1366:11, 1366:14, 1366:18, 1366:22, 1367:25, 1368:5, 1368:9, 1368:18, 1368:23, 1369:1, 1369:3, 1369:6, 1369:7, 1370:17, 1371:21, 1371:25, 1372:2, 1372:9, 1372:10, 1378:3, 1378:4, 1381:2, 1381:5, 1381:7, 1381:8, 1381:13, 1381:15, 1382:10, 1382:13, 1382:16, 1382:19, 1383:15, 1383:20, 1383:22, 1384:4, 1384:12, 1384:14, 1384:16, 1384:17, 1384:22, 1384:24, 1385:1, 1385:5, 1385:6, 1385:17, 1387:13, 1387:17, 1387:19, 1387:23, 1387:24, 1388:24, 1389:2, 1389:5, 1389:14, 1389:17, 1389:19, 1389:22, 1390:10, 1390:25, 1391:13, 1391:17, 1394:11, 1394:13, 1395:15, 1395:18, 1395:23, 1396:16, 1397:5, 1397:15, 1397:22, 1398:25, 1399:22, 1400:7, 1400:14, 1400:16, 1400:19, 1401:14, 1401:16, 1401:17, 1402:3, 1402:11, 1402:16, 1403:1, 1403:4, 1403:12, 1403:18, 1404:9, 1404:20, 1404:23, 1405:3, 1406:11, 1406:18, 1407:7, 1407:8, 1408:17, 1411:15, 1414:6, 1414:7, 1414:23, 1414:24, 1415:9, 1415:13, 1415:15, 1417:8, 1418:6, 1418:20, 1419:2, 1419:12, 1419:19, 1420:5,

1420:9, 1420:11, 1420:13, 1420:20, 1420:23, 1420:25, 1421:4, 1421:10, 1421:15, 1422:2, 1423:1, 1423:7, 1423:12, 1423:17, 1424:15, 1424:18, 1425:5, 1425:7, 1428:5, 1433:4, 1434:18

**MS** [32] - 1334:11, 1336:17, 1337:9, 1344:11, 1345:3, 1347:4, 1347:18, 1350:18, 1355:12, 1355:16, 1355:22, 1356:4, 1357:5, 1358:13, 1359:8, 1359:14, 1405:4, 1405:14, 1405:23, 1406:9, 1422:23, 1425:18, 1425:24, 1428:7, 1428:10, 1429:8, 1430:7, 1430:11, 1431:23, 1432:25, 1433:5, 1434:5

**multiple** [1] - 1415:25

**Murphy** [1] - 1389:11

**MURPHY** [105] - 1342:25, 1343:8, 1343:11, 1343:21, 1343:24, 1353:2, 1356:2, 1359:17, 1359:21, 1359:24, 1360:1, 1360:5, 1361:11, 1361:24, 1362:1, 1363:7, 1364:4, 1366:11, 1366:14, 1366:18, 1366:22, 1367:25, 1368:5, 1368:9, 1368:18, 1368:23, 1369:1, 1369:3, 1369:6, 1369:7, 1370:17, 1371:21, 1371:25, 1372:2, 1372:9, 1372:10, 1378:3, 1378:4, 1381:2, 1381:5, 1381:7, 1381:8, 1381:13, 1381:15, 1382:10, 1382:13, 1382:16, 1382:19, 1383:15, 1383:20, 1383:22, 1384:4, 1384:12, 1384:14, 1384:16, 1384:17, 1384:22, 1384:24, 1385:1, 1385:5,

1385:6, 1385:17, 1387:13, 1387:17, 1387:19, 1387:23, 1387:24, 1388:24, 1389:2, 1389:5, 1389:14, 1390:10, 1390:25, 1391:13, 1391:15, 1391:17, 1394:11, 1394:13, 1395:15, 1395:18, 1395:23, 1396:16, 1397:5, 1397:15, 1397:22, 1398:25, 1399:22, 1400:7, 1400:14, 1400:16, 1400:19, 1401:14, 1401:16, 1401:17, 1402:3, 1402:11, 1402:16, 1403:1, 1403:4, 1403:12, 1403:18, 1404:9, 1404:20, 1404:23, 1405:3

**Murphy's** [1] - 1344:12

## N

**name** [3] - 1334:14, 1334:16, 1373:1

**names** [1] - 1378:21

**natural** [3] - 1409:2, 1409:21, 1413:15

**naturally** [1] - 1424:7

**near** [1] - 1391:5

**necessarily** [4] - 1399:23, 1409:8, 1409:10, 1425:1

**need** [6] - 1369:3, 1388:9, 1389:11, 1420:21, 1434:1, 1434:21

**needed** [1] - 1396:15

**needs** [2] - 1376:21, 1401:24

**Neely** [2] - 1356:18, 1373:4

**negotiate** [1] - 1376:22

**negotiations** [2] - 1377:1, 1387:25

**Nevada** [2] - 1345:1, 1345:2

**never** [9] - 1347:23, 1351:10, 1367:15, 1367:16, 1367:18, 1370:1, 1370:3, 1382:5, 1394:21

**new** [3] - 1362:7, 1365:6, 1366:16

**next** [13] - 1339:2, 1366:8, 1369:11, 1369:12, 1376:3, 1376:9, 1378:20, 1388:19, 1389:10, 1392:3, 1397:6, 1405:6, 1432:24

**nice** [1] - 1405:8

**nine** [3] - 1384:3, 1384:5, 1390:22

**nobody** [2] - 1352:20, 1352:22

**non** [1] - 1405:13

**non-expert** [1] - 1405:13

**none** [1] - 1336:18

**north** [2] - 1420:4, 1431:14

**north-south** [1] - 1431:14

**northeast** [4] - 1416:12, 1419:4, 1419:24, 1425:11

**northwest** [1] - 1415:8

**note** [4] - 1342:12, 1380:1, 1409:14

**notebook** [5] - 1383:19, 1389:10, 1397:12, 1397:14, 1397:15

**notebooks** [2] - 1383:20, 1390:18

**notes** [9] - 1342:8, 1347:9, 1347:19, 1351:5, 1383:1, 1383:12, 1383:24, 1389:9, 1399:24

**nothing** [5] - 1334:8, 1343:9, 1350:6, 1354:4, 1405:18

**notion** [1] - 1395:13

**nozzle** [1] - 1358:20

**nuclear** [5] - 1336:2, 1337:13, 1338:11, 1338:24, 1396:14

**nuclear-tip** [1] - 1396:14

**number** [26] - 1361:22, 1363:8, 1367:24, 1374:20, 1375:16, 1376:3, 1376:9, 1376:10, 1376:17, 1377:9, 1377:21, 1379:15, 1379:21, 1380:2, 1384:18, 1384:19, 1384:21, 1384:25, 1385:1, 1385:5, 1385:9, 1385:14, 1388:3, 1392:24,

1397:12, 1400:13

**Number** [2] - 1390:20, 1391:1

**numbers** [8] - 1344:4, 1377:21, 1385:3, 1389:6, 1391:2, 1392:22, 1400:9, 1403:15

**numeral** [1] - 1400:15

**numerous** [2] - 1341:14, 1394:21

## O

**O'Donnell** [3] - 1405:14, 1405:23, 1406:9

**O'DONNELL** [13] - 1422:23, 1425:18, 1425:24, 1428:7, 1428:10, 1429:8, 1430:4, 1430:7, 1430:11, 1431:23, 1432:25, 1433:5, 1434:5

**object** [1] - 1422:23

**objection** [1] - 1428:5

**objectives** [1] - 1369:21

**observable** [1] - 1418:15

**observation** [3] - 1345:4, 1349:12, 1358:25

**observations** [1] - 1356:24

**observe** [2] - 1347:9, 1351:5

**observed** [6] - 1358:21, 1359:11, 1362:11, 1362:12, 1426:24, 1429:9

**observer** [4] - 1340:1, 1342:4, 1342:6, 1355:9

**observers** [2] - 1349:13, 1352:3

**observing** [1] - 1365:20

**obtain** [1] - 1344:18

**occur** [2] - 1375:9, 1377:5

**occurred** [3] - 1350:2, 1377:3, 1434:7

**October** [2] - 1397:13, 1397:20

**OF** [1] - 1435:1

**offered** [1] - 1422:24

**office** [13] - 1335:16,

1397:12, 1400:13

1335:18, 1338:19, 1338:21, 1339:1, 1346:11, 1357:16, 1357:21, 1357:23, 1378:24, 1378:25, 1392:8, 1408:7

**Office** [6] - 1335:19, 1335:23, 1335:25, 1336:5, 1351:21, 1370:16

**officer** [2] - 1347:14, 1347:17

**officer's** [1] - 1351:15

**officers** [1] - 1348:21

**offices** [1] - 1357:12

**OFFICIAL** [1] - 1435:1

**officials** [2] - 1348:25, 1349:3

**often** [2] - 1341:11, 1358:10

**Ohio** [7] - 1334:18, 1334:21, 1334:23, 1334:24, 1334:25, 1335:6

**old** [1] - 1348:9

**on-station** [1] - 1375:20

**once** [4] - 1339:1, 1339:6, 1422:10, 1426:8

**one** [39] - 1340:7, 1344:7, 1346:24, 1347:5, 1348:23, 1354:7, 1356:20, 1357:2, 1359:25, 1360:2, 1361:17, 1362:6, 1362:17, 1366:15, 1375:6, 1382:3, 1383:19, 1387:14, 1387:15, 1387:21, 1388:19, 1389:15, 1396:17, 1397:14, 1397:17, 1404:17, 1409:23, 1409:24, 1418:13, 1420:24, 1421:3, 1422:8, 1426:17, 1427:15, 1429:25, 1430:1, 1431:5, 1433:18

**one-inch** [1] - 1431:5

**ones** [3] - 1340:20, 1350:20, 1429:16

**OOAMA** [2] - 1378:20, 1388:5

**oops** [1] - 1417:11

**opening** [1] - 1371:22

**operate** [1] - 1380:19

**operating** [1] - 1405:13

**operations** [6] - 1374:6, 1374:7, 1374:10, 1374:12, 1375:19, 1375:20

**opinion** [14] - 1348:6, 1386:25, 1406:22, 1407:16, 1408:18, 1409:4, 1409:16, 1410:16, 1410:19, 1410:21, 1420:4, 1421:1, 1427:7, 1427:12

**opinions** [2] - 1406:3, 1428:3

**opportunity** [1] - 1369:5

**opposed** [2] - 1392:16, 1412:10

**opposite** [3] - 1410:16, 1420:8, 1420:18

**order** [3] - 1344:18, 1374:4, 1378:15

**organization** [2] - 1376:19, 1392:9

**original** [1] - 1364:17

**originally** [1] - 1364:24

**originate** [1] - 1431:18

**originated** [1] - 1413:22

**origination** [3] - 1412:23, 1412:25, 1413:11

**otherwise** [1] - 1366:16

**outside** [3] - 1345:1, 1381:13, 1413:22

**overall** [1] - 1406:22

**overflight** [1] - 1427:18

**overruled** [3] - 1422:25, 1428:6, 1428:9

**own** [6] - 1341:19, 1351:22, 1355:2, 1371:6, 1394:20, 1423:6

**owned** [1] - 1350:16, 1404:1

**oxidizer** [6] - 1343:14, 1361:18, 1365:6, 1393:5, 1393:9

**P**

**p.m** [3] - 1390:4, 1434:24

**P/N** [1] - 1379:25

**package** [1] - 1386:18

**page** [35] - 1361:20, 1361:21, 1363:1, 1363:3, 1363:8, 1368:2, 1368:16, 1372:17, 1373:13, 1373:15, 1374:18, 1376:4, 1376:10, 1377:15, 1377:20, 1378:2, 1378:3, 1379:10, 1379:15, 1382:7, 1385:8, 1385:9, 1391:5, 1392:5, 1392:22, 1393:1, 1393:14, 1397:19, 1397:20, 1397:23, 1400:9, 1400:10, 1400:16, 1406:20, 1407:4

**pages** [1] - 1374:18

**paid** [1] - 1404:25

**pail** [1] - 1413:25

**paragraph** [6] - 1363:4, 1369:11, 1373:17, 1373:18, 1374:2, 1380:1

**pardon** [1] - 1337:15

**part** [19] - 1356:13, 1356:19, 1360:13, 1362:9, 1364:7, 1364:8, 1367:10, 1367:12, 1367:14, 1372:14, 1372:15, 1380:7, 1402:19, 1402:21, 1407:23, 1408:24, 1414:8, 1421:25, 1422:4

**participant** [1] - 1339:11

**participate** [1] - 1347:11

**participating** [1] - 1352:1

**particular** [3] - 1392:21, 1416:5, 1429:15

**pass** [1] - 1406:9

**Patricia** [1] - 1435:3

**PATRICIA** [1] - 1435:9

**Patt** [1] - 1386:3

**Patterson** [14] - 1335:5, 1335:12, 1335:17, 1335:18, 1336:7, 1342:9, 1347:10, 1358:2, 1360:19, 1367:13, 1367:16, 1383:9, 1386:7, 1386:8

**pay** [2] - 1346:21, 1349:7

**people** [12] - 1346:10, 1346:11, 1346:12, 1353:9, 1353:12, 1353:17, 1355:2, 1358:24, 1359:3, 1367:7, 1410:22, 1415:25

**PEPCON** [1] - 1344:21

**per** [1] - 1358:10

**percent** [2] - 1376:23, 1407:2

**perchlorate** [2] - 1344:20, 1366:6

**performance** [1] - 1338:3

**period** [7] - 1336:3, 1339:20, 1345:6, 1345:12, 1348:9, 1362:22, 1364:6, 1420:13

**periods** [1] - 1408:15

**permanent** [1] - 1357:12

**permanently** [2] - 1346:8, 1357:24

**permission** [1] - 1351:11

**person** [7] - 1346:14, 1347:16, 1357:22, 1378:10, 1378:14, 1389:20, 1393:12

**personal** [1] - 1400:6

**personnel** [2] - 1352:12, 1358:22

**PETER** [1] - 1334:6

**Peter** [2] - 1334:16, 1379:21

**philosophy** [1] - 1375:18

**photo** [6] - 1430:6, 1430:8, 1430:12, 1430:18, 1430:21, 1432:20

**photogrammetric** [2] - 1408:8, 1408:20

**photograph** [14] - 1408:4, 1408:19, 1411:24, 1411:25, 1412:4, 1416:3, 1417:2, 1426:19, 1427:19, 1428:15, 1429:1, 1433:11, 1433:12, 1433:13

**photographs** [8] - 1408:6, 1410:20, 1413:5, 1418:18, 1423:19, 1426:8, 1426:11, 1429:2

**photos** [3] - 1406:23, 1429:16, 1429:18

**physics** [2] - 1334:22, 1334:25

**picked** [1] - 1357:1

**picture** [7] - 1371:22, 1407:9, 1407:10, 1419:9, 1419:10, 1419:12

**pictures** [3] - 1406:15, 1416:4, 1425:8

**pipe** [9] - 1413:14, 1414:5, 1416:16, 1416:18, 1417:17, 1418:4, 1421:20, 1421:22, 1430:12

**pit** [19] - 1428:4, 1428:13, 1428:19, 1428:20, 1428:24, 1429:6, 1429:10, 1429:24, 1430:2, 1430:13, 1431:6, 1431:12, 1432:6, 1433:16, 1433:18, 1433:19, 1433:24, 1434:12

**pits** [4] - 1343:5, 1380:19, 1380:24, 1429:4

**place** [5] - 1350:9, 1377:1, 1377:8, 1377:18, 1423:3

**placed** [1] - 1406:12

**places** [1] - 1354:21

**plain** [1] - 1414:3

**Plaintiff's** [6] - 1360:7, 1366:8, 1377:22, 1390:12, 1397:9, 1410:3

**plan** [5] - 1410:11, 1411:2, 1421:7, 1422:7, 1429:3

**planned** [2] - 1379:24, 1380:7

**plans** [1] - 1369:17

**plant** [1] - 1373:20

**plot** [1] - 1429:3

**point** [10] - 1378:12, 1387:15, 1388:9, 1388:10, 1411:18, 1415:5, 1415:7, 1416:11, 1422:21, 1430:18

**points** [1] - 1369:25

**pools** [1] - 1431:15

**portion** [3] - 1395:19, 1431:16, 1433:8

**position** [1] - 1336:21

**possibility** [1] - 1391:22

**possible** [5] - 1380:8, 1381:17, 1385:20,

1409:25, 1414:2

**possibly** [1] - 1420:17

**Potrero** [1] - 1376:11

**powder** [3] - 1365:17, 1366:5

**POWELL** [17] - 1334:11, 1336:17, 1337:9, 1344:11, 1345:3, 1347:4, 1347:18, 1350:18, 1355:12, 1355:16, 1355:22, 1356:4, 1357:5, 1358:13, 1359:8, 1359:14, 1405:4

**Powell** [1] - 1367:3

**practice** [1] - 1380:21

**precipitation** [3] - 1427:15, 1432:7, 1432:19

**predate** [1] - 1340:12

**preface** [1] - 1372:16

**prefire** [1] - 1345:23

**preliminary** [3] - 1348:18, 1348:23, 1363:18

**prepare** [1] - 1406:1

**presentations** [1] - 1346:5

**presented** [1] - 1382:16

**President** [1] - 1368:15

**pretty** [1] - 1431:4

**previous** [1] - 1403:12

**prime** [6] - 1338:7, 1339:15, 1345:19, 1345:21, 1364:15, 1364:25

**printing** [1] - 1388:22

**private** [1] - 1382:23

**privy** [1] - 1365:1

**probable** [6] - 1406:24, 1407:2, 1407:5, 1413:21, 1413:24

**problem** [1] - 1362:13

**problems** [1] - 1394:21

**proceed** [1] - 1357:23

**proceedings** [2] - 1434:24, 1435:5

**process** [14] - 1339:2, 1354:18, 1354:19, 1354:20, 1359:2, 1359:3, 1374:23, 1393:8, 1393:10, 1394:3, 1398:15, 1399:10, 1414:2, 1426:7

**processes** [1] -

1412:5
**processing** [6] - 1393:2, 1393:4, 1398:7, 1398:8, 1398:19, 1399:4
**procurement** [1] - 1386:19
**produced** [2] - 1382:1, 1395:16
**producer** [1] - 1392:1
**producing** [3] - 1342:15, 1362:3, 1381:16
**product** [5] - 1353:22, 1353:25, 1354:11, 1354:12, 1354:14
**production** [21] - 1343:2, 1343:6, 1354:11, 1354:12, 1356:12, 1357:10, 1358:19, 1372:4, 1374:6, 1374:11, 1376:12, 1376:21, 1393:1, 1393:4, 1393:8, 1393:10, 1394:14, 1394:24, 1395:5, 1395:10, 1396:19
**professional** [1] - 1406:4
**professors** [1] - 1367:8
**program** [27] - 1335:15, 1335:16, 1337:8, 1337:11, 1338:15, 1338:16, 1338:17, 1338:18, 1340:25, 1343:23, 1346:2, 1349:20, 1349:25, 1351:18, 1351:20, 1352:1, 1355:19, 1356:10, 1356:23, 1357:9, 1364:7, 1364:8, 1367:8, 1394:22, 1395:11, 1395:12, 1397:4
**Program** [6] - 1335:19, 1335:23, 1335:25, 1336:5, 1351:21, 1370:16
**programs** [2] - 1371:10, 1404:21
**progress** [9] - 1341:17, 1346:1, 1349:13, 1349:25, 1351:1, 1351:3, 1356:11, 1361:13, 1374:7
**project** [4] - 1344:14,

1356:18, 1372:24, 1395:25
**projected** [1] - 1369:17
**promotion** [1] - 1346:23
**propellant** [23] - 1342:22, 1343:19, 1344:14, 1354:4, 1356:17, 1361:18, 1362:2, 1362:3, 1362:17, 1363:4, 1363:8, 1363:11, 1365:3, 1374:22, 1375:1, 1380:7, 1380:14, 1380:16, 1380:18, 1380:21, 1392:6, 1394:19
**proposals** [3] - 1339:5, 1339:6, 1339:8
**proprietary** [1] - 1403:6
**Propulsion** [25] - 1339:24, 1340:6, 1340:21, 1340:22, 1355:13, 1356:6, 1364:21, 1365:11, 1365:13, 1366:25, 1368:13, 1368:15, 1369:15, 1369:19, 1370:4, 1370:8, 1371:2, 1371:6, 1371:10, 1372:25, 1373:18, 1378:18, 1386:1, 1397:3
**propulsion** [21] - 1335:8, 1335:9, 1335:11, 1338:1, 1344:15, 1349:20, 1351:18, 1360:11, 1360:14, 1364:20, 1366:24, 1367:6, 1367:23, 1369:20, 1370:9, 1371:9, 1372:22, 1373:10, 1375:6, 1379:3, 1388:18
**protest** [7] - 1394:2, 1394:6, 1401:20, 1402:21, 1403:3, 1403:9
**proud** [1] - 1390:8
**provide** [1] - 1394:6
**provided** [2] - 1357:9, 1401:20
**provides** [1] - 1338:9
**provision** [1] - 1401:21
**public** [1] - 1339:4

**puddled** [3] - 1427:25, 1430:23, 1432:1
**puddling** [2] - 1427:20, 1432:17
**pull** [1] - 1376:5
**pump** [2] - 1390:24, 1425:14
**pumps** [1] - 1413:7
**purchase** [1] - 1374:3
**purchasing** [1] - 1392:11
**purpose** [2] - 1350:25, 1355:7
**purview** [1] - 1348:7
**put** [14] - 1366:10, 1366:11, 1368:3, 1382:11, 1389:20, 1406:13, 1406:19, 1408:8, 1418:22, 1419:1, 1423:6, 1426:9, 1431:20
**putting** [1] - 1423:11
**PX** [13] - 1366:12, 1366:20, 1366:21, 1372:8, 1377:25, 1378:1, 1382:12, 1390:15, 1390:17, 1397:11, 1401:11, 1401:25, 1402:1

## Q

**QC** [3] - 1354:21, 1354:22, 1355:2
**qualification** [1] - 1391:25
**qualified** [1] - 1394:14
**qualify** [3] - 1372:4, 1396:21, 1403:7
**quality** [10] - 1353:9, 1353:11, 1353:14, 1353:15, 1353:16, 1353:20, 1353:21, 1354:11, 1354:13, 1355:8
**questioning** [1] - 1355:23
**questions** [11] - 1347:23, 1359:14, 1373:19, 1373:21, 1379:13, 1384:9, 1404:23, 1433:1, 1433:3, 1434:5, 1434:18
**quick** [1] - 1360:1
**quickly** [2] - 1424:16, 1425:19
**quotation** [2] - 1391:13, 1398:3

## R

**R&D** [6] - 1339:21, 1339:23, 1340:7, 1340:15, 1340:19, 1344:15
**rain** [1] - 1427:17
**rainfall** [2] - 1427:17, 1432:12
**rainwater** [1] - 1432:4
**Ramo** [1] - 1373:7
**ran** [2] - 1394:20, 1397:17
**Rancho** [2] - 1381:11, 1381:16
**range** [3] - 1337:19, 1338:11, 1338:24
**ranking** [2] - 1348:25, 1349:2
**rate** [4] - 1344:18, 1362:4, 1362:10, 1362:13
**reach** [1] - 1413:11
**read** [9] - 1376:15, 1380:2, 1386:5, 1388:11, 1391:14, 1398:2, 1401:22, 1402:20, 1422:13
**reading** [3] - 1385:2, 1422:20, 1423:15
**ready** [2] - 1356:12, 1370:10
**real** [2] - 1419:9, 1419:10
**really** [3] - 1352:3, 1382:5, 1388:12
**reason** [1] - 1402:15
**reasonable** [1] - 1406:4
**rebuttal** [1] - 1428:7
**receive** [1] - 1369:9
**received** [3] - 1390:17, 1397:11, 1402:1
**recent** [1] - 1427:16
**Recess** [1] - 1390:4
**reclaiming** [1] - 1352:8
**recognize** [1] - 1382:20
**recollection** [1] - 1355:25
**recommendation** [8] - 1375:17, 1376:6, 1376:7, 1376:10, 1376:15, 1376:18, 1377:5, 1377:6
**recommendations** [5] - 1369:16, 1369:18,

1370:1, 1370:3, 1374:17
**recommended** [1] - 1374:21
**reconsider** [1] - 1410:19
**record** [10] - 1360:3, 1360:4, 1365:2, 1377:21, 1411:12, 1425:21, 1430:24, 1434:21, 1435:4
**recover** [1] - 1387:3
**rectangle** [2] - 1428:23, 1428:25
**REDIRECT** [1] - 1425:23
**redirect** [1] - 1405:4
**Redlands** [24] - 1341:8, 1341:10, 1341:19, 1345:4, 1345:14, 1345:22, 1346:8, 1350:2, 1350:7, 1350:8, 1351:3, 1352:5, 1357:12, 1357:13, 1357:19, 1357:25, 1358:4, 1370:20, 1371:7, 1373:20, 1374:22, 1376:12, 1386:4, 1397:2
**REDMAP** [3] - 1415:19, 1418:7, 1421:7
**reevaluate** [1] - 1375:18
**reference** [2] - 1340:4, 1379:25
**referenced** [1] - 1356:5
**references** [2] - 1384:10, 1387:19
**referred** [2] - 1355:18, 1429:5
**referring** [6] - 1335:21, 1340:19, 1344:15, 1344:16, 1345:13, 1388:10
**refers** [1] - 1360:16
**reflect** [1] - 1406:3
**refresh** [1] - 1355:24
**regard** [1] - 1427:7
**regarding** [2] - 1401:21, 1413:11
**regards** [2] - 1338:18, 1344:13
**reimbursement** [1] - 1340:16
**relate** [2] - 1342:24, 1403:10
**related** [6] - 1340:20,

1391:25, 1393:9, 1397:2, 1406:22, 1428:3
**relates** [1] - 1342:23
**relating** [1] - 1350:7
**relationship** [5] - 1357:19, 1365:23, 1371:1, 1371:4, 1413:5
**relatively** [1] - 1425:18
**released** [1] - 1339:3
**remaining** [1] - 1380:7
**remember** [12] - 1344:4, 1344:7, 1352:6, 1352:24, 1371:22, 1372:4, 1373:24, 1392:7, 1399:18, 1399:19, 1402:18, 1403:19
**remembered** [1] - 1403:17
**reminding** [1] - 1359:22
**report** [9] - 1336:23, 1342:8, 1347:9, 1357:7, 1357:8, 1357:9, 1360:10, 1360:25, 1425:9
**reported** [7] - 1336:24, 1337:2, 1337:5, 1337:6, 1337:7, 1345:20, 1357:20
**REPORTER** [1] - 1435:1
**reporter** [1] - 1334:15
**reports** [2] - 1361:6, 1361:9
**represented** [1] - 1356:22
**represents** [2] - 1363:5, 1363:12
**reproducibility** [3] - 1398:11, 1398:12, 1399:6
**request** [12] - 1339:4, 1339:6, 1346:1, 1349:4, 1349:5, 1349:6, 1349:25, 1350:1, 1357:8, 1391:13, 1393:17, 1398:17
**requested** [1] - 1356:10
**requests** [1] - 1360:21
**required** [3] - 1359:1, 1386:23, 1421:14
**requirement** [2] - 1395:6, 1395:9
**requirements** [2] -

1344:19, 1362:4
**Research** [4] - 1391:6, 1391:10, 1391:18, 1391:19
**research** [2] - 1343:3, 1343:13
**residence** [1] - 1334:17
**residual** [1] - 1380:8
**resolution** [1] - 1394:9
**resolve** [1] - 1362:14
**resolved** [1] - 1362:12
**respect** [2] - 1369:16, 1434:12
**responsibilities** [1] - 1336:18
**responsibility** [2] - 1338:4, 1338:8
**responsible** [2] - 1335:24, 1335:25
**rest** [2] - 1343:5, 1432:16
**results** [1] - 1375:21
**resume** [1] - 1389:12
**retain** [1] - 1380:8
**retired** [1] - 1383:7
**review** [31] - 1348:18, 1348:24, 1349:20, 1349:25, 1351:1, 1351:18, 1355:13, 1355:17, 1355:18, 1356:6, 1356:11, 1357:6, 1360:8, 1360:10, 1360:13, 1360:25, 1363:18, 1364:8, 1366:24, 1367:2, 1367:6, 1367:23, 1369:8, 1372:3, 1372:17, 1373:22, 1373:25, 1374:13, 1374:15, 1376:21, 1377:18
**reviewed** [2] - 1355:19, 1369:17
**reviewing** [4] - 1351:3, 1393:8, 1398:14, 1399:10
**reviews** [5] - 1345:23, 1348:17, 1349:24, 1355:8
**Revlon** [3] - 1365:14, 1365:24, 1366:3
**RFQ** [3] - 1391:7, 1391:11, 1391:12
**rid** [1] - 1423:8
**right-hand** [5] - 1384:20, 1385:14, 1410:23, 1428:17, 1430:20
**rights** [2] - 1393:17,

1393:22
**road** [14] - 1417:20, 1417:21, 1419:3, 1419:6, 1419:7, 1419:15, 1419:22, 1420:1, 1421:21, 1421:24, 1425:11, 1429:22, 1431:14, 1431:22
**roads** [1] - 1411:19
**roadway** [1] - 1428:14
**Robert** [1] - 1338:6
**rocket** [26] - 1338:13, 1341:14, 1342:22, 1344:15, 1351:1, 1356:6, 1356:11, 1356:16, 1361:19, 1364:2, 1370:9, 1370:11, 1371:11, 1372:22, 1379:3, 1379:7, 1379:8, 1391:20, 1392:17, 1395:5, 1396:7, 1396:10, 1399:7, 1399:11
**Rocket** [15] - 1339:24, 1340:6, 1340:20, 1340:22, 1355:13, 1356:5, 1370:8, 1370:10, 1371:2, 1371:5, 1372:25, 1378:17, 1381:25, 1386:1, 1388:14
**Rod** [1] - 1334:2
**role** [8] - 1338:1, 1339:16, 1347:8, 1347:9, 1349:12, 1351:4, 1353:15, 1399:5
**Roman** [1] - 1400:15
**room** [5] - 1342:8, 1346:6, 1346:16, 1383:2, 1397:17
**Ross** [14] - 1356:16, 1369:24, 1370:6, 1370:7, 1370:18, 1370:23, 1371:17, 1372:18, 1398:2, 1398:6, 1398:14, 1398:18, 1398:23, 1399:15
**roughly** [1] - 1428:18
**royal** [1] - 1412:24
**RPL** [3] - 1388:4, 1388:13, 1398:2
**run** [3] - 1375:11, 1424:23, 1425:1
**running** [2] - 1416:25, 1422:6
**runs** [1] - 1428:18

**Russia** [1] - 1336:3

# S

**SAB** [1] - 1361:9
**Sacramento** [1] - 1381:13
**safety** [1] - 1353:10
**sale** [1] - 1404:10
**SAMSO** [3] - 1392:5, 1392:6, 1392:20
**sat** [1] - 1346:6
**satisfactory** [1] - 1369:20
**Saturday** [1] - 1336:15
**saw** [5] - 1409:10, 1412:15, 1415:22, 1416:21, 1416:22
**SB** [1] - 1428:23
**scale** [4] - 1426:10, 1426:19, 1426:21
**scan** [2] - 1427:18, 1432:16
**scheduled** [1] - 1369:13
**scientific** [1] - 1406:4
**scientist** [1] - 1420:17
**scoot** [1] - 1337:4
**scope** [1] - 1428:5
**Scott** [1] - 1377:12
**screen** [5] - 1368:3, 1368:6, 1371:23, 1408:6, 1431:1
**screens** [1] - 1406:14
**Seattle** [3] - 1346:10, 1374:25, 1375:5
**second** [5] - 1364:13, 1372:17, 1373:17, 1374:2, 1375:6, 1378:10, 1379:20, 1391:25, 1394:4, 1394:14, 1395:2, 1401:7, 1402:6, 1417:3, 1418:13
**second-to-the-last** [1] - 1402:6
**Secretary** [2] - 1338:6, 1338:14
**section** [7] - 1421:7, 1421:8, 1422:4, 1422:5, 1422:6, 1422:18, 1422:19
**secure** [1] - 1353:4
**see** [67] - 1348:11, 1353:19, 1356:12, 1360:9, 1360:11, 1363:8, 1363:13, 1368:7, 1369:22, 1373:15, 1374:8,

1375:2, 1375:22, 1376:13, 1376:24, 1377:13, 1379:16, 1379:22, 1380:10, 1380:19, 1380:24, 1385:7, 1385:13, 1385:23, 1386:11, 1391:8, 1391:23, 1392:22, 1392:23, 1392:24, 1393:3, 1397:18, 1397:21, 1397:25, 1400:18, 1400:24, 1408:5, 1410:15, 1412:22, 1414:1, 1414:14, 1415:21, 1416:1, 1416:11, 1416:15, 1416:20, 1417:1, 1418:1, 1418:17, 1418:21, 1421:18, 1422:4, 1423:2, 1424:10, 1425:10, 1425:13, 1426:18, 1427:16, 1427:19, 1427:24, 1430:3, 1430:12, 1431:19, 1432:19, 1433:2
**seeing** [8] - 1411:7, 1413:22, 1416:16, 1416:17, 1422:16, 1422:18, 1422:21, 1431:25
**select** [1] - 1339:9
**selected** [1] - 1356:21
**selection** [3] - 1339:9, 1339:12, 1339:13
**send** [1] - 1417:3
**senior** [2] - 1348:20, 1349:15
**seniority** [1] - 1378:12
**sent** [3] - 1339:6, 1368:21, 1369:8
**September** [2] - 1374:25, 1390:16
**sequential** [1] - 1429:16
**sergeant** [1] - 1378:14
**series** [3] - 1340:8, 1340:9, 1354:15
**set** [1] - 1373:19
**settled** [2] - 1387:16, 1387:21
**settlement** [3] - 1387:25, 1429:2, 1429:3
**several** [1] - 1386:16
**shaded** [3] - 1421:13, 1421:18, 1423:2
**shaking** [1] - 1343:15
**share** [1] - 1348:6

**shelf** [1] - 1345:8
**shipped** [4] - 1344:20, 1345:1, 1403:24, 1404:2
**shop** [3] - 1374:3, 1374:6, 1374:10
**short** [2] - 1337:19, 1388:24
**show** [2] - 1423:22, 1430:8
**showing** [4] - 1410:8, 1414:14, 1418:8, 1422:9
**shows** [1] - 1424:6
**shut** [1] - 1403:20
**side** [16] - 1353:22, 1372:1, 1414:10, 1417:19, 1417:21, 1419:3, 1419:23, 1422:18, 1424:20, 1425:10, 1428:17, 1429:22, 1431:14, 1431:16, 1431:19, 1431:21
**sign** [4] - 1354:21, 1359:1, 1416:11, 1428:22
**signed** [2] - 1402:3, 1402:14
**significant** [3] - 1363:5, 1363:12, 1365:4
**signing** [1] - 1402:12
**similar** [2] - 1418:1, 1432:5
**sit** [4] - 1342:7, 1346:18, 1346:25, 1423:5
**site** [27] - 1341:9, 1341:10, 1341:19, 1342:19, 1350:15, 1357:19, 1357:20, 1358:5, 1360:23, 1362:6, 1381:9, 1381:11, 1404:1, 1407:12, 1408:21, 1409:7, 1409:21, 1410:11, 1411:2, 1421:7, 1422:6, 1427:24, 1429:16, 1432:16, 1433:8, 1433:21
**sites** [1] - 1404:2
**Sitton** [15] - 1405:15, 1405:24, 1406:12, 1406:19, 1406:20, 1414:11, 1425:25, 1426:23, 1428:11, 1428:12, 1430:12, 1430:22, 1431:24,

1432:7, 1433:10
**SITTON** [1] - 1405:16
**Sitton's** [1] - 1420:14
**size** [3] - 1417:4, 1417:7, 1427:2
**sizes** [1] - 1426:18
**Skantze** [5] - 1351:19, 1398:3, 1398:4, 1398:17, 1398:18
**skip** [1] - 1401:15
**slightly** [2] - 1415:7, 1422:9
**slope** [3] - 1420:8, 1424:24, 1425:1
**slow** [1] - 1363:6
**small** [2] - 1391:20, 1392:17
**smaller** [2] - 1401:7, 1433:17
**software** [6] - 1408:7, 1408:8, 1408:20, 1426:6, 1426:11, 1426:17
**sold** [6] - 1403:22, 1404:4, 1404:6, 1404:18, 1404:24
**Solid** [1] - 1370:10
**solid** [9] - 1338:13, 1356:17, 1370:9, 1370:11, 1371:11, 1371:21, 1372:22, 1379:3, 1424:19
**solid-motor** [1] - 1371:21
**solid-rocket** [4] - 1370:11, 1371:11, 1372:22, 1379:3
**solving** [1] - 1361:13
**someone** [2] - 1344:1, 1344:6
**sometimes** [3] - 1346:10, 1347:1, 1404:2
**soon** [1] - 1336:9
**sorry** [26] - 1335:10, 1337:17, 1350:1, 1359:21, 1361:2, 1373:18, 1378:16, 1380:3, 1382:7, 1385:2, 1385:7, 1385:18, 1385:22, 1386:6, 1391:6, 1397:21, 1398:22, 1400:8, 1400:14, 1401:12, 1401:24, 1402:4, 1422:25, 1423:5, 1424:3, 1434:8
**sort** [6] - 1342:21, 1399:24, 1406:21,

1411:18, 1412:24, 1433:7
**source** [4] - 1339:9, 1339:13, 1394:14, 1395:2
**South** [3] - 1404:4, 1404:10, 1404:18
**south** [14] - 1407:14, 1407:15, 1413:19, 1414:11, 1414:25, 1415:5, 1415:16, 1416:2, 1423:24, 1425:14, 1431:14, 1433:7, 1433:19
**southeast** [2] - 1428:18, 1431:12
**southern** [1] - 1426:2
**southwest** [1] - 1429:23
**Southwest** [1] - 1413:17
**Spann** [8] - 1356:17, 1369:24, 1372:20, 1378:17, 1385:12, 1385:22, 1385:25
**SPARROW** [1] - 1400:21
**spec** [3] - 1338:10, 1338:23, 1344:19
**specifically** [3] - 1338:18, 1344:15, 1344:16
**specification** [2] - 1398:8, 1398:9
**specifications** [15] - 1353:23, 1354:1, 1354:20, 1361:19, 1394:4, 1398:15, 1398:19, 1398:20, 1399:4, 1399:5, 1399:11, 1401:21, 1402:22
**specified** [2] - 1380:1, 1380:6
**specs** [7] - 1339:2, 1342:16, 1354:14, 1354:19, 1359:2, 1359:3, 1374:3
**speculating** [1] - 1412:18
**spell** [1] - 1334:14
**spelled** [1] - 1398:13
**spend** [1] - 1386:23
**spending** [1] - 1342:11
**spent** [1] - 1387:4
**SPO** [18] - 1335:19, 1335:21, 1335:22, 1335:23, 1337:8, 1337:20, 1355:11,

1356:10, 1356:22, 1373:11, 1375:17, 1376:10, 1376:18, 1388:4, 1392:12, 1392:13
**spot** [2] - 1412:23, 1416:16
**square** [2] - 1422:14, 1422:15
**squiggly** [1] - 1414:21
**SRAM** [61] - 1335:14, 1335:16, 1337:7, 1337:10, 1337:11, 1337:12, 1337:19, 1337:20, 1337:22, 1338:15, 1338:16, 1338:18, 1338:21, 1339:14, 1339:16, 1339:22, 1340:24, 1341:3, 1341:4, 1342:22, 1343:2, 1343:22, 1343:25, 1344:13, 1345:9, 1348:10, 1349:20, 1350:12, 1351:17, 1355:13, 1355:19, 1356:6, 1356:23, 1357:24, 1360:8, 1360:11, 1360:13, 1360:23, 1361:19, 1364:15, 1367:6, 1367:23, 1369:20, 1371:5, 1371:9, 1371:14, 1372:3, 1376:12, 1377:8, 1381:18, 1381:24, 1382:23, 1382:24, 1383:18, 1386:17, 1387:4, 1388:4, 1391:25, 1394:23
**ST/LQ** [1] - 1411:10
**stack** [1] - 1383:23
**stage** [5] - 1400:21, 1400:22, 1400:23, 1401:7
**stages** [2] - 1382:3, 1401:4
**stain** [6] - 1416:17, 1416:19, 1427:12, 1430:22, 1431:24, 1432:15
**stained** [2] - 1411:22, 1427:10
**staining** [16] - 1407:20, 1411:8, 1411:17, 1411:20, 1412:11, 1412:16, 1412:25, 1416:21, 1418:21, 1425:10, 1425:13, 1426:24,

1427:6, 1427:7, 1430:16, 1431:25
**stand** [1] - 1378:23
**standards** [1] - 1374:4
**standpoint** [1] - 1353:10
**stands** [1] - 1392:6
**star** [3] - 1360:19, 1361:6, 1361:10
**start** [6] - 1337:24, 1343:2, 1373:17, 1384:7, 1405:7
**started** [7] - 1335:13, 1335:14, 1336:15, 1348:11, 1362:22, 1384:8, 1397:17
**starts** [3] - 1363:4, 1421:24, 1431:21
**state** [8] - 1334:14, 1334:17, 1363:12, 1363:19, 1363:22, 1364:2, 1365:4, 1386:22
**State** [1] - 1334:25
**state-of-the-art** [1] - 1386:22
**statement** [8] - 1338:10, 1338:20, 1338:22, 1339:1, 1365:2, 1401:20, 1402:3, 1408:3
**States** [3] - 1335:2, 1370:10, 1405:14
**station** [1] - 1375:20
**stationed** [3] - 1335:4, 1335:5, 1373:2
**status** [2] - 1356:11, 1367:8
**step** [1] - 1339:2
**steps** [2] - 1338:19, 1338:21
**stereo** [2] - 1408:4, 1415:24
**stereoscope** [1] - 1408:5
**stereoscopic** [1] - 1408:19
**Stevenson** [1] - 1368:15
**still** [4] - 1336:22, 1343:13, 1343:14, 1383:16
**stood** [1] - 1413:25
**stopped** [3] - 1385:12, 1385:22, 1386:3
**store** [2] - 1379:7, 1379:8
**straight** [3] - 1396:8, 1416:3, 1422:10
**Strategic** [1] - 1336:2

**strictly** [1] - 1417:19
**study** [1] - 1376:11
**studying** [1] - 1374:3
**stuff** [2] - 1348:14, 1390:7
**subassembly** [1] - 1374:22
**subcontract** [1] - 1364:20
**subcontractor** [7] - 1339:18, 1348:19, 1364:22, 1373:9, 1378:6, 1378:8, 1381:18
**subject** [3] - 1352:8, 1353:8, 1355:23
**submit** [1] - 1339:8
**substance** [1] - 1399:18
**substantially** [1] - 1375:19
**substitute** [2] - 1396:11, 1396:13
**subsystem** [3] - 1369:20, 1375:1, 1375:6
**successes** [1] - 1396:8
**successfully** [2] - 1394:21, 1394:23
**successive** [1] - 1396:18
**sufficiently** [1] - 1353:4
**suggest** [2] - 1410:25, 1423:10
**suggesting** [1] - 1419:10
**suits** [1] - 1336:16
**SULLIVAN** [3] - 1389:17, 1389:19, 1389:22
**summary** [1] - 1366:23
**sump** [9] - 1390:24, 1412:6, 1413:16, 1414:11, 1414:25, 1415:5, 1415:16, 1416:2, 1426:2
**sumps** [1] - 1413:18
**supervisors** [4] - 1346:9, 1347:10, 1347:20, 1351:17
**surface** [2] - 1416:25, 1422:9
**surrounds** [1] - 1407:15
**swear** [1] - 1334:4
**switch** [1] - 1428:1
**switched** [1] - 1394:19

**sworn** [2] - 1334:7, 1405:17
**symbol** [3] - 1378:25, 1392:8, 1392:20
**System** [4] - 1335:19, 1335:25, 1351:21, 1370:16
**system** [16] - 1336:1, 1337:8, 1338:3, 1338:7, 1338:8, 1338:10, 1338:23, 1339:2, 1344:19, 1351:20, 1356:10, 1357:8, 1360:11, 1360:14
**systems** [7] - 1336:25, 1337:6, 1351:25, 1360:18, 1386:18, 1386:24, 1392:16
**Systems** [4] - 1335:23, 1336:5, 1426:9, 1426:12

## T

**tab** [19] - 1360:6, 1360:8, 1366:8, 1366:20, 1372:7, 1377:9, 1382:7, 1382:8, 1382:12, 1390:11, 1391:1, 1397:6, 1397:7, 1401:11, 1401:13, 1402:4, 1402:5, 1402:6
**table** [2] - 1346:18, 1346:25
**Taiwan** [1] - 1404:19
**taker** [1] - 1342:12
**talks** [2] - 1403:12, 1403:13
**TARTAR** [1] - 1400:21
**tasks** [1] - 1359:4
**TBC** [2] - 1388:4, 1388:20
**team** [9] - 1355:18, 1356:13, 1356:19, 1356:20, 1356:22, 1372:17, 1373:25, 1374:6, 1377:12
**team's** [2] - 1357:6, 1373:19
**teamed** [1] - 1364:17
**technical** [16] - 1338:11, 1338:23, 1342:13, 1342:16, 1345:23, 1345:25, 1347:5, 1347:8, 1347:24, 1348:15,

1350:21, 1350:22, 1351:6, 1361:13, 1365:20, 1365:21
**technology** [1] - 1386:23
**teemed** [1] - 1364:24
**ten** [1] - 1432:12
**tenths** [1] - 1432:13
**testified** [10] - 1334:8, 1405:18, 1420:4, 1420:24, 1425:25, 1426:3, 1427:5, 1428:12, 1430:15, 1432:14
**testify** [2] - 1357:1, 1387:5
**testimony** [11] - 1369:24, 1389:25, 1394:6, 1406:6, 1415:20, 1420:7, 1420:13, 1426:16, 1428:7, 1430:22, 1431:24
**testing** [3] - 1348:14, 1379:25, 1380:6
**THAT** [1] - 1434:7
**THE** [454] - 1334:4, 1336:11, 1336:13, 1337:1, 1337:2, 1337:3, 1337:4, 1339:19, 1339:20, 1339:21, 1339:23, 1339:25, 1340:1, 1340:2, 1340:3, 1340:4, 1340:9, 1340:12, 1340:14, 1340:15, 1340:17, 1340:18, 1341:21, 1341:22, 1341:23, 1342:1, 1342:3, 1342:4, 1342:5, 1342:7, 1342:10, 1342:13, 1342:15, 1342:18, 1342:19, 1342:20, 1342:21, 1343:2, 1343:10, 1343:16, 1343:17, 1343:19, 1343:22, 1344:1, 1344:4, 1344:6, 1344:8, 1344:10, 1344:23, 1344:25, 1346:23, 1346:24, 1346:25, 1347:1, 1347:3, 1347:15, 1347:17, 1350:1, 1350:3, 1350:4, 1350:5, 1350:6, 1350:8, 1350:10, 1350:11, 1350:12, 1350:14,

1350:15, 1350:17, 1352:15, 1352:18, 1352:19, 1352:20, 1352:22, 1353:3, 1353:6, 1353:7, 1353:8, 1353:11, 1353:13, 1353:14, 1353:16, 1353:18, 1353:21, 1353:24, 1354:2, 1354:3, 1354:5, 1354:6, 1354:9, 1354:10, 1354:15, 1354:18, 1354:19, 1354:22, 1354:23, 1354:24, 1354:25, 1355:1, 1355:2, 1355:4, 1355:5, 1355:7, 1355:10, 1355:20, 1355:24, 1356:3, 1357:1, 1357:2, 1357:4, 1358:8, 1358:9, 1358:10, 1358:11, 1358:24, 1359:1, 1359:3, 1359:5, 1359:6, 1359:7, 1359:15, 1359:20, 1359:23, 1359:25, 1360:2, 1361:2, 1361:4, 1361:5, 1361:6, 1361:8, 1361:9, 1361:23, 1361:25, 1363:6, 1363:21, 1363:22, 1363:23, 1363:24, 1363:25, 1364:2, 1365:23, 1365:25, 1366:2, 1366:4, 1366:10, 1366:12, 1366:15, 1366:19, 1367:24, 1368:4, 1368:7, 1368:8, 1368:16, 1368:19, 1368:25, 1369:2, 1369:5, 1370:15, 1370:16, 1371:20, 1371:24, 1372:8, 1377:25, 1378:2, 1381:1, 1381:3, 1381:4, 1381:6, 1381:12, 1381:14, 1382:12, 1382:14, 1382:18, 1383:3, 1383:5, 1383:6, 1383:7, 1383:8, 1383:9, 1383:10, 1383:11, 1383:12, 1383:13, 1383:18, 1383:21, 1383:23, 1383:24, 1384:1, 1384:2,

1384:3, 1384:11, 1384:13, 1384:15, 1384:21, 1384:23, 1384:25, 1385:3, 1385:16, 1387:11, 1387:15, 1387:18, 1387:21, 1388:13, 1388:14, 1388:15, 1388:16, 1388:17, 1388:18, 1388:19, 1388:20, 1388:21, 1388:22, 1388:23, 1389:1, 1389:4, 1389:11, 1389:15, 1389:18, 1389:20, 1389:23, 1390:2, 1390:3, 1390:5, 1390:8, 1390:15, 1390:18, 1390:19, 1390:20, 1390:21, 1390:23, 1391:12, 1391:14, 1391:16, 1394:9, 1395:4, 1395:6, 1395:8, 1395:9, 1395:11, 1395:12, 1395:13, 1395:17, 1395:20, 1395:21, 1395:24, 1396:2, 1396:3, 1396:6, 1396:9, 1396:13, 1397:1, 1397:3, 1397:10, 1397:12, 1397:16, 1397:18, 1397:19, 1397:21, 1398:22, 1398:23, 1399:14, 1399:16, 1399:17, 1399:19, 1399:21, 1399:23, 1400:1, 1400:2, 1400:3, 1400:4, 1400:5, 1400:13, 1400:15, 1400:17, 1400:18, 1401:13, 1401:15, 1401:25, 1402:2, 1402:6, 1402:8, 1402:9, 1402:10, 1402:14, 1402:23, 1402:25, 1403:2, 1403:9, 1404:6, 1404:8, 1404:13, 1404:15, 1404:16, 1404:17, 1404:24, 1405:1, 1405:2, 1405:5, 1405:8, 1405:9, 1405:10, 1405:11, 1405:12, 1405:21, 1405:22, 1406:17, 1407:5, 1407:6, 1408:11, 1408:12, 1408:13,

1408:14, 1411:9,
1411:11, 1411:12,
1412:20, 1412:21,
1412:22, 1412:25,
1413:2, 1413:3,
1413:4, 1413:9,
1413:10, 1413:13,
1413:20, 1413:24,
1413:25, 1414:2,
1414:4, 1414:5,
1414:21, 1415:7,
1415:11, 1415:14,
1416:4, 1416:7,
1416:8, 1416:9,
1416:11, 1416:13,
1416:14, 1416:19,
1416:22, 1416:24,
1417:3, 1417:5,
1417:7, 1417:9,
1417:10, 1417:14,
1417:15, 1417:16,
1417:18, 1417:19,
1417:21, 1417:22,
1417:23, 1417:24,
1417:25, 1418:1,
1418:3, 1418:4,
1418:9, 1418:12,
1418:13, 1418:17,
1418:19, 1418:25,
1419:5, 1419:8,
1419:9, 1420:3,
1420:6, 1420:10,
1420:12, 1420:16,
1420:21, 1420:24,
1421:3, 1421:9,
1421:11, 1421:17,
1421:22, 1421:23,
1422:25, 1423:5,
1423:8, 1423:14,
1423:16, 1423:19,
1423:22, 1423:25,
1424:2, 1424:3,
1424:4, 1424:5,
1424:8, 1424:9,
1424:12, 1424:13,
1425:4, 1425:6,
1425:20, 1425:22,
1428:6, 1428:9,
1428:20, 1428:22,
1428:25, 1429:2,
1429:5, 1429:7,
1429:12, 1429:15,
1429:17, 1429:19,
1429:21, 1430:3,
1430:5, 1430:10,
1430:24, 1431:1,
1431:2, 1431:3,
1431:5, 1431:7,
1431:8, 1431:9,
1431:10, 1431:11,
1431:12, 1431:13,

1431:18, 1431:19,
1432:23, 1433:3,
1433:22, 1433:23,
1433:24, 1433:25,
1434:1, 1434:3,
1434:4, 1434:6,
1434:9, 1434:10,
1434:11, 1434:12,
1434:14, 1434:15,
1434:16, 1434:17,
1434:19
**thereabouts** [1] -
1340:13
**Thiokol** [16] - 1340:10,
1364:22, 1391:21,
1394:4, 1394:12,
1394:14, 1394:18,
1394:19, 1394:23,
1394:24, 1395:13,
1396:22, 1401:21,
1402:21, 1402:22
**Thompson** [1] -
1373:7
**three** [5] - 1360:19,
1361:6, 1377:21,
1425:8, 1432:13
**three-star** [2] -
1360:19, 1361:6
**three-tenths** [1] -
1432:13
**threw** [2] - 1384:3,
1390:23
**throughout** [3] -
1374:7, 1408:25,
1432:19
**thusly** [1] - 1421:13
**tip** [1] - 1396:14
**title** [1] - 1335:7
**today** [2] - 1406:7,
1406:14
**tomorrow** [2] -
1334:1, 1334:3
**tone** [2] - 1411:22,
1432:5
**toned** [1] - 1414:3
**Tony** [1] - 1393:12
**took** [9] - 1338:19,
1338:21, 1344:22,
1377:8, 1377:18,
1383:1, 1383:24,
1416:2
**tool** [1] - 1426:19
**tools** [2] - 1426:6,
1426:11
**top** [7] - 1378:10,
1379:15, 1393:1,
1402:9, 1422:16,
1423:4
**top-down** [1] -
1422:16

**topographic** [1] -
1426:20
**topography** [1] -
1423:20, 1423:21,
1423:23
**Torres** [2] - 1433:3,
1434:6
**TORRES** [41] -
1406:11, 1406:18,
1407:7, 1407:8,
1408:17, 1411:15,
1414:6, 1414:7,
1414:23, 1414:24,
1415:9, 1415:13,
1415:15, 1417:8,
1418:6, 1418:20,
1419:2, 1419:12,
1419:19, 1420:5,
1420:9, 1420:11,
1420:13, 1420:20,
1420:23, 1420:25,
1421:4, 1421:10,
1421:15, 1422:2,
1423:1, 1423:7,
1423:12, 1423:17,
1424:15, 1424:18,
1425:5, 1425:7,
1428:5, 1433:4,
1434:18
**total** [4] - 1338:3,
1338:7, 1386:18,
1390:18
**tours** [5] - 1358:14,
1358:15, 1358:16,
1358:18, 1359:9
**toward** [1] - 1428:13
**towards** [4] - 1429:24,
1430:1, 1433:15,
1433:18
**track** [1] - 1396:9
**transcript** [1] - 1435:4
**transport** [1] -
1416:25
**trial** [4] - 1355:17,
1360:7, 1367:22,
1377:23
**truck** [1] - 1345:1
**truth** [6] - 1334:7,
1334:8, 1405:17,
1405:18
**TRW** [2] - 1373:4,
1373:6
**try** [3] - 1360:1,
1395:1, 1403:7
**trying** [4] - 1342:21,
1387:1, 1413:7,
1432:15
**TSPR** [2] - 1338:5,
1338:14
**turboprop** [1] -

1335:13
**turn** [8] - 1360:6,
1379:10, 1389:6,
1390:11, 1391:1,
1392:22, 1397:23,
1406:20
**twenty** [1] - 1390:19
**twenty-some** [1] -
1390:19
**two** [7] - 1336:8,
1341:12, 1383:20,
1385:3, 1410:22,
1424:20, 1429:25
**type** [6] - 1334:20,
1343:9, 1343:12,
1345:22, 1347:24,
1348:21
**types** [1] - 1374:4
**typically** [2] - 1337:16,
1340:15, 1346:12

## U

**U.S** [3] - 1371:25,
1433:6, 1433:20
**U2** [1] - 1397:4
**unclassified** [1] -
1402:9
**under** [12] - 1343:3,
1360:8, 1367:22,
1381:25, 1391:21,
1393:1, 1400:17,
1403:14, 1419:22,
1420:1, 1421:20,
1421:24
**undergraduate** [1] -
1334:23
**underground** [4] -
1418:5, 1424:20,
1424:23, 1425:3
**United** [3] - 1335:2,
1370:10, 1405:14
**University** [1] -
1334:21
**unless** [1] - 1407:1
**unlike** [1] - 1411:5
**up** [30] - 1337:1,
1337:4, 1341:23,
1368:3, 1371:23,
1393:1, 1396:11,
1406:19, 1410:23,
1414:6, 1415:13,
1415:16, 1416:4,
1417:8, 1418:15,
1419:14, 1419:15,
1419:17, 1419:24,
1420:18, 1421:10,
1421:24, 1422:3,
1424:10, 1424:13,

1424:17, 1428:11,
1431:15, 1433:6,
1433:20
**uphill** [6] - 1418:14,
1424:1, 1424:2,
1424:4, 1424:6
**upper** [1] - 1341:16
**ups** [1] - 1399:20
**usage** [1] - 1380:9
**Utah** [1] - 1379:1

## V

**vapor** [2] - 1344:6,
1374:15
**Vegas** [1] - 1345:2
**verification** [1] -
1411:1
**verified** [1] - 1410:24
**versus** [1] - 1406:24
**VI** [4] - 1376:3, 1376:9,
1376:10, 1391:6
**via** [2] - 1368:16,
1368:20
**view** [5] - 1375:19,
1422:16, 1422:18,
1422:19, 1423:4
**viewing** [1] - 1408:6
**VII** [2] - 1376:17,
1391:6
**violation** [1] - 1367:20
**visit** [9] - 1341:8,
1341:10, 1341:11,
1358:19, 1370:23,
1371:7, 1373:19,
1374:13, 1381:9
**visited** [4] - 1345:14,
1358:4, 1360:22,
1361:12
**visiting** [1] - 1386:8

## W

**wait** [4] - 1385:9,
1400:12
**walk** [1] - 1358:5
**walked** [1] - 1380:20
**warhead** [1] - 1338:11
**warranted** [1] -
1374:24
**Warren** [2] - 1372:24,
1373:1
**washing** [1] - 1352:10
**Washington** [1] -
1361:10
**waste** [4] - 1352:6,
1380:12, 1380:18,
1380:21

**water** [17] - 1412:5, 1412:16, 1413:25, 1414:3, 1415:16, 1420:18, 1420:19, 1424:6, 1427:8, 1427:9, 1427:13, 1427:20, 1427:25, 1430:23, 1432:1, 1432:16, 1432:17
**ways** [3] - 1362:6, 1387:14, 1426:13
**weapon** [6] - 1336:1, 1336:3, 1337:13, 1338:7, 1338:8, 1386:24
**weapons** [1] - 1336:1
**week** [1] - 1374:7
**weeks** [1] - 1358:11
**Wesleyan** [2] - 1334:21, 1334:23
**west** [27] - 1407:17, 1408:1, 1408:16, 1408:25, 1409:2, 1409:5, 1409:8, 1409:9, 1409:11, 1409:13, 1411:5, 1411:17, 1412:10, 1412:24, 1415:19, 1417:1, 1418:8, 1419:20, 1428:14, 1428:16, 1428:18, 1429:22, 1431:14, 1431:15, 1431:21, 1433:19
**western** [1] - 1431:16
**whereas** [1] - 1392:17
**whole** [4] - 1334:7, 1405:17, 1407:10, 1422:4
**wife** [2] - 1384:3, 1390:23
**wife's** [1] - 1383:13
**winning** [1] - 1339:10
**WITNESS** [173] - 1336:13, 1337:2, 1337:4, 1339:20, 1339:23, 1340:1, 1340:3, 1340:9, 1340:14, 1340:17, 1341:22, 1342:1, 1342:4, 1342:7, 1342:13, 1342:18, 1342:20, 1343:16, 1343:19, 1343:22, 1344:4, 1344:8, 1344:25, 1346:24, 1347:1, 1347:17, 1350:3, 1350:5, 1350:8, 1350:11, 1350:14, 1350:17,

1352:18, 1352:20, 1353:6, 1353:8, 1353:13, 1353:16, 1353:21, 1354:2, 1354:5, 1354:9, 1354:15, 1354:19, 1354:23, 1354:25, 1355:2, 1355:5, 1355:10, 1357:2, 1358:9, 1358:11, 1359:1, 1359:5, 1359:7, 1361:4, 1361:6, 1361:9, 1361:25, 1363:22, 1363:24, 1364:2, 1365:25, 1366:4, 1368:8, 1370:16, 1381:4, 1381:6, 1381:14, 1383:5, 1383:7, 1383:9, 1383:11, 1383:13, 1383:23, 1384:1, 1384:3, 1388:14, 1388:16, 1388:18, 1388:20, 1388:22, 1389:4, 1390:2, 1390:8, 1390:19, 1390:21, 1391:14, 1391:16, 1395:6, 1395:9, 1395:12, 1395:20, 1396:2, 1396:6, 1396:13, 1397:3, 1397:16, 1397:19, 1398:23, 1399:16, 1399:19, 1400:1, 1400:3, 1400:5, 1400:15, 1400:18, 1402:2, 1402:8, 1402:10, 1402:25, 1404:8, 1404:15, 1404:17, 1405:1, 1405:9, 1405:11, 1405:22, 1407:6, 1408:12, 1408:14, 1411:11, 1412:21, 1412:25, 1413:3, 1413:9, 1413:13, 1413:24, 1414:2, 1414:5, 1416:7, 1416:9, 1416:13, 1416:19, 1416:24, 1417:5, 1417:10, 1417:15, 1417:18, 1417:21, 1417:23, 1417:25, 1418:3, 1418:12, 1418:17, 1419:8, 1421:23, 1423:16, 1423:22, 1424:2, 1424:4, 1424:8, 1424:12, 1428:22,

1429:2, 1429:7, 1429:17, 1429:21, 1430:5, 1431:1, 1431:3, 1431:7, 1431:9, 1431:11, 1431:13, 1431:19, 1433:23, 1433:25, 1434:3, 1434:9, 1434:11, 1434:14, 1434:16
**witness** [11] - 1334:4, 1349:13, 1351:25, 1359:21, 1366:16, 1374:15, 1375:20, 1389:15, 1405:6, 1406:9, 1420:3
**witnessed** [1] - 1374:6
**won** [2] - 1339:14, 1339:17
**wonder** [1] - 1382:9
**wondering** [2] - 1385:4, 1389:9
**Wooldridge** [1] - 1373:7
**word** [2] - 1382:25, 1398:10
**words** [2] - 1421:9, 1421:10
**worried** [1] - 1342:10
**worth** [1] - 1397:14
**Wright** [16] - 1335:5, 1335:12, 1335:17, 1335:18, 1336:7, 1342:9, 1347:10, 1358:2, 1360:19, 1367:13, 1367:16, 1383:9, 1386:3, 1386:7, 1386:8, 1392:13
**Wright-Patt** [1] - 1386:3
**Wright-Patterson** [14] - 1335:5, 1335:12, 1335:17, 1335:18, 1336:7, 1342:9, 1347:10, 1358:2, 1360:19, 1367:13, 1367:16, 1383:9, 1386:7, 1386:8
**write** [5] - 1338:22, 1338:23, 1352:15, 1398:16, 1398:18
**writes** [1] - 1368:21
**writing** [1] - 1399:17
**written** [1] - 1359:6
**wrote** [4] - 1338:22, 1398:2, 1399:14, 1399:20

# X

**XI** [1] - 1390:20
**XII** [1] - 1397:12

# Y

**year** [7] - 1358:10, 1363:1, 1363:18, 1364:9, 1396:18, 1397:15
**year-to-year** [1] - 1396:18
**years** [9] - 1336:8, 1337:23, 1383:4, 1383:11, 1390:7, 1429:25, 1430:9
**yellow** [1] - 1431:20
**yields** [2] - 1338:12, 1338:24
**yourself** [2] - 1347:25, 1358:5

# Z

**zone** [1] - 1416:6
**zoom** [2] - 1433:7, 1433:21